IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-877-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, | § § § | |
| Defendant. | § § | |

## ORDER

This case was assigned to the undersigned through random assignment. The undersigned is teaching a seminar in the Plan II undergraduate program at the University of Texas this semester for which he is being nominally compensated. In accordance with and pursuant to Canon 3(C) of the Code of Conduct for United States Judges and pursuant to 28 U.S.C. § 455(a), the undersigned sets and directs the parties, or counsel acting on their behalf, to appear by phone for a status conference on September 25, 2019 at 10:15am.

Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at Julie_Golden@txwd.uscourts.gov.

**SIGNED** on September 19, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE