UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Evdokia Nikolova | § § | |
| vs. | § § | NO:  AU:19-CV-00877-RP |
| University of Texas At Austin | § | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on October 08, 2019 at 10:15 AM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at julie_golden@txwd.uscourts.gov.

**SIGNED** on 25th day of September, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE