IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
| Defendant | § | |

## ADVISORY TO COURT

TO THE HONORABLE JUDGE OF THIS COURT:

Evdokia Nikolova, Ph.D., ("Dr. Nikolova" or "Plaintiff") files this Advisory to the Court concerning the status conference held today in this matter. Plaintiff thanks the Court for the disclosure regarding conflicts or potential/possible conflicts relating to the University of Texas and hereby waives any conflict and agrees to proceed in this matter with Judge Robert Pitman.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

By:  /s/  Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500


        /s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue

1

>Austin, Texas 78701
>(512) 474-7563
>(512) 852-4788 facsimile
>Robert@notzonlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify on October 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing in accordance with the Federal Rules of Civil Procedure to the following counsel representing Defendants in this action:

Ben Dower
Assistant Attorney General
General Litigation Division
PO Box 12548, Capitol Station
Austin, TX 78711-2548

>By:    /s/ Robert W. Schmidt

2