IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVIDOKIA NIKOLOVA, <br> *Plaintiff,* <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, <br> *Defendant.* | § § § § § § § § | Civil Action No.: 1:19-CV-00877 |

### DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN'S ADVISORY

TO THE HONORABLE JUDGE PITMAN:

NOW COMES Defendant The University of Texas at Austin ("UT") who files this advisory following the status conference held on October 8, 2019. In this conference, the Court disclosed that the Honorable Judge Robert Pitman is teaching a seminar in the Plan II undergraduate program at UT this semester for which he is being nominally compensated. In the status conference, both parties had an opportunity to ask any questions they might have regarding the nature of this teaching assignment. UT files this advisory to notify the Court that it is <u>unopposed</u> to Judge Pitman presiding over this case. *See also* Canon 4(B)(1) of the Texas Code of Judicial Conduct ("B. Activities to Improve the Law. A judge may: (1) speak, write, lecture, teach and participate in extra-judicial activities concerning the law, the legal system, the administration of justice and non-legal subjects, subject to the requirements of this Code.").

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Assistant Attorney General
Texas State Bar No. 24082931
Southern District ID 1742612
benjamin.dower@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Assistant Attorney General