UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|    Defendant. | § | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party:    Plaintiff, Evdokia Nikolova

through counsel:   Robert W. Schmidt and Robert Notzon

hereby declines to consent to trial before a United States Magistrate Judge.

                                            Respectfully submitted,

                                            CREWS LAW FIRM, P.C.
                                            701 Brazos, Suite 900
                                            Austin, Texas 78701
                                            (512) 346-7077
                                            (512) 342-0007 (Fax)

                 By:     /s/ Robert W. Schmidt
                          Robert W. Schmidt
                          State Bar No. 17775429
                          schmidt@crewsfirm.com
                          Joe K. Crews
                          State Bar No. 05072500
                          crews@crewsfirm.com

By: /s/ Robert Notzon
Robert Notzon
Texas Bar No. 00797934
The Law Office of Robert Notzon
1502 West Avenue
Austin, TX 78701
512-474-7563
512-852-4788 fax
Robert@notzonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify on the 3rd day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing in accordance with the Federal Rules of Civil Procedure to the following counsel representing the defendants in this action:

Michael Abrams, Asst Atty Gen
Benjamin L. Dower, Asst Atty Gen
General Litigation Division
PO Box 12548, Capitol Station (MC019)
Austin, TX 78711-2548
michael.abrams@oag.texas.gov
benjamin.dower@oag.texas.gov


/s/ Robert W. Schmidt
Robert W. Schmidt

2