IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVIDOKIA NIKOLOVA,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | §<br>§<br>§ | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party <u>Defendant University of Texas at Austin</u> through counsel <u>Benjamin L. Dower, Assistant Attorney General</u> hereby declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Assistant Attorney General
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 3, 2020, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

<u>/s/ Benjamin L. Dower</u>
**BENJAMIN L. DOWER**
Assistant Attorney General