UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 1:19-cv-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|    Defendant. | § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT

On this day came on for consideration Plaintiff's Motion For Leave to File First Amended Complaint. After reviewing the motion and the file in the above-styled cause, the Court enters the following order:

IT IS ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED. Plaintiff's First Amended Complaint attached to its motion for leave is hereby deemed filed in this matter.

SIGNED this _____ day of _____, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1