IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA,<br> *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN,<br> *Defendant.* | §<br>§<br>§ | |

**DEFENDANT'S NOTICE OF APPEARANCE OF CO-COUNSEL**

Amy S. Hilton, Assistant Attorney General, has been assigned to appear as co-counsel in this case on behalf of Defendant The University of Texas at Austin ("UT Austin"). Ms. Hilton is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas.  UT Austin requests that Ms. Hilton be served with all future correspondence and pleadings. Mr. Dower will remain attorney-in-charge.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ Amy S. Hilton
BENJAMIN L. DOWER
Texas Bar No. 24082931
benjamin.dower@oag.texas.gov
AMY S. HILTON
Texas Bar No. 24097834
amy.hilton@oag.texas.gov
Assistant Attorneys General

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; Fax (512) 320-0667

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Amy S. Hilton
AMY S. HILTON
Assistant Attorney General