IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-877-RP |
| THE UNIVERSITY OF TEXAS AT AUSTIN, | § § § | |
| Defendant. | § § | |

**ORDER**

On October 1, the Court held a status conference in this case. (Dkt. 26). During the conference, the parties jointly requested to amend the scheduling order, (Dkt. 15), to extend the dispositive motions deadline from November 20, 2020 to January 9, 2021. A scheduling order may be modified only for good cause and with the court's consent. Fed. R. Civ. P. 16(b)(4). In light of reasons provided by the parties during the conference, the Court is persuaded that good cause exists to extend the deadlines in this case. Accordingly, the Court **ORDERS** that the previous scheduling order, (Dkt. 15), is **MODIFIED** as follows:

1. All dispositive deadlines shall be filed on or before **January 9, 2021** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days of the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

2. All other deadlines contained in the previous Scheduling Order entered by the Court (Dkt. 15) shall remain in effect unless modified by stipulation of the parties.

3. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

4. The trial date shall remain May 10, 2021.

**SIGNED** on October 1, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE