UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Evdokia Nikolova | § § | |
| vs. | § § | NO:  AU:19-CV-00877-RP |
| University of Texas At Austin | § | |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on November 19, 2020 at 10:00 AM . The Courtroom Deputy will send out conference dial-in information to the parties via email.

**SIGNED** on 18th day of November, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE