IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant.* | §<br>§<br>§ | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to File Dispositive Motion. Having determined that good cause exists to grant Defendant's motion, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's Unopposed Motion for Extension of Time is hereby GRANTED. All dispositive motions shall be filed on or before September 21, 2021. All other deadlines and settings in this case, including the final pretrial conference and jury trial, remain unchanged.

Signed this ____ day of August, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE