IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Evdokia Nikolova,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 1:19-CV-00877 |
| University of Texas at Austin,<br>    *Defendant.* | §<br>§<br>§ | |

### Order Granting Defendant's Unopposed Motion to Exceed Page Limit

On this day, the Court considered Defendant's Unopposed Motion to Exceed Page Limit. Having determined that good cause exists to grant Defendant's motion, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's Unopposed Motion to Exceed Page Limit is hereby GRANTED. All dispositive motions shall be limited to 39 pages (exclusive of the caption, signature block, any certificate, and any accompanying documents).

Signed this ____ day of September, 2021.

 

_____
Robert Pitman
United States District Judge