IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:19-CV-00877 |
| **UNIVERSITY OF TEXAS AT AUSTIN** | § § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Defendant University of Texas at Austin ("UT-Austin" or "Defendant") gives notice of the appearance of Darren Gibson with the law firm of Littler Mendelson, P.C., as counsel for Defendant for the purposes of assisting Defendant's lead counsel. Counsel from the Office of the Attorney General of Texas will continue to serve as lead counsel for Defendant.

Contact information for Mr. Gibson is:

> Darren Gibson
> LITTLER MENDELSON, P.C.
> 100 Congress Avenue, Suite 1400
> Austin, TX  78701
> 512.982.7250
> 512.982.7248 (Fax)
> dgibson@littler.com

Please enter this appearance on the Court's docket and electronically notify Mr. Gibson of all filings, notices, pleadings, etc. at the email address listed above.

Dated: October 4, 2021                                Respectfully submitted,


                                                      /s/ Darren Gibson
                                                      Darren Gibson
                                                      Texas State Bar No.  24068846

                                                      LITTLER MENDELSON, P.C.
                                                      100 Congress Avenue, Suite 1400
                                                      Austin, Texas  78701
                                                      512.982.7250
                                                      512.982.7248 (Fax)
                                                      dgibson@littlercom

                                                      **ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Darren Gibson*
Darren Gibson