IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, § | | |
|     Plaintiff § | | CIVIL ACTION |
| § | | |
| VS. § | | NO. 1:19-CV-00877-RP |
| § | | |
| UNIVERSITY OF TEXAS AT AUSTIN, § | | JURY REQUESTED |
|     Defendant § | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Evdokia Nikolova, Ph.D., ("Dr. Nikolova" or "Plaintiff") files this unopposed motion for a one-week extension to file her response to Defendant The University of Texas at Austin's, ("UT Austin's" or "Defendant's") motion for summary judgment [#39] and shows the Court and Jury as follows:

1. Counsel for Plaintiff respectfully request this one-week extension due to several factors that require the need for this additional time to fairly and fully respond to UT Austin's motion for summary judgment [#39] with thorough and concise briefing, to include but not necessarily limited to the following:

- The three causes of action challenged are varied and complex and involve up to ten depositions, four expert reports, and over thirty-seven thousand pages of production seeking to dispose of Plaintiff's important civil rights claims,
- The undersigned counsel has been directly involved in litigation and legislative monitoring, testimony, and/or proffering of alternative bill proposals regarding the current redistricting efforts as well as the prior decade's redistricting litigation (which have yet to be finalized) as litigation counsel and testifying representative to the Texas State Senate on behalf of the Texas NAACP, and
- The competing litigation and appellate dockets of both of Plaintiff's counsel which have been impacted due to the extensions granted to UT Austin to file its motion beyond what was initially scheduled and planned for by Plaintiff's counsel.

2. Counsel for UT Austin was contacted regarding its position on this motion and has

declared that it is not opposed to this request for a one-week extension from October 13, 2021 to October 20, 2021.

3. This motion is not filed merely for delay, but so that justice may be served.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Dr. Nikolova respectfully requests that the Court grant her a one-week extension to file her response to UT Austin's motion for summary judgment to Wednesday, October 20, 2021, and such other and further relief as the Court determines justice and fairness so require.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By:  /s/  Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

 /s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 8, 2021, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Benjamin L. Dower
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov

            /s/ Robert S. Notzon