# IN THE WESTERN DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
| Defendant | § | |

## ORDER

Having considered Plaintiff's unopposed motion to extend her deadline to respond to UT Austin's motion for summary judgment [#39] to October 20, 2021, the Court is of the opinion that it should be GRANTED.

So ORDERED, this ___ day of October 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE