IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | JURY REQUESTED |
| Defendant | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

Evdokia Nikolova, Ph.D., ("Dr. Nikolova" or "Plaintiff") files this unopposed motion to exceed the page limitation on her response to Defendant The University of Texas at Austin's, ("UT Austin's" or "Defendant's") motion for partial summary judgment [#39] and shows the Court and Jury as follows:

1. Counsel for Plaintiff respectfully request that they be allowed to exceed the 20-page limitation (Local Rule CV-7(d)) by five and a half pages to 25.5 pages (excluding the caption, signature block, any certificate, and any accompanying documents).

2. Counsel is mindful of the Court's previously expressed position on September 22, 2021 limiting the pages of UT Austin's dispositive motion to 25 pages. The proposed response and attachments are attached as exhibits to this motion.

3. Counsel for UT Austin was contacted regarding its position on this motion and has declared that it is not opposed to this motion.

4. This motion is not filed merely for convenience, but so that justice may be served.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Dr. Nikolova respectfully requests that the

Court grant her request to exceed to page limitation by five and a half pages to 25.5 pages in her response to UT Austin's motion for partial summary judgment, and such other and further relief as the Court determines justice and fairness so require.

> Respectfully submitted,
>
> CREWS LAW FIRM, P.C.
> 701 Brazos, Suite 900
> Austin, Texas 78701
> (512) 346-7077
> (512) 342-0007 (Fax)
> schmidt@crewsfirm.com
>
>
> By:  /s/  Robert W. Schmidt
> Robert W. Schmidt
> State Bar No. 17775429
> Joe K. Crews
> State Bar No. 05072500
>
>  /s/ Robert Notzon
> Robert Notzon
> The Law Office of Robert Notzon
> Texas Bar No. 00797934
> 1502 West Avenue
> Austin, Texas 78701
> (512) 474-7563
> (512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Defendant's counsel Benjamin L. Dower by email on Wednesday, October 20, 2021 on the matter in this motion. Mr. Dower stated that Defendant is unopposed to the relief sought by this motion.

>  /s/  Robert S. Notzon
> Robert Notzon

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2021, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Benjamin L. Dower
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov

                                                 /s/   *Robert S. Notzon*
                                                    Robert Notzon