IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

## ORDER

Having considered Plaintiff's unopposed motion to exceed her page limitation from 20 to 25.5 (excluding the caption, signature block, any certificate, and any accompanying documents), the Court is of the opinion that it should be GRANTED. The Court therefore directs the Clerk to accept for filing the attached documents to Plaintiff's motion as Plaintiff's response to UT Austin's motion for partial summary judgment in this case.

So ORDERED, this ___ day of October 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1