IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | JURY REQUESTED |
| Defendant | § | |

**PLAINTIFF'S MSJ RESPONSE EXHIBITS**
**TABLE OF CONTENTS**

**Ex. 1** – EN (Nikolova) CV

**Ex. 2** – CCAFR Decision

**Ex. 3** – Email Tewfik Commit

**Ex. 4** – Text Tewfik Confirm

**Ex. 5** – Chair Recommendation

**Ex. 6** – UT 2-2010

**Ex. 7** – UT 2-2160

**Ex. 8** – Heidari Tenure Docs

**Ex. 9** – CCAFR Appeal

**Ex. 10** – Gender XL UT 34032

**Ex. 11** – Tenure Data XL

**Ex. 12** – Ahmed Tewfik Dep

**Ex. 13** – Christine Julien Dep

**Ex. 14** – Greg Fenves Dep

**Ex. 15** – Dean's Assess

**Ex. 16** – Budget Council Report on Research

**Ex. 17** – Budget Council Report on Service

**Ex. 18** – Budget Council Report on Teaching

**Ex. 19** – Nikolova Dep

**Ex. 20** – First Strong Vote

**Ex. 21** – Sharon Wood Dep

**Ex. 22** – General Guidelines

**Ex. 23** – UT Organizational Rep Carmen Shockley

**Ex. 24** – Pregnancy Extension

**Ex. 25** – UT 2-2020

**Ex. 26** – Second Strong Vote

**Ex. 27** – EN Recommendation Form

**Ex. 28** – External Letters

**Ex. 29** – Blum Letter and Emails

**Ex. 30** – Thompson Report

**Ex. 31** – Thompson Dep

**Ex. 32** – UT 2-2240

**Ex. 33** – Nikolova Rebuttal

**Ex. 34** – Nikolova Teaching Statement

**Ex. 35** – EE 360 Scores

**Ex. 36** – Belkin Tenure Docs

**Ex. 37** – Tiwari Tenure Docs

**Ex. 38** – Foster Tenure Docs

**Ex. 39** – Cox Tenure Docs

**Ex. 40** – Saleh Tenure Docs

**Ex. 41** – EE 319 Scores

**Ex. 42** – Tiwari Rescind

**Ex. 43** – Email P&T Normal,

**Ex. 44** – Email Tewfik Object Different

**Ex. 45** – Email Gender Bias

**Ex. 46** – Email CCAFR Mocked

**Ex. 47** – CCAFR Pres Response

**Ex. 48** – Email Reasons Left Out

**Ex. 49** – Report on Stereotyping and Bias

**Ex. 50** – Denial Reasons Letter

**Ex. 51** – Reconsider/Final Arg

**Ex. 52** – Okuno Tenure Docs

**Ex. 53** – Salomone Tenure Docs

**Ex. 54** – Yeh Tenure Docs

**Ex. 55** – Sun Tenure Docs

**Ex. 56** – Reddi Tenure Docs

**Ex. 57** – Dimakis Tenure Docs

**Ex. 58** – Humphreys Tenure Docs

**Ex. 59** – El Mohtar Tenure Docs

**Ex. 60** – Bickel Tenure Docs

**Ex. 61** – Gerstlauer Tenure Docs

**Ex. 62** – P&T Comm Notes

**Ex. 63** – Email Elephant

**Ex. 64** – Policies Re Discrimination

**Ex. 65** – Email No Consider Discrim

**Ex. 66** – Email Peer Teaching Evaluation

**Ex. 67** – Prior Teaching Evaluations

**Ex. 68** – Diversity Dean

**Ex. 69** – Email Patt XX

**Ex. 70** – Email Sanghavi Declines

**Ex. 71** – Annual Evaluation 18-19

**Ex. 72** – Email Annual Eval Process

**Ex. 73** – Nikolova FAR 18-19

**Ex. 74** – Annual Reviews All Faculty 18-19

**Ex. 75** – Gligoric FAR

**Ex. 76** – Soloveichick FAR

**Ex. 77**, Hall Tenure Docs

**Ex. 78**, Akinwande Tenure Docs

**Ex. 79**, Sanghavi Tenure Docs