UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Evdokia Nikolova | § |
| | § CIVIL NO: |
| vs. | § AU:19-CV-00877-RP |
| | § |
| University of Texas At Austin | § |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, March 07, 2022 at 09:00 AM**.

IT IS SO ORDERED this 21st day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE