# EXHIBIT 39

THE UNIVERSITY OF TEXAS AT AUSTIN                Date: 09/04/2014

### RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name: Cox, Brady R.                    EID: brcox        Present Rank: Assistant Professor

Years of Academic Service (**Include AY 2014-15 in each count**):

At UT Austin since: 09/01/2012 __In Present Rank: 3.00 __In Probationary Status (**TT only**): 3
  (month/day/year)            (# of years)                                (# of full years or N/A)

Primary Department: Civil, Architectural, and Environmental Engineering College/School: Cockrell School of Engineering

Joint Department: _____ College/School: _____

Other Department(s): _____

---

Recommendation actions[1]:

By Budget Council/Executive Committee: Promote _____

Vote[2] for promotion 23 ; Against 0 ; Abstain 1 ; Absent 3 ; Ineligible to vote 0

By Department Chair: Promote _____

Vote for promotion_____; Against_____; Abstain_____; Absent_____

By College/School Advisory Committee: Promote _____

Vote for promotion 7 ; Against 0 ; Abstain 0 ; Absent 0

By Dean: Promote _____

---

Administrative Action: **Promote to Associate Professor**

Date Action Effective: September 1, 2015
(To be submitted to the Board of Regents as part of the annual budget.)

By: _____        Date: December 17, 2014
        For the President

---

[1]See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2]Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of budget council/executive committee members ineligible to vote due to rank should also be recorded. Enter zero where it would otherwise be blank.

EVPP/10.14

CONFIDENTIAL                    UT Austin_0011042

**THE UNIVERSITY OF TEXAS AT AUSTIN**
COCKRELL SCHOOL OF ENGINEERING

*Office of the Dean · 301 E. Dean Keeton Street, C 2100 · Austin, Texas 78712-2100*

**Dean's Assessment**
Brady R. Cox
Civil, Architectural, and Environmental Engineering

Dr. Brady Cox earned his BS in Civil Engineering in 2000 and his MS in Civil Engineering in 2001, both at Utah State University. He received his PhD in Civil Engineering at the University of Texas at Austin in 2006. Dr. Kenneth H. Stokoe II was his PhD advisor. Dr. Cox started his academic career as an assistant professor at the University of Arkansas in 2006. He was considered for promotion at the University of Arkansas during the 2011-12 academic year and would have been appointed as an associate professor in September 2012 had he not joined the faculty at the University of Texas at Austin. If successfully promoted to associate professor, Dr. Cox will have been in the rank of assistant professor for three years at the University of Texas at Austin. Technically, this case is early, but Dr. Cox will have served a total of nine years in rank, including his six years at the University of Arkansas.

Ten external letters were received with five reviewers selected by the budget council and five reviewers recommended by the candidate. No invitations to be a reviewer were declined or ignored. The letter writers were predominately from US universities, including the University of California at Berkeley, Rensselaer Polytechnic Institute, Georgia Tech, the University of Illinois at Urbana-Champaign, the University of Washington, the University of Michigan, and Brigham Young University. Letters were also received from the University of Auckland, the US Army Corps of Engineers, and ISTerre Grenoble. The reviewers are renowned in the field of geotechnical engineering, and three are members of the National Academy of Engineering.

Teaching
Dr. Cox has taught distinct courses in the two years in rank as an assistant professor at the University of Texas. He has taught two, required undergraduate courses: CE 311K, *Introduction to Computer Methods* (one time), and CE 357, *Geotechnical Engineering* (two times). He also taught two graduate courses, CE 387R.2, *Soil and Rock Dynamics* (one time), and CE 397, *Underground Openings* (one time).

Across all his courses, Dr. Cox's instructor ratings range from 4.0 to 4.7 with an average of 4.4. His course ratings range from 3.1 to 4.2 with an average of 3.8. His instructor ratings are above average as compared with faculty within the Cockrell School of Engineering. The somewhat low average course rating is partly due to a low rating in CE 397. This course is outside Dr. Cox's primary area of expertise, and he agreed to develop a new course to expand the diversity of graduate course offerings in geotechnical engineering. The students appreciated the technical topics addressed in the course, but expressed concerns that the course was not well organized. They also felt that the inclusion of multiple guest lecturers exacerbated organizational issues. However, based on his record in other courses at the University of Texas and the University of Arkansas, CE 397 is not considered to be representative of his dedication to teaching.

Student comments in the other courses indicate that Dr. Cox's teaching has been well-received. The peer-evaluation reports provided by the department are consistent and indicate the effectiveness of the candidate in engaging the students

Research
Dr. Cox's research focuses on geotechnical earthquake engineering. He conducts non-intrusive experiments in the field to characterize the properties of soil and rock below the surface. He frequently travels to the sites of major earthquakes around the world to collect perishable data, develop subsurface profiles, and assess liquefiable

UT Austin_0011043

soils. Recently, he has made considerable progress in quantifying uncertainty associated with surface wave methods for subsurface imaging.

While in rank at the University of Texas, Dr. Cox has produced five peer-reviewed journal papers[1] and three conference proceedings. As a basis of comparison, twelve assistant professors in the Department of Civil, Architectural and Environmental Engineering were successfully promoted in the past ten years. The average number of journal papers published in rank was 2.6/year and the median was 2.2/year. Dr. Cox's record at UT is consistent with these expectations.

As an assistant professor, he has 22 peer-reviewed journal papers (33 career total) and 26 conference proceedings (33 career total). His publications are included in journals such as the *Journal of Geotechnical and Geoenvironmental Engineering*, *Earthquake Spectra*, and *ASTM Geotechnical Testing Journal*. The primary contributors to his publications are his graduate students and collaborators at other universities. In particular, Cox participated in field studies following earthquakes in Hawaii (2006), Haiti (2010), New Zealand (2010 and 2011), and Japan (2011). Papers documenting these investigations, and the subsequent data analyses, represent 14 of his journal papers in rank.

While in rank as an assistant professor at the University of Texas at Austin, Dr. Cox has received $0.62 million ($3.7 million total as an assistant professor) in research funding with $0.41 million ($1.9 million total as an assistant professor) being his share. He has had a total of 16 funded research projects, with three since he arrived at the University of Texas. Dr. Cox was the PI on eight (50%) of these projects. Funding agencies include the National Science Foundation, United Nations Development Programme, U.S. Department of Homeland Security, and the Arkansas State Highway and Transportation Department. Of note, Dr. Cox received a National Science Foundation CAREER/PECASE grant in 2011.

The review letters for Dr. Cox were outstanding. They identified his contributions to the field and highlighted him as having outstanding potential. For instance:

> Dr. Pierre-Yves Bard (ISTerre Grenoble) states, "My personal feeling is thus that Dr B. Cox has already made significant contributions to geotechnical earthquake engineering either by developing (or contributing to develop) innovative technologies or by mastering enough a wide variety of geophysical tools to put them together in an optimal way for a broad variety of applications, and to issue very welcome warnings on the limitations of some of the presently used tools or engineering practice."

> Dr. Jonathan D. Bray (University of California Berkeley) states, "Dr. Cox has already made several significant contributions to the field of earthquake engineering, and he possesses outstanding potential for making future contributions to our profession."

> Dr. Ricardo Dobry (Rensselaer Polytechnic Institute, NAE) states, "The impact of his work - especially in the area of noninvasive measurement of relevant ground properties using portable instruments that can be deployed shortly after an earthquake - is really quite incredible considering his youth, and he is poised to make even greater innovative contributions in the near future."

> Dr. Steven Kramer (University of Washington) states, "He is certainly the top untenured geotechnical engineering faculty member in the country, and probably one of the top few that have not yet been promoted to full Professor."

---

[1] The department chair and budget council statements refer to six journal papers in rank at UT, but Cox, Wood, and Hazirbaba (2012) was submitted for review in February 2011, while Dr. Cox was as assistant professor at the University of Arkansas. Dr. Cox attributes this work to the University of Arkansas in his description of co-authored works.

2

Only one letter, from Dr. David Frost at Georgia Tech, raised concerns with Dr. Cox's record. Dr. Frost noted that Dr. Cox's publication record was "somewhat variable" because 50% of Dr. Cox's journal papers as a faculty member (both Texas and Arkansas) were published in 2011 and that Dr. Cox published extensively with his first PhD graduate (Clint Wood), but had not written journal papers with other graduate students[2]. Dr. Frost noted that the concentration of publications in 2011 may be a result of delays in publications resulting from reconnaissance efforts in Haiti. Dr. Frost recommended that Dr. Cox develop "a more consistent and stable research portfolio[3]," which would permit him to "effectively mentor graduate students through all aspects of the research enterprise." Overall, Dr. Cox's letter was positive and he concluded by stating "....I believe that Dr. Cox has developed the necessary dossier to deserve promotion to the rank of Associate Professor with tenure."

Advising and Student Mentoring
Dr. Cox has been active in advising both graduate and undergraduate students. He has graduated one PhD student at the University of Texas who followed him during his transition from University of Arkansas. He is currently supervising four additional PhD students. Dr. Cox has also graduated one MS student at the University of Texas at Austin and six MS students from the University of Arkansas. With regard to undergraduate students, Dr. Cox has mentored three undergraduate students in research while in rank at the University of Texas at Austin. Dr. Cox has placed one PhD graduate as an assistant professor at the University of Arkansas.

University Service
Since his arrival in 2012, Dr. Cox has been a member of two departmental committees: Curriculum Committee and the Distinguished Lecture Series Committee. While at University of Arkansas, Dr. Cox was a member of the Graduate Student Committee, the Scholarship Committee, and Facilities and Grounds Committee.

Professional Service
Dr. Cox has extensive public service. He is an Associate Editor for *ASCE Journal of Geotechnical and Geoenvironmental Engineering*. He is a member of four professional committees: NEES Data and Curation Subcommittee, ASTM Committee D18 on Soil and Rock, ASCE Geo-Institute Earthquake Engineering and Soil Dynamics Committee, and ASCE Geo-Institute Geophysical Engineering Committee.

Other Evidence of Merit or Recognition
Dr. Cox received the Network for Earthquake Engineering Simulation (NEES) Outstanding Contributor Award for the most influential research report in geotechnical engineering in 2014, the Presidential Early Career Award for Scientists Engineers (PECASE) in 2012, and the 2010 Hogentogler Award from the American Society of Testing and Materials for a "paper of outstanding merit" in the *ASTM Geotechnical Testing Journal*. The PECASE award is a truly outstanding distinction, given to only the top career award winners from various agencies. Dr. Cox was sponsored by NSF for the PECASE. Approximately 100 junior faculty receive the PECASE in the entire country in a year. Dr. Cox is also an Associate Editor for *ASCE Journal of Geotechnical and Geoenvironmental Engineering*, which shows recognition in his research field.

Overall Assessment
Dr. Cox has a strong research portfolio with grants from a variety of funding sources and a suitable number of publications for an assistant professor. He has graduated one PhD student and seven MS students. He currently is supervising four PhD students. Dr. Cox has demonstrated a strong teaching record and a willingness to develop new courses to enhance the educational opportunities for the graduate students. His professional service is

---

[2] Dr. Frost also refers to one publication with "an MS student at his former institution" in his letter; however, Dr. Cox has not published journal papers with other graduate students in his group. The confusion arose because Dr. Cox's CV contains a typo related to Cox, Wood, and Hazirbaba (2012). Dr. Hazirbaba's name is underlined indicating that he was one of Dr. Cox's graduate students, but he was a faculty member at the University of Alaska Fairbanks at the time that the research documented in this paper was conducted.

[3] In this case, "stability" refers to research funding that is not tied to earthquake reconnaissance.

3

outstanding. He is a recipient of the PECASE award, and the quality of his research has been recognized by ASTM and NEES.

Whenever we hire a faculty member who received his/her PhD from the University of Texas at Austin, I believe that extra scrutiny is required to ensure that the faculty member has developed a research program that is distinct from that of their advisor. At first glance, this is not clear with Dr. Cox because his PhD advisor (Dr. Stokoe) is the PI for two of the three research grants that he received at UT. In addition, several of the external referees refer to Dr. Stokoe in their letters. This issue is not addressed by the Budget Council or the department chair, but I was the department chair when Dr. Cox was hired and I am quite familiar with his area of research. I am confident that Dr. Cox has developed an independent and sustainable research program.

I can highlight two distinct areas where Dr. Cox has extended his research beyond that of Dr. Stokoe:

- Dr. Stokoe uses large geotechnical shakers (viborseis) to generate surface waves for shear wave velocity profiling. Dr. Cox has also used this equipment extensively, but as part of his CAREER award, he has developed techniques to obtain deeper profiles using passive wavefields. This is a significant development and holds great potential for the future.
- Also as part of his CAREER award, Dr. Cox is using probabilistic methods to quantify the uncertainty associated with surface wave testing. As noted in the Budget Council statement, Dr. Cox organized a session at the 2014 ASCE Geo-Congress and demonstrated convincingly the variability of analyses of a common set of surface wave data. His results were "eye-opening."

I agree with the external reviewers that Dr. Cox is at the forefront of geotechnical earthquake engineering. Dr. Frost is correct that Dr. Cox's extensive involvement in earthquake reconnaissance studies has limited his production of journal papers with his own students, but Dr. Cox has established an independent reputation by working with leaders in geotechnical engineering at top universities in the US and abroad.

I believe that Dr. Cox exceeds all expectations for promotion to associate professor, and support this case without reservation.


Sharon L. Wood, Dean
1 November 2014

4

UT Austin_0011046

## Statistical Summary for "In Rank"
## Brady R. Cox

| Metric | Value | |
|---|---|---|
| Peer-Reviewed Journal Publications in Rank | 22 | |
| Peer Reviewed Conference Proceedings Publications in Rank | 33 | |
| Total Citations of all Publications (career)* | 234 | |
| h-index (career)* | 9 | |
| Google Scholar Total Citations of all Publications (career) | 274 | |
| Google Scholar h-index (career) | 9 | |
| Research Funding Raised (total share) | $3,757,677 | |
| Research Funding Raised (candidate share) | $1,919,183 | |
| Total Grants/Contracts Received | 16 | |
| PI on Grants/Contracts Received | 8 | |
| | | |
| PhD Students Completed (count 1 if sole advisor, 0.5 if co-advised) | 1 | |
| MS Students Completed (count 1 if sole advisor, 0.5 if co-advised) | 7 | |
| PhD Students in Pipeline (as of 09/2014) | 4 | |
| MS Students in Pipeline (as of 09/2014) | 0 | |
| | | |
| Number of Courses Taught | UT = 4 | UA = 6 |
| Number of Students Taught | UT = 150 | UA = 384 |
| Average Instructor Evaluation UG | UT = 4.5 | UA = 4.3 |
| Average Instructor Evaluation Grad | UT = 4.3 | UA = 4.5 |
| Average Course Evaluation UG | UT = 3.9 | UA = NA |
| Average Course Evaluation Grad | UT = 3.8 | UA = NA |
| Number of Teaching Awards | 0 | |
| | | |
| Student Organizations Advised | 0 | |
| Undergraduates Supervised | 3 - NSF REU Students | |
| Journal Editorial Boards | 1 | |
| Symposia Organized | 2 | |

\* Source: Publish or Perish Software on May 29, 2014

CONFIDENTIAL UT Austin_0011080

## 2. TEACHING

### Budget Council Statement

Prepared by Robert B. Gilbert

Evaluation of Dr. Cox's teaching was based on a review of his instructor surveys, peer reviews of his teaching, and a review of his teaching portfolio.

In his two years in rank as an Assistant Professor at The University of Texas at Austin, Dr. Cox has taught four different courses: two undergraduate courses and two graduate courses:

CE 357 Geotechnical Engineering. This undergraduate course is required of all students in Civil Engineering and Architectural Engineering and is normally taken in the junior year. This course represents the first exposure of students to soil as an engineering material and it is also a prerequisite for the two additional undergraduate courses in Geotechnical Engineering. Because this course is the only required geotechnical course, it is important for exposing new students to the field of geotechnical engineering.

CE 311K – Introduction to Computer Methods. This undergraduate course is required for all students in Civil Engineering and Architectural Engineering and is normally taken in the sophomore year. It is a core course that focuses on problem solving, numerical methods and computer programming.

CE 387R.2 – Soil and Rock Dynamics. This graduate course is an elective course taken by about half of the graduate students in geotechnical engineering. The course covers the basic theory and practice of soil and rock dynamics as applied to material characterization, earthquake engineering and foundation design for blasts and vibrations.

CE 397 – Underground Openings. This graduate course is an elective course that Dr. Cox developed and offered for the first time last fall. The course covers the theory and practice of designing and constructing underground openings including tunnels, shafts and galleries.

Over his two years here, Dr. Cox has taught three undergraduate classes, CE 357 twice and CE 311K once, and two graduate classes, CE 387R.2 once and CE 397 once. His teaching load is consistent with expectations within the Department and is similar to other faculty in our group. However, he has distinguished himself with his willingness to teach new courses (he had never taught courses similar to CE 311K and CE 397) and to develop a new graduate course (CE 397). Therefore, Dr. Cox has gone well beyond the expectations for a new faculty member.

Dr. Cox has performed very well as a teacher at The University of Texas at Austin. His instructor ratings are all greater than or equal to 4.0, and his average instructor ratings for undergraduate courses (4.5) and for graduate courses (4.2) both exceed the average instructor ratings for Assistant Professors in the Department and in the School of Engineering. In CE 357, his average instructor rating (4.4 in two offerings) exceeds the average for the professors who taught the course over the past three years (4.3 in ten offerings). In CE 311K, his instructor rating (4.7) exceeds significantly the average instructor rating for other professors teaching that course over the past three years (3.9 in thirteen offerings). His course ratings clearly reflect teaching new courses for the first time. His course rating increased from 3.5 the first time he taught CE 357 to

Brady Cox                                                        Department of Civil, Architectural
                                                                and Environmental Engineering

CONFIDENTIAL

4.0 the second time he taught it. In the most recent semester, he received instructor ratings of 4.5 and 4.7 in his two undergraduate courses. His lowest course rating was for the new graduate course he developed (CE 397); we expect that this rating will improve significantly as he gets experience. A student from that class concluded, "Dr. Cox is a great professor, and did an excellent job with the course despite it being very unorganized. I am confident this will be a useful course, especially now that Dr. Cox has a feel for how to approach the material." Dr. Cox's performance here is consistent with his earlier performance in six years as an Assistant Professor at the University of Arkansas.

The peer evaluations for Dr. Cox are very positive and consistent with his student evaluations. One concludes "Based on Brady's personality and his teaching style, I expect he will be one of the best teachers in our department." The other concludes "We are fortunate to have him teaching undergraduate students in CAEE."

Dr. Cox's teaching portfolio is consistent with a trajectory toward excellence as a teacher. He creates homework and exam problems that challenge the students and give them opportunities to synthesize their understanding. He emphasizes the practical nature of civil engineering.

While in rank at The University of Texas at Austin, one Ph.D. student and one M.S. student have graduated under Dr. Cox's supervision. Previously at the University of Arkansas, Dr. Cox graduated six M.S. students.

We fully expect that Dr. Cox will become one of the top teachers in our department.

Brady Cox                                              Department of Civil, Architectural
                                                       and Environmental Engineering

## Research, Publications & Other Scholarship Summary Tables

### Table 1. Research Summary

| Metric | Value |
|---|---|
| Peer-Reviewed Journal Publications in Rank | 22 |
| Peer Reviewed Conference Proceedings Publications in Rank | 33 |
| Total Citations of all Publications (career)* | 234 |
| h-index (career)* | 9 |
| Google Scholar Total Citations of all Publications (career) | 274 |
| Google Scholar h-index (career) | 9 |
| Research Funding Raised  (total share) | $3,757,677 |
| Research Funding Raised  (candidate share) | $1,919,183 |
| Total Grants/Contracts Received | 16 |
| PI on Grants/Contracts Received | 8 |

* Source: Publish or Perish Software on May 29, 2014

### Table 2. Grants and Contracts Awarded While in Rank

| Co-Investigators | Title | Agency | Grant Total | Candidate Share | Grant Period |
|---|---|---|---|---|---|
| None | CAREER/PECASE: Revolutionizing Surface Wave Methods for Engineering Analyses - from Deterministic and Incoherent to Probabilistic and Standardized (DIPS) | The National Science Foundation (NSF) | $421,600 | $421,600 | July 2011 – June 2016 |
| K. H. Stokoe, (PI) | Field Investigations of Shallow Ground Improvement Methods for Inhibiting Liquefaction Triggering; Christchurch, New Zealand | The National Science Foundation (NSF) | $197,966 | $98,983 | June 2013 - May 2015 |
| K. H. Stokoe, (PI) | Field Investigations of Shallow Ground Improvement Methods for Inhibiting Liquefaction Triggering; Christchurch, New Zealand | Tonkin and Taylor Ltd. | $223,518 | $111,759 | June 2013 - May 2015 |
| None | RAPID: Deep Shear Wave Velocity Profiling for Seismic Characterization of Christchurch, NZ - Reliably Merging Large Active-Source and Passive-Wavefield Surface Wave Methods | The National Science Foundation (NSF) | $197,684 | $197,684 | Dec. 2012 - Nov. 2014 |

continued below

1

**3. Research, Publications & Other Evidence of Scholarship/Creativity**　　　　**Cox, Brady R.**

| Co-Investigators | Title | Agency | Grant Total | Candidate Share | Grant Period |
|---|---|---|---|---|---|
| A. Rodriguez-Marek (PI), D. Assimaki, M. Pando, W. Silva, J. Wartman | NEES-CR: Topographic Effects in Strong Ground Motion - From Physical and Numerical Modeling to Design | The National Science Foundation (NSF) | $1,144,593 | $211,857 | Oct. 2009 – Sept. 2013 |
| None | Site-Specific Seismic Ground Motion Analyses for Transportation Infrastructure in the New Madrid Seismic Zone | USDOT Mack-Blackwell Rural Transportation Center (MBTC) and Arkansas State Highway and Transportation Department (AHTD) | $88,592 | $88,592 | July 2011 – June 2012 |
| None | RAPID: CPT and SASW Testing at Seismograph Stations with Liquefiable Soils Affected by the Tohoku Earthquake, Japan | The National Science Foundation (NSF) | $120,253 | $120,253 | July 2011 – Dec. 2012 |
| E. Rathje (PI), J. Bachhuber | Development of a Geologic and Geotechnical Database of Port-au-Prince Metropolitan Area for use in Seismic Microzonation Studies | United Nations Development Programme (UNDP) | $50,000 | $16,667 | Nov. 2010 – June 2011 |
| S. Olson (PI) | RAPID: Geotechnical-Driven Damage Patterns and Liquefaction in the January 2010 Haiti Earthquake | The National Science Foundation (NSF) | $40,000 | $20,000 | May 2010 – April 2011 |
| J. Cothren, A. Rodriguez-Marek, J. Wartman | Collaborative Research: The M8.0 Pisco Peru Earthquake – A Benchmark Ground Failure Event for Remote Sensing and Data Archiving | The National Science Foundation (NSF) | $325,178 | $177,065 | Aug. 2009 – Jan. 2011 |
| None | Practical Recommendations for Evaluation and Mitigation of Soil Liquefaction in Arkansas | USDOT Mack-Blackwell Rural Transportation Center (MBTC) and Arkansas State Highway and Transportation Department (AHTD) | $79,524 | $79,524 | July 2009 – Dec. 2010 |

**continued below**

2

UT Austin_0011151

**3. Research, Publications & Other Evidence of Scholarship/Creativity**          **Cox, Brady R.**

| Co-Investigators | Title | Agency | Grant Total | Candidate Share | Grant Period |
|---|---|---|---|---|---|
| K. Hazirbaba (PI) | Utilization of Screw Piles in High Seismicity Areas of Cold and Warm Permafrost | Alaska University Transportation Center (AUTC) | $190,424 | $33,242 | July 2009 – June 2011 |
| K. Grimmelsman (PI), E. Heymsfield | Structural Health Monitoring and Assessment of Critical Intermodal Transportation Infrastructure Elements | U.S. Department of Homeland Security (DHS) | $225,000 | $75,000 | Jan. 2009 – June 2011 |
| N. Dennis (PI), J. McCartney | Resistance Factors for Pile Foundations | Arkansas State Highway and Transportation Department (AHTD) | $105,817 | $35,272 | Jan. 2009 – June 2010 |
| J. McCartney | Evaluation of Basal Reinforcement of Flexible Pavements with Geosynthetics | Arkansas State Highway and Transportation Department (AHTD) | $263,459 | $175,639 | July 2008 – June 2011 |
| J. McCartney | Accelerated Characterization of Full-Scale Reinforced Flexible Pavement Models using a Vibroseis | USDOT Mack-Blackwell Rural Transportation Center (MBTC) and Arkansas State Highway and Transportation Department (AHTD) | $84,069 | $56,046 | July 2008 – Dec. 2009 |
| | | Total | **$3,757,677** | **$1,919,183** | |

3

UT Austin_0011152

# EXHIBIT 40

THE UNIVERSITY OF TEXAS AT AUSTIN                    Date:___9/7/2016___

### RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name:___Saleh, Navid___ EID:___salehnb___ Present Rank:___Assistant Professor___

Years of Academic Service *(Include AY 2016-17 in each count)*:

At UT Austin since: 1/1/2014 (month/day/year) Total Years at UT Austin: 3.5

In Present Rank since: 1/1/2014 (month/day/year) Total Years in Present Rank: 3.5

*Tenure-track only:*
Number of Years in Probationary Status: 3

Additional information:___Accelerated___

Primary Department:__Civil, Architectural, and Environmental Engineering__

College/School:_Engineering, Cockrell School of_

Joint Department:_N/A_

College/School:_N/A_

Other Department(s):__N/A__

---

Recommendation actions[1]:

    By Budget Council/Executive Committee:___Promote___

    Vote[2] for promotion_26_; Against_0_; Abstain_1_; Absent_7_; Ineligible to vote_3_

    By Department Chair:___Promote___

    By College/School Advisory Committee:___Promote___

    Vote[2] for promotion_7_; Against_0_; Abstain_0_; Absent_0_; Ineligible to vote_0_

    By Dean:__Promote__

---

Administrative Action: **Promote to Associate Professor**

Date Action Effective: September 1, 2017
(To be submitted to the Board of Regents as part of the annual budget.)

By:_____  Date:___December 15, 2016___
        For the President

---

[1]See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2]Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of committee members ineligible to vote should also be recorded. Enter zero where it would otherwise be blank.

EVPP/4.15

CONFIDENTIAL                                        UT Austin_0014143

**Dean's Assessment**
**Navid B. Saleh**
Department of Civil, Architectural, and Environmental Engineering
Cockrell School of Engineering

Dr. Navid Saleh received his BS in Civil Engineering from Bangladesh University of Engineering and Technology in 2001. He received his MS and PhD from Carnegie Mellon University in Civil and Environmental Engineering in 2004 and 2007, respectively. From June 2007 to December 2008 Navid Saleh was a postdoctoral associate at Yale University. Navid Saleh joined the faculty in the Department of Civil Engineering of the University of South Carolina (USC) in January 2009 and served there until December 2013. He subsequently joined the Department of Civil, Architectural, and Environmental Engineering at the University of Texas at Austin (UT) in January 2014.

If successfully promoted to associate professor in September 2017, he will have accumulated three years of probationary service at UT, and he will have served in rank as an assistant professor (at USC and UT) for a total of 7.5 years. While this case is considered to be an early promotion when considering only Dr. Saleh's time at UT, his total time in rank exceeds our normal timeline.

Eight external letters were submitted as part of the dossier, with four letter writers recommended by the candidate and four selected by the budget council. All letter writers are faculty members at universities in the US: Rice, Washington, Michigan, Virginia Tech, Yale, Stanford, Illinois, and UC Berkeley. Two letter writers are members of the National Academy of Engineering (NAE).

Teaching
Dr. Saleh's teaching has been in the area of environmental engineering. He has taught CE 341, *Introduction to Environmental Engineering*, a required undergraduate course for civil engineers three times with an average enrollment of 55; CE 377K, *Designing Sustainable Nanomaterials*, a technical elective for undergraduates once with an enrollment of 10; and CE 397, *Environmental Implications of Nanomaterials*, a graduate course twice with an average enrollment of 10.

Dr. Saleh's average instructor ratings at the undergraduate level have ranged between 4.1 and 4.8, with an average of 4.45. His average instructor rating is comparable to the average in the department for assistant professors teaching undergraduate courses (4.48) and considerably above the average in the Cockrell School (4.17). It is noted that Dr. Saleh's instructor ratings improved each time that he taught CE 341.

At the graduate level, his instructor ratings ranged from 3.9 to 4.7, with an average of 4.3. This is below the departmental average for assistant professors teaching graduate courses (4.43), but close to the Cockrell School average (4.34). Some concerns were expressed about the drop in instructor ratings during the second time that he taught CE 397. In the student comments, Dr. Saleh was asked to return solved homework and exams to the students in a timely manner and to slow the pace of his teaching.

Senior faculty conducted peer evaluations in his courses four times between 2014 and 2016. The comments from the peer reviewers were generally positive.

1

UT Austin_0014144

Research

Dr. Saleh's research addresses the beneficial uses of engineered nanomaterials and their possible consequences when released into the environment. Dr. Saleh's work, which is mostly experimental, has carefully addressed the aggregation and deposition of nanoparticles and nanotubes in water, mechanism of nano-bio interaction, nanotechnology based water treatment technology, and dispersion control in construction materials. Highlights of Dr. Saleh's published research include:

- 15 archival journal publications in rank at UT and 23 in rank at USC (career total of 50).
- 5 book chapters and one patent application at UT (one patent from USC)
- He frequently publishes in top-tier journals in his field, including *Environmental Science-Nano* (IF=5.90), *Water Research* (5.99), *Environmental Science and Technology* (5.39), *Journal of Hazardous Materials* (4.84), *Langmuir* (3.99), and *Nanotechnology* (3.57).
- An h-index of 23 (Google Scholar) with 4,213 citations. (Seven papers based on his PhD research at Carnegie Mellon correspond to more than 2,800 of the citations.)

While in rank at UT, Dr. Saleh secured nine grants from federal and state sources totaling $2.6 million in research funding (his share is approximately $0.8 million). Four grants are from the National Science Foundation (NSF), one is from the National Institutes of Health (NIH), and two are from the Environmental Protection Agency (EPA). He is the PI on six of these awards, and the PI for the subaward to UT on two.

At USC, he secured five grants from federal, state, and industrial sources totaling $1.33 million (his share is $0.67 million). Two grants are from NSF.

All the external letters strongly support Dr. Saleh's promotion and highlight the significance and creativity of his research.

Richard Luthy[1] (Stanford, NAE) states that Dr. Saleh "...continues to show a high rate of productivity and impact." He then points out that "Dr. Saleh is destined to make lasting contributions and shows excellent promise for the future." He notes the importance of Dr. Saleh's research by stressing that "... one example is his recent work on harnessing microwave radiation by absorption by metal oxide carbon nano-tube heterostructures to produce reactive oxygen species for disinfection. This is a highly original contribution with possibility for wide spread adoption in point-of-use treatment systems."

David Sedlak[2] (UC Berkeley, NAE) commented on Dr. Saleh's research on "...fundamental approach and experimental techniques to gain insight into the behavior of engineered nanomaterials" and noted that "... Saleh has contributed new insights into the role of aggregation and surface structure in experiments conducted in complex systems that contain nanomaterials." Dr. Sedlak concludes that "Saleh has established as strong reputation as one of the leading young researcher [sic] studying the aggregation and transport of environmental nanomaterials."

Benito Mariñas[3] (Illinois) states that he is "... impressed with the quality of Dr. Saleh's research. It is particularly impressive that with his civil and environmental engineering background he has been able to contribute meaningfully on the important topic of environmental and public health impact of nanoparticles."

---

[1] Professor and former department chair, Department of Civil and Environmental Engineering
[2] Professor, Department of Civil and Environmental Engineering
[3] Head, Department of Civil and Environmental Engineering

2

UT Austin_0014145

Pedro Alvarez[4] (Rice) states, "Currently, Naved [sic] is broadly recognized as a leading expert on the environmental implications of carbon-based nanomaterials (e.g., single-walled carbon nanotubes) and nano-hybrids, including assessment of their fate, transport and potential toxicity."

Jaehong Kim[5] (Yale) stresses that "… Navid is one of emerging stars who can be tenured at any research-intensive institutions."

Advising and Student Mentoring
Dr. Saleh has graduated two PhD students and two MS students (one co-supervised) at UT. Both of the PhD students started their graduate studies at USC, and moved to UT with Dr. Saleh.  One of those students is now an assistant professor at SUNY Buffalo, and the other is a post-doc at Stanford.  He has also supervised four undergraduate students.

At USC, Dr. Saleh graduated one PhD student and three MS students (one co-supervised).  The PhD student is currently a post-doc at Rhode Island.  He also supervised four undergraduate students.

Currently, Dr. Saleh is supervising four PhD students (one co-supervised) and three MS students (one co-supervised).  In addition, he is very active with undergraduate student participation in laboratory work.

University Service
Dr. Saleh has served on several departmental committees, including the Strategic Vision Implementation Committee.

Professional Service
Dr. Saleh serves on the editorial board of *Environmental Science: Nano*, which is published by the Royal Society of Chemistry.  He is an active member of the American Chemical Society (ACS).  In 2016, he was the co-organizer and co-chair of three symposia: "Nanotechnology for Sustainable Agriculture and Food Systems," "Environmental Applications and Implications of Active Nanomaterials, Hierarchical Nanostructures, and Nanohybrids," and "Colloidal and Interfacial Phenomena in Environmental Systems."

Dr. Saleh has actively engaged in outreach to colleges and universities within the Navajo Nation, to develop means of providing safe water supplies.

Other Evidence of Merit or Recognition
In 2015, Dr. Saleh's research was recognized with one of two Emerging Investigator Awards from *Environmental Science: Nano* and the Sustainable Nanotechnology Organization.  He serves on the editorial board of *Environmental Science: Nano* (IF=5.90).  His students have also received awards for best paper and best poster at national conferences.

Overall Assessment
In summary, Dr. Saleh is a very good teacher and an excellent researcher whose contributions in the field of environmental effects of nanomaterials have been of the highest caliber. His publication and funding records are very strong.  He has graduated two PhD students at UT and one at USC, and is currently supervising a large research group. He is very active and visible in the environmental nanomaterial community, and his work has been recognized with an international award.  All

---

[4] Professor and former department chair, Department of Civil and Environmental Engineering
[5] Professor, Chemical and Environmental Engineering

3

evidence indicates that he has successfully made the transition from USC to UT, and that his productivity is accelerating.

Overall, I believe that Dr. Saleh meets or exceeds expectations for promotion to associate professor with tenure in all areas, and I support his case without reservation.


_____
Sharon L. Wood, Dean
19 October 2016

4

CONFIDENTIAL

UT Austin_0014147

# Statistical Summary for "Assistant Professor Rank"
## Navid Saleh

### Table 1. Statistics for "Assistant Professor Rank" at University of Texas (UT)

| Metric | Value |
|---|---|
| Peer-reviewed journal publications  (in rank *and total*) | 15/50 |
| Peer-reviewed conference proceedings (in rank at UT *and total*) | 20/48 |
| Number of *journal* papers *in rank* with UT students *as co-authors* | 14 |
| Total citations of all publications (career) *from ISI Web of Knowledge* | 3044 |
| h-index (career)  *from ISI Web of Knowledge* | 19 |
| Total citations of all publications (career) *from Google Scholar* | 4213 |
| h-index (career) *from Google Scholar* | 23 |
| Total external research funding raised at UT | $2,614,923 |
| Total external research funding raised at UT (candidate's share) | $815,167 |
| Total number of external grants/contracts *awarded at UT* | 9 |
| Number of external grants/contracts *awarded at UT* as PI | 8 |
|  |  |
| PhD students completed† | 2 (2 sole advisor) |
| MS students completed† | 1.5 (1 sole advisor) |
| PhD students in pipeline (as of 09/2016) | 3.5 (3 sole advisor) |
| MS students in pipeline (as of 09/2016) | 2.5 (2 sole advisor) |
|  |  |
| Number of courses taught |  |
| Total # of students taught in organized courses | 194 |
| Average instructor evaluation for UG courses | 4.45 |
| Average instructor evaluation for Grad courses | 4.30 |
| Average course evaluation for UG courses | 4.05 |
| Average course evaluation for Grad courses | 4.10 |
| Teaching awards |  |
|  |  |
| Student organizations advised |  |
| Undergraduate *researchers* supervised | 4 |
| Service on journal editorial boards | 1 |
| Number of symposia organized | 5 |

### Table 2. Research Statistics for "Assistant Professor Rank" at University of South Carolina (USC)

| Metric | Value |
|---|---|
| Peer-reviewed journal publications  (in rank) | 23 |
| Peer-reviewed conference proceedings (in rank) | 19 |
| Number of *journal* papers *in rank* with USC students *as co-authors* | 21 |
| Total external research funding raised at USC | $1,329,850 |
| Total external research funding raised at USC (candidate's share) | $673,108 |
| Total number of external grants/contracts *awarded* | 5 |
| Number of external grants/contracts *awarded* as PI | 3 |
|  |  |
| PhD students completed | 1 (1 sole advisor) |
| MS students completed | 2.5 (2 sole advisor) |

CONFIDENTIAL

Navid Saleh
Department of CAEE
Course Rating Averages

Tenure candidates must include all years in rank.
All other candidates must include, at minimum, the three most recent years.
What source was used to complete this chart? ___ My CIS
(e.g.. My CIS, summary provided by Provost's Office, etc.)

**CE 341: Introduction to Environmental Engineering**

| Semester | Class Size | Number of Responses | Instructor Rating | Course Rating |
|---|---|---|---|---|
| Spring 14 | 63 | 49 | 4.1 | 3.8 |
| Spring 15 | 61 | 44 | 4.3 | 3.9 |
| Spring 16 | 41 | 34 | 4.8 | 4.4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Mean** | **55** | **42** | **4.4** | **4.0** |

**CE 397: Environmental Implications of Nanomaterials**

| Semester | Class Size | Number of Responses | Instructor Rating | Course Rating |
|---|---|---|---|---|
| Fall 14 | 11 | 11 | 4.7 | 4.3 |
| Fall 15 | 8 | 8 | 3.9 | 3.9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Mean** | **10** | **10** | **4.3** | **4.1** |

**CE 377K: Designing Sustainable Nanomaterials**

| Semester | Class Size | Number of Responses | Instructor Rating | Course Rating |
|---|---|---|---|---|
| Fall 15 | 10 | 9 | 4.6 | 4.1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Mean** | **10** | **9** | **4.6** | **4.1** |

CONFIDENTIAL

# Candidate's Statement on Research

## Navid Saleh

### Table 1. Research Summary while in Rank at University of Texas (UT)

| Metric | Value |
|---|---|
| Peer-Reviewed Journal Publications in Rank | 15 of <50> |
| Peer Reviewed Conference Proceedings Publications in Rank | 20 of <48> |
| Number of Papers with UT Students in Rank | 14 |
| Total Citations of all Publications (career) from *ISI Web of Knowledge* | 3044 |
| h-index (career) from *ISI Web of Knowledge* | 19 |
| Google Scholar Total Citations of all Publications (career) | 4213 |
| Google Scholar h-index (career) | 23 |
| Total External Research Funding *Raised* (total share at UT) | $2,614,923 |
| Total External Research Funding *Raised* (candidate share at UT) | $815,167 |
| Total Number of External Grants/Contracts Received at UT | 9 |
| Number of External Grants/Contracts Received as PI | 8 of <9> |

### Table 2. External Grants and Contracts Awarded while in Rank at University of Texas (UT)

| Co-Investigators† | Title | Agency | Project Total | Candidate's Share | Grant Period |
|---|---|---|---|---|---|
| PI: Navid Saleh Co-PIs: Saleh only PI at UT. Peter Vikesland at Virginia Tech and Catherine Murphy at University of Illinois. Vikesland overall PI of the project. | Collaborative Research: Fate, Transport, and Organismal Uptake of Rod-Shaped Nanomaterials | National Science Foundation (NSF) | $119,016 (UT Share) | $119,016 | 01/01/14-09/30/16 |
| PI: Navid Saleh Co-PIs: Saleh only PI at UT. Tara Sabo-Attwood and John Lednicky at University of Florida and P Lee Ferguson at Duke University. Sabo-Attwood overall PI of the project. | Contribution of Toll-Like Receptors in the Pulmonary Response to Nanoparticles and Pathogens | National Institute of Health (NIH) | $173,016 (UT Share) | $173,016 | 05/01/14-04/30/17 |
| PI: Navid Saleh Co-PIs: Mary Jo Kirisits, Brian Korgel, and Hillary Hart. | NUE: Sustainable Nanotechnology Education for Undergraduate Engineering Students | National Science Foundation (NSF) | $199,997 | $120,000 | 10/01/14-09/30/17 |
| PI: Desmond Lawler Co-PIs: Lynn Katz, Mary Jo Kirisits, Gerald Speitel, Kerry Kinney, and Navid Saleh. | Water Innovation Network for Sustainable Small Systems (WINSSS) | Environmental Protection Agency (EPA) | $1,456,225 (UT Share) | $100,000 | 09/01/14-08/31/17 |
| PI: Navid Saleh Co-PIs: Amit Bhasin at UT and Enad Mahmoud at UT Pan American. | Effectively Dispersed Carbon Nanotube Enhanced Asphalt: Novel Foamed Delivery and Traditional Mixing Techniques | Texas Department of Transportation (TxDOT) | $265,438 | $110,000 | 01/01/15-12/31/16 |
| PI: Navid Saleh Co-PIs: Mary Jo Kirisits, Delia Milliron, and Lynn Katz. | UNS: Role of dopant concentration and distribution in the environmental behavior of indium tin oxide nanoparticles | National Science Foundation (NSF) | $299,917 | $100,000 | 06/01/15-05/30/17 |
| PI: Navid Saleh Co-PI: Mary Jo Kirisits. | Development of nanomaterial use, transport, and disposal guidelines for laboratories at UT Austin and other THWRC Consortium Universities | Texas Hazardous Waste Research Center (THWRC) | $6,000 | $3,000 | 09/01/15-07/15/17 |
| PI: Navid Saleh Co-PIs: Saleh only PI at UT. Tara Sabo-Attwood at University of Florida. Saleh overall PI of the project. | Collaborative Research: EAGER: Interaction of Carbon-Metal Nanohybrids at Environmental Interfaces | National Science Foundation (NSF) | $80,135 (UT Share) | $80,135 | 05/20/16-04/30/17 |

 UT Austin_0014215

| | | | | | |
|---|---|---|---|---|---|
| PI: Navid Saleh<br>Co-PI: Desmond Lawler. | A Nano-Silver and Zeolite Solution: Ceramic Water Filters for Disinfection and Hardness Removal | Environmental Protection Agency (EPA) | $14,999 | $10,000 | 08/15/16-08/14/17 |
| **TOTAL** | | | **$2,614,923** | **$815,167** | |

### Table 3. Research Summary while in Rank at University of South Carolina (USC)

| Metric | Value |
|---|---|
| Peer-Reviewed Journal Publications in Rank | 23 of <50> |
| Peer Reviewed Conference Proceedings Publications in Rank | 19 of <49> |
| Number of Papers with USC Students in Rank | 21 |
| Total External Research Funding *Raised* (total share at USC) | $1,329,850 |
| Total External Research Funding *Raised* (candidate share at USC) | $673,108 |
| Total Number of External Grants/Contracts Received | 5 |
| Number of External Grants/Contracts Received as PI | 3 of <5> |

### Table 4. External Grants and Contracts Awarded while in Rank at University of South Carolina (USC)

| Co-Investigators† | Title | Agency | Project Total | Candidate's Share | Grant Period |
|---|---|---|---|---|---|
| PI: Navid Saleh<br>Co-PIs: Tara Sabo-Attwood and P. Lee Ferguson. Both Sabo-Attwood and Ferguson were at USC at that time. | Influence of diameter and chirality of single-walled carbon nanotubes on their fate and effects in the aquatic environment | National Science Foundation (NSF) | $436,013 | $160,108 | 10/01/09-09/30/13 |
| PI: Navid Saleh<br>Co-PIs: Juan Caicedo and Ann Johnson at USC. | NUE: Nano in a Global Context for Engineering Students | National Science Foundation (NSF) | $200,000 | $180,000 | 10/01/10-09/30/14 |
| PI: Yeomin Yoon at USC<br>Co-PIs: Navid Saleh and Joseph R. V. Flora at USC. | Applications of Carbon Nanotubes in UF and MF Membranes: Pretreatment in Seawater Desalination | Gold Star Engineering and Construction Co., South Korea | $220,000 | $73,000 | 05/01/10-04/30/13 |
| PI: Navid Saleh | Mechanistic Understanding of Nanomaterial Toxicity: Aggregation and Surface Interaction in Biologically Relevant Conditions | US Air Force Laboratory | $60,000 | $60,000 | 10/15/11-04/30/13 |
| PI: Jonathan Goodall at USC<br>Co-PIs: Navid Saleh and Michael Meadows at USC. | A GIS-based Mitigation Forecasting Tool and Study on Advanced Mitigation Processes used by DOTs | South Carolina Department of Transportation (SCDOT) | $413,837 | $200,000 | 01/01/13-12/31/15 |
| **TOTAL** | | | **$1,329,850** | **$673,108** | |

*Total **career** external research funding raised $3,944,773; candidate's share is $1,488,275.*

2

# External Funding and Division of Labor

## Navid Saleh

This document lists all externally funded grants and contracts that I have received while in rank at University of Texas (Table 1) and at University of South Carolina (Table 2). An italicized row corresponds a project where I was not the PI. Additional detail on each grant or contract can be found in my CV.

### Table 1. Division of Labor for External Grants and Contracts Awarded while in Rank at UT

| Title | Agency | Project Total | Candidate's Share | Percentage |
|---|---|---|---|---|
| Collaborative Research: Fate, Transport, and Organismal Uptake of Rod-Shaped Nanomaterials | National Science Foundation (NSF) | $119,016 (UT Share) | $119,016 | 100% |
| Contribution of Toll-Like Receptors in the Pulmonary Response to Nanoparticles and Pathogens | National Institute of Health (NIH) | $173,016 (UT Share) | $173,016 | 100% |
| NUE: Sustainable Nanotechnology Education for Undergraduate Engineering Students | National Science Foundation (NSF) | $199,997 | $120,000 | 60% |
| *Water Innovation Network for Sustainable Small Systems (WINSSS)* | *Environmental Protection Agency (EPA)* | *$1,456,225 (UT Share)* | *$100,000* | *7%* |
| Effectively Dispersed Carbon Nanotube Enhanced Asphalt: Novel Foamed Delivery and Traditional Mixing Techniques | Texas Department of Transportation (TxDOT) | $265,438 | $110,000 | 42% |
| UNS: Role of dopant concentration and distribution in the environmental behavior of indium tin oxide nanoparticles | National Science Foundation (NSF) | $299,917 | $100,000 | 33% |
| Development of nanomaterial use, transport, and disposal guidelines for laboratories at UT Austin and other THWRC Consortium Universities | Texas Hazardous Waste Research Center (THWRC) | $6,000 | $3,000 | 50% |
| Collaborative Research: EAGER: Interaction of Carbon-Metal Nanohybrids at Environmental Interfaces | National Science Foundation (NSF) | $80,135 (UT Share) | $80,135 | 100% |
| A Nano-Silver and Zeolite Solution: Ceramic Water Filters for Disinfection and Hardness Removal | Environmental Protection Agency (EPA) | $14,999 | $10,000 | 66% |
| **TOTAL** | | **$2,614,923** | **$815,167** | |

### Table 2. Division of Labor for External Grants and Contracts Awarded while in Rank at USC

| Title | Agency | Project Total | Candidate's Share | Percentage |
|---|---|---|---|---|
| Influence of diameter and chirality of single-walled carbon nanotubes on their fate and effects in the aquatic environment | National Science Foundation (NSF) | $436,013 | $160,108 | 37% |
| NUE: Nano in a Global Context for Engineering Students | National Science Foundation (NSF) | $200,000 | $180,000 | 90% |
| Applications of Carbon Nanotubes in UF and MF Membranes: Pretreatment in Seawater Desalination | Gold Star Engineering and Construction Co., South Korea | $220,000 | $73,000 | 33% |
| Mechanistic Understanding of Nanomaterial Toxicity: Aggregation and Surface Interaction in Biologically Relevant Conditions | US Air Force Laboratory | $60,000 | $60,000 | 100% |
| A GIS-based Mitigation Forecasting Tool and Study on Advanced Mitigation Processes used by DOTs | South Carolina Department of Transportation (SCDOT) | $413,837 | $200,000 | 48% |
| **TOTAL** | | **$1,329,850** | **$673,108** | |

*Total **career** external research funding raised $3,944,773; candidate's share is $1,488,275.*

CONFIDENTIAL

# EXHIBIT 41

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16280)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2010
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 77
**Number of survey forms *returned:** 41
*****Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 9 (22.0%) | 16 (39.0%) | 16 (39.0%) | 41 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (4.9%) | 4 (9.8%) | 19 (46.3%) | 16 (39.0%) | 41 | 4.2 | 4.1 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 1 (2.4%) | 23 (56.1%) | 17 (41.5%) | 41 | 4.4 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 7 (17.1%) | 23 (56.1%) | 11 (26.8%) | 41 | 4.1 | 4.1 | 4.1 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (7.3%) | 17 (41.5%) | 21 (51.2%) | 41 | 4.4 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 25 (61.0%) | 16 (39.0%) | 41 | 4.4 | 4.1 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 7 (17.1%) | 17 (41.5%) | 17 (41.5%) | 41 | 4.2 | 4.0 | 4.0 | 4.2 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 12 (29.3%) | 18 (43.9%) | 11 (26.8%) | 41 | 4.0 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 12 (30.0%) | 21 (52.5%) | 7 (17.5%) | 0 (0.0%) | 0 (0.0%) | 40 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16450)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2012
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms *returned:** 52
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (1.9%) | 4 (7.7%) | 4 (7.7%) | 20 (38.5%) | 23 (44.2%) | 52 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 5 (9.6%) | 5 (9.6%) | 22 (42.3%) | 20 (38.5%) | 52 | 4.1 | 4.1 | 4.2 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (1.9%) | 3 (5.8%) | 12 (23.1%) | 36 (69.2%) | 52 | 4.6 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 1 (1.9%) | 2 (3.8%) | 12 (23.1%) | 37 (71.2%) | 52 | 4.6 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (1.9%) | 4 (7.7%) | 16 (30.8%) | 31 (59.6%) | 52 | 4.5 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (2.0%) | 5 (9.8%) | 8 (15.7%) | 37 (72.5%) | 51 | 4.6 | 4.2 | 4.3 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (3.8%) | 8 (15.4%) | 14 (26.9%) | 28 (53.8%) | 52 | 4.3 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (1.9%) | 2 (3.8%) | 7 (13.5%) | 20 (38.5%) | 22 (42.3%) | 52 | 4.2 | 3.8 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 10 (19.2%) | 34 (65.4%) | 7 (13.5%) | 0 (0.0%) | 1 (1.9%) | 52 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16610)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 70
**Number of survey forms *returned:** 39
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.6%) | 5 (12.8%) | 5 (12.8%) | 23 (59.0%) | 5 (12.8%) | 39 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 1 (2.6%) | 5 (12.8%) | 14 (35.9%) | 14 (35.9%) | 5 (12.8%) | 39 | 3.4 | 4.1 | 4.1 | 4.3 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 5 (12.8%) | 21 (53.8%) | 13 (33.3%) | 39 | 4.2 | 4.3 | 4.3 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 3 (7.7%) | 24 (61.5%) | 12 (30.8%) | 39 | 4.2 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 9 (23.1%) | 19 (48.7%) | 11 (28.2%) | 39 | 4.1 | 4.3 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 4 (10.3%) | 8 (20.5%) | 15 (38.5%) | 12 (30.8%) | 39 | 3.9 | 4.2 | 4.2 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 4 (10.5%) | 17 (44.7%) | 10 (26.3%) | 7 (18.4%) | 38 | 3.5 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (2.7%) | 5 (13.5%) | 10 (27.0%) | 14 (37.8%) | 7 (18.9%) | 37 | 3.6 | 3.8 | 3.8 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 14 (35.9%) | 21 (53.8%) | 4 (10.3%) | 0 (0.0%) | 0 (0.0%) | 39 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

## Survey Details

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16570)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 71
**Number of survey forms *returned:** 58
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 5 (8.6%) | 9 (15.5%) | 31 (53.4%) | 13 (22.4%) | 58 | 3.9 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 6 (10.3%) | 27 (46.6%) | 22 (37.9%) | 3 (5.2%) | 58 | 3.4 | 4.1 | 4.1 | 4.3 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (1.7%) | 3 (5.2%) | 34 (58.6%) | 20 (34.5%) | 58 | 4.3 | 4.3 | 4.3 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 33 (56.9%) | 25 (43.1%) | 58 | 4.4 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 12 (20.7%) | 25 (43.1%) | 21 (36.2%) | 58 | 4.2 | 4.3 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 1 (1.7%) | 1 (1.7%) | 1 (1.7%) | 26 (44.8%) | 29 (50.0%) | 58 | 4.4 | 4.2 | 4.2 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 3 (5.2%) | 21 (36.2%) | 30 (51.7%) | 4 (6.9%) | 58 | 3.6 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (1.7%) | 3 (5.2%) | 9 (15.5%) | 33 (56.9%) | 12 (20.7%) | 58 | 3.9 | 3.8 | 3.8 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 21 (36.2%) | 33 (56.9%) | 4 (6.9%) | 0 (0.0%) | 0 (0.0%) | 58 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16780)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2014
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 62
**Number of survey forms returned:** 13

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 3 (23.1%) | 7 (53.8%) | 3 (23.1%) | 13 | 4.0 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 3 (23.1%) | 6 (46.2%) | 4 (30.8%) | 13 | 4.1 | 4.5 | 4.5 | 4.5 |
| The instructor communicated information effectively. | 1 (7.7%) | 1 (7.7%) | 2 (15.4%) | 6 (46.2%) | 3 (23.1%) | 13 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (15.4%) | 5 (38.5%) | 6 (46.2%) | 13 | 4.3 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (46.2%) | 7 (53.8%) | 13 | 4.5 | 4.5 | 4.4 | 4.4 |
| The course was well organized. | 0 (0.0%) | 5 (38.5%) | 2 (15.4%) | 4 (30.8%) | 2 (15.4%) | 13 | 3.2 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 2 (15.4%) | 6 (46.2%) | 5 (38.5%) | 13 | 4.2 | 4.4 | 4.4 | 4.4 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 2 (15.4%) | 0 (0.0%) | 7 (53.8%) | 4 (30.8%) | 13 | 4.0 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 3 (23.1%) | 3 (23.1%) | 7 (53.8%) | 13 | 4.3 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 3 (23.1%) | 0 (0.0%) | 5 (38.5%) | 5 (38.5%) | 13 | 3.9 | 4.2 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 2 (15.4%) | 2 (15.4%) | 6 (46.2%) | 3 (23.1%) | 13 | 3.8 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 7 (53.8%) | 4 (30.8%) | 1 (7.7%) | 0 (0.0%) | 1 (7.7%) | 13 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16230)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2017
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 89
**Number of survey forms *returned:** 37
*Eligible paper CIS=correct form + completed in pencil

---

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 1 (2.7%) | 1 (2.7%) | 1 (2.7%) | 14 (37.8%) | 20 (54.1%) | 37 | 4.4 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 1 (2.7%) | 4 (10.8%) | 14 (37.8%) | 18 (48.6%) | 37 | 4.3 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 6 (16.2%) | 8 (21.6%) | 14 (37.8%) | 9 (24.3%) | 37 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (2.7%) | 8 (21.6%) | 28 (75.7%) | 37 | 4.7 | 4.4 | 4.4 | 4.4 |
| The instructor was available to students either electronically or in person. | 1 (2.7%) | 0 (0.0%) | 0 (0.0%) | 9 (24.3%) | 27 (73.0%) | 37 | 4.6 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 1 (2.7%) | 2 (5.4%) | 8 (21.6%) | 19 (51.4%) | 7 (18.9%) | 37 | 3.8 | 4.1 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 2 (5.4%) | 4 (10.8%) | 12 (32.4%) | 19 (51.4%) | 37 | 4.3 | 4.4 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 1 (2.7%) | 0 (0.0%) | 4 (10.8%) | 15 (40.5%) | 17 (45.9%) | 37 | 4.3 | 4.0 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 2 (5.4%) | 11 (29.7%) | 24 (64.9%) | 37 | 4.6 | 4.3 | 4.3 | 4.4 |

---

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (2.7%) | 4 (10.8%) | 5 (13.5%) | 13 (35.1%) | 14 (37.8%) | 37 | 3.9 | 4.1 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 2 (5.4%) | 7 (18.9%) | 14 (37.8%) | 14 (37.8%) | 37 | 4.1 | 3.8 | 3.9 | 4.1 |

---

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 6 (16.2%) | 22 (59.5%) | 9 (24.3%) | 0 (0.0%) | 0 (0.0%) | 37 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16320)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2018
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 69
**Number of survey forms *returned:** 31
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 1 (3.2%) | 3 (9.7%) | 16 (51.6%) | 11 (35.5%) | 31 | 4.2 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 3 (9.7%) | 15 (48.4%) | 13 (41.9%) | 31 | 4.3 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 1 (3.2%) | 3 (9.7%) | 8 (25.8%) | 8 (25.8%) | 11 (35.5%) | 31 | 3.8 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (6.5%) | 7 (22.6%) | 22 (71.0%) | 31 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 1 (3.2%) | 0 (0.0%) | 11 (35.5%) | 19 (61.3%) | 31 | 4.5 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 5 (16.7%) | 6 (20.0%) | 14 (46.7%) | 5 (16.7%) | 30 | 3.6 | 4.1 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (3.2%) | 1 (3.2%) | 11 (35.5%) | 18 (58.1%) | 31 | 4.5 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 2 (6.5%) | 6 (19.4%) | 10 (32.3%) | 13 (41.9%) | 31 | 4.1 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 1 (3.2%) | 2 (6.5%) | 10 (32.3%) | 18 (58.1%) | 31 | 4.5 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (6.7%) | 7 (23.3%) | 6 (20.0%) | 15 (50.0%) | 30 | 4.1 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 2 (6.7%) | 6 (20.0%) | 11 (36.7%) | 11 (36.7%) | 30 | 4.0 | 3.9 | 3.9 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 6 (20.0%) | 16 (53.3%) | 7 (23.3%) | 0 (0.0%) | 1 (3.3%) | 30 | N/A | N/A | N/A | N/A |

# Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory............2
Satisfactory..............3
Very Good.................4
Excellent.................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16135)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2019
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 83
**Number of survey forms *returned:** 51
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 3 (5.9%) | 4 (7.8%) | 21 (41.2%) | 23 (45.1%) | 51 | 4.3 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 1 (2.0%) | 4 (7.8%) | 20 (39.2%) | 26 (51.0%) | 51 | 4.4 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 13 (25.5%) | 15 (29.4%) | 8 (15.7%) | 15 (29.4%) | 51 | 3.5 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 1 (2.0%) | 0 (0.0%) | 3 (5.9%) | 18 (35.3%) | 29 (56.9%) | 51 | 4.5 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 17 (33.3%) | 32 (62.7%) | 51 | 4.5 | 4.6 | 4.5 | 4.6 |
| The course was well organized. | 1 (2.0%) | 8 (15.7%) | 12 (23.5%) | 9 (17.6%) | 21 (41.2%) | 51 | 3.8 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (2.0%) | 1 (2.0%) | 4 (7.8%) | 16 (31.4%) | 29 (56.9%) | 51 | 4.4 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 3 (5.9%) | 5 (9.8%) | 20 (39.2%) | 23 (45.1%) | 51 | 4.2 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 2 (4.0%) | 4 (8.0%) | 12 (24.0%) | 32 (64.0%) | 50 | 4.5 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (3.9%) | 17 (33.3%) | 13 (25.5%) | 19 (37.3%) | 51 | 4.0 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 4 (7.8%) | 16 (31.4%) | 18 (35.3%) | 13 (25.5%) | 51 | 3.8 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 15 (30.0%) | 19 (38.0%) | 12 (24.0%) | 2 (4.0%) | 2 (4.0%) | 50 | N/A | N/A | N/A | N/A |

# Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16140)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 17
**Number of survey forms returned:** 7

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 2 (28.6%) | 4 (57.1%) | 7 | 4.4 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 5 (71.4%) | 7 | 4.7 | 4.6 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 5 (71.4%) | 7 | 4.7 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (42.9%) | 4 (57.1%) | 7 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 5 (71.4%) | 7 | 4.7 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 1 (14.3%) | 5 (71.4%) | 7 | 4.6 | 4.2 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 6 (85.7%) | 7 | 4.9 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 2 (28.6%) | 3 (42.9%) | 7 | 4.1 | 4.1 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (42.9%) | 4 (57.1%) | 7 | 4.6 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 1 (14.3%) | 5 (71.4%) | 7 | 4.6 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 2 (28.6%) | 3 (42.9%) | 7 | 4.1 | 4.0 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 2 (28.6%) | 4 (57.1%) | 1 (14.3%) | 0 (0.0%) | 7 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16145)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 16
**Number of survey forms returned:** 8

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 2 (25.0%) | 5 (62.5%) | 1 (12.5%) | 8 | 3.9 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 1 (12.5%) | 6 (75.0%) | 1 (12.5%) | 8 | 4.0 | 4.6 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (12.5%) | 0 (0.0%) | 6 (75.0%) | 1 (12.5%) | 8 | 3.9 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (12.5%) | 3 (37.5%) | 4 (50.0%) | 8 | 4.4 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (50.0%) | 4 (50.0%) | 8 | 4.5 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (87.5%) | 1 (12.5%) | 8 | 4.1 | 4.2 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (62.5%) | 3 (37.5%) | 8 | 4.4 | 4.4 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 1 (12.5%) | 4 (50.0%) | 3 (37.5%) | 8 | 4.3 | 4.1 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (50.0%) | 4 (50.0%) | 8 | 4.5 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (12.5%) | 4 (50.0%) | 3 (37.5%) | 8 | 4.3 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 2 (25.0%) | 3 (37.5%) | 3 (37.5%) | 8 | 4.1 | 4.0 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 1 (12.5%) | 3 (37.5%) | 4 (50.0%) | 0 (0.0%) | 0 (0.0%) | 8 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16150)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 15
**Number of survey forms returned:** 5

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (40.0%) | 3 (60.0%) | 5 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (40.0%) | 3 (60.0%) | 5 | 4.6 | 4.6 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 2 (40.0%) | 2 (40.0%) | 5 | 4.2 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (100.0%) | 5 | 5.0 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.2 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 0 (0.0%) | 4 (80.0%) | 5 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.1 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 0 (0.0%) | 4 (80.0%) | 5 | 4.6 | 4.0 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 0 (0.0%) | 0 (0.0%) | 5 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

> Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16155)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 18
**Number of survey forms returned:** 7

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (57.1%) | 3 (42.9%) | 7 | 4.4 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 2 (28.6%) | 4 (57.1%) | 7 | 4.4 | 4.6 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 1 (14.3%) | 1 (14.3%) | 1 (14.3%) | 2 (28.6%) | 2 (28.6%) | 7 | 3.4 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (28.6%) | 5 (71.4%) | 7 | 4.7 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (100.0%) | 7 | 5.0 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 3 (42.9%) | 3 (42.9%) | 7 | 4.3 | 4.2 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (42.9%) | 4 (57.1%) | 7 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (42.9%) | 4 (57.1%) | 7 | 4.6 | 4.1 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 6 (85.7%) | 7 | 4.9 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (42.9%) | 4 (57.1%) | 7 | 4.6 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 1 (14.3%) | 3 (42.9%) | 3 (42.9%) | 7 | 4.3 | 4.0 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 3 (42.9%) | 3 (42.9%) | 1 (14.3%) | 0 (0.0%) | 7 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

### Survey Details

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16135)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 14
**Number of survey forms returned:** 5

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (40.0%) | 3 (60.0%) | 5 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.6 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (50.0%) | 2 (50.0%) | 4 | 4.5 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.4 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (40.0%) | 3 (60.0%) | 5 | 4.6 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.2 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.4 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 1 (20.0%) | 0 (0.0%) | 1 (20.0%) | 3 (60.0%) | 5 | 4.2 | 4.1 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (100.0%) | 5 | 5.0 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 5 | 4.8 | 4.3 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (40.0%) | 3 (60.0%) | 5 | 4.6 | 4.0 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 1 (20.0%) | 4 (80.0%) | 0 (0.0%) | 0 (0.0%) | 5 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16290)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2011
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 81
**Number of survey forms *returned:** 68
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (1.5%) | 4 (5.9%) | 12 (17.6%) | 34 (50.0%) | 17 (25.0%) | 68 | 3.9 | 4.3 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 3 (4.4%) | 6 (8.8%) | 13 (19.1%) | 31 (45.6%) | 15 (22.1%) | 68 | 3.7 | 4.2 | 4.2 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 5 (7.4%) | 36 (52.9%) | 27 (39.7%) | 68 | 4.3 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 2 (2.9%) | 3 (4.4%) | 35 (51.5%) | 28 (41.2%) | 68 | 4.3 | 4.4 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (1.5%) | 2 (2.9%) | 6 (8.8%) | 33 (48.5%) | 26 (38.2%) | 68 | 4.2 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 2 (2.9%) | 1 (1.5%) | 4 (5.9%) | 25 (36.8%) | 36 (52.9%) | 68 | 4.4 | 4.3 | 4.3 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 5 (7.4%) | 12 (17.6%) | 31 (45.6%) | 20 (29.4%) | 68 | 4.0 | 4.2 | 4.1 | 4.2 |
| Overall, this course was | 1 (1.5%) | 2 (2.9%) | 20 (29.4%) | 31 (45.6%) | 14 (20.6%) | 68 | 3.8 | 3.9 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 20 (29.9%) | 44 (65.7%) | 2 (3.0%) | 1 (1.5%) | 0 (0.0%) | 67 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16215)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2012
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 61
**Number of survey forms *returned:** 53
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (1.9%) | 9 (17.0%) | 10 (18.9%) | 17 (32.1%) | 16 (30.2%) | 53 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 2 (3.8%) | 7 (13.2%) | 17 (32.1%) | 11 (20.8%) | 16 (30.2%) | 53 | 3.6 | 4.1 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 1 (1.9%) | 0 (0.0%) | 6 (11.3%) | 16 (30.2%) | 30 (56.6%) | 53 | 4.4 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 3 (5.7%) | 1 (1.9%) | 23 (43.4%) | 26 (49.1%) | 53 | 4.4 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (1.9%) | 0 (0.0%) | 5 (9.4%) | 17 (32.1%) | 30 (56.6%) | 53 | 4.4 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (1.9%) | 7 (13.2%) | 18 (34.0%) | 27 (50.9%) | 53 | 4.3 | 4.2 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 3 (5.7%) | 14 (26.4%) | 17 (32.1%) | 19 (35.8%) | 53 | 4.0 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 2 (3.8%) | 16 (30.2%) | 18 (34.0%) | 17 (32.1%) | 53 | 3.9 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 8 (15.1%) | 36 (67.9%) | 8 (15.1%) | 1 (1.9%) | 0 (0.0%) | 53 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16205)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms *returned:** 48
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.1%) | 2 (4.2%) | 8 (16.7%) | 24 (50.0%) | 13 (27.1%) | 48 | 4.0 | 4.3 | 4.3 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 5 (10.4%) | 9 (18.8%) | 22 (45.8%) | 12 (25.0%) | 48 | 3.9 | 4.2 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 1 (2.1%) | 1 (2.1%) | 4 (8.3%) | 20 (41.7%) | 22 (45.8%) | 48 | 4.3 | 4.4 | 4.4 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 4 (8.3%) | 19 (39.6%) | 25 (52.1%) | 48 | 4.4 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (2.1%) | 2 (4.2%) | 6 (12.5%) | 20 (41.7%) | 19 (39.6%) | 48 | 4.1 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (2.1%) | 3 (6.3%) | 15 (31.3%) | 29 (60.4%) | 48 | 4.5 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 4 (8.3%) | 8 (16.7%) | 19 (39.6%) | 17 (35.4%) | 48 | 4.0 | 4.2 | 4.2 | 4.2 |
| Overall, this course was | 0 (0.0%) | 3 (6.3%) | 9 (18.8%) | 17 (35.4%) | 19 (39.6%) | 48 | 4.1 | 4.0 | 4.0 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 6 (12.5%) | 31 (64.6%) | 8 (16.7%) | 2 (4.2%) | 1 (2.1%) | 48 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of
respondents. The course workload question is not averaged.
The number of students marking each option is reported for each of the items. These frequency distributions provide
information about the level of student ratings and the spread and shape of the class distribution of responses. The
distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top
of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite
differences in the rating patterns of various courses.
Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on
teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple
measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor.
Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in
the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a
particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that
instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (15960)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2015
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 80
**Number of survey forms *returned:** 50
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 1 (2.0%) | 1 (2.0%) | 3 (6.0%) | 21 (42.0%) | 24 (48.0%) | 50 | 4.3 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 1 (2.0%) | 0 (0.0%) | 0 (0.0%) | 29 (58.0%) | 20 (40.0%) | 50 | 4.3 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 1 (2.0%) | 5 (10.0%) | 13 (26.0%) | 18 (36.0%) | 13 (26.0%) | 50 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 1 (2.0%) | 0 (0.0%) | 2 (4.0%) | 16 (32.0%) | 31 (62.0%) | 50 | 4.5 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 1 (2.0%) | 0 (0.0%) | 1 (2.0%) | 21 (42.0%) | 27 (54.0%) | 50 | 4.5 | 4.4 | 4.4 | 4.5 |
| The course was well organized. | 2 (4.0%) | 6 (12.0%) | 7 (14.0%) | 26 (52.0%) | 9 (18.0%) | 50 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (2.0%) | 1 (2.0%) | 5 (10.0%) | 19 (38.0%) | 24 (48.0%) | 50 | 4.3 | 4.4 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 1 (2.0%) | 3 (6.0%) | 6 (12.0%) | 18 (36.0%) | 22 (44.0%) | 50 | 4.1 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 1 (2.0%) | 0 (0.0%) | 8 (16.0%) | 15 (30.0%) | 26 (52.0%) | 50 | 4.3 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 1 (2.0%) | 11 (22.0%) | 17 (34.0%) | 21 (42.0%) | 50 | 4.2 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 12 (24.0%) | 21 (42.0%) | 17 (34.0%) | 50 | 4.1 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (6.1%) | 22 (44.9%) | 24 (49.0%) | 0 (0.0%) | 0 (0.0%) | 49 | N/A | N/A | N/A | N/A |

# Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

Survey Details

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16065)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2016
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms *returned:** 42
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 1 (2.4%) | 2 (4.8%) | 23 (54.8%) | 16 (38.1%) | 42 | 4.3 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 2 (4.8%) | 5 (11.9%) | 17 (40.5%) | 18 (42.9%) | 42 | 4.2 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 1 (2.4%) | 4 (9.5%) | 14 (33.3%) | 15 (35.7%) | 8 (19.0%) | 42 | 3.6 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (4.8%) | 17 (40.5%) | 23 (54.8%) | 42 | 4.5 | 4.4 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 2 (4.8%) | 13 (31.0%) | 27 (64.3%) | 42 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course was well organized. | 1 (2.4%) | 9 (21.4%) | 10 (23.8%) | 13 (31.0%) | 9 (21.4%) | 42 | 3.5 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (2.4%) | 4 (9.5%) | 14 (33.3%) | 23 (54.8%) | 42 | 4.4 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 2 (4.8%) | 2 (4.8%) | 9 (21.4%) | 14 (33.3%) | 15 (35.7%) | 42 | 3.9 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 3 (7.1%) | 0 (0.0%) | 14 (33.3%) | 25 (59.5%) | 42 | 4.5 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 3 (7.1%) | 13 (31.0%) | 12 (28.6%) | 14 (33.3%) | 42 | 3.9 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 1 (2.4%) | 1 (2.4%) | 10 (23.8%) | 17 (40.5%) | 13 (31.0%) | 42 | 4.0 | 4.0 | 3.9 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 5 (11.9%) | 17 (40.5%) | 19 (45.2%) | 1 (2.4%) | 0 (0.0%) | 42 | N/A | N/A | N/A | N/A |

# Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (15395)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2018
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 51
**Number of survey forms *returned:** 21
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 3 (14.3%) | 8 (38.1%) | 10 (47.6%) | 21 | 4.3 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 3 (14.3%) | 8 (38.1%) | 10 (47.6%) | 21 | 4.3 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (4.8%) | 5 (23.8%) | 10 (47.6%) | 5 (23.8%) | 21 | 3.9 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (4.8%) | 5 (23.8%) | 15 (71.4%) | 21 | 4.7 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 1 (5.0%) | 4 (20.0%) | 15 (75.0%) | 20 | 4.7 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 1 (4.8%) | 2 (9.5%) | 3 (14.3%) | 6 (28.6%) | 9 (42.9%) | 21 | 4.0 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (23.8%) | 16 (76.2%) | 21 | 4.8 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 2 (9.5%) | 7 (33.3%) | 12 (57.1%) | 21 | 4.5 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 3 (14.3%) | 6 (28.6%) | 12 (57.1%) | 21 | 4.4 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (14.3%) | 14 (66.7%) | 4 (19.0%) | 21 | 4.0 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 1 (4.8%) | 2 (9.5%) | 12 (57.1%) | 6 (28.6%) | 21 | 4.1 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (14.3%) | 9 (42.9%) | 8 (38.1%) | 1 (4.8%) | 0 (0.0%) | 21 | N/A | N/A | N/A | N/A |

# Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory............2
Satisfactory..............3
Very Good.................4
Excellent.................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---
**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16110)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2019
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 60
**Number of survey forms *returned:** 33
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 2 (6.3%) | 14 (43.8%) | 16 (50.0%) | 32 | 4.4 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 2 (6.3%) | 14 (43.8%) | 16 (50.0%) | 32 | 4.4 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (6.1%) | 9 (27.3%) | 9 (27.3%) | 13 (39.4%) | 33 | 4.0 | 4.4 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 4 (12.5%) | 12 (37.5%) | 16 (50.0%) | 32 | 4.4 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 2 (6.3%) | 11 (34.4%) | 19 (59.4%) | 32 | 4.5 | 4.6 | 4.5 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (3.2%) | 4 (12.9%) | 11 (35.5%) | 15 (48.4%) | 31 | 4.3 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 2 (6.3%) | 3 (9.4%) | 13 (40.6%) | 14 (43.8%) | 32 | 4.2 | 4.6 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 4 (12.5%) | 12 (37.5%) | 16 (50.0%) | 32 | 4.4 | 4.2 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 2 (6.1%) | 10 (30.3%) | 21 (63.6%) | 33 | 4.6 | 4.4 | 4.4 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 7 (21.9%) | 13 (40.6%) | 12 (37.5%) | 32 | 4.2 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 8 (25.0%) | 9 (28.1%) | 15 (46.9%) | 32 | 4.2 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 1 (3.1%) | 11 (34.4%) | 20 (62.5%) | 0 (0.0%) | 0 (0.0%) | 32 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---

**Instructor:** Valvano, Jonathan W
**Course & Unique Number:** E E319K (16235)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 68
**Number of survey forms returned:** 20

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 2 (10.0%) | 0 (0.0%) | 8 (40.0%) | 10 (50.0%) | 20 | 4.3 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 1 (5.0%) | 1 (5.0%) | 12 (60.0%) | 6 (30.0%) | 20 | 4.2 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 8 (40.0%) | 8 (40.0%) | 4 (20.0%) | 20 | 3.8 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 9 (45.0%) | 11 (55.0%) | 20 | 4.6 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 1 (5.0%) | 0 (0.0%) | 5 (25.0%) | 14 (70.0%) | 20 | 4.6 | 4.6 | 4.6 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (5.0%) | 6 (30.0%) | 6 (30.0%) | 7 (35.0%) | 20 | 4.0 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 2 (10.0%) | 1 (5.0%) | 8 (40.0%) | 9 (45.0%) | 20 | 4.2 | 4.6 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 8 (40.0%) | 10 (50.0%) | 20 | 4.4 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 3 (15.0%) | 7 (35.0%) | 10 (50.0%) | 20 | 4.4 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 1 (5.0%) | 8 (40.0%) | 5 (25.0%) | 6 (30.0%) | 20 | 3.8 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 1 (5.0%) | 7 (35.0%) | 6 (30.0%) | 6 (30.0%) | 20 | 3.9 | 4.1 | 4.1 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 8 (40.0%) | 12 (60.0%) | 0 (0.0%) | 0 (0.0%) | 20 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

> Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Welker, Mark W
**Course & Unique Number:** E E319K (16190)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2006
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 61
**Number of survey forms *returned:** 43
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.4%) | 1 (2.4%) | 6 (14.6%) | 27 (65.9%) | 6 (14.6%) | 41 | 3.9 | 4.1 | 4.2 | 4.2 |
| The instructor communicated information effectively. | 1 (2.4%) | 4 (9.8%) | 10 (24.4%) | 20 (48.8%) | 6 (14.6%) | 41 | 3.6 | 4.0 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 3 (7.3%) | 5 (12.2%) | 20 (48.8%) | 13 (31.7%) | 41 | 4.0 | 4.1 | 4.2 | 4.2 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 2 (4.9%) | 1 (2.4%) | 24 (58.5%) | 14 (34.1%) | 41 | 4.2 | 4.2 | 4.1 | 4.2 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 2 (4.9%) | 4 (9.8%) | 22 (53.7%) | 13 (31.7%) | 41 | 4.1 | 4.2 | 4.3 | 4.3 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 2 (4.9%) | 6 (14.6%) | 19 (46.3%) | 14 (34.1%) | 41 | 4.1 | 4.1 | 4.1 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 6 (14.0%) | 10 (23.3%) | 19 (44.2%) | 8 (18.6%) | 43 | 3.7 | 3.9 | 4.0 | 4.1 |
| Overall, this course was | 1 (2.3%) | 3 (7.0%) | 14 (32.6%) | 16 (37.2%) | 9 (20.9%) | 43 | 3.7 | 3.7 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 4 (9.3%) | 24 (55.8%) | 14 (32.6%) | 1 (2.3%) | 0 (0.0%) | 43 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

Survey Details

**Instructor:** Welker, Mark W
**Course & Unique Number:** E E319K (15720)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2007
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 41
**Number of survey forms *returned:** 33
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 1 (3.0%) | 8 (24.2%) | 18 (54.5%) | 6 (18.2%) | 33 | 3.9 | 4.1 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (6.1%) | 9 (27.3%) | 16 (48.5%) | 6 (18.2%) | 33 | 3.8 | 4.0 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 3 (9.1%) | 20 (60.6%) | 10 (30.3%) | 33 | 4.2 | 4.1 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 4 (12.1%) | 13 (39.4%) | 16 (48.5%) | 33 | 4.4 | 4.2 | 4.1 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (9.1%) | 10 (30.3%) | 20 (60.6%) | 33 | 4.5 | 4.2 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (3.0%) | 5 (15.2%) | 13 (39.4%) | 14 (42.4%) | 33 | 4.2 | 4.1 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (6.1%) | 11 (33.3%) | 9 (27.3%) | 11 (33.3%) | 33 | 3.9 | 3.9 | 4.0 | 4.2 |
| Overall, this course was | 0 (0.0%) | 1 (3.0%) | 11 (33.3%) | 14 (42.4%) | 7 (21.2%) | 33 | 3.8 | 3.7 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 11 (33.3%) | 11 (33.3%) | 11 (33.3%) | 0 (0.0%) | 0 (0.0%) | 33 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Welker, Mark W
**Course & Unique Number:** E E319K (15860)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2008
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 40
**Number of survey forms *returned:** 30
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 1 (3.3%) | 2 (6.7%) | 18 (60.0%) | 9 (30.0%) | 30 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 3 (10.0%) | 1 (3.3%) | 19 (63.3%) | 7 (23.3%) | 30 | 4.0 | 4.1 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (3.3%) | 0 (0.0%) | 15 (50.0%) | 14 (46.7%) | 30 | 4.4 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 3 (10.0%) | 18 (60.0%) | 9 (30.0%) | 30 | 4.2 | 4.2 | 4.1 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (3.3%) | 15 (50.0%) | 14 (46.7%) | 30 | 4.4 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 1 (3.3%) | 14 (46.7%) | 15 (50.0%) | 30 | 4.5 | 4.1 | 4.1 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (6.7%) | 5 (16.7%) | 14 (46.7%) | 9 (30.0%) | 30 | 4.0 | 4.0 | 4.0 | 4.2 |
| Overall, this course was | 0 (0.0%) | 1 (3.3%) | 6 (20.0%) | 13 (43.3%) | 10 (33.3%) | 30 | 4.1 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 3 (10.0%) | 21 (70.0%) | 6 (20.0%) | 0 (0.0%) | 0 (0.0%) | 30 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16515)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2008
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 56
**Number of survey forms *returned:** 23
**\*Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 15 (68.2%) | 7 (31.8%) | 22 | 4.3 | 4.2 | 4.2 | 4.2 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 3 (13.6%) | 7 (31.8%) | 12 (54.5%) | 22 | 4.4 | 4.2 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 3 (13.6%) | 6 (27.3%) | 13 (59.1%) | 22 | 4.5 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 1 (4.5%) | 10 (45.5%) | 11 (50.0%) | 22 | 4.5 | 4.2 | 4.1 | 4.2 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 10 (45.5%) | 12 (54.5%) | 22 | 4.5 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (4.8%) | 1 (4.8%) | 5 (23.8%) | 14 (66.7%) | 21 | 4.5 | 4.2 | 4.1 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 1 (4.3%) | 4 (17.4%) | 12 (52.2%) | 6 (26.1%) | 23 | 4.0 | 4.1 | 4.0 | 4.1 |
| Overall, this course was | 0 (0.0%) | 2 (8.7%) | 5 (21.7%) | 11 (47.8%) | 5 (21.7%) | 23 | 3.8 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 9 (39.1%) | 9 (39.1%) | 5 (21.7%) | 0 (0.0%) | 0 (0.0%) | 23 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16510)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2009
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 49
**Number of survey forms *returned:** 29
**\*Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 5 (17.2%) | 15 (51.7%) | 9 (31.0%) | 29 | 4.1 | 4.2 | 4.2 | 4.2 |
| The instructor communicated information effectively. | 1 (3.4%) | 1 (3.4%) | 7 (24.1%) | 7 (24.1%) | 13 (44.8%) | 29 | 4.0 | 4.1 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (3.4%) | 4 (13.8%) | 9 (31.0%) | 15 (51.7%) | 29 | 4.3 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 4 (14.3%) | 0 (0.0%) | 10 (35.7%) | 14 (50.0%) | 28 | 4.2 | 4.2 | 4.1 | 4.2 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (3.4%) | 0 (0.0%) | 3 (10.3%) | 6 (20.7%) | 19 (65.5%) | 29 | 4.4 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 2 (6.9%) | 2 (6.9%) | 1 (3.4%) | 9 (31.0%) | 15 (51.7%) | 29 | 4.1 | 4.2 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (3.4%) | 0 (0.0%) | 7 (24.1%) | 10 (34.5%) | 11 (37.9%) | 29 | 4.0 | 4.1 | 4.0 | 4.1 |
| Overall, this course was | 2 (6.9%) | 2 (6.9%) | 6 (20.7%) | 10 (34.5%) | 9 (31.0%) | 29 | 3.8 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 8 (27.6%) | 15 (51.7%) | 5 (17.2%) | 1 (3.4%) | 0 (0.0%) | 29 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

10/19/21, 9:09 PM     CIS Individual Results

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16495)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2009
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 55
**Number of survey forms *returned:** 26
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 1 (3.8%) | 10 (38.5%) | 15 (57.7%) | 26 | 4.5 | 4.2 | 4.2 | 4.2 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (7.7%) | 1 (3.8%) | 11 (42.3%) | 12 (46.2%) | 26 | 4.3 | 4.1 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 1 (3.8%) | 11 (42.3%) | 14 (53.8%) | 26 | 4.5 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 2 (7.7%) | 15 (57.7%) | 9 (34.6%) | 26 | 4.3 | 4.2 | 4.1 | 4.2 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (3.8%) | 11 (42.3%) | 14 (53.8%) | 26 | 4.5 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 1 (3.8%) | 9 (34.6%) | 16 (61.5%) | 26 | 4.6 | 4.2 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (11.5%) | 13 (50.0%) | 10 (38.5%) | 26 | 4.3 | 4.1 | 4.0 | 4.1 |
| Overall, this course was | 0 (0.0%) | 1 (3.8%) | 5 (19.2%) | 12 (46.2%) | 8 (30.8%) | 26 | 4.0 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 8 (30.8%) | 16 (61.5%) | 2 (7.7%) | 0 (0.0%) | 0 (0.0%) | 26 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

## Survey Details

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16276)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2010
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 56
**Number of survey forms *returned:** 42
**\*Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.4%) | 1 (2.4%) | 2 (4.8%) | 21 (50.0%) | 17 (40.5%) | 42 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (2.4%) | 0 (0.0%) | 18 (42.9%) | 23 (54.8%) | 42 | 4.5 | 4.1 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 1 (2.4%) | 11 (26.8%) | 29 (70.7%) | 41 | 4.7 | 4.2 | 4.2 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 1 (2.4%) | 15 (35.7%) | 26 (61.9%) | 42 | 4.6 | 4.1 | 4.1 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (2.4%) | 2 (4.8%) | 11 (26.2%) | 28 (66.7%) | 42 | 4.6 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 2 (4.8%) | 0 (0.0%) | 3 (7.1%) | 13 (31.0%) | 24 (57.1%) | 42 | 4.4 | 4.1 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 13 (31.7%) | 28 (68.3%) | 41 | 4.7 | 4.0 | 4.0 | 4.2 |
| Overall, this course was | 2 (4.9%) | 2 (4.9%) | 8 (19.5%) | 18 (43.9%) | 11 (26.8%) | 41 | 3.8 | 3.8 | 3.8 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 11 (26.2%) | 24 (57.1%) | 6 (14.3%) | 0 (0.0%) | 1 (2.4%) | 42 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

### Survey Details
**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16600)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2011
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 96
**Number of survey forms returned:** 54

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 2 (3.7%) | 2 (3.7%) | 3 (5.6%) | 19 (35.2%) | 28 (51.9%) | 54 | 4.3 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 2 (3.7%) | 0 (0.0%) | 1 (1.9%) | 19 (35.2%) | 32 (59.3%) | 54 | 4.5 | 4.2 | 4.2 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (1.9%) | 6 (11.1%) | 11 (20.4%) | 36 (66.7%) | 54 | 4.5 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 1 (1.9%) | 0 (0.0%) | 4 (7.4%) | 24 (44.4%) | 25 (46.3%) | 54 | 4.3 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 5 (9.3%) | 12 (22.2%) | 37 (68.5%) | 54 | 4.6 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 1 (1.9%) | 1 (1.9%) | 9 (16.7%) | 15 (27.8%) | 28 (51.9%) | 54 | 4.3 | 4.2 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (1.9%) | 1 (1.9%) | 3 (5.7%) | 11 (20.8%) | 37 (69.8%) | 53 | 4.5 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (1.9%) | 1 (1.9%) | 15 (27.8%) | 16 (29.6%) | 21 (38.9%) | 54 | 4.0 | 3.9 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 19 (35.2%) | 23 (42.6%) | 10 (18.5%) | 1 (1.9%) | 1 (1.9%) | 54 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
                    Average
                    Light
                    Insufficient


                    Very Unsatisfactory........1
                    Unsatisfactory.............2
                    Satisfactory...............3
                    Very Good..................4
                    Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16570)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 71
**Number of survey forms returned:** 27

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 3 (11.1%) | 1 (3.7%) | 15 (55.6%) | 8 (29.6%) | 27 | 4.0 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 9 (33.3%) | 18 (66.7%) | 27 | 4.7 | 4.1 | 4.1 | 4.3 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 2 (7.4%) | 8 (29.6%) | 17 (63.0%) | 27 | 4.6 | 4.3 | 4.3 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 2 (7.4%) | 9 (33.3%) | 16 (59.3%) | 27 | 4.5 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (3.7%) | 1 (3.7%) | 9 (33.3%) | 16 (59.3%) | 27 | 4.5 | 4.3 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 1 (3.7%) | 0 (0.0%) | 2 (7.4%) | 11 (40.7%) | 13 (48.1%) | 27 | 4.3 | 4.2 | 4.2 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (3.7%) | 6 (22.2%) | 20 (74.1%) | 27 | 4.7 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 2 (7.4%) | 8 (29.6%) | 8 (29.6%) | 9 (33.3%) | 27 | 3.9 | 3.8 | 3.8 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 9 (33.3%) | 16 (59.3%) | 1 (3.7%) | 0 (0.0%) | 1 (3.7%) | 27 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5


The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16760)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2014
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 70
**Number of survey forms returned:** 37

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 2 (5.4%) | 2 (5.4%) | 0 (0.0%) | 10 (27.0%) | 23 (62.2%) | 37 | 4.4 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 1 (2.7%) | 1 (2.7%) | 11 (29.7%) | 24 (64.9%) | 37 | 4.6 | 4.5 | 4.5 | 4.5 |
| The instructor communicated information effectively. | 1 (2.7%) | 2 (5.4%) | 5 (13.5%) | 9 (24.3%) | 20 (54.1%) | 37 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 4 (10.8%) | 9 (24.3%) | 24 (64.9%) | 37 | 4.5 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 1 (2.7%) | 1 (2.7%) | 3 (8.1%) | 11 (29.7%) | 21 (56.8%) | 37 | 4.4 | 4.5 | 4.4 | 4.4 |
| The course was well organized. | 3 (8.1%) | 6 (16.2%) | 3 (8.1%) | 12 (32.4%) | 13 (35.1%) | 37 | 3.7 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (2.7%) | 3 (8.1%) | 9 (24.3%) | 24 (64.9%) | 37 | 4.5 | 4.4 | 4.4 | 4.4 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 2 (5.4%) | 3 (8.1%) | 7 (18.9%) | 8 (21.6%) | 17 (45.9%) | 37 | 3.9 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 2 (5.4%) | 1 (2.7%) | 2 (5.4%) | 10 (27.0%) | 22 (59.5%) | 37 | 4.3 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (2.7%) | 1 (2.7%) | 3 (8.1%) | 9 (24.3%) | 23 (62.2%) | 37 | 4.4 | 4.2 | 4.1 | 4.2 |
| Overall, this course was | 2 (5.4%) | 6 (16.2%) | 8 (21.6%) | 6 (16.2%) | 15 (40.5%) | 37 | 3.7 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 14 (37.8%) | 17 (45.9%) | 6 (16.2%) | 0 (0.0%) | 0 (0.0%) | 37 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16315)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2015
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 40
**Number of survey forms returned:** 13

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (23.1%) | 10 (76.9%) | 13 | 4.8 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (15.4%) | 11 (84.6%) | 13 | 4.8 | 4.5 | 4.5 | 4.5 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (23.1%) | 10 (76.9%) | 13 | 4.8 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (7.7%) | 4 (30.8%) | 8 (61.5%) | 13 | 4.5 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (30.8%) | 9 (69.2%) | 13 | 4.7 | 4.4 | 4.4 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (30.8%) | 9 (69.2%) | 13 | 4.7 | 4.1 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (30.8%) | 9 (69.2%) | 13 | 4.7 | 4.3 | 4.4 | 4.4 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 2 (15.4%) | 0 (0.0%) | 11 (84.6%) | 13 | 4.7 | 4.0 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 1 (7.7%) | 4 (30.8%) | 8 (61.5%) | 13 | 4.5 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (30.8%) | 9 (69.2%) | 13 | 4.7 | 4.1 | 4.1 | 4.3 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 4 (30.8%) | 4 (30.8%) | 5 (38.5%) | 13 | 4.1 | 3.8 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 2 (15.4%) | 7 (53.8%) | 2 (15.4%) | 1 (7.7%) | 1 (7.7%) | 13 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16295)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Fall 2015
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 31
**Number of survey forms returned:** 11

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (27.3%) | 8 (72.7%) | 11 | 4.7 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (9.1%) | 10 (90.9%) | 11 | 4.9 | 4.5 | 4.5 | 4.5 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (9.1%) | 1 (9.1%) | 9 (81.8%) | 11 | 4.7 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 1 (9.1%) | 0 (0.0%) | 0 (0.0%) | 10 (90.9%) | 11 | 4.7 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (9.1%) | 10 (90.9%) | 11 | 4.9 | 4.4 | 4.4 | 4.5 |
| The course was well organized. | 0 (0.0%) | 1 (9.1%) | 2 (18.2%) | 0 (0.0%) | 8 (72.7%) | 11 | 4.4 | 4.1 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (18.2%) | 9 (81.8%) | 11 | 4.8 | 4.3 | 4.4 | 4.4 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 1 (9.1%) | 1 (9.1%) | 2 (18.2%) | 7 (63.6%) | 11 | 4.4 | 4.0 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 1 (9.1%) | 1 (9.1%) | 9 (81.8%) | 11 | 4.7 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (9.1%) | 3 (27.3%) | 7 (63.6%) | 11 | 4.5 | 4.1 | 4.1 | 4.3 |
| Overall, this course was | 0 (0.0%) | 2 (18.2%) | 1 (9.1%) | 2 (18.2%) | 6 (54.5%) | 11 | 4.1 | 3.8 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (27.3%) | 2 (18.2%) | 6 (54.5%) | 0 (0.0%) | 0 (0.0%) | 11 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your
search or use the link in the navigation menu
to start a new one.

┌─ Survey Details ────────────────────────────────────────────────────
**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (15935)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2009
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 23
**Number of survey forms *returned:** 36
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 1 (2.8%) | 0 (0.0%) | 18 (50.0%) | 17 (47.2%) | 36 | 4.4 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (2.8%) | 1 (2.8%) | 14 (38.9%) | 20 (55.6%) | 36 | 4.5 | 4.2 | 4.1 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 1 (2.8%) | 2 (5.6%) | 12 (33.3%) | 21 (58.3%) | 36 | 4.5 | 4.2 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 1 (2.8%) | 4 (11.1%) | 15 (41.7%) | 16 (44.4%) | 36 | 4.3 | 4.2 | 4.1 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (8.3%) | 12 (33.3%) | 21 (58.3%) | 36 | 4.5 | 4.3 | 4.3 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (2.8%) | 4 (11.1%) | 13 (36.1%) | 18 (50.0%) | 36 | 4.3 | 4.2 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 6 (16.7%) | 10 (27.8%) | 20 (55.6%) | 36 | 4.4 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (2.8%) | 3 (8.3%) | 8 (22.2%) | 11 (30.6%) | 13 (36.1%) | 36 | 3.9 | 3.8 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 10 (27.8%) | 17 (47.2%) | 9 (25.0%) | 0 (0.0%) | 0 (0.0%) | 36 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information
about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16150)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2010
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 40
**Number of survey forms *returned:** 27
***Eligible paper CIS=correct form + completed in pencil**

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (3.7%) | 1 (3.7%) | 0 (0.0%) | 12 (44.4%) | 13 (48.1%) | 27 | 4.3 | 4.2 | 4.3 | 4.3 |
| The instructor communicated information effectively. | 1 (3.7%) | 0 (0.0%) | 1 (3.7%) | 12 (44.4%) | 13 (48.1%) | 27 | 4.3 | 4.1 | 4.2 | 4.2 |
| The instructor showed interest in the progress of students. | 1 (3.7%) | 1 (3.7%) | 0 (0.0%) | 6 (22.2%) | 19 (70.4%) | 27 | 4.5 | 4.2 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 1 (3.7%) | 0 (0.0%) | 2 (7.4%) | 12 (44.4%) | 12 (44.4%) | 27 | 4.3 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (3.7%) | 0 (0.0%) | 1 (3.7%) | 7 (25.9%) | 18 (66.7%) | 27 | 4.5 | 4.3 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 1 (3.7%) | 0 (0.0%) | 0 (0.0%) | 8 (29.6%) | 18 (66.7%) | 27 | 4.6 | 4.1 | 4.2 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (3.7%) | 0 (0.0%) | 3 (11.1%) | 9 (33.3%) | 14 (51.9%) | 27 | 4.3 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 1 (3.7%) | 0 (0.0%) | 5 (18.5%) | 14 (51.9%) | 7 (25.9%) | 27 | 4.0 | 3.8 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 7 (25.9%) | 14 (51.9%) | 6 (22.2%) | 0 (0.0%) | 0 (0.0%) | 27 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16270)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2011
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 81
**Number of survey forms *returned:** 57
*Eligible paper CIS=correct form + completed in pencil

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 1 (1.8%) | 26 (46.4%) | 29 (51.8%) | 56 | 4.5 | 4.3 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 3 (5.4%) | 18 (32.1%) | 35 (62.5%) | 56 | 4.6 | 4.2 | 4.2 | 4.2 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 2 (3.6%) | 19 (33.9%) | 35 (62.5%) | 56 | 4.6 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 2 (3.6%) | 25 (44.6%) | 29 (51.8%) | 56 | 4.5 | 4.4 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 4 (7.1%) | 13 (23.2%) | 39 (69.6%) | 56 | 4.6 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 1 (1.8%) | 18 (32.1%) | 37 (66.1%) | 56 | 4.6 | 4.3 | 4.3 | 4.2 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (5.3%) | 16 (28.1%) | 38 (66.7%) | 57 | 4.6 | 4.2 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 3 (5.3%) | 13 (22.8%) | 27 (47.4%) | 14 (24.6%) | 57 | 3.9 | 3.9 | 3.9 | 3.9 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 19 (33.3%) | 32 (56.1%) | 6 (10.5%) | 0 (0.0%) | 0 (0.0%) | 57 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**
**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16235)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2012
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 78
**Number of survey forms returned:** 50

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.0%) | 1 (2.0%) | 2 (4.1%) | 25 (51.0%) | 20 (40.8%) | 49 | 4.3 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 1 (2.0%) | 0 (0.0%) | 1 (2.0%) | 20 (40.0%) | 28 (56.0%) | 50 | 4.5 | 4.1 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 1 (2.0%) | 0 (0.0%) | 1 (2.0%) | 9 (18.0%) | 39 (78.0%) | 50 | 4.7 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 1 (2.0%) | 0 (0.0%) | 4 (8.0%) | 17 (34.0%) | 28 (56.0%) | 50 | 4.4 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (2.0%) | 0 (0.0%) | 3 (6.0%) | 10 (20.0%) | 36 (72.0%) | 50 | 4.6 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 2 (4.0%) | 0 (0.0%) | 7 (14.0%) | 12 (24.0%) | 29 (58.0%) | 50 | 4.3 | 4.2 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (2.0%) | 0 (0.0%) | 1 (2.0%) | 16 (32.0%) | 32 (64.0%) | 50 | 4.6 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 2 (4.0%) | 0 (0.0%) | 14 (28.0%) | 15 (30.0%) | 19 (38.0%) | 50 | 4.0 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 13 (26.0%) | 34 (68.0%) | 3 (6.0%) | 0 (0.0%) | 0 (0.0%) | 50 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
                    Average
                    Light
                    Insufficient


                    Very Unsatisfactory........1
                    Unsatisfactory.............2
                    Satisfactory...............3
                    Very Good..................4
                    Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16195)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2012
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms returned:** 33

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 2 (6.1%) | 1 (3.0%) | 17 (51.5%) | 13 (39.4%) | 33 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (6.1%) | 1 (3.0%) | 12 (36.4%) | 18 (54.5%) | 33 | 4.4 | 4.1 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 1 (3.0%) | 0 (0.0%) | 2 (6.1%) | 6 (18.2%) | 24 (72.7%) | 33 | 4.6 | 4.3 | 4.3 | 4.3 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 14 (42.4%) | 18 (54.5%) | 33 | 4.5 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (3.0%) | 2 (6.1%) | 5 (15.2%) | 25 (75.8%) | 33 | 4.6 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 1 (3.0%) | 3 (9.1%) | 9 (27.3%) | 20 (60.6%) | 33 | 4.5 | 4.2 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 2 (6.1%) | 2 (6.1%) | 8 (24.2%) | 21 (63.6%) | 33 | 4.5 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 2 (6.1%) | 8 (24.2%) | 12 (36.4%) | 11 (33.3%) | 33 | 4.0 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 8 (24.2%) | 18 (54.5%) | 6 (18.2%) | 1 (3.0%) | 0 (0.0%) | 33 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16225)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 82
**Number of survey forms returned:** 55

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (1.8%) | 1 (1.8%) | 1 (1.8%) | 22 (40.0%) | 30 (54.5%) | 55 | 4.4 | 4.3 | 4.3 | 4.3 |
| The instructor communicated information effectively. | 1 (1.8%) | 0 (0.0%) | 2 (3.6%) | 15 (27.3%) | 37 (67.3%) | 55 | 4.6 | 4.2 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 2 (3.6%) | 0 (0.0%) | 2 (3.6%) | 7 (12.7%) | 44 (80.0%) | 55 | 4.7 | 4.4 | 4.4 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 0 (0.0%) | 6 (10.9%) | 8 (14.5%) | 41 (74.5%) | 55 | 4.6 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (1.8%) | 4 (7.3%) | 12 (21.8%) | 38 (69.1%) | 55 | 4.6 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 3 (5.5%) | 11 (20.0%) | 41 (74.5%) | 55 | 4.7 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 1 (1.9%) | 0 (0.0%) | 3 (5.6%) | 11 (20.4%) | 39 (72.2%) | 54 | 4.6 | 4.2 | 4.2 | 4.2 |
| Overall, this course was | 1 (1.8%) | 1 (1.8%) | 4 (7.3%) | 15 (27.3%) | 34 (61.8%) | 55 | 4.5 | 4.0 | 4.0 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 6 (10.9%) | 39 (70.9%) | 10 (18.2%) | 0 (0.0%) | 0 (0.0%) | 55 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of
respondents. The course workload question is not averaged.
The number of students marking each option is reported for each of the items. These frequency distributions provide
information about the level of student ratings and the spread and shape of the class distribution of responses. The
distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top
of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite
differences in the rating patterns of various courses.
Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on
teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple
measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor.
Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in
the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a
particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that
instructor.

## CIS Individual Results

> Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16145)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2013
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 76
**Number of survey forms returned:** 48

---

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 1 (2.1%) | 0 (0.0%) | 3 (6.3%) | 12 (25.0%) | 32 (66.7%) | 48 | 4.5 | 4.3 | 4.3 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 14 (29.2%) | 34 (70.8%) | 48 | 4.7 | 4.2 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (14.9%) | 40 (85.1%) | 47 | 4.9 | 4.4 | 4.4 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 1 (2.1%) | 2 (4.2%) | 11 (22.9%) | 34 (70.8%) | 48 | 4.6 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (2.1%) | 8 (16.7%) | 39 (81.3%) | 48 | 4.8 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 3 (6.3%) | 9 (18.8%) | 36 (75.0%) | 48 | 4.7 | 4.3 | 4.3 | 4.3 |

---

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (6.3%) | 7 (14.6%) | 38 (79.2%) | 48 | 4.7 | 4.2 | 4.2 | 4.2 |
| Overall, this course was | 1 (2.1%) | 2 (4.2%) | 4 (8.3%) | 12 (25.0%) | 29 (60.4%) | 48 | 4.4 | 4.0 | 4.0 | 4.0 |

---

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 5 (10.4%) | 34 (70.8%) | 7 (14.6%) | 0 (0.0%) | 2 (4.2%) | 48 | N/A | N/A | N/A | N/A |

---

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
Average
Light
Insufficient


Very Unsatisfactory.........1
Unsatisfactory..............2
Satisfactory................3
Very Good...................4
Excellent...................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

Survey Details

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16645)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2014
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms returned:** 28

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 0 (0.0%) | 1 (3.6%) | 2 (7.1%) | 9 (32.1%) | 16 (57.1%) | 28 | 4.4 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 2 (7.1%) | 7 (25.0%) | 19 (67.9%) | 28 | 4.6 | 4.2 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 0 (0.0%) | 0 (0.0%) | 1 (3.6%) | 7 (25.0%) | 20 (71.4%) | 28 | 4.7 | 4.3 | 4.3 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 0 (0.0%) | 1 (3.6%) | 0 (0.0%) | 13 (46.4%) | 14 (50.0%) | 28 | 4.4 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (3.6%) | 11 (39.3%) | 16 (57.1%) | 28 | 4.5 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 0 (0.0%) | 0 (0.0%) | 1 (3.6%) | 7 (25.0%) | 20 (71.4%) | 28 | 4.7 | 4.2 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (10.7%) | 3 (10.7%) | 22 (78.6%) | 28 | 4.7 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 3 (10.7%) | 11 (39.3%) | 14 (50.0%) | 28 | 4.4 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 2 (7.1%) | 14 (50.0%) | 11 (39.3%) | 1 (3.6%) | 0 (0.0%) | 28 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

### Survey Details

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16585)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2014
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 80
**Number of survey forms returned:** 39

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The course was well organized. | 2 (5.1%) | 2 (5.1%) | 2 (5.1%) | 17 (43.6%) | 16 (41.0%) | 39 | 4.1 | 4.2 | 4.2 | 4.3 |
| The instructor communicated information effectively. | 2 (5.1%) | 0 (0.0%) | 0 (0.0%) | 13 (33.3%) | 24 (61.5%) | 39 | 4.5 | 4.2 | 4.2 | 4.3 |
| The instructor showed interest in the progress of students. | 3 (7.7%) | 1 (2.6%) | 2 (5.1%) | 11 (28.2%) | 22 (56.4%) | 39 | 4.2 | 4.3 | 4.3 | 4.4 |
| The tests/assignments were usually graded and returned promptly. | 1 (2.7%) | 2 (5.4%) | 7 (18.9%) | 14 (37.8%) | 13 (35.1%) | 37 | 4.0 | 4.3 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (2.6%) | 0 (0.0%) | 2 (5.1%) | 14 (35.9%) | 22 (56.4%) | 39 | 4.4 | 4.4 | 4.4 | 4.4 |
| At this point in time, I feel that this course will be (or has already been) of value to me. | 1 (2.6%) | 1 (2.6%) | 0 (0.0%) | 14 (35.9%) | 23 (59.0%) | 39 | 4.5 | 4.2 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (7.7%) | 9 (23.1%) | 27 (69.2%) | 39 | 4.6 | 4.1 | 4.1 | 4.2 |
| Overall, this course was | 0 (0.0%) | 4 (10.3%) | 3 (7.7%) | 17 (43.6%) | 15 (38.5%) | 39 | 4.1 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | High | Average | Light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was | 5 (12.8%) | 20 (51.3%) | 11 (28.2%) | 3 (7.7%) | 0 (0.0%) | 39 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree...........1
Disagree....................2
Neutral.....................3
Agree.......................4
Strongly Agree..............5


Excessive
High
```

```
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (15920)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2015
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 77
**Number of survey forms returned:** 30

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 1 (3.3%) | 0 (0.0%) | 7 (23.3%) | 22 (73.3%) | 30 | 4.7 | 4.4 | 4.4 | 4.4 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (16.7%) | 25 (83.3%) | 30 | 4.8 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (3.3%) | 1 (3.3%) | 8 (26.7%) | 20 (66.7%) | 30 | 4.6 | 4.2 | 4.2 | 4.3 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 3 (10.3%) | 9 (31.0%) | 17 (58.6%) | 29 | 4.5 | 4.3 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 1 (3.3%) | 0 (0.0%) | 11 (36.7%) | 18 (60.0%) | 30 | 4.5 | 4.4 | 4.4 | 4.5 |
| The course was well organized. | 1 (3.3%) | 1 (3.3%) | 3 (10.0%) | 10 (33.3%) | 15 (50.0%) | 30 | 4.2 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (3.3%) | 7 (23.3%) | 22 (73.3%) | 30 | 4.7 | 4.4 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 1 (3.3%) | 0 (0.0%) | 3 (10.0%) | 18 (60.0%) | 8 (26.7%) | 30 | 4.1 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 12 (40.0%) | 18 (60.0%) | 30 | 4.6 | 4.3 | 4.3 | 4.3 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 1 (3.3%) | 0 (0.0%) | 7 (23.3%) | 22 (73.3%) | 30 | 4.7 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 1 (3.3%) | 5 (16.7%) | 13 (43.3%) | 11 (36.7%) | 30 | 4.1 | 3.9 | 3.9 | 4.0 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (10.0%) | 14 (46.7%) | 13 (43.3%) | 0 (0.0%) | 0 (0.0%) | 30 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16125)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2016
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 76
**Number of survey forms returned:** 33

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 12 (36.4%) | 20 (60.6%) | 33 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 8 (25.0%) | 24 (75.0%) | 32 | 4.8 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 11 (33.3%) | 22 (66.7%) | 33 | 4.7 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 12 (36.4%) | 21 (63.6%) | 33 | 4.6 | 4.4 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 2 (6.1%) | 8 (24.2%) | 23 (69.7%) | 33 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course was well organized. | 1 (3.0%) | 3 (9.1%) | 6 (18.2%) | 8 (24.2%) | 15 (45.5%) | 33 | 4.0 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 12 (36.4%) | 21 (63.6%) | 33 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 3 (9.1%) | 5 (15.2%) | 14 (42.4%) | 11 (33.3%) | 33 | 4.0 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 9 (27.3%) | 23 (69.7%) | 33 | 4.7 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (21.2%) | 26 (78.8%) | 33 | 4.8 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 7 (21.2%) | 13 (39.4%) | 13 (39.4%) | 33 | 4.2 | 4.0 | 3.9 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 17 (51.5%) | 15 (45.5%) | 0 (0.0%) | 1 (3.0%) | 33 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16085)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2016
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 77
**Number of survey forms returned:** 49

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 2 (4.1%) | 12 (24.5%) | 35 (71.4%) | 49 | 4.7 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 10 (20.4%) | 39 (79.6%) | 49 | 4.8 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 3 (6.1%) | 13 (26.5%) | 33 (67.3%) | 49 | 4.6 | 4.3 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (4.1%) | 16 (32.7%) | 31 (63.3%) | 49 | 4.6 | 4.4 | 4.3 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 4 (8.2%) | 12 (24.5%) | 33 (67.3%) | 49 | 4.6 | 4.5 | 4.4 | 4.5 |
| The course was well organized. | 3 (6.3%) | 4 (8.3%) | 6 (12.5%) | 11 (22.9%) | 24 (50.0%) | 48 | 4.0 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (6.1%) | 9 (18.4%) | 37 (75.5%) | 49 | 4.7 | 4.5 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 7 (14.3%) | 7 (14.3%) | 17 (34.7%) | 18 (36.7%) | 49 | 3.9 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 1 (2.0%) | 5 (10.2%) | 8 (16.3%) | 35 (71.4%) | 49 | 4.6 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (2.0%) | 10 (20.4%) | 38 (77.6%) | 49 | 4.8 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 3 (6.1%) | 2 (4.1%) | 4 (8.2%) | 18 (36.7%) | 22 (44.9%) | 49 | 4.1 | 4.0 | 3.9 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 5 (10.2%) | 17 (34.7%) | 26 (53.1%) | 1 (2.0%) | 0 (0.0%) | 49 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16175)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2017
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 76
**Number of survey forms returned:** 29

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 2 (6.9%) | 8 (27.6%) | 19 (65.5%) | 29 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (20.7%) | 23 (79.3%) | 29 | 4.8 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (3.4%) | 9 (31.0%) | 19 (65.5%) | 29 | 4.6 | 4.2 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (3.4%) | 6 (20.7%) | 22 (75.9%) | 29 | 4.7 | 4.4 | 4.4 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 3 (10.3%) | 4 (13.8%) | 22 (75.9%) | 29 | 4.7 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 2 (7.1%) | 2 (7.1%) | 2 (7.1%) | 5 (17.9%) | 17 (60.7%) | 28 | 4.2 | 4.1 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (3.4%) | 0 (0.0%) | 1 (3.4%) | 6 (20.7%) | 21 (72.4%) | 29 | 4.6 | 4.4 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 2 (6.9%) | 1 (3.4%) | 3 (10.3%) | 7 (24.1%) | 16 (55.2%) | 29 | 4.2 | 4.0 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 1 (3.4%) | 0 (0.0%) | 0 (0.0%) | 6 (20.7%) | 22 (75.9%) | 29 | 4.7 | 4.2 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 1 (3.4%) | 2 (6.9%) | 4 (13.8%) | 22 (75.9%) | 29 | 4.6 | 4.1 | 4.2 | 4.3 |
| Overall, this course was | 1 (3.4%) | 1 (3.4%) | 5 (17.2%) | 6 (20.7%) | 16 (55.2%) | 29 | 4.2 | 3.9 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (10.3%) | 15 (51.7%) | 11 (37.9%) | 0 (0.0%) | 0 (0.0%) | 29 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree.................2
Neutral...................3
Agree....................4
Strongly Agree...........5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16135)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2017
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 76
**Number of survey forms returned:** 20

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (5.0%) | 7 (35.0%) | 12 (60.0%) | 20 | 4.6 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (30.0%) | 14 (70.0%) | 20 | 4.7 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (5.0%) | 1 (5.0%) | 4 (20.0%) | 14 (70.0%) | 20 | 4.6 | 4.2 | 4.2 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 4 (20.0%) | 14 (70.0%) | 20 | 4.6 | 4.4 | 4.4 | 4.4 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 1 (5.0%) | 7 (35.0%) | 12 (60.0%) | 20 | 4.6 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 1 (5.0%) | 3 (15.0%) | 4 (20.0%) | 4 (20.0%) | 8 (40.0%) | 20 | 3.8 | 4.1 | 4.2 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (5.0%) | 0 (0.0%) | 1 (5.0%) | 6 (30.0%) | 12 (60.0%) | 20 | 4.4 | 4.4 | 4.4 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 1 (5.0%) | 1 (5.0%) | 4 (20.0%) | 5 (25.0%) | 9 (45.0%) | 20 | 4.0 | 4.0 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 3 (15.0%) | 5 (25.0%) | 12 (60.0%) | 20 | 4.5 | 4.2 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 2 (10.0%) | 16 (80.0%) | 20 | 4.7 | 4.1 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 2 (10.0%) | 5 (25.0%) | 5 (25.0%) | 8 (40.0%) | 20 | 4.0 | 3.9 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 4 (20.0%) | 11 (55.0%) | 4 (20.0%) | 0 (0.0%) | 1 (5.0%) | 20 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory............2
Satisfactory..............3
Very Good.................4
Excellent.................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (15375)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2018
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 78
**Number of survey forms returned:** 48

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (2.1%) | 11 (22.9%) | 36 (75.0%) | 48 | 4.7 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 1 (2.1%) | 7 (14.6%) | 40 (83.3%) | 48 | 4.8 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 2 (4.2%) | 0 (0.0%) | 8 (16.7%) | 38 (79.2%) | 48 | 4.7 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (2.1%) | 13 (27.1%) | 34 (70.8%) | 48 | 4.7 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 12 (25.5%) | 35 (74.5%) | 47 | 4.7 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 1 (2.1%) | 0 (0.0%) | 13 (27.1%) | 34 (70.8%) | 48 | 4.7 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (2.1%) | 2 (4.2%) | 15 (31.3%) | 30 (62.5%) | 48 | 4.5 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 1 (2.1%) | 8 (16.7%) | 16 (33.3%) | 23 (47.9%) | 48 | 4.3 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 1 (2.1%) | 0 (0.0%) | 12 (25.0%) | 35 (72.9%) | 48 | 4.7 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 2 (4.2%) | 8 (16.7%) | 38 (79.2%) | 48 | 4.8 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 2 (4.2%) | 2 (4.2%) | 17 (35.4%) | 27 (56.3%) | 48 | 4.4 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (6.3%) | 24 (50.0%) | 21 (43.8%) | 0 (0.0%) | 0 (0.0%) | 48 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (15435)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2018
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 71
**Number of survey forms returned:** 27

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (22.2%) | 21 (77.8%) | 27 | 4.8 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (14.8%) | 23 (85.2%) | 27 | 4.9 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (3.7%) | 4 (14.8%) | 22 (81.5%) | 27 | 4.8 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (11.1%) | 24 (88.9%) | 27 | 4.9 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 1 (3.7%) | 0 (0.0%) | 3 (11.1%) | 23 (85.2%) | 27 | 4.8 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 5 (18.5%) | 5 (18.5%) | 17 (63.0%) | 27 | 4.4 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (3.7%) | 5 (18.5%) | 21 (77.8%) | 27 | 4.7 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 1 (3.7%) | 4 (14.8%) | 8 (29.6%) | 14 (51.9%) | 27 | 4.3 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 1 (3.7%) | 2 (7.4%) | 24 (88.9%) | 27 | 4.9 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (18.5%) | 22 (81.5%) | 27 | 4.8 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 1 (3.7%) | 3 (11.1%) | 12 (44.4%) | 11 (40.7%) | 27 | 4.2 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 2 (7.4%) | 17 (63.0%) | 8 (29.6%) | 0 (0.0%) | 0 (0.0%) | 27 | N/A | N/A | N/A | N/A |

**Guide to the Interpretation of the Course Instructor Surveys at UT Austin**

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (15355)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2018
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 77
**Number of survey forms returned:** 36

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (16.7%) | 30 (83.3%) | 36 | 4.8 | 4.4 | 4.4 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (8.3%) | 33 (91.7%) | 36 | 4.9 | 4.5 | 4.5 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 8 (22.2%) | 28 (77.8%) | 36 | 4.8 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (2.8%) | 5 (13.9%) | 30 (83.3%) | 36 | 4.8 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 3 (8.3%) | 33 (91.7%) | 36 | 4.9 | 4.5 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 1 (2.8%) | 1 (2.8%) | 8 (22.2%) | 26 (72.2%) | 36 | 4.6 | 4.2 | 4.2 | 4.3 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 1 (2.8%) | 7 (19.4%) | 28 (77.8%) | 36 | 4.8 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 2 (5.6%) | 7 (19.4%) | 6 (16.7%) | 21 (58.3%) | 36 | 4.3 | 4.1 | 4.1 | 4.2 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 1 (2.8%) | 4 (11.1%) | 31 (86.1%) | 36 | 4.8 | 4.3 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (11.1%) | 32 (88.9%) | 36 | 4.9 | 4.2 | 4.2 | 4.3 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 6 (16.7%) | 11 (30.6%) | 19 (52.8%) | 36 | 4.4 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 6 (17.1%) | 16 (45.7%) | 13 (37.1%) | 0 (0.0%) | 0 (0.0%) | 35 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree.................2
Neutral.................3
Agree...................4
Strongly Agree...........5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory............2
Satisfactory..............3
Very Good.................4
Excellent................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16170)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2019
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 80
**Number of survey forms returned:** 54

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 10 (18.5%) | 44 (81.5%) | 54 | 4.8 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (9.3%) | 49 (90.7%) | 54 | 4.9 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 1 (1.9%) | 0 (0.0%) | 12 (22.2%) | 41 (75.9%) | 54 | 4.7 | 4.4 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 3 (5.6%) | 12 (22.2%) | 39 (72.2%) | 54 | 4.7 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 1 (1.9%) | 5 (9.3%) | 12 (22.2%) | 36 (66.7%) | 54 | 4.5 | 4.6 | 4.5 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (1.9%) | 1 (1.9%) | 16 (29.6%) | 36 (66.7%) | 54 | 4.6 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (1.9%) | 3 (5.6%) | 11 (20.4%) | 39 (72.2%) | 54 | 4.6 | 4.6 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 3 (5.6%) | 3 (5.6%) | 19 (35.2%) | 29 (53.7%) | 54 | 4.4 | 4.2 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 11 (20.4%) | 43 (79.6%) | 54 | 4.8 | 4.4 | 4.4 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (1.9%) | 5 (9.3%) | 48 (88.9%) | 54 | 4.9 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 1 (1.9%) | 3 (5.6%) | 20 (37.0%) | 30 (55.6%) | 54 | 4.5 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 5 (9.3%) | 30 (55.6%) | 18 (33.3%) | 0 (0.0%) | 1 (1.9%) | 54 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree...........5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory............2
Satisfactory..............3
Very Good.................4
Excellent.................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16090)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2019
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 71
**Number of survey forms returned:** 50

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (14.0%) | 43 (86.0%) | 50 | 4.9 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 2 (4.0%) | 48 (96.0%) | 50 | 5.0 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 2 (4.0%) | 10 (20.0%) | 38 (76.0%) | 50 | 4.7 | 4.4 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 1 (2.0%) | 4 (8.0%) | 9 (18.0%) | 36 (72.0%) | 50 | 4.6 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 3 (6.0%) | 8 (16.0%) | 39 (78.0%) | 50 | 4.7 | 4.6 | 4.5 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (2.0%) | 1 (2.0%) | 13 (26.0%) | 35 (70.0%) | 50 | 4.6 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 2 (4.0%) | 1 (2.0%) | 12 (24.0%) | 35 (70.0%) | 50 | 4.6 | 4.6 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 3 (6.0%) | 8 (16.0%) | 12 (24.0%) | 27 (54.0%) | 50 | 4.3 | 4.2 | 4.1 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 1 (2.1%) | 0 (0.0%) | 8 (16.7%) | 39 (81.3%) | 48 | 4.8 | 4.4 | 4.4 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 3 (6.0%) | 7 (14.0%) | 40 (80.0%) | 50 | 4.7 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 7 (14.0%) | 12 (24.0%) | 31 (62.0%) | 50 | 4.5 | 4.0 | 4.0 | 4.1 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 4 (8.0%) | 24 (48.0%) | 20 (40.0%) | 1 (2.0%) | 1 (2.0%) | 50 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

---Survey Details---
**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16275)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 78
**Number of survey forms returned:** 33

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 7 (21.2%) | 25 (75.8%) | 33 | 4.7 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (18.2%) | 27 (81.8%) | 33 | 4.8 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 8 (24.2%) | 24 (72.7%) | 33 | 4.7 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (6.1%) | 8 (24.2%) | 23 (69.7%) | 33 | 4.6 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 2 (6.1%) | 11 (33.3%) | 20 (60.6%) | 33 | 4.5 | 4.6 | 4.6 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (3.0%) | 1 (3.0%) | 8 (24.2%) | 23 (69.7%) | 33 | 4.6 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (9.1%) | 13 (39.4%) | 17 (51.5%) | 33 | 4.4 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 2 (6.1%) | 12 (36.4%) | 19 (57.6%) | 33 | 4.5 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (18.2%) | 27 (81.8%) | 33 | 4.8 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 9 (27.3%) | 24 (72.7%) | 33 | 4.7 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 1 (3.0%) | 8 (24.2%) | 24 (72.7%) | 33 | 4.7 | 4.1 | 4.1 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 2 (6.1%) | 13 (39.4%) | 18 (54.5%) | 0 (0.0%) | 0 (0.0%) | 33 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (16195)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2020
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 74
**Number of survey forms returned:** 30

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (16.7%) | 25 (83.3%) | 30 | 4.8 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (3.3%) | 29 (96.7%) | 30 | 5.0 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (20.0%) | 24 (80.0%) | 30 | 4.8 | 4.3 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 2 (6.7%) | 5 (16.7%) | 23 (76.7%) | 30 | 4.7 | 4.5 | 4.5 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 7 (23.3%) | 23 (76.7%) | 30 | 4.8 | 4.6 | 4.6 | 4.6 |
| The course was well organized. | 0 (0.0%) | 1 (3.4%) | 0 (0.0%) | 8 (27.6%) | 20 (69.0%) | 29 | 4.6 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 0 (0.0%) | 3 (10.0%) | 5 (16.7%) | 22 (73.3%) | 30 | 4.6 | 4.6 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 1 (3.3%) | 0 (0.0%) | 6 (20.0%) | 23 (76.7%) | 30 | 4.7 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 2 (6.7%) | 3 (10.0%) | 25 (83.3%) | 30 | 4.8 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 1 (3.3%) | 7 (23.3%) | 22 (73.3%) | 30 | 4.7 | 4.3 | 4.3 | 4.4 |
| Overall, this course was | 0 (0.0%) | 1 (3.3%) | 1 (3.3%) | 6 (20.0%) | 22 (73.3%) | 30 | 4.6 | 4.1 | 4.1 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 0 (0.0%) | 12 (40.0%) | 18 (60.0%) | 0 (0.0%) | 0 (0.0%) | 30 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree...................2
Neutral....................3
Agree......................4
Strongly Agree.............5
```

```
Excessive
High
Average
Light
Insufficient
```

```
Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

## CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (17055)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2021
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 60
**Number of survey forms returned:** 16

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 1 (6.3%) | 4 (25.0%) | 11 (68.8%) | 16 | 4.6 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 6 (37.5%) | 10 (62.5%) | 16 | 4.6 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 1 (6.3%) | 4 (25.0%) | 11 (68.8%) | 16 | 4.6 | 4.4 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 0 (0.0%) | 1 (6.7%) | 7 (46.7%) | 7 (46.7%) | 15 | 4.4 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 0 (0.0%) | 1 (6.3%) | 5 (31.3%) | 10 (62.5%) | 16 | 4.6 | 4.6 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 1 (6.3%) | 1 (6.3%) | 6 (37.5%) | 8 (50.0%) | 16 | 4.3 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 0 (0.0%) | 1 (6.3%) | 3 (18.8%) | 3 (18.8%) | 9 (56.3%) | 16 | 4.3 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 1 (6.3%) | 2 (12.5%) | 2 (12.5%) | 2 (12.5%) | 9 (56.3%) | 16 | 4.0 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 4 (25.0%) | 4 (25.0%) | 8 (50.0%) | 16 | 4.3 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 2 (12.5%) | 5 (31.3%) | 9 (56.3%) | 16 | 4.4 | 4.4 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 2 (12.5%) | 2 (12.5%) | 4 (25.0%) | 8 (50.0%) | 16 | 4.1 | 4.1 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 2 (12.5%) | 7 (43.8%) | 6 (37.5%) | 0 (0.0%) | 1 (6.3%) | 16 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# CIS Individual Results

Use the browser's back button to return to your search or use the link in the navigation menu to start a new one.

**Survey Details**

**Instructor:** Yerraballi, Ramesh
**Course & Unique Number:** E E319K (17015)
**Organization:** Electrical Engineering
**College/School:** Engineering
**Semester:** Spring 2021
**Grade-eligible enrollment (may be < # forms distributed per 12th class day enrollment):** 79
**Number of survey forms returned:** 20

| Question | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| The instructor clearly defined and explained the course objectives and expectations. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (20.0%) | 16 (80.0%) | 20 | 4.8 | 4.5 | 4.5 | 4.5 |
| The instructor was prepared for each instructional activity. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 4 (20.0%) | 16 (80.0%) | 20 | 4.8 | 4.6 | 4.6 | 4.6 |
| The instructor communicated information effectively. | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 6 (30.0%) | 12 (60.0%) | 20 | 4.5 | 4.4 | 4.3 | 4.4 |
| The instructor encouraged me to take an active role in my own learning. | 0 (0.0%) | 1 (5.0%) | 1 (5.0%) | 6 (30.0%) | 12 (60.0%) | 20 | 4.5 | 4.5 | 4.4 | 4.5 |
| The instructor was available to students either electronically or in person. | 0 (0.0%) | 2 (10.0%) | 0 (0.0%) | 4 (20.0%) | 14 (70.0%) | 20 | 4.5 | 4.6 | 4.5 | 4.5 |
| The course was well organized. | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 7 (35.0%) | 11 (55.0%) | 20 | 4.5 | 4.3 | 4.3 | 4.4 |
| The instructor made me feel free to ask questions, disagree, and express my ideas. | 1 (5.0%) | 0 (0.0%) | 1 (5.0%) | 10 (50.0%) | 8 (40.0%) | 20 | 4.2 | 4.5 | 4.5 | 4.5 |
| The course materials (e.g., text and supplemental materials) were helpful to me. | 0 (0.0%) | 0 (0.0%) | 3 (15.0%) | 7 (35.0%) | 10 (50.0%) | 20 | 4.4 | 4.2 | 4.2 | 4.3 |
| Overall, I learned a great deal in this course. | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 5 (25.0%) | 15 (75.0%) | 20 | 4.8 | 4.4 | 4.3 | 4.4 |

| Question | Very Unsatisfactory | Unsatisfactory | Satisfactory | Very Good | Excellent | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall, this instructor was | 0 (0.0%) | 0 (0.0%) | 2 (10.0%) | 5 (25.0%) | 13 (65.0%) | 20 | 4.6 | 4.4 | 4.2 | 4.4 |
| Overall, this course was | 0 (0.0%) | 0 (0.0%) | 3 (15.0%) | 8 (40.0%) | 9 (45.0%) | 20 | 4.3 | 4.1 | 4.0 | 4.2 |

| Question | Excessive | Somewhat high | About right | Somewhat light | Insufficient | Number of respondents | Average | Organization Average | College/School Average | University Average |
|---|---|---|---|---|---|---|---|---|---|---|
| In my opinion, the workload in this course was: | 3 (15.0%) | 8 (40.0%) | 9 (45.0%) | 0 (0.0%) | 0 (0.0%) | 20 | N/A | N/A | N/A | N/A |

## Guide to the Interpretation of the Course Instructor Surveys at UT Austin

The Basic Form items are used in almost all UT Austin colleges and schools. These items provide general information about the course and instructor. The three sets of scales used and the associated weights are:

```
Strongly Disagree..........1
Disagree..................2
Neutral...................3
Agree.....................4
Strongly Agree............5


Excessive
High
Average
Light
Insufficient


Very Unsatisfactory........1
Unsatisfactory.............2
Satisfactory...............3
Very Good..................4
Excellent..................5
```

The Average (AVG) is calculated by adding all of the weights for a single question and dividing by the number of respondents. The course workload question is not averaged.

The number of students marking each option is reported for each of the items. These frequency distributions provide information about the level of student ratings and the spread and shape of the class distribution of responses. The distributions thus provide a general picture of how the class is viewed by students; e.g., Are student ratings toward the top of the scale? Is there a relatively large proportion of unsatisfactory ratings? Students will find that there are definite differences in the rating patterns of various courses.

Course-Instructor Surveys have been shown to be a valid indicator of teaching effectiveness. However, most experts on teaching evaluation advise that no one method gives the complete picture of an instructor's teaching ability; multiple measures, on multiple occasions, are advised to give a full picture of the teaching effectiveness of a particular instructor. Moreover, other factors, such as size of class, level of the class, and content of the course, can cause small variations in the ratings. Thus while the results reported for the Basic Form items can be useful in selecting courses, the results for a particular instructor should not be interpreted as providing complete information on the teaching effectiveness of that instructor.

# EXHIBIT 42

**Shaffer, Sonya D**

| | |
|---|---|
| **From:** | Tiwari, Mohit |
| **Sent:** | Wednesday, December 21, 2016 4:00 PM |
| **To:** | Shaffer, Sonya D; Bearden, Carole A |
| **Subject:** | Re: Approval of Probationary Period Extension |

Hi Sonya,

Can I confirm over email that I have seen and agree to the extension terms?

Or, is there a PDF or doc you can send me that I can sign electronically?

Signature image attached below.

(I have been on flights to and in India for the last couple days and hence the delay)

Thanks again!

Mohit

---

**From:** Shaffer, Sonya D
**Sent:** Thursday, December 22, 2016 2:55:34 AM
**To:** Tiwari, Mohit; Bearden, Carole A
**Subject:** RE: Approval of Probationary Period Extension

Hi Mohit.

Have you sent this document yet?  If so, where did you send it as I've not received it yet.

Thanks so very much!  Happy holidays!

Sonya

**SONYA SHAFFER** | Executive Assistant, Academic Affairs Office
The University of Texas at Austin | Cockrell School of Engineering | 512-471-7995 | shaffer.s@mail.utexas.edu

**From:** Tiwari, Mohit
**Sent:** Wednesday, December 14, 2016 11:38 AM
**To:** Bearden, Carole A <cjjp@mail.utexas.edu>



EXECUTIVE VICE PRESIDENT
AND PROVOST

DEC 2 2 REC'D

1

CONFIDENTIAL                                                                 UT Austin_0026881

**Cc:** Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
**Subject:** Re: Approval of Probationary Period Extension

Thanks Carole. I'll sign and re-send it.

Mohit

---

**From:** Bearden, Carole A
**Sent:** Wednesday, December 14, 2016 11:11 AM
**To:** Tiwari, Mohit
**Cc:** Shaffer, Sonya D
**Subject:** RE: Approval of Probationary Period Extension

Mohit,

Here is a copy of what I was sent.  Use this one if you cannot locate yours.

Carole

**From:** Shaffer, Sonya D
**Sent:** Wednesday, December 14, 2016 11:03 AM
**To:** Tiwari, Mohit <tiwari@austin.utexas.edu>
**Cc:** Bearden, Carole A <cjjp@mail.utexas.edu>
**Subject:** RE: Approval of Probationary Period Extension

I would have put it in the ECE box up here on the 10th floor of ECJ, which is hand delivered to where the department is now (or picked up by your staff, not sure exactly which).  So, it wasn't sent through the campus mail system, per se, it should have been hand delivered to the department.

Sonya

**From:** Tiwari, Mohit
**Sent:** Wednesday, December 14, 2016 10:55 AM
**To:** Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
**Cc:** Bearden, Carole A <cjjp@mail.utexas.edu>
**Subject:** Re: Approval of Probationary Period Extension

Can you check which address it went to -- u receive mail in POB but I've also been told some parts of the UT system have my office listed as ENS. (The old building that is now no more)

Thanks,
Mohit

---

**From:** Shaffer, Sonya D
**Sent:** Wednesday, December 14, 2016 10:50:37 AM
**To:** Tiwari, Mohit
**Cc:** Bearden, Carole A
**Subject:** RE: Approval of Probationary Period Extension

2

CONFIDENTIAL

UT Austin_0026882

Dr. Tiwari - It was not an email, it was an original hard copy letter that was sent to you through campus mail.

Thanks,
Sonya

**From:** Tiwari, Mohit
**Sent:** Wednesday, December 14, 2016 10:50 AM
**To:** Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
**Cc:** Bearden, Carole A <cjjp@mail.utexas.edu>
**Subject:** Re: Approval of Probationary Period Extension

Hi Sonya,

I might have missed the email in my inbox -- who should I search for to retrieve the email?

Carole, do you know if I received this probation extension email? I can't recollect seeing it.

Thanks,
Mohit

**From:** Shaffer, Sonya D
**Sent:** Wednesday, December 14, 2016 10:46:30 AM
**To:** Tiwari, Mohit
**Cc:** Bearden, Carole A
**Subject:** Approval of Probationary Period Extension

Good morning Dr. Tiwari.

I'm going through some older pending items I have, and I do not have in my file your signed letter from the provost's office indicating your understanding of your probationary extension (copy attached of what was sent to you in September). Please forgive me if I've missed that. Would you please submit the original signed letter to me at your earliest convenience, or a copy of what was submitted earlier if I missed it?

Thank you so very much,
Sonya

**SONYA SHAFFER** | Executive Assistant, Academic Affairs Office
The University of Texas at Austin | Cockrell School of Engineering | 512-471-7995 | shaffer.s@mail.utexas.edu

CONFIDENTIAL

UT Austin_0026883



**EXECUTIVE VICE PRESIDENT AND PROVOST**
The University of Texas at Austin

*110 Inner Campus Drive, Suite 201 · G1000 · Austin, Texas 78712-0538 · (512) 471-4363 · FAX (512) 475-7385*

September 13, 2016

Dr. Gerald E. Speitel, Jr.
Associate Dean for Academic Affairs
Cockrell School of Engineering
C2100

Dear Jerry:

Please advise Assistant Professor Mohit Tiwari that the request for a one-year probationary period extension for reason of childbirth has been applied.

Professor Tiwari joined the faculty of the Department of Electrical and Computer Engineering full-time in the fall of 2013. With this extension, the university will no longer count the 2016-17 academic year toward fulfillment of the required probationary period of service and it is projected that Professor Tiwari's mandatory promotion and tenure review likely will occur in the fall of 2019 per the chart below:

| Academic Year | Probationary Period Status |
|---|---|
| 2012-13 | Zero percent - Does not count toward probationary period |
| 2013-14 | Probation – Year 1 |
| 2014-15 | Probation – Year 2 |
| 2015-16 | Probation – Year 3 |
| 2016-17 | Extension Year - Does not count toward probationary period |
| 2017-18 | Probation – Year 4 |
| 2018-19 | Probation – Year 5 |
| 2019-20 | Probation – Year 6 - Projected year of up/out review |

This approved extension to the probationary period may be rescinded at Professor Tiwari's discretion. A request to rescind an approved probationary period extension should be submitted in writing to the Department Chair or Dean no later than February 1 prior to the fall promotion review. If the approved extension is rescinded, then Professor Tiwari's mandatory promotion and tenure review will occur one year earlier than indicated in the chart above.

CONFIDENTIAL

Dr. Gerald E. Speitel, Jr.
September 13, 2016
Page 2

Please ask Professor Tiwari to sign and return the original of this letter to Dorothy Harris in this office, G1000.  A copy of this approval should be placed in the departmental and dean's office faculty personnel files.

Sincerely,

Janet M. Dukerich
Senior Vice Provost for Faculty Affairs

JMD /dh

xc:     Dean Sharon L. Wood
        Professor Ahmed Tewfik

**Agreed:**

_____          Date: _____
Dr. Mohit Tiwari, Assistant Professor

CONFIDENTIAL

UT Austin_0026885



**From:** Ahmed Tewfik <tewfikcom@gmail.com>
**Sent:** Thursday, May 24, 2018 4:51 PM
**To:** Tiwari, Mohit <tiwari@austin.utexas.edu>
**Subject:** Fwd: Tiwari promotion

Hi Mohit

Can you please send me an email indicating that you decided to rescind the 1 year extension to your probationary period for evaluation for promotion?


This will allow us to submit your tenure package in the current cycle as "on time" as opposed to early.

Thank you

regards
Ahmed


_____
Ahmed Tewfik
1213 Havre Lafitte Dr
Austin, TX 78746
USA

Cell: 952-201-9683



Begin forwarded message:

> Carmen said "Yes, absolutely the candidate can rescind the extension."
>
> He can simply send you an email indicating he's decided to rescind the 1 year extension to his probationary period for evaluation for promotion.  Therefore, he will be submitting his tenure package in the current cycle as "on time" as opposed to early.
>
> Then you send it to us, we'll send to Carmen and they'll send a new letter back for Mohit to sign indicating the new years of probationary years showing his up/out review for 2018-19.

1

CONFIDENTIAL

UT Austin_0034014

Thanks,
sds

---

**From:** Tewfik, Ahmed H
**Sent:** Monday, May 21, 2018 12:48 PM
**To:** Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
**Cc:** Erengil, Miriam J <jac.erengil@utexas.edu>; Speitel, Gerald E <speitel@utexas.edu>
**Subject:** Re: Tiwari promotion

Hi Sonya

My recollection from previous years is that the revocation had to be done in February. Can you please double check?

If he can revoke the extension, he will do so. Otherwise, like in other cases we had in previous years, this will be a technically early case.

regards
Ahmed

_____
Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu

On May 21, 2018, at 7:06 PM, Shaffer, Sonya D <shaffer.s@mail.utexas.edu> wrote:

> Ahmed,
>
> Looking over my spreadsheet, Tiwari received an extension for the 2016-17 year. He will be considered early for his review in 2018-19 unless he revokes his extension. Please let me know how he/you will proceed, will you discuss his case as an early promotion, or have him revoke and go up at normal time?
>
> Thanks,
> Sonya
>
> SONYA SHAFFER | Executive Assistant, Academic Affairs Office
> The University of Texas at Austin | Cockrell School of Engineering | 512-471-7995 |
> shaffer.s@mail.utexas.edu

CONFIDENTIAL

UT Austin_0034015

3

CONFIDENTIAL

MT 28295

 **The University of Texas at Austin**

Office of the Executive Vice President
and Provost

110 Inner Campus Dr. STOP G1000
Austin, Texas 78712-2071
T: 512.471.4363    F: 512.475.7385
provost.utexas.edu

June 1, 2018

Dr. Gerald E. Speitel, Jr.
Associate Dean for Academic Affairs
Cockrell School of Engineering
C2100

Dear Jerry:

Please advise Assistant Professor Mohit Tiwari that the request to rescind the one-year probationary period
extension for the 2016-17 academic year has been approved.

Professor Tiwari joined the faculty of the Department of Electrical and Computer Engineering in the fall of 2013.
It is projected that Professor Tiwari's mandatory promotion and tenure review will occur in the fall of 2018 per
the chart below:

| Academic Year | Probationary Period Status |
|---|---|
| 2013-14 | Probation – Year 1 |
| 2014-15 | Probation - Year 2 |
| 2015-16 | Probation – Year 3 |
| 2016-17 | Probation – Year 4 |
| 2017-18 | Probation – Year 5 |
| 2018-19 | Probation - Year 6 - Projected year of up/out review |

This approval supersedes Senior Vice Provost Janet Dukerich's letter dated September 13, 2016, which stated
that Dr. Tiwari's mandatory promotion and tenure review will likely occur in the fall of 2019.

Please ask Professor Tiwari to sign and return the original of this letter to Dorothy Harris in this office, G1000.
A copy of this approval should be placed in the departmental and dean's office faculty personnel files.

Sincerely,

*Carmen Shockley*

Carmen L. Shockley
Assistant Vice President for Faculty Affairs

CLS/djh

xc:    Dean Sharon L. Wood
       Professor Ahmed Tewfik

EXECUTIVE VICE PRESIDENT
AND PROVOST

JUL 05 2018

AT

**Agreed:** *Mohit Tiwari*
_____          Date: ____ **July 5, 2018**
Dr. . Mohit Tiwari, Assistant Professor

①

# EXHIBIT 43

Message

| | |
|---|---|
| **From:** | Wood, Sharon L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C086DBB1CC04492BB96574EB561855BD-WOOD SHARON] |
| **Sent:** | 10/26/2018 4:54:55 PM |
| **To:** | Speitel, Gerald E [speitel@utexas.edu] |
| **Subject:** | RE: question for ECE chair |

I met with the committee yesterday and they had considered the case a normal promotion.  But it is early, and it needs to be justified.  Ahmed not understanding the rules is not justification.

S.L. Wood | Cockrell School of Engineering | UT Austin | (512) 471-1166

---

**From:** Speitel, Gerald E
**Sent:** Friday, October 26, 2018 11:04 AM
**To:** Wood, Sharon L <swood@utexas.edu>
**Subject:** FW: question for ECE chair

I also received this email from Ahmed.  Basically, he seems put out that he is being asked to further justify an early promotion.

---

**From:** Tewfik, Ahmed H
**Sent:** Friday, October 26, 2018 9:00 AM
**To:** Speitel, Gerald E <speitel@utexas.edu>
**Subject:** Re: question for ECE chair

Not to be forwarded

At the September lunch with department chairs, the Provost was very clear that she favors the strategy of recruiting assistant professors on an upward trajectory. The  committee's charter doesn't cover setting strategic direction for the college that contradict directions from the Provost. I also hope that this question isn't a reflection of gender biases.

 regards
Ahmed

_____

Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave.
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu

On Oct 25, 2018, at 8:38 PM, Speitel, Gerald E <speitel@utexas.edu> wrote:

Ahmed,

Can you provide the requested information.  Thanks.

Jerry

-----Original Message-----
From: Shakkottai, Sanjay
Sent: Thursday, October 25, 2018 5:58 PM
To: Speitel, Gerald E <speitel@utexas.edu>
Cc: Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
Subject: question for ECE chair

Dear Jerry,

The CSE P&T Committee has the following question for the ECE department chair on Dr. Evdokia Nikolova's promotion case.

The committee requests that the ECE chair provide additional justification for the timing of the promotion application. Dr. Nikolova will have accumulated four years of probationary service at UT Austin by September 2019 (whereas the regular number of years for promotion to Associate Professor is six). While the committee acknowledges that she has spent 2.5 years in rank at Texas A&M University, this case is still considered to be technically early at UT Austin. Thus, the committee members would like additional justification for early consideration of this case.


Regards,
Sanjay
--

UT Austin_0037790

# EXHIBIT 44

Message (Digitally Signed)

| | |
|---|---|
| **From:** | Tewfik, Ahmed H [tewfik@austin.utexas.edu] |
| **Sent:** | 10/26/2018 11:30:33 PM |
| **To:** | Speitel, Gerald E [speitel@utexas.edu] |
| **CC:** | Wood, Sharon L [swood@utexas.edu] |
| **Subject:** | Re: question for ECE chair |
| **Attachments:** | smime.p7s |

Hi Jerry

I'll give you a call on Monday to discuss and seek your guidance.

I am happy to add an explanation about the two semesters. As you recall, she was given an unbalanced teaching load in the fall '15 to attend a program at the Simons Institute at Berkeley. While away, she got pregnant and was given the spring '16 semester off.

My justification is no different than the justification I gave for Alex four years ago. I don't want to compare the two cases but of course both Bill and Greg separately told me that year that Alex and Deji  were the two strongest cases across all of UT that year.


 regards
Ahmed


_____
Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave.
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu


On Oct 26, 2018, at 3:49 PM, Speitel, Gerald E <speitel@utexas.edu> wrote:

> Ahmed,
>
> She is being put up for promotion two years early, and UT requires that all early promotions be justified.  Essentially, you are saying in your letter that it would not be early if we take her service into TAMU into account.  While I agree prior service at another university is a mitigating factor that often comes into play with assistant professors who start elsewhere, it is not in itself a justification for promoting her now.  UT is not obligated to consider her for promotion now, and the question that Sharon will receive from the president's committee is, "Why should we promote her now?"  I especially expect a challenge from Brent Iverson related to her teaching, which you acknowledge to be below the median of the department.  This is in conflict with the general expectation that early promotions be "well above the bar" in all categories.  Thus, we need you to strengthen your letter with respect to why an early promotion is justified.

CONFIDENTIAL

Jerry

P.S.  We also need you to explain the gap in her teaching assignment:  why did she get two semesters of teaching relief (Fall 2015 and Spring 2016) for child birth when one is the norm?

---

**From:** Tewfik, Ahmed H
**Sent:** Friday, October 26, 2018 8:55 AM
**To:** Speitel, Gerald E <speitel@utexas.edu>
**Cc:** Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
**Subject:** Re: question for ECE chair

Hi Jerry

As noted in my letter, and acknowledged by the committee chair, "If [Evdokia is] promoted to associate professor in September of 2019, she will have served as an assistant professor at the University of Texas at Austin for five years. This is therefore technically an early promotion case—particularly because she has received an extension of her probationary period. However, she began her academic career at Texas A&M University as an assistant professor in August 2011. Her case would not be early if these two years of service are taken into account."

All promotion cases should be evaluated by the well established and accepted metrics for judging excellence in teaching and research. Judging this promotion case by an artificial metric that has **zero correlation** with the metrics that the outside world, industry and academia, uses to evaluate impact and excellence in teaching and research, will do irreparable harm to our ability to continue to recruit highly promising assistant or associate professors  from other institutions. It will also negatively impact our ability to retain the star assistant professors that we have recently recruited from top peer departments, such as UIUC,  and who had served 2 to 4 years as assistant professors at their initial home institution.


 regards
Ahmed


_____
Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave.
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu

CONFIDENTIAL

# EXHIBIT 45

Message
_____

**From:**      Speitel, Gerald E [speitel@utexas.edu]
**Sent:**      10/26/2018 4:03:46 PM
**To:**        Wood, Sharon L [swood@utexas.edu]
**Subject:**   FW: question for ECE chair

I also received this email from Ahmed.  Basically, he seems put out that he is being asked to further justify an early promotion.

_____

**From:** Tewfik, Ahmed H
**Sent:** Friday, October 26, 2018 9:00 AM
**To:** Speitel, Gerald E <speitel@utexas.edu>
**Subject:** Re: question for ECE chair

Not to be forwarded

At the September lunch with department chairs, the Provost was very clear that she favors the strategy of recruiting assistant professors on an upward trajectory. The  committee's charter doesn't cover setting strategic direction for the college that contradict directions from the Provost. I also hope that this question isn't a reflection of gender biases.

 regards
Ahmed

_____

Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave.
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu


On Oct 25, 2018, at 8:38 PM, Speitel, Gerald E <speitel@utexas.edu> wrote:

> Ahmed,
>
> Can you provide the requested information.  Thanks.
>
> Jerry
>
> -----Original Message-----
> From: Shakkottai, Sanjay
> Sent: Thursday, October 25, 2018 5:58 PM
> To: Speitel, Gerald E <speitel@utexas.edu>
> Cc: Shaffer, Sonya D <shaffer.s@mail.utexas.edu>
> Subject: question for ECE chair

CONFIDENTIAL

Dear Jerry,

The CSE P&T Committee has the following question for the ECE department chair on Dr. Evdokia Nikolova's promotion case.

The committee requests that the ECE chair provide additional justification for the timing of the promotion application. Dr. Nikolova will have accumulated four years of probationary service at UT Austin by September 2019 (whereas the regular number of years for promotion to Associate Professor is six). While the committee acknowledges that she has spent 2.5 years in rank at Texas A&M University, this case is still considered to be technically early at UT Austin. Thus, the committee members would like additional justification for early consideration of this case.

Regards,
Sanjay
--

CONFIDENTIAL

# EXHIBIT 46

Message
_____

| | |
|---|---|
| **From:** | Wood, Sharon L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C086DBB1CC04492BB96574EB561855BD-WOOD SHARON] |
| **Sent:** | 4/30/2019 1:47:57 AM |
| **To:** | Speitel, Gerald E [speitel@utexas.edu] |
| **Subject:** | RE: CCAFR Report on Dr. Evdokia Nikolova |

We all do...

S.L. Wood | Cockrell School of Engineering | UT Austin | (512) 471-1166

_____

**From:** Speitel, Gerald E <speitel@utexas.edu>
**Sent:** Monday, April 29, 2019 8:33 PM
**To:** Wood, Sharon L <swood@utexas.edu>
**Subject:** RE: CCAFR Report on Dr. Evdokia Nikolova

Let's just say that I have better things to do with my time than write a faculty handbook.

_____

**From:** Wood, Sharon L <swood@utexas.edu>
**Sent:** Monday, April 29, 2019 8:32 PM
**To:** Speitel, Gerald E <speitel@utexas.edu>
**Subject:** RE: CCAFR Report on Dr. Evdokia Nikolova

Thanks.  She didn't bother to read the promotion guideline, and bets on how many people would read a faculty handbook?

S.L. Wood | Cockrell School of Engineering | UT Austin | (512) 471-1166

_____

**From:** Speitel, Gerald E <speitel@utexas.edu>
**Sent:** Monday, April 29, 2019 8:03 AM
**To:** Wood, Sharon L <swood@utexas.edu>
**Subject:** RE: CCAFR Report on Dr. Evdokia Nikolova

I just read the end.  It is not as bad as some; they did not find in favor of the faculty member on all claims.  But they recommend that "serious consideration be given to the reversal of this decision."   They also want us to write an annually updated Engineering faculty handbook.

_____

**From:** Wood, Sharon L <swood@utexas.edu>
**Sent:** Monday, April 29, 2019 7:07 AM
**To:** Speitel, Gerald E <speitel@utexas.edu>
**Subject:** FW: CCAFR Report on Dr. Evdokia Nikolova

I have not read this yet...  Not sure I want to.

S.L. Wood | Cockrell School of Engineering | UT Austin | (512) 471-1166

_____

**From:** Strong, Pauline <pstrong@austin.utexas.edu>
**Sent:** Sunday, April 28, 2019 9:39 PM
**To:** Fenves, Gregory L <fenves@utexas.edu>
**Cc:** Nikolova, Evdokia <nikolova@austin.utexas.edu>; Tewfik, Ahmed H <tewfik@austin.utexas.edu>; Wood, Sharon L

<swood@utexas.edu>; Provost Maurie McInnis <provost@utexas.edu>; Dukerich, Janet M <janet.dukerich@austin.utexas.edu>; Shockley, Carmen L <cshockley@austin.utexas.edu>; Steinhardt, Mary A <msteinhardt@austin.utexas.edu>; Roberts, Deborah L <debbie.roberts@austin.utexas.edu>; Evans, Brian L <bevans@ece.utexas.edu>; Hilley, Martha F <mfhilley@mail.utexas.edu>; Parra-Medina, Deborah M <parramedina@austin.utexas.edu>
**Subject:** CCAFR Report on Dr. Evdokia Nikolova

April 28, 2019

Dear President Fenves:

Attached please find the CCAFR report concerning the claim of procedural violation in the consideration of Dr. Evdokia Nikolova for promotion and tenure. The report is complete except for the signature of Professor Martha Hilley, who is out of town. The Subcommittee will file a copy with Professor Hilley's signature shortly, but we wanted you to have the report as soon as it was completed, given that we have already gone past the deadline. Thank you for your consideration, and please let us know if you have any questions or concerns.

Sincerely,

Pauline Strong, for the Subcommittee
(Martha Hilley, Chair; Deborah Parra-Medina; Pauline Strong)

PAULINE TURNER STRONG, PhD
Director, Humanities Institute
Professor, Anthropology and Gender Studies
Affiliate, Native American and Indigenous Studies
Affiliate, Human Dimensions of Organizations
**College of Liberal Arts | 512.471.8524**
**University of Texas at Austin**
**2201 Speedway Ave., C3200, Austin, TX 78712**

Member, American Association of University Professors (aaup.org)
Member, Texas State Employees Union, CWA #6186 (cwa-tseu.org)

UT Austin_0007974

# EXHIBIT 47



**THE UNIVERSITY OF TEXAS AT AUSTIN**

**Gregory L. Fenves**
110 Inner Campus Drive
Austin, Texas 78712
512-471-1232 | president@utexas.edu

May 13, 2019

Dr. Brian Evans
Chair, Committee of Counsel on Academic Freedom and Responsibility (CCAFR)
Professor, Department of Electrical and Computer Engineering
C0803

Dear Professor Evans:

I write in response to the CCAFR subcommittee's report dated April 28, 2019, regarding Assistant Professor Evdokia Nikolova's complaint(s) that the university's decision not to promote her to the rank of associate professor was flawed by procedural irregularities. After reviewing the file, and the subcommittee's report and advisory opinions, I make the determinations described in the following.

> **Complaint #1 as stated in CCAFR's report:** "Ramifications of Prior Service at a Peer Institution and Application of a Higher Standard."
> **CCAFR's advisory opinion:** The candidate's prior years in rank at a different institution [Texas A&M] were not counted among her years in rank [at UT Austin]. This procedural violation led to the candidate's case being held to a higher standard.

The candidate's prior years of service at Texas A&M were noted, but were not considered for purposes of calculating the candidate's "time in rank" at UT Austin. Board of Regents' Rule 31007 and HOP 2-2010 provide that only full-time service at the university shall be counted toward a candidate's six-year probationary period. At the time of her application for promotion and tenure, the candidate was not in her sixth "up-or-out" year of probationary service. The candidate was reviewed based on her years of service in rank at UT Austin; and she was not held to a higher standard. The candidate's application for tenure and promotion will be assembled and reviewed again when the candidate is in her sixth year of probationary service at UT Austin, and is truly in her up-or-out year. Therefore, I disagree with the CCAFR subcommittee's advisory opinion that this was a procedural violation, or that the candidate was held to a higher standard.

> **Complaint #2 as stated in CCAFR's report:** "Inadequate Notice of Ability to Rescind Probationary Extension."
> **CCAFR's advisory opinion:** CCAFR does not find a procedural violation related to this complaint.

Nikolova Response
May 13, 2019
Page 2 of 5

I agree with the CCAFR subcommittee; there was no procedural violation.

> **Complaint #3 as stated in CCAFR's report:** "University Policies Do Not Provide a Higher Standard for Early Promotion."
> **CCAFR's advisory opinion:** The candidate was held to a higher standard which is not defined in institutional policy. This procedural violation negatively impacted the outcome of the case.

I disagree with the subcommittee's advisory opinion that the candidate was held to a higher standard; and I do not find a procedural violation associated with this complaint. The CCAFR subcommittee makes the conclusory statement that "the President and/or the President's Committee has unilaterally changed tenure and promotion standards without faculty discussion" without any evidence to support such a claim. Board of Regents' Rule 31007 and HOP 2-2010 provide that only full-time service at the university shall be counted toward a candidate's six-year probationary period. The candidate was not held to a higher standard; her application for tenure and promotion simply was not ripe for review. The candidate's application for tenure and promotion will be assembled and reviewed again when the candidate is in her sixth year of probationary service at UT Austin, and is truly in her up-or-out year.

> **Complaint #4 as stated in CCAFR's report:** "External Letter of Support Not Placed in Tenure File."
> **CCAFR's advisory opinion:** This minor procedural violation is unlikely to have impacted the president's decision.

I disagree with the CCAFR subcommittee's advisory opinion that a procedural violation occurred in this instance. Candidates, at their discretion, may add such documents to their promotion and tenure file, or request that the university add such documents to their file. Here, neither was done. In any event, I agree that this did not impact the outcome of the candidate's application for promotion and tenure.

> **Complaint #5 as stated in CCAFR's report:** "Misinterpretation by Dean of Information in Dossier Regarding Research."
> **CCAFR's advisory opinion:** CCAFR is puzzled by the Dean's concerns about the sustainability of the candidate's research program.

This allegation is a dispute about the Dean's professional judgment regarding the candidate's research. CCAFR does not have authority to review disputes about professional judgments regarding the merits of a faculty member's record. As such, the CCAFR subcommittee has no authority to review the matter, yet alone substitute its judgment for that of the Dean's. This

UT Austin_00715

Nikolova Response
May 13, 2019
Page 3 of 5

allegation falls outside the scope of CCAFR's review, and I reject any advisory opinion this CCAFR subcommittee attempts to form on this issue.

> **Complaint #6 as stated in CCAFR's report:** "Misinterpretation by Dean of Information in Dossier Regarding Teaching."
> **CCAFR's advisory opinion:** CCAFR is puzzled by disparate assessments of the candidate's teaching.

This allegation is a dispute about the Dean's professional judgment regarding the candidate's teaching. CCAFR does not have authority to review disputes about professional judgments regarding the merits of a faculty member's record. As such, the CCAFR subcommittee has no authority to weigh in on the matter, yet alone substitute its judgment for that of the Dean's. This allegation falls outside the scope of CCAFR's review, and I reject any advisory opinion this CCAFR subcommittee attempts to form on this issue.

> **Complaint #7 as stated in CCAFR's report:** "Omission of Teaching Scores from Previous Institution in the Dossier."
> **CCAFR's advisory opinion:** The department failed to ensure that teaching scores from the candidate's previous institution were placed in the dossier and this procedural error may have negatively impacted the candidate's case.

The university did not request or review the candidate's previous teaching scores from Texas A&M University because the candidate's prior teaching does not bear on her application for tenure and promotion at UT Austin. Section C.10.a of the *General Guidelines for Promotion and Tenure of all Faculty Ranks Excluding the Dell Medical School* (2018-19) provides that "[c]andidates who have taught at other institutions *during the last three years* may submit evaluations from those courses." (emphasis added). In this case, the last three years of the candidate's teaching has occurred at UT Austin. I reject the CCAFR subcommittee's advisory opinion.

> **Complaint #8 as stated in CCAFR's report:** "Misinterpretation by Dean of Information in Dossier Regarding Service."
> **CCAFR's advisory opinion:** The dean misquoted the budget council statement on service which constitutes a procedural error.

I reject the CCAFR subcommittee's advisory opinion that the Dean's misquote constitutes a procedural violation. In any event, the Dean's (mis)quote did not impact the final decision in this case.

UT Austin_00716

Nikolova Response
May 13, 2019
Page 4 of 5

**Complaint #9 as stated in CCAFR's report:** "Denial of Tenure Raises Concerns Related to Gender and Pregnancy."
**CCAFR's advisory opinion:** CCAFR does not find a procedural violation related to this complaint.

I agree with the CCAFR subcommittee; there was no procedural violation.

Finally, the CCAFR subcommittee includes in its report five recommendations for the university to consider:

1. Consider reversal of the decision not to promote.
2. Consider allowing final arguments for "do not promote" decisions and directly inform candidates regarding the reasons for a decision not to promote.
3. Develop and annually update a faculty handbook for the Cockrell School of Engineering.
4. Document the university's policy regarding prior service in rank at another institution.
5. Clarify the rules around requesting and rescinding a request for an extension to the probationary period.

I will not reverse my decision in this candidate's promotion and tenure case. The candidate will be reconsidered for promotion and tenure when she has served six years in probationary status at UT Austin. By copy of this letter, I refer the CCAFR subcommittee's recommendations two (2)-five (5) to the Executive Vice President and Provost and the Dean of the Cockrell School of Engineering for further consideration.

I thank the members of the CCAFR subcommittee for their work in considering this case.

Sincerely,

Gregory L. Fenves
President

Nikolova Response
May 13, 2019
Page 5 of 5


cc:    Maurie McInnis, Executive Vice President and Provost
       Sharon Wood, Dean, Cockrell School of Engineering
       Ahmed Tewfik, Chair, Department of Electrical and Computer Engineering
       Evdokia Nikolova, Assistant Professor, Department of Electrical and
         Computer Engineering
       Martha Hilley, Professor, Butler School of Music
       Deborah Parra-Medina, Professor, Department of Mexican American and Latino/a
         Studies
       Pauline Turner Strong, Professor, Department of Anthropology

UT Austin_00718

# EXHIBIT 48

| | Message |
|---|---|
| **From**: | Wood, Sharon L [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C086DBB1CC04492BB96574EB561855BD-WOOD SHARON] |
| **Sent**: | 1/27/2019 2:38:39 AM |
| **To**: | Douglas J. Dempster [ddempster@austin.utexas.edu] |
| **Subject**: | Most controversial case |
| **Attachments**: | ECE_Nikolova v2.pdf |

This is the most controversial case.  Intentionally, I did not state all my reasons in the letter.  I felt that some things were best discussed with the committee.

By the way, Dan Jaffe specifically recommended that I not include quotes from the external letters.  So I only include the negative ones and then address them.  This has shortened my letters significantly.  Also, our P&T committee does not write a formal statement.  They used to draft the dean's letter, but I found that I spent too much time editing it.  So this year, they gave me bullet points and I wrote everything.  Only their vote is recorded.

sharon

--
**SHARON L. WOOD** | Dean, Cockrell School of Engineering
The University of Texas at Austin | 512-471-1166



DEPOSITION EXHIBIT
4

3/18/2021

Tommi Rutledge Gray, CSR, RPR, CRR

CONFIDENTIAL

# EXHIBIT 49

**REPORT ON STEREOTYPING AND BIAS**

**IN THE MATTER OF**

**EVDOKIA NIKOLOVA, PH.D.**

**v.**

**UNIVERSITY OF TEXAS AT AUSTIN**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

**CASE NO. 1:19-cv-00877-RP**

**Report prepared by Dr. Peter Glick, Ph.D.**

**April 19, 2021**

**TABLE OF CONTENTS**

I.      Background and Qualifications…………………………………………………3

II.     Type of Testimony……………………………………………………....…….6

III.    Documents Reviewed in Preparation of this Report ……………………………...9

IV.     Scientific Research on Stereotyping and Discrimination……………………..……..10

V.      Application to Current Case……………………………………………….…,,,, 40

VI.     Compensation & Signature…………………………………………………… 61

VII.    Attachment A: Curriculum Vitae………………………………………………... 62

I, Peter Glick, have been retained by the Crews Law Firm, P.C., counsel for the Plaintiff, in the case of *Evdokia Nikolova v University of Texas at Austin* to issue a report on the science of stereotyping, bias, and discrimination.

## I.      BACKGROUND AND QUALIFICATIONS

I am the Henry Merritt Wriston Professor in the Social Sciences and a Full Professor of Psychology at Lawrence University in Appleton, WI, having joined the faculty in 1985 shortly after earning my Ph.D. in social psychology at the University of Minnesota. In addition, I became a Senior Scientist with the NeuroLeadership Institute in 2018. I have co-edited two books on prejudice,[1] co-authored a text on the social psychology of gender and sexism,[2] and authored or co-authored more than 80 professional papers (peer-reviewed journal articles and chapters in edited books) on prejudice, stereotypes, and discrimination, including comprehensive reviews of sex discrimination in the workplace.[3]

My work is highly cited by other scholars, with over 40,000 citations according to *Google Scholar*, indicating my work's wide acceptance and influence in the science of stereotyping and discrimination. My work has been recognized through scientific awards. Susan T. Fiske of Princeton University and I received the 1995 Gordon Allport Prize for the best paper

---

[1]Dovidio, J. F., Glick, P., & Rudman, L. A. (Eds.). (2005). *On the Nature of Prejudice: 50 Years After Allport*. Malden, MA: Blackwell Publishing.
 Dovidio, J. F., Hewstone, M., Glick, P. & Esses, V. M. (Eds.). (2010). *The SAGEHandbook of Prejudice, Stereotyping, and Discrimination*. New York: Sage.
[2] Rudman, L. A., & Glick, P. (2008). The Social Psychology of Gender: How Power and Intimacy Shape Gender Relations. New York: Guilford Press.
[3] Glick, P., & Fiske, S. T. (2008). Sex discrimination: The psychological approach. To appear in: F. J. Crosby, M. S. Stockdale, and S. A. Ropp (Eds.). *Sex Discrimination in the Workplace*. Malden, MA: Blackwell.
 Rudman, L. A., Glick, P., & Phelan, J. E. (2008). From the laboratory to the bench: Gender stereotyping research in the courtroom. In E. Borgida & S. T. Fiske (Eds). *Beyond commonsense: Psychological science in the courtroom* (pp. 83-101).Malden, MA: Blackwell Publishing.

of the year on intergroup relations for developing ambivalent sexism theory and an associated

measurement instrument, the Ambivalent Sexism Inventory (ASI).[4] Since its publication in 1996,

to my knowledge the ASI has been administered to hundreds of thousands of people in more than

65 nations around the world.[5] Another paper (coauthored with Amy Cuddy, Harvard University,

and Susan Fiske, Princeton University) on the Stereotype Content Model received an honorable

mention for the 2005-06 Allport Prize.[6] In 2009, the *Harvard Business Review* recognized the

Stereotype Content Model as a "breakthrough idea for 2009."[7] The Stereotype Content model is

recognized as a powerful theory about how and why stereotypes differ across various social

groups, with implications for the different forms of bias (e.g., paternalism versus contempt) that

groups receive. In 2011, I received Lawrence University's *Excellence in Scholarship* award for

outstanding research contributions.

I am regularly invited to present my work at academic institutions and to wider

audiences. Recent invited talks include Harvard Business School, Harvard Kennedy School, and

a keynote address for corporate partners of Stanford University's VMWare Women's Leadership

Innovation Lab. I have been appointed, at various times, to five scientific journal editorial boards

(including the *Journal of Personality and Social Psychology*, an APA publication considered the

top journal in social psychology). Psychology organizations have recognized my scientific

contributions through election as a Fellow. These include the largest and most prestigious

---

[4] Glick, P. & Fiske, S. T. (1996).  The Ambivalent Sexism Inventory: Differentiating hostile and benevolent sexism. *Journal of Personality and Social Psychology, 70,* 491-512
[5] Glick, P. et al. (2000). Beyond prejudice as simple antipathy: Hostile and benevolent sexism across cultures. *Journal of Personality and Social Psychology, 79,* 763-775.
  Glick, P. et al. (2004). Bad but bold: Ambivalent attitudes toward men predict gender inequality in 16 nations. *Journal of Personality and Social Psychology, 86,* 713–728.
[6] Cuddy, A. J. C., Fiske, S. T., & Glick, P. (2007). The BIAS Map: Behaviors from Intergroup Affect and Stereotypes. *Journal of Personality and Social Psychology, 92,* 631-648.
[7] See https://hbr.org/2009/02/breakthrough-ideas-for-2009

organizations in psychology (the *American Psychological Association* and the *Association for Psychological Science*) as well as more specialized societies (the *Society for Personality and Social Psychology, Society for the Psychological Study of Social Issues,* and the *Society for the Psychology of Women,* and the *Society of Experimental Social Psychology*). I have served in elected leadership positions in two societies, the executive councils of the *Society of Experimental Social Psychology* and *Society for the Psychological Study of Social Issues* and as President of the former society in 2009. My Curriculum Vitae is attached (Attachment A), which list my prior experience as an expert witness (see final pages of Vita).

## II.   TYPE OF TESTIMONY

I will provide "social framework" testimony[8] to inform the decision makers in this case about empirically validated principles concerning the operation of stereotypes and bias that can, in turn, lead to workplace discrimination via double-standards toward women as compared to men. Additionally, I will explain the biases that occur when women become pregnant, have young children, and use workplace accommodation policies offered by their employer to accommodate pregnancy and caregiving. Social psychological and organizational research provides a scientific knowledge base illuminating the forms stereotyping and discrimination take, the circumstances that elicit stereotyping and bias, and their relation to discriminatory behavior. This information can substantially supplement decision-makers' knowledge, going beyond common assumptions about how stereotypes and biases operate.[9]

*Social framework testimony* aims to inform decision-makers about relevant, scientifically validated principles. This is *not* the same as performing diagnostic tests (e.g., personality tests or a systematic investigation into corporate climate) for individuals or organizations named in a legal case. In the context of ongoing litigation, the scientific integrity of such tests would be fatally compromised due to participants' awareness of a lawsuit naming them or coworkers, as well as the organization that employs them, as defendants. Social scientific research on stereotyping and discrimination normally involves voluntary participants who receive assurances (which they can rely on) that their responses are anonymous and confidential. It is unlikely that researchers could obtain candid and uncensored self-reports of attitudes from employees who are

---

[8]Mohahan, J., & Walker, L. (1993). Social science research in law: A new paradigm. *American Psychologist, 6*, 465-472.
[9]Krieger, L. H. (2004). The intuitive psychologist behind the bench: Models of gender bias in social psychology and employment discrimination law. *Journal of Social Issues, 60*, 835-848.

aware that the research is related to a pending lawsuit against the organization that employs them. Thus, concerns about scientific validity (apart from the prohibitive financial costs) do not recommend mounting an organizational investigation using standard social scientific techniques.

In sum, my report informs trial decision makers about *principles of stereotyping, bias, and discrimination that have been established with scientific certainty* based on well accepted empirical methodologies in psychology. These principles provide an interpretive framework that can aid case decision-makers to make more informed judgments about whether or not discrimination occurred. Information I provide goes substantially beyond common-sense knowledge in several ways. For example, research reveals how bias depends on situational context (e.g., role expectations for a job) and targets specific judgment dimensions (e.g., a woman's perceived commitment to the job). Compared to common-sense knowledge, scientific research reveals a much more nuanced picture of how stereotypes and bias work, including when and toward whom they tend to occur.

Social framework testimony has been widely accepted by the courts, including the Supreme Court (e.g., in *Hopkins v. Price-Waterhouse*, in which my scientific collaborator Susan T. Fiske was the stereotyping expert).[10] In *Tuli v Brigham & Women's Hospital*, Judge Nancy Gertner, U.S.D.C, denied Defendant's motion to exclude my social framework testimony on stereotyping, endorsing its admissibility and value. She noted that:

> *"Professor Glick's testimony…provides the jury with a context for considering the evidence before it, as opposed to a roadmap to a particular outcome. He expressly refuses to come to a conclusion about whether there has been discrimination in this case because such an opinion is for the jury and because he*

---

[10] Price-Waterhouse v. Hopkins, 109 S. Ct. 1775 (1989).

*concludes -- appropriately -- that it is not possible to make any decision to a*

*reasonable degree of scientific certainty about a real world case. In this regard,*

*Professor Glick's testimony is not unlike social psychological testimony about*

*eyewitness identification. Such testimony does not tell the jury what to decide in*

*any given case; it only tells them what to consider. See United States v. Hines, 55*

*F. Supp. 2d 62 (D. Mass. 1999)."[11]*

Judge Gertner further stated that "While defendants challenge him for not opining about the case at bar, that is in fact a strength of his testimony, not a weakness. He indicates that such an opinion is for the decisionmakers in this case, namely the jury."[12] Judge Gertner's decision defines the "guardrails" within which a social framework expert should operate. My report will stay within the bounds Judge Gertner defined and ultimately leave the final decision up to the appropriate case decision-makers.

Consistent with Judge Gertner's characterization, I provide scientifically validated information about stereotyping, bias, and discrimination to aid case decision-makers. Here, I review research findings based on well accepted scientific methodologies. However, consistent with Judge Gertner's characterization of the strength of my testimony in *Tuli v Brigham & Women's Hospital*, I avoid encroaching on the case decision-makers' responsibility to determine credibility for disputed claims and to make the ultimate determination about whether discrimination occurred.

---

[11] MEMORANDUM RE: MOTION TO EXCLUDE EXPERT TESTIMONY, January 6, 2009. Judge Nancy Gertner, United States District Court for the District of Massachusetts. Civil Action no. 07cv-12338-NG, p. 4.
[12] *Ibid*, p. 9.

### III.   DOCUMENTS REVIEWED IN PREPARATION OF THIS REPORT

Below is a list of documents regarding the current case that I have reviewed:

- Plaintiff's First Amended Complaint, Filed 07/02/2020, Case 1:19-cv-00877-RP

- Nikolova Do Not Promote Notification (letter from Sharon Wood dated 02/15/2019)

- Documents with Bates Numbers P000001to P000146 (various tenure review documents, including Dean's Assessment, Chair's letter in support of promotion, and Budget Council recommendations)

- Nikolova Complaint to CCAFR dated 03/25/2019, Bates numbers UT Austin_00616 to UT Austin_00695

- CCAFR Report on Nikolova Complaint, Bates numbers UT Austin_00696 to UT Austin_00713

- President's Response to CCAFR report, Bates numbers UT Austin_00714 – UT Austin_00718

- 2020 Pinnacle Award Winner Interview of Dean Sharon Wood, retrieved from: https://www.hartenergy.com/exclusives/2020-pinnacle-award-winner-dr-sharon-l-wood-university-texas-186588

## IV. SCIENTIFIC RESEARCH ON STEREOTYPING AND DISCRIMINATION

Scientific research on stereotyping is well established, having been systematically investigated for many decades, beginning in the 1920s and 1930s,[13] but gaining more social scientific attention, with increasingly sophisticated methods of investigation, in the last 60 years.[14] The study of stereotypes (beliefs about social groups), prejudice (biased feelings toward social groups), and discrimination (differential treatment of social groups) has become a major subfield of social psychology[15] and is an increasingly frequent research topic among applied and organizational psychologists.[16] Stereotyping research has been conducted both in the laboratory and naturalistic field settings.[17] Basic principles first established in the laboratory have been shown to generalize to other populations and settings (e.g., working adults in the business world; large organizations such as the Armed Forces).[18] For example, laboratory research showing that women, compared to men, tend to receive equal praise for performance but are denied tangible

---

[13]Katz, D., & Braly, K. W. (1933). Racial stereotypes of 100 college students. *Journal of Abnormal Social Psychology, 28*, 280-290

[14]Fiske, S.T. (1998). Prejudice, stereotyping and discrimination. In D. T. Gilbert, S. T. Fiske, and G. Lindzey (Eds.). *The Handbook of Social Psychology* (4th ed). New York: McGraw-Hill.

[15]*Ibid.*

[16]Koch, A. J., D'Mello, S. D., & Sackett, P. R. (2015). A meta-analysis of gender stereotypes and bias in experimental simulations of employment decision making. *Journal of Applied Psychology, 100*, 128.

[17]Riach, P. A., & Rich, J. (2002). Field experiments of discrimination in the market place. *The economic journal*, *112*(483), F480-F518.

[18] Glick, P., Zion, C., & Nelson, C. (1988).  What mediates sex discrimination in hiring decisions? *Journal of Personality and Social Psychology, 55*, 178-186;

Glick, P. (1991).  Trait-based and sex-based discrimination in occupational prestige, occupational salary, and hiring. *Sex Roles, 25*, 351-378;

Heilman, M E. (2001). Description and prescription: How gender stereotypes prevent women's ascent up the organizational ladder. *Journal of Social Issues, 57*, 657-674;

Heilman, M. E., et al. (2004). Penalties for success: Reactions to women who succeed at male-typed gender tasks. *Journal of Applied Psychology, 89*, 416-427.

Pryor, J. B., et al. (1995). A social psychological model for predicting sexual harassment. *Journal of Social Issues, 51*, 69-84.

rewards (such as higher pay or a promotion)[19] corresponds to findings in field studies that even though women receive similar or better performance evaluations in actual jobs, managers rate them as lower on "promotability." Specifically, in 6 studies involving over 4,000 individuals that included *both* supervisors' performance evaluations and ratings of subordinates' "promotion potential," even though women were generally rated as performing better than men, *supervisors were more likely to rate men as having higher promotion potential than women*.[20] An even more comprehensive meta-analysis involved close to half a million workers in 142 field studies across various work settings, representing 30 years of data examined how organizational rewards (e.g., bonuses, raises, promotions) were allocated found that women were rated as performing as well as men, but were denied rewards relative to men. Specifically, "sex differences in organizational rewards were almost 14 times larger than sex differences in performance evaluations" (p. 1532). These disparities were stronger in jobs dominated by men and in high status roles.[21]

Stereotyping and discrimination represent complex processes that depend on situational context, organizational climate and practices, individual attitudes, and other factors. Some factors can lessen the likelihood that unfair biases will impact decisions and behavior. For example, organizations can take steps to limit bias in personnel decisions by relying on objective information and behavioral benchmarks rather than subjective opinions as well as by holding

---

[19] Vescio, T. K., Gervais, S. J., Snyder, M., & Hoover, A. (2005). Power and the creation of patronizing environments: the stereotype-based behaviors of the powerful and their effects on female performance in masculine domains. *Journal of personality and social psychology*, *88*(4), 658.

[20] Roth, P. L., Purvis, K. L., & Bobko, P. (2012). A meta-analysis of gender group differences for measures of job performance in field studies. *Journal of Management*, *38*(2), 719-739.

[21] Joshi, A., Son, J., & Roh, H. (2015). When can women close the gap? A meta-analytic test of sex differences in performance and rewards. *Academy of Management Journal, 58*, 1516–1545.

decision-makers accountable for making unbiased decisions.[22] Other factors exacerbate the likelihood that stereotyping and discrimination will occur. When women or minority group members are underrepresented[23] they tend to be viewed as a "poorer fit" for a job than men or majority group members.[24] In historically male dominated fields, evaluators tend to give preference to men (e.g., be more likely to lend them "benefit of the doubt" on possible weaknesses)[25] and impose higher performance standards on women.[26]

## SEX STEREOTYPES AND DISCRIMINATION

Stereotypes are category-based expectations about others. Sex stereotypes are beliefs about men and women's traits rooted in historical differences in power and roles. Traditionally, men have possessed more status and power than women, and were expected to be the main breadwinners for their families; by contrast, women were confined to child-rearing and domestic work, and expected to be subordinate to men.[27] Although gender roles have changed, gender stereotypes have remained remarkably stable on two core dimensions: agency (i.e., assertive,

---

[22]Koch et al. (2015), *Op cit*.

[23]Gorman, op cit.

  Cohen, L. E., Broschak, J. P., & Haveman, H. A. (1998). And then there were more? The effect of organizational sex composition on the hiring and promotion of managers. *American Sociological Review*, 711-727.

[24]Eagly, A. H., & Karau, S. J. (2002). Role congruity theory of prejudice toward female leaders. *Psychological review*, *109*(3), 573.

[25]Uhlmann, E. L., & Cohen, G. L. (2005). Constructed criteria: Redefining merit to justify discrimination. *Psychological Science*, *16*(6), 474-480.

  Dovidio, J. F., & Gaertner, S. L. (2000). Aversive racism and selection decisions: 1989 and 1999. *Psychological science*, *11*(4), 315-319.

[26]Gorman, E. H., & Kmec, J. A. (2007). We (have to) try harder: Gender and required work effort in Britain and the United States. *Gender & Society*, *21*(6), 828-856.

[27]Rudman, L. A., & Glick, P. (2008). *The Social Psychology of Gender: How Power and Intimacy Shape Gender Relations*. New York: Guilford Press.

ambitious) and communality (i.e., warm, nurturing).[28] Data from representative national polls from the 1940s to 2018[29] reveal that gender stereotypes continue to assign agency more to men than women, and that the stereotype of women as more communal than men has become stronger over time. Stereotypes no longer deny overall competence (e.g., intelligence) to women, presumably due to their increasing paid workforce participation over the past 80 years. However, while perceived as equally intelligent to men overall, women remain stereotyped as less competent than men in occupations and on tasks and in fields that remain male dominated.[30]

Stereotypes reflect and function to justify and reinforce gender roles and men's greater power, which remains entrenched in business and government organizations.[31] Gender stereotypes assign women supportive traits associated with nurturing, such as *empathetic*, *kind*, *sensitive*, as well lower status or subordinate traits such as *yielding, agreeable, emotional, impressionable, gullible, insecure,* and *naïve*; by contrast, stereotypes assign men high-power, dominance-oriented traits such as *decisive, aggressive, forceful, controlling*, *dominating*, and *arrogant* that suit them for positions of power.[32] Men are generally accorded more status and,

---

[28]Haines, E. L., Deaux, K., & Lofaro, N. (2016). The times they are a-changing… or are they not? A comparison of gender stereotypes, 1983–2014. *Psychology of Women Quarterly*, *40*(3), 353-363.

[29]Eagly, A. H., Nater, C., Miller, D. I., Kaufmann, M., & Sczesny, S. (2019). Gender stereotypes have changed: A cross-temporal meta-analysis of US public opinion polls from 1946 to 2018. *American Psychologist*.

[30]Heilman, M. E., Wallen, A. S., Fuchs, D., & Tamkins, M. M. (2004). Penalties for success: reactions to women who succeed at male gender-typed tasks. *Journal of applied psychology*, *89*(3), 416.

[31]World Economic Forum (2020). Global gender gap report. Retrieved from http://www3.weforum.org/docs/WEF_GGGR_2020.pdf.

[32]Prentice, D. A., & Carranza, E. (2002). What women and men should be, shouldn't be, are allowed to be, and don't have to be: The contents of prescriptive gender stereotypes. *Psychology of women quarterly*, *26*(4), 269-281.

Rudman, L. A., Moss-Racusin, C. A., Glick, P., & Phelan, J. E. (2012). Reactions to vanguards: Advances in backlash theory. In *Advances in experimental social psychology* (Vol. 45, pp. 167-227). Academic Press.

therefore, more credibility and influence than women.[33] As reviewed below, gender stereotypes skew how perceivers interpret and remember subsequent information via confirmation biases.

In addition, people stereotype women as more emotional.[34] For example, research participants viewed a female (but not a male leader) who exhibited anger as more "out of control," leading them to recommend paying her less and according her less power.[35] The female emotionality stereotype leads people to view women as less suited to leadership positions in the workplace,[36] as well as "overly sensitive" and likely to exaggerate problems they experience in the workplace.[37] Hostile sexist attitudes, which have been linked to workplace discrimination against women in male-dominated occupations,[38] explicitly include beliefs such as: "Most women interpret innocent remarks or acts as being sexist"; "Women are too easily offended"; "Women exaggerate problems they have at work"; and "When women lose to men in a fair competition, they typically complain about being discriminated against."[39] Emotionality stereotypes combine with hostile sexist beliefs to undermine women's perceived credibility when it comes to workplace complaints (e.g., about being harassed, treated unfairly, or bullied).

---

[33] Ridgeway, C. L. (2001). Gender, status, and leadership. *Journal of Social issues*, *57*(4), 637-655.

[34] Shields, S. A., & Shields, S. A. (2002). *Speaking from the heart: Gender and the social meaning of emotion*. Cambridge University Press.

[35] Brescoll, V. L., & Uhlmann, E. L. (2008). Can an angry woman get ahead? Status conferral, gender, and expression of emotion in the workplace. *Psychological Science, 19*(3), 268–275.

[36] Timmers, M., Fischer, A. H., & Manstead, A. S. R. (2003). Ability versus vulnerability: Beliefs about men's and women's emotional behaviour. *Cognition & Emotion*, *17*(1), 41–63

[37] Glick, P., & Fiske, S. T. (1996). The ambivalent sexism inventory: Differentiating hostile and benevolent sexism. *Journal of personality and social psychology*, *70*(3), 491-501.

[38] Masser, B. M., & Abrams, D. (2004). Reinforcing the glass ceiling: The consequences of hostile sexism for female managerial candidates. *Sex Roles*, *51*(9-10), 609-615.

[39] Glick & Fiske (1996), *op cit.*

### SEX STEREOTYPES BIAS PERCEPTIONS OF OTHERS' BEHAVIOR

Gender represents a primary category by which we classify other individuals: it's the first social category into which people are classified after (and even before) birth (e.g., the first question people typically ask about a newborn: "Is it a boy or a girl?"). Children learn to use gender to label others at an extremely young age (about a year and a half old, before awareness of other social categories such as race).[40] Both children[41] and adults[42] automatically use gender categorization to classify others; in turn, gender classification elicits well-learned stereotypes that bias expectations about the "appropriate" or expected behaviors for each gender.[43] Stereotypes affect impressions due to confirmation biases in how people interpret and remember information about others.[44] That is, biased perceivers view an individual's behavior through a distorted, stereotypical lens.

People tend to interpret mixed or ambiguous behaviors in stereotype-consistent ways. When behavior (as may often be the case in real world situations) is ambiguous or inconsistent, stereotype-based biases skew interpretations, leading people to believe that their initial expectations are supported by evidence.[45]

---

[40] Zosuls, K. M., Ruble, D. N., Tamis-LeMonda, C. S., Shrout, P. E., Bornstein, M. H., & Greulich, F. K. (2009). The acquisition of gender labels in infancy: Implications for gender-typed play. *Developmental Psychology*, *45*(3), 688.

[41] Bennett, M., Sani, F., Hopkins, N., Agostini, L., & Malucchi, L. (2000). Children's gender categorization: An investigation of automatic processing. *British Journal of Developmental Psychology*, *18*(1), 97-102.

[42] Taylor, S. E., Fiske, S. T., Etcoff, N. L., & Ruderman, A. J. (1978). Categorical and contextual bases of person memory and stereotyping. *Journal of personality and social psychology*, *36*(7), 778.

[43] Hill, S. E., & Flom, R. (2007). 18-and 24-month-olds' discrimination of gender-consistent and inconsistent activities. *Infant Behavior and Development*, *30*(1), 168-173.

[44] Fiske, S. T. (1998). *Op. Cit.*

[45] Costabile, K. A., & Madon, S. (2019). Downstream effects of dispositional inferences on confirmation biases. *Personality and Social Psychology Bulletin*, *45*, 557-570.

Stereotypes promote *dispositional* explanations of others' behavior,[46] assuming underlying traits and motives. To illustrate, consider the difference between merely describing a person's behavior versus making an inference about *why* he or she did it: "She made a complaint about a co-worker" describes a behavior without inferring the motives for the behavior. Dispositional (i.e., personality) inferences leap to explaining "why" someone did something via conjectures about an individual's personality and motivations. The same behavior can easily lead to more positive or more negative inferences. For example, one might infer that "She made a complaint because she's someone who stands up for herself" (a positive construal) versus "She made a complaint because she's arrogant and bitter" (a negative construal). Stereotypes predispose people to leap from observed behavior to dispositional inferences. Confirmation bias then distorts inferences about further behavior, falsely increasing people's certainty about initial inferences.[47]

When people use stereotypes, they are less likely to consider situational explanations. For example, research shows that people tend to excuse men's emotionality as situational ("He's having a bad day") while attributing the same emotional display by a woman to an underlying disposition ("She's an emotional person").[48] In two experiments, researchers presented male and female faces (one at a time) on a computer screen. The faces exhibited equivalent, moderately intense emotional expressions (e.g., sadness, fear, disgust). Each face was paired with a situational reason for the emotion (e.g., *Was yelled at by the boss*, *Just attended a family funeral*, *Heard footsteps in the dark*). Participants were more likely to attribute men's emotions to the

---

[46] Pettigrew, T. F. (1979) the ultimate attribution error: Extending Allport's cognitive analysis of prejudice, *Personality and Social Psychology Bulletin*, 5, 461-476
[47] Costabile & Madon, S. (2019). *Op cit.*
[48] Barrett, L. F., & Bliss-Moreau, E. (2009). She's emotional. He's having a bad day: Attributional explanations for emotion stereotypes. *Emotion*, 9(5), 649.

situation (e.g., he was provoked to anger by the situation) and to conclude that women's

emotions reflected her disposition (e.g., she's an angry person). These differences held across

expressions of various emotions; sadness, fear, and anger.

In general, research shows that stereotype-based dispositional inferences exacerbate

stereotype-confirmation processes. Specifically, once a perceiver makes an initial, stereotyped

snap judgment about another person's personality (e.g., "She's emotional") they are especially

likely to: (a) remember information that "fits" (rather than information that contradicts) their

impressions and (b) interpret ambiguous information about others in ways that support their

stereotyped impression.[49]  By fostering inferences about personality and motives, stereotypes can

produce cascading effects, biasing interpretation of subsequent encounters.[50]

People are not oblivious to information about an individual ("individuating information")

that clearly contradicts their stereotypes. For example, racial stereotypes that assign less

intelligence to Black than to White people can be punctured by clear individuating information

(e.g., aptitude test scores) about an individual college applicant (e.g., an exceptionally strong

Black applicant will be seen as equally intelligent as a similar White candidate).[51] However,

when information is more mixed or ambiguous (e.g., the candidate's GPA is high but test scores

are mediocre or low), stereotyped assumptions continue to affect perceptions and decisions.[52]

Further, individuating information can reinforce stereotypes, such as when women become

---

[49]*Op cit*.
[50]Fiske, S. T. (1998). *Op. Cit.*
[51] Rubinstein, R. S., Jussim, L., & Stevens, S. T. (2018). Reliance on individuating information and stereotypes in implicit and explicit person perception. *Journal of Experimental Social Psychology*, *75*, 54-70.
[52] Dovidio, J. F., & Gaertner, S. L. (2000). Aversive racism and selection decisions: 1989 and 1999. *Psychological Science*, *11*(4), 315-319.

mothers. Because motherhood represents a stereotypically feminine role, as reviewed below, people perceive women who have children in a more stereotypically feminine manner.

In sum, stereotype effects are not absolute or impervious to reality, but operate like a "thumb on the scale" leading to biased perceptions. That is, stereotypes typically shade or bias perceptions in a manner more like augmented reality than a completely made up fantasy. People respond to "evidence" about another person, but do so in biased ways unless the evidence is completely clear-cut or they take steps to guard against stereotyped inference and bias.

## GENDERED DOUBLE STANDARDS

Stereotypes set up different expectations for women and men, leading to double standards in how people evaluate individual women versus men. High status roles are typically associated both with stereotypically masculine traits (e.g., ambition, assertiveness, decisiveness)[53] and with men as "role incumbents" (e.g.., when asked to "think of a scientist," it's likely the person who pops to mind is a man not a woman).[54] Both types of associations can lead to bias against women because people presume women do "not have what it takes" (i.e., the traits required) to fulfill the role and because women may also simply not seem to "fit" merely because people have a difficult time viewing a woman in the role.[55] People also generally accord women lower status and authority than men.[56] As a result, coworkers tend not to accord women the same legitimacy

---

[53]Koenig, A. M., Eagly, A. H., Mitchell, A. A., & Ristikari, T. (2011). Are leader stereotypes masculine? A meta-analysis of three research paradigms. *Psychological bulletin*, *137*(4), 616.

[54]Miller, D. I., Nolla, K. M., Eagly, A. H., & Uttal, D. H. (2018). The development of children's gender-science stereotypes: A meta-analysis of 5 decades of US Draw-a-Scientist studies. *Child Development*, *89*(6), 1943-1955.

[55]Eagly, A. H., & Karau, S. J. (2002). Role congruity theory of prejudice toward female leaders. *Psychological review*, *109*(3), 573.

[56]Ridgeway, C. L. (2001). Gender, status, and leadership. *Journal of Social issues*, *57*(4), 637-655.

as men, especially in male dominated fields.[57] In particular, women in masculine fields have to disprove lower expectations due to stereotypes.[58] In work roles dominated by men, research shows that women have to work harder and perform better than men to prove their competence.[59]

## DISCRIMINATION IN STEM FIELDS

STEM (Science, Technology, Engineering, and Math) fields have traditionally been male dominated, and ample research demonstrates considerable discrimination against women in STEM.[60] Because women's underrepresentation in many STEM areas impedes scientific productivity by failing fully to develop potential scientific talent, the United States' most prestigious science organizations (e.g., *National Science Foundation* and *National Academy of Sciences*) have made understanding barriers to women in science a priority. A recent paper commissioned by the *National Academy of Sciences* reviewed extant research on discrimination against women in STEM fields, concluding that barriers go beyond a "pipeline" problem (i.e., insufficient numbers of women entering the field) or a "chilly" climate. Rather, the authors concluded that women have to run a "gauntlet" of active opposition akin to having to "run between rows of people who are hitting them with sticks. Across STEM, the people 'hitting' women are their coworkers, their students, and their bosses…"[61] The authors acknowledge that

---

[57]Vial, A. C., Napier, J. L., & Brescoll, V. L. (2016). A bed of thorns: Female leaders and the self-reinforcing cycle of illegitimacy. *The Leadership Quarterly*, *27*(3), 400-414.

[58]Foschi, M. (2000). Double standards for competence: Theory and research. *Annual review of Sociology*, *26*(1), 21-42.

[59] Gorman, E. H., & Kmec, J. A. (2009). Hierarchical rank and women's organizational mobility: Glass ceilings in corporate law firms. *American Journal of Sociology*, *114*(5), 1428-1474.

[60] Rodrigues, M. A., & Clancy, K. B. H. (2019). A comparative examination of research on why women are more underrepresented in some STEMM disciplines compared to others, with a particular focus on computer science, engineering, physics, mathematics, medicine, chemistry, and biology. Commissioned paper by the *National Academy of Sciences*. Retrieved from www.nap.edu/resource/25585/Commissioned_Paper_Rodrigues.pdf

[61] Rodrigues & Clancy (2019), *op cit.,* p. 1

many of "the hits may be mild, but they are punishing in their frequency," impeding women's

progress in science and causing many to leave the field.[62] A *National Center for Science and*

*Engineering Statistics* (NCSES) 2019 report suggested that women face particularly strong

barriers in engineering. Across STEM fields "Engineering [has] one of the lowest shares of

female degree recipients,"[63] represents "one of the most sex-segregated nonmilitary professions

in the world," and has remarkably high attrition for women, such that "by the time both women

and men are in their 50s, women are half as likely to remain in engineering compared to men." [64]

Women face biases at every stage of evaluation in STEM careers and "must perform better for

equal consideration."[65] Empirical research shows biases in recruitment and salary,[66] funding,[67]

willingness to mentor female students,[68] and evaluations of female scientists.[69]

---

[62] *Ibid*, p. 2.
[63] National Center for Science and Engineering Statistics (2019). Women, minorities and persons with disabilities in science and engineering, 2019 report. *National Science Foundation*. Retrieved from: https://ncses.nsf.gov/pubs/nsf19304/digest
[64] Singh, R., Zhang, Y., Wan, M., & Fouad, N. A. (2018). Why do women engineers leave the engineering profession? The roles of work–family conflict, occupational commitment, and perceived organizational support. *Human resource management*, *57*(4), 901-914.
[65] Rodrigues & Clancy, *op cit*. p. 6.
[66] Moss-Racusin, C. A., Dovidio, J. F., Brescoll, V. L., Graham, M. J., & Handelsman, J. (2012). Science faculty's subtle gender biases favor male students. *Proceedings of the national academy of sciences*, *109*(41), 16474-16479.
[67] Hechtman, Lisa A., et al. "NIH funding longevity by gender." *Proceedings of the National Academy of Sciences* 115.31 (2018): 7943-7948.
    Pohlhaus, J. R., Jiang, H., Wagner, R. M., Schaffer, W. T., & Pinn, V. W. (2011). Sex differences in application, success, and funding rates for NIH extramural programs. *Academic Medicine*, *86*(6), 759.
[68] Milkman, K. L., Akinola, M., & Chugh, D. (2015). What happens before? A field experiment exploring how pay and representation differentially shape bias on the pathway into organizations. *Journal of Applied Psychology*, *100*(6), 1678.
[69] Witteman, H. O., Hendricks, M., Straus, S., & Tannenbaum, C. (2018). Female grant applicants are equally successful when peer reviewers assess the science, but not when they assess the scientist. *Biorxiv*, 232868.

**DISCRIMINATION FROM BELOW: BIAS IN TEACHING EVALUATIONS**

A meta-analysis (a review that statistically combines existing studies to determine whether findings hold up across studies) examined the relationship between student evaluations and student performance. This review revealed that student evaluations of their professors, at best, have a small relationship to measures of student learning. Further, if one considers only *objective* measures of performance (e.g., how students perform on tests assessing mastery of facts) rather than students' subjective perceptions about "how much I learned," students' ratings of their professors bear no relation to their mastery of the material.[70] In sum presuming that effective teaching entails student learning, the cumulative research suggests that student evaluations have little validity as a measure of teaching effectiveness. If student evaluations do not assess actual teaching effectiveness, what do they assess? In other words, what determines students' evaluations?

Research suggests various extraneous factors affect student evaluations, including the professor's gender. For example, students give professors higher ratings in smaller (versus larger) classes,[71] when the professor gives them a higher (versus lower) grade,[72] and in elective (versus required) classes.[73] Further, professors tend to receive lower ratings in courses that (a)

---

[70] Clayson, D. E. (2009). Student evaluations of teaching: Are they related to what students learn? A meta-analysis and review of the literature. *Journal of Marketing Education*, *31*(1), 16-30.

[71] Bedard, K., & Kuhn, P. (2008). Where class size really matters: Class size and student ratings of instructor effectiveness. *Economics of Education Review*, *27*(3), 253-265.

[72] Krautmann, A. C., & Sander, W. (1999). Grades and student evaluations of teachers. *Economics of Education Review*, *18*(1), 59-63.

[73] Marsh, H. W., & Roche, L. A. (1997). Making students' evaluations of teaching effectiveness effective: The critical issues of validity, bias, and utility. *American psychologist*, *52*(11), 1187.

involve math[74] and (b) are taught by a female (versus male) professor.[75] Given that math content and female professors are associated with lower ratings, it is not surprising that female (compared to male) STEM professors receive lower average teaching evaluations.[76] Bias disfavoring female (compared to male) professors tends to be stronger among male students (who tend to be the majority in many STEM fields), despite evidence that students learn equally well from female and male professors.[77]

Most research comparing teaching ratings for male and female instructors has used naturalistic comparisons (e.g., do male and female instructors receive different ratings on platforms such as "rate my professor.com"?). Although researchers use sophisticated statistical techniques to try to control for various "confounding variables," various factors (e.g., different teaching styles, academic rank, subject taught, whether courses are required or elective, etc.) that may potentially correlate with gender could account for differences in ratings of male and female professors. Therefore, researchers have sought to create more precise comparisons by creating studies that attempt to keep everything but professor gender constant.

For example, one study compared ratings for male and female instructors who taught sections of the same on-line introductory course.[78]  Only the instructor (not the materials) varied between the course sections, reducing alternative explanations for rating differences. Students rated the female instructor significantly lower than the male instructor on a 1 to 5 teaching

---

[74] Uttl, B., & Smibert, D. (2017). Student evaluations of teaching: teaching quantitative courses can be hazardous to one's career. *PeerJ*, *5*, e3299.

[75] Boring, A. (2017). Gender biases in student evaluations of teaching. *Journal of public economics*, *145*, 27-41.

[76] MacNell, L., Driscoll, A., & Hunt, A. N. (2015). What's in a name: Exposing gender bias in student ratings of teaching. *Innovative Higher Education*, *40*(4), 291-303.

[77] Boring (2017). *Op cit*.

[78] Mitchell, K. M., & Martin, J. (2018). Gender bias in student evaluations. *PS: Political Science & Politics*, *51*(3), 648-652.

evaluation scale, with an average rating of 3.44 (female instructor) versus 3.84 (male instructor). Further, students' open-ended comments toward the female (as compared to male) instructor focused more on appearance, imputed more negative personality traits, and demeaned her competence more often. Further, while most students referred to instructors as "professor," they were more likely to use the lower status term "teacher" when referring to the female instructor. Although more controlled than most studies, the researchers could not completely rule out differences in instructor demeanor as a potential reason for numerical rating differences.

Another study used an institutional feature – random assignment of students to course sections – to compare almost 20,000 students' ratings of various male and female instructors.[79] Because tests were centralized (rather than specific to instructor) the researchers were able to rule out grading differences as a reason for differences in evaluations. Grades and self-reported effort by students (hours studied) did not vary by instructor gender, suggesting that male and female instructors were equally effective. In other words, students worked as hard and performed as well on exams with female as compared to male instructors. Nevertheless, female instructors received significantly lower ratings than male instructors, especially from male students. Further, the effect was stronger in math-related courses (i.e., in STEM-related courses) and toward female instructors in earlier phases of their careers.

Although both studies above achieved relatively more control over extraneous variables compared, they represent "quasi-experiments" that do not quite achieve the total control a "true experiment" achieves (which keeps all possible alternative or "confounding" causes constant). A third study achieved experimental control by separating actual professor gender from how they

---

[79]Mengel, F., Sauermann, J., & Zölitz, U. (2019). Gender bias in teaching evaluations. *Journal of the European Economic Association*, *17*(2), 535-566.

presented their gender to students in an on-line course (which had no in-person or video contact). A male and female instructor each taught two sections of the same on-line course with identical materials while maintaining either a male or female instructor identity (e.g., the female instructor taught one section using a male first name and one using a female first name). The only contact with students occurred through an on-line learning system (via written comments) and email. The result: instructors' actual gender showed no effect (i.e., overall students rated the female and male instructor the same), but instructors' *perceived* gender affected student ratings. Both the male and the female instructor received significantly lower ratings when students *thought* the instructor was female as compared to male. On a 5-point rating scale (averaged across 12 items on which students rated the instructors), students gave the instructor a 4.24 as compared to a 3.70 rating when they perceived the instructor to be female.[80]

In sum, both studies involving naturalistic comparisons and studies that have approached or achieved experimental control (allowing researchers more confidence in ruling out alternative explanations) show significant gender bias in students' evaluations of teaching (lower ratings for female compared to male instructors).

## DISCRIMINATION FROM ABOVE:

## FEMALE LEADERS IN STEM ALSO DISCRIMINATE AGAINST WOMEN

Theorists initially assumed that having female leaders involved in decision-making would counter discrimination in STEM and other masculine fields. However, absent a critical mass that approaches gender parity in representation, women (as compared to men) who achieve authority in masculine fields can be just as, and sometimes more likely to discriminate against women. For

---

[80]MacNell, L., Driscoll, A., & Hunt, A. N. (2015). What's in a name: Exposing gender bias in student ratings of teaching. *Innovative Higher Education*, *40*(4), 291-303.

example, in an "audit" study, science faculty at research universities received an application for a laboratory manager position. Researchers kept applicant qualifications constant, but varied whether the name (depending on random assignment) was male or female. Faculty rated the male as compared to similar female applicant higher on perceived competence, indicated more interest in hiring him, and suggested a higher salary, even though the female candidate had equivalent qualifications. The faculty member's gender made no difference (i.e., female faculty were no less likely to discriminate than male faculty). Effect sizes for discrimination were moderate to large.[81]

Why do women in STEM discriminate against other women? Because "In fields that are male-dominated and stereotypically gendered as 'male,' women succeed by modeling the behavior of the successful men who train them."[82] Thus, women who "make it" in male-dominated fields face continuing pressures to prove their merit by exhibiting traits valued or idealized in their field. Going out on a limb to support other women threatens the esteem and status they have achieved. Thus, having personally experienced discrimination from men in their field does not necessarily motivate women who have risen through the ranks to use their position to support other women. In fact, research shows that reminders of past discrimination can lead senior women to distance themselves from junior women and to avoid advocating for policies aimed at gender equity as way to protect their own status.[83]

Specifically, women who attain leadership roles in masculine fields tend to differentiate themselves from female subordinates. For example, female leaders rated themselves as higher in ambition and career commitment compared to female, but not to male, subordinates. This effect

---

[81] Moss-Racusin et al. (2012), *op cit*.
[82] Rodrigues & Clancy (2019), *op cit*.
[83] Derks, B., Van Laar, C., & Ellemers, N. (2016). The queen bee phenomenon: Why women leaders distance themselves from junior women. *The Leadership Quarterly*, *27*(3), 456-469.

only increased when female leaders recalled the gender biases they had previously experienced in their field.[84]

Specifically, research shows that senior academic women disparage junior women's commitment. Despite no self-reported difference between male and female doctoral students' commitment to career, female faculty members viewed female (compared to male) students as less committed to their work, whereas male faculty did not.[85] A recent study involving over 300 STEM faculty replicated this phenomenon, finding that senior female academic scientists: (a) described themselves as more masculine than women early in their STEM academic career, and (b) were more likely than senior male scientists to disparage junior women's career commitment (even though early career women indicated as much commitment as men).[86]

Additional research supports the idea that female leaders in masculine fields are in a precarious position that pressures them to distance not only from other women and from feminine traits, but from promoting diversity initiatives. One study[87] examined boss and peer ratings of over 350 senior executives. For women (and minorities), but not white men, colleagues' perceptions of these executives' support for diversity (e.g., he or she "values working with a diverse group of people") predicted lower competence ratings. In a follow-up experiment,

---

[84] Derks, B., Ellemers, N., Van Laar, C., & De Groot, K. (2011). Do sexist organizational cultures create the Queen Bee? *British Journal of Social Psychology*, *50*(3), 519-535.

Derks, B., Van Laar, C., Ellemers, N., & De Groot, K. (2011). Gender-bias primes elicit queen-bee responses among senior policewomen. *Psychological Science*, *22*(10), 1243-1249.

[85] Ellemers, N., van den Heuvel, H., de Gilder, D., Maass, A., & Bonvini, A. (2004). The underrepresentation of women in science: Differential commitment or the queen bee syndrome? British Journal of Social Psychology, *43*(3), 315-338.

[86] Faniko, K., Ellemers, N., & Derks, B. (2020). The Queen Bee phenomenon in Academia 15 years after: Does it still exist, and if so, why?. *British Journal of Social Psychology*, e12408.

[87] Hekman, D. R., Johnson, S. K., Foo, M. D., & Yang, W. (2017). Does diversity-valuing behavior result in diminished performance ratings for non-white and female leaders?. *Academy of Management Journal*, *60*(2), 771-797.

working adults received a scenario in which an executive made the final call on a hiring decision

(when a hiring committee was evenly split), choosing a female (or a minority) candidate. The

executive always cited the candidate's high test scores; additionally, depending on random

assignment, he or she added that the chosen candidate "increases the gender (or racial) balance of

our leadership team." Participants rated a female executive as lower in competence and

performance when she explicitly supported diversity, compared to when she did not mention

diversity. A male executive did not receive a penalty for supporting diversity. The penalty senior

women pay for supporting diversity policies or championing other women can lead women who

rise higher to show less support for diversity-related policies (e.g., workplace accommodation for

child-care). Specifically, while *female workers* generally favor gender equality policies (e.g.,

flextime) more than men do, research has shown that *female leaders disfavor* such policies as

much as men.[88]

More specifically, because science is associated with masculine traits and devalues

feminine traits, women who identify with STEM fields often distance themselves from feminine

traits, behaviors, and roles (e.g., wearing makeup or expressing interest in having children) to

avoid being marginalized in their field.[89] Additionally, power leads women to be less identified

with their gender (e.g., less likely to agree that "Being a woman is an important part of my

identity").[90] The result: "As women internalize negative messages about stereotypically female

---

[88] Ng, C. W., & Chiu, W. C. (2001). Managing equal opportunities for women: Sorting the friends from the foes. *Human Resource Management Journal*, *11*(1), 75-88.

[89] Pronin, E., Steele, C. M., & Ross, L. (2004). Identity bifurcation in response to stereotype threat: Women and mathematics. *Journal of Experimental Social Psychology*, *40*(2), 152-168.

[90] Vial, A. B., & Napier, J. (2017). High power mindsets reduce gender identification and benevolent sexism among women (but not men). *Journal of Experimental Social Psychology, 68*, 162-170.

traits, women who are interested in 'masculine' disciplines disavow feminine stereotypes and, in turn, harshly judge other women for exhibiting those traits."[91]

In sum, powerful women in masculine fields expect other women to adopt the field's masculine norms, tend to distance themselves from other women, discriminate against women who exhibit feminine characteristics, and shy away from championing diversity initiatives. Prior experience being victimized by discrimination in their field only exacerbates the perceived threat female leaders face, and therefore tends to increase rather than decrease psychological distancing from and discrimination against other women, especially those they perceive as showing feminine traits, less career commitment, or less willingness to adapt to masculine workplaces. As the following section shows, motherhood represents not only a traditional feminine role, but evokes stereotypes detrimental to perceived workplace commitment.

## PREGNANCY AND MOTHERHOOD DISCRIMINATION

Traditional gender roles cast women as wives and mothers, whose purpose is to bear and rear children while tending to their husbands' domestic needs. By contrast, men's traditional role as family provider emphasizes commitment to work to bring home a good salary. Thus, traditional gender roles cast working outside the home as incompatible with women's primary family (caregiving) role, whereas working outside the home constitutes the main way a man "takes care of" his family. In short, motherhood (but not fatherhood) conflicts with the "ideal worker" image: someone who exhibits an almost religious devotion to work, putting work first and never letting outside obligations, such as parenting, interfere with work commitment.[92]

---

[91] Rodrigues & Clancy (2019), *op cit.*, p. 5.
[92] Blair-Loy, M. (2004). Work devotion and work time. *Fighting for time: Shifting boundaries of work and social life*, 282-316.

As a result, even though women have entered the workforce in record numbers, gender stereotypes continue to cause discrimination toward working mothers (as compared to working fathers), known as the "motherhood penalty."[93] Generally, both male and female perceivers tend to discriminate against pregnant women and mothers of young children in employment contexts (in contrast to the warmer treatment pregnant women receive when sticking to domestic roles),[94] though some studies find stronger discrimination against pregnant women by men than women.[95]

Research finds a wage penalty for motherhood ranging from 5-10% per child.[96] Although portions of the motherhood penalty can be attributed to choices women make after having a child, research shows that pregnant women and mothers of young children also face employment discrimination when other factors are held constant. In a pair of studies, researchers first assessed people's beliefs about pregnant employees; in the second study, people evaluated the performance of either a pregnant or non-pregnant employee shown performing simulated job tasks. In both studies, pregnant women were rated as less dependable, less committed, and more irrational and emotional.[97]

In a naturalistic field experiment, female confederates who either did or did not wear a pregnancy prosthesis posed either as customers or job applicants at mall stores. When posing as customers, pregnant women received warm treatment. However, when posing as job applicants,

[93]Benard, S., & Correll, S. J. (2010). Normative discrimination and the motherhood penalty. *Gender & Society*, *24*(5), 616-646.
  Budig, M. J., & England, P. (2001). The wage penalty for motherhood. *American sociological review*, *66*(2), 204-225.
[94]Benard & Correll (2010), *op. cit.*
[95]Halpert, J. A., Wilson, M. L., & Hickman, J. L. (1993). Pregnancy as a source of bias in performance appraisals. *Journal of Organizational Behavior*, *14*(7), 649-663.
[96]Gough, M. & Noonan, M. (2013). A review of the motherhood wage penalty in the United States." *Sociology Compass* 7, 328-342.
[97]Halpert, J. A., Wilson, M. L., & Hickman, J. L. (1993). Pregnancy as a source of bias in performance appraisals. *Journal of Organizational Behavior*, *14*(7), 649-663.

women received more hostile behavior (e.g., rudeness) if they appeared to be pregnant versus non-pregnant. A follow-up experiment found that hostility toward pregnant women was stronger when they applied for a stereotypically masculine (versus feminine) job.[98]

When women become mothers, they continue to face discrimination. Both laboratory and real-world audit studies (in which résumés varying parental status and applicant gender are submitted in response to job ads) have revealed substantial employment discrimination against mothers.[99] By contrast, fathers typically experience either no discrimination or a "fatherhood bonus" (i.e., preferential treatment compared to men without children) because people assume fathers are family providers who need to earn more money, boosting their perceived work commitment. In short, people tend to perceive parents differently based on gender, along the lines of "He'll be a great worker because he's motivated to feed his family" whereas "She's going to be less committed to work because she will be devoting herself to her kids."

In one laboratory study, participants read a profile of a 32-year old consultant with an MBA degree. Depending on random assignment, the name on the profile was either "Kate" or "Dan" to indicate gender. The profile either did or did not mention that the consultant had recently become a parent. Participants viewed the female (but not male) consultant as less competent if she had a child (versus was childless). Further, participants allocated a lower salary, gave lower promotion ratings, and recommended less corporate investment in training for the mother but not the father.[100]

---

[98]Hebl, M. R., King, E. B., Glick, P., Singletary, S. L., & Kazama, S. (2007). Hostile and benevolent reactions toward pregnant women: complementary interpersonal punishments and rewards that maintain traditional roles. *Journal of Applied Psychology*, *92*(6), 1499.

[99] Correll, S. J., Benard, S., & Paik, I. (2007). Getting a job: Is there a motherhood penalty? *American Journal of Sociology*, *112*(5), 1297-1338.

[100] Cuddy, A. J., Fiske, S. T., & Glick, P. (2004). When professionals become mothers, warmth doesn't cut the ice. *Journal of Social issues*, *60*(4), 701-718.

In another laboratory experiment, mothers (compared to childless women) were: (a) less likely to be hired (50% for mothers versus 84% for childless women); (b) offered a substantially lower salary ($11,000 less for a job with a $135,000–$180,000 salary range); (c) held to higher performance standards (demanding a higher score on a "management profile exam" to qualify for the job); (d) held to stiffer punctuality expectations (permitted to be late on fewer days); and (d) accorded lower promotion ratings.[101] As in other studies, mothers (versus childless women) were viewed as less committed to work and less competent, whereas fathers suffered no such penalties or received a "bonus" (e.g., compared to childless men, fathers were permitted more late days, viewed as more suitable for managerial positions, rated as more hirable and promotable, and recommended for a higher salary). This study demonstrates how perceivers impose double standards on mothers because they stereotype mothers as less committed to the job (compared to childless women, fathers, or childless men). Stereotype confirmation biases lead people to selectively interpret behaviors that might suggest insufficient commitment to work (e.g., occasional tardiness) in a more negative light for mothers compared to non-mothers.

The same researchers who conducted the laboratory study described immediately above conducted an audit study in which they sent 1,276 résumés and cover letters for fictional applicants to 638 potential employers in response to newspaper ads for entry-level and midlevel jobs. Keeping qualifications equal, the researchers varied whether the applicant was male or female, a parent or childless. Childless women received more than twice as many callbacks from employers as equally qualified mothers; by contrast, fathers were just as likely to receive

---

[101]Correll et al (2007), *op cit*.

callbacks as childless men.[102] This audit study shows generalization from laboratory findings to "real world" discrimination by actual employers.

Why are mothers penalized at work whereas fathers, if anything, receive a "bonus"? People stereotypically assume that mothers will be the primary caregivers for their children (even if they have spouses), and that mothers will therefore be less devoted to work. By contrast, people stereotypically assume that fathers are the primary provider and, if anything, their work devotion will increase when they have "more mouths to feed." The more people stereotyped mothers as family caregivers and fathers as family providers, the more they discriminated against mothers and in favor of fathers in recommended salary.[103]

A recent study confirms continuing stereotypes that cast mothers as ill-suited to jobs that require stereotypically masculine agentic (e.g., ambitious, independent) traits.[104] The study examined how people perceive mothers and fathers, compared to childless women and men. People rated fathers and mothers as higher on positive communal traits (e.g., warm, nurturing). However, mothers (but not fathers) were also assigned more undesirable communal traits (e.g., emotional, gullible, impressionable, melodramatic, moody, naïve). Additionally, consistent with past research, people assigned mothers (but not fathers) fewer desirable agentic traits (e.g., ambitious, assertive, athletic, dependable, disciplined, efficient, intelligent, rational, self-reliant). In short, although mothers (like fathers) are perceived as warmer than childless women and men, only mothers receive less desirable ratings on the traits that matter most in masculine jobs.

---

[102]*Ibid.*

[103]Bear, J. B., & Glick, P. (2017). Breadwinner bonus and caregiver penalty in workplace rewards for men and women. *Social Psychological and Personality Science*, *8*(7), 780-788.

[104]Ciaccio, V., Bronson, C. A., & Contrada, R. J. (2020). Gender stereotypes and parental status: A comparison of fathers, mothers, and the childless-by-choice. *Psychology of Men & Masculinities.* Advance online publication. https://doi.org/10.1037/men0000311

Specifically, mothers get dinged as lacking positive agentic traits (e.g., ambition) viewed as critical to success and are ascribed negative communal traits (e.g., too weak, yielding, and emotional) that suggest they "don't have what it takes" to succeed.

Research has specifically found a motherhood penalty in scientific fields in academia. In a longitudinal study involving PhD recipients in STEM fields, women (as compared to men) who became parents were much less likely to secure a tenure-track academic position; and those who did were less likely receive tenure.[105]

In sum, pregnant women and mothers of young children face considerable employment discrimination due to stereotypical assumptions that they will be primary family caregivers and, as a result, less committed to their jobs and less capable of carrying them out. Men do not face this kind of discrimination, instead receiving a fatherhood bonus.

## DISCRIMINATION DUE TO USING WORK-LIFE FLEXIBILITY POLICIES

Motherhood and caregiver discrimination is exacerbated rather than alleviated when mothers participate in workplace flexibility programs. Although many workplaces provide policies that allow flexibility to care for children or other family members, mothers who use or request even modest accommodations become even more stigmatized as insufficiently committed to work.[106] As noted above, people assume that mothers are less committed to and less competent at work. When mothers use even modest, organizationally-sanctioned work-life policy accommodations, they risk reinforcing these negative perceptions. That is, people already stereotypically "suspect" that mothers are no longer committed. Any requested accommodation

---

[105]Mason, M. A., Wolfinger, N. H., & Goulden, M. (2013). *Do babies matter? Gender and family in the ivory tower*. Rutgers, NJ: Rutgers University Press.

[106] Williams, J. C., Blair-Loy, M., & Berdahl, J. L. (2013). Cultural schemas, social class, and the flexibility stigma. *Journal of Social Issues*, *69*(2), 209-234.

reinforces this perception. Thus, work flexibility programs often become a trap. Despite an official policy that allows or seems to encourage workers to make use of such policies (along with assurances that doing so will not lead to formal penalties), using the policy exacerbates the motherhood penalty. For example, managers in a financial services firm who used formal work–life policies received lower performance evaluations than coworkers who did not.[107]

Whether because they see others suffer penalties for using flexibility accommodations or pick up on co-workers' negative perceptions about mothers, many workers correctly fear they will be stigmatized for requesting work-like accommodations, even when encouraged to do so by their organization. As a result, many avoid using these programs. A study of more than 200 STEM faculty at a prestigious research university found that fewer than 14% took advantage of work-life policies. Unwillingness to use the policy was directly related to faculty members' perceptions that doing so would result in stigmatization and workplace penalties. STEM faculty members who perceived such programs to stigmatize those who use them were also more likely to report that people in their departments view mothers (compared to fathers) as less committed.

Because belief in workplace devotion represents a strong ideal in many professions, "Resistance to workplace flexibility is not about money. It is about morality"[108] In workplaces where the organizational culture prizes and idealizes single-minded devotion to work, failing to live up to the ideal (e.g., by attending to family obligations) represents a moral failing. Ideal

---

[107] Wharton, A. S., Chivers, S., & Blair-Loy, M. (2008). Use of formal and informal work–family policies on the digital assembly line. *Work and occupations*, *35*(3), 327-350.
[108] Williams (2013), *Op cit*.

worker norms that prize those who work exceptionally long hours are widespread in academia[109] and are particularly strong in the field of engineering.[110]

### EVALUATION PROCEDURES CAN MINIMIZE OR PERMIT DISCRIMINATION

Stereotype-based bias is more likely to intrude on personnel evaluations when evaluators rely on subjective opinions (i.e., judgments that are in "the eye of the beholder") rather than objective criteria.[111] Subjective judgments involve criteria that are not clearly defined or allow substantial latitude for interpretation, allowing different evaluators to potentially come to different conclusions. For example, people may disagree in their judgments about another person's perceived attractiveness (i.e., to the extent that "beauty is in the eye of the beholder" it represents a subjective judgment). Subjective judgments open the door to bias. For example, when evaluators judge a person's "fit" with the organization (a subjective judgment), they tend to prefer people who are in the same social categories as typical job incumbents. For example, in an audit study, experimenters sent similar résumés to law firms, but altered information hinting at the applicant's social class (e.g., extracurricular activities such as sailing and polo versus track and soccer). Law firms preferred male candidates who seemed to have high social class backgrounds over equally qualified men perceived as from a lower social class background.[112]

---

[109]Cech & Blair-Loy, *op cit*.
    Sang, K., Powell, A., Finkel, R., & Richards, J. (2015). 'Being an academic is not a 9–5 job': long working hours and the 'ideal worker' in UK academia. *Labour & Industry: a journal of the social and economic relations of work*, *25*(3), 235-249.
[110]Singh, R., Zhang, Y., Wan, M., & Fouad, N. A. (2018). Why do women engineers leave the engineering profession? The roles of work–family conflict, occupational commitment, and perceived organizational support. *Human resource management*, *57*(4), 901-914.
[111]Heilman, M. E., et al. (2004). Penalties for success: Reactions to women who succeed at male-typed gender tasks. *Journal of Applied Psychology, 89*, 416-427.
[112]Rivera, L. A., & Tilcsik, A. (2016). Class advantage, commitment penalty: The gendered effect of social class signals in an elite labor market. *American Sociological Review*, *81*(6), 1097-1131.

Therefore, organizations that wish to avoid having bias contaminate their personnel evaluations should rely on objective indicators and compare an individual's scores to carefully determined behavioral benchmarks. For example, imagine evaluating a sales representative according to dollar amount of the person's annual sales. This constitutes an objective measure – annual sales figures do not depend on evaluators' opinions, but on objective data. Unlike judging such subjective criteria as "fit" with the organization or "potential," different evaluators will not come up with different figures for an objective measure such as annual sales. Using objective measures inhibits bias by not leaving criteria open to evaluator interpretations.

Although objective measures help to prevent biases in ratings, biases can still creep in unless evaluators use predetermined benchmarks and agree on how to weigh different criteria. Consider the annual sales measure example: even though this represents an objective measure, an evaluator charged with making a promotion decision needs to consider whether the individual's sales figures are sufficiently good to warrant promotion. Without an agreed-upon benchmark for what constitutes sufficient sales, different evaluators would be free to come up with different criteria for what is "good enough" for promotion. Meta-analyses of promotion and salary decisions show that when free to do so, evaluators impose double standards that favor men. Even though women, on average, receive similar personnel evaluations to men, men are rewarded (promoted, given bigger salaries and bonuses) significantly more than women.[113] Developing benchmarks for comparisons helps to prevent such bias. For example, imagine that the organization decides that sales representatives who are in the top 30th percentile for annual sales

---

[113]Joshi, A., Son, J., & Roh, H. (2015). When can women close the gap? A meta-analytic test of sex differences in performance and rewards. Academy of Management Journal, 58, 1516–1545.

deserve to be promoted. This benchmark clearly defines what is "good enough" and does not allow evaluator bias to lead to double standards for promotion decisions.

Finally, bias can also occur when evaluators are free to determine how much to weigh different criteria. For many jobs, promotion decisions involve multiple criteria (e.g., academic promotions involves assessing teaching, scholarship, grants, departmental contributions, etc.). Bias can occur when evaluators are free to adjust how they weigh various criteria. In one experiment, evaluators judged whether to hire a male or a female candidate for a male-dominated job, police chief. Each candidate's strongest and weakest qualifications were varied. Depending on random assignment, for some evaluators, the male candidate had more street experience but less education than the female candidate. For other evaluators, the candidates' strengths and weaknesses were reversed (she had more street experience, he had more education). When left to determine which criterion mattered most, evaluators chose to more heavily weigh whichever criterion favored the male candidate.[114] That is, if the male candidate excelled on street experience, evaluators used this criterion as a pretext for hiring him over a better educated female candidate. If the male candidate excelled on education, evaluators valued this criterion more than street smarts, using it as a pretext for preferring him. In other words, by weighing whatever the male candidate was best at as "more important," evaluators can always justify preferring a man over a woman. Organizations can prevent such shifts in which criteria an evaluator deems "most important" by standardizing how much to weigh each criterion.

In sum, to avoid biases in promotion evaluations, organizations should subscribe to the following best practices. (a) When possible, use objective measures directly tied to job

---

[114]Uhlmann, E. L., & Cohen, G. L. (2005). Constructed criteria: Redefining merit to justify discrimination. *Psychological Science*, *16*(6), 474-480.

performance criteria (rather than allow evaluators to make subjective judgments that allow biases to affect their interpretations). (b) Establish clear and reasonable benchmarks for comparison to prevent double standards for what constitutes success (i.e., set a consistent bar for promotion). (c) Provide clear guidance on how to weigh different criteria to prevent evaluators from adjusting how criteria are weighed to disguise discrimination.

**RETALIATION AGAINST WOMEN WHO COMPLAIN ABOUT DISCRIMINATION**

Contrary to popular beliefs, research shows that women are generally reluctant to conclude that they personally are being discriminated against because doing so is psychologically threating (implying a hostile environment in which one will continue to receive unfair treatment).[115] A comprehensive research review concluded that people in devalued groups (including women) generally resist the idea that they are being discriminated against for two reasons. First, people want to believe in a just world (where they and others receive the outcomes they deserve). Second, contemporary discrimination tends to be disguised and therefore more difficult to pin down as discrimination (e.g., people use pretexts such as "she's too demanding" rather than saying something obviously sexist such as "I don't want to have a female boss").[116] Thus, when faced with discrimination, people are typically reluctant to claim discriminatory treatment unless they have additional "contextual cues" (e.g., information other women in their position are experiencing the same kind of biased treatment). As a result, people in devalued

---

[115] Crosby, F. (1984). The denial of personal discrimination. *American Behavioral Scientist*, *27*(3), 371-386.
Wright, S. C., Taylor, D. M., & Moghaddam, F. M. (1990). Responding to membership in a disadvantaged group: From acceptance to collective protest. *Journal of Personality and Scial Psychology*, *58*(6), 994.

[116] Barreto, M. & Ellemers, N. (2020). Detecting and Experiencing Prejudice: New Answers to Old Questions. In J. M. Olson and M. P. Zanna (Eds), *Advances in Experimental Social Psychology, Vol. 52*, Burlington: Academic Press, 2015, pp. 139-219

groups generally "tend to underestimate (rather than overestimate) the extent to which they are targeted by discrimination, even if this goes against their self-interest."[117]

Further, people who complain about workplace harassment or bias risk backlash, even when circumstances support their claim. Specifically, even when evidence strongly suggests that an individual has been discriminated against, observers tend to view an individual who claims discrimination as an overly sensitive "whiner."[118] Men (who are typically are more prone to believe that women are "overly sensitive" in claiming mistreatment) are especially likely to dismiss women's complaints about discrimination.[119]

Women who complain about discrimination at work often face both *organizational minimization* (e.g., mangers discount their complaints as unsubstantiated or minimize their severity) and interpersonal *punishment* (e.g., hostility and occupational penalties),[120] especially in male-dominated occupations.[121] In a survey of over a thousand public-sector employees, 67% of those who had vocally resisted interpersonal mistreatment from coworkers or supervisors experienced social retaliation at work (e.g., hostility, exclusion) and 36% also experienced formal workplace penalties (e.g., discipline, demotion).[122] Thus retaliation, both informal and formal for complaining about discrimination is relatively common.

---

[117] *Ibid*, p. 157
[118] Kaiser, C. R., & Miller, C. T. (2001. "Stop complaining! The social costs of making attributions to discrimination." *Personality and Social Psychology Bulletin* 27, 254-263.
[119] Glick & Fiske (2001), *Op cit*.
[120] Bergman, M. E., Langhout, R. D., Palmieri, P. A., Cortina, L. M., & Fitzgerald, L. F. (2002). The (un) reasonableness of reporting: Antecedents and consequences of reporting sexual harassment. *Journal of Applied Psychology*, *87*(2), 230.
[121] *Ibid*.
[122] Cortina, L. M & Magley, V. J. (2003). Raising voice, risking retaliation: Events following mistreatment in the workplace. *Journal of Occupational Health Psychology, 8,* 247-265.

**IV. APPLICATION TO CURRENT CASE AND OPINIONS**

This section considers how research on stereotyping, bias, and discrimination relates to Dr. Nikolova's case based on case documents I have reviewed (listed in Section III above). I reserve the right to modify any opinions below based on new information that may emerge (e.g., depositions not yet taken). My opinions follow guidelines for social framework testimony, in which experts serve a specific role: educating decision-makers about research findings related to the case. Based on standard practice, the social framework expert points out lines of inquiry for decision-makers, suggesting where case facts are consistent with research findings, but leaves the final decision about the case to the jurors. Therefore, I will not ultimately opine on whether or not discrimination occurred in this case, but point out ways in which case facts are consistent with this possibility. The law also discourages social framework experts from making credibility judgments about disputed evidence. Therefore, I will not judge witness credibility when the facts are disputed, but instead use language to indicate that an opinion is contingent on case decision-makers' credibility judgments (e.g., using language such as "If case decision-makers find claim X credible, then…").

My testimony will stay within the bounds defined by Federal District Court Judge Nancy Gertner, who ruled my testimony as admissible because it:

- *"…provides the jury with a context for considering the evidence before it, as opposed to a roadmap to a particular outcome."*

- *"…expressly refuses to come to a conclusion about whether there has been discrimination in this case because such an opinion is for the jury and … it is not possible to make any decision to a reasonable degree of scientific certainty about a real world case."*

- *"...does not tell the jury what to decide ... it only tells them what to consider."*[123]

The core question in this case is whether Dr. Nikolova suffered discrimination due to gender bias toward women who become pregnant, have young children, and/or use workplace flexibility policies to accommodate parenthood or caregiving responsibilities. Background information, such as the pervasive discrimination women tend to face in STEM fields, especially engineering, can inform case decision-makers about the general likelihood of discrimination against Dr. Nikolova. Research into biases related to pregnancy, motherhood, and use of workplace flexibility policies provides more specific information about the pattern discrimination, if it occurred, would likely take (e.g., stereotyped perceptions of decreased work commitment and competence). The research cannot "prove" Dr. Nikolova was discriminated against, but can aid case decision-makers in judging whether it was likely to have occurred.

As reviewed above, research shows that women face pervasive discrimination in STEM fields, and engineering in particular, which have historically been resistant and hostile to women. In her appeal to the CCAFR (Committee of the Council on Academic Freedom and Responsibility), Dr. Nikolova alleges that only 4 of 53 tenured faculty within the engineering department are women (i.e., 92.5% of tenured faculty are men and only 7.5% are women). Further, she claims that since she joined the faculty in 2014, all seven men who went up for tenure and promotion received it and all three women (including Dr. Nikolova) who were considered were denied promotion (Nikolova CCAFR Appeal, March 25, 2019, p. 16, UT Austin_00631). Should case decision-makers find this information credible, it suggests background conditions that make discrimination more likely.

---

[123] MEMORANDUM RE: MOTION TO EXCLUDE EXPERT TESTIMONY, January 6, 2009. Judge Nancy Gertner, United States District Court for the District of Massachusetts. Civil Action no. 07cv-12338-NG, p. 4.

More directly, discrimination occurs when evaluators apply different standards to people in different social categories. In her appeal to the CCAFR, Dr. Nikolova presented comparator case information on male faculty who were promoted with what she characterized as similar or lesser qualifications based on performance metrics (Appeal to CCAFR dated March 25, 2019, pp. 2-8, UT Austin_00617 to UT Austin_00623). If case decision-makers find the comparator information credible, research suggests they should focus on whether Dr. Nikolova's qualifications on performance metrics (e.g., number of publications, number of citations, grant dollars received, teaching evaluations for similar courses) were as good or better than relevant comparators who were promoted. The relevant comparisons include both: (a) successful male candidates and (b) successful female candidates who did *not* go through pregnancy, have small children, and/or use flexible workplace policies for caregiving purposes. If case decision-makers find Dr. Nikolova equally qualified on objective measures to such comparison candidates, it would suggest a discriminatory double standard toward her.

Case decision-makers should understand that in a real world case, perfect comparisons do not occur. To establish gender bias with scientific certainty requires a controlled experiment that keeps everything but gender constant to create a perfect comparator (i.e., one could experimentally construct a male Dr. Nikolova with identical qualifications). However, having multiple comparisons can help case decision-makers rule out various alternative explanations. Although each comparison may be imperfect, a consistent pattern among multiple comparisons can more strongly suggest whether an evaluator imposed a double standard.

In this case, case decision-makers' attention must necessarily focus on Dean Wood, who denied recommendations from the Department's Budget Council and College of Engineering's Tenure and Promotion Committee to award Dr. Nikolova tenure. Importantly, the Committee of

the Council on Academic Freedom and Responsibility (CCAFR), which reviewed Dr. Nikolova's appeal of Dean Wood's decision, expressed concern that Dean Wood applied double standards (Memo from CCAFR Subcommittee to investigate the complaint of Assistant Professor Evdokia Nikolova, dated April 28, 2019; hereafter referred to as CCAFR Complaint Report). Specifically, the committee concluded "The Candidate's service at TAMU [Texas A&M University] was ignored in calculating her years in rank, and she was held to a higher standard than if she had been in an up-or-out year" (CCAFR Complaint Report, p. 7, UT Austin_00702), which they characterized as "a matter of serious concern" (p. 5).

Research shows that evaluators are more likely to engage in discrimination when they can establish pretexts that do not seem discriminatory to justify their decision. When criteria or decision-making rules are not clearly defined in advance, biased evaluators can avoid the appearance of discrimination by selectively using rules or criteria that disfavor a specific candidate. For example, case decision-makers should consider whether, as Dr. Nikolova contends, more favorable rules about counting prior experience at peer institutions were applied to male candidates or to women who had not recently had children or made use of flexible work policies for family purposes.

More specifically, research suggests two stages at which discriminatory bias could have affected the decision to deny Dr. Nikolova tenure: (a) biased performance metrics (e.g., teaching evaluations) and (b) biased evaluators. I address each possibility in turn below.

**BIAS IN PERFORMANCE ASSESSMENTS: Student Teaching Evaluations**

Bias at the first stage (in performance metrics) can lead to a discriminatory outcome even if the people making the tenure decision (i.e., committee members and administrators) do not introduce any further biases. Research on gender bias in teaching evaluations in STEM fields

suggests that Dr. Nikolova may have received lower teaching ratings than comparable male instructors. To my knowledge, there is no direct research on pregnancy bias in teaching evaluations (though, as Dr. Nikolova noted in her appeal, students discriminate based on instructors' perceived physical attractiveness, which pregnancy can affect). However, research has established that people generally view pregnant women working in masculine fields as less competent and less committed to their job. Thus, being visibly pregnant may well have unfairly affected Dr. Nikolova's teaching evaluations.

If so, even if faculty and administrators who evaluated her tenure materials were themselves unbiased, bias baked into teaching evaluations could lead to a discriminatory outcome. In other words, well-meaning evaluators who used a consistent standard for teaching evaluations would inadvertently discriminate if they failed to correct for student biases in teaching ratings. Thus, committee members and administrators should be aware that gender bias may depress female professors' teaching evaluation scores, especially in masculine fields such as engineering. I am not suggesting formally using different standards for male versus female tenure candidates, which seems unfair to men and patronizing to women. However, just as a committee or administrator might consider the tendency for required courses to receive lower ratings than elective courses, they should consider gender bias as a potential mitigating factor when interpreting teaching ratings. Further, research suggest that teaching evaluations do not actually correlate with student learning outcomes. Thus, relying heavily on teaching ratings, which are known to be infected with biases, represents a problematic way to assess teaching quality. More objective measures, such as student performance on common exams, would provide a more objective, bias-resistant measure.

**Opinion: Research on gender bias in student evaluations of teaching in STEM fields and pregnancy biases that reduce women's perceived competence and commitment suggest that Dr. Nikolova may have received lower teaching ratings than similar male or non-pregnant female colleagues. Potential biases that can depress a female candidate's teaching scores should explicitly be considered by decision-makers making tenure decisions, as should alternative, more bias-resistant methods (e.g., measuring what students have learned).**

**EVALUATOR BIAS**

Bias can also occur due to stereotypes held by decision-makers. Specifically, stereotypes can influence how faculty or administrative evaluators weigh or interpret information when making personnel decisions. Therefore, even when female candidates overcome earlier obstacles (e.g., biases in student evaluations) to achieve similar qualifications to successful male candidates, bias can creep in among evaluators making promotion decisions.

Research shows that bias is more likely to occur when evaluators rely on subjective judgments and interpretations (e.g., about a person's motives and character). By contrast, when evaluators follow a more objective and well defined method to assess candidates, bias can be minimized. Bias-resistant decision-making processes involve two steps. First, evaluators should gather information using relatively objective metrics to assess job performance. For example, commonly used metrics to assess a professor's scholarship include grant dollars received, number of publications, frequency with which others cite publications (to assess prominence), journal impact factors (an indicator of journal quality). Second, evaluators should compare a candidate's scores on performance metrics to well-defined, predetermined benchmarks (e.g., scores for recently promoted faculty at peer institutions). Having benchmarks or clear standards

for comparison prevents subjectivity in determining whether a candidate's scores are "good enough." When benchmarks are not consistent and well defined across candidates, biased evaluators can simply "move the goalposts" to justify discriminatory decisions. Predetermined benchmarks prevent biased, shifting standards.

Stereotypes are more likely to influence decisions when evaluators rely on their own subjective interpretations and are free to impose their own standards for what's "good enough." In other words, bias becomes more likely when evaluators stray from objective performance metrics and predetermined benchmarks. Therefore, organizations that seek to avoid discrimination in personnel decisions rely on procedures that (a) focus on gathering objective performance measures (i.e., "metrics") on dimensions clearly linked to critical job criteria and (b) use well-defined, consistent benchmarks to evaluate promotion candidates.

Overall, in their tenure evaluation process, the Budget Council exerted considerable effort to adhere to the best practices described above. They used well-defined and relatively objective performance metrics, which they compared to reasonable benchmarks. This decision-making process yielded a positive recommendation for Dr. Nikolova. By contrast, by her own admission, Dean Wood used a different approach. In her interview with the CCAFR (the committee that reviewed Dr. Nikolova's appeal), Dean Wood stated that she engaged in a "holistic" review that, unlike the Budget Council, did not focus on "metrics" (CCAFR Complaint Report, p. 14, Appendix III, UT Austin_00079). The result: a decision that contravened recommendations by Dr. Nikolova's department, her Department Chair, the Tenure Committee for the Engineering School, and the Budget Council (which prepared the tenure review). Below I focus on providing a social scientific framework to aid case decision-makers in thinking through

whether Dean Wood's decision-making process was consistent with bias toward pregnant women, mothers, and women who use workplace flexibility policies for family reasons.

Research suggests specific questions for case decision-makers to consider in their deliberations about whether bias occurred in Dean Wood's decision-making: **(a) Did Dean Wood rely on subjective interpretations (rather than objective metrics and well-defined benchmarks) that more readily allow stereotypes and bias to influence decisions? (b) Were Dean Wood's characterizations of Dr. Nikolova consistent with biases related to pregnancy, motherhood, and/or making use of workplace accommodations for caregiving? (c) How might Dean Wood's personal characteristics, experiences, and beliefs have affected the likelihood of discrimination due to pregnancy, motherhood, or workplace accommodation bias?**

**Did Dean Wood Engage in a Subjective Decision-Making Process?**

Comparatively, the Budget Council's decision-making processes followed an approach designed to minimize bias at the decision-making stage, whereas Dean Wood's approach did not. Specifically, the Budget Council generally adhered to well-defined metrics and benchmark comparisons to reach their conclusions. For example, with respect to scholarship, they not only counted up how many conference papers and peer-reviewed articles Dr. Nikolova produced, but provided metrics to index quality (e.g., whether a conference had a selective acceptance rate for papers; the "impact factor" for the journals in which Dr. Nikolova published, which assesses how frequently papers published in the journal are cited). To assess Dr. Nikolova's overall scholarly impact, the committee cited her *h-index* (a measure of both productivity and impact based on citations by other scholars). These all represent standard, relatively objective performance

measures. The Council then compared Dr. Nikolova's performance to reasonable comparison benchmarks: how recently tenured faculty at peer institutions scored on the same metrics.

Although, as noted above, teaching evaluations can be biased, the Budget Council minimized any additional bias at the evaluation stage by constructing benchmark comparisons. For example, when possible, they compared Dr. Nikolova's teaching ratings to scores achieved by other faculty in the *same* course, thereby avoiding potentially misleading comparisons (e.g., teaching ratings in required courses are typically lower than ratings in elective courses students actively chose to take). In addition, the Council supplemented student evaluations with evaluations by faculty who sat in on Dr. Nikolova's courses.

In sum, although the Budget Council's review did not (at least in the documents I reviewed) explicitly consider or correct for the possibility of biases infecting the performance measures they used (e.g., possible bias in students' teaching ratings), they pursued a decision-making process designed to minimize additional bias at the evaluation stage. This process led the Budget Council to conclude that Dr. Nikolova's performance warranted promotion.

By contrast, when interviewed by the CCAFR (the committee which investigated Dr. Nikolova's complaint), Dean Wood stated that she used a different decision-making approach. Specifically, the CCAFR's notes (CCAFR Complaint Report, p. 16, Appendix III, UT Austin_00711) state that Dean Wood claimed "She conducts holistic review, not primarily based on metric; decision depends on statements also" (CCAFR Complaint Report, p. 14, Appendix III, UT Austin_00709). More specifically, with respect to teaching, whereas Dean Wood noted that the "Budget council was focused on metrics; she considers the teaching statement very important. The University requires a reflective teaching statement, indicating a change in teaching in response to student comments" (CCAFR Complaint Report, p. 14, Appendix III, UT

Austin_00709). Based on her interpretation of the teaching statement, Dean Wood said "She saw indications of [Dr. Nikolova] not taking teaching seriously" (CCAFR Complaint Report, p. 14, Appendix III, UT Austin_00709).

Decision-makers in this case should focus on whether Dean Wood's "holistic" review represents a subjective reading of Dr. Nikolova's materials. Subjective (as compared to objective) criteria have the following qualities: (a) they are less clearly defined, (b) different evaluators may interpret information in very different ways (i.e., the judgment depends on the "eye of the beholder"), and (c) they cannot easily be compared to fixed benchmarks.

Was Dean Wood's process subjective? Consider her judgment that Dr. Nikolova's teaching statement was not sufficiently "reflective" to warrant tenure. Imagine that 10 different academic Deans were asked to (independently) judge a teaching statement's "reflectiveness" and rate whether it was sufficiently reflective to warrant a positive tenure decision. Would different Deans potentially judge the same statement differently? Might different Deans have different definitions for what constitutes sufficient "reflectiveness"? Might different Deans focus on different aspects of a teaching statement to judge this quality? For example, Dean Wood stated that reflection involves professors explaining how they have changed their courses in response to student comments. Might a different Dean focus on other indicators, such as whether a candidate explains her teaching philosophy in great depth? If case decision-makers believe that different evaluators might disagree about how "reflective" a teaching statement is, then "reflectiveness" represents a subjective judgment. If different evaluators might come to different conclusions about "reflectiveness" whose judgment should we trust?

In other words, if there is no clear, obvious basis to resolve an argument about whether a statement is sufficiently "reflective," it represents a subjective judgment (i.e., a matter of

opinion, not fact). As noted above, subjective judgments permit biases to skew evaluations. A biased evaluator can simply say "this was my opinion based on my years of experience and my definition of reflectiveness" to justify whatever conclusion he or she reaches.

Compare judging a teaching statement's "reflectiveness" to a more objective process: indexing a tenure candidate's scholarly impact by calculating the total citation count for their journal articles. The citation count will *not* vary depending on the individual evaluator's biases. Anyone who researches the candidate's citation count (e.g., by typing the scholar's name in *Google Scholar's* search box) will find the same answer. Citation count does not depend on subjective interpretation. Consider the next question an evaluator must decide: is the candidate's citation count sufficient for awarding tenure? This decision can also be made objectively and without evaluator bias if evaluators use predetermined benchmarks, such as the citation counts achieved by recently tenured faculty in similar departments at peer institutions. By creating an objective standard, different evaluators will necessarily come to the same conclusions about whether a candidate's citation count meets tenurable standards. Subjective interpretation and, therefore, possible influence of evaluator bias, are minimized or eliminated. By contrast, if clear benchmarks are not used, an evaluator can arbitrarily decide whether the citation count is "high enough," opening the door to the possibility of applying discriminatory double standards.

An additional question case decision-makers should consider is whether the criteria an evaluator uses directly assesses actual job performance. Criteria such as scholarly citation-counts directly index scholarly impact, an important job criterion. If no other scholars cite a person's research, the research has no impact on further scientific advancement. If other scholars frequently cite an individual's work, the work is (by definition) impactful. By contrast, case decision makers should consider whether subjective judgments about "teaching statement

reflectiveness" have any direct relation to current or future job performance. If "ability to write a reflective teaching statement" is not the same thing as "achieving excellent student learning outcomes," then it represents an indirect criterion. Although Dean Wood may believe that candidates who, in her judgment, write more "reflective" statements are more likely to achieve future teaching excellence, what systematic evidence does she have that this is actually true?

Subjective criteria also allow bias to flourish by allowing evaluators to use shifting standards to justify discrimination. Imagine being able to move the goalposts after seeing the trajectory of a kick. Someone who had such opportunity could always obtain his or her desired outcome, either a goal or a miss. Lacking predetermined benchmarks and objective metrics, a subjective evaluation process allows the evaluator to choose which criteria to emphasize and to set subjective standards to determine whether the candidate meets the criteria *after* seeing the candidate's materials. Thus, a biased evaluator can retrospectively choose or define standards to ensure the candidate's success or failure. For example, imagine two teaching statements. Candidate A details at length how she has responded to student comments but fails to spend much space articulating her "philosophy" of teaching. Candidate B does exactly the opposite. A biased evaluator could simply shift how she judges "reflectiveness" to praise or to fault *either* candidate. If an evaluator was biased in favor of Candidate A (who responds to student comments, but has an underdeveloped teaching philosophy), she could justify a positive decision by noting how well the person responded to student comments. If the evaluator desired a negative outcome for Candidate A, she could emphasize the importance of a well-articulated teaching philosophy and fault the candidate for failing on this dimension. Subjective criteria allow standards to shift arbitrarily, providing pretexts for discrimination.

Case decision-makers should consider two examples that might potentially represent shifting standards in Dean Wood's justifications for a negative tenure decision. In the CCAFR interview, Dean Wood specifically faulted Dr. Nikolova for seeking advice on improving her courses from a junior faculty member rather than the "best teacher in the department," who presumably has greater expertise. At the same time, her tenure assessment faults Dr. Nikolova for not revising her course syllabus along lines suggested by an undergraduate, someone presumably not an expert, who has probably never designed a syllabus or taught a course.

These complaints have an appearance of shifting standards: Dean Wood faults (rather than praises) Dr. Nikolova for seeking advice from a fellow faculty member because she could have sought out a more experienced faculty member (devaluing the advice of a junior faculty member who has a PhD and teaching experience). Yet Dean Wood simultaneously faults Dr. Nikolova for not revising her course along lines suggested by an undergraduate, apparently valuing advice from someone with no experience teaching a course and no PhD in the field. At best, it seems highly inconsistent to fault a professor for seeking a colleague's advice because more experienced colleagues were available, yet also fault the person for not taking advice from someone totally lacking in teaching experience.

In another example of potential shifting standards, the Dean's Assessment expresses concern about Dr. Nikolova's teaching evaluation scores in EE360C, Advanced Algorithms. Dean Wood ignores comparisons provided by the Budget Council that show Dr. Nikolova achieved similar scores to faculty in the *same* course. Instead, Dean Wood substitutes a different standard: average faculty ratings across *all* courses in the Cockrell School (Dean's Assessment, footnote 2, p. 3, P000003), putting Dr. Nikolova's ratings for the course in a more negative light. As noted earlier, required courses and courses with higher math content tend to receive lower

ratings than elective courses. The Budget Council carefully constructed a fair, "apples to apples" comparison ("How do Dr. Nikolova's ratings compare to other faculty teaching the same difficult, math-intensive, required course?"). Ignoring this comparison, Dean Wood interjects an "apples to oranges" comparison that disfavored Dr. Nikolova.

In sum, this case involves two contrasting decision-making processes, one by the Budget Council and the other by Dean Wood. The former focused on objective metrics and carefully constructed benchmarks vetted by committees, whereas the latter focused on more subjective judgments by one evaluator, Dean Wood. Research shows the former to resist and the latter to permit biased information processing. Ultimately, case decision-makers will need to decide which process to place more trust in and to determine whether Dean Wood's conclusions were biased and discriminatory. Social scientific research, however, suggests that Dean Wood's more subjective approach was more likely to be infected with bias than the Budget Council's more objective (metrics and benchmarks) approach.

**Opinion: In contrast to the more objective and benchmark-based approach taken by the Budget Council, Dean Wood used a subjective approach known to allow bias to affect decisions through subjective inferences and shifting standards.**

**Were Dean Wood's Inferences Consistent with Pregnancy, Motherhood, and Workplace Accommodation Bias?**

Although a subjective decision-making process makes it more likely for bias to affect the outcome, this does not guarantee that discrimination will occur. Case decision-makers should therefore further consider whether the *content* of Dean Wood's judgments about Dr. Nikolova

were consistent with stereotypes about pregnant women, mothers, and women who make use of workplace flexibility policies for pregnancy and childcare. Research establishes that, especially in male-dominated fields, pregnancy, motherhood, and requests to use workplace flexibility policies exacerbate or intensify discrimination against women by evoking stereotypes that mothers are committed to family more than to work. Consistent with pregnancy, motherhood, and flexibility biases, inferences about insufficient commitment to work form the central theme in Dean Wood's negative assessment of Dr. Nikolova. Further, these inferences about reduced commitment and effort coincide with the period when Dr. Nikolova became pregnant, gave birth, and took advantage of workplace flexibility policies.

Specifically, Dean Wood focused on comparing Dr. Nikolova's teaching and grant support before versus after the 2015-16 academic year when she had taken "modified instructional duty" (a reduced teaching load) and a "probationary extension" on her tenure clock to accommodate pregnancy and childbirth. In her assessment, Dean Wood concluded that "I do not believe that she [Dr. Nikolova] has taken responsibility for improving her teaching, and I have concerns about the sustainability of her research program" (Dean's Assessment, p. 4, P000005). Dean Wood's conclusion, in other words, were consistent with the form biases due to pregnancy, motherhood, and workplace accommodation use take: perceptions that the individual is no longer sufficiently committed to her work.

In addition to determining whether the content of Dean Wood's concerns are consistent with stereotyping and bias, case decision-makers should consider whether Dean Wood selectively focused on and interpreted information in a manner designed to justify a negative conclusion about Dr. Nikolova's commitment. Confirmation bias – skewed and selective interpretation of evidence – represents a hallmark of biased perception and thinking. That is, did

Dean Wood shade how she interpreted evidence (e.g., Dr. Nikolova's teaching statement) and ignore evidence that favored Dr. Nikolova's case to reach a conclusion consistent with pregnancy, motherhood, and accommodation use bias? The concerns about shifting standards in the previous section represent potential examples of confirmation-biased reasoning.

The CCAFR expressed concerns about Dean Wood's reasoning on the two major criteria – teaching and scholarship – that the Dean used to justify denying tenure. Case decision-makers should carefully examine whether the Dean's reasoning in each instance suggests confirmation bias (interpreting information to justify a biased conclusion) related to pregnancy, motherhood, and flexibility bias. In its complaint review, the CCAFR stated it was "puzzled by disparate assessments of the Candidate's teaching. While the Dean was critical of the Candidate's teaching in her assessment and told the committee that her recommendation of 'Do Not Promote' was largely motivated by a desire to see the Candidate improve her teaching, highly respected members of the department's Budget Council state that the Candidate's 'teaching record clearly exceeds the expectations for teaching by an Assistant Professor in the Department'" (CCAFR Complaint Report, p. 5, UT Austin_00700).

To support her negative opinion on teaching, Dean Wood noted that in 2014 Dr. Nikolova showed the "ability to engage students in the classroom" (Dean's Assessment, p. 1, P000002), but claimed a consistent downward trend in teaching ratings after the 2015-16 academic year. However, the CCAFR expressed concern that the Dean interpreted a lower rating in one class as a "trend" to support her conclusion that Dr. Nikolova was no longer "taking teaching seriously." They stated that "The downward trend in undergraduate Instructor scores that the Dean notes is not clear to the Subcommittee, given that out of four sections, there is one outlier (3.72) in the Instructor rating, while the other three Instructor ratings are quite consistent

(between 3.92 and 3.95)" (CCAFR Complaint Report, p. 5, UT Austin_00700). The Committee also points out that the Dean ignored relatively consistent and positive ratings in Dr. Nikolova's graduate course and positive student comments in undergraduate courses; specifically that "53 out of 78 written comments are positive" (CCAFR Complaint Report, p. 6, UT Austin_00701).

Further, the CCAFR expressed concern that the Dean "… does not point out the positive aspects of the Candidate's teaching as reflected in student and peer evaluations" and fails to recognize Dr. Nikolova's "teaching innovations." These innovations included "two new undergraduate courses; [that she] filled a gap in formal algorithm instruction; put her own stamp on a high-demand undergraduate course while collaborating with her colleagues to improve the course; and introduced lunches with the professors (in a team-taught course) in order to give undergraduates access to informal mentoring" (CCAFR Complaint Report, p. 6, UT Austin_00701).

Although the CCAFR thought that Dean Wood's concern that Dr. Nikolova's use of teaching assistants to develop and grade assignments might have merit, they generally expressed concerns about how the Dean interpreted information about Dr. Nikolova's teaching. Specifically, the CCAFR noted that the Budget Council's *Assessment on Teaching Performance of the Candidate* concluded that Dr. Nikolova "takes her teaching obligation seriously and has strived to improve her teaching effectiveness while addressing the needs of the department and its students… [which] would seem to contradict the Dean's judgment that the Candidate does not take responsibility for improving her teaching" (CCAFR Complaint Report, p. 6., UT Austin_00701).

On scholarship, the CCAFR was "puzzled by the Dean's concerns about the sustainability of the Candidate's research program" which contradict "The positive votes of the

departmental Budget Council, the Chair, and the School's Advisory Committee" (CCAFR Complaint Report, p. 5, UT Austin_00700). The Committee cited Dr. Nikolova's ongoing NSF Career Grant as continuing support, as well as "additional grants while at UT Austin, including an NSF grant for approximately $480,000" (CCAFR Complaint Report, p. 5, UT Austin_00700).

In other words, both in evaluating teaching and scholarship, the University committee assigned to review Dr. Nikolova's appeal expressed concern that the Dean selectively interpreted information, emphasized negative information, and ignored positive information, all hallmarks of biased information processing. Further, the theme that threads through these negative assessments is the same: inferences that Dr. Nikolova is no longer sufficiently committed to her job, precisely what the research suggests would occur if a biased evaluator relied on stereotypes about pregnancy, motherhood, and flexibility policy use.

**Opinion: Dean Wood's perception that Dr. Nikolova showed decreased work commitment after pregnancy and childbirth is highly consistent with stereotypes toward pregnant women, mothers, and women who make used of workplace accommodations for family reasons. Both in terms of process (e.g., subjective interpretation) and content (inferred lack of commitment), the Dean's decision-making about Dr. Nikolova is consistent with bias toward pregnant women, mothers, and workplace accommodation policy use**.

**Do Dean Wood's Personal Characteristics or Attitudes Make Bias More or Less Likely?**

This section applies research that may help case decision-makers to understand how Dean Wood's attitudes, experiences, and gender might relate to the likelihood of biased decision-

making. These factors are not determinative; nevertheless, research suggests they can influence the *probability* that an evaluator will exhibit bias against women in STEM fields.

Although people may commonly assume women are less likely than men to discriminate against women, research (cited in the scientific section of this report) shows this assumption does not hold under certain circumstances. Specifically, women who attain powerful positions in male-dominated (including STEM) fields tend to discriminate as much as or even more severely than men when judging junior women's work commitment. Senior women in masculine fields achieved their positions by adapting to a masculine organizational culture and working especially hard to prove themselves and to overcome others' biased expectations and treatment. Women who achieve status in these fields tend to present themselves as having more stereotypically masculine traits (e.g., ambitious, tough, totally committed to the job) and to disidentify with or disdain stereotypically feminine traits (e.g., emotionality). They often expect those who follow to exhibit similar traits, creating bias against junior women perceived as not being "tough enough" or committed enough to succeed in a field that places significant obstacles in their path.

People may also wrongly assume that senior women who have personally experienced discrimination in their field would show increased sympathy toward junior women and increased commitment to combatting discrimination. Research shows instead that the discrimination senior women have experienced can create a defensive reaction that leads them to *avoid* championing the women who follow. Senior women in masculine fields (including STEM) occupy a precarious position in which the hard-won respect they have earned can crumble if others view them as backing diversity initiatives. As a result, senior women often become dismissive toward policies perceived as accommodating women, such as workplace flexibility or parental leave policies for mothers. Therefore, the experience Dean Wood recounted in an interview – when a

male scientist expressed surprise at the quality of her conference talk because he expected less

from a woman – (Dean Wood 2020 Pinnacle Award Winner Interview;  retrieved from

https://www.hartenergy.com/exclusives/2020-pinnacle-award-winner-dr-sharon-l-wood-

university-texas-186588) does not lessen the likelihood that she, in turn, would discriminate.

Based on prior research, when it comes to evaluating a junior woman who has recently had

children and used workplace flexibility policies (known to elicit stereotypes of insufficient work

commitment), a female (compared to a male) Dean would be as likely or even more likely to

exhibit bias.

The 2020 Pinnacle Award interview with Dean Wood further reveals information about

her experiences and attitudes. When the interviewer asked Dean Wood about work-life balance,

she responded: "*I think that work life balance is a bit of a myth because you can't do everything

and 'work life balance' implies that you can… I set time for myself early in the morning. The

5:30-7:30 time frame is when I exercise… [although] there are always emergencies that come

up. I have put some structure around my life*." This response suggests an attitude that highly

values work devotion, with little room for any non-work obligations, especially those (like

childcare) that may be less predictable than setting aside early morning pre-work hours for

exercise. Rather than speaking to how organizations can accommodate family responsibilities,

Dean Wood emphasizes individuals' personal responsibility to structure their lives around work.


**Opinion. Research suggests that Dean Wood's gender and prior experiences with

discrimination would not serve to protect against bias against Dr. Nikolova, but rather

could make discrimination more likely. Further, Dean Wood's attitude that "*work life

balance is a bit of a myth*" is consistent with an ethos prizing work devotion that**

**exacerbates bias against pregnant women, mothers, and women who use workplace accommodation policies for family purposes.**

NIKOLOVA v UNIVERSITY OF TEXAS, AUSTIN - 61

**V. COMPENSATION & SIGNATURE**

My rate of compensation is as follows:

- $400 per hour for review of documents and report writing

- $5000 per day for deposition and trial testimony

- Payment made in advance for deposition and trial testimony


April 19, 2021

_____        _____

Peter Glick, Ph.D.                      Date

## VI. ATTACHMENT A: CURRICULUM VITAE

### Peter Glick, PhD.

**SUMMARY**

Peter Glick, PhD is the Henry Merritt Wriston Professor at Lawrence University and a Senior Scientist with the Neuroleadership Institute. Co-author of groundbreaking theories of prejudice and sexism, Dr. Glick's highly influential research has received over 40,000 scholarly citations. As a visiting Professor of Management and Organizations at Northwestern University, he co-designed the Kellogg School of Management's first course on diversity management. He has also taught executive education at Harvard University and developed anti-bias initiatives for Fortune 500 companies (including Airbnb). The *Harvard Business Review* recognized his *stereotype content model* (co-developed with Susan Fiske, Princeton, and Amy Cuddy, Harvard) as a "breakthrough idea for 2009." His highly cited work on *benevolent sexism* (with Susan Fiske) has revolutionized understanding of discrimination against women, receiving the Allport Prize for best paper on intergroup relations. In addition to more than 80 articles, he has co-edited or co-authored three books, including the *Sage Handbook of Prejudice*. He has testified in federal court as an expert witness on sex discrimination. Media outlets that have covered his work include the *New York Times*, *Harvard Business Review*, and *PBS NewsHour*. Website: https://faculty.lawrence.edu/glickp/

**ADDRESS**

Department of Psychology
Lawrence University                             phone: (920) 716-4195
711 E Boldt Way                                  email: glickp@lawrence.edu
Appleton, WI 54911                            web: https://faculty.lawrence.edu/glickp/

**EDUCATION**

Graduate:                    University of Minnesota
                                    Ph.D., 1984
                                    Specialization in Social Psychology
                                    Supporting Program in Statistics

Undergraduate:            Oberlin College
                                    A.B., 1979
                                    Major in Psychology

**ACADEMIC APPOINTMENTS**

*Henry Merritt Wriston Professor in the Social Sciences,* Lawrence University, 2007-present

*Senior Scientist, Neuroleadership Institute,* 2018 to present

*Visiting Professor of Management and Organizations,* Fall 2009, Kellogg School of
Management, Northwestern University

*Full Professor of Psychology*, 1997-present, Lawrence University

*Director of Lawrence Fellows Program*, 2004-2007 (designed and implemented a post-doctoral
Fellows program across all academic disciplines)

*Faculty Associate to the President*, 2005-07, Lawrence University

*Director, Lawrence University London Centre*, 1998-99

*Chair of Psychology Department*, 1992-93; 1994-96, 1997; 2000-2002, Lawrence University

*Associate Professor of Psychology*, 1990 to 1997, Lawrence University

*Assistant Professor of Psychology*, 1985 to 1990, Lawrence University


**HONORS AND AWARDS**

***Excellence in Scholarship Award***, Lawrence University, 2011. Awarded to a faculty member
who has demonstrated outstanding scholarly contributions.

***Harvard Business Review*** recognized joint research with Susan T. Fiske and Amy J. C. Cuddy
on warmth and competence as fundamental dimensions of social perception in "The *HBR*
List: Breakthrough Ideas for 2009"

***Gordon W. Allport Intergroup Relations Prize*** for best paper on intergroup relations (awarded
by the Society for the Psychological Study of Social Issues and Harvard University):

2005-06: Honorable Mention for Cuddy, A. J. C., Fiske, S. T., & Glick, P. "The BIAS
Map: Behaviors from Intergroup Affect and Stereotypes"

1995: Award for Glick, P. & Fiske, S. T. "The Ambivalent Sexism Inventory:
Differentiating Hostile and Benevolent Sexism" (*Journal of Personality and Social
Psychology*)

**Elected as President** of the *Society of Experimental Social Psychology* for 2009

**Elected as a Fellow** in the following professional psychology organizations:

*Society for the Psychological Study of Social Issues*, Division 9 of APA (2007)
*Society for the Psychology of Women*, Division 35 of APA (2007)
*American Psychological Society* (2004)
*American Psychological Association* (2004)
*Society for Personality and Social Psychology*, Division 8 of APA (2004)

## EDITORIAL BOARD APPOINTMENTS

*Journal of Personality and Social Psychology: IRGP* (2003-2018)
*Personality and Social Psychology Bulletin* (2002-present)
*Group Processes and Intergroup Relations* (2010-2013)
*Psychological Inquiry* (2002)
*Psychology of Women Quarterly* (2003-present)
*Social Issues and Interventions* book series (sponsored by SPSSI; 2008)

## COUNCIL POSITIONS IN PROFESSIONAL ORGANIZATIONS

*Society of Experimental Social Psychology* Executive Council, 2007-2010
*Society for the Psychological Study of Social Issues* Council, 2007-2010

## VISITING AND SUMMER INSTITUTE POSITIONS

Universidad de Granada, Spain, *Consultation*, Supported by a Spanish Government grant for a 1-2 week visits to lecture, consult, and continue research collaborations, December 2007, June 2008, November 2008.

University of Marburg and University of Bielefeld, Germany, *Summer Institute*, September 2007

Society for Social and Personality Psychology's *Summer Institute in Social Psychology*, University of Texas at Austin, July 2007. Co-instructor with Alice Eagly (Northwestern University) for 2-week session on Gender, Power, and Roles

Pontificia Universidad Católica de Chile, June 2003. Two weeks as a visiting "outstanding psychologist" (sponsored by a Chilean government grant)

University of Jena, Germany, April 2002. Research consultant for the International Graduate College (a consortium involving the University of Jena, University of Kent at Canterbury, and University of Louvain-la-neuve in Belgium)

Visiting Associate Professor, University of Massachusetts at Amherst, 1993-94

## BOOKS

Rudman, L. A., & Glick, P. (2021). *The Social Psychology of Gender: How Power and Intimacy Shape Gender Relations* (2ⁿᵈ Ed.). New York: Guilford Press.

Dovidio, J. F., Hewstone, M., Glick, P. & Esses, V. M. (Eds.). (2010). *The Sage Handbook of Prejudice, Stereotyping, and Discrimination*. London: Sage Publications.

Dovidio, J. F., Glick, P., & Rudman, L. A. (Eds.). (2005). *On the Nature of Prejudice: 50 Years After Allport*. Malden, MA: Blackwell Publishing.

## EDITORSHIP OF SPECIAL JOURNAL ISSUES

Berdahl, J. L., Cooper, M. & Glick, P. (2018). Work as a masculinity contest. *Journal of Social Issues*, *74*(3).

Lee, T., Fiske, S. T., & Glick, P. (2010). Special Issue on Ambivalent Sexism. *Sex Roles, 62*.

## PUBLICATIONS

Glick, P. (2020). Take that detour: Unexpected influences on a research career. In King, E., Roberts, Q, & Hebl, M. (Eds.) *Perspectives on Work and Gender* (pp. 101-116). Information Age Publishing.

Glick, P. (2020). Masks and emasculation: Why some male leaders won't take COVID-19 safety precautions. *Scientific American*, *322*(2), 10.

Ramati-Ziber, L., Shnabel, N., & Glick, P. (2020). The beauty myth: Prescriptive beauty norms for women reflect hierarchy-enhancing motivations leading to discriminatory employment practices. *Journal of Personality and Social Psychology*, *119*, 317-343.

Glick, P. (2019). Gender, sexism, and the election: did sexism help Trump more than it hurt Clinton?. *Politics, Groups, and Identities*, *7*(3), 713-723.

Berdahl, J. L., Cooper, M., & Glick, P. (Nov 2, 2018). How masculinity contests undermine organizations and what to do about it. *Harvard Business Review*.

Glick, P., Berdahl, J. L., & Alonso, N. M. (2018). Development and validation of the masculinity contest culture scale. *Journal of Social Issues*, *74*(3), 449-476.

Berdahl, J. L., Cooper, M., Glick, P., Livingston, R. W., & Williams, J.C. (2018). Work as a masculinity contest. *Journal of Social Issues 74*(3), 422-448.

Diekman, A. B., & Glick, P. (2018). The role of attitudes in gender. In *Handbook of Attitudes, Volume 2: Applications* (pp. 408-428). Routledge.

Bareket, O., Kahalon, R., Shnabel, N., & Glick, P. (2018). The Madonna-Whore dichotomy: Men who perceive women's nurturance and sexuality as mutually exclusive endorse patriarchy and show lower relationship satisfaction. *Sex Roles*, 1-14.

Rudman, L. A., Glick, P., Marquardt, T., & Fetterolf, J. C. (2017). When women are urged to have casual sex more than men are: perceived risk moderates the sexual advice double standard. *Sex roles*, *77*(5-6), 409-418.

Bear, J. B., & Glick, P. (2017). Breadwinner bonus and caregiver penalty in workplace rewards for men and women. *Social Psychological and Personality Science*, *8*(7), 780-788.

Glick, P., & Raberg, L. (2017). Benevolent sexism and the status of women. In C. B. Travis & J. W. White (Eds.). *Handbook of the Psychology of Women* (pp. 363-380). Washington, DC: American Psychological Association.

Baily Wolf, E., & Glick P. (2016). Competent but cold: The Stereotype Content Model and envy in organizations. In R. H. Smith, U. Merlone, & M. Duffy (Eds) *Envy at work and in organizations*. Oxford: Oxford University Press.

Glick, P., Sakallı-Uğurlu, N., Akbaş, G., Metin Orta, I., & Ceylan, S. (2016). Why do women endorse honor beliefs? The relationship of ambivalent Sexism and Islamic religiosity to Turkish men and women's honor beliefs. *Sex Roles, 75,* 543-554.

Cuddy, A. J. C., Baily Wolf, B., Glick, P., Crotty, S., Chong, J, & Norton, M. I. (2015). Men as cultural ideals: Cultural values moderate gender stereotype content. *Journal of Personality and Social Psychology, 109,* 622-635.

Glick, P., Wilkerson, M., & Cuffe, M. (2015). Masculine identity, ambivalent sexism, and attitudes toward gender subtypes. *Social Psychology, 46,* 210-217.

Connor, R. A., Glick, P, & Fiske, S.T. (2015) Ambivalent sexism in the 21st century. For C. Sibley & F. Barlow (Eds). *Cambridge Handbook of the Psychology of Prejudice.* Cambridge University Press.

Glick, P. (2015). Victims of success. How envious prejudice foments genocidal intent and undermines moral outrage. In C. A. Small (Ed.). *The Yale Papers: Antisemitism in comparative perspective* (pp. 287-298). N.Y.: ISGAP.

Glick, P. (2014). Encouraging confrontation. *Journal of Social Issues, 70,* 779-791.

Rollero, C., Glick, P., & Tartaglia, S. (2014). Psychometric Properties of Short Versions of the Ambivalent Sexism Inventory and Ambivalence Toward Men Inventory. *TPM - Testing, Psychometrics, Methodology in Applied Psychology, 21,* 149-159.

Aranda, B., & Glick P. (2014). Expressing work devotion eliminates the motherhood penalty. *Group Processes and Intergroup Relations, 17,* 91-99.

Hart, J., Glick, P. & Dinero, R. E. (2013). She loves him, she loves him not: Attachment style as a predictor of women's ambivalent sexism toward men. *Psychology of Women Quarterly, 37*, 507-518.

Glick, P. (2013). BS at work: How benevolent sexism undermines women and justifies backlash. In *Gender and Work: Challenging Conventional Wisdom* (pp. 44-50). Boston, MA: Harvard Business School.

Glick, P., & Paluck, E. L. (2013). The aftermath of genocide: History as proximate cause. *Journal of Social Issues, 69*, 200-208.

Hart, J., Hung, J. A., Glick, P. & Dinero, R. E. (2012). He loves her, he loves her not: Attachment style as a personality antecedent to men's ambivalent sexism. *Personality and Social Psychology Bulletin, 38*,1495-1505.

Rudman, L. A., Moss-Racusin, C. A., Glick, P., & Phelan, J. E., & (2012). Reactions to vanguards: Advances in backlash theory. In P. Devine & A. Plant (Ed.). *Advances in Experimental Social Psychology* (Vol. 45, pp. 167-228) San Diego, CA: Academic Press.

Cuddy, A. J. C., Glick, P., & Beninger, A. (2011). The dynamics of warmth and competence judgments, and their outcomes in organizations. In B. M. Staw & A. Brief (Eds.). *Research in Organizational Behavior, 31*, 73-98.

Glick, P. & Fiske, S. T. (2011). Ambivalent sexism revisited. *Psychology of Women Quarterly*. 35, 530-535.

Becker, J. C., Glick, P., Ilic, M., & Bohner, G. (2011). Damned if she does, damned if she doesn't: Consequences of accepting versus confronting patronizing help for the female target and male actor. *European Journal of Social Psychology, 41*, 761-773.

DeLemus, S., Moya, M., & Glick, P. (2010). When contact correlates with prejudice: Adolescents' romantic relationship experience predicts greater benevolent sexism in boys and hostile sexism in girls. *Sex Roles, 63*, 214-225.

Glick, P. & Whitehead, J. (2010). Hostility toward men and the perceived stability of male dominance. *Social Psychology, 41,* 177-185.

Lee, T. L., Fiske, S. T., & Glick, P. (2010). Next gen ambivalent sexism: Converging correlates, causality in context, and converse causality. *Sex Roles, 62,* 395-404.

Lee, T. L., Fiske, S. T., Glick, P., & Chen, Z. (2010). Ambivalent sexism in close relationships: (Hostile) power and (benevolent) romance shape relationship ideals. *Sex Roles, 62,* 583-601.

Expósito, F., Herrera, M. C., Moya, M., & Glick, P. (2010). Don't rock the boat: Women's benevolent sexism predicts fears of marital violence. *Psychology of Women Quarterly, 34*, 20-26.

Glick, P. & Rudman, L. A. (2010). Sexism. In J. F. Dovidio, M. Hewstone, P. Glick, & V. M. Esses (Eds.) *Handbook of prejudice, stereotyping, and discrimination* (pp. 328-344). Newbury Park, CA: Sage.

Cikara, M., Lee, T. L., Fiske, S. T., & Glick, P. (2009) Ambivalent sexism at home and at work: How attitudes toward women in relationships foster exclusion in the public sphere. To appear in Jost, J. T., Kay, A. C., & Thorisdottir, H. (Eds). *Social and psychological bases of ideology and system justification* (pp. 444-462). New York: Oxford University Press.

Cuddy, A. J. C., Fiske, S. T., Kwan, V. S. Y., Glick, P., Demoulin, S., Leyens, J-Ph. et al. (2009). Is the Stereotype Content Model culture-bound? A cross-cultural comparison reveals systematic similarities and differences. *British Journal of Social Psychology, 48*, 1-33.

Glick, P. (2008). When neighbors blame neighbors: Scapegoating and the breakdown of ethnic relations. In V. M. Esses & R. A. Vernon (Eds). *Explaining the breakdown of ethnic relations: Why neighbors kill* (pp. 123-146). Malden, MA: Blackwell.

Rudman, L. A., Glick, P., & Phelan, J. E. (2008). From the laboratory to the bench: Gender stereotyping research in the courtroom. In E. Borgida & S. T. Fiske (Eds). *Beyond common sense: Psychological science in the courtroom* (pp. 83-101). Malden, MA: Blackwell.

Glick, P. (2008). Restating the case: The benefits of diverse samples for theory development. *Psychological Inquiry, 19*, 78-83.

Cuddy, A. J. C., Fiske, S. T., & Glick, P. (2008). Warmth and competence as universal dimensions of social perception: The Stereotype Content Model and the BIAS Map. In M. P. Zanna (Ed.). *Advances in Experimental Social Psychology* (Vol. 40, pp. 61-150). Thousand Oaks, CA: Academic Press.

Glick, P., Chrislock, K., Petersik, K., Vijay, M., & Turek, A. (2008). Does cleavage work at work? Men, but not women, falsely believe in the power of cleavage to sell a weak product. *Psychology of Women Quarterly, 32*, 326-335.

Sakallı-Uğurlu, N., Yalçın, Z. S., & Glick, P. (2007). Ambivalent sexism, belief in a just world, and empathy as predictors of Turkish students' attitudes toward rape victims. *Sex Roles, 57*, 889-895.

Glick, P., Gangl, C., Gibb, S., Klumpner, S., Weinberg, E. (2007). Defensive reactions to masculinity threat: More negative affect toward effeminate (but not masculine) gay men. *Sex Roles, 57*, 55-59.

Moya, M., Glick, P., Expósito, F., De Lemus, S. & Hart, J. (2007). It's for your own good: Benevolent sexism and women's reactions to protectively justified restrictions. *Personality and Social Psychology Bulletin, 33*, 1421-1434.

Hebl, M. R., King, E., Glick, P., Singletary, S. L. & Kazama, S. M. (2007). Hostile and benevolent reactions toward pregnant women: Complementary interpersonal punishments and rewards that maintain traditional roles. *Journal of Applied Psychology, 92*, 1499-1511.

Fiske, S. T., Cuddy, A. J. C., & Glick, P. (2007). Universal dimensions of social cognition: Warmth and competence. *Trends in Cognitive Science, 11*, 77-83.

Cuddy, A. J. C., Fiske, S. T., & Glick, P. (2007). The BIAS Map: Behaviors from intergroup affects and stereotypes. *Journal of Personality and Social Psychology, 92,* 631-648.

Glick, P., & Fiske, S. T. (2007). Sex discrimination: The psychological approach. In F. J. Crosby, M. S. Stockdale, and S. A. Ropp (Eds.). *Sex discrimination in the workplace* (pp. 155-187). Malden, MA: Blackwell.

Glick, P., Fiske, S. T., Abrams, D., Dardenne, B., Ferreira, M. C., Gonzalez, R., Hachfeld, C., Huang, L-L., Hutchison, P., Kim, H-J., Manganelli, A. M., Masser, B., et al. (2006). Anti-American Sentiment and America's Perceived Intent to Dominate: An 11-Nation Study. *Basic and Applied Social Psychology, 38*, 363-373.

Eastwick, P. W., Eagly, A. H., Glick, P., Johannesen-Schmidt, M., Fiske, S. T., et al. (2006). Is traditional gender ideology associated with sex-typed mate preferences? A test in nine nations. *Sex Roles, 54*, 603-614.

Glick, P., Larsen, S., Johnson, C., Branstiter, H. (2005). Evaluations of sexy women in low and high status jobs. *Psychology of Women Quarterly, 29*, 389-395.

Moya, M., Poeschl, G., Glick, P., Páez, D. Sedano, I. F. (2005) Sexisme, Masculinité-Féminité et Facteurs Culturels [Sexism, Masculinity-Femininity, and Cultural Factors], *Revue Internationale de Psychologie Sociale, 18*, 141-167.

Glick, P. (2006). Ambivalent sexism, power distance, and gender inequality across cultures. In S. Guimond (Ed.). *Social comparison processes and levels of analysis* (pp. 283-302). Cambridge: Cambridge University Press.

Glick, P. (2005). Choice of scapegoats. In J. F. Dovidio, P. Glick, & L. A. Rudman (Eds.). *On the nature of prejudice: 50 years after Allport* (pp. 244-261). Malden, MA: Blackwell.

Dovidio, J. F., Glick, P., & Rudman, L. A. (2005). Reflecting on *The Nature Of Prejudice*: Fifty years after Allport. In J. F. Dovidio, P. Glick, & L. A. Rudman (Eds.). *On the nature of prejudice: 50 years after Allport* (pp. 1-15). Malden, MA: Blackwell.

Cuddy, A. J. C., Fiske, S. T., & Glick, P. (2004). When professionals become mothers, warmth doesn't cut the ice. *Journal of Social Issues, 4*, 701-718.

Glick, P., Lameiras, M., Fiske, S. T., Eckes, T., Masser, B., Volpato, C., Manganelli, A. M., Pek, J., Huang, L., Sakalli-Ugurlu, N., Castro, Y. R., D'Avila Pereira, M. L., Willemsen, T. M., Brunner, A., Six-Materna, I, & Wells, R. (2004). Bad but bold: Ambivalent attitudes toward men predict gender inequality in 16 nations. *Journal of Personality and Social Psychology*, *86*, 713–728.

Sakalli-Ugurlu, N., & Glick P. (2003). Ambivalent sexism and attitudes toward women who engage in premarital sex in Turkey. *Journal of Sex Research, 40*, 296-302.

Moya, M., Páez, D., Glick, P., Fernández, I., & Poeschl, G. (2003). Sexismo, masculinidad-feminidad y factores culturales [Sexism, masculinity-femininity and cultural factors]. *Revista Española de Motivación y Emoción, 4,* 8-9.

Glick, P., Lameiras, M., & Castro, Y. R. (2002). Education and Catholic religiosity as predictors of hostile and benevolent sexism toward women and men. *Sex Roles, 47*, 433-441.

**Glick, P., Sakalli-Ugurlu, N., Ferreira, M. C., & Aguiar de Souza, M.  (2002). Ambivalent sexism and attitudes toward wife abuse in Turkey and Brazil.** ***Psychology of Women Quarterly, 26*, 291-296.**

Fiske, S. T., Cuddy, A. J. C., Glick, P., & Xu, J. (2002). A model of (often mixed) stereotype content: Competence and warmth respectively follow from perceived status and competition. *Journal of Personality and Social Psychology, 82*, 878-902.

Fiske, S. T., Cuddy, A. J. C., & Glick, P. (2002). Emotions up and down: Intergroup emotions result from perceived status and competition. In D. M. Mackie & E. R. Smith (Eds.), *From Prejudice to Intergroup Emotions: Differentiated reactions to social groups* (pp. 247-264). New York: Psychology Press.

Glick, P. (2002). Sacrificial lambs dressed in wolves' clothing: Envious prejudice, ideology, and the scapegoating of Jews. In L. S. Newman & R. Erber (Eds.), *Understanding genocide: The social psychology of the Holocaust* (pp. 113-142). Oxford: Oxford University Press.

Glick, P., & Fiske, S. T. (2002). Ambivalent responses. *American Psychologist, 57*, 444-446

Glick, P., & Fiske, S. T. (2002, Winter). Perceived legitimacy and the struggle for civil rights. *Civil Rights Journal, 6(1)*, 72-74.

Glick, P. (2002, November) Isolation, interdisciplinarity, and inspiration: Doing research at a liberal arts college. *APS Observer, 15(9)*, 5, 50.

Glick, P., & Fiske, S. T. (2001) Ambivalent stereotypes as legitimizing ideologies: Differentiating paternalistic and envious prejudice. In J. T. Jost & B. Major (Eds.), The *Psychology of legitimacy: Emerging perspectives on ideology, justice, and intergroup relations*, (pp. 278-306). New York: Cambridge University Press.

Rudman, L. A., & Glick, P. (2001). Prescriptive gender stereotypes and backlash toward agentic women. In Carli, L. L. & Eagly, A. H. (Eds.), *Journal of Social Issues, 57*, 743-762.

Glick, P., & Fiske, S. T. (2001). Ambivalent sexism. In M. P. Zanna (Ed.), *Advances in Experimental Social Psychology* (Vol. 33, pp. 115-188). Thousand Oaks, CA: Academic Press.

Glick, P., & Fiske, S. T. (2001). An ambivalent alliance: Hostile and benevolent sexism as complementary justifications of gender inequality. *American Psychologist, 56*, 109-118.

Glick, P., Fiske, S. T., Mladinic, A., Saiz, J, Abrams, D., Masser, B., Adetoun, B., Osagie, J., Akande, A., Alao, A., Brunner, A., Willemsen, et al. (2000). Beyond prejudice as simple antipathy: Hostile and benevolent sexism across cultures. *Journal of Personality and Social Psychology, 79*, 763-775.

Glick, P., & Hilt, L. (2000). From combative children to ambivalent adults: The development of gender prejudice. In T. Eckes & M. Trautner (Eds.), *Developmental social psychology of gender*. Mahwah, NJ: Erlbaum.

Glick, P. & Fiske, S. T. (1999).  Gender, power dynamics, and social interaction. In J. Lorber, M. M. Ferree, & B. Hess (Eds.), *Revisioning gender* (pp. 365-398). Newbury Park, CA: Sage.

Glick, P., & Fiske, S. T. (1999).  Sexism and other "isms": Interdependence, status, and the ambivalent content of stereotypes.  In W. B. Swann, Jr., L. A. Gilbert, & J. Langlois (Eds.), *Sexism and stereotypes in modern society: The gender science of Janet Taylor Spence* (pp. 193-222).  Washington, D.C.: American Psychological Association.

Fiske, S. T., Xu, J., Cuddy, A. J. C., & Glick, P. (1999). Respect versus liking: Status and interdependence underlie ambivalent stereotypes. *Journal of Social Issues, 55*, 473-489.

Rudman, L. A., & Glick, P. (1999). Feminized management and backlash toward agentic women: The hidden costs to women of a kinder, gentler image of middle-managers. *Journal of Personality and Social Psychology, 77*, 1004-1010.

Glick, P., & Fiske, S. T. (1999).  The Ambivalence toward Men Inventory: Differentiating hostile and benevolent beliefs about men. *Psychology of Women Quarterly, 23(3)*, 519-536.

Expósito, F., Moya, M., & Glick P. (1998). Sexismo ambivalente: Medición y correlatos. *Revista de Psicología Social, 13*, 159-169.

Glick, P., Diebold, J., Bailey-Werner, B., & Zhu, L. (1997).  The two faces of Adam: Ambivalent sexism and polarized attitudes toward women.  *Personality and Social Psychology Bulletin, 23*, 1323-1334.

Glick, P., & Fiske, S. T. (1997). Hostile and benevolent sexism:  Measuring ambivalent sexist attitudes toward women.  *Psychology of Women Quarterly*, Special Issue: Measuring attitudes toward appropriate roles for men and women, *21*, 119-135.

Glick, P. & Fiske, S. T. (1996). The Ambivalent Sexism Inventory: Differentiating hostile and benevolent sexism. *Journal of Personality and Social Psychology, 70*, 491-512.

Glick, P., Wilk, K., & Perreault, M.  (1995). Images of occupations: Components of gender and status in occupational stereotypes. *Sex Roles, 32*, 565-582.

Fiske, S. T., & Glick, P. (1995). Ambivalence and stereotypes cause sexual harassment: A theory with implications for organizational change. *Journal of Social Issues, 51*, 97-115.

Glick, P. (1991). Trait-based and sex-based discrimination in occupational prestige, occupational salary, and hiring. *Sex Roles, 25*, 351-378.

Glick, P., Gottesman, D., & Jolton, J. (1989). The fault is not in the stars:  Susceptibility of skeptics and believers in astrology to the Barnum effect. *Personality and Social Psychology Bulletin, 15*, 178-186.

Glick, P., Zion, C., & Nelson, C. (1988).  What mediates sex discrimination in hiring decisions? *Journal of Personality and Social Psychology, 55*, 178-186.

Glick, P., DeMorest, J. A., & Hotze, C. A.  (1988). Self-monitoring and beliefs about partner compatibility in romantic relationships. *Personality and Social Psychology Bulletin, 14*, 485-494.

Glick, P., DeMorest, J. A., & Hotze, C. A.  (1988). Keeping your distance: Group membership, personal space, and requests for small favors. *Journal of Applied Social Psychology, 18*, 315-330.

Glick, P. (1985). Orientations toward relationships: Choosing a situation in which to begin a relationship. *Journal of Experimental Social Psychology, 21,* 544-562.

Snyder, M., Berscheid, E., & Glick, P.  (1985). Focusing on the exterior and the interior: Two investigations of the initiation of personal relationships. *Journal of Personality and Social Psychology, 48*, 1427-1439.

Glick, P. (1987, August). Stars in our eyes. *Psychology Today*, 6-7.

Glick, P., & Cohen, P. (1987, April 15). Prejudice, human nature, and contemporary history. *Black Issues in Higher Education*, 4-6.

Glick, P. (1987, February). Help, at a distance. *Psychology Today*, 66-67.

Glick, P., & Snyder, M.  (1986, May/June).  Self-fulfilling prophecy:  The psychology of belief in astrology.  *The Humanist*, 20-25.


**SELECTED RECENT MEDIA COVERAGE**

*CNN Business, Dec 2018,* on masculinity contest research

*Harvard Business Review, Nov 2018,* coauthored article on masculinity contest research

*New York Times, Nov 2018,* on psychology of anti-Semitism

*Harvard Business Review,* July 2017, on patronizing behavior toward women at work

*Boston Globe, Oct 2017,* coauthored op-ed with Amy Cuddy on gender stereotypes

*PBS NewsHour, June, 2016*, on sexism in the presidential election with interactive

**INVITED TALKS**

Stanford University (keynote, VMware Women's Innovation Lab corporate sponsors), 2018
Harvard Business School, Gender and Work Symposium, 2017
University of Leuven (KU), 2015 (keynote address and workshops)
Georgetown University McDonough School of Business, 2015
Harvard Business School, 2013
Union College, 2011
INSEAD, 2009
Kellogg School of Management, Northwestern University, 2009
Rotman School of Business, University of Toronto, 2009
Yale University, 2009
School of Management, Yale University, 2009
The Johnson School of Business, Cornell University, 2009
Hamilton College, 2009
Jones School of Management, Rice University, 2008
Kellogg School of Management, Northwestern University, 2008
New York University, 2007
Universidad de Granada,  2007
European Association of Experimental Social Psychology, 2007
University of Minnesota, 2006

Stanford University, 2006
Yale University, Hovland Memorial Lecture, 2005
University of Wisconsin-Madison, 2005
Miami University of Ohio, 2005
Purdue University, 2005
University of Western Ontario, 2004
Princeton University, 2004
Midwestern Psychological Association, Chicago, May 1990

**ANTI-BIAS TRAINING**

- ***Airbnb:*** Co-developed online anti-bias training for hosts, 2016
- ***Cognizant:*** Helped to develop anti-bias training, 2016-17)

**EXECUTIVE EDUCATION**

- ***Stanford VMWare Women's Innovation Lab keynote for corporate sponsors,*** 2018
- ***Harvard Kennedy School,*** 2017 & 2018
- ***Bayer Healthcare***, 2016
- ***Harvard Business School,*** 2014

**EXPERT WITNESS LITIGATION LIST (most recent listed first)**

Paulette Fauceglia v. University of Southern California (2020)
U.S. District Court for Central District of California
Case No. 2:19-vcv-04738-FMO-GEM (provided report, deposition)

Pamela Ries, EdD. v. University of Iowa (2020)
District Court of Iowa for Polk County (provided report)

Sejal Quayle, M.D. v. Catholic Health Initiatives Colorado, Centura Health-Mercy Regional
Medical Center, Centura Health Physician Group, & Will McConnell (2020)
United States District Court for the District of Colorado
Case No. 19-cv-02175-KLM (provided report)

Alexandra Criscione v. UnitedHealth Group Inc., United HealthCare Services, Inc.,
UnitedHealth Networks, Inc., Specialized Care Services, Inc. and Optum Group, LLC (2019)
U.S. District Court for the Middle District of North Carolina, Greensboro Division
Case No. 1:18-CV-856 (provided report, deposition)

Deepa Soni, M.D. v. Robert Wespiser, M.D., Timothy Counihan, M.D., Berkshire Medical
Center, Berkshire Faculty Services, Inc., and Berkshire Health Systems, Inc. (2019)
U.S. District Court for the District of Massachusetts
Case No. 1:16-cv-10630 (provided report, deposition)

Angela Gardner v. Serve 20:28, Inc.; Lincoln McIlravy; Old Capitol Hospitality, LLC;
Cantilever hotels, LLC. (2018)
Iowa District Court for Johnson County
Case No. LACV078706 (provided report)

Stephenie R. Ruffin v Schindler Elevator Corp. (2017)
U.S. District Court for the Eastern District of Wisconsin, Milwaukee Division
Case No. 16-cv-01537 (provided report)

Debby DeLuca v. Sirius XM Radio, Inc. (2016)
U.S. District Court: Southern District of New York
Case No. 12-CV-08329 (provided report)

Kimberly A. Tornabene v. Northwest Permanente, P.C. (2016)
U.S. District Court: District of Oregon, Portland Division
Case No. 3:14-cv-01564-SI (provided report)

Lesley Cooney v. Missoula Spartan, LLC, Subaru of Missoula (2015)
Montana Department of Labor and Industry. Office of Administrative Hearings
Human Rights Bureau Case No. 0141016978, Hearings Case No. 1254-2015 (provided report)

Lynette Sherman v. Greenbrier Hotel Corporation (2010).

U.S. District Court: Southern District of West Virginia at Beckley.
Civil Action No. 09-C-1211 (provided report)

Sagun Tuli, M.D. v. Brigham & Women's Hospital, Inc. and Arthur Day, M.D. (2009)
U.S. District Court, District of Massachusetts; Case Number 07CV12338-NG (provided report,
deposition, testified in Federal Court)

Theresa M. Metty v. Motorola, Inc. (2006)
U.S. District Court, Northern District of Illinois – Eastern Division; Case Number 05C 4113
(provided report, deposition, testified in Federal Court)

Shaffer v. Converge Medical, Inc (2004)
Superior Court of the State of California, Alameda County; Case Number RGO 3118693
(provided report)

Carlson et al. v. C. H. Robinson Worldwide (2003)
Hennepin County District Court; Case Number CV-02-3780 (JNE/JGL) (provided report)

Stephanie Adams v. Burroughs-Wellcome Company and Paul Hossenlopp (1995)
Superior Court of New Jersey; Docket Number L-411-95 (provided report, deposition)

Kelley v. Drexel University (1994)
U.S. District Court, Eastern District of Pennsylvania; Case Number 94-CV-5336 (provided
report)

Alma P. Navato v. St. Luke's Hospital of Kansas City, et al. (1991)
U.S. District Court, Western District of Missouri; Case Number 90-0068-CV-W-6 (provided
report)

# EXHIBIT 50



**APPENDIX 7: NIKOLOVA P&T DECISION NOTIFICATION**

15 February 2019

Dr. Evdokia Nikolova
Department of Electrical and Computer Engineering
The Cockrell School of Engineering
The University of Texas at Austin
2501 Speedway, C0803
Austin, TX  78712

Dear Evdokia:

I have been informed by President Fenves that the University has made the decision not to approve your promotion to associate professor at this time.

The issues arose related to the sustainability of your research funding and your commitment to the teaching mission of the Cockrell School.  Additional procedural information will be provided directly to you from the Provost's Office.

Although promotion was not approved at this time, your case may be considered again in your up-or-out year.  I am confident that you will address these issues and look forward to reviewing your case again.

Sincerely,

Sharon L. Wood
Dean
Cockrell Family Chair in Engineering #14

SLW:sds

cc:     Maurie McInnis, Executive Vice President and Provost
        Gerald E. Speitel Jr., Associate Dean for Academic Affairs
        Ahmed H. Tewfik, Chair, Department of Electrical and Computer Engineering

# EXHIBIT 51



COCKRELL SCHOOL OF ENGINEERING

THE UNIVERSITY OF TEXAS AT AUSTIN

*Department of Electrical and Computer Engineering • Engineering Science Building*
*1 University Station C0803 • Austin, Texas 78712-0240 • (512) 471-6179 • Fax (512) 471-3652*

March 25, 2019

Gregory Fenves, Ph.D.                                     ***Via Email***
President
The University of Texas at Austin
MAI 400
Austin, TX 78712

        Re:    Request for Reconsideration of Tenure Decision/Final Arguments[1]
               Evdokia Nikolova, Ph.D.
               Assistant Professor, Department of Electrical and Computer Engineering
               Cockrell School of Engineering

Dear President Fenves:

I had the privilege of interviewing with you in the summer of 2013 while you were Dean of Engineering. Following my interview, the University of Texas at Austin (UT Austin) extended me an offer to work as an assistant professor in the Department of Electrical and Computer Engineering (ECE). At the time UT Austin made the offer, I had been working as an assistant professor at Texas A&M for two years, since the fall of 2011.[2] In discussions with ECE Department Chair Dr. Ahmed Tewfik (who remains chair at this time) during my interview and around the time UT Austin made the offer, I was unequivocally told that my prior in rank experience would count and that I would be able to go up for tenure at or around my normal time clock, which began in Fall 2011. My absolute and reasonable understanding was that I would be

---

[1] The UT Austin Handbook of Operating Procedures (HOP) 2-2160 specifically provides that a request for reconsideration of a tenure decision may be made to the president and the president has the authority to make decisions and modifications in such cases. The General Guidelines For Promotion And Tenure for the 2018-19 Academic Year ("General Guidelines") refer to Final Arguments for terminal tenure decisions, but do not address decisions before a faculty member's terminal year and in no way restrict Final Arguments to only terminal decisions. There are no other rules, guidelines etc. prohibiting a request for reconsideration or Final Arguments in a non-terminal situation and the president clearly has authority to make decisions (including reconsideration) of all tenure decisions.

[2] Before working as an Assistant Professor, I received a BA and a MS from Harvard in 2002, a MS from Cambridge University in 2003, and a PhD from MIT in 2009. I then was as a Post-Doc at MIT for two years before joining TAMU in Sept. 2011.

Gregory Fenves, Ph.D.
March 25, 2019

evaluated at a normal tenure standard in a normal time (5 or 6 years) frame at the time I went up, not a much longer 8 (or now 10 year) timeframe.  I refer to Dr. Zoya Heidari's case below who was given a similar verbal reassurance and was granted tenure last year, three years "early" with a weaker record than mine.

In keeping with what I had been told and my own expectations, this past fall 2018, the faculty of the UT ECE department considered me for promotion and tenure in my eighth academic year as an assistant professor, five and a half of which will have been at UT Austin.  The Budget Council voted almost unanimously in favor of my promotion and tenure, with 32 voting to promote, one against, and two abstentions.  The ECE associate professors voted unanimously in favor of my tenure (10 Yes, 0 No, 0 Abstain). The ECE Department Chair, Professor Ahmed Tewfik, also "strongly endorse[d]" my promotion and tenure, stating that I compare "very favorably" to my "most prominent peers at the first-tier departments in Electrical and Computer Engineering, such as MIT, Stanford, UC Berkeley, UIUC, Georgia Tech, Caltech and Princeton."  The School of Engineering's Tenure and Promotion Committee also unanimously voted in favor of tenure and promotion (7 Yes, 0 No, 0 Abstain).

Additionally, all my external letters of recommendation from prominent professors at other top institutions also strongly supported my case for tenure.  For example, Professor Patrick Jaillet of Massachusetts Institute of Technology (MIT) stated "over a fifteen-year period, I would put her in the top 20% of all those I have evaluated and subsequently received tenure" and "her record is on par with recently tenured cases that I have been asked to review (at Georgia Tech, USC, MIT and Northwestern.)"[3]  Professor Milhalis Yannakakis, Columbia University and a member of the National Academy of Engineering, (nominated by the ECE Department), wrote that I have a "strong record of solid research results" and a "rigorous approach to model the problems and address them mathematically and algorithmically."   Professor Pascal Van Hentenryck (nominated by the department), Georgia Tech wrote that I was a "remarkable scientist with a strong case for tenure and promotion" and "[s]he would certainly have received tenure easily at all the institutions I have been affiliated with . . ."

A very strong external letter of support for my promotion was submitted on January 8, 2019 by Prof. Manuel Blum, one the most influential computer scientists in the world, a member of the National Academy of Science, and a recipient of the Turing Award, the highest distinction in computer science, regarded as "the Nobel Prize for computing."[4]  This letter should have been included in my promotion dossier but was excluded presumably because of an oversight.  The letter is attached as Appendix 1.

---

[3] Other external reviewers included Professor Alper Atamturk (nominated by the department), University of California, Berkley and a National Security Fellow, US Department of Defense, who stated that I was a "leader in algorithmic research" and was "pleased to recommend …promotion."  Professor Ashish Goel of Stanford also wrote I had a "[s]trong tenure case."   Professor Vincent Conitzer, Duke University, stated that he "[v]ery strongly recommend[s] promotion" and that I was "one of the world's leading junior researchers."
[4] Dasgupta, Sanjoy; Papadimitriou, Christos; Vazirani, Umesh (2008). Algorithms. McGraw-Hill. ISBN 978-0-07-352340-8., p. 317; Brown, Bob (June 6, 2011). "Why there's no Nobel Prize in Computing." Network World.

UT Austin_00257

Gregory Fenves, Ph.D.
March 25, 2019

While Dean Sharon Wood ultimately recommended against what she referred to as my "early promotion," she stated that **"[i]f this were an up-or-out case, I would likely agree with the recommendation of the Promotion and Tenure committee."**

With due respect for Dean Wood, I respectfully present to you that the recommendation she made is in error and I respectfully request reconsideration of the decision not to promote. **This request for reconsideration or Final Arguments is respectfully made to you as president to bring these important issues to light and seek redress in the most constructive and professional way possible.**[5]

In addition to going against the overwhelmingly positive recommendations to promote from all levels of review both internal and external (other than the dean),[6] the decision to deny promotion is incorrect and should be reversed because:

1. A different and higher standard was applied in the Dean's Assessment to my tenure application on account of my "early application" than has been applied recently to other faculty within the ECE Department and the School of Engineering;

2. My research record, which traditionally is of key importance, is highly accomplished and merits tenure. Additionally, errors in my funding record in my promotion file merit reconsideration;

3. Contrary to apparent misperceptions, my teaching record exceeds expectations of an assistant professor and exceeds that of some of my peers, including other colleagues granted "early" tenure;

4. Additional errors in fact, errors in omissions, and errors in emphasis such as in my service record paint an incorrect image of my promotion case;

5. The decision to not promote goes against UT Austin's goals of gender equality, diversity and inclusion, and raises concerns of different treatment based on gender and pregnancy.

---

[5] In the event you decline to reverse the decision to not promote, I respectfully request that this Request for Reconsideration/Final Arguments be considered to invoke all other grievance or appeal procedures available under UT policies and procedures, including but not limited to those under HOP 2-2310(IV)(C)(1)(b) for review by a hearing panel.

[6] When a dean's recommendation goes against all other levels of review which strongly supported a tenure application, including large numbers of tenured faculty who have worked directly with the applicant, the department chair, the college's tenure and promotion committee, and renowned experts in the applicant's field, I respectfully submit that the president's review should include a heightened level of scrutiny to the dean's decision.

UT Austin_00258

Gregory Fenves, Ph.D.
March 25, 2019

Additionally, for reasons stated below, I specifically request that the decision to deny tenure be reversed this year, rather than a reconsideration in two years (as the dean has directed) or even in one year. The decision this year amounts to unequal treatment. Moving the goal posts by an additional two years (or one) amounts to further unequal treatment, raises the bar even higher, would require me to present evidence of even higher standard of performance (when my current performance has been acknowledged to be sufficient for tenure) in future years, and would open the door to additional uncertainties and subjective considerations.

1.     **Different, Higher Standards: "If This Were An Up-Or-Out Case, I Would Likely Agree" Versus "Early Promotion."**

UT Austin offered me the position of assistant professor in the summer of 2013, however, UT gave me a January 2014 start date, not at my request.  Department Chair Tewfik explained that since I was already working as assistant professor at Texas A&M, he wanted to be professional and "nice" to A&M and not take me away with too short of a notice.  With the assumption that the timing of my tenure consideration at UT would not be affected, I agreed and began working at UT Austin in Jan. 2014.

This academic year is my <u>eighth year as an assistant professor and marks five and a half years at UT Austin</u>.  If I had started at UT one semester earlier, in Fall 2013, this academic year would have been my "up-or-out" year, for which Dean Wood states she "would likely agree with the recommendation [for tenure] of the Promotion and Tenure committee."[7]  Ultimately, my more advanced standing as an assistant professor for two years, compared for example to my ECE colleague, Dr. Mohit Tiwari, has been used against me.  Dr. Tiwari started at UT one semester earlier than I did, beginning in the fall of 2013 following his postdoctoral fellowship.  Although Dr. Tiwari has two years less experience as an assistant professor than I do, he was considered and approved for tenure this year, his "up-or-out year."  Thus, having higher qualifications with two full years more as an assistant professor, but starting one semester later, ironically put me behind Dr. Tiwari on the UT clock and resulted in Dean Wood using a different, higher bar for my "early" application, whereas she "likely would agree" with my promotion if this were my "up-or-out" year.[8]

My expectation that I would be considered for tenure this year was confirmed when observing that a colleague in the ECE Department, Professor Alex Dimakis, went up and was approved for promotion in the 2014-2015 academic year, after only one and half years at UT.  Dr. Dimakis

---

[7] I was also allowed an extension due to my pregnancy and birth of my first child in 2015.  Thus, technically my "up-or-out" year will not occur for two more years.

[8] As discussed further below, a more lenient, lower standard was applied for Dr. Tiwari.  His tenure application presents a less-accomplished record than mine in the area of teaching and he has lower student evaluation scores than mine, which was one of the two stated concerns in recommending denial of my promotion.  Importantly, I mean no disrespect to Dr. Tiwari or any of the other faculty members mentioned in this letter and have great respect for Dr. Tiwari and all colleagues mentioned.  Nonetheless, I feel it is important to make comparisons to ensure that my application is considered fairly and accurately.

4 | P a g e

Gregory Fenves, Ph.D.
March 25, 2019

had previously worked three and half years as assistant professor at the University of Southern California. Also, ECE Professor Sujay Sanghavi went up for promotion in 2013-2014 after four years at UT Austin and with one year of prior assistant professor experience from Purdue. Additionally, ECE Professor Deji Akinwande was also promoted in 2014-2015 after four years at UT Austin (and no other teaching experience). There are likely other faculty in the ECE department from previous years, and many throughout UT Austin that have gone up for and received tenure before their "up-or-out year."

### A. The case of Dr. Zoya Heidari, promoted to associate professor with tenure in 2018, three years "early."

Within the School of Engineering, for example, last year another professor in a similar situation went up for tenure "early" and was treated completely differently than me. Dr. Zoya Heidari from Petroleum Engineering was promoted in 2018 to associate professor with tenure (see Appendix 4). Dr. Heidari and I started as assistant professors at Texas A&M at the same time in fall 2011. Dr. Heidari had served as an assistant professor at UT Austin for two years, after working for four years at Texas A&M. Thus, under the apparent standards of UT Austin and the dean of the College of Engineering, Dr. Heidari's application would be considered "early." If the same standards were applied as in my case, she would be subject to a more rigorous examination and a higher bar. However, this was not the case. The Dean's Assessment for Dr. Heidari states:

> One may ask why Dr. Heidari is being considered for promotion at this time, when she has not yet reestablished her research program at UT. A commitment was made when she was recruited from Texas A&M that her promotion case would be considered in a timely manner.

This exact same commitment was made to me when I was recruited to UT Austin. There was also absolutely no suggestion that a different, higher standard would be applied if I went up for tenure in a timely manner. Nonetheless, the record establishes that under the exact same circumstances, a heightened standard was not applied to Dr. Heidari and, in fact, a more lenient standard was applied.

Regarding teaching, one of the two concerns raised as reasons for the denial of my promotion, the Dean's Assessment for Dr. Heidari concluded she is "a dedicated teacher." On the other hand, the Dean's Assessment in my case calls my teaching record "modest." In comparison with Dr. Heidari, however, my teaching record is stronger than Dr. Heidari's. The Dean's Assessment for Dr. Heidari's states that her undergraduate teaching scores are "slightly below the median." As discussed further below, mine are above the median for the undergraduate course I taught. The Dean's Assessment for Dr. Heidari specifically points out that a peer teaching reviewer offered her very specific feedback regarding areas for improvement. My peer teaching reviewers stated that I was "an outstanding young professor," they found my "approach, blending intuition, motivation and also rigorous derivation, to be very effective," and the budget

UT Austin_00260

Gregory Fenves, Ph.D.
March 25, 2019

council stated my teaching record "clearly exceeds the expectations for an Assistant Professor in the Department of Electrical and Computer Engineering."[9] In keeping with this assessment, I was nominated for the Dean's Award for Outstanding Engineering Teaching by Assistant Professor.[10] See Appendix 10.

With regard to funding, the other area specified as a reason for denial of my "early" promotion, the Dean's Assessment for Dr. Heidari states that "[h]er share of research funding at Texas A&M exceeded $3.4 million, which is a remarkable amount. However, the level of peer-review for these grants is not clear."  In my assessment it was recognized that my funding has come from "highly competitive sources."[11]  The Dean's Assessment further notes that Dr. Heidari "has not received any federal research funding," while I received highly competitive federal funding, including the NSF CAREER award in 2014, which is among the highest honors for assistant professors.  In terms of funding patterns, the Dean's Assessment for Dr. Heidari observes that she has obtained almost all her funding during her prior years at Texas A&M, and only $200,000 (less than 6%) of funding during her past three years at UT Austin.  The Dean's Assessment gives great leniency to Dr. Heidari concerning funding, stating "[t]he global decrease in oil prices has reduced Dr. Heidari's ability to secure research funding from industry at UT . . ." and "[t]he department budget council and I do not believe that the global downturn in oil and gas prices should be the deciding factor in the duration of her probationary period at UT."  The Dean's Assessment in my case, however, penalizes me for having been awarded significant funding before working at UT Austin and raised perceived questions about the sustainability of my funding after coming to UT.  (As discussed below, I have received approximately $1.1 million at UT Austin, almost half (46%) of which was obtained in/after 2017, much more recently than Dr. Heidari).

My research record is also stronger than Dr. Heidari's by multiple metrics.[12]  One of Dr. Heidari's external recommenders stated that "[m]y only advice would be for her to consider aiming to publish some work in higher-profile or more general journals with a broader readership: at present most papers are published in somewhat specialist petroleum publications."  In contrast, all of my letters and even the Dean's Assessment speak of my strong publication record in highly selective conferences and high-impact journals, such as Operations Research, which has a very broad readership.  Additionally, some of Dr. Heidari's eight external letters do not appear to be from peer institutions, such as one from the University of Houston.  All nine of

---

[9] As discussed further, the Dean's Assessment does not mention my peer teaching evaluations, the many positive and glowing student comments, the budget council's strong review and endorsement, or my chair's extremely positive assessment of my teaching.

[10] In consultation with two senior colleagues, I ultimately decided not to pursue the nomination since it required considerable amount of work at a time that conflicted with a very important research deadline.

[11] My total funding amount of $1.8 million cannot be compared to Dr. Heidari because the standards for the amount of funding in our different research areas are completely different.  For theoretical research like mine, the standard is generally less than half that of applied areas and as such, my funding record is actually very strong (as mentioned in my external letters) and *substantially* stronger than research peers recently tenured in top institutions (see below).

[12]  Similar to funding, it is perhaps unrealistic to compare absolute numbers in research, but the high-level pattern reflects my stronger research record.

6 | P a g e

Gregory Fenves, Ph.D.
March 25, 2019

my letters are from highly regarded scholars at peer institutions.  Dr. Heidari has an h-index of
11 (Google Scholar) with 372 citations.  I have an h-index of 17 (Google Scholar) and 994
citations.  In spite of our records, the Dean's Assessment for Dr. Heidari called her "an
outstanding researcher" while the Dean's Assessment for me generally described me as simply
having "a strong publication record."

Ultimately, the same commitments were made to both me and Dr. Heidari to consider our cases
for promotion in a timely manner based on our prior years of service as an assistant professor.
There was never any indication that a different standard would be applied to me because of this.
In spite of these commitments, Dr. Heidari was promoted without regard to a higher standard for
"early" promotion and in spite of a demonstratively less-accomplished record.  I was denied
promotion, specifically held to a heightened standard, and it was acknowledged that if this were
"an up-or-out case," the dean's recommendation would likely have been to promote.

### B.  Pregnancy and tenure clock extension counted against me.

In addition to using my prior years of experience (and consequently less time at UT Austin)
against me, the fact that I was pregnant and accepted a pregnancy extension has also been
counted against me and resulted in the higher standard for "early promotion."  As mentioned in
the Dean's Assessment, I became pregnant during the fall of 2015.  I was granted an extension to
my probationary period for the birth of my first child, Julian, in March 2016.[13]  While an
extension allows a tenure track faculty member an additional year before they are required to go
up for promotion, it was my understanding that such an extension is intended as an
accommodation for the birth of a child (or other qualifying condition).  The extension is meant to
help a faculty member and was never intended to create a different standard (essentially a
penalty) for faculty members who accept an extension and go up for tenure before their extended
"up-or-out" year.  As the Faculty Handbook for the College of Natural Sciences states, "There is
no downside to the request and you can decide later to go up for promotion at the earlier time.
The extension will not affect the way your file is reviewed during the P&T process."[14]

The dean's comment that "[i]f this were an up-or-out case, I would likely agree with the
recommendation of the Promotion and Tenure committee" together with her direction that I not
apply again for tenure for two more years reflects that she is considering my extension due to
pregnancy and child birth and applied a different, higher standard because my application is
"early."  In her letter informing me of her decision, she stated that "[a]lthough promotion was not

---

[13] I also became pregnant for a second time in the Fall semester of 2017 and had my daughter, Elitza, in June 2018.
[14] https://cns.utexas.edu/images/CNS/Deans_Office/Faculty_Affairs/Faculty_Handbook/05f_Extension_probationary
_period.pdf   While the Faculty Handbook for the College of Natural Sciences does not apply to the College of
Engineering, the handbook's comment that an extension for childbirth will not affect the way a tenure file is
reviewed (or be used against an applicant) is based on the exact same UT Austin extension policy and certainly
reflects both the spirit and letter of the policy.  Nothing in the policy provides that an extension recipient will be held
to a different, higher standard if they go up before their extended "up-or-out" year.   *See* HOP 2-2020; UT System
Rules 31107, Sec. 5.1(b).

7 | P a g e

Gregory Fenves, Ph.D.
March 25, 2019

approved at this time, your case may be considered again in your up-or-out year." See Appendix 7. The dean made it clear that this meant I should wait for at least two more years (which would include my pregnancy extension) in a discussion with ECE Department Chair Tewfik on February 18, 2019 (see Appendix 8). The clear impact of her combined statements is that my tenure application would be sufficient now if this were my "up or out year," but because I was granted an extension for pregnancy and child birth, I was subjected to different standards and must wait until the extension year has expired before going up for tenure again.

Ultimately, if I were to follow the deans' direction, *I will have served as an assistant professor for nine years* before being potentially considered again for tenure. Such a prolonged service in a tenure track position before a tenure decision is unheard of among my colleagues in ECE, and likely unusual across the university, particularly where, as here, I have been overwhelmingly found deserving of tenure by my department, department chair, budget committee, the school's tenure and review committee, as well as numerous, prominent external reviewers from top tier institutions. [15]

### C. **University Policies Do Not State A Heightened Standard Is Applied In An "Early" Tenure Case.**

Finally, it should be noted that none of the university's policies provide or even support that a different, higher standard for tenure should be applied if the application is considered "early" or accelerated. HOP 2-2160 sets forth the standards for promotion, and specifically does not include any notice or provision that the standards are different for "early promotion." Rather, the rule specifically provides that a faculty member may go up for tenure during any year of their probationary period before their "up-or-out year," but there is absolutely no suggestion that a different or higher standard should be applied.

Section A(3)(b) of the General Guidelines states that a recommendation for promotion to associate professor normally is considered in the sixth year of the individual's service as assistant professor. While the guidelines state that "[c]ases considered before the sixth year in rank are accelerated and must be explained . . .," nothing suggests that different standards apply in an accelerated case than in an "up-or-out" case. In my case, my application for tenure before my up-or-out year was thoroughly explained and justified by the department chair, the Budget Committee, the School's Promotion and Tenure Committee, all external reviewers: *I meet the*

---

[15] Although I understand that it was possible to "rescind" my pregnancy extension, the deadline was February 1, 2019, before I was informed on February 16, 2019 of the decision to not promote. I would have gladly rescinded the extension year last year but had no idea of the bias against having such a year or that it would ultimately be used as a penalty to apply a higher standard for an "early" application and to prevent me from applying again for tenure until my final/pregnancy extended "up-or-out" year, which again will be after nine years of service in the rank of assistant professor.

UT Austin_00263

Gregory Fenves, Ph.D.
March 25, 2019

*standards for promotion and tenure*.  Even the dean essentially acknowledged this, saying she would likely agree with promotion – if this were my "up-or-out" year.[16]

## 2. My Research Record Warrants Tenure and Promotion. Additionally, Errors in My Funding Record in My Promotion File Merit Reconsideration

I have always been told that in general, the most important factor in a tenure portfolio in a Tier 1 research university would be my research accomplishments as evidenced by top-tier publications, citations, and external letters.[17]  These accomplishments as detailed in my case seem to have been downplayed in the Dean's Assessment and the decision to not promote.

Uniformly, all external reviewers, my department chair, and the faculty in my department overwhelming found that my research merited tenure.  The Budget Council in its report stated that:

> Assistant Professor Evdokia Nikolova leads a world-class research program . . . Dr. Nikolova has made foundational contributions in understanding the resulting equilibria, with important implications in many areas, e.g., the design of road tolls. She has a solid publication record, with 30 conference papers and 4 journal papers. Her work has received high recognition in academia (e.g., NSF CAREER Award 2014) and industry (e.g., Google Faculty Research Award 2013). Dr. Nikolova's research accomplishments clearly support her promotion to Associate Professor with tenure.  Her publications and awards amply demonstrate that she is deserving of promotion.

The Dean's Assessment also generally acknowledged my successful research and publication record.  Nonetheless, the recommendation against "early" tenure was based partially on stated concerns about the sustainability of my research program.  These perceived concerns are not accurate or based on correct factual information.

As an assistant professor, I have received four very competitive National Science Foundation (NSF) grants, including the NSF CAREER award, NSF's "most prestigious award in support of early-career faculty."[18]  I was a Principal Investigator (PI) on all but one of these NSF grants.  I

---

[16] Notably, the guidelines do not state that the service as an assistant professor must be at UT Austin. While HOP 2-2010 provides that academic service at other institutions does not count towards a faculty member's probationary period, the rule does *not* provide that UT may not consider a faculty member's academic accomplishments at other institutions.  Rather, the rule simply guarantees that normally, a tenure track faculty member at UT Austin will have a minimum of seven years before they can be terminated for failure to obtain tenure.  The rule is clearly intended to benefit faculty members, not to penalize them for service at another institution.
[17] I fully understand and appreciate that there are other important criteria, as well.  I have worked hard to meet and exceed those expectations, as discussed in this letter and evidenced by my tenure application and the overwhelming positive assessment from my department, the college, and others.
[18] https://www.nsf.gov/funding/pgm_summ.jsp?pims_id=503214

UT Austin_00264

Gregory Fenves, Ph.D.
March 25, 2019

also received one very competitive Google Faculty Research Award.  The total amount of my research funding during as assistant professor to date is $1,808,525.[19]  This record is substantially above that of a good number of my research peers who received tenure recently in peer institutions.  It also exceeds that of multiple faculty members of ECE department who have received tenure in the past eight years, including Prof. Ali Yilmaz tenured in 2012 with $1,116,000 and promoted to full professor this year with $1,833,500 in rank of associate professor (a *full professor* promoted this year with about the same funding as me), Prof. Andreas Gerstlauer tenured in 2014 with $1,385,000 and notably Prof. Alex Dimakis who was tenured "early" in 2015 after 1.5 years at UT, with $1,793,000.  My funding was about the same as that of Prof. Vijay Janapa Reddi tenured in 2017 with $1,811,000 who works in an applied area with a higher funding standard (versus that of my theoretical research area).

A comparison with four research peers recently awarded tenure in peer institutions, (the individuals were listed in my department chair's letter of strong support as well as the Budget Council assessment of my research) shows that my funding is higher than all four, and substantially higher than two of the four who only received NSF CAREER grants prior to becoming tenured.  See the table below for a summary and Appendix 11 for more detail.

| Name, University | Year PhD | Year tenured | Grants pre-tenure | Grants total | Notes |
|---|---|---|---|---|---|
| Evdokia Nikolova, UT Austin | 2009 | | NSF CAREER 3 other NSF Google, WNCG | $1,809K | |
| Shaddin Dughmi, USC | 2011 | 2017 | NSF CAREER | $ 516K | Less than 30% of my funding |
| Vineet Goyal, Columbia | 2008 | 2017 | NSF CAREER 2 other NSF Google, IBM, Adobe | $1,120K | Less than 2/3 of my funding, weaker research record (less publications, less citations) |
| Anup Rao, U Washington | 2007 | 2016 | NSF CAREER 3 other NSF Sloan | $1,514K | significantly smaller research group (2 students, 1 postdoc vs 5 students, 2 postdocs for me) |
| Seth Pettie, Michigan | 2003 | 2012 | NSF CAREER | $ 480K | Less than 30% of my funding |

Regarding sustainability of my research funding, Dean Wood's Assessment states that "approximately 70% of her funding was awarded during her first three years in rank" and that

[19] In my dossier I inadvertently stated that my total funding received from $1,650,108, however, the correct amount is $1,808,525.  The error resulted from an unintentional understatement of my NSF CAREER of $448,123.00 whereas the correct amount is $561,540.00 ($113,417 higher). I also did not include $45,000 of WNCG affiliate funding in annual installments from 2014 until 2018 (since I did not realize it counts towards my total).

Gregory Fenves, Ph.D.
March 25, 2019

"[o]nly one grant has been awarded in the past four academic years."   This is incorrect and distorts both my current and past funding.   In 2017 I was awarded an NSF grant of approximately $480,000.   Additionally, although my NSF CAREER Award was announced in 2014, it was paid out to me (UT) in five installments[20] *over each of the past five academic years*. (I unknowingly omitted the last installment of $113,417 from my promotion record as I had not yet received it at the time of preparing my documents and am thereby providing the correct higher amount here.)   This is typical as the purpose of the NSF CAREER is to support one's entire career as assistant professor.   As of yet, I have not started using my 2017 NSF grant (which runs through 2021 and can likely be extended for an additional year through 2022) and I am still spending my NSF CAREER for which I am in the process of obtaining the standard 1-year no-cost extension.   I also have received WNCG affiliate funding[21] in *each of the past five academic years*, which I unknowingly omitted from my promotion record.

From the total $1.8 million of my share of grants, I have spent approximately $1.2 million over the past seven-and-a-half years, averaging much less than $200,000 per year.   That is directly in alignment with my current spending.   Further, as a theoretical researcher our groups are relatively small, with my average group size being four students.

As all faculty know and appreciate, the funding landscape in academia changes continuously, as the Dean acknowledges and gives leniency and early promotion (3 years early) in Dr. Heidari's case.   As a junior faculty I was fortunate to receive significant funding.   Junior faculty should be congratulated and not punished for their early success, nor held to an artificial higher standard because of this success.   The grants I obtained in my first three years in rank were more than sufficient to support my research agenda for the seven-and-a-half years I have been an assistant professor so far.   Nevertheless, I attained further funding in 2017 that I have not yet used and that will sustain my research group for a number of years in the future.   As of March 2018, based on my past spending method and projected expenses, I will have about three years left with my current funding alone.   Given my 100% success rate so far with NSF and Google grant applications as a lead PI, there is absolutely no reason to doubt that I will be able to obtain additional grants in that time frame to continue sustaining my group once my current grants are spent.

3.   **My Teaching Record "Clearly Exceeds" The Standards For Tenure And Inferences To The Contrary Are Not Supported By The Record.**

I cannot emphasize enough how important teaching is to me.   My students, my peers who have reviewed me, the faculty in my department on the Budget Committee and my department chair have all given very strong assessments of my teaching, my passion for it and my commitment to

---

[20] My NSF CAREER installments were: (May 2014) $ 188,888, (Sep 2015) $ 26,127, (Aug. 2016) $ 131,718, (Jun 2017) $ 101,390, (July 2018) $ 113,417 for a total of $ 561,540.
[21] My WNCG affiliate funding was: $ 12,000 (Oct. 2014), $ 16,000 (Oct. 2015), $ 7,000 (Jan. 2017), $ 10,000.00 (March 2018) for a total $ 45,000.

UT Austin_00266

Gregory Fenves, Ph.D.
March 25, 2019

my students. Additionally, I was nominated for the Dean's Award for Outstanding Engineering Teaching by Assistant Professor by the ECE department in Fall 2017.  I am fully committed to teaching and providing an excellent learning experience for my students, as well as continually improving and responding to suggestions for improvement.  The Budget Council's Assessment of my teaching performance states:

> Dr. Nikolova is passionate about teaching, which comes across to her students and results in a highly effective style. Her teaching record clearly exceeds the expectation for an Assistant Professor in the Department of Electrical and Computer Engineering.

Similarly, my department chair discussed my "passion for teaching" and stated that I have made "transformative changes" to a difficult and large undergraduate course I have taught and that other instructors have "adopted Evdokia's innovations."  The department chair discussed specific technical aspects of my teaching, but on a personal level, he noted that I introduced the concept of "Lunch with the professors" to break the barrier between students and instructors and my participation in Camp Texas and the Edison Lecture Series.  I also have received numerous glowing student evaluations.  Nonetheless, in raising concerns about my teaching, the Dean's Assessment does not mention my peer teaching evaluations, the many positive student comments, the budget council's strong review and endorsement, or my chair's extremely positive assessment of my teaching.

### A.    My Teaching Statement Supports My Commitment To Teaching.

In spite of my overall strong teaching record, the dean raised questions about my commitment to the teaching philosophy of the Cockrell School.  I respectfully offer that these concerns are inaccurate and misinterpret my Teaching Statement.  The Dean's Assessment identified two comments from my Teaching Statement and inferred that these show I do not take responsibility for all aspects of my courses or for improving my teaching and responding to student evaluations.  I respectfully state that this perception is incorrect, not based on my full and fair reading of my Teaching Statement, my actual teaching record, or supported by any information in my dossier. I do take full responsibility for all aspects of my courses and for improvement as a teacher.   I also take full responsibility for any clumsy wording in my Teaching Statement that might suggest otherwise.

As noted in the Dean's Assessment, I did discuss issues with Teaching Assistants in my Teaching Statement, because this was a real concern and was also reflected in the student evaluations.  By no means, however, did I intend to suggest that I do not take responsibility for improving my own performance, or for the actual course work performed by teaching assistants. The Dean's Assessment suggested that I stated that teaching assistants were responsible for creating and grading homework.  As I explained in my response to the Dean's Assessment (see Appendix 9), I and my fellow instructor co-developed course content and co-supervised the teaching assistants for both sections of the course EE360C Algorithms, a large and difficult course that many upper-level undergraduates are required to take.

UT Austin_00267

Gregory Fenves, Ph.D.
March 25, 2019

I frequently solicited and followed advice from Prof. Christine Julien, another instructor of the same course who won the UT Regents Outstanding Teaching Award (2015) and the Lepley Teaching Award (2014-2015), on what to delegate to teaching assistants and how to run the course overall.  I and my fellow instructor provided goals for the assignment, the topic, and the high-level structure.  From there, with multiple exchanges, iterations and discussions between me, my fellow instructor and teaching assistants, the assignment was refined down to an explicit set of tasks.  My fellow instructor and I reviewed and were responsible for the final assignment. On the homework assignments, I and my fellow instructor provided the goals for the assignment, invited suggestions on sample homework problems from the teaching assistants, and reviewed and finalized the selection and problem details on each assignment.  I was highly involved with the student's homework and programming assignments, take responsibility for them, and did not mean to suggest otherwise.

The Dean's Assessment also stated that I did not respond in my Teaching Statement to comments in student evaluations regarding how the undergraduate course could be improved, suggesting that I am unresponsive to student concerns.  While I did not discuss or attribute in my Teaching Statement my specific responses to specific student suggestions, it is completely inaccurate to suggest from this that I do not respond to student evaluations and input.   In fact, in my Teaching Statement, I explained that "I have continued looking for ways to address . . . challenges," that I "pay close attention" to the reactions of students, and that I find "soliciting direct feedback" is "an invaluable way of being on top of the needs of individual students and my overall effectiveness."   One of my (multiple) biggest improvements was to introduce recitations/problem solving sessions, which was suggested in a student comment, as well as the initiative "Lunch with a professor" to better connect with students.  I also provide a detailed list of student comments and improvements I made in response to them, in Appendix B of my rebuttal (included here as Appendix 9).  Without question, I care very much about my students, my teaching, and I will always strive to continue improving.  The budget council's assessment, peer reviews and the department chair's letter all support this conclusion.  Any suggestion to the contrary has no factual basis.

**B.**      **My Student Teaching Evaluations Are Strong and Do Not Support Denial Of Tenure.**

The dean also referred to a perceived downward trend in my evaluation scores, which is inaccurate.  My undergraduate teaching scores for Fall 14, Fall 16 and two Fall 17 sections respectively were 3.95, 3.92, 3.72 and 3.93, in that order. Thus my scores have shown an overall stable trend, which should be expected for an experienced assistant professor (I taught 5 courses at Texas A&M prior to arriving at UT).  The only outlier in this group is 3.72, obtained in one section of the class EE360C Algorithms.  I taught two sections of that course in one semester (Fall 2017) to a total of 134 students. At the same time and in the same semester that I received the lower rating from one section, I received a parallel rating of 3.93 from the other section. Thus, it is incorrect to suggest a downward trend.

It is also important to note that my student evaluation scores for EE360C are actually among the highest in the department of all instructors who have taught the course.  The Budget Committee Report notes that my scores for this course were in line with the averages of all other instructors.

UT Austin_00268

Gregory Fenves, Ph.D.
March 25, 2019

In fact, the data for the course shows I was ranked 3rd out of 10 (8% above the median of 3.69) when all instructor's scores for EE360C are considered since 2011, and 3rd of 6 (5% above the median of 3.69) when only tenured/tenure-track EE 360C instructors since 2011 are considered. I was 3rd out of 13 if all instructors for EE360C since 2005 are considered. Only two full professors that are US-born native English speakers have had higher scores than me.  Overall I had better teaching scores than three senior tenured professors,[23] one junior tenure-track professor and all four senior lecturers since 2011.  I am above the median for my course.

In comparison, Dr. Tiwari (who was awarded tenure this year with two less years of service as an assistant professor than me) was 5th out of 8 (3% below median) among all instructors for EE 319K.  Dr. Dimakis (who was promoted four years "early" based on time at UT Austin) was 4th out of 8 (slightly above median).  Dr. Sanghavi (who was promoted one year "early" for time at UT Austin) was 5th out of 8 (1% below median) for EE 351C.  Dr. Heidari in Petroleum and Geosystems Engineering (who was promoted last year and three years "early" for time at UT Austin) was slightly below median in undergraduate courses.  Thus, my student teaching scores were actually better than these peers, including those who were promoted "early," yet teaching and these scores were cited as reasons for my non-promotion.

Additionally, the 134 students that I taught in the two sections of the course in one semester is the largest number of students taught in a single semester by any assistant professor who was subsequently tenured in the past seven years, with 73 being the average.  See Appendices 12-15 on teaching data. And, among other instructors, the average drop in score when teaching two parallel sections in a single semester is 7% while mine was 2.5%.  While I absolutely will continue and strive to improve, there is no factual basis to support an inference of a negative trend or a lack of commitment in my teaching.

### C.    Pregnancy bias affects teaching evaluations.

Finally, an additional and potentially more serious concern is that of pregnancy discrimination if undue emphasis is given to my single lower EE360C score.  I was pregnant with my second child in Fall 2017 when I received my lowest 3.72 score.  Recent evidence demonstrates that pregnant women tend to receive lower scores compared to their own trend when they are not pregnant.  This can be explained via studies on the bias in scores vs physical appearance[24] and is hardly surprising given the often difficult physical ailments that pregnant women go through.  At the time of my pregnancy, I was experiencing daily morning sickness and extreme fatigue.  I attach letters from Professor Andrea Liu, University of Pennsylvania (Appendix 18), and Professor

---

[23] The first two highest ranked were tenured professors who also happen to be US-born native English speakers. While I am fully fluent in English, I was born and grew up in Bulgaria and have a distinct accent.  Studies have shown that students respond less favorably to non-native English speakers.  *See e.g.* https://www.insidehighered.com/news/2017/11/16/study-finds-student-distrust-those-who-are-not-native-speakers-english

[24] John Lawrence. Student evalutions of teaching are not valid from *Academe*, May-June 2018.

Gregory Fenves, Ph.D.
March 25, 2019

Silvana Krasteva, Texas A&M, (Appendix 17) who have also experienced lower teaching scores during their pregnancies.

Additionally, in light of Dean Wood's recommendation to me from Feb.18, 2019 (after the non-promote decision) to wait two more years to improve my teaching scores (see Appendix 8), an especially relevant recent study pertaining to my case states: "*we find that women receive systematically lower teaching evaluations than their male colleagues. This bias is driven by male students' evaluations, is **larger for mathematical courses**, and **particularly pronounced for junior women**. The gender bias in teaching evaluations we document may have direct as well as indirect effects on the **career progression of women** by affecting junior women's confidence and through the reallocation of instructor resources away from research and toward teaching*"[25] See also letter of support from Professor Amy Graves discussing implicit bias (Appendix 16).

This naturally begs the question whether I am not unfairly being penalized not only for being a junior woman teaching a mathematical course but in addition for being pregnant?  It also begs the question whether the exact same quality and effectiveness of instruction I offered may have yielded higher scores for me had I not been pregnant.   Therefore such scores should be scrutinized, and certainly not used as a basis for non-promotion, when assessing my teaching effectiveness.   My teaching record based on my student evaluations, peer reviews, the chair's evaluation and the assessment of the budget council, shows my commitment to working with students and providing an excellent learning experience.

### D.      Teaching: additional new information.

My understanding is that an important aspect of the teaching portfolio for promotion from assistant to associate professor with tenure is graduating a PhD student, and for promotion from associate to full professor it is placement of students and postdocs.  My PhD student Ger Yang who received his PhD in August 2018, received his top choice position of software engineer at Google.  My postdoctoral associate Manolis Pountourakis has just accepted a faculty position to start as assistant professor of Computer Science in Drexel University in September 2019. Thus I have not only satisfied qualifications for promotion to associate professor with tenure but am already satisfying qualifications for promotion to full professor, along with other international recognition such as three keynote addresses I gave in Switzerland (2014), Greece (2017) and Canada (2017), not mentioned in the Dean's Assessment for my case while a single keynote address was mentioned in the Dean's Assessment for Prof. Alex Dimakis's case.  I believe that no other tenure candidates in my department from the past 5 years have placed a member of their research group into a tenure-track faculty position prior to receiving tenure.

---

[25] Friederike Mengel, Jan Sauermann, Ulf Zölitz, Gender Bias in Teaching Evaluations, *Journal of the European Economic Association*, Published 10 February, 2018, jvx057, https://doi.org/10.1093/jeea/jvx057.
https://academic.oup.com/jeea/advance-article-abstract/doi/10.1093/jeea/jvx057/4850534?redirectedFrom=fulltext

Gregory Fenves, Ph.D.
March 25, 2019

    **4.**      **Additional errors in fact, errors in omission and errors in emphasis, such as in my service record paint an incorrect image of my promotion case.**

The ECE Budget Council Assessment on my service stated that "Prof. Nikolova has made immense contributions to the Department and the University serving in various roles." The assessment recognized my service multiple times on the junior faculty hiring committee, which involves a significant time commitment. I have served as a member of the Graduate Students Admissions Committee since 2014 and an external member of the ORIE junior faculty hiring committee. The assessment noted I had have "taken a leadership role in organizing workshops" including serving as program co-chair of the Winedale workshop. The workshop involved a significant time commitment, drew more than 200 attendees from the Texas region, and brought recognition to the university. I have also participated in the Edison Lecture Series and Camp Texas.

The Budget Council also stated that I have "been extraordinarily engaged in professional service to the international academic community via organization of many prestigious workshops." This included the very high-profile role as co-organizer of the Simons Institute's semester on Real-Time Decision Making in Spring 2018 at UC Berkeley. I also have served on review panels for the US National Science Foundation and a panel member for the NSF equivalent in Chile. I have also given lectures at the Samos Summer School on Algorithmic Game Theory.

Ultimately, the Budget Council stated that "[i]n summary, Prof. Nikolova has performed service to the University and the professional community that is significantly above the level of an assistant professor." In the Dean's Assessment in my case, it was stated that the Budget Council expressed concerns about "relatively weak engagement in the department." This is incorrect and the council's assessment makes no statement to this effect, and does not include *any* negative concerns whatsoever. The dean's comment apparently was based on Department Chair Tewfik's letter of support, which mentioned that that some colleagues had "noted . . . her level of involvement in the department had been lower than average. However, this is not a concern as it's mainly due to her personal circumstances at the stage of her life." As discussed above, I have been pregnant twice in the last three years and am attempting to raise with the help of my husband my two young children. I also spent time away from UT at the Simons Institute at UC Berkeley during which I continued doing departmental service without been seen or physically present. [26] Neither my department chair nor the Budget Council regarded my level of

---

[26] A recent study on service "*examined how institutional gender biases impact the visibility and evaluation of faculty service across the tenure-track career trajectory. Our findings reveal how task-oriented forms of service tend to be more visible and valued than relationally oriented service.*" Hanasono, L. K., Broido, E. M., Yacobucci, M. M., Root, K. V., Peña, S., & O'Neil, D. A. (2018, August 2). Secret Service: Revealing Gender Bias in the Visibility and Value of Faculty Service. *Journal of Diversity in Higher Education*, Advance online publication. http://dx.doi.org/10.1037/dhe0000081. The following link needs to be manually copied and pasted into a browser:
https://www.dickinson.edu/download/downloads/id/9401/secret_service_revealing_gender_biases_in_the_visibility_and_value_of_faculty_service.pdf

16 | P a g e

Gregory Fenves, Ph.D.
March 25, 2019

involvement in the department as a "concern." To the contrary, the chair specifically stated "this is *not* a concern" and the Budget Council stated that "Prof. Nikolova has made immense contributions to the Department and the University." Finally, as discussed below, the Dean's Assessment is more negative regarding my service than that of my male colleagues who have gone up for tenure in recent years.

**New information on service:**

I have been serving as an Associate Editor for the top journal Mathematics of Operations Research since January 1, 2019. I am also currently serving as program co-chair of the 15th Conference on Web and Internet Economics (WINE 2019), the second major conference in the field of computational economics. These are both highly visible service roles that entail great responsibility, are rarely given to a junior professor, and speak of my professional standing in my research community.

<p style="text-align:center"><strong>5.     Denial of My Tenure Raises Concerns Of Gender and Pregnancy Bias.</strong></p>

UT Austin has made a gender equality, diversity and inclusion a goal. The denial of my tenure at this time is inconsistent with those goals and raises questions about whether women, and in particular women who become pregnant and wish to have a family, are treated consistent with those goals.

As a baseline for this discussion, there are 53 tenured faculty members within the ECE Department. 49 of those are men, or 92.5 percent, and only 4 are women (7.5 percent). Since 2013-2014 when I interviewed, nine male assistant professors have gone up for tenure and promotion, and all but one have been granted tenure. Two women, including myself, have gone up for tenure over this same six-year period, and *both* have not been successfully promoted. (Dr. Miryung Kim subsequently left the department.) This year, I was the only woman among the six promotion candidates from the ECE department. All male candidates advanced and I was the only (female) candidate the university did not advance.

Regarding the suggestion that I did not advance because mine would have been an early promotion, I believe I currently have the longest time in the rank of assistant professor of any faculty member considered for tenure or promotion within our department. As discussed above, I am aware of at least three male ECE faculty members, Sujay Sanghavi, Alex Dimakis, and Deji Akinwande[27] that in recent years were approved for tenure "early" before their "up-or-out" year at UT Austin. A comparison of my case against theirs reveals different and higher standards were applied to me.

<p style="margin-left:2em"><strong>A.     Dr. Sujay Sanghavi.</strong></p>

---

[27] I have not obtained the tenure application dossier for Deji Akinwande and thus am unable to make detailed comparisons between his application and mine.

Gregory Fenves, Ph.D.
March 25, 2019

Dr. Sanghavi had one prior year of teaching experience (compared to my two and a half years) and four years at UT Austin (compared to my four and a half) at the time he was considered and approved for tenure.  In spite of this, the Dean's Assessment for Dr. Sanghavi (Appendix 5) makes absolutely no reference to an "early" or "accelerated" promotion or of a different, higher standard being applied to him.

With regard to teaching, one of two areas cited for denial of my "early" promotion, Dr. Sanghavi's student evaluation scores almost across the board were lower than mine, including a 3.37. Dr. Sanghavi's Dean's Assessment further states that with regard to teaching, the budget council "recognized the need for improvement at the graduate level."  In my case, the budget council made no such negative comments for a "need to improve" and instead described me as "passionate about teaching," that I employ "multiple strategies to increase and improve [my] already high effectiveness," and stated that my "teaching record clearly exceeds the expectation for an Assistant Professor in the Department of Electrical and Computer Engineering."

The Dean's Assessment for Dr. Sanghavi also shows more favorable treatment in the area of service than I received. As a comparative example, the Dean's Assessment of Prof. Sujay Sanghavi's tenure case on University service states:

> *"Dr. Sanghavi has served on several committees within the Department of Electrical and Computer Engineering. He has been actively engaged with graduate student recruiting and admissions and he has been the faculty organizer for the weekly seminar series within the Wireless Communications Group, which hosts approximately 20 invited speakers each year."*

On professional service for Dr. Sanghavi, the Dean's Assessment states

> *"Dr. Sanghavi has served on the technical program committees for numerous technical conferences and workshops, including the 2014 top conference in the field of networks."*

In contrast, the Dean's Assessment of my tenure case on service states:

> *"University Service*
> *Dr. Nikolova's service to the university has primarily been related to faculty recruiting and graduate student recruiting.*
>
> *Professional Service*
> *Dr. Nikolova was one of five organizers for the semester-long workshop on real-time decision making at the Simons Institute for the Theory of Computing at UC Berkeley during the 2018 spring semester. She also was the lead organizer for a week-long program, "Mathematical and Computational Challenges in Real-Time Decision Making," which was part of the workshop.*
>
> *Dr. Nikolova has also served on thirteen technical program committees for conferences in algorithmic game theory, theoretical computer science, and artificial intelligence."*

UT Austin_00273

Gregory Fenves, Ph.D.
March 25, 2019

My university service record includes all of the activities listed for Dr. Sanghavi above, and much more. Like him, I was actively engaged in student recruiting and admissions, serving on three very time-consuming faculty recruiting committees. I also served as a co-chair for the Winedale workshop, and served in outreach activities such as being a three-time speaker at Camp Texas and speaker at the Edison Lecture Series. My service to the profession is significantly higher that Dr. Sanghavi's was when he was approved for tenure. I have served on the technical program committees for numerous leading conferences and workshops and also have been a co-organizer for multiple professional workshops, including the very high-profile role as co-organizer of the Simons Institute's semester on Real-time Decision Making in Spring 2018 at UC Berkeley.

In spite of the fact that I have a better teaching record and a higher level of service than Dr. Sanghavi at the time he went up for tenure, the Dean's Overall Assessment states about Dr. Sanghavi:

> *His performance as a teacher has been adequate, and he has demonstrated a solid commitment to service both within the University and to the profession.*"

The Dean's Overall Assessment in my case states:

> *However, her teaching record is modest and the budget council expressed concerns about her relatively weak engagement in the department.*

In the other area cited as a reason for my non-promotion, funding, Dr. Sanghavi's total funding (his share) was $2 million. My total funding was only slightly less, at $1.8 million. Ultimately, comparing my record and tenure application to that of Dr. Sanghavi shows that I was scrutinized more harshly and held to a higher standard than my male colleague in spite of having a comparable, and in some areas, more positive record.

**B.     Dr. Alex Dimakis.**

A review of Dr. Dimakis's tenure application also supports that different standards were applied to my male colleague. Dr. Dimakis's promotion in the 2014-2015 academic year came after only one and half years at UT. However, the Dean's Assessment for Dr. Dimakis (Appendix 2) discounted the issue of "early promotion" stating *"[t]his case is considered to be early if only the time at UT is considered. However, if this case is successful and if his time at USC is considered, Dr. Dimakis will have served as an assistant professor for a total of six years.*" While one of the two reasons offered for the denial of promotion in my case was my research funding, the Dean's Assessment for Dr. Dimakis notes his share of funding totals $1.8 million – the same as mine (in fact his share was $1,793K slightly below my share of $1,809K). His assessment also positively cites to at least two grants he received prior to coming to UT, including an NSF CAREER award and a Google Research Award – also the same as me. His Dean's Assessment states that his share of funding while at UT Austin was approximately $1.1 million, but does not scrutinize or indicate whether the $1.1 million was initially awarded or more generally received while at UT Austin. My share of grant funding that I have been awarded and received while at UT is comparable, at approximately $1.1 million, with almost half of that amount awarded as a 4-year grant in 2017 the year before I went up for promotion and the

19 | P a g e

Gregory Fenves, Ph.D.
March 25, 2019

other half (from NSF CAREER and WNCG affiliate funding) paid out in 5 installments over each of the past 5 years.

### C.     Dr. Mohit Tiwari.

As discussed above, my male colleague Dr. Tiwari went up for tenure and was approved for promotion this year at the same time that I was denied (Appendix 5a).  Regarding teaching, Dr. Tiwari had two of the lowest student teaching scores of 3.57 and 3.50 among faculty who have recently received tenure.  Those scores are significantly lower that my two lowest scores of 3.72 and 3.92.  The Dean's Assessment for Dr. Tiwari notes that his instructor ratings have "oscillated between 3.5 and 4.6" whereas mine have been much more consistent ranging from 3.7 to 4.3.  Additionally, the Dean's Assessment for Dr. Tiwari understandingly offered as an explanation that his low scores (3.57 and 3.50) corresponded to when he had the largest number of students (78) in his class.

No similar consideration was acknowledged in my assessment.  For the record, my lowest score of 3.7 was received at a time when I was teaching two sections during the same semester with a total of 134 students.  Additionally, my class sizes were on average 50% larger than Dr. Tiwari's with my 49 student average versus Dr. Tiwari's 32 student average.  Also, it was not recognized that during the semester in which I received a 3.72, I received a rating of 3.92 in the same class taught at the same time.  Finally, it was also not considered in my assessment that I was pregnant in that same semester.  As recognized by others, pregnancy can and does impact student perceptions of teaching effectiveness and teaching evaluations.

The Dean's Assessment also offers support to Dr. Tiwari stating that he has made changes to improve student satisfaction.  In my assessment it was stated that I do not make such changes to improve.  This is simply incorrect.  As discussed above, my Teaching Statement clearly states that I attempt to respond to student input, the Budget Counsel's report stated that "the peer observations highlight multiple strategies that Dr. Nikolova has employed (e.g. frequent quizzes, lecture style, etc.) that aim to increase student engagement and improve her already high effectiveness."  My chair's letter of support also cites that I made "transformative changes" to the undergraduate course I taught which other instructors have adopted.  Nonetheless, the Dean inferred and suggested that I have not responded to suggestions for improvement and do not take responsibility for improving my teaching, which is inaccurate.  The Dean's Assessment on Prof. Towari's service is also skewed more favorably than mine in spite of comparable service.

As discussed above, Dr. Tiwari was considered a normal application and I was considered an "early application" even though I have two more years of service as an assistant professor and have only one less semester of service at UT.  Nonetheless, the preferential treatment for Dr. Tiwari and the heightened scrutiny I received are not reasonable and cannot be explained by calling mine an "early" application.  Significantly different standards were applied to my male colleague and errors were made in the review of my application.

### D.     Dr. Zoya Heidari.

Gregory Fenves, Ph.D.
March 25, 2019

Finally, as discussed above, the Dean's Assessment for Dr. Heidari, who was awarded "early" tenure with no heightened scrutiny and, in fact, more lenience than was applied to me raises concerns about pregnancy. Dr. Heidari has no children and has never been subject to pregnancy and tenure clock extension due to childbirth. My first pregnancy and modified instructional duties were specifically noted in the Dean's Assessment.

**Conclusion and Relief Requested:  Reconsideration Next Year or in Two Years Is Not an Appropriate or Acceptable Remedy**

I want to be in a growing department, college and university that has clear and transparent policies and that nourishes and promotes their junior female faculty. I have incredibly strong support from my departmental colleagues, my department chair, and the college Tenure and Promotion committee in my tenure and promotion case. The Dean's Assessment notes my strong publication record, international recognition, prestigious research awards, highly competitive NSF grants, and uniformly positive external letters.

Requiring me to do more work and achievements than all my colleagues who have been promoted after four or five years in the department amounts to inequality in treatment and advancement. Moving the goal posts by an additional two years (or even one year) raises the bar even more. The Dean's Assessment this year essentially recognized that I meet the standards for promotion on a normal tenure clock. In recommending against tenure, the assessment appeared to infer that further upward trends were necessary in funding and research. If I am already performing at a level that merits tenure even by the dean's acknowledgement if this were my "up-or-out" year, asking me to wait and further increase my performance over the next year or two years will even further raise the bar and with higher expectations that no faculty member in my department has ever been asked to meet. Understandably, I also have real concerns that the different, subjective criteria applied to me this year will resurface in unpredictable ways in the future.  I have already spent seven and a half years in rank, and have accomplishments comparable to or better than many colleagues that have been promoted, and being asked to wait for nine (or even eight) years before being potentially considered again is not an appropriate or acceptable remedy.

In the event this appeal is not successful, it will affect not only me but other junior faculty and candidates in the same situation – those with prior faculty experience, women, and those thinking of starting a family. It will weaken the ECE Department and the Cockrell School of Engineering which already have very small numbers of women faculty, below that of the national average. I have presented factual, demonstrative and clear evidence of errors and different standards in the decision to deny my tenure and promotion. My hope is that the additional information and clarification that I have provided will aid in a holistic evaluation that will reach a recommendation of "promote." I respectfully request that the decision be reversed and that I be recommended for promotion to an associate professor with tenure.

Sincerely,

Evdokia Nikolova

21 | P a g e

# EXHIBIT 52

THE UNIVERSITY OF TEXAS AT AUSTIN

### RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name:  Okuno, Ryosuke    EID:   ro859    Present Rank:  Assistant Professor

Years of Academic Service *(Include AY 2017-18 in each count)*:

At UT Austin since: 9/1/2015  (month/day/year) Total Years at UT Austin:  3

In Present Rank since: 9/1/2015 (month/day/year) Total Years in Present Rank:  3

*Tenure-track only:*
Number of Years in Probationary Status:  3

Additional information:  Accelerated

Primary Department: Petroleum and Geosystems Engineering

College/School: Engineering, Cockrell School of

Joint Department:  N/A

College/School: N/A

Other Department(s):  N/A

---

Recommendation actions[1]:

By Budget Council/Executive Committee:  Promote

Vote[2] for promotion 8; Against 1; Abstain 1; Absent 0; Ineligible to vote 1

By Department Chair:  Promote

By College/School Advisory Committee:  Promote

Vote[2] for promotion  7; Against  0 ; Abstain  0 ; Absent  0 ; Ineligible to vote  0

By Dean:  Promote

---

Administrative Action:  Promote to Associate Professor

Date Action Effective: September 1, 2018
(To be submitted to the Board of Regents as part of the annual budget.)

By:  _Maria McInnis_  Date: February 15, 2018
      For the President

---

[1] See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2] Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of committee members ineligible to vote should also be recorded. Enter zero where it would otherwise be blank.

EVPP/4.15


The University of Texas at Austin
**Cockrell School of Engineering**

<div align="center">

**Dean's Assessment**
**Ryosuke Okuno**
Hildebrand Department of Petroleum and Geosystems Engineering
Cockrell School of Engineering

</div>

Dr. Ryosuke Okuno received his BE and his ME in geosystems engineering from the University of Tokyo (Japan) in 1998 and 2000, respectively. After completing his MS, he worked for five years at Japan Petroleum Exploration Co. (JAPEX). He received his PhD in Petroleum and Geosystems Engineering from the University of Texas at Austin in 2009[1]. After completing his Ph.D., he returned to JAPEX for one year before joining the faculty at the University of Alberta (Canada) as an assistant professor in the School of Mining and Petroleum Engineering in September 2010. Dr. Okuno joined the faculty in the Hildebrand Department of Petroleum and Geosystems Engineering (PGE) at the University of Texas at Austin in September 2015.

If promoted to associate professor in September 2018, Dr. Okuno will have accumulated three years of probationary service at UT and a total of eight years in rank as an assistant professor. While this case is considered to be accelerated when considering only Dr. Okuno's time at UT, his total time in rank exceeds our normal timeline.

Dr. Okuno's research focuses on developing methods to improve oil recovery in conventional and unconventional reservoir systems. He develops computational models based on thermodynamics and interfacial mass transfer to represent the multiphase behavior of petroleum fluids in porous media and he conducts experiments to understand complex fluid systems under high-temperature and high-pressure conditions. Within the Hildebrand Department of Petroleum and Geosystems Engineering, his work contributes to six of the twelve primary research areas: geologic carbon storage; enhanced oil recovery; reservoir engineering; unconventional resources; petrophysics and pore scale processes; and reservoir simulation.

Eight external letters were submitted as part of the promotion dossier, with two letter writers recommended by Dr. Okuno and six selected by the budget council. All letter writers are faculty at US institutions: Penn State[2], Pittsburgh, Rice, Stanford, Texas A&M, University of Southern California (USC) and Utah. Two of the letter writers are members of the National Academy of Engineering (NAE).

Letters were solicited from seven additional external reviewers. Three declined due to personal commitments and/or lack of familiarity with Dr. Okuno's area of research. Four potential international reviewers did not respond to the request.

---

[1] Russell T. Johns (now chair of the Petroleum and Natural Gas Engineering Program at Penn State) and Kamy Sepehrnoori co-supervised Dr. Okuno during his graduate studies at UT.

[2] Sanjay Srinivasan (now head of the Department of Energy and Mineral Engineering at Penn State) was on the faculty in PGE while Dr. Okuno was a graduate student. However, Dr. Okuno did not take a course from Dr. Srinivasan and Dr. Srinivasan was not a member of his doctoral committee.

<div align="center">1</div>

UT Austin_0014628

Teaching

While in rank at UT, Dr. Okuno has taught one undergraduate course and one graduate course:

- PGE 427, *Properties of Petroleum Fluids*
  Required undergraduate course
  Taught two times (average enrollment of 30 students)
  Instructor ratings:  4.4 | Course ratings:  3.8 to 4.2
- PGE 384, *Advanced Thermodynamics and Phase Behavior*
  Graduate elective
  Taught two times (average enrollment of 18 students)
  Instructor ratings: 3.8 to 3.9 | Course ratings: 3.7 to 4.0

Dr. Okuno's instructor ratings at the undergraduate level are above the median (4.3) for both the department and the Cockrell School.  However, his instructor ratings at the graduate level are considerably below the median within the department (4.3), and correspond to the lowest 15% of graduate courses taught by tenured and tenure-track faculty within the school.  Review of the student comments indicates that the low ratings are likely related to the workload.  One student commented, "This was the heaviest workload I have experienced to date (3 years here)… I don't know how anyone can keep up."

Gary Pope conducted peer evaluations during two of Dr. Okuno's lectures in PGE 384 during the 2016 spring semester.  He noted, "*Thermodynamics and Phase Behavior* is one of the most abstract and difficult subjects we teach in Petroleum Engineering," but he did not provide any suggestions for improving the course.

CIS data from PGE 384 between spring 2007 and spring 2017 are summarized below.  Dr. Okuno's ratings are slightly below the historical averages (4.0 instructor | 4.0 course), but appear to be reasonable given the course content.

| Spring | Instructor | Instructor Rating | Course Rating |
|--------|-----------|-------------------|---------------|
| 2007 | Gary Pope | 3.1 | 3.4 |
| 2008 | Russell Johns | 4.4 | 4.4 |
| 2009 | David DiCarlo | 3.9 | 3.9 |
| 2010 | Russell Johns | 4.1 | 3.8 |
| 2011 | David DiCarlo | 4.0 | 4.0 |
| 2012 | David DiCarlo | 4.3 | 3.9 |
| 2013 | Gary Pope | 4.2 | 4.0 |
| 2014 | David DiCarlo | 4.1 | 4.1 |
| 2015 | David DiCarlo | 4.7 | 4.3 |
| 2016 | Ryosuke Okuno | 3.8 | 4.0 |
| 2017 | Ryosuke Okuno | 3.9 | 3.7 |

Dr. Okuno taught fourteen classes (four distinct courses) as a faculty member at Alberta.  His average instructor rating was 4.0 (on a 5-pt scale) in both undergraduate and graduate courses.

2

UT Austin_0014629

Research

Dr. Okuno's research focus is related to the thermodynamic characterization of petroleum reservoir fluids used in enhanced oil recovery. Specifically, he characterizes phase behavior of solvent, oil, and water mixtures and develops computationally robust algorithms for simulating these phase properties. While his research was initially a mix of theoretical and computational work, he has recently developed unique experimental capabilities that complement his theoretical and computational activities. Highlights of Dr. Okuno's research accomplishments include:

- 22 archival journal publications in rank[3] (24 career total). He published 19 journal papers in rank with his graduate students.
- Many of his publications are in top journals in his field including *Fuel* (IF=4.6), *Industrial and Engineering Chemistry Research* (2.8), *Fluid Phase Equilibria* (2.5), and *SPE[4] Journal* (2.2).
- Filed 1 US patent application in rank.
- An h-index of 11 (Google Scholar) with 423 citations.

Since joining UT, Dr. Okuno has received four external research grants totaling $440,000. He is the sole PI on grants from Japan Petroleum Exploration, Japan Canada Oil Sands, and two joint industry projects that senior faculty in the department direct[5]. Three additional grants/contracts are in the final stages of negotiations. Dr. Okuno is the PI on all three, and Larry Lake is the co-PI on two. The total research funding pending is $290,000 ($270,000 his share).

While at Alberta, Dr. Okuno was the sole PI on five external research grants. He received funding from the Natural Science and Engineering Research Council of Canada (equivalent to NSF in the US), the Canada Foundation for Innovation, Japan Petroleum Exploration, and the Society of Petroleum Engineers. Total funding exceeded $600,000 (CAD).

Two of the external reviewers gave lukewarm assessments of Dr. Okuno's record of external funding:

- Walter Chapman[6] (Rice) stated, "His research funding level appears good although he has had to essentially start over after moving from the University of Alberta."
- Milind Deo[7] (Utah) indicated, "His funding record is reasonably good... It would have been good to see support from the Department of Energy ... or the National Science Foundation."

Dr. Chapman also wrote, "Dr. Okuno's production of published manuscripts is reasonable for a faculty member at this stage of his career." However, the department chair provided a comprehensive analysis to indicate that Dr. Okuno's publication record exceeds the norms in the field.

All the external reviewers indicated that Dr. Okuno's work was of high quality and recommended promotion.

---

[3] Ten at UT (one is in press) and twelve at Alberta.
[4] *Society of Petroleum Engineering*
[5] Kishore Mohanty and Gary Pope direct these joint industry projects.
[6] Department of Chemical and Biomolecular Engineering
[7] Department of Chemical Engineering

3

UT Austin_0014630

<u>Advising and Student Mentoring</u>
At Alberta, Dr. Okuno graduated two PhD and seven MS students (two MS students were co-supervised). Dr. Chapman also expressed concerns that Dr. Okuno worked primarily with MS students at Alberta.

Dr. Okuno has not graduated any graduate students at UT, but a PhD student is scheduled to complete her degree this fall. Dr. Okuno is currently advising six PhD and one MS students. He has also mentored three postdoctoral fellows at UT.

<u>University Service</u>
Dr. Okuno's university service has been focused at the department level at UT, where he has served on a faculty recruiting committee and the graduate admissions committee.

<u>Professional Service</u>
Dr. Okuno is a member of several professional organizations and is an associate editor for the *SPE Journal*. He also served for three years as an associate editor for the *Journal of Natural Gas Science and Engineering* (Elsevier).

<u>Other Evidence of Merit or Recognition</u>
Dr. Okuno received one of six Research Fellowship Awards from the Society of Petroleum Engineers in 2012. The award provides seed funding to new faculty members and recognizes their creative research ideas.

<u>Overall Assessment</u>
In summary, Dr. Okuno is a solid teacher and an outstanding researcher. He is developing important computational models for enhanced oil recovery and he has reestablished his independent research program since moving to UT two years ago. He has been successful in securing research funding from industrial sources, and he has published in the top journals in his field. External referees enthusiastically support his promotion. His record of student advising and mentoring is strong, and his level of service to the university and his professional community is appropriate.

As noted, two external reviewers questioned the sustainability of Dr. Okuno's research funding, but I am not concerned. Many of the faculty in the Hildebrand Department of Petroleum and Geosystems Engineering receive the majority of their research funding from industry. Dr. Okuno has clearly demonstrated an ability to secure industrial funding, despite the global downturn in the oil and gas industry. He also was successful in securing federal funding in Canada.

Overall, I believe that Dr. Okuno's performance meets or exceeds expectations for early promotion to associate professor with tenure in all categories, and I support this case without reservation.

Sharon L. Wood, Dean
18 November 2017

4

CONFIDENTIAL

UT Austin_0014631

# Candidate's Summary of Activities

(in rank for assistant professor; since last promotion for associate professors)

## Ryosuke Okuno, Ph.D., P.Eng.

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 22 / 26 |
| Peer-reviewed conference proceedings (in rank and total) | 24 / 29 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 19 (UA) / 2 (UT) |
| Total citations of all publications (career) from ISI Web of Knowledge | 106 |
| h-index (career) from ISI Web of Knowledge | 6 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 382 |
| h-index (career) from Google Scholar or Publish or Perish | 11 |
| Total external research funding raised in rank | USD 482,845 + CAD 613,965 |
| Total external research funding raised in rank (candidate's share) | USD 482,845 + CAD 613,965 |
| Total number of external grants/contracts awarded in rank | 9 |
| Number of external grants/contracts awarded in rank as PI | 7 |
| | |
| PhD students completed† | 2 (2 sole advisor) |
| MS students completed† | 6 (5 sole advisor) |
| PhD students in pipeline (as of 09/2017) † | 5.5 (5 sole advisor) |
| MS students in pipeline (as of 09/2017) † | 1 (1 sole advisor) |
| | |
| Number of courses taught | 18 |
| Total number of students taught in organized courses | 595 (501 at UA and 94 at UT) |
| Average instructor evaluation for UG courses | 4.0 at UA and 4.4 at UT |
| Average instructor evaluation for Grad courses | 4.0 at UA and 3.9 at UT |
| Average course evaluation for UG courses | 4.0 at UT |
| Average course evaluation for Grad courses | 3.8 at UT |
| Number of teaching awards | 0 |
| | |
| Student organizations advised | 2 (SPE student chapter at Univ. of Alberta, and local high school, Sherwood Park, AB, Canada) |
| Undergraduate researchers supervised | 3 |
| Service on journal editorial boards | 2 (SPE Journal, and Journal of Natural Gas Science & Engineering) |
| Number of symposia organized | 0 |

† Count a student as 1.0 if sole supervisor and 0.5 if co-supervised.

UT Austin_0014656

## Table 2. Grants and contracts awarded while in rank

| | PI Role | Co-investigators | Agency | Grand Total | Okuno's Share | Grant Period | Institution |
|---|---|---|---|---|---|---|---|
| 1 | "Enhanced Oil Recovery" | | | | | | |
| | PI | None | Japan Petroleum Exploration | $115,878 | $115,878 | 09/01/15-8/31/17 | UT Austin |
| 2 | "Bitumen Recovery" | | | | | | |
| | PI | None | Japan Canada Oil Sands | $76,967 | $76,967 | 09/01/15-06/30/17 | UT Austin |
| 3 | "Minimum Miscibility Estimation for Multiphase Oil Displacement by Solvent"* | | | | | | |
| | PI | None | Gas Enhanced Oil Recovery JIP – Various Donors (K.K. Mohanty, PI) | $100,000 | $100,000 | 09/01/15-08/31/17 | UT Austin |
| 4 | "Alkaline Solvent for SAGD and CSS"* | | | | | | |
| | PI | None | Chemical Enhanced Oil Recovery JIP – Various Donors (G.A. Pope, PI) | $150,000 | $150,000 | 06/01/16-05/31/18 | UT Austin |
| 5 | "Infrastructure for Phase Behavior Studies at High Temperature-Pressure Conditions" | | | | | | |
| | PI | None | Canada Foundation for Innovation | C$149,745 | C$149,745 | 04/01/15-08/31/15 | Univ. of Alberta |
| 6 | "Thermodynamic Modeling of Water/Hydrocarbon Mixtures for Thermal Oil Recovery Simulation" | | | | | | |
| | PI | None | Natural Science and Engineering Research Council of Canada (NSERC) | C$140,750 | C$140,750 | 09/01/14-08/31/15 | Univ. of Alberta |
| 7 | "Modeling of Heavy-Oil Displacement Using the Solvent-Rich Liquid Phase in Solvent SAGD" | | | | | | |
| | PI | None | Japan Petroleum Exploration | C$203,470 | C$203,470 | 09/01/12-08/31/15 | Univ. of Alberta |
| 8 | "Modeling of Multiphase Behavior using an EOS for Solvent-SAGD Simulation" | | | | | | |
| | PI | None | Society of Petroleum Engineers | $40,000 | $40,000 | 09/01/12-08/31/14 | Univ. of Alberta |
| 9 | "Numerical Modeling for Improved Steam-Assisted Gravity Drainage" | | | | | | |
| | PI | None | Natural Science and Engineering Research Council of Canada (NSERC) | C$120,000 | C$120,000 | 04/01/12-08/31/15 | Univ. of Alberta |
| | | | **Subtotal Okuno's share** | | US$482,845 + C$ 613,965 | | |

* These grants were awarded to me out of the larger JIP projects run by Dr. Kishore Mohanty (No. 3) and Dr. Gary Pope (No. 4). I gave research presentations to their annual meetings, and the proposals were evaluated and approved by the JIP members and PI's.

4

**Table 3. Forthcoming grants and contracts**

| | PI Role | Co-investigators | Agency | Grand Total | Okuno's Share | Grant Period | Status |
|---|---|---|---|---|---|---|---|
| 1 | "Solvent-Assisted Smart Water Flooding for High-Temperature/High-Salinity Carbonate Reservoirs" | | | | | | |
| | PI | Co-PI Lake, L.W. | Saudi Aramco | $199,000 | $187,780 | 09/01/17-08/31/18 | Contract being finalized |
| 2 | "Fluid Characterization for $CO_2$ Flooding" | | | | | | |
| | PI | None | JX Nippon Oil & Gas Exploration | $10,251 | $10,251 | 09/01/17-08/31/18 | Contract being finalized |
| 3 | "PVT Laboratory Study" | | | | | | |
| | PI | Co-PI Lake, L.W. | Occidental Petroleum | $80,000 | $68,780 | 09/01/17-03/31/18 | Awaiting for installment |
| | | | **Subtotal Okuno's share** | $289,251 | $266,811 | | |

**Publications**

I have published 22 papers in rank (20 published and 2 accepted) in 8 different journals, out of which 11 papers are in *SPE Journal*. *SPE Journal* has been the most reputable journal in petroleum engineering for fundamental research papers for years. I published 11 papers in rank (15 in total) in this Journal because the majority of my publications are concerned with fundamentals of petroleum engineering. Also, many of my papers were presented first at SPE conferences, and then enhanced/submitted for journal publications. SPE conferences have a "no paper, no podium" policy. It is the most natural process to submit an enhanced version of the conference paper to one of SPE journals, such as *SPE Journal* and *SPE Reservoir Evaluation & Engineering*. Although journals under SPE usually have impact factors below 2.0, their actual impact in the petroleum industry is crucial for dissemination of our knowledge and industrial research funding.

Out of the 22 papers, I am the corresponding author for 20 papers (also the first author for 3 of them), and am the sole supervisor for 15 papers. The first Ph.D. student under my sole supervision, Dr. Ashutosh Kumar, produced 6 journal publications in 5 different journals with the total impact factor of 16.73. My first MS student (Mohsen Keshavarz) co-supervised with Dr. Tayfun Babadagli published 3 journal papers in 3 different journals with the total impact factor of 8.24. I am the corresponding author for all papers with Mohsen. These are some examples to demonstrate the training in my research group.

**Vision**

I would categorize my research into two main areas: 1) phase behavior, and 2) enhanced oil recovery (EOR). Since phase behavior is one of the most fundamental subjects in petroleum engineering, it was part of my long-term plan to study several topics of phase behavior with the first group of my students. This is why the majority of the publications made so far are in the area of phase behavior. The ongoing projects in my group at UT Austin are around the intersection of the two areas, concerned with the utilization of phase behavior for EOR. Also, I see my future publications more balanced between experimental and modeling research.

My vision as a researcher at UT Austin is twofold. Firstly, I will continue to develop new knowledge of petroleum phase behavior, with the immediate focuses on heavy-oil/bitumen and on unconventional resources, such as tight oil and shale gas. Secondly, I will develop novel methods of oil/gas recovery by

5

# EXHIBIT 53

THE UNIVERSITY OF TEXAS AT AUSTIN

## RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name: __Salamone, Salvatore__ EID: __ss76649__ Present Rank: __Assistant Professor__

Years of Academic Service *(Include AY 2017-18 in each count)*:

At UT Austin since: _9/1/2015_ (month/day/year) Total Years at UT Austin: _3_

In Present Rank since: _9/1/2015_ (month/day/year) Total Years in Present Rank: _3_

*Tenure-track only:*
Number of Years in Probationary Status: _3_

Additional information: __Accelerated__

Primary Department: __Civil, Architectural, and Environmental Engineering__

College/School: Engineering, Cockrell School of

Joint Department: _N/A_

College/School: N/A

Other Department(s): _N/A_

Recommendation actions[1]:

By Budget Council/Executive Committee: _Promote_

Vote[2] for promotion _23_ ; Against _0_ ; Abstain _0_ ; Absent _9_ ; Ineligible to vote _3_

By Department Chair: _Promote_

By College/School Advisory Committee: _Promote_

Vote[2] for promotion _7_ ; Against _0_ ; Abstain _0_ ; Absent _0_ ; Ineligible to vote _0_

By Dean: _Promote_

Administrative Action: Promote to Associate Professor

Date Action Effective: September 1, 2018
(To be submitted to the Board of Regents as part of the annual budget.)

By: _____ Date: __February 15, 2018__
For the President

[1] See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2] Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of committee members ineligible to vote should also be recorded. Enter zero where it would otherwise be blank.

EVPP/4.15


The University of Texas at Austin
**Cockrell School of Engineering**

**Dean's Assessment**
**Salvatore Salamone**
Department of Civil, Architectural and Environmental Engineering
Cockrell School of Engineering

Dr. Salvatore Salamone received his BS in civil engineering and his PhD in structural engineering from the University of Palermo (Italy) in 2002 and 2007, respectively. He served as a postdoctoral fellow in structural engineering at the University of California, San Diego between 2007 and 2010. He joined the faculty as an assistant professor in the Department of Civil, Structural and Environmental Engineering at the University at Buffalo in August 2010. His promotion case was considered during the 2014-15 academic year, and had he remained on the faculty, he would have been appointed as an associate professor in August 2015. He joined the Department of Civil, Architectural and Environmental Engineering at UT as an assistant professor in September 2015.

If promoted to associate professor in September 2018, Dr. Salamone will have accumulated three years of probationary service at UT and a total of eight years in rank as an assistant professor. While this case is considered to be accelerated when considering only Dr. Salamone's time at UT, his total time in rank exceeds our normal timeline.

Dr. Salamone is a structural engineer who develops methods for structural health monitoring and nondestructive evaluation. He has used guided ultrasonic waves and acoustic emissions to identify the initiation and location of structural damage in complex structural systems. He has also developed a vision-based system for automatic assessment of surface crack patterns in reinforced concrete structures. His work is fundamental to the Department of Civil, Architectural and Environmental Engineering's vision of developing innovative solutions to improve the sustainability of the urban infrastructure.

Eight external letters were submitted as part of the promotion dossier, with three letter writers recommended by Dr. Salamone and five selected by the budget council. One external reviewer is from Los Alamos National Laboratory[1], and the other seven are faculty at US institutions: Columbia, Georgia Tech, Michigan, Penn State, Rice, and Stanford.

<u>Teaching</u>
While in rank at UT, Dr. Salamone has taught one undergraduate course and two graduate courses:

- CE 329, *Structural Analysis*
  Required undergraduate course
  Taught two times (average enrollment of 43 students)
  Instructor ratings: 4.8 to 4.9 | Course ratings: 4.5 to 4.6

---

[1] Technically, Charles Farrar is not an arm's length reviewer because he and Dr. Salamone were co-authors on a conference paper in 2006. However, Dr. Salamone was a PhD student (in Italy) at the time and Dr. Farrar wrote in his letter that he met Dr. Salamone while he was a postdoctoral fellow at UCSD. Therefore, it is unlikely that they interacted directly during the preparation of this paper.

UT Austin_0014787

- CE 397, *Structural Health Monitoring and Nondestructive Evaluation*
  Graduate elective
  Taught two times (average enrollment of 15 students)
  Instructor ratings:  4.7 to 4.9 | Course ratings: 4.0 to 4.8
- CE 397, *Probabilistic Analysis and Design*
  Graduate elective
  Taught one time (8 students)
  Instructor rating: 4.4 | Course rating: 4.1

Dr. Salamone taught eleven courses as a faculty member at Buffalo.  His average instructor rating was 4.55, and his instructor ratings dropped below 4.4 only twice.  He is clearly an outstanding instructor.  Senior faculty conducted peer evaluations in Dr. Salamone's courses two times in rank. The feedback from the peer evaluators was extremely positive, as are the student comments.

Research
Dr. Salamone's research specialty is related to structural health monitoring and nondestructive evaluation of civil infrastructure systems.  His work includes both fundamental and applied techniques that utilize ultrasonics, acoustics, and vision-based inspection. Highlights of Dr. Salamone's research accomplishments include:

- 9 archival journal publications in rank at UT and 21 journal publications in rank at Buffalo (42 career total). He published 23 journal papers in rank with his graduate students.
- Many of his publications are in top journals in his field including *Structural Health Monitoring* (IF=3.5), *Smart Materials and Structures* (2.9), *Structural Control & Health Monitoring* (2.4), and *Ultrasonics* (2.3).
- 1 US patent awarded in rank at Buffalo.
- An h-index of 18 (Google Scholar) with 1,045 citations

Since joining UT, Dr. Salamone has received three external research grants totaling $1.3 million ($0.7 million his share).  He is the sole PI on a grant from the Office of Naval Research and co-PI on two grants from the Texas Department of Transportation.  While at Buffalo, Dr. Salamone received five research grants totaling $0.63 million ($0.60 million his share)[2].  He was the sole PI on grants from the National Science Foundation, the Pipeline and Hazardous Materials Safety Administration, the US Department of Transportation, and the New York State Pollution Prevention Institute.  He was a co-PI on a grant from the State University of New York Research Foundation.  His total research funding in rank is slightly less than $2.0 million ($1.3 million his share).

The letters from the external reviewers were uniformly positive and identified the novel aspects of his research.  No concerns were identified.

Advising and Student Mentoring
At Buffalo, Dr. Salamone graduated three PhD and three MS students.  He also supervised two postdoctoral fellows.  He has graduated one MS student at UT, and he is currently advising four PhD students (one is co-supervised) and one MS student.

---

[2] He also received a small award from the American Society of Nondestructive Evaluation to revise the content of a graduate course.

2

<u>University Service</u>
Dr. Salamone's university service has been focused at the department level at UT.  He has served on two committees, most notably the Strategic Vision Implementation Committee.  He is currently co-chair of the graduate recruiting committee within structural engineering.

<u>Professional Service</u>
Dr. Salamone currently serves on three technical committees within the American Society of Civil Engineers and the American Society of Mechanical Engineers.  He has organized sessions at technical conferences and served on the organizing committee for international workshops.  He also serves on the editorial board of three journals.

<u>Other Evidence of Merit or Recognition</u>
Dr. Salamone received the Achenbach Medal from the *Journal of Structural Health Monitoring* in 2014.  This award recognizes an individual[3] who has made outstanding contributions to the advancement of the field of structural health monitoring.  Daniel Inman[4] (Michigan) served on the selection committee for this award and noted that the "competition for receiving this award is fierce."

<u>Overall Assessment</u>
Dr. Salamone has developed a strong, well-balanced record of research, teaching, and service.  His publication record is very strong and he has successfully transitioned his independent research program from Buffalo to UT.  He is also an outstanding teacher. His prominence in his field is immediately evident from the strong external letters and the Achenbach Medal.

Overall, I believe that Dr. Salamone's performance exceeds expectations in the areas of teaching and research, and meets expectations in the area of service.  Accordingly, I am pleased to provide my strong recommendation that Dr. Salamone be promoted to associate professor with tenure.

Sharon L. Wood, Dean
17 November 2017

---

[3] Awardees must be within ten years of completing their PhD.
[4] Department Chair, Aerospace Engineering

3

# Candidate's Summary of Activities
## Salvatore Salamone

### Table 1. Statistics for "Assistant Professor Rank" at University of Texas (UT)

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 09 / 42 |
| Peer-reviewed conference proceedings (in rank and total) | 06 / 44 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 5 |
| Total citations of all publications (career) from ISI Web of Knowledge | 472 |
| h-index (career) from ISI Web of Knowledge | 13 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 932 |
| h-index (career) from Google Scholar or Publish or Perish | 17 |
| Total external research funding raised in rank | $1,498,898 |
| Total external research funding raised in rank (candidate's share) | $906,497 |
| Total number of external grants/contracts awarded in rank | 4 |
| Number of external grants/contracts awarded in rank as PI | 2 |
| | |
| PhD students completed† | 0 |
| MS students completed† | 1 (1 sole advisor) |
| PhD students in pipeline (as of 09/2017) † | 3.5 (3 sole advisor) |
| MS students in pipeline (as of 09/2017) † | 1 (1 sole advisor) |
| | |
| Number of courses taught | 5 |
| Total number of students taught in organized courses | 124 |
| Average instructor evaluation for UG courses | 4.85 |
| Average instructor evaluation for Grad courses | 4.67 |
| Average course evaluation for UG courses | 4.55 |
| Average course evaluation for Grad courses | 4.30 |
| Number of teaching awards | |
| | |
| Student organizations advised | |
| Undergraduate researchers supervised | 3 |
| Service on journal editorial boards | 3 |
| Number of symposia organized | 2 |

### Table 2. Research Statistics for "Assistant Professor Rank" at University at Buffalo (UB)

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 21 / 42 |
| Peer-reviewed conference proceedings (in rank and total) | 16 / 44 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 18 |
| Total external research funding raised in rank | $459,424 |
| Total external research funding raised in rank (candidate's share) | $434,424 |
| Total number of external grants/contracts awarded in rank | 6 |
| Number of external grants/contracts awarded in rank as PI | 6 |
| | |
| PhD students completed† | 3 (3 sole advisor) |
| MS students completed† | 3 (3 sole advisor) |
| | |
| Number of courses taught | 11 |
| Total number of students taught in organized courses | 510 |
| Average instructor evaluation for UG courses | 4.6 |
| Average instructor evaluation for Grad courses | 4.6 |

UT Austin_0014817

| | |
|---|---|
| Average course evaluation for UG courses | 4.4 |
| Average course evaluation for Grad courses | 4.5 |
| Number of teaching awards | |
| | |
| Student organizations advised | |
| Undergraduate researchers supervised | 6 |
| Number of symposia organized | 3 |

CONFIDENTIAL

UT Austin_0014818

# Candidate's Summary on Research

### Salvatore Salamone

### Table 1. Research Summary while in rank at the University of Texas at Austin

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 09 / 42 |
| Peer-reviewed conference proceedings (in rank and total) | 06 / 44 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 5 |
| Total citations of all publications (career) from ISI Web of Knowledge | 472 |
| h-index (career) from ISI Web of Knowledge | 13 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 932 |
| h-index (career) from Google Scholar or Publish or Perish | 17 |
| Total external research funding raised in rank at UT | $1,498,898 |
| Total external research funding raised in rank at UT (candidate's share) | $906,497 |
| Total number of external grants/contracts awarded in rank at UT | 4 |
| Number of external grants/contracts awarded in rank as PI at UT | 2 |

### Table 2. External Grants and Contracts Awarded at the University of Texas at Austin

| Role of Candidate and Co-Investigators | Title | Agency | Project Total | Candidate's Share | Percentage | Grant Period |
|---|---|---|---|---|---|---|
| PI: Salvatore Salamone | Toward Integrated Structural Health Monitoring Systems for Navy Structures | Office of Naval Research | $300,000 | $300,000 | 100% | 04/01/2017-02/29/2020 |
| PI: Salvatore Salamone | A vision-based technique for damage assessment of civil structures | National Science Foundation | $179,798 | $179,798 | 100% | 07/01/2015-07/31/2016 |
| PI: Trevor Hrynyk, CAEE Co-PI: Salvatore Salamone Co-PI: Oguzhan Bayrak, CAEE | Evaluation of Structural Cracking in Concrete | Texas Department of Transportation | $497,102 | $165,700 | 33% | 01/01/2016-08/31/2018 |
| PI: Raissa Ferron, CAEE Co-PI: Salvatore Salamone | Evaluating Long-Term Durability and Performance of Prestressed Concrete Beam with Extensive Surface Cracking | Texas Department of Transportation | $521,998 | $260,999 | 50% | 01/01/2016-08/31/2018 |
| TOTAL | | | $1,498,898 | $906,497 | | |

UT Austin_0014861

**Table 3. Research Summary while in rank at the University at Buffalo**

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 21 / 42 |
| Peer-reviewed conference proceedings (in rank and total) | 16 / 44 |
| Number of journal papers in rank with supervised student(s) from UB as co-author | 18 |
| Total citations of all publications (career) from ISI Web of Knowledge | 472 |
| h-index (career) from ISI Web of Knowledge | 13 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 932 |
| h-index (career) from Google Scholar or Publish or Perish | 17 |
| Total external research funding raised in rank at UB | $459,424 |
| Total external research funding raised in rank at UT (candidate's share) | $434,424 |
| Total number of external grants/contracts awarded in rank at UB | 6 |
| Number of external grants/contracts awarded in rank as PI at UB | 6 |

**Table 4. External Grants and Contracts Awarded the University at Buffalo**

| Role of Candidate and Co-Investigators | Title | Agency | Project Total | Candidate's Share | Percentage | Grant Period |
|---|---|---|---|---|---|---|
| PI: Salvatore Salamone | Toward permanently installed pipeline monitoring systems | Pipeline & Hazardous Materials Safety Administration | $146,000 | $146,000 | 100% | 08/01/2013-06/30/2015 |
| PI: Salvatore Salamone | A vision-based technique for damage assessment of civil structures | National Science Foundation | $115,424 | $115,424 | 100% | 08/01/2013-06/30/2015 |
| PI: Salvatore Salamone Co-PI: Guangwen Zhou, State University of New York at Binghamton | Collaborative research to advance scientific knowledge of the mechanism of corrosion in civil infrastructures | State University of New York (SUNY) Research Foundation | $100,000 | $75,000 | 75% | 12/01/2012-11/30/2014 |
| PI: Salvatore Salamone | Corrosion damage assessment of post-tensioned concrete structures | United States Department of Transportation (through the University Transportation Research Center 2 | $60,000 | $60,000 | 100% | 12/22/2011-02/28/2013 |
| PI: Salvatore Salamone | Smart lifeline systems for improving water and energy efficiency | The New York State Pollution Prevention Institute | $30,000 | $30,000 | 100% | 03/01/2013-09/30/2013 |
| PI: Salvatore Salamone | Revision of graduate course CIE500S "Introduction to nondestructive evaluation | The American Society of Nondestructive Evaluation | $8,000 | $8,000 | 100% | 05/01/2011-06/01/2012 |
| TOTAL | | | $459,424 | $434,424 | | |

2

CONFIDENTIAL

# EXHIBIT 54

THE UNIVERSITY OF TEXAS AT AUSTIN

## RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name:__Yeh, Hsin-Chih__ EID:__hy3982__ Present Rank:__Assistant Professor__

Years of Academic Service *(Include AY 2017-18 in each count)*:

At UT Austin since: _9/1/2012_ (month/day/year) Total Years at UT Austin:_6_

In Present Rank since: _9/1/2012_ (month/day/year) Total Years in Present Rank:_6_

*Tenure-track only:*
Number of Years in Probationary Status: _6_

Additional information:__N/A__

Primary Department:__Biomedical Engineering__

College/School:_Engineering, Cockrell School of_

Joint Department:__N/A__

College/School:_N/A__

Other Department(s):__N/A__

---

Recommendation actions[1]:

By Budget Council/Executive Committee: __Promote__

Vote[2] for promotion _12_; Against _0_; Abstain _0_; Absent _0_; Ineligible to vote _1_

By Department Chair: __Promote__

By College/School Advisory Committee: __Promote__

Vote[2] for promotion _7_; Against _0_; Abstain _0_; Absent _0_; Ineligible to vote _0_

By Dean: __Promote__

---

Administrative Action:__Promote to Associate Professor__

Date Action Effective: _September 1, 2018_
(To be submitted to the Board of Regents as part of the annual budget.)

By:_____ Date:__February 15, 2018__
For the President

---

[1]See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2]Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of committee members ineligible to vote should also be recorded. Enter zero where it would otherwise be blank.

EVPP/4.15

CONFIDENTIAL

UT Austin_0015089

 The University of Texas at Austin
**Cockrell School of Engineering**

**Dean's Assessment**
**Hsin-Chih (Tim) Yeh**
Department of Biomedical Engineering
Cockrell School of Engineering

Dr. Hsin-Chih Yeh received his BS in mechanical engineering in 1994 from the National Taiwan University and his MS in mechanical and aerospace engineering from UCLA in 1998. Between 1998 and 2003, he worked as a senior research and development engineer for Optical MicroMachines, Inc. in San Diego. Dr. Yeh received his PhD in mechanical engineering from Johns Hopkins University in 2008. He served as a postdoctoral fellow at Johns Hopkins and Los Alamos National Laboratory from between June 2008 and July 2012. He joined the Department of Biomedical Engineering at UT as an assistant professor in September 2012. If promoted to associate professor in September 2018, he will have accumulated six years of probationary service.

Dr. Yeh creates new nanomaterials that can be used as molecular probes, and develops new imaging tools for studying individual cells and molecular processes. His work provides new techniques for studying the dynamics, kinetics, and signaling of various processes in cells and tissues. Long-term, his work could lead to new techniques for disease detection and diagnosis. His work is central to biomedical imaging and instrumentation, which is one of the four core research areas within the Department of Biomedical Engineering.

Eight external letters were submitted as part of the promotion dossier, with four letter writers recommended by Dr. Yeh and four selected by the budget council. All the letter writers are faculty at US institutions: Columbia[1], Duke, Georgia Tech, Johns Hopkins, Penn, Rice, UC Irvine, and UCLA. One letter writer is a member of the National Academy of Engineering (NAE), and one is a member of the National Academy of Sciences (NAS). Two letter writers recommended by the budget council did not respond, and one recommended by the budget council declined citing lack of time and personal family issues.

<u>Teaching</u>
While in rank, Dr. Yeh has taught two undergraduate courses and two graduate courses:

- BME 113L/313L, *Introduction to Numerical Methods*
  Required undergraduate course
  Taught three times (average enrollment of 105 students)
  Instructor ratings: 3.8 to 4.4 | Course ratings: 3.2 to 3.9
- BME 354, *Molecular Sensors and Nanodevices for Biomedical Applications*
  Undergraduate elective
  Taught three times (average enrollment of 20 students)
  Instructor ratings: 4.6 to 4.8 | Course ratings: 3.9 to 4.4

---

[1] Technically, Dr. Leong is not arms' length because he is a co-author on a paper with Dr. Yeh. However, this paper involved researchers at multiple universities and Dr. Leong and Dr. Yeh did not collaborate directly.

- BME 381J, *Fluorescence Microscopy and Spectroscopy*
  Graduate elective
  Taught two times (average enrollment of 16 students)
  Instructor ratings: 4.2 to 4.8 | Course ratings: 4.0 to 4.5
- BME 385J, *Biomedical Micro- and Nanotechnology*
  Graduate elective
  Taught one time (enrollment of 7 students)
  Instructor rating: 4.8 | Course rating: 4.7

With the exception of the first time that Dr. Yeh taught a class with 100 students, his instructor ratings in individual courses have not fallen below 4.1. Senior faculty conducted peer evaluations in Prof. Yeh's courses four times. The comments about his lecture style and interactions with students are uniformly positive. Dr. Yeh attended the 2015 National Effective Teaching Institute, sponsored by the American Society for Engineering Education, and the Student Engineering Council recognized him with the Outstanding Faculty Award for the Department of Biomedical Engineering in 2016.

Research
Dr. Yeh's research is focused in two main areas: the development of novel nano-probes and sensors, and the development of new microscopy methods for tracking single molecules and particles. This microscopy method is called TSUNAMI (Tracking Single particles Using Nonlinear And Multiplexed Illumination), and allows three-dimensional tracking of the dynamics of molecules within cells with nanometer spatial precision. Highlights of his research accomplishments at UT include:

- 14 archival journal publications in rank (33 total). He has published 14 journal papers with his students at UT.
- Many of his papers in rank are published in high impact journals, such as *ACS Nano* (IF=13.9), *Journal of the American Chemical Society* (13.9), *Nature Communications* (12.1), and *Biophysical Journal* (3.6).
- 1 US patent awarded, 1 US patent application filed, and 1 international patent application filed in rank.
- An h-index of 21 (Google Scholar) and 2,670 citations

While in rank, Dr. Yeh has secured five research grants totaling $1.4 million in external funding (his share is $0.98 million). He is the PI on all five awards. He received an R21 award[2] from the National Institutes of Health (NIH) with a co-PI in BME and a co-PI from MD Anderson, and an award from the National Science Foundation (NSF) with a co-PI at Furman University. He has also received individual investigator awards from the Texas 4000 Foundation and the Welch Foundation.

The letters from the eight external reviewers were uniformly positive and identified his specific contributions to the field of single molecule tracking. Dr. Andrew Tsourkas (Department of Bioengineering, Penn) noted that Dr. Yeh's external funding was "not earth shattering," and then commented that it was "on par with what I have seen from many others going up for tenure."

---

[2] NIH Exploratory/Developmental Research Grant Award (R21)

CONFIDENTIAL

Advising and Student Mentoring
Dr. Yeh has graduated two PhD students in rank (1 co-advised). In addition, Prof. Yeh acted as a research mentor to one student who earned his PhD from UT in 2014 after his primary advisor (John Zhang) relocated to Dartmouth University. Dr. Yeh also mentored one postdoctoral fellow. Dr. Yeh is currently supervising four PhD students.

While in rank Dr. Yeh has advised 20 undergraduate students, six of whom have contributed to journal publications from his lab.

University Service
Dr. Yeh has served on six departmental committees, and is currently chair of the Graduate Studies Committee for BME. At the Cockrell School level, he is an active member of the Ad Hoc Math Curriculum Committee, which is working to address issues in the math curriculum for first- and second-year engineering students. Dr. Yeh has been also served as a mentor for the Taiwanese Student Association and the Travis County Christian Assembly Chinese Campus Fellowship.

Professional Service
Dr. Yeh's professional service has primarily been related to paper and proposal review. He has also served as session chair and/or on the technical program committee for several national and international conferences.

Other Evidence of Merit or Recognition
Dr. Yeh was one of two former postdoctoral associates to receive a Postdoctoral Publication Prize by Los Alamos National Laboratory in 2013. His teaching was also recognized with an Outstanding Teaching Award by the Student Engineering Council in 2016.

Overall Assessment
Dr. Yeh has developed a reputation as an outstanding researcher and has established a strong, sustainable research program. His teaching of both undergraduate and graduate courses is also outstanding. He has provided an appropriate level of service to the BME department and UT Austin, but has not assumed leadership roles outside the university.

Overall, I believe that Dr. Yeh's performance exceeds expectations in the areas of teaching and research and meets expectations in the area of service. Accordingly, I am pleased to provide my strong recommendation that Dr. Yeh be promoted to associate professor with tenure.

Sharon L. Wood, Dean
6 November 2017

3

UT Austin_0015092

## Candidate's Summary of Activities

(in rank for assistant professor; since last promotion for associate professors)

## Hsin-Chih "Tim" Yeh

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 14 / 33 |
| Peer-reviewed conference proceedings (in rank and total) | 4 / 14 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 14 |
| Total citations of all publications (career) from ISI Web of Knowledge | 1886 |
| h-index (career) from ISI Web of Knowledge | 16 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 2603 |
| h-index (career) from Google Scholar or Publish or Perish | 20 |
| Total external research funding raised in rank | $1.405M |
| Total external research funding raised in rank (candidate's share) | $0.975M |
| Total number of external grants/contracts awarded in rank | 5 |
| Number of external grants/contracts awarded in rank as PI | 5 |
| | |
| PhD students completed† | 2 |
| MS students completed† | 0 |
| PhD students in pipeline (as of 09/2017) † | 2 |
| MS students in pipeline (as of 09/2017) † | 0 |
| | |
| Number of courses taught | 9 |
| Total number of students taught in organized courses | 410 |
| Average instructor evaluation for UG courses | 4.38 |
| Average instructor evaluation for Grad courses | 4.6 |
| Average course evaluation for UG courses | 3.85 |
| Average course evaluation for Grad courses | 4.4 |
| Number of teaching awards | 1 |
| | |
| Student organizations advised | 2 (TCACF and TSA) |
| Undergraduate researchers supervised | 20 |
| Service on journal editorial boards | 0 |
| Number of symposia organized | 5 |

† Count a student as 1.0 if sole supervisor and 0.5 if co-supervised.

UT Austin_0015118

# Candidate's Summary on Research

(in rank for assistant professors; since last promotion review for associate professors)

## Table 1. Research Summary

| Metric | Value |
|---|---|
| Peer-reviewed journal publications (in rank and total) | 14 / 33 |
| Peer-reviewed conference proceedings (in rank and total) | 4 / 14 |
| Number of journal papers in rank with supervised student(s) from UT as co-author | 14 |
| Total citations of all publications (career) from ISI Web of Knowledge | 1886 |
| h-index (career) from ISI Web of Knowledge | 16 |
| Total citations of all publications (career) from Google Scholar or Publish or Perish | 2603 |
| h-index (career) from Google Scholar or Publish or Perish | 20 |
| Total external research funding raised in rank | $1.405M |
| Total external research funding raised in rank (candidate's share) | $0.975M |
| Total number of external grants/contracts awarded in rank | 5 |
| Number of external grants/contracts awarded in rank as PI | 5 |

## Table 2. External Grants and Contracts Awarded

| Role of Candidate and Co-Investigators | Title | Agency | Project Total | Candidate's Share | Grant Period |
|---|---|---|---|---|---|
| PI<br>Co-PI: Andrew Dunn, BME<br>Co-I: Mien-Chie Hung, UT MD Anderson Cancer Center | An integrated imaging tool for probing EGFR subcellular trafficking in real time | NIH-NCI | $430k | $250k | 6/1/15-5/31/18 |
| PI<br>Co-PI: Jeffrey Petty, Chemistry, Furman University | Engineering silver clusters for molecular measurement | NSF-CHE | $550k | $300k | 7/1/16-6/30/19 |
| PI | NanoCluster Beacons for highly specific DNA methylation detection | Welch Foundation | $375k | $375k | 6/1/13-5/31/19 |
| PI | An integrated tool for probing receptor trafficking and signaling in cancer cells | Texas 4000 Foundation | $25k | $25k | 9/1/14-8/31/15 |
| PI | Molecular trajectory as a biomarker for early detection of castration resistance | Texas 4000 Foundation | $25k | $25k | 2/17/17-2/16/18 |
| TOTAL | | | $1.405M | $0.975M | |

Notes:
   (1) For all projects, list the role of the candidate.
   (2) For projects with co-investigators, also list name, role (PI or Co-PI), and department (university if not UT) for each co-investigator.

UT Austin_0015157