IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* | § § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time seeking a one-week extension to file Defendant's Reply in Support of Motion for Partial Summary Judgment. Noting that the motion is unopposed and having determined that good cause exists for the requested extension, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's Unopposed Motion for Extension of Time is hereby GRANTED. Defendant's Reply shall be filed on or before November 5, 2021. All other deadlines and settings in this case, including the final pretrial conference and jury trial, remain unchanged.

Signed this ____ day of October, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE