IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* | § § § | |

**ORDER GRANTING DEFENDANT'S
SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

On this day, the Court considered Defendant's Second Unopposed Motion for Extension of Time seeking a one-week extension to file Defendant's Reply in Support of Motion for Partial Summary Judgment. Noting that the motion is unopposed and having determined that good cause exists for the requested extension, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's Second Unopposed Motion for Extension of Time is hereby GRANTED. Defendant's Reply shall be filed on or before November 12, 2021. All other deadlines and settings in this case, including the final pretrial conference and jury trial, remain unchanged.

Signed this ____ day of November, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE