# CREWS LAW FIRM, P.C.
## ATTORNEYS AT LAW

JOE K. CREWS  
*Board Certified, Personal Injury Trial Law*  
*Texas Board of Legal Specialization*  
ROBERT W. SCHMIDT

(512) 346-7077  
FAX (512) 342-0007  
www.crewsfirm.com

---

November 15, 2021

Clerk of Court                                      *Via CM/ECF system*  
United States District Court  
Western District of Texas; Austin Division  
501 West 5th Street, Suite 1100  
Austin, TX 78701

      Re:    Civil Action No. 1:19-cv-00877-RP  
                *Evdokia Nikolova v. University of Texas at Austin*  
                In the United States District Court; Western District of Texas; Austin Division

Dear Clerk:

Please be advised that I will be on a prepaid vacation during the following dates:

- **November 21 - December 8, 2021**

As co-counsel for plaintiff, I request that you do not set any matters for hearing or trial during the noted time periods.

By copy of this letter via the CM/ECF system, I am notifying all counsel of record of this schedule and request that they refrain from noticing and/or scheduling any depositions, hearings or meetings that would require a responsive pleading and/or attendance during this time.

Thank you for your consideration in this matter. If you have any questions, please contact me.

Sincerely,

CREWS LAW FIRM, P.C.

Robert W. Schmidt  
RWS/sgs

cc:    Robert Notzon  
        Benjamin L. Dower  
        Amy S. Hilton  
        (Notification via the CM/ECF system)