N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:19-CV-00877-RP |
| **UNIVERSITY OF TEXAS AT AUSTIN** | § § | |
| Defendant. | § § § | |

### [PROPOSED] ORDER

Before the Court is Defendant's Motion to Strike and Exclude Opinion and Testimony of Plaintiff's Expert Dr. Peter Glick. The Court, having considered the Motion and any response thereto, is of the opinion that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Strike and Exclude Opinion and Testimony of Plaintiff's Expert Dr. Peter Glick is GRANTED. The opinion and testimony is hereby directed to be STRICKEN from the record in this matter and EXCLUDED from consideration in this matter.

Signed this _____ day of _____, 2021.

_____
Robert Pitman
United States District Judge