IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

## ORDER

Having considered Plaintiff's opposed motion to for leave to file a sur-reply in opposition to Defendant's Motion for Partial Summary Judgment, the Court is of the opinion that it should be GRANTED. The Court therefore directs the Clerk to accept for filing in this case the sur-reply attached to Plaintiff's motion for leave.

So ORDERED, this ___ day of November, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1