IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA, §<br>　　*Plaintiff,* §<br>§<br>v. §　　Civil Action No.: 1:19-CV-00877<br>§<br>UNIVERSITY OF TEXAS AT AUSTIN, §<br>　　*Defendant.* § | |

### ORDER DENYING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered Plaintiff's opposed motion to for leave to file a sur-reply in opposition to Defendant's Motion for Partial Summary Judgment and the response thereto, the Court is of the opinion that Plaintiff's motion should be DENIED. The motion for leave is therefore DENIED.

SO ORDERED, this ____ day of _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE