IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENANT'S MOTION TO EXCLUDE
OPINION AND TESTIMONY OF PLAINTIFF'S EXPERT DR. PETER GLICK**

TO THE HONORABLE ROBERT PITMAN:

Evdokia Nikolova, Ph.D., ("Dr. Nikolova" or "Plaintiff") files this unopposed motion to file a response in opposition to Defendant's Motion To Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick (Dkt. #49) and shows the Court and Jury as follows:

1. Plaintiff's counsel filed notices with this Court and opposing counsel that both attorneys representing Plaintiff will be on pre-paid vacations beginning November 21, 2021, including that Plaintiff's counsel Robert W. Schmidt will be out of the country and on vacation (a first since the Covid pandemic) through December 9, 2021.

2. On November 16, 2021, Defendant filed a motion (Dkt. #49) to exclude the expert witness testimony of an expert designated by Plaintiff, Dr. Peter Glick, who is a leading scientist and expert in the scientific field relating to the study of discrimination, including sex and pregnancy discrimination.

3. Because Plaintiff's counsel will be out of the country on a preplanned vacation, Plaintiff's counsel respectfully requests an additional 14 days, until December 14, 2021, (five days after Plaintiff's counsel Schmidt returns) to file a response to Defendant's motion. The additional

1

time will allow Plaintiff's counsel time to provide the Court with briefing that will help the Court address the issues raised by Defendant.

4. If the extension is granted, Defendant's reply will be due on December 21, 2021.

5. This case is currently set for trial on March 7, 2022.

6. Plaintiff's counsel does not wish to delay this case or inconvenience the Court in any way. If the extension will not cause delay or inconvenience to the Court, Plaintiff's counsel respectfully requests the extension until December 14, 2021 to file Plaintiff's response to Defendant's motion to exclude plaintiff's expert witness.

7. As set forth in the below certificate of conference, Plaintiff's counsel conferred with opposing counsel, Darren Gibson, who stated that he will not oppose a motion to extend until December 14, 2021.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Dr. Nikolova respectfully requests that the Court grant her request to for an extension until December 14, 2021, to file a response to Defendant's Motion To Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick (Dkt. #49), and such other and further relief as the Court determines justice and fairness so require.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By:   /s/  Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews

State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

  I hereby certify that I conferred with Defendant's counsel Darren Gibson by email on the matter in this motion. Mr. Gibson stated that he will not oppose an extension until December 14, 2021 but would oppose Plaintiff counsel Schmidt's original request for an extension until December 16, 2021. Accordingly, to present this Court with an unopposed motion, Plaintiff is only seeking an extension for the period of time (until December 14, 2021) that Mr. Gibson will not oppose.

     /s/   Robert W. Schmidt
     Robert W. Schmidt

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 21, 2021, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Benjamin L. Dower
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov

     /s/   Robert W. Schmidt
     Robert W. Schmidt

3