IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

**ORDER**

Having considered Plaintiff's Unopposed Motion For Extension Of Time To File Response to Defendant's Motion To Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick (Dkt. #49), the Court is of the opinion that Plaintiff's motion should be GRANTED. The Court therefore ORDERS that Plaintiff shall be granted until December 14, 2021 to file a response to Defendant's Motion to Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick (Dkt. #49).

So ORDERED, this ___ day of November, 2021.

                                                            ROBERT PITMAN
                                                            UNITED STATES DISTRICT JUDGE