IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

### ORDER

Having considered Defendant's Motion To Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick (Dkt. #49), the Court is of the opinion that Defendant's motion should be DENIED. The Court therefore ORDERS that Defendant's Motion to Exclude Opinion And Testimony Of Plaintiff's Expert Dr. Peter Glick is DENIED.

So ORDERED, this ___ day of December, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1