UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Evdokia Nikolova | § § | |
| vs. | § § | NO:  AU:19-CV-00877-RP |
| University of Texas At Austin | § | |

**ORDER RESETTING TIME**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Wednesday, February 16, 2022 at 03:00 PM by video conference. The Courtroom Deputy will send out the link information prior to the hearing.

The parties should consult Local Rules CV-16(f)–(g) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document. If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

**SIGNED** on 1st day of February, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE