IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| EVDOKIA NIKOLOVA, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendant.* | § | |

## DEFENDANT'S EXHIBIT LIST

TO THE HONORABLE JUDGE PITMAN:

Rule CV-16(f) of the Court's Local Rules instructs the parties to file "[a]n appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises." LR CV-16(f)(4) (W.D. Tex.). In compliance with that rule, Defendant The University of Texas at Austin respectfully identifies the following exhibits:

| DEF'S EX. # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|
| 1 | HOP 2-2010. Academic Titles & Tenure | X | |
| 2 | HOP 2-2010. Extension of the Tenure Track Probationary Period | X | |
| 3 | HOP 2-2240. Modified Instructional Duties | X | |
| 4 | General Guidelines for Promotion & Tenure AY 2018–19 | X | |
| 5 | Cockrell School of Engineering Dossier-Promotion Checklist | X | |
| 6 | 2018–19 Evaluation Template P&T Committee | | X |
| 7 | 05/22/2013. Hiring committee emails | | X |
| 8 | 05/28/2013. Emails re hiring committee vote, extending offer | | X |
| 9 | 06/07/2013. Signed offer letter | | X |
| 10 | 10/08/2015. Nikolova's MID memoranda | X | |

Defendant's Exhibit List                                                                                                1

| DEF'S EX. # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|
| 11 | 11/20/2015. Nikolova probationary extension docs | X | |
| 12 | 11/20/2015. Letter approving probationary extension signed by Nikolova | X | |
| 13 | 04/13/2018. Nikolova MID memoranda | X | |
| 14 | 05/06/2018. Budget Council (first) vote on Nikolova promotion | | X |
| 15 | 05/31/2018. Nikolova's Revised Third-Year Review and transmission email | | X |
| 16 | 07/28/2018. Email thread regarding students, fiancé working on dossier (1) | | X |
| 17 | 08/02/2018. Email thread regarding students, fiancé working on dossier (2) | | X |
| 18 | 08/03/2018. Email thread regarding students, fiancé working on dossier (3) | | X |
| 19 | 09/10/2018. Budget Council (second) vote on Nikolova promotion | | X |
| 20 | 09/10/2018. Budget Council comments on Nikolova promotion | | X |
| 21 | 10/26/2018. Email thread re P&T Committee question (1) | | X |
| 22 | 10/26/2018. Email thread re P&T Committee question (2) | | X |
| 23 | 10/29/2018. Chair's letter in support of promoting Nikolova | | X |
| 24 | 11/14/2018. Email re P&T evaluation of Nikolova & evaluation | | X |
| 25 | 11/20/2018. Dean's Assessment of Nikolova | X | |
| 26 | Texts between Tewfik & Nikolova (Nov. 2018–March 2019) | | X |
| 27 | 03/01/2019. Email re unsolicited recommendation letter | | X |
| 28 | 03/25/2019. Nikolova letter to CCAFR | | X |
| 29 | 03/25/2019. Nikolova final argument letter to Fenves | | X |
| 30 | 03/26/2019. Nikolova email submitting final argument letter | | X |
| 31 | 03/26/2019. Nikolova email submitting CCAFR letter | | X |
| 32 | 04/24/2019. Reminder email regarding peer teaching evaluation | X | |
| 33 | 04/25/2019. Emails reassigning Nikolova's peer teaching evaluation | X | |

| Def's Ex. # | Description | Expects to Offer | May Offer |
|---|---|---|---|
| 34 | 05/07/2019. Email thread between Nikolvoa & Julien regarding teaching evaluation | X | |
| 35 | 05/07/2019. Emails submitting teaching evaluation | X | |
| 36 | 05/10/2019. Letter submitting EEOC Charge & Charge | | X |
| 37 | 05/13/2019. President's letter responding to CCAFR sub-committee letter | | X |
| 38 | 06/13/2019. EEOC's right-to-sue letter | | X |
| 39 | 09/05/2019. Emails regarding senior design supervision (1) | X | |
| 40 | 09/06/2019. Emails regarding senior design supervision (2) | X | |
| 41 | 09/06/2019. Emails regarding senior design supervision (3) | X | |
| 42 | 09/06/2019. Emails regarding senior design supervision (4) | X | |
| 43 | 09/16/2019. Nikolova's MID memoranda | | X |
| 44 | 09/20/2019. Nikolova's probationary extension docs | | X |
| 45 | 05/13/2020. Emails regarding missing FARs | X | |
| 46 | 05/17/2020. Orshansky's rating for Nikolova | X | |
| 47 | 05/17/2020. Caramanis's rating for Nikolova | X | |
| 48 | Nikolova's Tenure Dossier | X | |
| 49 | 2019–20 ECE Faculty Annual Performance Rankings | X | |
| 50 | Expert Report of Donald R. Deere, Ph.D. (Dkt. #35-1) | | X |
| 51 | 15–16 Department Annual Review (UT Austin_0026196) | X | |
| 52 | 16–17 Department Annual Review (UT Austin_0026197) | X | |
| 53 | 17–18 Department Annual Review (UT Austin_0026198) | X | |
| 54 | 18–19 Nikolova Annual Review (UT Austin_0026203) | X | |
| 55 | 07/15/2013. Email regarding Nikolova's Offer Salary (UT Austin_0008200) | | X |
| 56 | 05/04/2016. Email 16–17 Merit Raises (UT Austin_0007343) | | X |
| 57 | 08/03/2017. Email regarding 17–18 Merit Raises (UT Austin_0017526) | | X |
| 58 | 08/03/2017. Email Attachment (UT Austin_0017528) | | X |
| 59 | 07/02/2018. Email 18–19 Merit Raises (UT Austin_0026425) | | X |
| 60 | 07/02/2018. Email Attachment (UT Austin_0026426) | | X |
| 61 | 06/14/2019. Email 19–20 Merit Raises (UT Austin_0026711) | | X |
| 62 | Salary Spreadsheet ECE 2009-19 (UT Austin_0026708) | X | |

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov

**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
**COUNSEL FOR UT AUSTIN**

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division