IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| EVDOKIA NIKOLOVA, | § |  |
| :--- | :--- | :--- |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendant.* | § | |

## DEFENDANT'S WITNESS LIST AND DEPOSITION DESIGNATIONS

TO THE HONORABLE JUDGE PITMAN:

Rule CV-16(f) of the Court's Local Rules instructs the parties to file "[t]he name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises." LR CV-16(f)(5) (W.D. Tex.). In compliance with that rule, Defendant The University of Texas at Austin ("UT Austin") respectfully identifies the following witnesses:

| WITNESS NAME | ADDRESS & PHONE # (only if *not* previously provided) | EXPECTS TO CALL | MAY CALL |
| :--- | :--- | :---: | :---: |
| Gregory L. Fenves | Not applicable. | X | |
| Sharon Wood | Not applicable. | X | |
| Ahmed Tewfik | Not applicable. | X | |
| Christine Julien | Not applicable. | X | |
| Jerry Speitel | Not applicable. | X | |
| Evdokia Nikolova | Not applicable. | X | |
| Carmen Shockley | Not applicable. | X | |
| Sujay Sanghavi | Not applicable. | | X |
| Michael Orshansky | Not applicable. | | X |
| Constantine Caramanis | Not applicable. | | X |
| Shane Thompson | Not applicable. | | X |

Defendant's Witness List
and Deposition Designations                                                                                        1

| WITNESS NAME | ADDRESS & PHONE # (only if not previously provided) | EXPECTS TO CALL | MAY CALL |
|---|---|---|---|
| John Dalton | Not applicable. | | X |
| Donald R. Deere | Not applicable. | | X |

Rule CV-16(f) further instructs the parties to file "[t]he name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony." LR CV-16(f)(6) (W.D. Tex.). UT Austin hopes to call its former president Gregory L. Fenves as a live witness at trial. However, as President Fenves presently resides and works in the State of Georgia[1], well over 100 miles from this Honorable Court, UT Austin is prepared to present his testimony by means of a deposition if necessary. *See* FED. R. EVID. 804(b)(1); FED. R. CIV. P. 45(c). A similar obstacle may be posed by Ahmed Tewfik, who is currently on leave from his employment at UT Austin and has been temporarily residing in California. For both witnesses, UT Austin is still in the process of securing their live testimony and may be interested in exploring the possibility of one or the other testifying remotely from out-of-state with the Court. Based on a reasonable expectation that the witnesses will be called live—and by agreement between the parties—neither party is submitting deposition page-line excerpts at the present time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

---

[1] *See* About President Fenves, Emory University, https://president.emory.edu/about/index.html ("Gregory L. Fenves was named Emory's president in 2020.") (last accessed January 29, 2022).

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov

**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division