UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA<br>    Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CASE NO. 1:19-cv-00877-RP |
| UNIVERSITY OF TEXAS AT<br>AUSTIN,<br>    Defendant. | §<br>§<br>§<br>§ | |

**PLAINTIFF'S STATEMENT OF THE CASE AND ESTIMATE OF TRIAL LENGTH**

TO THE HONORABLE ROBERT PITMAN:

**STATEMENT OF THE CASE:**

Dr. Nikolova has filed suit against UT Austin for gender and pregnancy discrimination and retaliation. UT hired Dr. Evdokia Nikolova as an Assistant Professor of Computer Engineering in 2014. UT recruited her away from Texas A&M, where she had taught for two and a half years. At UT, the promotion process for Assistant Professors like Dr. Nikolova is referred to as "going up for tenure." Being approved for, or "getting tenure" means the faculty member gets a pay increase and substantial job protections. UT's engineering department where Dr. Nikolova worked determined that Dr. Nikolova's performance met the standards for promotion and tenure and put her "up for tenure" in 2018. The Department Chair, the tenured faculty in her department and the College of Engineering's tenure and promotion committee all overwhelmingly recommended in favor of Dr. Nikolova's tenure, as well as prestigious scientists at other top universities. UT's Dean of Engineering, Sharon Wood, however, recommended to deny tenure to Dr. Nikolova. UT's President, Greg Fenves, followed Dean Wood's recommendation and made the decision to deny tenure to Dr. Nikolova. Dr. Nikolova asserts that her gender and/or her two pregnancies while at UT before she went up for tenure were motivating factors in UT's denial of her tenure. Dr.

1

Nikolova will present evidence that she deserved tenure and compared favorably with other faculty who received tenure but were either male or who were not pregnant during the review period. She will also show that the reasons UT gave for denying tenure – that she went up for tenure "early" and that her teaching, publications and grant funding were not acceptable – are false and not credible. Dr. Nikolova will also show that UT retaliated against her after she opposed discrimination, and paid her less than male Assistant Professors in her department because of her gender.

## ESTIMATE OF TRIAL LENGTH

Plaintiff's counsel estimates the trial will take five days, not including jury deliberations.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By:  /s/  Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Benjamin L. Dower
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov

                                     /s/   *Robert W. Schmidt*
                                          Robert W. Schmidt