UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA<br>    Plaintiff,<br><br>V.<br><br>UNIVERSITY OF TEXAS AT<br>AUSTIN,<br>    Defendant. | §<br>§<br>§<br>§   CASE NO. 1:19-cv-00877-RP<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S WITNESS LIST**

TO THE HONORABLE ROBERT PITMAN:

In accordance with Local Rule 16(f)(5), Plaintiff Evdokia Nikolova submits this list of trial witnesses.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By:   /s/  Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Benjamin L. Dower
Office of the Attorney General of Texas
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov

                                  /s/   *Robert W. Schmidt*
                                      Robert W. Schmidt

## PLAINTIFF'S WITNESS LIST

**Witnesses Expected To Be Presented**

1. Evdokia Nikolova
2. Jimmy Horn
3. Jennifer Welch
4. Gregory Fenves
5. Carmen Shockley
6. Sharon L. Wood
7. Ahmed Tewfik
8. Christine Julien
9. Jonathan Valvano
10. John Dalton
11. Tom Glass
12. Shane Thompson
13. Peter Glick
14. Silvana Krasteva

**Witnesses Who May Be Called If Needed:**

15. Gerald Spietel
16. Sanjay Shakkottai
17. Mattan Erez
18. Dan Wasserman
19. Robert Heath
20. Yale Patt

21. Jeffrey Andrews

22. David Solovich

23. Emanuel Tutuc (c/o UT Austin)

24. Brian Evans (c/o UT Austin)

25. Martha Hilley (c/o UT Austin

26. Deborah Parra-Medina (c/o UT Austin)

27. Paulina Turner Strong (c/o UT Austin)

28. Patrick Jaillet

29. Pascal Van Hentenryck

30. Manuel Blum

31. Eleonore Blum

32. Marianna Nodale

33. John Sigman

34. Thanasis Lianeas

35. Grace Zhuang

Pursuant to the Federal Rules of Civil Procedure, Plaintiff reserves the right to call/examine any witness designated or called by Defendant and to call any witnesses required for rebuttal or impeachment purposes.