UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA**<br>    Plaintiff, | §<br>§<br>§ | |
| V. | § | CASE NO. 1:19-cv-00877-RP |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,**<br>    Defendant. | §<br>§<br>§<br>§ | |

## JOINT MOTION FOR JURY QUESTIONNAIRE

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Evdokia Nikolova and Defendant University of Texas at Austin jointly submit the proposed Jury Questionnaire attached as Exhibit A and respectfully request that this Honorable Court send the questionnaire to the jury panel in this case and ask that the prospective jurors return the questionnaire in advance of trial for review by the parties and the Court. The parties believe that the additional information obtained from the questionnaire will assist the parties and Court in selecting a jury in this case.

Respectfully submitted:

/s/ Robert W. Schmidt
ROBERT W. SCHMIDT
State Bar No. 17775429
JOE K. CREWS
State Bar No. 05072500
CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com
crews@crewsfirm.com

**KEN PAXTON**
Attorney General of Texas
**BRENT WEBSTER**
First Assistant Attorney General
**GRANT DORFMAN**
Deputy First Assistant Attorney General
**SHAWN COWLES**
Deputy Attorney General for Civil Litigation
**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

/s/ Benjamin L. Dower
**BENJAMIN L. DOWER**

1

| | |
|---|---|
| Robert Notzon | Assistant Attorney General |
| The Law Office of Robert Notzon | Texas State Bar No. 24082931 |
| Texas Bar No. 00797934 | benjamin.dower@oag.texas.gov |
| 1502 West Avenue | |
| Austin, Texas 78701 | Office of the Attorney General |
| (512) 474-7563 | General Litigation Division |
| (512) 852-4788 facsimile | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| ATTORNEYS FOR PLAINTIFF | (512) 463-2120 / Fax (512) 320-0667 |
| | |
| | ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

On February 15, 2022, I electronically submitted the foregoing document with the Clerk of the Court of the United States District Court for the Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedure (5)(b)(2).


/s/ Robert W. Schmidt
Robert W. Schmidt