**JUROR QUESTIONNAIRE – CONFIDENTIAL, TO BE USED FOR THIS JURY TRIAL ONLY**
The only purpose of this questionnaire is to assist in the more efficient selection of a jury.
**Do NOT research anything about this case or the persons listed in this questionnaire. Please use the back of the questionnaire if you need more space for your answers. Thank you for your assistance.**

| 1. Name:<br><br>Age:<br><br>Place of birth: | 2. Highest grade you completed in school:<br><br>If college, please list any degrees received: | 3. Your current employer (if not working, what & where was your last job):<br><br>City and state:<br><br>Type of business:<br><br>Job title/duties:<br><br>How long have you worked for this employer? |
|---|---|---|
| 4. What is your current employment status?<br>☐ Employed full time<br>☐ Employed part time<br>☐ Self-employed<br>☐ Unemployed<br>☐ At home<br>☐ Full-time student<br>☐ Retired | 5. Marital Status:<br>☐ Divorced and Remarried<br>☐ First Marriage<br>☐ Domestic Partner<br>☐ Divorced<br>☐ Widowed<br>☐ Never Married<br>☐ Separated<br><br>Spouse's/significant other's occupation:<br><br>His/her education background:<br><br>His/her job duties: | 6. Number of children, if any, and stepchildren and ages:<br><br><br>Children's occupations:<br><br><br>Parent's occupations (If retired or deceased, previous occupations): |
| 7. What is your current address?<br><br>Do you rent or own your place of residence? (Check all that apply.)<br><br>__ Own<br>__ Rent<br>__ Live with friends<br>__ Live with relatives<br><br>How long have you lived at your current address? | 8. Have you ever managed or supervised others as part of your job?<br>☐ YES        ☐ NO<br><br>If YES, please explain:<br><br><br><br>If YES, have you ever had to discipline or fire someone for any reason?<br>☐ YES        ☐ NO<br><br>If YES, please explain: | 9. Have you ever served in the military?<br>☐ YES        ☐ NO<br><br>If YES, please answer:<br><br>Branch of service: _____<br><br>Dates of service: _____<br><br>Type of discharge: _____ |

1

| | | |
|---|---|---|
| 10. Have you or a family member ever been a Plaintiff or Defendant in a lawsuit (Plaintiff = person suing, Defendant = person being sued)?<br><br>☐ YES ☐ NO<br><br>If YES, were you the:<br>☐ Plaintiff ☐ Defendant<br><br>If YES, what type of case was it?<br><br><br>What was the result? | 11. Have you ever served on a jury?<br><br>☐ YES ☐ NO<br><br>If YES, what was the case?<br><br>☐ Civil ☐ Criminal<br><br>Were you the foreperson?<br><br>☐ YES ☐ NO<br><br>Did you reach a verdict?<br><br>☐ YES ☐ NO | 12. Have you, a close friend or family member ever worked in the legal field?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: |
| 13. Have you, a family member, or close friend **ever been discriminated against** by an employer because of race, national origin, sex, age, religion, or disability status?<br><br>☐ YES ☐ NO<br><br>If YES, please describe the discrimination and how the matter was resolved: | 14. Have you, a close friend or family member, or a business you worked for **ever been accused of** discrimination?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 15. Have you or a family member ever been terminated or fired from employment?<br><br>☐ YES ☐ NO<br><br>If YES, please explain the circumstances: |
| 16. Have you or a family member ever been directly responsible for firing employees?<br><br>☐ YES ☐ NO<br><br>If YES, have you ever fired someone and if so, please explain the circumstances: | 17. Have you, a close friend or family member, or a business you worked for ever been accused of firing someone unfairly?<br><br>☐ YES ☐ NO<br><br>If YES, please explain: | 18. Have you, a close friend, or a family member ever filed a grievance or complaint against an employer?<br><br>☐ YES ☐ NO<br><br>If YES, please describe the grievance or complaint and how it was resolved. |
| 19. What, if any, courtroom or law-related to shows do you watch or have you watched? | 20. Have you or a family member ever been employed by or been at student at the University of Texas?<br><br>☐ YES ☐ NO<br><br>What dates of employment or where they a student?<br><br>What position? | 21. Have you read, seen, or heard anything about this case?<br><br>☐ YES ☐ NO<br><br>Only if the answer is YES:<br>What have you read, seen, or heard?<br><br>Where did you hear the information?<br><br>Have you formed any opinions about this case?<br><br>☐ YES ☐ NO |

2

| 22. What hobbies or recreational activities do you like to do in your spare time? | 23. How long have you lived in Central Texas?<br><br>What was your previous place of residence? | 24. Is there any reason why you think you might not be a good juror for this case? |
|---|---|---|
| 25. Do you know any of the people listed below?<br><br>☐ YES          ☐ NO<br><br>If YES, please circle the names of the people you personally know.<br><br>Evdokia Nikolova<br>Greg Fenves<br>Sharon Wood<br>Jerry Spietel<br>Ahmed Tewfik<br>Carmen Shockley<br>John Dalton<br>Christine Julien | Jimmy Horn<br>Jennifer Welch (College Station)<br>Silvana Krasteva<br>Sujay Sanghavi<br>Tom Glass<br>Jonathan Valvano<br>Shane Thompson (Castle Rock, CO) | Michael Orshansky<br>Constantine Caramanis<br>Donald R. Deere<br>Mattan Erez<br>Dan Wasserman<br>Robert Heath<br>Yale Patt |

**Write below and on the back of the pages if you need more space.**

3