UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA<br>    Plaintiff, | §<br>§<br>§ | |
| V. | § | CASE NO. 1:19-cv-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    Defendant. | §<br>§<br>§ | |

# ORDER

On this day came on for consideration the parties Joint Motion for Juror Questionnaire. After reviewing the motion and the file in the above-styled cause, the Court enters the following order:

IT IS ORDERED that the Joint Motion for Juror Questionnaire is GRANTED. The Court staff is directed to send the questionnaire to the jury panel in this case with instructions that the questionnaire be completed and returned by a date before the start of trial as determined by Court staff.

SIGNED this _____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1