THE UNIVERSITY OF TEXAS AT AUSTIN                    Date: 09/04/2014

### RECOMMENDATION FOR CHANGE IN ACADEMIC RANK/STATUS

Name: El Mohtar, Chadi S.          EID: cm34663   Present Rank: Assistant Professor

Years of Academic Service *(Include AY 2014-15 in each count)*:

At UT Austin since: 09/01/2008   In Present Rank: 7.00   In Probationary Status (TT only): 6
    (month/day/year)              (# of years)                              (# of full years)

Primary Department: Civil, Architectural, and Environmental Engineering College/School: Cockrell School of Engineering

Joint Department: ‾                            College/School: ‾

Other Department(s): ‾

---

Recommendation actions[1]:

By Budget Council/Executive Committee: Promote

Vote[2] for promotion 24 ; Against 0 ; Abstain 1 ; Absent 2 ; Ineligible to vote 0

By Department Chair: Promote

By College/School Advisory Committee: Promote

Vote for promotion 6 ; Against 1 ; Abstain 0 ; Absent 0

By Dean: Promote

---

Administrative Action: Promote to Associate Professor

Date Action Effective: September 1, 2015
(To be submitted to the Board of Regents as part of the annual budget.)

By: _____          Date: December 17, 2014
          For the President

---

[1]See "Chart of Recommended Actions" for eligible recommended actions applicable to specific conditions and administrative levels.
[2]Record all votes for and against promotion, abstentions by eligible voting members, and the number of absent eligible voting members. The number of budget council/executive committee members ineligible to vote due to rank should also be recorded. Enter zero where it would otherwise be blank.

EVPP/10.14


EXHIBIT
P's 168

CONFIDENTIAL                                        UT Austin_0011225



**THE UNIVERSITY OF TEXAS AT AUSTIN**
COCKRELL SCHOOL OF ENGINEERING

*Office of the Dean · 301 E. Dean Keeton Street, C 2100 · Austin, Texas 78712-2100*

**Dean's Assessment**
Chadi S. El Mohtar
Department of Civil, Architectural and Environmental Engineering

Dr. Chadi El Mohtar received his BS degree in civil engineering from Beirut Arab University in 2001, his MS degree in civil engineering from Michigan State University in 2003, and his PhD degree in civil engineering from Purdue University in 2008. Dr. El Mohtar joined the faculty in the Department of Civil, Architectural and Environmental Engineering at the University of Texas at Austin in September 2008. If successfully promoted to associate professor in September 2015, Dr. El Mohtar will have served in probationary status for six years, and in the rank of assistant professor for seven years.

Ten external references were submitted as part of the promotion dossier, five were chosen by the candidate and five were chosen by the budget council. The letter writers comprise faculty from nine universities in the US, including UC Davis, Texas A&M, Georgia Tech, Washington, Michigan, and Cornell. Two are members of the National Academy of Engineering. The final external referee is a faculty member from Europe and he is a foreign associate of the National Academy of Engineering.

<u>Teaching</u>
Dr. El Mohtar taught three different courses (total of 16 classes) while in rank. This includes two undergraduate courses (CE 357, *Geotechnical Engineering* [nine times], and CE 375, *Earth Slopes and Retaining Structures* [two times]) and one graduate course (CE 387L.1, *Consolidation and Shearing Properties of Soils* [five times]). CE 357 is a required course for all undergraduates in civil and architectural engineering, CE 375 is a senior-level elective, and CE 387L.1 is a required course for all graduate students in the geotechnical engineering program.

At the undergraduate level, Dr. El Mohtar's average instructor rating is 4.2 and his average course rating is 3.9, which is comparable with the average ratings in the department (4.07) and school (4.01). His instructor ratings in undergraduate courses indicate low scores in the first semester that he teaches a course (3.4 in CE 357 and 3.8 in CE 375) and a significant improvement in the subsequent offerings. For instance, in CE 357, Dr. El Mohtar's instructor ratings have been above 4.0 every other semester.

At the graduate level, Dr. El Mohtar's average instructor rating is 3.6 and his average course rating is 3.5. These ratings are considerably below the average ratings for the department (4.09) and school (4.19). However, his ratings have improved with time in this course also (increasing from 3.2 to 3.9). The department chair and the budget council statements discuss in detail the issue relating to Dr. El Mohtar's performance in the graduate class. In short, the geotechnical engineering group decided to merge two graduate courses into one, and Dr. El Mohtar was tasked with teaching it. In addition to merging the course content, he introduced modern laboratory experiments into the course. The students believe that too much material is covered in the course and the lab component introduces logistical and work load problems.

The peer evaluations and student comments indicate that Dr. El Mohtar is an effective, organized teacher who cares about the classes he teaches and spends considerable time preparing for the classes. A number of peer evaluations indicate that Dr. El Mohtar incorporates some novel techniques, such as the use of music and innovative flash cards to increase the participation of the students. The undergraduate evaluations during the first instance of teaching pointed to deficiencies symptomatic of lack of experience, but subsequent evaluations broadly reflect an incorporation of feedback and improvement.

CONFIDENTIAL

Dr. El Mohtar's teaching statement indicates that he takes the student and peer evaluation feedback very seriously to improve and revise the course structure. Consistently with such an approach, Dr. El Mohtar has actively sought training opportunities to improve his teaching skills. For instance, he attended the six-day American Society of Civil Engineers (ASCE) Excellence in Civil Engineering Education (ExCEEd) teaching workshop and he sought the advice of experts from the Center for Teaching and Learning.

<u>Research</u>
Dr. El Mohtar's research is in the area of geotechnical engineering and deals with modifying in-place soils to improve their behavior during extreme loading from natural sources (such as earthquakes, hurricanes, and floods) and loads from the built environment. His research aims to engineer pore fluids and soils to enhance resilience under adverse or extreme loading conditions. As a means to this, Dr. El Mohtar has experimentally studied the fundamental aspects of viscous flow in porous media by relating rheological properties of the fluids and suspensions to the mechanical and hydraulic characteristics of soil.

Dr. El Mohtar has published 14 refereed archival journal papers in rank (including one in press, 15 career total). Four of these papers are based on his research as a PhD student at Purdue and one is based on his research as an MS student at Michigan State. However, all were written while Dr. El Mohtar served on the faculty at UT. Of the nine papers that are based on research conducted at UT, Dr. El Mohtar's sole-supervised PhD student is a co-author on six, his co-supervised PhD student is a co-author on two, and an MS student is a co-author on one[1]. The papers have appeared in high-quality journals, such as ASTM *Geotechnical Testing Journal*, ASCE *Journal of Geotechnical and Geoenvironmental Engineering*, *Clay and Clay Minerals*, and *British Geotechnique Journal*. Dr. El Mohtar has also published eight refereed conference papers (twelve career total).

While on the faculty, Dr. El Mohtar has secured a total of $1.7 million in research funding (his share is almost $1.1 million). Although 14 grants and contracts are listed on Dr. El Mohtar's CV, his funded research can be divided into six categories: (1) containment of non-aqueous phase liquid (funded by the Texas Hazardous Waste Research Center with additional funding from consulting engineering firms), (2) performance of drilled shaft retaining walls (funded by the Texas Department of Transportation with additional funding from consulting engineering firms), (3) liquefaction hazard evaluation (funded by the National Science Foundation), (4) balancing rheology and filtration (funded by the National Science Foundation – CAREER Award), (5) investigation of the interaction between drilling fluids and well formation (funded by a joint industry project through the Center for Petroleum and Geosystems Engineering), and (6) laboratory testing (funded by industry service contracts). The majority of Dr. El Mohtar's funding is from federal sources (NSF provided over $1 million of the $1.7 million), he has also secured funding from the state and industry. Dr. El Mohtar has collaborated with a number of senior researchers on these projects, but his expertise related to laboratory testing of soils is clearly identifiable.

The external letters are strong, and address in great detail the significance of Dr. El Mohtar's research.

Dr. Thomas O'Rourke (Cornell, NAE) writes "His work in this area has established him as one of the leading researchers in this field. His research findings are stimulating additional investigations for field implementation of liquefaction remediation. I think that Dr. El Mohtar's development to date is consistent with the highest quality academics in his cohort at research-intensive universities. He shows substantial promise for professional growth and leadership. Based on my knowledge of his work and my review of the materials sent to me, I recommend him strongly for advancement to tenure and Associate Professor."

Dr. Edward Kavazanjian (Arizona State, NAE) writes, "In summary, I believe Dr. Chadi El Mohtar has established himself as one of the leading young investigators among his colleagues at US Universities. He

---

[1] The budget council statement refers to seven papers that were developed on topics distinct from Dr. El Mohtar's PhD research.

2

has an excellent record of scholarly publications that have made significant contributions to the field. I have no reason to believe he will not continue to grow professionally, assume a leadership position in the geotechnical field, and make additional contributions to the field."

Dr. Roman Hryciw (Michigan) writes, "Professor El Mohtar has provided our profession with excellent experimental data and analytical explanations for the permeation of soils with bentonite suspensions. I would consider him a leading expert in this area today. I will conclude my assessment with a strong endorsement of tenure and promotion for Dr. Chadi El Mohtar to rank of Associate Professor at the University of Texas."

Dr. Susan Burns (Georgia Tech) states, "Dr. El Mohtar's work on the engineering behavior and rheology of bentonite has been remarkably thoughtful and forward thinking, with emphasis on the fundamental, dynamic behavior of bentonite suspensions, modified with polymers and surfactants. Thus Dr. El Mohtar has established an active research group, and has a record of publishing his work in the highest quality research journals in our field. His rate of publication has been especially impressive given the inherent difficulty in establishing such meticulously detailed experimental work."

A few of the letter writers did identify concerns with the case. Dr. Kavazanjian (Arizona State, NAE) noted that Dr. El Mohtar's CAREER award "appears to be the only substantial sponsored project (i.e. project in excess of $100,000) on which he is the lead investigator." Dr. John Germaine (MIT) commented that "Chadi is a bit behind on publications, but the rate has picked up in the last two years to a typical pace." And Dr. Jean-Louis Briaud (Texas A&M) stated that "His number of graduated PhD students is a bit low with one PhD student graduated although it is a very productive student."

In spite of these reservations, all external reviewers indicated that Dr. El Mohtar exhibited great promise for further professional growth and leadership.

<u>Advising and Student Mentoring</u>
Dr. El Mohtar has graduated two PhD students (one co-supervised) and seven MS students (one co-supervised). He is currently supervising three PhD students and one MS student (co-supervised). He has advised and mentored 15 undergraduate students in research, ten from UT and five as summer interns from other universities. Four of these undergraduate students have pursued graduate degrees.

Dr. El Mohtar also serves as the faculty advisor to the graduate student chapter of the ASCE Geo-Institute and he has served for the past two years as the graduate admissions coordinator for the geotechnical engineering group. In the latter role, he processes approximately 100 applications each year, coordinates recruiting visits, advises and mentors new students, and advises all MS students who pursue a coursework-only degree.

<u>University Service</u>
Dr. El Mohtar has served on several committees within the department, including the Curriculum Committee, ABET Review Committee, and Graduate Curricula and Policies Committee. He has also served on a faculty search committee for a position in geotechnical engineering and as graduate admissions coordinator for the geotechnical engineering area.

<u>Professional Service</u>
Dr. El Mohtar has been active in technical committees within the American Society for Testing and Materials (ASTM) and ASCE. He has served as an officer of two ASTM committees or work groups. He has organized sessions at two conferences and participates on three technical committees.

3

UT Austin_0011228

Other Evidence of Merit or Recognition

Dr. El Mohtar has received two major awards while in rank: (1) an NSF CAREER award in 2012 and (2) the Arthur Casagrande Professional Development Award from the Geo-Institute of ASCE in 2014. The Casagrande Award recognizes a young professional (35 years of age or younger) who is an outstanding practitioner, researcher, or teacher of geotechnical engineering in the U.S. His students also received a Best Student Paper Award at the 7th International Conference on Remediation of Contaminated Sediments.

Overall Assessment

Dr. El Mohtar experienced a slow start at UT. He is an experimentalist and it took a while for him to establish his laboratory, secure research funding, and publish papers related to his independent work. However, his productivity has increased dramatically in the past three years and he has a sound vision for his future research. He also experienced some start-up problems in the classroom, but has demonstrated a commitment to undergraduate teaching, and is making progress in his graduate course. He has a solid record of graduate student supervisions, and has been active in service activities within the university and within professional organizations. He has been recognized with two noteworthy awards.

I am quite familiar with this case, because I served as the department chair in civil, architectural and environmental engineering when Dr. El Mohtar joined the faculty. I met with him frequently during his probationary period, and also met with his mentors, to monitor his progress.

The promotion and tenure committee supported promotion of Dr. El Mohtar, but the case generated considerable discussion. The one negative voter indicated that this case was very similar to another considered this year, and decided to vote the same way on both. I agree that there are many similarities between the two cases, but there are also some significant differences: (1) Dr. El Mohtar was hired because of his interest and expertise conducting laboratory experiments. None of the other faculty members in the group work in this area. Therefore, he had to rebuild the soils testing labs from scratch and he could not rely on experienced graduate students or technical staff within the group. He introduced state-of-the-art testing for research and teaching, and he trained a new staff member during his first two years on the faculty. (2) Dr. El Mohtar collaborated with a number of senior faculty members within the geotechnical engineering group, but his areas of expertise complemented those of his colleagues, and his contributions to the projects are distinct. (3) Dr. El Mohtar has received two significant external awards.

Accordingly, I believe that Dr. El Mohtar meets expectations for promotion to associate professor and recommend promotion.

Sharon L. Wood, Dean
16 November 2014

4

UT Austin_0011229

**CHADI S. EL MOHTAR, Ph.D.**
ASSISTANT PROFESSOR
DEPARTMENT OF CIVIL, ARCHITECTURAL AND ENVIRONMENTAL ENGINEERING
THE UNIVERSITY OF TEXAS AT AUSTIN

**Master Promotion Summary Table**

## Statistical Summary for "In Rank"

| Metric | Value |
|---|---|
| Peer-reviewed Journal Publications | 14 |
| Peer-reviewed Conference Publications | 9 |
| Corresponding Author on Peer-Reviewed Publications | 11 |
| Total Citations of all Publications (career)* | 92 |
| h-index (career)* | 6 |
| Google Scholar Total Citations of all Publications (career) | 103 |
| Google Scholar h-index (career) | 6 |
| Total Research Funding ($) | $1,728,655 |
| Candidate Share Research Funding ($) | $1,089,519 |
| Total Number of Grants/Contracts Received | 14 |
| Number of Grants/Contracts Received as PI | 8 |
| | |
| PhD Students Completed (count 1 if sole advisor, 0.5 if co-advised) | 1.5 |
| MS Students Completed (count 1 if sole advisor, 0.5 if co-advised) | 6.5 |
| PhD Students in Pipeline (as of 09/2014) (count 1 if sole advisor, 0.5 if co-advised) | 3⁺ |
| MS students in Pipeline (as of 09/2014) (count 1 if sole advisor, 0.5 if co-advised) | 0.5 |
| | |
| Courses Taught | 16 |
| # of Students Taught | 535 (UG: 432 and Grad: 103) |
| Average Instructor Evaluation UG | 4.19 (last 3 years: 4.36) |
| Average Instructor Evaluation Grad | 3.64 (last 3 years: 3.77) |
| Average Course Evaluation UG | 3.93 (last 3 years: 4.00) |
| Average Course Evaluation Grad | 3.50 (last 3 years: 3.63) |
| Teaching Awards | 0 |
| | |
| Student Organizations Advised | 1 |
| Undergraduates Supervised | 15 |
| Journal Editorial Boards | 0 |
| Symposia Organized | 2 |

*Source:
☒ Publish or Perish
☐ ISI Web of Knowledge

** = $\Sigma$(course GPA x course enrolment)/$\Sigma$course enrolment
⁺This number includes 1 PhD student that will be appointed my new WW JIP project on 09/2014.

CONFIDENTIAL

UT Austin_0011255

## 2. TEACHING

### Budget Council Statement

Prepared by Robert B. Gilbert

Evaluation of Dr. El Mohtar's teaching was based on a review of his instructor surveys, peer reviews of his teaching, and a review of his teaching portfolio.

While in rank as an Assistant Professor, Dr. El Mohtar has taught three different courses: two undergraduate courses and one graduate course:

CE 357 Geotechnical Engineering. This undergraduate course is required of all students in Civil Engineering and Architectural Engineering and is normally taken in the junior year. This course represents the first exposure of students to soil as an engineering material and it is also a prerequisite for the two additional undergraduate courses in Geotechnical Engineering. Because this course is the only required geotechnical course, it is important for exposing new students to the field of geotechnical engineering.

CE 375 – Earth Slopes and Retaining Structures. This undergraduate course is an elective for both Civil Engineering and Architectural Engineering students and is normally taken in the senior year. It is an advanced undergraduate course that concentrates on geotechnical engineering problems associated with the stability of soil masses and the design of support systems.

CE 387L – Consolidation and Shearing Properties of Soils. This graduate course is a required course taken by all graduate students in geotechnical engineering during their first year at UT. The course covers the mechanics of soil behavior, a topic that is a fundamental building block for the other ten graduate courses in geotechnical engineering. The course includes a significant laboratory component, which requires an unusual amount of student time and student-faculty interaction.

While in rank from Fall 2008 through Spring 2014 Dr. El Mohtar has taught 16 classes, with 11 undergraduate and 5 graduate classes. His courses typically have more than 20 students and he has been willing to teach courses at all levels. His teaching load is consistent with expectations within the Department and is similar to other faculty in our group. He is the only current faculty member in our group who is teaching a required graduate course.

At the undergraduate level, Dr. El Mohtar's average instructor rating is 4.2 and his average course rating is 3.9, which puts him on par with the average ratings both in the Department and in the School of Engineering. In CE 357 over the past three years, his average instructor rating (4.3 in four offerings) is the same as the average for all other faculty including full professors who taught that course (4.3 in eight offerings). In CE 375 over the past three years, his instructor rating (4.6 in one offering) exceeds those of the other full professor teaching the course (4.3 and 4.5). There are two notable aspects in his ratings. First, he received relatively low ratings his first semester here teaching CE 357. He subsequently worked hard to improve his teaching, consulting with the UT Center for Teaching and Learning and participating in a 6-day teaching workshop offered by American Society of Civil Engineers Excellence in Civil Engineering Education, and his ratings improved markedly. Furthermore, his ratings also improved

Chadi El Mohtar

Department of Civil, Architectural and Environmental Engineering

CONFIDENTIAL

significantly between the first time and the second time he offered CE 375. Therefore, it is clear that Dr. El Mohtar is committed to being a strong teacher. Here is an example undergraduate student comment from a recent offering: "Great Prof., very engaging. I enjoy the class discussions on things that aren't immediately intuitive." A second noteworthy aspect of his student ratings is that they dipped slightly in 2013 and 2014 when his father in Lebanon became gravely ill and ultimately passed away. It is a testament to Dr. El Mohtar's dedication to teaching that he still performed so well for the students during this trying personal time for himself.

At the graduate level, Dr. El Mohtar's average instructor rating is 3.6 and his average course rating is 3.5. These ratings are below the average ratings for the Department and the School of Engineering. However, this graduate course is not the typical graduate course in engineering. It is a required course that is time-consuming because it has a significant laboratory component; the students rate it as an above-average work load and make comments like "it did become frustrating to organize lab meetings around everyone's schedules." Also, the geotechnical group re-organized our graduate courses and asked Prof. El Mohtar to combine material from two previous courses (one on shear strength and one on consolidation) into a single course the first time that he taught it. Finally, his course ratings have steadily improved each time he has taught the course. This course is important to our graduate program and our students are fortunate to have Dr. El Mohtar teaching it with his strong emphasis on fundamental concepts and experimental methods. We expect that Dr. El Mohtar will continue to improve the course in the future.

The peer evaluations for Dr. El Mohtar are positive and consistent with his student evaluations. All peer reviewers note the innovative techniques he uses to try to engage students, such as music, voting flash cards and electronic note templates, that these techniques can be effective, and that there is room for improvement. One peer reviewer concludes "He was obviously interested in the students and in helping them to understand the subject." The peer reviews for his graduate class are particularly insightful to the dedication of Dr. El Mohtar to teaching. One reviewer concludes, "My overall sense of this class and instructor is that Dr El Mohtar is an enthusiastic teacher who has good communication with the students, and who is certainly dedicated to the idea that they should connect the theory they learn in the classroom with laboratory experience." A second reviewer concludes, "In summary, I found that Dr. El Mohtar is a good and effective teacher; there is room for improvement, but many of the essential elements to being a great teacher are in place."

Dr. El Mohtar's teaching portfolio demonstrates his commitment to and skill at teaching. He has developed a complete set of electronic note templates for each course. These templates are then filled in by the students during the lecture in order to encourage interaction and engagement. He has continuously improved these templates over time as he learns what works best for the students. He has also devoted significant effort to developing effective laboratories for the graduate course on soil mechanics. He has modified this portion of the course each time he has offered it in an attempt to make it as useful and efficient for the students as possible.

While in rank, 5.5 M.S. students and 1.5 Ph.D. students have graduated under Dr. El Mohtar's supervision. He has also served as a member of 16 Ph.D. committees and as a reader for 13 M.S.

Chadi El Mohtar                                                                 Department of Civil, Architectural
                                                                                      and Environmental Engineering

                                                                 UT Austin_0011290

theses or reports. Finally, he has supervised 15 undergraduate research assistants. Dr. El Mohtar is contributing significantly to educating and mentoring students outside of the classroom.

Chadi El Mohtar                                    Department of Civil, Architectural
                                                   and Environmental Engineering

CONFIDENTIAL

UT Austin_0011291

CHADI S. EL MOHTAR, Ph.D.
ASSISTANT PROFESSOR
DEPARTMENT OF CIVIL, ARCHITECTURAL AND ENVIRONMENTAL ENGINEERING
THE UNIVERSITY OF TEXAS AT AUSTIN

### Teaching Summary Tables

#### Table 1. Teaching Summary

| Metric | Value |
| --- | --- |
| # of Students Taught | 535 (UG: 432 and Grad: 103) |
| Average Instructor Evaluation UG | 4.19 (last 3 years: 4.36) |
| Average Instructor Evaluation Grad | 3.64 (last 3 years: 3.77) |
| Average Course Evaluation UG | 3.93 (last 3 years: 4.00) |
| Average Course Evaluation Grad | 3.50 (last 3 years: 3.63) |

#### Table 2. Course schedule by semester in CE since 2008; number of students indicated.

| Course | F 08 | S 09 | F 09 | S 10 | F 10 | S 11 | F 11 | S 12 | F 12 | S 13 | F 13 | S 14 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CE 357 | 34 | 33 | | 32 | 38 | 46 | 36 | | | 45 | 55 | 47 |
| CE 375 | | | | 27 | | | | 39 | | | | |
| CE387L.1 | | | 27 | | 14 | | 20 | | 24 | | 18 | |

#### Table 3. Summary of Current Graduate Students Supervised at UT-Austin

| Student | Co-Supervisor | Degree | Start Date | Date Reached Candidacy | Date Expected to Reach Candidacy | Expected Graduation Date |
| --- | --- | --- | --- | --- | --- | --- |
| Kwan, Wing Shun | | PhD | 09/2011 | 05/2014 | | 05/2015 |
| Sangroya, Ritika | | PhD | 09/2012 | 08/2014 | | 05/2016 |
| Brewster, Alexander | R.B. Gilbert | MS | 09/2013 | | | 05/2015 |
| TBD* | | PhD | 09/2014 | | 08/2016 | 05/2018 |

* Student to be appointed on the recently awarded WW JIP project.

#### Table 4. Summary of Current Undergraduate Students Supervised at UT-Austin

| Student | Co-Supervisor | Degree | Start Date | Expected Graduation Date |
| --- | --- | --- | --- | --- |
| Patricia Bennett | | BS | 09/2013 | Spring 2015 |
| Abigail Kugel | | BS | 06/2014 | Spring 2015 |
| Brian Landry | | BS | 06/2014 | Spring 2015 |
| Masaaki Ward | | BS | 06/2014 | Spring 2015 |

* = $\Sigma$(course GPA x course enrolment)/$\Sigma$course enrolment

CONFIDENTIAL

UT Austin_0011296

### CHADI S. EL MOHTAR, Ph.D.
ASSISTANT PROFESSOR
DEPARTMENT OF CIVIL, ARCHITECTURAL AND ENVIRONMENTAL ENGINEERING
THE UNIVERSITY OF TEXAS AT AUSTIN

### Research, Grants and Contracts
### Summary Tables

**Table 1. Research Summary**

| Metric | Value |
|---|---|
| Peer-Reviewed Journal Publications in Rank | 14 |
| Peer Reviewed Conference Proceedings Publications in Rank | 9 |
| Total Citations of all Publications (career)* | 92 |
| h-index (career)* | 6 |
| Google Scholar Total Citations of all Publications (career) | 103 |
| Google Scholar h-index (career) | 6 |
| Research Funding Raised  (total share) | $1,728,655 |
| Research Funding Raised  (candidate share) | $1,089,519 |
| Total Grants/Contracts Received | 14 |
| PI on Grants/Contracts Received | 8 |

**Table 2. Grants and Contracts Awarded while in Rank**

| Co-Investigators * = PI | Title | Agency | Project Total | Candidate Share | Grant Period |
|---|---|---|---|---|---|
| N/A | Lab Simulation of In-Situ Grouting for Liquefaction Mitigation | Office of Dean of Graduate Studies | $17,556 | $17,556 | 06/09-07/09 |
| D. Reible* and R. Gilbert | Effective Containment of NAPL in Sediments | Texas Hazardous Waste Research Center | $67,500 | $11,250 | 09/08-08/10 |
| R. Gilbert* and J. Zornberg | Long-Term Performance of Drilled Shaft Retaining Walls | Texas DOT | $731,754 | $243,918 | 09/09-08/13 |
| R. Gilbert* | Consolidation and Shear Strength Testing of Contaminated Sediments | Geosyntec Corporation | 50,000 | 25,000 | 09/09-08/11 |
| R. Gilbert* and J. Zornberg | Long-Term Performance of Drilled Shaft Retaining Walls | Fugro Consultants, Inc. | 60,000 | 20,000 | 09/09-08/11 |
| N/A | Measuring the Resilient Modulus For Port of Corpus Christi [1] | HVJ Associates – Austin, TX | $4,313 | $4,313 | 05/10 |
| N/A | Measuring the Shear Strength under Undrained Conditions [1] | GeoPentech, Santa Anna, CA | $1,500 | $1,500 | 07/10 |
| S. Kramer*, M. Khun, and E. Rathje (I am PI for the UT share) | NEESR-CR: Evolutionary Intensity Measures for More Accurate and Informative Liquefaction Hazard Evaluation | NSF/NEES | $638,327 $166,732[X] | $166,732 | 09/10-08/13 |
| N/A | CAREER: Balancing Rheology and Filtration: An Experimental and | NSF | $400,000 | $400,000 | 12/12-11/17 |

CONFIDENTIAL                                                    UT Austin_0011334

|  | Probabilistic Approach for Suspension Flow and Sustainability in Heterogeneous Granular Media |  |  |  |  |
|---|---|---|---|---|---|
| D. Reible* | Geotechnical Investigation of Gowanus Canal Sediments: NAPL Expression [1] | GEI Consultants | $12,600 | $6,300 | 10/12-02/13 |
| N/A | Measuring Shear Strength of Soft limestone rocks using DST [1] | Freese and Nichols Inc. | $9,200 | $9,200 | 06/13-07/13 |
| N/A | REU Supplement: CAREER: Balancing Rheology and Filtration: An Experimental and Probabilistic Approach for Suspension Flow and Sustainability in Heterogeneous Granular Media | NSF | $10,000 | $10,000 | 1/14-08/14 |
| R. Gilbert | Effectiveness of Peizometers in High-Plasticity Clays | Geosyntec Corporation | 47,500 | 23,750 | 09/13-08/15 |
| K. Gray | Investigating the interaction between Drilling Fluids and Well Formation from a combined Rheological and Physical Properties Context | Wider Windows Joint Industry Project | $150,000 | $150,000 | 08/14-07/17 |
| **TOTAL** |  |  | **1,729K** | **1,090K** |  |

*Source:
☒ Publish or Perish
☐ ISI Web of Knowledge

CONFIDENTIAL

UT Austin_0011335