

**COCKRELL SCHOOL OF ENGINEERING**
DEPARTMENT OF PETROLEUM AND GEOSYSTEMS ENGINEERING

*200 E. Dean Keeton, Stop C0300 • CPE 2.502 • Austin, Texas 78712-1585 • 512-471-3161 • FAX 512-471-9605*

**TENURE-TRACK FACULTY POSITION**

April 27, 2015

Dr. Zoya Heidari
1008 Muirfield Vlg.,
College Station, Texas 77845

Dear Dr. Heidari

I am pleased to inform you that the Dean of the Cockrell School of Engineering has authorized me to offer you a tenure-track appointment to the faculty of the Department of Petroleum and Geosystems Engineering at The University of Texas at Austin, with the rank of Assistant Professor. Your academic appointment will be effective September 1, 2015, with a nine-month academic rate of $103,000. The salary figure represents the gross annual salary and is subject to deductions required by state and federal law and, if permitted by law, such other deductions as you may authorize. Contingent on your being in residence at the first of the fall semester, we will also appoint you for the period August 18-31, 2015, at your proposed nine-month academic rate. This appointment is for you to attend the School and University-sponsored orientations on teaching and benefits (discussed below), and also will allow time for you to prepare for assumption of your faculty duties in advance of the fall semester.

This appointment is subject to review and approval by the Board of Regents of The University of Texas System. All employees are subject to the relevant provisions of the *Rules and Regulations* of the Board of Regents and the *Handbook of Operating Procedures* of The University of Texas at Austin and to applicable state and federal laws.

Your offer package is as follows. Detailed information is contained in the attachment.

| | |
|---|---|
| Nine-month academic rate | $103,000 |
| Start-up Funds | $700,000 |
| Research Initiation | $5,000 |
| Moving Expenses | $7,500 |
| Library Commitment | $1,000 |
| Two-week summer appointment | 8/18-31/2015 |

Up to six months of summer salary support to cover the summers of 2016 and 2017
Support for two graduate research assistants at 20 hours a week for 2 years

You will be expected to develop research programs in conjunction with MS and PhD candidates, and to obtain external financial support for these programs whenever feasible. Instructional assignments are determined by the department chair. For each of your first



EXHIBIT
P's 175

four semesters of employment, you will receive an adjusted workload to allow time to develop instructional materials for courses you teach. In effect, this means you will teach two courses in the 2015-16 and 2016-17 academic years, and three courses per academic year thereafter. A faculty member's teaching assignments are typically divided evenly between undergraduate and graduate courses. With the permission of the department chair, it is possible to maximize time devoted to quality teaching and time devoted to research and scholarly efforts within an academic year by requesting an adjusted teaching load across two semesters so that one is light and the other heavier. In addition, you may focus additional time on your research and scholarly efforts by paying all or part of your salary from external grant funds.

The week before classes begin each August, the University's Center for Teaching and Learning offers the UT Austin Faculty Orientation Seminar that covers a broad range of topics. In conjunction with this, the Cockrell School of Engineering will be coordinating engineering specific sessions designed to help you manage your career as an engineering faculty member at UT Austin and become an effective instructor. More information about the New Faculty Orientation will be sent at a later date.

The enclosures cover important information for new faculty members at The University of Texas at Austin, including an overview of retirement and other benefits. You will be entitled to all employee benefits authorized by the state legislature. Human Resource Services will provide you with full information on available University services and resources at the New Employee Welcome/Orientation, which you should attend as soon as possible upon your arrival. <u>As a new employee you have 31 calendar days from the initial date of your appointment August 18, 3015 to enroll for insurance coverages.</u>

This offer is contingent upon satisfactory completion of all pre-employment screening requirements. These include (1) completion of the form and provision of documentation required by the Federal Immigration Reform and Control Act to verify employment eligibility to work in the United States; (2) a background check for security sensitive positions, which include all faculty positions; and (3) satisfaction of a credentialing requirement that is a criterion for institutional accreditation. The first must be satisfied within three working days of the start date of your appointment and will be handled upon your arrival. For the background check, you will receive an email from the Background Check Administration system with a request for authorization to perform the background check. To meet the last requirement, please complete and return the enclosed Official Transcript Authorization for New Faculty Form to the department for handling. The enclosures contain additional information on these requirements.

We are enthusiastic about your proposed appointment and look forward to having you as a member of the faculty. You may contact me at (512) 471-7375 if you have any questions. Please indicate your acceptance of this appointment by signing the original of this letter and returning it to me. The enclosed copy should be retained for your records. I will appreciate having your written acceptance of this offer on or before May 15, 2015.

CONFIDENTIAL

UT Austin_0033889

Sincerely,

Jon Olson
Chair, Department of Petroleum and Geosystems Engineering
George H. Fancher Professor
The Lois K. and Richard D. Folger Leadership Chair

cc: Executive Vice President and Provost Gregory L. Fenves
Dean Sharon L. Wood

Enclosures: Attachment A to PM 3.110, Information for New Tenured and Tenure-Track Faculty Members
HOP § 3.15 Academic Titles and Tenure
HOP § 3.17 Recommendations Regarding Faculty Compensation, Faculty Promotion, Tenure, Renewal of Appointment or Non-renewal of Appointment
Official Transcript Authorization for New Faculty

I accept this offer of appointment and attest that the credentials reflected in the curriculum vitae submitted with my application are correct:

*Zoya Heidari*     Date: 5/12/2015

Zoya Heidari

I decline this offer of appointment.

_____     Date: _____

Zoya Heidari

CONFIDENTIAL
UT Austin_0033890

4/27/2015
Page 4

## Detailed Information on Offer Package

We are pleased to provide $700,000 to assist you in starting your research program, of which all is allocated for the purchase of equipment. Equipment funds must be expended during the first two years of your work at UT. An extension may be granted by the Dean in special circumstances (for example if funds are waiting to be used as a match for outside grants). The funds are intended to help you rapidly develop a research program that is sponsored by external sources. Permission of the Dean is required to expend equipment funds for other purposes. None of your start-up funds may be used for your own salary compensation.

Additionally, it is Cockrell School policy to make available to each new faculty member $5,000 of support for research initiation. These funds are meant to include travel to technical meetings that is otherwise unavailable to first year faculty.

We will reimburse you for moving of household goods on a documented basis and for reasonable expenses necessary for one or more trips to Austin for personal relocation purposes up to a maximum of $7,500. For information about relocation services provided by the University, please visit the Human Resource Services website http://www.utexas.edu/hr/manager/hiring/relocation.html If you wish to take advantage of these services, please contact our Departmental Executive Assistant, Stephanie Stickney at *Stickney@austin.utexas.edu or 512-471-1210* and she will assist you with this process. Expenses that meet the criteria set forth in IRS Publication 521 (http://www.irs.gov/publications/p521/index.html ) are non-taxable.

The McKinney Engineering Library has reserved $1,000 to purchase non serial materials in support of your teaching and research. These funds can be used to select materials such as books, conference proceedings, data sources, or video content that will be added to the Library's collection to ensure access to information in your area of expertise. Please contact Susan Ardis at the McKinney Engineering Library (s.ardis@mail.utexas.edu) to begin selecting materials with these funds.

We will provide up to three months of summer salary in each of your first two summers (i.e., six months total) as needed for you to be fully supported for the first two summers. Part of your first summer's salary will come from the University's Summer Research Assignment (SRA) program, which provides salary funds to enable the recipient to concentrate on research and writing during the summer session. To receive the SRA funding, you will have to complete a short web-based application about your research. Information about other internally funded awards programs administered by the Office of Graduate Studies and the Office of the Vice President for Research can be accessed via http://www.utexas.edu/ogs/faculty/funding.html.

The department will make suitable space available for you and your graduate students' research. You are assured two Graduate Research Assistant (GRA) at 20 hours per week for two years. These funds will expire after your first three years at UT. Each year of GRA support includes 12 months of salary, fringe benefits, and tuition.

CONFIDENTIAL