# Olson, Jon

| | |
|---|---|
| **From:** | Olson, Jon |
| **Sent:** | Wednesday, May 6, 2015 5:25 PM |
| **To:** | Zoya Heidari; Stickney, Stephanie |
| **Cc:** | Kamy Sepehrnoori |
| **Subject:** | RE: Official Offer Letter |

Hi Zoya -- So here are answers to your questions:

1. Yes, I verified with the dean that your PhD student graduated at Texas A&M will be considered as part of your accomplishments when you go up for tenure at UT (i.e., you don't have to graduate a PhD at UT before you get to go up for tenure). However, you will be expected to be actively involved supervising PhD students at UT by the time you go up for tenure.
2. Yes, we will be making laboratory space available for you. We are tight on space as you know -- there is no unoccupied space in the building -- so we need to rearrange some things, and are in the midst of working on that. I hope to have a definite solution by Monday.
3. Your lab will have a hood, and I don't anticipate significant renovations required. If there is something significant that you request, we will have to negotiate with the college to see if they can add to your start-up.
4. I talked to Kamy about grad students brought to UT from A&M. The Graduate School has two important rules: 1) you can only transfer 2 courses from another university, and 2) you must take some form of qualifying exam at UT (not necessarily the entire exam, but at least some part). So if you have students that are pretty far along, it is probably best for those students to stay enrolled at A&M to graduate (they might come to Austin to work, or they might stay in College Station and you supervise remotely with a co-supervisor at A&M). Dr. Johns did this will all of his students when he left UT -- the students all stayed in Austin, but he left money to support them and he still collaborated with the co-supervisors on the UT faculty.
5. I will find a name at UT in the Office of Sponsored Projects for you to talk to. However, I presume the main issue will be what Texas A&M has to say about whether you can transfer your money.

I hope that answers most of your questions for now. I will get you more details about space as soon as I know.

-Jon

Jon E. Olson, PhD, PE
Chairman and Professor
Petroleum and Geosystems Engineering
The University of Texas at Austin
512-471-7375

**From:** Zoya Heidari [mailto:zoya.heidari@gmail.com]
**Sent:** Tuesday, May 05, 2015 11:26 PM
**To:** Stickney, Stephanie
**Cc:** Kamy Sepehrnoori; Olson, Jon
**Subject:** Re: Official Offer Letter

Dear Dr. Olson,

I would like to thank you again for offering this opportunity to me. I have some questions and requests that I would like to share with you:

1



CONFIDENTIAL

UT Austin_0033892

1. Based on the discussions I had with the dean of engineering during my interview, my understanding is that the PhD students I graduated at Texas A&M University will be counted as the PhD student requirement for the tenure and promotion to associate professor and UT Austin does not expect me to graduate another PhD student from UT before my promotion. Is it correct?

2. The offer letter does not contain detailed information about the laboratory space. I was wondering whether you would consider giving me a laboratory space in the department?

3. Will the laboratory space require renovation and hood installation? if yes, will those expenses be covered by the department?

4. If I bring some of my PhD students with me to UT Austin, would UT Austin consider accepting their qualifying exams from Texas A&M University? Based on my experience in both universities, I believe that the PhD qualifying exams at Texas A&M University is well comparable to what we have at UT Austin.

5. I appreciate if you would put me in contact with the office of research services at UT Austin. If you agree, I will schedule a meeting or phone conversation with them to discuss the possibility of transferring some of my projects and research funds from Texas A&M University to UT Austin.

Thanks and best regards,
Zoya.


On Fri, May 1, 2015 at 9:46 PM, Zoya <zoya.heidari@gmail.com> wrote:
Dear Stephanie,

Many thanks for sharing the official offer letter. I am very thankful for this great opportunity. I will review these documents and contact you if I have questions.

Thanks and best regards,
Zoya

On May 1, 2015, at 12:23 PM, Stickney, Stephanie <stickney@austin.utexas.edu> wrote:

> Dear Dr. Heidari,
>
> I'm pleased to send you your approved official offer letter and all attachments mentioned in the letter.
>
> I will Fedex you the original letter today and attachments today.
>
> Please do not hesitate to contact me with any questions.
>
> I very much hope you will be joining our team!
>
> All Best,
>
>
> --
>
> Stephanie Stickney
> Department of Petroleum and Geosystems Engineering

2

CONFIDENTIAL

UT Austin_0033893

Executive Assistant
sticknev@austin.utexas.edu
512-471-1210

<HOP 2-2160.pdf>

<Academic Titles .pdf>

<University Policy Office.pdf>

<New_Hire_Auth_Form-.pdf>

<Official Offer Letter .pdf>

CONFIDENTIAL

UT Austin_0033894