# Olson, Jon

| | |
|---|---|
| From: | Olson, Jon |
| Sent: | Thursday, April 30, 2015 10:58 PM |
| To: | zoya.heidari@gmail.com |
| Cc: | Olson, Jon |
| Subject: | draft letter |
| Attachments: | Draft_Offer_Heidari.pdf |

Hi Zoya – It was good talking to you tonight. I thought you might like to see where we are with your offer. This is unofficial, but like I said, it should be approved sometime tomorrow by the dean. I don't anticipate any changes from this.

A couple things concerning questions you have had in the past. This offer letter is standard language used for all offers. There isn't much flexibility in how things are said. Consequently, we can't talk about your tenure clock. However, I can tell you I have explicitly asked the associate dean about this, and he himself came to UT as an experienced assistant professor, so he went up for tenure after two years at UT. I have every intention of putting you up after two years, as we have discussed. But we cannot guarantee it, because it depends on your performance once you arrive here, and how that is perceived by the faculty. But as I said, I think you should have no problem.

On a related issue, you asked about whether your accomplishments at Texas A&M would be considered. I was at a tenure and promotion information meeting for department chairs last week, and I asked the president of the university this question (not with your name, of course). He said most definitely that your previous record will be considered, but that you need to also show that you are adjusting to your life at UT and show promise to excel in your new home.

From your obvious achievements at A&M, I think it should be no problem for you to go up after two years and receive tenure and promotion to associate professor here at UT.

Again, the faculty is very excited for you to come here. I hope we can make that happen. Let me know if you have any other questions. I will be sending you the official offer tomorrow as soon as I get authorization from the dean.

-Jon

Jon E. Olson, PhD, PE
Chairman and George H. Fancher Professor
Lois K. and Richard D. Folger Leadership Chair
Petroleum and Geosystems Engineering
The University of Texas at Austin
Austin, TX 78712
512-471-7375
www.pge.utexas.edu



CONFIDENTIAL                                                                                                                       UT Austin_0033895