# Olson, Jon

| | |
|---|---|
| **From:** | Olson, Jon |
| **Sent:** | Sunday, April 26, 2015 12:58 PM |
| **To:** | zoya.heidari@gmail.com |
| **Subject:** | FW: start-up list |

Hi Zoya – I am trying to finalize your start-up package offer. It is a pretty big request for an assistant professor level position, but I have worked with the college to come up with $700k of equipment support, which I think is a very generous offer. That would cover the NMR and the dielectric/resistivity equipment as listed on your proposal, plus either the LECO or the pycnometer. However, I looked at past purchases in PGE, and I think we can probably get some of your equipment at better prices than you have listed, partly through vendor choice and partly by compromising some on capability (such as pressure/temperature range, etc.).

- For instance, the NMR we already have looks to have been on the order of $300k instead of $400k (but I still need to double-check the actual purchase documents – I may have to wait until Monday to get that number).
- We already have a resistivity and dielectric measurement system that cost on the order of $60k. We would probably need another one if this was something you used all the time (which I presume it is), but I am wondering what all goes into your $260k price. I see online that depending on model, the Agilent Impedance analyzer itself can vary in price from $10k (model 4395A) to $30k (model 4294A). You mention Keithley equipment as well for the dielectric/resistivity, which I think is for data collection? So it seems like there is some room for modification there depending on how important high temperature is, and what other kind of auxiliary equipment you were thinking of. If you could reduce that system price, you could add other capabilities such as the Karl Fisher equipment within the $700k budget.
- There are all kinds of core-flood setups in the department already. I don't think that is something we need to duplicate at the moment, but once you get your lab setup, you might want to establish that with your research money.
- I talked further with Dr. Mohanty, and he tells me that there are several things from your list already on campus in other labs that he and his students use, including the TGA and the gas sorption porosimeter.
- If you were modeling your prices after commercial lab level equipment, where speed is often just as important as accuracy, I think that is probably higher performance equipment than is necessary in the university environment.

So my question to you at this point is what experiments would you be doing in the first year that would crucially hinge on this lab equipment, and could you perform that successfully within the budget of $700k.

I am hoping we can get you a formal offer early this week as I would like you to be able to start here in the fall.

-Jon

Jon E. Olson, PhD, PE
Chairman and Professor
Petroleum and Geosystems Engineering
The University of Texas at Austin
512-471-7375

---

**From:** Mohanty, Kishore
**Sent:** Sunday, April 26, 2015 9:41 AM
**To:** Olson, Jon; DiCarlo, David

1

CONFIDENTIAL



UT Austin_0033900

**Cc:** Kamy Sepehrnoori
**Subject:** Re: start-up list

On the last 5 instruments:
TGA: We do not have. My students are using it in another department. Quoted price looks a little high.
Sorption: Hugh has one. Other departments also have.
Karl Fisher: We do not have. It is for water content. Price looks a little high.
Leco: We do not have. It would be good to have one. Price looks right.
Pycnometer: We do not have. It would be good to have one. Price looks right.

All these 5 instruments would be useful to other faculty. Can be in a shared facility.

Kishore

---

**From:** Olson, Jon
**Sent:** Saturday, April 25, 2015 4:24 PM
**To:** Mohanty, Kishore; DiCarlo, David
**Cc:** Kamy Sepehrnoori
**Subject:** FW: start-up list

HI Kishore and David – I need some more help from you on paring Zoya's equipment list down further. I would like to send something to Zoya this weekend, and tell the dean what to do on Monday, so if you have time to give me some feedback, I would really appreciate it. And by the way, please don't share these discussion with anyone else. I am not trying to be secretive in general, but I don't want to advertise what we are doing, and I certainly don't want someone to tell Zoya about our internal discussions. ☺

I am thinking I can get $700k from the dean, maybe $750k. The department could try raise some additional money if necessary, but I really don't want to do that unless it is crucial AND it would be something everyone could use. I feel like the first two things on her list are things I need to get for her using the dean's money (we don't want to hamper Hugh by having too much competition for the NMR, and the dielectric… is a core thing for her). But what about all the other things down the list? I have no trouble dropping the core-flood setup off the list. She can get that made when she comes here with her own resources, or work in collaboration with someone else. But what about all those other instruments? Do we have any of them? Hugh says he has the porosimeter, but it is fully occupied. What about the other stuff?

Thanks for your help. -Jon

| $ 260,000 | Dielectric and resistivity tool |
|---|---|
| $ 400,000 | NMR, Oxford Instruments |
| $ 160,000 | Thermogravimetric analyzer |
| $ 100,000 | Core-flood setup |
| $ 100,000 | Gas sorption porosimetry |
| $ 70,000 | Karl Fisher equipment |
| $ 39,000 | LECO (carbon analysis) |
| $ 46,000 | High pressure pycnometer |

CONFIDENTIAL                                                                                                                    UT Austin_0033901

Jon E. Olson, PE, PhD
Chairman and Professor
Petroleum & Geosystems Engineering
(512) 471-7375

**From:** Olson, Jon
**Sent:** Wednesday, April 22, 2015 5:50 PM
**To:** Speitel, Gerald E
**Subject:** start-up list

Hi Jerry – Here is the start-up list for Zoya in the xls file. The word file has more detail and some justification. -Jon

Jon E. Olson, PhD, PE
Chairman and George H. Fancher Professor
Lois K. and Richard D. Folger Leadership Chair
Petroleum and Geosystems Engineering
The University of Texas at Austin
Austin, TX 78712
512-471-7375
www.pge.utexas.edu

CONFIDENTIAL                                                                                                    UT Austin_0033902