| | |
|---|---|
| **Message** | |
| **From**: | Olson, Jon [jolson@austin.utexas.edu] |
| **Sent**: | 4/9/2015 2:22:46 AM |
| **To**: | Speitel, Gerald E [speitel@utexas.edu] |
| **Subject**: | Zoya offer |

H Jerry – I talked to Zoya Heidari (from A&M) on the phone tonight. She sounded very positive. I offered her $100k/9 months, summer salary for the first 2 years, 4 GRA years, and moving expenses. I then asked her to put together a proposal for a start-up package to be submitted to me in the next week.

She had a question about whether we can include wording in the offer letter that says when we would allow her to go up for tenure (at the end of her second year), and also include a statement that says her achievements at A&M as an assistant professor will be considered when she goes up for tenure. I told her that seemed reasonable, but I was uncertain how detailed we could get in writing. I imagine we could include a statement like:

"Assuming you continue to perform successfully as an assistant professor when you come to UT, you should be able to go up for tenure at the end of your second year. All such decisions, however, are subject to budget council vote at the department level. In addition, when we consider your package for tenure at UT, your accomplishments (money, publications and graduate student supervision) as an assistant professor at Texas A&M will be included in the consideration of your case."

I will let you know when I receive that so that we can met to discuss. Thanks for all your help.

-Jon

Jon E. Olson, PE, PhD
Chairman and George H. Fancher Professor
Lois K. and Richard D. Folger Leadership Chair
The University of Texas at Austin
Department of Petroleum & Geosystems Engineering
200 E. Dean Keeton Stop C0300
Austin, TX 78746
(512) 471-7375
http://www.pge.utexas.edu



EXHIBIT
P's 180

CONFIDENTIAL

UT Austin_0034001