IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Evdokia Nikolova, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| | § | |
| University of Texas at Austin, | § | |
| *Defendant.* | § | |

### Order on Defendant's Objections to Plaintiff's Trial Comparator Evidence

Having considered Defendant's objections to the trial exhibits proffered by Plaintiff as identified herein, as well as the response thereto, the Court enters the following order. Defendant's objections to the following are hereby:

1. Zoya Heidari (Plaintiff's Exhibits 130, 142–43, 175–180)

    _____ Sustained.        _____ Overruled.

2. Mikhail Belkin (Plaintiff's Exhibits 144–45)

    _____ Sustained.        _____ Overruled.

3. Mohit Tiwari (Plaintiff's Exhibits 146–47)

    _____ Sustained.        _____ Overruled.

4. John Foster (Plaintiff's Exhibits 148–49)

    _____ Sustained.        _____ Overruled.

5. Brady Cox (Plaintiff's Exhibits 150–51)

    _____ Sustained.        _____ Overruled.

6. Navid Saleh (Plaintiff's Exhibits 152–53)

   _____ Sustained.        _____ Overruled.

7. Ryosuke Okuno (Plaintiff's Exhibits 154–55)

   _____ Sustained.        _____ Overruled.

8. Salvatore Salamone (Plaintiff's Exhibits 156–57)

   _____ Sustained.        _____ Overruled.

9. Hsin-Chih Yeh (Plaintiff's Exhibits 158–59)

   _____ Sustained.        _____ Overruled.

10. Nan Sun (Plaintiff's Exhibits 160–61)

    _____ Sustained.        _____ Overruled.

11. Vijay Janapa Reddi (Plaintiff's Exhibits 162–63)

    _____ Sustained.        _____ Overruled.

12. Georgios-Alex Dimakis (Plaintiff's Exhibits 164–65)

    _____ Sustained.        _____ Overruled.

13. Todd Humphreys (Plaintiff's Exhibits 166–67)

    _____ Sustained.        _____ Overruled.

14. Chadi El Mohtar (Plaintiff's Exhibits 168–69)

    _____ Sustained.        _____ Overruled.

15. J. Eric Bickel (Plaintiff's Exhibits 170–71)

    _____ Sustained.        _____ Overruled.

16. Andreas Gerstlauer (Plaintiff's Exhibits 172–73)

    _____ Sustained.        _____ Overruled.

17. Janeta Zoldan (Plaintiff's Exhibits 174)

_____ Sustained.          _____ Overruled.

So ORDERED, this \_\_\_\_ day of _____ 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE