UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| EVDOKIA NIKOLOVA | § |
| Plaintiff, | § |
| | § |
| V. | §  CASE NO. 1:19-cv-00877-RP |
| | § |
| UNIVERSITY OF TEXAS AT | § |
| AUSTIN, Defendant. | § |

## PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

Plaintiff Evdokia Nikolova submits this First Amended Exhibit List.  For the convenience of the Court and Defendant, any substantive changes are underlined and crossed out.

| No. | Description | Expect To Offer | May Offer If Need | Obj | Adm | Date |
|---|---|---|---|---|---|---|
| 1. | Dean's Assessment, UT 22-25 | X | | | | |
| 2. | Rebuttal to Dean's Assess, UT 6-20 | X | | | | |
| 3. | Change in Academic Rank Summary Form EN, UT 21 | X | | | | |
| 4. | Chair's Letter of Support, UT 26-30 | X | | | | |
| 5. | Budget Council Teaching, UT 58-61 | X | | | | |
| 6. | Teaching Statement, UT 62-68 | X | | | | |
| 7. | Budget Council Research, UT 77-80 | X | | | | |
| 8. | Research Statement and Supporting Docs, UT 81-91 | X | | | | |
| 9. | Budget Council Service, UT 96-97 | | X | | | |

1

| No. | Description | | | | | |
|---|---|---|---|---|---|---|
| 10. | Nikolova CV, UT 34-57 | X | | | | |
| 11. | External Letters All, UT 220-21, 224-26, 228-229, 231-232, 235-36, 239-41, 244-45, 248-49, 252-53 | X | | | | |
| 12. | Letter Atamturk Berkley, UT 220-21 | | X | | | |
| 13. | Letter Conitzer Duke, UT 224-26 | | X | | | |
| 14. | Letter Goel Stanford, UT 228-229 | | X | | | |
| 15. | Letter Jaillet MIT, UT 231-232 | X | | | | |
| 16. | Letter Kannan U Penn, UT 235-36 | | X | | | |
| 17. | Letter Schulz U Munich, UT 239-41 | X | | | | |
| 18. | Letter Shmoys Cornell, UT 244-45 | X | | | | |
| 19. | Letter Van Hentenryck Ga. Tech, UT 248-49 | X | | | | |
| 20. | Letter Yannakakis Columbia, UT 252-53 | | X | | | |
| 21. | Peer Teaching Evals, UT 69-74 | | X | | | |
| 22. | <u>Tenure Dossier Full Nikolova, UT 16304-16429</u> (~~UT 1-146~~) (Changed Per Defendant's Objection) | | X | | | |
| 23. | Blum Letter, UT 26177-179 | X | | | | |
| 24. | Erez Letter Discrim, UT 8814 | X | | | | |
| 25. | EM Letter urging the positive conclusion of Dr Evdokia Nikolovas tenure appeal, 4.8.19, UT 8773-75 | X | | | | |
| 26. | EM Letter urging the positive conclusion of Dr Evdokia Nikolovas tenure appeal, 4.9.19, UT 9737-40 | X | | | | |
| 27. | P&T Committee Notes Em, UT 7550 | | X | | | |
| 28. | P&T Committee Notes, UT 7551-54 | X | | | | |
| 29. | Pres Cmtee Chart, UT 8749 | | X | | | |
| 30. | Nikolova Denial Letter, UT 660 | X | | | | |
| 31. | EM Nikolova Final Arguments letter, UT 7906-07 | X | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 32. | Request for Reconsideration/Final Arguments Letter, UT 256-76, 8078-8139 (Appendix added.) | X | | | | |
| 33. | CCAFR Appeal, UT 616-695 | X | | | | |
| 34. | CCAFR Decision, UT 696-713 | X | | | | |
| 35. | CCAFR Pres Response, UT 714-718 | X | | | | |
| 36. | CCAFR To Dukerick, UT 8834-8836 | | X | | | |
| 37. | Hiring Letter EN, P 1935-38 | X | | | | |
| 38. | EM FW Offer JS-GF 8670 | | X | | | |
| 39. | Chair Letter of Support Initial, UT 19042-46 | | X | | | |
| 40. | Faculty w MID, UT 36126-27 | X | | | | |
| 41. | Pregnancy Extension MID 2015 EN, UT 7053-57 | X | | | | |
| 42. | MID 2018 EN, P 1872-73 | X | | | | |
| 43. | Tiwari Rescinding Docs, UT 26881-85, 34014-16, 26,886 | X | | | | |
| 44. | EM all 2019 update AT to EN, P 1902 | X | | | | |
| 45. | EM [cse-ece-faculty] Congratulations AT-EEF, UT 25675 | X | | | | |
| 46. | EM Fwd Baby Elitza, KL-SS&AT, UT 25628-37 | X | | | | |
| 47. | EM RE Ask about tenure clock extensiin, EN-AT, UT 18882 | X | | | | |
| 48. | EM Congratulations! AT-EM, P 3783 | X | | | | |
| 49. | EM "Consultative Committee for the Next Department Chair" EN to SW, P 1867-71 | X | | | | |
| 50. | EM [cse-ece-faculty] Occupying the EERC SW-EN, P 2869-73 | | X | | | |
| 51. | Faculty Council Mtg Transc 2019, UT 24936-53 | X | | | | |
| 52. | Faculty Council Minutes 2019, UT 24928-34 | X | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 53. | Roadshow Agenda Spring 15, UT 34023 | | X | | | |
| 54. | Roadshow Agenda Spring 16, UT 34024 | | X | | | |
| 55. | Roadshow Agenda Spring 17, UT 34025 | | X | | | |
| 56. | Roadshow Agenda Spring 18, UT 34026 | | X | | | |
| 57. | Roadshow Agenda Spring 19, UT 34027 | | X | | | |
| 58. | Annual Report Standing Committees General Faculty 18-19, UT 6921-6972 (~~UT 6873-6920~~) | X | | | | |
| 59. | General Tenure Guidelines 2018-19, UT 735-55 | X | | | | |
| 60. | HOP 2-2010, UT 762-63 | X | | | | |
| 61. | HOP 2-2020, UT 764-765 | X | | | | |
| 62. | HOP 2-2160 UT 774-76 | X | | | | |
| 63. | HOP 2-2240 MID, UT 780-81 | | | | | |
| 64. | HOP 3-3020 Nondiscrimination, Dalton Depo Ex 60 | X | | | | |
| 65. | HOP 3-3031 Prohibition of Sex Discrimination, Dalton Depo Ex 61 | X | | | | |
| 66. | Regents Rule 10701, Dalton Depo Ex 62 | X | | | | |
| 67. | Training scenarios, UT 2234-35 | | X | | | |
| 68. | Responsible Employee Resource Guide, UT 2228-29 | X | | | | |
| 69. | Women in Engineering Title IX, UT 2764-87 | | X | | | |
| 70. | Title IX and Non-Discrimination, UT 4995-5034 | | X | | | |
| 71. | EM Faculty Interview Etiquette, P 1885-87 | | X | | | |
| 72. | EM FW Title IX: Pregnant or Parenting?, P 1888-91 | | X | | | |
| 73. | Broadening Participation in Computing Plan, P 1925-28 | | X | | | |
| 74. | EM another question BE-EN, P 1894-95 | X | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75. | College of Natural Science Faculty Handbook, P 2769-73 | X | | | | |
| 76. | Interview of Sharon Wood, https://www.hartenergy.com/exclusives/2020-pinnacle-award-winner-dr-sharon-l-wood-university-texas-186588 (Wood Depo Ex 5) | X | | | | |
| 77. | EM Re chaired professorship at Duke, EN-AT, UT 18691-93 | X | | | | |
| 78. | EM Your AitF Proposal, EN-AT, UT 17801-17804 | X | | | | |
| 79. | EM Promotion AT to EN, P 1983-85 | X | | | | |
| 80. | EM Evdokia 3rd year review AD-AT, UT 19100 | X | | | | |
| 81. | EM Third year review AT-EN, P 2428-33 | X | | | | |
| 82. | ~~Third Year Review EN, UT 8657-59~~ (Withdrawn) | | | | | |
| 83. | EM my teaching evaluations for 360C AT-EN, P 1990-2006 | X | | | | |
| 84. | EM Teaching evals for 360C EN-BE, P 2007-08 | | X | | | |
| 85. | ~~EM teaching data EN-SS, P 2092-93~~ (Withdrawn) | | | | | |
| 86. | ~~CIS Percentiles, P004382~~ (Withdrawn) | | | | | |
| 87. | ~~ECE CIS Score Percentiles, P004383~~ (Withdrawn) | | | | | |
| 88. | EM data on teaching EN-SS, P 2102-2106 (Withdrawing pgs 2107-2110) | X | | | | |
| 89. | EM promotion vote, AT-EN, UT 19109-11 | X | | | | |
| 90. | ~~EM Promotion AT-EN, P 1983-85~~ (Withdrawn) | | | | | |
| 91. | EM Good morning everyone! JB-EN, P 2191-93 | | X | | | |
| 92. | EM 2018 CV & Publication List JB-DA, P 2279-82 | | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 93. | EM CV attached JD-EN, P 2287-99 | | X | | | |
| 94. | EM Teaching statement attached EN-SS, P 2309-14 | X | | | | |
| 95. | EM Help with tenure Teaching Statement EN-CJ, P 2327-32 | X | | | | |
| 96. | EM remaining documents EN-JB, P 2372-76 | X | | | | |
| 97. | Sample Teaching Statement Vijay Reddi, P 2253-55 | X | | | | |
| 98. | EM Teaching Statement edit JB-EN, P 2551-56 | X | | | | |
| 99. | EM promotion vote 09.12.18, AT-EN, UT 19028-29 | X | | | | |
| 100. | EM Re EE 360C required for which students, JV-EN,CJ,&VV, UT 6227-28 | X | | | | |
| 101. | EM Comments on Nikolova SW-SS, UT 33877-78 | X | | | | |
| 102. | EM Re question for ECE chair, AT-GS, UT 7472-73 | X | | | | |
| 103. | EM FW question for ECE chair, GS-SW, UT 7476-77 | X | | | | |
| 104. | ~~EM FW question for ECE chair JS-SW UT 7476-77~~ (Withdrawn) | | | | | |
| 105. | ~~EM FW question for ECE chair, GS-SDS, UT 26165~~ (Withdrawn) | | | | | |
| 106. | EM RE question for ECE chair, SW-GS, UT 37789-90 | X | | | | |
| 107. | EM Fwd: further thoughts EN-EN, P 4334-45 | | X | | | |
| 108. | EM Re rebuttal draft, EN-AT, UT 26013-14 | | X | | | |
| 109. | TXT Between EN-AT P 2759-67 | | X | | | |
| 110. | EM RE P&T Decision, AT-EN, UT 18998-19001 | X | | | | |
| 111. | EM RE question for ECE chair, SW-AT, UT 25607-09 | X | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| 112. | EM RE [cse-ece-faculty] P&T decision, AT-JL, UT 18992-95 | X | | | | |
| 113. | EM update from conversation with Carmen, EN-EB&AT, UT 8622 | X | | | | |
| 114. | EM Re confidential Petition, SW-AT, UT 19569-71 | X | | | | |
| 115. | EM confidential: Petition JS-SW, UT 7692-94 | | X | | | |
| 116. | EM Re Petition, AT-SS, UT 19004-05 | | X | | | |
| 117. | EM Re: Petition SS-EN, P 4319-21 | | X | | | |
| 118. | TXT Texts btwn SS and EN, P 4365-74 | | X | | | |
| 119. | EM Fwd Promotion of Assistant Professor Evdokia Nikolova to Associate Professor with tenure, AT-SS, UT 19010-11 | X | | | | |
| 120. | EM Fwd P&T decision EN-ECE Faculty, P 4474-4713 | X | | | | |
| 121. | EM Fwd: P&T decision EN-ECE Faculty, P 2637-41, P 2618-21 | X | | | | |
| 122. | EM RE [cse-ece-faculty] P&T decision, SW-GS&AT, UT 7943-51 | X | | | | |
| 123. | EM Re [nikolova2009@gmail.com Re [cse-ece-faculty' P&T decision, AT-YP, UT 18948-56 | X | | | | |
| 124. | EM RE [cse-ece-faculty] P&T decision, AT-DW, UT 18969-72 | X | | | | |
| 125. | EM RE [cse-ece-faculty] P&T decision, GS-AT, UT 19936-42 | | X | | | |
| 126. | Female Promote CSE ECE, UT Austin 7660 (Changed per Defendant's objection.) | | X | | | |
| 127. | ~~EM Re [ece-faculty-a] Promotion statistics, AT-YP, UT 19012-16~~ (Withdrawn) | | | | | |
| 128. | EM RE Key questions, AT-JA, UT 18968 | X | | | | |
| 129. | EM RE [cse-ece-faculty] P&T decision, AT-GS, UT 18961-67 | | | | | |

7

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 130. | EM comparison with Zoya Heidari from Petroleum Engineering, EN-AT, UT 8385-87 | X | | | | |
| 131. | Tewfik Text Re Email, P 4384 | X | | | | |
| 132. | EM Plan to submit Final Arguments and CCAFR appeal later today EN-CS, P 4389-91 | X | | | | |
| 133. | EM RE CCAFR Report on Dr. Evdokia Nikolova, SW-GS, UT 7973-74 | X | | | | |
| 134. | EM RE CCAFR Report on Dr. Evdokia Nikolova 04.30.19, SW-GS, UT 7975-76 | X | | | | |
| 135. | EM Most controversial case, SW-DD, UT 7965 | X | | | | |
| 136. | EM RE Procedural tenure question, SW-CS&GS, UT 7928-30 | X | | | | |
| 137. | EM Re [cse-ece-faculty] P&T decision, SW-JD, UT 7915-19 | | X | | | |
| 138. | EM Re update, JD-SW, UT 7879-81 | | X | | | |
| 139. | EE360 CIS Results, P004390-P004473 (Also in part P's MSJ Response Ex 35) | | X | | | |
| 140. | EE 319 CIS Results, Ex 41, P's MSJ Response | | X | | | |
| 141. | CIS Individual Results, P 2874-3071 | | X | | | |
| 142. | Heidari Dossier Docs, UT 169145-18, 17025-28 | X | | | | |
| 143. | Heidari Dossier Full, UT 16914-17116 | | X | | | |
| 144. | Belkin Dossier Docs, UT 22432-35 | X | | | | |
| 145. | Belkin Dossier Full, UT 22432-22573 | | X | | | |
| 146. | Tiwari Dossier Docs, UT 16430-33, 16456, 16464-68, 16474, 16462, 16452-53, 16463 | X | | | | |
| 147. | Tiwari Dossier Full, UT 16430-563 | | X | | | |
| 148. | Foster Dossier Docs, UT 13843—50, 13883 | X | | | | |
| 149. | Foster Dossier Full, UT 13843-14001 | | X | | | |
| 150. | Cox Dossier Docs, UT 11042-46, 11080, 11120-21, 11150-52 | X | | | | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 151. | Cox Dossier Full, UT 11042-11224 | | X | | | |
| 152. | Saleh Dossier Docs, UT 14143-47, 14176, 14197, 14215-17 | X | | | | |
| 153. | Saleh Dossier Full, UT 14143-14280 | | X | | | |
| 154. | Okuno Dossier Docs, UT 14627-31, 14656, 14696-97 | X | | | | |
| 155. | Okuno Dossier Full, UT 14627-14785 | | X | | | |
| 156. | Salamone Dossier Docs, UT 14786-7<u>8</u>9, 14817-14818, 14861-62 | X | | | | |
| 157. | Salamone Dossier Full, UT 14786-14913 | | X | | | |
| 158. | Yeh Dossier Docs, UT 15089-92, 15118, 15157 | X | | | | |
| 159. | Yeh Dossier Full, UT 15089-15249 | | X | | | |
| 160. | Sun Dossier Docs, UT 14281-85, 14303, 14338, 14367-69 | X | | | | |
| 161. | Sun Dossier Full, UT 14281-14440 | | X | | | |
| 162. | Reddi Dossier Docs, UT 17117-21, 17161, 17184-88 | X | | | | |
| 163. | Reddi Dossier Full, UT 17117-17253 | | X | | | |
| 164. | Dimikas Dossier Docs, UT 16761-64, 16848-50 | X | | | | |
| 165. | Dimikas Dossier Full, UT 16761-16913 | | X | | | |
| 166. | Humphreys Dossier Docs, UT 11760-64, 11803, 11870-71 | X | | | | |
| 167. | Humphreys Dossier Full, UT 11760-11944 | | X | | | |
| 168. | El Mohtar Dossier Docs, UT 11225-11229, 11255, 11289-91, 11296, 11334-35 | X | | | | |
| 169. | El Mohtar Dossier Full, UT 11225-11401 | | X | | | |
| 170. | Bickel Dossier Docs, UT 22913-22916, 22968-71, 23007 | X | | | | |
| 171. | Bickel Dossier Full, UT 22913-23080 | | X | | | |
| 172. | Gerstlauer Dossier Docs, P 464-67, 509, 524-27, 566 | X | | | | |

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 173. | Gerstlauer Dossier Full, UT 26888-27054 | | X | | | |
| 174. | Zoldan Dossier Full, UT 24757-24927 | X | | | | |
| 175. | Heidari Offer Letter, UT 33888-91 | | X | | | |
| 176. | EM RE Official Offer Letter JO-ZH, UT 33892-94 | | X | | | |
| 177. | EM draft letter JO-ZH, UT 33895 | | X | | | |
| 178. | EM FW start-up list JO-ZH, UT 33900-02 | | X | | | |
| 179. | EM PGE hiring proposal JO-SW, UT 33908-09 | | X | | | |
| 180. | EM Zoya offer JO-GS, UT 34001 | | X | | | |
| 181. | EM Re [cse-ece-faculty] P&T decision, CJ-ALT, UT 6195-98 | X | | | | |
| 182. | EM Re Peer Teaching Evaluation, EN-CJ, UT6320-32 | X | | | | |
| 183. | EM [ece-faculty-a] student course-instructor surveys, YP-RY, P 3193-94 | X | | | | |
| 184. | EM Introducing Our New Assistant Dean of Diversity, Equity and Inclusion, SW-EN, P's Resp MSJ Ex 68 | | X | | | |
| 185. | EM Re Peer Evaluations Overdue, SS-JE,TA,EN&BE, UT 26709-10 | X | | | | |
| 186. | EM Class: 1.518 : peer teaching evaluation EN-CJ, P 3139-51 | X | | | | |
| 187. | EM Peer Teaching Evaluation (Nikolova) BE-EN, P 3111-21 | | X | | | |
| 188. | Annual Reviews All ECE 17-18, UT 18881 | X | | | | |
| 189. | Annual Reviews All ECE 18-19, UT 0026307 | X | | | | |
| 190. | Nikolova FAR, UT 26228-34 | X | | | | |
| 191. | Gligoric FAR, 25176-79 | X | | | | |
| 192. | Soloviech FAR, 25223-25 | X | | | | |
| 193. | EM Re URGENT your FAR, CJ-DM, UT 26519 | | X | | | |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| 194. | EM Re [ECE Faculty Review] Rating Spreadsheet, CJ-DM, UT 26534-35 | X | | | | |
| 195. | EM Job Performance assessed by Faculty Evaluation Committee JE-EN, UT 8355 | X | | | | |
| 196. | EM Re Annual Review, assessed by Favulty Evaluation Committee and Department Chair, EN-DM, UT 35122-28 | X | | | | |
| 197. | EM Annual Review, assessed by Faculty Evaluation Committee EV-DM 7/27/20, P 3195-3205 | X | | | | |
| 198. | ~~EM RE Senior design supervison this semester, GS-SW, UT 25581-85~~ (Withdrawn) | | | | | |
| 199. | ~~EM RE Senior design supervison this semester, GS-AT, UT 25586-90~~ (Withdrawn) | | | | | |
| 200. | ECE Salaries 2013-20, Woods Depo Ex 11 | X | | | | |
| 201. | ECE Salaries 09-10 - 18-19 UT 26497 | | X | | | |
| 202. | ECE Salaries 19-20 UT 26498 | | X | | | |
| 203. | ECE Salaries 20-21 UT 26507 | | X | | | |
| 204. | EM Equity Raise Analysis GS-SW, UT 26434 | X | | | | |
| 205. | W-2 2013 A&M, P 1912 | | X | | | |
| 206. | W-2 2014 UT, P 1915-16 | | X | | | |
| 207. | W-2 2016 UT, P 1919-20 | | X | | | |
| 208. | W-2 2017 UT, P 1921-22 | | X | | | |
| 209. | W-2 2018 UT, P 1923 | | X | | | |
| 210. | W-2 2019 UT, P 1924 | | X | | | |
| 211. | FMLA Documentation, P 3556-59 | X | | | | |
| 212. | EM Re: Urgent: mental health, P 3560-63 | X | | | | |
| 213. | Job Search Documents, P 3577-3632 | | X | | | |
| 214. | EM Followup on MID Request JS-SW UT 7994-98 | X | | | | |
| 215. | Dalton Depo Notice | | X | | | |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| 216. | Fenves Depo Notice | | X | | | |
| 217. | Fenves Depo Notice First Amended | | X | | | |
| 218. | Fenves Depo Notice Second Amended | | X | | | |
| 219. | Wood Depo Notice | | X | | | |
| 220. | Spietel Depo Notice | | X | | | |
| 221. | Shockley Depo Notice | | X | | | |
| 222. | Dream Hard Essay EN, P 1939-57 | | X | | | |
| 223. | Charge of Discrimination, P 1965-66 (Not for jury but for jurisdictional purposes) | | X | | | |
| 224. | Right to Sue Letter, P 1963 (Not for jury but for jurisdictional purposes) | | X | | | |
| 225. | Gender Excel Spread Sheet UT 34032 | X | | | | |
| 226. | Tenure Data Spreadsheet (Produced by UT 11/10/20, no bates number) | X | | | | |
| 227. | EM and Ltr, Letter in support of Eddie Nikolova, AK-GF 4/6/19, UT 8019-20 | X | | | | |
| 228. | Annual Reviews All ECE 14-15, UT 26195 | X | | | | |
| 229. | Annual Reviews All ECE 15–16 UT 26196 | X | | | | |
| 230. | EM Faculty Request For Leave Form and attachments, P4714 - P4720 | X | | | | |
| 231. | EM FW Meeting with the dean order of discussion SS-SS 10/25/18, UT 6139-40 | | X | | | |
| 232. | EM Chair s letter Nikolova sept 2018 v4docx AT-SW, 10/29/18 UT 7866 | | X | | | |
| 233. | EM RE pregnancysick leave GS-SS, 5/24/18, UT 26161 | | X | | | |
| 234. | EM Items for todays discussion BE-JD, 5/21/19, UT 8833 | | X | | | |

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By: __/s/   Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**


I hereby certify that on February 23, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendant at the following address:

Benjamin L. Dower
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov


By: __/s/   Robert W. Schmidt
    Robert W. Schmidt

13