**IN THE WESTERN DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| **Plaintiff** | § | **CIVIL ACTION** |
| | § | |
| **VS.** | § | **NO. 1:19-CV-00877-RP** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | **JURY REQUESTED** |
| **Defendant** | § | |

## <u>ORDER</u>

Having considered Plaintiff's Motion To Modify Or Set Aside The Order Striking The Expert Testimony Of Professor Peter Glick, the Court is of the opinion that Plaintiff's motion should be GRANTED.  The Court therefore ORDERS that the opinion and testimony Plaintiff's expert Peter Glick is admissible at trial.

So ORDERED, this ___ day of February, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

**1**