UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EVDOKIA NIKOLOVA                          §
  Plaintiff,                              §
                                    §
V.                                        §          CASE NO. 1:19-cv-00877-RP
                                      §
UNIVERSITY OF TEXAS AT AUSTIN,            §
     Defendant.                         §

## <u>ORDER</u>

Having considered Defendant's objections to the trial exhibits proffered by Plaintiff as identified herein and Plaintiff's response to those objections, the Court enters the following order. Defendant's objections to the following are hereby:

1. Zoya Heidari (Plaintiff's Exhibits 130, 142–43, 175–180)


\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


2. Mikhail Belkin (Plaintiff's Exhibits 144–45)


\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


3. Mohit Tiwari (Plaintiff's Exhibits 146–47)


\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


4. John Foster (Plaintiff's Exhibits 148–49)


\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.

5. Brady Cox (Plaintiff's Exhibits 150–51)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


6. Navid Saleh (Plaintiff's Exhibits 152–53)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


7. Ryosuke Okuno (Plaintiff's Exhibits 154–55)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


8. Salvatore Salamone (Plaintiff's Exhibits 156–57)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


9. Hsin-Chih Yeh (Plaintiff's Exhibits 158–59)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


10. Nan Sun (Plaintiff's Exhibits 160–61)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


11. Vijay Janapa Reddi (Plaintiff's Exhibits 162–63)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.


12. Georgios-Alex Dimakis (Plaintiff's Exhibits 164–65)

\_\_\_\_\_ Sustained. \_\_\_\_\_ Overruled.

13. Todd Humphreys (Plaintiff's Exhibits 166–67)

_____ Sustained. _____ Overruled.

14. Chadi El Mohtar (Plaintiff's Exhibits 168–69)

_____ Sustained. _____ Overruled.

15. J. Eric Bickel (Plaintiff's Exhibits 170–71)

_____ Sustained. _____ Overruled.

16. Andreas Gerstlauer (Plaintiff's Exhibits 172–73)

_____ Sustained. _____ Overruled.

17. Janeta Zoldan (Plaintiff's Exhibits 174)

_____ Sustained. _____ Overruled.

18. Sujay Sanghavi (Plaintiff's Exhibit 235)

_____ Sustained. _____ Overruled.

     So ORDERED, this ___ day of _____, 2022.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE