IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-877-RP |
| UNIVERSITY OF TEXAS AT AUSTIN, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court are Defendant University of Texas at Austin's ("UT") Objections to Plaintiff's Trial Comparator Evidence (the "Objections"), (Dkt. 69), and Plaintiff Evdokia Nikolova's ("Nikolova") Response, (Dkt. 73). UT objects to Nikolova's Exhibits 130 and 142–180 as improper comparator evidence. (*See* Dkt. 69 at 2). Having considered the arguments of the parties, the Court finds the issue of whether the individuals identified are proper comparators is best left to the jury to decide. *See Wallace v. Seton Fam. of Hosps.*, 777 F. App'x 83, 89 (5th Cir. 2019). The Court further finds Nikolova's use of evidence pertaining to the individuals in question was properly disclosed to UT. (*See* Dkt. 69 at 10; Dkt. 73 at 9). The Court finally finds that Nikolova's offering of selections from these dossiers in addition to the dossiers in their entirety is proper under Federal Rule of Evidence 106 and promotes efficiency in the conduct of the trial. (*See* Dkt. 73 at 13).

Accordingly, **IT IS ORDERED** that UT's Objections as to Exhibits 130 and 142–180 are **OVERRULED**.

**SIGNED** on March 1, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE