

# THE UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT of TEXAS

U.S. Attorneys » Western District of Texas » About » Offices of the Western District of Texas

# Offices of the Western District of Texas

Alpine | Austin | Del Rio | El Paso | Midland | Pecos | San Antonio | Waco

## Austin Division Office

17 Counties
14,962 Square Miles
Population = 1.6 Million

Ashely C. Hoff, U.S. Attorney

Dan Guess, City Chief
Grant Sparks, Deputy City Chief

United States Attorney's Office
903 San Jacinto Blvd.,
Suite 334
Austin, Texas 78701

Phone: (512) 916-5858



Updated February 22, 2021

Was this page helpful?
Yes    No



EXHIBIT 4