IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| EVDOKIA NIKOLOVA, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| *Defendant*. | § | |

### DEFENDANT'S FIRST AMENDED EXHIBIT LIST

TO THE HONORABLE JUDGE PITMAN:

Defendant The University of Texas at Austin respectfully submits this First Amended Exhibit List. For the convenience of the Court and Plaintiff, any substantive changes are identified with red text.

| DEF'S EX. # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|
| 1 | HOP 2-2010. Academic Titles & Tenure | X | |
| 2 | HOP 2-2010. Extension of the Tenure Track Probationary Period | X | |
| 3 | HOP 2-2240. Modified Instructional Duties | X | |
| 4 | General Guidelines for Promotion & Tenure AY 2018–19 | X | |
| 5 | Cockrell School of Engineering Dossier-Promotion Checklist | | X |
| 6 | 2018–19 Evaluation Template P&T Committee | | X |
| 7 | 05/22/2013. Hiring committee emails | | X |
| 8 | 05/28/2013. Emails re hiring committee vote, extending offer | | X |
| 9 | 06/07/2013. Signed offer letter | | X |
| 10 | 10/08/2015. Nikolova's MID memoranda | X | |
| 11 | 11/20/2015. Nikolova probationary extension docs | X | |
| 12 | 11/20/2015. Letter approving probationary extension signed by Nikolova | X | |
| 13 | 04/13/2018. Nikolova MID memoranda | X | |

| Def's Ex. # | Description | Expects to Offer | May Offer |
|---|---|---|---|
| 14 | 05/06/2018. Budget Council (first) vote on Nikolova promotion | | X |
| 15 | 05/31/2018. Nikolova's Revised Third-Year Review and transmission email | | X |
| 16 | 07/28/2018. Email thread regarding students, fiancé working on dossier (1) | | X |
| 17 | 08/02/2018. Email thread regarding students, fiancé working on dossier (2) | | X |
| 18 | 08/03/2018. Email thread regarding students, fiancé working on dossier (3) | | X |
| 19 | 09/10/2018. Budget Council (second) vote on Nikolova promotion | | X |
| 20 | 09/10/2018. Budget Council comments on Nikolova promotion | | X |
| 21 | 10/26/2018. Email thread re P&T Committee question (1) | | X |
| 22 | 10/26/2018. Email thread re P&T Committee question (2) | | X |
| 23 | 10/29/2018. Chair's letter in support of promoting Nikolova | | X |
| 24 | 11/14/2018. Email re P&T evaluation of Nikolova & evaluation | | X |
| 25 | 11/20/2018. Dean's Assessment of Nikolova | X | |
| 26 | Texts between Tewfik & Nikolova (Nov. 2018–March 2019) | | X |
| 27 | 03/01/2019. Email re unsolicited recommendation letter | | X |
| 28 | 03/25/2019. Nikolova letter to CCAFR | | X |
| 29 | 03/25/2019. Nikolova final argument letter to Fenves | | X |
| 30 | 03/26/2019. Nikolova email submitting final argument letter | | X |
| 31 | 03/26/2019. Nikolova email submitting CCAFR letter | | X |
| 32 | 04/24/2019. Reminder email regarding peer teaching evaluation | X | |
| 33 | 04/25/2019. Emails reassigning Nikolova's peer teaching evaluation | X | |
| 34 | 05/07/2019. Email thread between Nikolvoa & Julien regarding teaching evaluation | X | |
| 35 | 05/07/2019. Emails submitting teaching evaluation | X | |

Defendant's First Amended Exhibit List                                                                 2

| DEF'S EX. # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|
| ~~36~~ | ~~05/10/2019. Letter submitting EEOC Charge & Charge~~ Withdrawn. | | ~~X~~ |
| 37 | 05/13/2019. President's letter responding to CCAFR sub-committee letter | | X |
| ~~38~~ | ~~06/13/2019. EEOC's right-to-sue letter~~ Withdrawn. | | ~~X~~ |
| 39 | 09/05/2019. Emails regarding senior design supervision (1) | | X |
| 40 | 09/06/2019. Emails regarding senior design supervision (2) | | X |
| 41 | 09/06/2019. Emails regarding senior design supervision (3) | | X |
| 42 | 09/06/2019. Emails regarding senior design supervision (4) | | X |
| 43 | 09/16/2019. Nikolova's MID memoranda | | X |
| 44 | 09/20/2019. Nikolova's probationary extension docs | | X |
| 45 | 05/13/2020. Emails regarding missing FARs | X | |
| 46 | 05/17/2020. Orshansky's rating for Nikolova | X | |
| 47 | 05/17/2020. Caramanis's rating for Nikolova | X | |
| 48 | Nikolova's Tenure Dossier | X | |
| 49 | 2019–20 ECE Faculty Annual Performance Rankings | X | |
| 50 | ~~Expert Report of Donald R. Deere, Ph.D. (Dkt. #35-1)~~ Tables 1–4 from Expert Report of Donald R. Deere (redacted to remove Table titles) | X | |
| 51 | 15–16 Department Annual Review (UT Austin_0026196) | X | |
| 52 | 16–17 Department Annual Review (UT Austin_0026197) | X | |
| 53 | 17–18 Department Annual Review (UT Austin_0026198) | X | |
| 54 | 18–19 Nikolova Annual Review (UT Austin_0026203) | X | |
| 55 | 07/15/2013. Email regarding Nikolova's Offer Salary (UT Austin_0008200) | | X |
| 56 | 05/04/2016. Email 16–17 Merit Raises (UT Austin_0007343) | | X |
| 57 | 08/03/2017. Email regarding 17–18 Merit Raises (UT Austin_0017526) | | X |
| 58 | 08/03/2017. Email Attachment (UT Austin_0017528) | | X |
| 59 | 07/02/2018. Email 18–19 Merit Raises (UT Austin_0026425) | | X |
| 60 | 07/02/2018. Email Attachment (UT Austin_0026426) | | X |
| 61 | 06/14/2019. Email 19–20 Merit Raises (UT Austin_0026711) | | X |
| 62 | Salary Spreadsheet ECE 2009-19 (UT Austin_0026708) | X | |

| DEF'S EX. # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER |
|---|---|---|---|
| 63 | 02/19/2019. Email regarding tenure decision and Dean's advice (UT Austin_0018998–19001) | X | |
| 64 | 04/21/2019. Email regarding peer teaching evaluations (P003072–73) | X | |
| 65 | 05/17/2020. Email re missing FARs (UT Austin_0026519) | X | |

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov

**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for General Litigation Division
