**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  1:19-CV-00877-RP** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**ORDER**

Before the Court is Defendant The University of Texas at Austin's Motion to Reconsider the Court's Order Partially Granting Plaintiff's Motion to Modify or Set Aside the Order Striking the Expert Testimony of Professor Peter Glick. The Court, having considered the Motion and any response thereto, is of the opinion that it should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Reconsider the Court's Order Partially Granting Plaintiff's Motion to Modify or Set Aside the Order Striking the Expert Testimony of Professor Peter Glick is GRANTED.

IT IS FURTHER ORDERED that Judge Hightower's Order Granting Defendant's Motion to Exclude Opinion and Testimony of Plaintiff's Expert Dr. Peter Glick (Dkt. 64) is AFFIRMED in its entirety, and Peter Glick's testimony and Expert Report are EXCLUDED in their entirety.

Signed this _____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE