# IN THE WESTERN DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

## ORDER

Having considered Defendant's Motion To Reconsider Court's Order Partially Granting Plaintiff's Motion To Modify Or Set Aside The Order Striking The Expert Testimony Of Professor Peter Glick and Plaintiff's Response, the Court is of the opinion that Defendant's motion should be DENIED. The Court therefore ORDERS that Defendant's motion is DENIED..

So ORDERED, this ___ day of March, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1