| | |
|---|---|
| **Message** | |
| **From:** | Speitel, Gerald E [speitel@utexas.edu] |
| **Sent:** | 1/8/2020 6:33:34 PM |
| **To:** | Shaffer, Sonya D [shaffer.s@mail.utexas.edu]; Sahba, Teri S [tsahba@utexas.edu] |
| **Subject:** | Equity Pay Increase |
| **Attachments:** | CSE v2 sorted.xlsx; Moving Forward 12-18-09.pdf |

Here is the spreadsheet with some edits from me. It seems to me that the 9/1/19 promotion candidates may be missing, so we need to check the list carefully to make sure no one is left out. We will leave 1/16/20 starts out of this analysis.

The rules are attached; see pages 5 and 6. Keep points are:

1. Only applies to tenured faculty
2. Faculty must be at meets expectations or above in each of the last three years to be eligible
3. Faculty must not be part of the FII program to be eligible
4. We can propose no more than 10% of the tenured faculty for raises, so we need our tenured faculty count on 9/1/19.

Let's start with Teri identifying the FII ineligible faculty and then she hands off to Sonya to identify the performance ineligible faculty. Once we have this sorted out Teri can begin to prepare the spreadsheets, with color coding and cell locking as appropriate.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Gerald E. Speitel Jr, Ph.D., P.E.
C.W. Cook Professor in Environmental Engineering and
Associate Dean for Academic Affairs
Cockrell School of Engineering
University of Texas at Austin
301 E. Dean Keeton St., Stop C2100
Austin, TX 78712-0284
Phone: 512-471-4996
E-mail: speitel@utexas.edu
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*