**Moving Forward – Equity Audits and Initiatives**

Faculty Affairs will share the following files with each dean through BOX that contain the noted information for campus and the relevant CSU reporting differences across ranks, and by rank by race and gender (when there are sufficiently large cell sizes):

- Headcount,
- Salary, and
- Time to promotion.

Note that salary for the most recent academic year (AY2018-19) are used in these reports. Salary results for this most recent academic year's (AY 2019-20) salary will be updated in the spring semester, 2020.

As shared back in October, the Deans have been charged with assessing and improving practice in the following categories including:

- Diverse Faculty Hiring
- Governance and Service Workload – audit and Report due January 24th, 2020
- Endowments and Awards – audit and Report due by February 14th, 2020
- Salary Equity – audit, Report and requests due March 13, 2020
- Climate

Deans might want to enlist the assistance of their diversity officer and Diversity and Inclusion committees to assist with structuring and conducting the audits.

**Deans should directly address any inequities that are identified in any of the audits and should detail these responses in the requested reports.**

Diverse Faculty Hiring
There are a number of initiatives already in place that deans should consider using to diversify our faculty. These include the Provost's Faculty Recruitment Hiring Program (PFHP) initiative in **Appendix A**.

Deans are encouraged to:

- Emphasize the importance of commitment and contributions to diversity, equity and inclusion
  - In all faculty **position announcements**
    - Including those for new interdisciplinary cluster hires
  - As Faculty **hiring criterion**

1

UT Austin_0034033

## Governance and Service Workload

There are two challenges related to *service* that have been highlighted both in CREED and the Gender Equity Council's work, and in the Latinx Report. Inequities have been highlighted in the **leadership** opportunities and in the extent of **committee service** taken on by our faculty. Women and faculty of color tend to have fewer opportunities for leadership and are more involved in less visible service. We are **charging the deans** to:

- Gather leadership data,
- Gather committee membership data,
- Keep data updated each academic year so that CSU leaders can track who is experiencing what service demands when new service demands are being requested,
- Make explicit (transparent) the procedures (including terms, voting rights, etc.) for selecting chairs and committee members, and
- Share a report with the Provost summarizing their findings and including their committee and leadership selection procedures by January 24th, 2020.

**Note that it might become clear during the process of evaluating data and detailing the current selection procedures that there are inequities. Please highlight this in the report and detail how the procedures are being adapted to enhance equity.** These reports should be submitted via the relevant CSU's BOX folder).

To help think about these inequities, deans, department chairs / directors and CSU diversity officers could review some of Dr. KerryAnn O'Meara's work focused on workload equity. See Dr. O'Meara's website. In particular, Dr. O'Meara (and others) emphasize(s) the importance of maximizing transparency as a way to *minimize implicit bias* in selection of leaders and members of committees and to help our faculty understand how different types of service are perceived and rewarded (or not).

One way to enhance transparency and thus reduce bias and inequities is to collect data about *who* is serving in which role (leadership, member) on which committees. In addition, the *workload* (e.g., high, medium, load) associated with each committee should be made transparent. Workload level can be estimated as a function of number of hours of commitment per semester (e.g., meeting time and outside-of-meeting work time per week multiplied by 15 weeks for a semester). Last, the *prestige* associated with committee membership could be clarified to help make sense of an additional source of potential inequities.

Once departmental and CSU committees have been identified and coded in terms of their workload and/or prestige, results in terms of who is serving as a leader and who is a member of each committee can be compared by gender, race/ethnicity and their intersection to assess potential inequities.

Below is an example of a **table** that could be compiled and evaluated in terms of equity of faculty **membership** on the various levels of committees for a unit (department and/or College/School). The same kind of table could be compiled to capture and assess potential inequities in who is serving as **leaders** of low, medium and high workload (and/or prestige) committees. And different sources of potential inequities in committee membership and leadership assignment (gender, race/ethnicity, etc.) can be evaluated. Deans might also want to

2

assess service demands and equity for NTT faculty. (Only average number of committees by level of workload, binary gender and rank for T/TT faculty is depicted).

To obtain data, each department might inventory committee membership and leadership for their faculty dividing membership into unit (e.g., department, College/School, University and national). When gathering these data, information about the time commitment (number of hours per semester or academic year) by role (member versus Chair) could also be gathered. Departments can then determine what qualifies as low, medium and high service demands. Prestige of service (e.g., curriculum-deciding versus merit raises) might also be defined. The results can be shared with faculty to assist with offering benchmarks for faculty so that they know how their service compares with those of their colleagues at the same title/rank. Similar data can be compiled and evaluated for leadership on these committees. In addition to these data, information describing the processes and decision points underlying selection of members and Chairs for these committees must be made transparent. Last, faculty service (membership and Chair) on student committees (e.g., undergraduate and Masters theses, dissertations, etc.) should also be gathered and made clear to help faculty understand local expectations.

*Sample Table to Capture Committee Membership by Binary Gender Identity Group and Tenured/Tenure-Track Rank*

| | | Average # of Committees Per Individual in Each Group by Service Level | | | | | |
| | # in Group | Low Service[1] Committees | | Medium Service Committees | | High Service Committees | |
| | W | M | Women | Men | Women | Men | Women | Men |
| Assistant | 7 | 8 | 9.3 | 2.4 | Etc. | | | |
| Associate | 11 | 4 | .. | .. | | | | |
| Full | 3 | 12 | .. | .. | | | | |

[1] Define distinctions between levels of service locally as described above.
[2] Can also look at NTT faculty's workload.
W = Women; M = Men.

CSUs might want to ask their diversity officer and/or Diversity and Inclusion committees to assist with structuring and conducting the requested audits.

**Making these committee and leadership selection processes transparent and equitable will help minimize bias. This audit might also identify hurdles that could be slowing down promotion of faculty from under-represented groups.**

3

## Endowments and Awards

Another source of inequity identified by our Equity Councils and noted in the Latinx report refers to access to **endowments** and **faculty awards**. We are requesting that the deans:

- Conduct an equity assessment of their current endowment distributions (see Appendix B for some suggested guiding questions,
- Make explicit (transparent) the procedures for selecting and review of endowment holders,
- Conduct an equity assessment of faculty award selections,
- Describe the procedures for faculty award selections, and
- Share a report with the Provost summarizing findings and including procedures for endowment and faculty award selection by February 14th, 2020.

**Note that it might become clear during the process of evaluating data and detailing the current selection procedures that there are inequities. Please highlight this in the report and detail how the procedures will be adapted to enhance equity.**

In the future, we will require that institutional teaching award applications include a statement about contributions to diversity, equity and inclusion and that these contributions be assessed as one of the criteria for award selection. We encourage you to incorporate this into your local CSU faculty award evaluations.

CSUs might want to ask their diversity officer and/or Diversity and Inclusion committees to assist with structuring and conducting the requested audit.

4

Salary Equity
The Provost's Office will dedicate $3M total for a multi-year commitment that supports salary adjustments needed to handle inequitable differences in salaries.

**Phase I Instructions:**
For this first phase of the salary initiative, when considering salary equity, we are referring to any differences in salary for two **equivalently performing tenured** faculty members irrespective of the source of the disparity (e.g., some faculty receive retention salary increases from obtaining counter-offers while others do not seek counter-offers, some faculty are better at negotiating better starting salaries, among other sources, etc.).

Eligibility Requirements
- Candidates must be tenured faculty members
- Candidates for a salary equity adjustment must at a minimum also **meet expectations in each merit review** category (e.g., for each of scholarship/creative products, teaching, service, advising, etc.) for the most **recent three full-time academic years**.
- **No more than 10% of each College/School's tenured faculty** can be proposed for an adjustment.
- Tenured faculty who received an FII retention adjustment are not eligible.

To assist with identifying potential candidates,
- **Appendix C** includes step by step instructions detailing how Deans might identify potential salary inequities.
- The Provost's office has run additional regression analyses to help identify potential candidates (whose salaries might be mismatched with what the faculty members should be predicted to be, given a number of relevant factors). **Appendix D** describes these analyses with access to the results being made available to Deans.
  - Any of these analyses can provide single sources of identification for potential candidates and should not provide the sole data used to find individual faculty members whose salary might be inequitably low.
  - The deans may share this and other information about potential candidates with departments and programs who can then use local contexts to validate the final list of individual faculty candidates receiving inequitably low salaries.
- By *March 13th, 2020*, each Dean or Dean's representative should share (using the relevant CSU's BOX folder) the following materials **for each faculty candidate** for whom salary adjustments are being requested:
  - **Cover letter** for each candidate including:
    - **Paragraph** explaining the source and justifying the need for the equity adjustment to the candidate's salary, and
    - Listing the **tenured** candidate's current base salary and supplement amounts, and last three years of merit ratings by category and overall,
    - Listing the current base salary, supplement amounts, last three years of merit ratings by category (if available) and overall for each of up to three comparator, **tenured** UT faculty members, and
    - Note whether the relevant candidate or any of the comparators had **personal leave** over the last three academic years,

5

- PDF of **candidate's** CV,
- PDF of CVs for each of **up to three comparator UT faculty members** (of the same rank)

Additional suggested efforts:
- Deans are **required** to incorporate consideration of **equity in their annual merit** allocations.
- Another source of salary differences can result from potential inequities in **promotion**. Deans are encouraged to consider creating **mentoring** plans and resources to support continued faculty development for all titles (T/TT and NTT) and ranks.

Climate
- Tasha is working with representatives from the Equity Councils to revise custom questions on the COACHE survey to ensure alignment with climate questions of interest to the relevant constituents.
- Deans are charged with strongly encouraging their faculty to participate in (respond to) the COACHE survey coming out in Spring, 2020.
- Ted and Tasha will charge the Equity Council Chairs to continue to assess and collaborate on initiatives to continue to improve faculty climate especially in terms of offering resources for mentoring.
- Institutional membership in the Aspire Alliance (intended to develop inclusive and diverse STEM faculty)
  - Requires a self-assessment for inclusive faculty recruitment, hiring and retention.
  - Offers a chance to learn from and network with peer institutions focused on diversifying our faculty and creating an ever more inclusive climate
- CSUs might want to ask their diversity officer and/or Diversity and Inclusion committees to assist with continuing to assess local faculty climate and drive initiatives to continue improvement.

It is hoped that many of these audits and procedural improvements might begin to address some of the climate challenges identified by our Equity Councils.

6

## Appendix A
## Provost's Faculty Recruitment and Hiring Program

### The University of Texas at Austin

It is the diversity of people and ideas that makes The University of Texas at Austin (UT) one of the world's leading teaching and research universities and helps advance UT's mission to achieve preeminence in teaching, research, scholarship, creativity and service. Towards that end, UT requires a broadly diverse body of faculty and research scientists to fulfill its mission, and to achieve the educational and research outcomes it seeks. In accordance with state and federal law, and UT policies, UT is committed to providing equal opportunity in employment through inclusive, non-discriminatory recruitment and hiring practices. To facilitate UT's education and research goals, the Office of the Executive Vice President and Provost has established the Provost's Faculty Recruitment and Hiring Program.

The Provost's Faculty Recruitment and Hiring Program (PRHP) is designed to recruit tenured and tenure-track faculty to UT who will further UT's critical goals of diversity and inclusiveness. UT is establishing this program to attract candidates with outstanding scholarly records as well as knowledge and experience in the issues and practices of diversity and/or inclusion, especially from academic disciplines where hiring pools of such faculty are small. The program is also designed to acquaint faculty members experienced with issues of diversity and/or inclusion in higher education from around the nation with the appeal of UT, Austin, and central Texas. The Program's overall goal is to enhance faculty diversity, broadly defined, at the University of Texas.

How to Access the Hiring Facet of the Program

A PRHP hire is possible when, considering as a whole all of a potential candidate's many qualifications and anticipated contributions to the UT community, a school or college determines that this scholar satisfies the usual high academic and intellectual standards for membership in UT's faculty in a discipline of need or interest to UT, and the candidate is uniquely or especially qualified to advance UT's priority mission-driven goals of diversity and inclusiveness.

Candidates for all tenured and tenure-track ranks will be considered. However, college, schools and units (CSUs) are especially encouraged to attract diverse faculty at the senior, tenured level who will serve as mentors and support junior faculty hired through this program.

Eligibility

CSUs must demonstrate that they meet the following requirements to be eligible to participate in this program:

- A proposed hire will complement the unit's academic and diversity/inclusivity strategies, and/or will provide qualities that the unit is lacking in certain areas of experience and/or expertise.

7

- The proposed hire cannot be accomplished through an already approved regular hiring process.
- The unit has followed diverse hiring procedures (defined below) in past hiring processes.

Diverse hiring procedures include faculty recruitment committee members' attendance at diverse hiring workshops, college/school implementation of best hiring practices as established by the Provost's Office, evidence of diverse long and shortlists for previous faculty recruitment processes, and evidence of evaluation of candidates' contributions to diversity, equity and inclusion in previous hiring processes.

<u>Priority</u>

- Candidates who
  - Further UT's critical goals of diversity and inclusiveness will be favored and
  - Meet high academic and intellectual standards.
- Priority will be given to CSUs that best fulfill the eligibility requirements of this program, in the judgment of the Provost's Office.

<u>Funding</u>

In the event a PRHP hire is made under this program, the Office of the Executive Vice President and Provost will fund the faculty line for the approved hire; and will increase by one (1) the CSUs' faculty's FTE allocation for the length of the hired faculty member's time at UT. In the event a faculty member hired under this program leaves their employment at UT, the FTE will revert to the Office of the Executive Vice President and Provost.

<u>Application Process</u>

**Step 1:** Consult with Vice Provost Edmund T. Gordon (512-232-3313; etgordon@austin.utexas.edu) regarding eligibility and other requirements related to this program.

**Step 2:** The unit's dean's office must submit the following materials[1] for the recruitment application:
- Narrative demonstrating that hiring unit has followed diverse hiring procedures in past regular hiring processes
- Broad field and position description
- Name of potential candidate along with C.V.
- Brief narrative of candidate's academic accomplishments, and contribution(s) to diversity and/or inclusion
- Brief narrative of how each candidate brings diversity and/or inclusivity to their field and hiring unit
- Description of the recruitment process that led to the identification of the candidate

---

[1] For tenured hiring, these materials may be sent concurrently with the materials required for the tenured candidate pre-review described on this website: https://provost.utexas.edu/faculty-affairs/hiring-faculty-with-tenure

8

- Estimate of funds needed for a hire under this program.

**Step 3:** Once the applying unit has made their final determination to hire a candidate, the unit must submit to the provost a request to hire[2] that includes:
- Name, C.V., and description of the academic quality of the candidate
- A description of the process through which the candidate was identified
- An augmented narrative of how the candidate helps to fulfill the scholarly and diversity/inclusion strategies of the hiring unit and the university in general
- A certification of completion of all approval processes for appointment at the stipulated rank and tenure status
- Proposed salary level and start-up package

The Executive Vice President and Provost will make the final determination regarding the faculty candidate's employment at the University of Texas, Austin.

For all applications approved under this program and with a successful hire made, the CSU must submit to the Provost's Office a brief report on all related activities and all university expenditures by the end of each fiscal year in which such activities were undertaken.

---

[2] For tenured hiring, these materials may be sent concurrently with the tenure dossier for new hires described on this website: https://provost.utexas.edu/faculty-affairs/hiring-faculty-with-tenure

9

CONFIDENTIAL

**Appendix B**
**Guided Questions for Endowment Audit**

The Gender Equity Council offered advice about questions that could help guide the Endowment Audit

Endowment Holder Selection and Review Processes and Policies
1. How do you use endowments in your CSU (e.g., part or all of base salary, supplement, summer salary, research expenses, etc.)?
2. What are the process and policies used to allocate fellowships, professorships and chairs? How are faculty recipients selected to receive endowments?
3. How are faculty endowment holders reviewed and by whom?
4. What is the term of endowments?
   a. For endowments with terms, how is renewal assessed?
   b. For endowments with terms, is the term aligned with comprehensive periodic review?

Please add additional information that helps enhance the transparency for how holders of endowments are selected and reviewed.

Current Endowment Holder Review
1. For each way that endowments are used (e.g., part or all of base salary, supplement, summer salary, research expenses, etc.), conduct an analysis (e.g., by race and gender/ethnic identity and their intersection) to assess equity in amounts by group.
2. Conduct an analysis exploring equity in who (by gender and race/ethnic identity) holds what kind of endowment (fellow, professorship, chair).

These prompts solely offer initial thoughts about questions you should ask of your endowment holder selections and use in terms of both policy, procedure and outcomes.

10

**Appendix C**
Using Academic Analytics to Identify Potential Salary Inequities

When using Academic Analytics system, please keep in mind the Recommendations from the Faculty Council's Academic Analytics task force which are listed below:

> **Productive Uses of AA**:
> • Identify current and aspirational peer programs and institutions.
> • Support strategic planning at the department, college, and university level.
> • Provide individual faculty with access so they may verify their own data.
> **Limited Uses of AA**:
> • Supplement completed annual reviews to provide greater information on overlooked faculty or underappreciated expertise.
> • Supplemental information for salary or merit increases.
> • Identify faculty who are on track for national awards/recognition to mentor them towards commendation.
> • Hiring decisions (primarily very senior hires).
> • Part of the research to develop retention offers.
> • Additional information for internal funding and faculty line allocations.
> **Proscribed Uses of AA**:
> • Promotion and tenure deliberations and decisions.
> • Starting place or sole source for salary or merit increases.
> • Preferential treatment for disciplines documented in AA over those not documented in it.

To access Academic Analytics use the following link: (https://utdirect.utexas.edu/apps/provost/academic_analytics/).

Note that the current visualizations that involve faculty salaries refer to the AY2017-18 salaries. See below for a description of the **Scholarly Research Index**.

11

To identify the distribution of a CSU's faculty member's scholarly research index (SRI) plotted against their salary, select the following tab (from the row of tabs at the top of the visualizations):



Select your relevant CSU and department (if relevant).
For example, if interested in looking at the Educational Psychology department in the College of Education:



Each dot in the scatterplot represents a tenured/tenure-track faculty member. If you hover your cursor over a dot, you'll see listed the relevant faculty member's name, rank, department, SRI, salary, endowed supplement, and years since PhD.

Each dot is color-coded (as noted in the legend) distinguishing full vs. associate vs. **assistant** professors.

12

CONFIDENTIAL

UT Austin_0034044

The X-axis identifies salary and the Y-axis identifies the Scholarly Research Index.

Someone who might be under-paid will appear as someone with a high "Faculty Metric" (= SRI) and a relatively low salary for their rank.

The data underlying this visualization can be downloaded by clicking on this icon: 

It might be useful to consider the years in rank of the faculty member which is listed for each faculty member and can be captured in a visualization on the "**Career Progression – SRI and Years Since Terminal Degree**" tab:



And as a reference point for your department salaries, you can look at the "**SRI and Salary Comparison with AAUDE Average**" tab where AAUDE = AAU Data Exchange (click on this link to learn more about AAUDE).



Note that a salary ratio (in this last visualization) of **greater than one** means that the UT salary exceeds the AAUDE average. A ratio **less than one** indicates that the UT faculty member is earning less than the AAUDE average. Note also that the AAUDE averages are for the AY2016-17 and are adjusted for inflation (while UT salaries are from AY2017-18).

For this visualization, for example, dots high on the SRI (Y-axis) but lying to the left (and thus lower values) of the Salary ratio variable (X-axis) might identify faculty earning less than they should (relative to AAU peers and considering their higher SRI):



Cloud with inexact boundaries used to show inexact selection: cast the net wide to make sure you're being equitable.

Scholarly Research Index Score (Copied and shortened slightly for this document)
The Scholarly Research Index (SRI) is a Z-score (standardized) calculated for each faculty member relative to the average of all faculty members in that discipline who are included in the

13

UT Austin_0034045

Academic Analytics database. An SRI of zero is average for the discipline in question; positive SRI scores are above average and negative SRI scores are below average. The value of the SRI scores represents how many standard deviations above (+) or below (−) average the score is.

The SRI is a composite score calculated using a ***weighted average*** across scores based on the following categories:

**Categories used in SRI:**
- **Articles:** Articles published in the four most recent calendar years ending with the release year. Journals must use a Digital Object Identifier (DOI) to be included in the Academic Analytics database.
- **Awards:** National and international awards included in the Academic Analytics database from any year. Award winners are included; nominees are not.
- **Books:** Full books (not chapters, introductions, or forewords) published in the ten most recent calendar years ending with the release year.
- **Citations:** Citations for articles published in the five most recent calendar years ending with the release year that are cited in journals or conference proceedings included in the Academic Analytics database.
- **Conference Proceedings:** Conference proceedings from the four most recent calendar years ending with the release year in over 16,000 proceedings selected by Academic Analytics.
- **Grants:** Grants from 13 federal agencies and 2 non-federal funding sources that were active during the in the four most recent calendar years ending with the release year. Presented as annual amounts; multi-year grant amounts are averaged for the active period.

Discipline-specific weight patterns are used to calculate each SRI that are based on survey data gathered by the National Research Council. For example, the following weight pattern (of percentages of the total composite score) is used for the Educational Psychology discipline:

| | |
|---|---|
| Articles | 32 |
| Awards | 10 |
| Books | 16 |
| Citations | 32 |
| Conference Proceedings | 0 |
| Grants | 10 |
| Total | 100% |

14

UT Austin_0034046

If a certain department wants different weights used for the calculation of the SRI, then the Faculty Affairs team can provide the corrected SRIs as needed.

CAVEAT: These SRI scores might be more valid in some disciplines than in others and should not be assumed perfectly valid and reliable. An SRI score provides a single data point offering information about a faculty member's scholarly contributions. Nothing in the Academic Analytics system identifies that a faculty member might have had a personal leave (and thus their scholarly productivity is being based on one fewer years that that of other faculty). It is thus critical that the multiple facets and local context of a faculty member's contributions be taken into consideration when judging whether a structural salary adjustment might be needed. The decision cannot be based on the SRI as the sole measure of scholarly excellence.

15

UT Austin_0034047

**Appendix D**
Regression Model analyses

To assist with identifying potential candidates for salary equity adjustments, the Provost's office ran some salary analyses. More specifically, we ran regression analyses that captures the difference between what faculty members are **actually earning** as **compared with** what they would be **expected** to earn given their rank, time in rank, field and discipline. In addition to the covariates just mentioned, we also included the average AAU institution salary given the candidate's rank and field and the scholarly research index (SRI) calculated by Academic Analytics. (Please refer to **Appendix C** to see description of and caveats around use of the SRI).

The **current (2019-20) salary** of faculty is the salary that we are comparing with the salary that would be expected given all the covariates mentioned. This salary refers to the 9-month base rate and any associated supplements.

The SRI is based on 2017-18 analysis conducted by Academic Analytics. (Thus, it does not include scholarly work done after the 2017-18 academic year). Thus, it is a proxy for faculty scholarship and is not perfectly valid and reliable. Thus, all the caveats that we have included referring to its use.

The AAU average salary by rank and discipline is from 2016-17 multiplied by a yearly inflation rate. While its value will not match exactly the current academic year's averages, this variable serves as a reasonable proxy to help control further for salary differences that are expected as a function of rank and discipline.

Unfortunately, **the dataset only includes tenured faculty who were at UT in 2016-17.** Thus, more recently hired faculty members are not included in this dataset. We have removed administrative faculty members from the dataset since their salaries are not typically well aligned.

Last, because the Law School is not included in the Academic Analytics calculations, no faculty members from the law school are included in the analyses.

In each analysis, we calculated the **difference between the actual and predicted 2019-20 salary** (or a function of the salary) for each faculty member. We estimated two models that differed in terms of the covariates included in the model.

All models included the following covariates:
- Years in rank
- Years since Degree
- Years since Degree squared
- Type of degree
- Department
- Faculty rank
- SRI

16

The outcome for **Model 1** was the 2019-20 Salary. This model also included the 2016-17 AUU average salary for the given rank and field as a covariate.

The outcome for **Model 2** was the 2019-20 Salary.

Note that analyses were conducted including all tenure-track and tenured faculty (except those from the Law School).

The residuals for each of the two models (difference between observed and predicted salaries) are included in the files created for each Dean.

Negative residuals indicate that the faculty member is earning less than expected given their profile on the covariates that are listed. The more negative the residual, the lower the faculty member's salary is compared to what it might be expected to be. Note that we include the SRI in the analyses so we are trying to control for scholarly excellence. But the SRI is not a perfect measure so local feedback is needed to help understand the potential inequity.

We also present **standardized residuals** to help identify how different are the actual and expected salaries. The scale of the standardized residual is such that:
- A standardized residual of zero indicates that the residual equal to the average residual.
- A negative standardized residual means that the faculty person's salary difference (between actual and expected salaries) is below average.
- A negative standardized residual with a value of $-1.0$ indicates that the faculty person's salary difference is one standard deviation below average.
- A negative standardized residual with a value of $+1.0$ indicates that the faculty person's salary difference is one standard deviation above average.
- We highlighted in red any standardized residuals that were more than 2 standard deviations below average
- We highlighted in yellow any standardized residuals that were more than 1 standard deviation below average

Note that the standardizing occurred using all faculty members, not the college- or school-specific residuals. The residuals could be standardizes using just your College / School sample. Please reach out to the Faculty Affairs group if you need help understanding these data and results.

Each Dean will be given access to their College or School's residuals dataset via the relevant CSU's BOX folder.

Last, again, do please use local contexts to make sense of differences. Finding a difference between actual and expected salaries does not mean that there is an inequity. Similarly, not finding a difference does not mean that there is equity.

17

CONFIDENTIAL

UT Austin_0034049