UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Evdokia Nikolova § 
 § CIVIL NO:
vs. § AU:19-CV-00877-RP
 §
University of Texas At Austin §

## LIST OF WITNESSES AT TRIAL

| **BY** | **PLAINTIFF** | **BY** | **DEFENDANT** |
|---|---|---|---|
| 1. | John Dalton | 1. | Donald Deere |
| 2. | Grace Zhuang | 2. | Christine Julien |
| 3. | Jonathan Volvano | 3. | Carmen Shockley |
| 4. | Shane Thompson | 4. | Sharon Wood |
| 5. | Ahmed Tewfik | 5. | |
| 6. | Gregory Fenves | 6. | |
| 7. | Peter Glick | 7. | |
| 8. | Sharon Wood | 8. | |
| 9. | Dan Wassserman | 9. | |
| 10. | Evdokia Nikolova | 10. | |
| 11. | Tom Glass | 11. | |
| 12. | Jimmy Horn | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |