United States District Court
Western District
Exhibits Log: A-19-cv-877 RP
Nikolova v UT Austin, 3/7/2022

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-1 | Dean`s Assessment, UT 22-25 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-2 | Rebuttal to Dean`s Assess, UT 6-20 | Yes | 3/9/2022 2:50 PM | 3/9/2022 2:50 PM |
| Pla-3 | Change in Academic Rank Summary Form EN, UT 21 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-4 | Chair`s Letter of Support, UT 26-30 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-5 | Budget Council Teaching, UT 58-61 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-6 | Teaching Statement, UT 62-68 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-7 | Budget Council Research, UT 77-80 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-8 | Research Statement and Supporting Docs, UT 81-91 | Yes | 3/8/2022 9:52 AM | 3/8/2022 9:52 AM |
| Pla-9 | Budget Council Service, UT 96-97 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-10 | Nikolova CV, UT 34-57 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-11 | External Letters All, UT 220-21, 224-26, 228-29, 231-232, 235-36, 239-41, 244-45, 248-49, 252-53 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-12 | Letter Atamturk Berkley, UT 220-21 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-13 | Letter Conitzer Duke, UT 224-26 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-14 | Letter Goel Stanford, UT 228-229 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-15 | Letter Jaillet MIT, UT 231-232 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-16 | Letter Kannan U Penn, UT 235-36 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-17 | Letter Schulz U Munich, UT 239-41 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-18 | Letter Shmoys Cornell, UT 244-45 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-19 | Letter Van Hentenryck Ga. Tech, UT 248-49 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-20 | Letter Yannakakis Columbia, UT 252-53 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-21 | Peer Teaching Evals, UT 69-74 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-22 | Tenure Dossier Full Nikolova, UT 16304-16429 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-23 | Blum Letter, UT 26177-179 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-24 | Erez Letter Discrim, UT 8814 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-25 | EM Letter urging the positive conclusion of Dr Evdokia Nikolovas tenure appeal, 4.8.19, UT 8773-75 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-26 | EM Letter urging the positive conclusion of Dr Evdokia Nikolovas tenure appeal, 4.9.19, UT 9737-40 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-27 | P&T Committee Notes Em, UT 7550 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-28 | P&T Committee Notes, UT 7551-54 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-29 | Pres Cmtee Chart, UT 8749 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-30 | Nikolova Denial Letter, UT 660 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-31 | EM Nikolova Final Arguments letter, UT 7906-07 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-32 | Request for ReconsiderationFinal Arguments Letter, UT 256-76, 8078-8139 | Yes | 3/10/2022 10:08 AM | 3/10/2022 10:08 AM |
| Pla-33 | CCAFR Appeal, UT 616-695 | Yes | 3/10/2022 10:11 AM | 3/10/2022 10:11 AM |
| Pla-34 | CCAFR Decision, UT 696-713 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-35 | CCAFR Pres Response, UT 714-718 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-36 | CCAFR to Dukerich, UT 8834-8836 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-37 | Hiring Letter EN, P 1935-38 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-38 | EM FW Offer JS-GF, UT 8760 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-39 | Chair Letter of Support Initial, UT 19042-46 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-40 | Faculty w MID, UT 36126-27 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-41 | Pregnancy Extension MID 2015 EN, UT 7053-57 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-42 | MID 2018 EN, P 1872-73 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-43 | Tiwari Rescinding Docs, UT 26881-85, 34014-16, 26886 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-44 | EM Fall 2019 update AT to EN, P 1902 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-45 | EM [cse-ece-faculty] Congratulations AT-EEF, UT 25675 | Yes | 3/8/2022 9:40 AM | 3/8/2022 9:40 AM |
| Pla-46 | EM Fwd Baby Elitza, KL-SS&AT, UT 25628-37 | Yes | 3/8/2022 11:18 AM | 3/8/2022 11:18 AM |
| Pla-47 | EM RE Ask about tenure clock extensiin, EN-AT, UT 18882 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-48 | EM Congratulations! AT-EM, P 3783 | Yes | 3/8/2022 9:40 AM | 3/8/2022 9:40 AM |
| Pla-49 | EM Consultative Committee for the Next Department Chair EN to SW, P 1867-71 | Yes | 3/9/2022 2:39 PM | 3/9/2022 2:39 PM |
| Pla-50 | EM [cse-ece-faculty] Occupying the EERC SW-EN, P 2869-73 | No | | |
| Pla-51 | Faculty Council Mtg Transc 2019, UT 24936-53 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-52 | Dept Annual Rvw 16-17 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-53 | Dept Annual Rvw 17-18 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-54 | Roadshow Agenda Spring 16, UT 34024 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-55 | Roadshow Agenda Spring 17, UT 34025 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-56 | Roadshow Agenda Spring 18, UT 34026 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-57 | Roadshow Agenda Spring 19, UT 34027 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-58 | 20170803 Email Attachment for 17-18 Merit Raises | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-59 | General Tenure Guidelines 2018-19, UT 735-55 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-60 | HOP 2-2010, UT 762-63 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-61 | HOP 2-2020, UT 764-765 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-62 | HOP 2-2160, UT 774-76 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-63 | HOP 2-2240 MID, UT 780-81 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-64 | HOP 3-3020 Nondiscrimination, Dalton Depo Ex 60 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-65 | HOP 3-3031 Prohibition of Sex Discrimination, Dalton Depo Ex 61 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-66 | Regents Rule 10701, Dalton Depo Ex 62 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-67 | Training scenarios, UT 2234-35 | No | | |
| Pla-68 | Responsible Employee Resource Guide, UT 2228-29 | No | | |
| Pla-69 | Women in Engineering Title IX, UT 2764-87 | No | | |
| Pla-70 | Title IX and Non-Discrimination, UT 4995-5034 | No | 3/9/2022 2:40 PM | |
| Pla-71 | EM Faculty Interview Etiquette, P 1885-87 | No | | |
| Pla-72 | EM FW Title IX Pregnant or Parenting, P 18888-91 | No | | |
| Pla-73 | Broadening Participation in Computing Plan, P 1925-28 | No | | |
| Pla-74 | EM another question BE-EN, P 1894-95 | No | | |
| Pla-75 | College of Natural Science Faculty Handbook, P 2769-73 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-76 | Interview of Sharon Wood | Yes | 3/10/2022 8:42 AM | 3/10/2022 8:42 AM |
| Pla-77 | EM Re chaired professorship at Duke, EN-AT, UT 18691-93 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-78 | EM Your AitF Proposal, EN-AT, UT 17801-04 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-79 | EM Promotion AT to EN, P 1983-85 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-80 | EM Evdokia 3rd year review AD-AT, UT 19100 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-81 | EM Third year review AT-EN, P 2428-33 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-83 | EM my teaching evaluations for 360C AT-EN, P 1990-2006 | No | | |
| Pla-84 | EM Teaching evals for 360C EN-BE, P 2007-08 | No | | |
| Pla-88 | EM data on teaching EN-SS, P 2102-2106 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-89 | EM promotion vote, AT-EN, UT 19109-11 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-91 | EM Good morning everyone JB-EN, P 2191-93 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-92 | EM 2018 CV & Publication List JB-DA, P 2279-82 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-93 | EM CV attached JD-EN, P 2287-99 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-94 | EM Teaching statement attached EN-SS, P 2309-14 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-95 | EM Help with tenure Teaching Statement EN-CJ, P 2327-32 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-96 | EM remaining documents EN-JB, P 2372-76 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-97 | Sample Teaching Statement Vijay Reddi, P 2253-55 | No | | |
| Pla-98 | EM Teaching Statement edit JB-EN, P 2551-56 | No | | |
| Pla-99 | EM promotion vote 09.12.18, AT-EN, UT 19028-29 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-100 | EM Re EE 360C required for which students, JV-EN,CJ,&VV, UT 6227-28 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-101 | EM Comments on Nikolova SW-SS, UT 33877-78 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-102 | EM Re question for ECE chair, AT-GS, UT 7472-73 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-103 | EM FW question for ECE chair, GS-SW, UT 7476-77 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-106 | EM RE question for ECE chair, SW-GS, UT 37789-90 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-107 | EM Fwd further thoughts EN-EN, P 4334-45 | No | | |
| Pla-108 | EM Re rebuttal draft, EN-AT, UT 26013-14 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-109 | TXT Between EN-AT, P 2759-67 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-110 | EM RE P&T Decision, AT-EN, UT 18998-19001 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-111 | EM RE question for ECE chair, SW-AT, UT 25607-09 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-112 | EM RE [cse-ece-faculty] P&T decision, AT-JL, UT 18992-95 | Yes | 3/9/2022 2:40 PM | 3/9/2022 2:40 PM |
| Pla-113 | EM update from conversation with Carmen, EN-EB&AT, UT 8622 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-114 | EM Re confidential Petition, SW-AT, UT 19569-71 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-115 | EM confidential Petition JS-SW, UT 7692-94 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-116 | EM Re Petition, AT-SS, UT 19004-05 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-117 | EM Re Petion SS-EN, P 4319-21 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-118 | TXT Texts btwn SS and EN, P 4365-74 | Yes | 3/8/2022 9:52 AM | 3/8/2022 9:52 AM |
| Pla-119 | EM Fwd Promotion of Assistant Professor Evdokia Nikolova to Associate Professor with tenure, AT-SS, UT 19010-11 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-120 | EM Fwd P&T decision EN-ECE Faculty, P 4474-4713 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-121 | EM Fwd P&T decision EN-ECE Faculty, P 2637-41, P 2618-21 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-122 | EM RE [cse-ece-faculty] P&T decision, SW-GS&AT, UT 7943-51 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-123 | EM Re [nikolova2009@gmail.com Re [cse-ece-faculty` P&T decision, AT-YP, UT 18948-56 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-124 | EM RE [cse-ece-faculty] P&T decision, AT-DW, UT 18969-72 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-125 | EM RE [cse-ece-faculty] P&T decision, GS-AT, UT 19936-42 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-126 | Female Promote CSE ECE, UT Austin 7660 | Yes | 3/8/2022 11:24 AM | 3/8/2022 11:24 AM |
| Pla-128 | EM RE Key questions, AT-JA, UT 18968 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-129 | EM RE [cse-ece-faculty] P&T decision, AT-GS, UT 18961-67 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-130 | EM comparison with Zoya Heidari from Petroleum Engineering, EN-AT, UT 8385-87 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-131 | Tewfik Text Re Email, P 4384 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-132 | EM Plan to submit Final Arguments and CCAFR appeal later today EN-CS, P 4389-91 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-133 | EM RE CCAFR Repoert on Dr. Evdokia Nikolova, SW-GS, UT 7973-74 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-134 | EM RE CCAFR Reposrt on Dr. Evdokia Nikolova 04.30.19, SW-GS, UT 7975-76 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-135 | EM Most controvercial case, SW-DD, UT 7965 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-136 | EM RE Procedural tenure question, SW-CS&GS, UT 7928-30 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-137 | EM Re [cse-ece-faculty] P&T decision, SW-JD, UT 7915-19 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-138 | EM Re update, JD-SW, UT 7879-81 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-139 | EE360 CIS Results, P004390-P004473 (Also in part P's MSJ Response Ex 35) | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-140 | EE 319 CIS Results, Ex 41, P's MSJ Response | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-141 | CIS Individual Results, P 2874-3071 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-142 | Heidari Dossier Docs, UT 16914-18, 17025-28 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-143 | Heidari Dossier Full, UT 16914-17116 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-144 | Belkin Dossier Docs, UT 22432-35 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-145 | Belkin Dossier Full, UT 22432-22573 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-146 | Tiwari Dossier Docs, UT 16430-33, 16456, 16464-68 , 16474, 16462, 16452-53, 16463 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-147 | Tiwari Dossier Full, UT 16430-563 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-148 | Foster Dossier Docs, UT 13843—50, 13883 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-149 | Foster Dossier Full, UT 13843-14001 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-150 | Cox Dossier Docs, UT 11042-46, 11080, 11120-21, 11150-52 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-151 | Cox Dossier Full, UT 11042-11224 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-152 | Saleh Dossier Docs, UT 14143-47, 14176, 14197, 14215-17 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-153 | Saleh Dossier Full, UT 14143-14280 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-154 | Okuno Dossier Docs, UT 14627-31, 14656,14696-97 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-155 | Okuno Dossier Full, UT 14627-14785 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-156 | Salamone Dossier Docs, UT 14786-89, 14817-14818, 14861-62 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-157 | Salamone Dossier Full, UT 14786-14913 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-158 | Yeh Tenure Docs, UT 15089-92, 15118, 15157 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-159 | Yeh Dossier Full, UT 15089-15249 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-160 | Sun Dossier Docs, UT 14281-85, 14303, 14338, 14367-69 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-161 | Sun Dossier Full, UT 14281-14440 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-162 | Reddi Dossier Docs, UT 17117-21, 17161, 17184-88 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-163 | Reddi Dossier Full, UT 17117-17253 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-164 | Dimikas Dossier Docs, UT 16761-64, 16848-50 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-165 | Dimikas Dossier Full, UT 16761-16913 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-166 | Humphreys Dossier Docs, UT 11760-64, 11803, 11870-71 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-167 | Humphreys Dossier Full, UT 11760-11944 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-168 | El Mohtar Dossier Docs, UT 11225-11229, 11255, 11289-91, 11296, 11334-35 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-169 | El Mohtar Dossier Full, UT 11225-11401 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-170 | Bickel Dossier Docs, UT 22913-22916, 22968-71, 23007 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-171 | Bickel Dossier Full, UT 22913-23080 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-172 | Gerstlauer Dossier Docs, P 464-67, 509, 524-27, 566 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-173 | Grestlauer Dossier Full, UT 26888-27054 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-174 | Zoldan Dossier Full, UT 24757-24927 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-175 | Heidari Offer Letter, UT 33888-91 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-176 | EM RE Official Offer Letter JO-ZH, UT 33892-94 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-177 | EM draft letter JO-ZH, UT 33895 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-178 | EM FW start-up list JO-ZH, UT 33900-02 | No | | |
| Pla-179 | EM PGE hiring proposal JO-SW, UT 33908-09 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-180 | EM Zoya offer JO-GS, UT 34001 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-181 | EM Re [cse-ece-faculty] P&T decision, CJ-ALT, UT 6195-98 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-182 | EM Re Peer Teaching Evaluation, EN-CJ, UT6320-32 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-183 | EM [ece-faculty-a] student course-instructor surveys, YP-RY, P 3193-94 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-184 | EM Introducing Our New Assistant Dean of Diversity, Equity and Inclusion, SW-EN, P`s Resp MSJ Ex 68 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-185 | EM Re Peer Evaluations Overdue, SS-JE,TA,EN&BE, UT 26709-10 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-186 | EM Class 1.518 peer teching evaluation EN-CJ, P 3139-51 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-187 | EM Peer Teaching Evaluation (Nikolova) BE-EN, P 3111-21 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-188 | Annual Reviews All ECE 17-18, UT 18881 | Yes | 3/8/2022 11:25 AM | 3/8/2022 11:25 AM |
| Pla-189 | Annual Reviews All ECE 18-19, UT 0026307 | Yes | 3/8/2022 11:25 AM | 3/8/2022 11:25 AM |
| Pla-190 | Nikolova FAR, UT 26228-34 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-191 | Gligoric FAR, 25176-79 | No | | |
| Pla-192 | Soloviech FAR, 25223-25 | No | | |
| Pla-193 | EM Re URGENT your FAR, CJ-DM, UT 26519 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-194 | EM Re [ECE Faculty Review] Rating Spreadsheet, CJ-DM, UT 26534-35 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-195 | EM Job Performance assessed by Faculty Evaluation Committee JE-EN, UT 8355 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-196 | EM Re Annual Review, assessed by Favulty Evaluation Committee and Department Chair, EN-DM, UT 35122-28 | Yes | 3/8/2022 9:52 AM | 3/8/2022 9:52 AM |
| Pla-197 | EM Annual Review, assed by Faculty Evaluation Committe EV-DM 7.27.20, P 3195-3205 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-200 | ECE Salaries 2013-20, Wood Depo Ex 11 | Yes | 3/8/2022 11:26 AM | 3/8/2022 11:26 AM |
| Pla-201 | ECE Salaries 09-10 - 18-19 UT 26497 | Yes | 3/8/2022 11:26 AM | 3/8/2022 11:26 AM |
| Pla-202 | ECE Salaries 19-20 UT 26498 | Yes | 3/8/2022 11:27 AM | 3/8/2022 11:27 AM |
| Pla-203 | ECE Salaries 20-21 UT 26507 | Yes | 3/8/2022 11:27 AM | 3/8/2022 11:27 AM |
| Pla-204 | EM Equity Raise Analysis GS-SW, UT 26434 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-205 | W-2 2013 A&M, P 1912 | No | | |
| Pla-206 | W-2 2014 UT, P 1915-16 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-207 | W-2 2016 UT, P 1919-20 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-208 | W-2 2017 UT, P 1921-22 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Pla-209 | W-2 2018 UT, P 1923 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-210 | W-2 2019 UT, P 1924 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-211 | FMLA Documentation, P 3556-59 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-212 | EM Re Urgent mental health, P 3560-63 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-213 | Job Search Documents, P 3577-3632 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-214 | EM Followup on MID Request JS-SW UT 7994-98 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-215 | Dalton Depo Notice | No | | |
| Pla-218 | Fenves Depo Notice Second Amended | No | | |
| Pla-219 | Wood Depo Notice | No | | |
| Pla-220 | Speitel Depo Notice | No | | |
| Pla-221 | Shockley Depo Notice | No | | |
| Pla-222 | Dream Hard Essay EN, P 1939-57 | No | | |
| Pla-223 | Charge of Discrimination, P 1965-66 | No | | |
| Pla-224 | Right to Sue Letter, P 1963 | No | | |
| Pla-225 | Gender Excel Spread Sheet UT 34032 | No | | |
| Pla-226 | Tenure Data Spreadsheet (Produced by UT 11.10.20 | Yes | 3/8/2022 11:29 AM | 3/8/2022 11:29 AM |
| Pla-227 | EM and Ltr, Letter in support of Eddie Nikolova, AK-GF 4.6.19, UT 8019-20 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-228 | Annual Reviews All ECE 14-15, UT 26195 | Yes | 3/8/2022 11:29 AM | 3/8/2022 11:29 AM |
| Pla-229 | Annual Reviews All ECE 15–16 UT 26196 | Yes | 3/8/2022 11:30 AM | 3/8/2022 11:30 AM |
| Pla-230 | EM Faculty Request For Leave Form and attachments, P4714 - P4718 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-231 | EM FW Meeting with the dean order of discussion SS-SS 10.25.18, UT 6139-40 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-232 | EM Chair s letter Nikolova sept 2018 v4docx AT-SW, 10.29.18 UT 7866 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-233 | EM RE pregnancysick leave GS-SS, 5.24.18, UT 26161 | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-234 | EM Items for todays discussion BE-JD, 5.21.19, UT 8833 | No | | |
| Pla-235 | Sanghavi Dossier Full | No | | |
| Pla-236 | Glass Tables | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-237 | Thompson Report Tables | Yes | 3/7/2022 1:59 PM | 3/7/2022 1:59 PM |
| Pla-238 | Glass tables | No | | |
| Def-1 | HOP 2-2010 Academic Titles and Tenure | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-2 | HOP 2-2020 Extension of the Tenure Track Probationary Period | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-3 | HOP 2-2240 Modified Instructional Duties (MID) | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-4 | General Tenure Guidelinesfor Promotion & Tenure AY 2018–19 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-5 | Dossier-Promotion Packet Checklist | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-6 | AY18-19 Evaluation Template P&T Committee | Yes | 3/11/2022 12:11 PM | 3/11/2022 12:11 PM |
| Def-7 | 20130522 Hiring committee emails re Nikolova | No | | |
| Def-8 | 20130530 Emails re hiring committee vote, extending offer | No | | |
| Def-9 | 20130607 Signed offer letter | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-10 | 20151008 Nikolova's MID memoranda Request for Spring 2016 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-11 | 20151120 Nikolova`s probationary extension request for AY 2015-16 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-12 | 20151120 Provost Letter approving probationary extension signed by Nikolova for AY 2015-16 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-13 | 20180413 Nikolova`s MID memoranda Request for Fall 2018 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-14 | 20180506 1st Budget Council Vote on Nikolova promotion | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-15 | 20180531 Nikolova`s Third-Year Review and transmission email | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-16 | 20180803 Nikolova's Email thread regarding students, fiancé working on dossier (1) | No | | |
| Def-17 | 20180803 Nikolova's Email thread regarding students, fiancé working on dossier (2) | No | | |
| Def-18 | 20180803 Nikolova's Email thread regarding students, fiancé working on dossier (3) | No | | |
| Def-19 | 20180910 2nd Budget Council Vote on Nikolova promotion | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-20 | 20180910 2nd Budget Council Comments on Nikolova promotion | Yes | 3/8/2022 10:27 AM | 3/8/2022 10:27 AM |
| Def-21 | 20181026 Emails re P&T Committee question & explanation (1) | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-22 | 20181026 Emails re P&T Committee question & explanation (2) | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-23 | 20181029 Chair Tewfik Letter In Support of promoting Nikolova | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-24 | 20181113 Email re P&T evaluation of Nikolova & evaluation | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-25 | 20181120 Dean Wood`s Assessment Letter re Nikolova Tenure | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-26 | 20181127 Texts btwn Tewfik and Nikolova | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-27 | 20190301 Email re Blum unsolicited recommendation letter | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-28 | 20190325 Nikolova Letter to CCAFR | No | | |
| Def-29 | 20190325 Nikolova Final Argument Letter to Fenves | No | | |
| Def-30 | 20190326 Nikolova Email submitting final argument letter | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-31 | 20190326 Nikolova Email to Carmen submitting CCAFR Letter Request | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-32 | 20190424 Emails re Peer Teaching Evaluation (1) | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-33 | 20190425 Emails re Peer Teaching Evaluation (2) | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-34 | 20190507 Email thread between ED & CJ re Peer Teaching Evaluation | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-35 | 20190507 Email fr Evans submitting Peer Teaching Evaluation | No | | |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-36 | 20190510 Schmidt Letter submitting EEOC Charge | No | | |
| Def-37 | 20190513 President`s Resp letter to CCAFR sub-committee letter | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-38 | 20190613 EEOC Right to Sue Letter.pdf | No | | |
| Def-39 | 20190905 Emails regarding senior design supervision (1) | No | | |
| Def-40 | 20190906 Emails regarding senior design supervision (2) | No | | |
| Def-41 | 20190906 Emails regarding senior design supervision (3) | No | | |
| Def-42 | 20190906 Emails fr Wood to Dukerich regarding senior design supervision (4) | No | | |
| Def-43 | 20190916 Nikolova`s MID memoranda Request for Spring 2020 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-44 | 20190920 Nikolova`s probationary extension request for Spring 2020 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-45 | 20200513 Emails fr Erengil to Julien regarding missing FARs | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-46 | 20200517 Email fr Orshansky re Nikolova rating | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-47 | 20200517 Email fr Caramanis re Nikolova rating | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-48 | Nikolova's Tenure Dossier | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-49 | AY 2019–20 ECE Faculty Annual Performance Rankings | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-50 | Deere Tables 1-4 | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-51 | Dept Annual Review 15-16 | Yes | 3/8/2022 10:06 AM | 3/8/2022 10:06 AM |
| Def-52 | Dept Annual Review | Yes | 3/8/2022 10:06 AM | 3/8/2022 10:06 AM |
| Def-53 | Dept Annual Review | Yes | 3/8/2022 10:06 AM | 3/8/2022 10:06 AM |
| Def-54 | AY 2018-19 Nikolova Annual Review | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-55 | 20130715 Email regarding Nikolova's Offer Salary | No | | |
| Def-56 | 20160504 Email 16-17 Merit Raises | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-57 | 20170803 Email 17-18 Merit Raises | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-58 | Email attachment for 17-18 Merit Raises | Yes | 3/8/2022 10:06 AM | 3/8/2022 10:06 AM |
| Def-59 | 20180702 Email 18-19 Merit Raises | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-60 | 20180702 Email Attachment for 18-19 Merit Raises | Yes | 3/8/2022 10:07 AM | 3/8/2022 10:07 AM |
| Def-61 | 20190614 Email 19-20 Merit Raises | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-62 | Salary Spreadsheet ECE 2009-19 | Yes | 3/8/2022 10:07 AM | 3/8/2022 10:07 AM |
| Def-63 | 20190219 Email Transportation Research | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-64 | 20190421 Email re Peer Teaching Evals | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |
| Def-65 | 20200517 Email re missing FARs | Yes | 3/7/2022 2:02 PM | 3/7/2022 2:02 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-66 | 20190627_Email fr EN to Welch | Yes | 3/11/2022 8:25 AM | 3/11/2022 8:25 AM |