Filed 3/11/22

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| | § | |
| Defendant. | § | |

**VERDICT FORM**

**QUESTION NO. 1**

Has Dr. Nikolova proved by a preponderance of the evidence that UT Austin would have awarded her tenure in February 2019 in the absence of—in other words, but for—her sex?

Answer "Yes" or "No":

Answer: __Yes__

**QUESTION NO. 2**

Has Dr. Nikolova proved by a preponderance of the evidence that UT Austin would have awarded her tenure in February 2019 in the absence of—in other words, but for—her pregnancy?

Answer "Yes" or "No":

Answer: __Yes__

*If your answer to either Question 1 or Question 2 is "yes," proceed to Question 3.*
*If your answer to both Question 1 and Question 2 is "no," do not answer Question 3.*

**QUESTION NO. 3**

What sum of money, if paid now in cash, would fairly and reasonably compensate Dr. Nikolova for the damages, if any, you have found UT Austin caused Dr. Nikolova by engaging in unlawful discrimination?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation, and damage to reputation.

Answer: $ 1,000,000.00

2. Future pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation, and damage to reputation.

Answer: $ 2,000,000.00

3. Back pay wages and benefits from September 1, 2019, to today's date.

Answer: $ 50,000.00


SIGNED this 11 day of March, 2022.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002