**IN THE WESTERN DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| **Plaintiff** | § | **CIVIL ACTION** |
| | § | |
| **VS.** | § | **NO. 1:19-CV-00877-RP** |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | **JURY REQUESTED** |
| **Defendant** | § | |

## ORDER

In accordance with the jury's verdict returned on March 11, 2022 and having considered Plaintiff's Motion for Judgment and all related and responsive pleadings and evidence, the Court enters the following Judgment:

Compensatory damages (past and future):    $300,000

Back pay damages:    $50,000

Prejudgment interest on back pay:    $_____

Front pay damages:    $_____

Post-judgment interest at the rate of _____ until paid.[1]

Plaintiff's attorneys fees and costs will be determined in a separate order.

So ORDERED, this ____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Postjudgment interest is calculated using the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System for the calendar week preceding. 28 U.S.C. § 1961.
Source:http://www.federalreserve.gov/releases/h15/update/

1