IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* | § § § | |

## ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT

On this day, the Court considered Defendant's Second Motion for Extension of Time to Respond to Plaintiff's Motion for Judgment. Noting that the motion is unopposed and having determined that good cause exists for the requested extension, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's motion for extension of time is hereby GRANTED. It is further ORDERED that Defendant's Response to Plaintiff's Motion for Judgment is hereby due on or before Monday, June 20, 2022.

Signed this \_\_\_\_ day of June, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE