**Table 1.** ███████████████████████████████████████

| ID | Gender | Date Joined Faculty | Extension Year | First Prob. Year | Second Prob. Year | Third Prob. Year | Fourth Prob. Year | Fifth Prob. Year | Years in Rank | Accelerated Tenure Review? |
|---|---|---|---|---|---|---|---|---|---|---|
| ns22375 | Male | 1/16/2011 | 2015 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | **2016-2017\*,\*\*** | 6.5 | **No** |
| ad32385 | Male | 7/1/2011 | 2014 | 2011-2012 | 2012-2013 | 2013-2014 | **2015-2016\*** | 2016-2017\*\* | 6 | **No** |
| vj239 | Male | 9/1/2011 | 2015 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | **2016-2017\*,\*\*** | 6 | **No** |
| Dr. Nikolova | Female | 1/1/2014 | 2015 | 2014-2015 | **2016-2017\*** | 2017-2018 | 2018-2019\*\* | | 5.5 | **Yes** |

**\* Previous year does not count for probationary period because of extension**
**\*\* Year considered for tenure**



DEFENDANT'S EXHIBIT

B

**Table 2.** ███████████████████████████████████████████

| Population | Gender | Department Committee Recommends For Tenure | | | College Committee Recommends For Tenure | | | College Committee Recommends Against Tenure | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Denied Tenure | % Denied Tenure | Total | Denied Tenure | % Denied Tenure | Total | Granted Tenure | % Granted Tenure |
| Decisions prior to 2018-2019 | Women | 20 | 2 | 10.0% | 17 | 1 | 5.9% | 3 | 2 | 66.7% |
| | Men | 63 | 7 | 11.1% | 58 | 4 | 6.9% | 6 | 2 | 33.3% |
| All Decisions, except Dr. Nikolova | Women | 24 | 2 | 8.3% | 21 | 1 | 4.8% | 3 | 2 | 66.7% |
| | Men | 73 | 7 | 9.6% | 68 | 4 | 5.9% | 6 | 2 | 33.3% |
| All Decisions | Women | 25 | 3 | 12.0% | 22 | 2 | 9.1% | 3 | 2 | 66.7% |
| | Men | 73 | 7 | 9.6% | 68 | 4 | 5.9% | 6 | 2 | 33.3% |

Notes:
1) There are a total of 102 cases for which the Department and College recommendations were provided, 87 of these were prior to 2018-2019.
2) The Department Commmittees recommended denying tenure in four cases, all prior to 2018-2019 and all were denied tenure.
3) The College Committee recommended a "Tie" in three cases, all prior to 2018-2019 and all were denied tenure.

**Table 3.** ▮

| Gender | Decisions prior to 2018-2019 | | | All Decisions, except Dr. Nikolova | | | All Decisions | | | All Decisions + Those Who Left Prior to Tenure Review | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Tenured | % Granted Tenure | Total | Tenured | % Granted Tenure | Total | Tenured | % Granted Tenure | Total | Tenured | % Granted Tenure |
| Women | 21 | 18 | 85.7% | 25 | 22 | 88.0% | 26 | 22 | 84.6% | 30 | 22 | 73.3% |
| Men | 66 | 56 | 84.8% | 76 | 66 | 86.8% | 76 | 66 | 86.8% | 90 | 66 | 73.3% |

**Table 4.** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

| | |
|---|---|
| Date of Tenure Denial | 9/1/2019 |
| Date of Tenure | 9/1/2023 |
| Employer Contribution to Retirment | 7.5% |

| Expected Future Salaries as of: | 9/1/2019 | 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | $129,500 | $149,314 |
| Scenario 1: Tenured on 9/1/2023 | $114,639 | $146,665 |

| | |
|---|---|
| Promotion increase | 16.35% |
| Within-Rank Growth | 4.86% |
| Catch-up growth | 0.63% |

| Year Starting | Growth/ Expected Growth | Base Case | Scenario 1 | Loss | Retirement Contribution | Total Loss | Discount Factor | Present Value |
|---|---|---|---|---|---|---|---|---|
| 9/1/2019 | | $129,500 | $114,639 | ($14,861) | ($1,115) | ($15,976) | 100.00% | ($15,976) |
| 9/1/2020 | 0.00% | $129,500 | $114,639 | ($14,861) | ($1,115) | ($15,976) | 100.00% | ($15,976) |
| 9/1/2021 | 4.86% | $135,794 | $120,210 | ($15,583) | ($1,169) | ($16,752) | 99.98% | ($16,748) |
| 9/1/2022 | 4.86% | $142,393 | $126,053 | ($16,341) | ($1,226) | ($17,566) | 99.76% | ($17,524) |
| 9/1/2023 | 4.86% | $149,314 | $146,665 | ($2,649) | ($199) | ($2,847) | 99.06% | ($2,820) |
| 9/1/2024 | 4.86% | $156,570 | $154,713 | ($1,857) | ($139) | ($1,996) | 97.75% | ($1,951) |
| 9/1/2025 | 4.86% | $164,180 | $163,203 | ($977) | ($73) | ($1,050) | 95.83% | ($1,006) |
| 9/1/2026 | 4.86% | $172,159 | $172,159 | $0 | $0 | $0 | 93.55% | $0 |
| | | | | | | **Total Lost Compensation** | | **($72,001)** |