| Name | Fac Rank as of Spring 2019 | PhD Awarded | Years since PhD | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017* | 2017-2018 | 2018-2019 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 | 2018-2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANERJEE, SANJAY K | Prof./Chair | 1983 | 35 | $214,610 | $214,610 | $218,910 | $223,910 | $229,210 | $234,110 | $245,816 | $258,723 | $271,628 | $285,179 | 0.0% | 0.0% | 2.0% | 2.3% | 2.4% | 2.1% | 5.0% | 5.3% | 5.0% | 5.0% |
| TEWFIK, AHMED | Prof./Chair | 1987 | 31 |  | $210,000 | $215,000 | $221,000 | $225,500 | $233,390 | $245,060 | $253,630 | $263,775 | $276,975 |  |  | 2.4% | 2.8% | 2.0% | 3.5% | 5.0% | 3.5% | 4.0% | 5.0% |
| GOODENOUGH, JOHN B* | Prof./Chair | 1952 | 66 | $216,489 | $216,489 | $221,489 | $226,486 | $232,151 | $240,151 | $249,757 | $255,093 | $262,746 | $270,628 | 0.0% | 0.0% | 2.3% | 2.3% | 2.5% | 3.4% | 4.0% | 2.1% | 3.0% | 3.0% |
| HUANG, QIN (ALEX) | Prof./Chair | 1992 | 26 |  |  |  |  |  |  |  | $240,000 | $252,000 |  |  |  |  |  |  |  |  |  | 5.0% |  |
| BOVIK, ALAN C | Prof./Chair | 1984 | 34 | $181,775 | $181,775 | $188,137 | $193,137 | $198,137 | $203,037 | $213,189 | $223,848 | $235,040 | $246,792 | 5.8% | 0.0% | 3.5% | 2.7% | 2.6% | 2.5% | 5.0% | 5.0% | 5.0% | 5.0% |
| PATT, YALE N | Prof./Chair | 1966 | 52 | $216,449 | $216,449 | $226,949 | $226,949 | $229,949 | $233,949 | $237,458 | $242,174 | $244,174 | $246,616 | 0.0% | 0.0% | 4.9% | 0.0% | 1.3% | 1.7% | 1.5% | 2.0% | 0.8% | 1.0% |
| ABRAHAM, JACOB A | Prof./Chair | 1974 | 44 | $215,146 | $215,146 | $219,446 | $223,057 | $225,336 | $227,586 | $231,569 | $235,568 | $238,069 | $246,401 | 0.0% | 0.0% | 2.0% | 1.6% | 1.0% | 1.0% | 1.8% | 1.7% | 1.1% | 3.5% |
| DODABALAPUR, ANANTH | Prof./Chair | 1990 | 28 | $171,624 | $171,624 | $182,224 | $187,224 | $194,713 | $198,800 | $208,740 | $219,793 | $230,753 | $242,260 | 3.0% | 0.0% | 6.2% | 2.7% | 4.0% | 2.1% | 5.0% | 5.3% | 5.0% | 5.0% |
| CHEN, RAY T | Prof./Chair | 1988 | 30 | $169,000 | $169,000 | $181,857 | $186,857 | $194,331 | $198,300 | $208,215 | $219,034 | $229,965 | $241,443 | 5.6% | 0.0% | 7.6% | 2.7% | 4.0% | 2.0% | 5.0% | 5.2% | 5.0% | 5.0% |
| YU, EDWARD | Prof./Chair | 1991 | 27 | $180,000 | $180,000 | $183,600 | $188,600 | $193,600 | $198,300 | $208,215 | $218,626 | $229,557 | $241,035 |  | 0.0% | 2.0% | 2.7% | 2.7% | 2.4% | 5.0% | 5.0% | 5.0% | 5.0% |
| GHOSH, JOYDEEP | Prof./Chair | 1988 | 30 | $147,091 | $147,091 | $150,768 | $158,783 | $161,783 | $163,783 | $175,248 | $184,626 | $193,826 | $205,456 | 0.0% | 0.0% | 2.5% | 5.3% | 1.9% | 1.2% | 7.0% | 5.4% | 5.0% | 6.0% |
| PERRY, DEWAYNE E | Prof./Chair | 1978 | 40 | $168,846 | $168,846 | $172,223 | $175,667 | $177,667 | $180,767 | $184,382 |  |  |  | 0.0% | 0.0% | 2.0% | 2.0% | 1.1% | 1.7% | 2.0% |  |  |  |
| CHENG, JULIAN | Prof./Chair | 1973 | 45 | $185,600 | $185,600 | $185,600 | $185,600 | $185,600 |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  |  |
| RAPPAPORT, THEODORE S | Prof./Chair | 1987 | 31 | $215,691 | $215,691 |  |  |  |  |  |  |  |  | 4.9% | 0.0% |  |  |  |  |  |  |  |  |
| STREETMAN, BEN G | Prof./Chair | 1966 | 52 | $210,000 |  |  |  |  |  |  |  |  |  | 0.0% |  |  |  |  |  |  |  |  |  |
| LEE, JACK C | Prof. | 1988 | 30 | $163,567 | $163,567 | $169,292 | $172,492 | $176,492 | $178,305 | $183,654 | $186,782 | $189,584 | $197,167 | 4.8% | 0.0% | 3.5% | 1.9% | 2.3% | 1.0% | 3.0% | 1.7% | 1.5% | 4.0% |
| DE VECIANA, GUSTAVO A | Prof. | 1993 | 25 | $121,925 | $121,925 | $131,360 | $136,189 | $140,409 | $146,019 | $154,780 | $164,067 | $173,911 | $184,346 | 0.0% | 0.0% | 7.7% | 3.7% | 3.1% | 4.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| HEATH, ROBERT W JR | Prof. | 2001 | 17 | $110,654 | $110,654 | $118,000 | $128,030 | $134,780 | $140,580 | $149,015 | $158,572 | $169,550 | $179,596 | 4.7% | 0.0% | 6.6% | 8.5% | 5.3% | 4.3% | 6.0% | 6.4% | 6.9% | 5.9% |
| SWARTZLANDER, EARL | Prof. | 1972 | 46 | $168,161 | $168,161 | $169,831 | $169,831 | $169,831 | $169,831 | $169,831 | $170,172 | $172,172 | $178,198 | 0.0% | 0.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 1.2% | 3.5% |
| ANDREWS, JEFFREY G | Prof. | 2002 | 16 | $113,087 | $113,087 | $118,000 | $128,030 | $134,480 | $140,080 | $148,485 | $158,010 | $167,454 | $177,464 | 7.1% | 0.0% | 4.3% | 8.5% | 5.0% | 4.2% | 6.0% | 6.4% | 6.0% | 6.0% |
| SHAKKOTTAI, SANJAY | Prof. | 2002 | 16 | $110,587 | $110,587 | $118,000 | $128,030 | $134,580 | $140,181 | $148,592 | $157,916 | $167,366 | $177,383 | 4.7% | 0.0% | 6.7% | 8.5% | 5.1% | 4.2% | 6.0% | 6.3% | 6.0% | 6.0% |
| JOHN, LIZY K | Prof. | 1993 | 25 | $130,208 | $130,208 | $135,416 | $138,916 | $143,216 | $148,256 | $153,445 | $158,453 | $163,203 | $171,363 | 6.4% | 0.0% | 4.0% | 2.6% | 3.1% | 3.5% | 3.5% | 3.3% | 3.0% | 5.0% |
| PAN, ZHIGANG | Prof. | 2000 | 18 | $108,716 | $108,716 | $115,239 | $118,339 | $127,839 | $133,159 | $141,149 | $150,234 | $159,211 | $168,727 | 4.8% | 0.0% | 6.0% | 2.7% | 8.0% | 4.2% | 6.0% | 6.4% | 6.0% | 6.0% |
| EVANS, BRIAN L | Prof. | 1993 | 25 | $134,593 | $135,593 | $139,093 | $142,711 | $145,711 | $148,627 | $153,086 | $155,902 | $158,241 | $163,779 | 0.0% | 0.7% | 2.6% | 2.6% | 2.1% | 2.0% | 3.0% | 1.8% | 1.5% | 3.5% |
| BARBER, KATHLEEN S | Prof. | 1992 | 26 | $151,333 | $151,333 | $151,333 | $151,333 | $151,333 | $151,333 | $153,603 | $156,019 | $158,019 | $163,550 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% | 1.6% | 1.3% | 3.5% |
| NEIKIRK, DEAN P | Prof. | 1984 | 34 | $148,879 | $148,879 | $150,379 | $151,979 | $153,509 | $153,509 | $153,509 | $154,991 | $156,991 | $162,460 | 7.2% | 0.0% | 1.0% | 1.1% | 1.0% | 0.0% | 0.0% | 1.0% | 1.3% | 3.5% |
| BALDICK, ROSS | Prof. | 1990 | 28 | $106,388 | $106,388 | $107,452 | $108,552 | $112,352 | $120,268 | $125,079 | $128,120 | $144,000 | $151,200 | 0.0% | 0.0% | 1.0% | 1.0% | 3.5% | 7.0% | 4.0% | 2.4% | 12.4% | 5.0% |
| REGISTER, LEONARD F | Prof. | 1990 | 28 | $100,945 | $100,945 | $110,445 | $113,145 | $117,345 | $126,435 | $132,757 | $135,798 | $143,000 | $150,150 | 0.0% | 0.0% | 9.4% | 2.4% | 3.7% | 7.7% | 5.0% | 2.3% | 5.3% | 5.0% |
| JULIEN, CHRISTINE L | Prof. | 2004 | 14 | $99,275 | $105,775 | $108,948 | $111,848 | $116,322 | $120,731 | $124,957 | $136,208 | $141,656 | $148,739 | 6.4% | 6.5% | 3.0% | 2.7% | 4.0% | 3.8% | 3.5% | 9.0% | 4.0% | 5.0% |
| VISHWANATH, SRIRAM | Prof. | 2003 | 15 | $101,216 | $101,216 | $102,316 | $106,016 | $114,787 | $129,587 | $133,475 | $135,875 | $139,975 | $146,974 | 6.3% | 0.0% | 1.1% | 3.6% | 8.3% | 12.9% | 3.0% | 1.8% | 3.0% | 5.0% |
| TUTUC, EMANUEL | Prof. | 2004 | 14 | $92,400 | $92,400 | $97,020 | $105,267 | $110,004 | $113,404 | $118,507 | $122,637 | $128,537 | $144,964 | 3.9% | 0.0% | 5.0% | 8.5% | 4.5% | 3.1% | 4.5% | 3.5% | 4.8% | 12.8% |
| BANK, SETH R | Prof. | 2006 | 12 | $94,500 | $94,500 | $98,280 | $106,634 | $112,429 | $115,887 | $118,205 | $122,637 | $128,537 | $144,964 | 5.0% | 0.0% | 4.0% | 8.5% | 5.4% | 3.1% | 2.0% | 3.7% | 4.8% | 12.8% |
| GHARPUREY, RANJIT | Prof. | 1995 | 23 | $110,700 | $110,700 | $111,800 | $114,800 | $117,670 | $118,370 | $131,579 | $134,579 | $138,679 | $144,226 | 0.0% | 0.0% | 1.0% | 2.7% | 2.5% | 9.1% | 2.5% | 2.3% | 3.0% | 4.0% |
| CARAMANIS, CONSTANTINE | Prof. | 2006 | 12 | $92,100 | $92,100 | $95,324 | $103,426 | $110,080 | $113,930 | $119,057 | $122,637 | $126,637 | $142,969 | 4.0% | 0.0% | 3.5% | 8.5% | 6.4% | 3.5% | 4.5% | 3.0% | 3.3% | 12.9% |
| GARG, VIJAY K | Prof. | 1988 | 30 | $118,888 | $118,888 | $120,077 | $122,479 | $127,079 | $128,479 | $131,691 | $135,007 | $137,007 | $142,487 | 0.0% | 0.0% | 1.0% | 2.0% | 3.8% | 1.1% | 2.5% | 2.5% | 1.5% | 4.0% |
| BELKIN, MIKHAIL A | Prof. | 2004 | 14 | $90,000 | $90,000 | $93,150 | $96,550 | $99,550 | $109,550 | $114,480 | $118,480 | $124,380 | $141,843 | 3.4% | 0.0% | 3.5% | 3.7% | 3.1% | 10.0% | 4.5% | 3.5% | 5.0% | 14.0% |
| EREZ, MATTAN | Prof. | 2007 | 11 | $93,000 | $93,000 | $95,790 | $102,495 | $105,095 | $109,295 | $115,000 | $118,800 | $124,700 | $140,935 | 3.3% | 0.0% | 3.0% | 7.0% | 2.5% | 4.0% | 5.2% | 3.3% | 5.0% | 13.0% |
| SANTOSO, SURYA | Prof. | 1996 | 22 | $103,216 | $103,216 | $103,216 | $103,216 | $105,316 | $107,116 | $117,828 | $120,329 | $128,000 | $134,400 | 6.2% | 0.0% | 0.0% | 0.0% | 2.0% | 1.7% | 10.0% | 2.1% | 6.4% | 5.0% |
| ORSHANSKY, MICHAEL E | Prof. | 2001 | 17 | $103,716 | $103,716 | $104,731 | $106,631 | $109,631 | $120,631 | $121,837 | $124,453 | $128,880 | $134,035 | 5.1% | 0.0% | 1.0% | 1.8% | 2.8% | 10.0% | 1.0% | 2.1% | 3.6% | 4.0% |
| KHURSHID, SARFRAZ | Prof. | 2003 | 15 | $96,566 | $100,066 | $103,068 | $105,768 | $108,468 | $112,268 | $115,075 | $125,075 | $127,575 | $133,954 | 3.2% | 3.6% | 3.0% | 2.6% | 2.6% | 3.5% | 2.5% | 8.7% | 2.0% | 5.0% |
| ARAPOSTATHIS, ARISTOTLE | Prof. | 1982 | 36 | $104,179 | $104,179 | $104,179 | $105,179 | $105,179 | $107,447 | $109,596 | $110,730 | $120,730 | $126,767 | 0.0% | 0.0% | 0.0% | 1.0% | 0.0% | 2.2% | 2.0% | 1.0% | 9.0% | 5.0% |
| TOUBA, NUR A | Prof. | 1996 | 22 | $111,847 | $111,847 | $111,847 | $114,447 | $115,922 | $117,672 | $120,025 | $121,841 | $123,641 | $126,732 | 0.0% | 0.0% | 0.0% | 2.3% | 1.3% | 1.5% | 2.0% | 1.5% | 1.5% | 2.5% |
| VALVANO, JONATHAN W | Prof. | 1981 | 37 | $105,267 | $105,267 | $105,267 | $105,267 | $108,425 | $108,425 | $112,762 | $114,438 | $116,138 | $119,622 | 0.0% | 0.0% | 0.0% | 0.0% | 3.0% | 0.0% | 4.0% | 1.5% | 1.5% | 3.0% |
| HALLOCK, GARY A | Prof. | 1982 | 36 | $106,370 | $106,370 | $106,370 | $106,370 | $106,370 | $106,370 | $107,966 | $109,963 | $111,963 | $115,322 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% | 1.8% | 1.8% | 3.0% |
| ALU, ANDREA | Prof. | 2007 | 11 | $93,000 | $93,000 | $97,000 | $100,800 | $110,880 | $115,880 | $127,468 | $176,000 |  |  | 3.3% | 0.0% | 4.3% | 3.9% | 10.0% | 4.5% | 10.0% | 38.1% |  |  |
| BECKER, MICHAEL F | Prof. | 1973 | 45 | $88,832 | $88,832 | $88,832 | $88,832 | $88,832 | $88,832 | $90,164 | $90,164 | $90,164 |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% | 0.0% | 0.0% |  |
| LING, HAO | Prof. | 1986 | 32 | $140,546 | $140,546 | $147,573 | $151,473 | $155,473 | $157,022 | $161,733 |  |  |  | 0.0% | 0.0% | 5.0% | 2.6% | 2.6% | 1.0% | 3.0% |  |  |  |
| PEARCE, JOHN A | Prof. | 1980 | 38 | $116,922 | $116,922 | $116,922 | $116,922 | $116,922 | $116,922 | $118,676 |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% |  |  |  |
| AGGARWAL, J K | Prof. | 1964 | 54 | $156,120 | $156,120 | $159,242 | $160,542 | $161,542 |  |  |  |  |  | 0.0% | 0.0% | 2.0% | 0.8% | 0.6% |  |  |  |  |  |
| DRIGA, MIRCEA D | Prof. | 1972 | 46 | $104,087 | $104,087 | $104,087 | $104,087 | $104,087 |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  |  |
| FLAKE, ROBERT H | Prof. | 1962 | 56 | $97,421 | $97,421 | $97,421 | $97,421 | $97,421 |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  |  |
| POWERS, EDWARD J JR | Prof. | 1965 | 53 | $172,582 | $172,582 | $172,582 |  |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% |  |  |  |  |  |  |  |
| GRADY, WILLIAM M | Prof. | 1983 | 35 | $125,862 | $125,862 | $125,862 |  |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% |  |  |  |  |  |  |  |
| AMBLER, ANTHONY P | Prof. | 1981 | 37 | $149,091 |  |  |  |  |  |  |  |  |  | 6.4% |  |  |  |  |  |  |  |  |  |
| WALSER, RODGER M | Prof. | 1967 | 51 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| WOMACK, BAXTER F | Prof. | 1962 | 56 | $86,320 |  |  |  |  |  |  |  |  |  | 0.0% |  |  |  |  |  |  |  |  |  |
| BUCKMAN, ALVIN B | Prof. | 1968 | 50 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| AKINWANDE, DEJI | Assoc. Prof. | 2009 | 9 |  | $88,000 | $88,000 | $91,520 | $94,820 | $97,820 | $101,870 | $112,100 | $118,800 | $130,680 | $138,521 |  | 0.0% | 4.0% | 3.6% | 3.2% | 4.1% | 10.0% | 6.0% | 10.0% | 6.0% |
| THOMAZ, ANDREA | Assoc. Prof. | 2006 | 12 |  |  |  |  |  |  |  | $122,000 | $123,500 | $130,300 | $136,815 |  |  |  |  |  |  |  | 1.2% | 5.5% | 5.0% |
| DIMAKIS, GEORGIO-ALEX | Assoc. Prof. | 2008 | 10 |  |  |  | $96,000 |  | $97,000 | $101,050 | $112,100 | $117,900 | $123,800 | $136,000 |  |  |  | 1.0% | 4.2% | 10.9% | 5.2% | 5.0% | 9.9% |
| WASSERMAN, DANIEL | Assoc. Prof. | 2004 | 14 |  |  |  |  |  |  | $115,000 | $122,200 | $128,310 |  |  |  |  |  |  |  | 6.3% | 5.0% |  |  |
| GERSTLAUER, ANDREAS M | Assoc. Prof. | 2004 | 14 | $90,000 | $90,000 | $92,007 | $93,657 | $96,257 | $106,057 | $112,600 | $115,900 | $121,600 | $127,680 | 3.4% | 0.0% | 2.2% | 1.8% | 2.8% | 10.2% | 6.2% | 2.9% | 4.9% | 5.0% |
| SUN, NAN | Assoc. Prof. | 2011 | 7 |  | $88,000 | $88,000 | $90,000 | $92,900 | $95,400 | $105,000 | $108,400 | $119,240 | $125,202 |  |  | 0.0% | 2.3% | 3.2% | 2.7% | 10.1% | 3.2% | 10.0% | 5.0% |
| SANGHAVI, SUJAY | Assoc. Prof. | 2006 | 12 | $90,000 | $90,000 | $91,300 | $93,150 | $95,750 | $105,350 | $112,700 | $114,400 | $114,400 | $125,000 |  | 0.0% | 1.4% | 2.0% | 2.8% | 10.0% | 7.0% | 1.5% | 0.0% | 9.3% |
| VIKALO, HARIS | Assoc. Prof. | 2003 | 15 | $94,100 | $94,100 | $95,100 | $96,800 | $104,544 | $108,244 | $112,900 | $114,700 | $117,000 | $121,680 | 3.9% | 0.0% | 1.1% | 1.8% | 8.0% | 3.5% | 4.3% | 1.6% | 2.0% | 4.0% |
| YILMAZ, ALI E | Assoc. Prof. | 2005 | 13 | $91,000 | $91,000 | $94,640 | $100,527 | $102,627 | $104,827 | $112,500 | $114,400 | $116,100 | $120,744 | 3.4% | 0.0% | 4.0% | 6.2% | 2.1% | 2.1% | 7.3% | 1.7% | 1.5% | 4.0% |
| HALL, NEAL | Assoc. Prof. | 2004 | 14 | $90,000 | $90,000 | $90,000 | $90,000 | $92,200 | $95,000 | $111,000 | $112,900 | $114,500 | $119,080 | 3.4% | 0.0% | 0.0% | 0.0% | 2.4% | 3.0% | 16.8% | 1.7% | 1.4% | 4.0% |
| JANAPA REDDI, VIJAY | Assoc. Prof. | 2010 | 8 |  |  |  | $90,000 | $91,500 | $93,800 | $97,100 | $106,000 | $109,500 | $120,450 |  |  |  | 1.7% | 2.5% | 3.5% | 9.2% | 3.3% | 10.0% |
| CHASE, CRAIG M | Assoc. Prof. | 1993 | 25 | $97,414 | $97,414 | $97,414 | $97,414 | $97,414 | $97,414 | $100,000 | $100,408 |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 2.7% | 0.4% |  |  |
| CHIOU, DEREK | Assoc. Prof. | 1999 | 19 | $97,275 | $97,275 | $102,275 | $104,075 | $106,675 | $107,875 | $107,875 |  |  |  | 0.0% | 0.0% | 5.1% | 1.8% | 2.5% | 1.1% | 0.0% |  |  |  |
| KWASINSKI, ALEXIS | Assoc. Prof. | 2007 | 11 | $90,600 | $90,600 | $93,318 | $95,018 | $102,617 |  |  |  |  |  | 3.4% | 0.0% | 3.0% | 1.8% | 8.0% |  |  |  |  |  |
| AZIZ, ADNAN | Assoc. Prof. | 1996 | 22 | $77,406 | $77,406 | $77,406 | $77,406 |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  |  |  |
| NETTLES, SCOTT | Assoc. Prof. | 1995 | 23 | $82,615 | $82,615 | $82,615 | $82,615 |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% |  |  |  |  |  |  |
| DAVIS, JOHN H | Assoc. Prof. | 1970 | 48 | $77,445 | $77,445 |  |  |  |  |  |  |  |  | 0.0% | 0.0% | -100.0% |  |  |  |  |  |  |  |
| KULKARNI, JAYDEEP | Asst. Prof. | 2009 | 9 |  |  |  |  |  |  |  |  | $115,500 | $121,275 |  |  |  |  |  |  |  |  |  | 5.0% |
| TIWARI, MOHIT | Asst. Prof. | 2011 | 7 |  |  |  |  | $88,000 |  | $90,700 | $104,000 | $107,300 | $110,000 | $115,500 |  |  |  |  |  | 3.1% | 14.7% | 3.2% | 2.5% | 5.0% |
| ZHU, HAO | Asst. Prof. | 2012 | 6 |  |  |  |  |  |  |  |  | $109,000 | $115,431 |  |  |  |  |  |  |  |  |  | 5.9% |
| WANG, ZHENG | Asst. Prof. | 2006 | 12 |  |  | $90,000 | $92,000 | $95,000 | $99,500 | $106,300 | $109,500 | $112,200 | $115,005 |  |  |  | 2.2% | 3.3% | 4.7% | 6.8% | 3.0% | 2.5% | 2.5% |
| GLIGORIC, MILOS | Asst. Prof. | 2015 | 3 |  |  |  |  |  |  | $104,000 | $105,000 | $109,500 | $114,975 |  |  |  |  |  |  |  | 1.0% | 4.3% | 5.0% |
| INCORVIA, JEAN ANNE | Asst. Prof. | 2015 | 3 |  |  |  |  |  |  |  |  | $109,000 | $114,450 |  |  |  |  |  |  |  |  |  | 5.0% |
| SOLOVEICHIK, DAVID | Asst. Prof. | 2008 | 10 |  |  |  |  |  | $102,000 | $105,000 | $109,500 | $114,428 |  |  |  |  |  |  |  |  | 2.9% | 4.3% | 4.5% |
| NIKOLOVA, EVDOKIA | Asst. Prof. | 2009 | 9 |  |  |  |  | $93,000 |  | $93,000 | $102,000 | $103,600 | $106,000 | $111,300 |  |  |  |  |  | 0.0% | 9.7% | 1.6% | 2.3% | 5.0% |
| THOMAZ, EDISON | Asst. Prof. | 2016 |  |  |  |  |  |  |  |  |  |  | $109,000 |  |  |  |  |  |  |  |  |  |  |
| KIM, MIRYUNG | Asst. Prof. | 2008 | 10 | $90,000 | $90,000 | $95,400 | $98,000 | $101,165 |  |  |  |  |  | 3.4% | 0.0% | 6.0% | 2.7% | 3.2% |  |  |  |  |  |
| HASSIBI, ARJANG | Asst. Prof. | 2006 | 12 | $92,500 | $92,500 | $92,500 | $94,200 | $94,200 |  |  |  |  |  | 3.4% | 0.0% | 0.0% | 1.8% | 0.0% |  |  |  |  |  |
| YAN, SHOULI | Asst. Prof. | 2002 | 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

*indicates joint appt
Department Chair $10k supplement started 9/1/06; not included in salary amt above
Phased retirements are reflected at 100% appointment

Robert Metcalfe started 0% 1/16/11 as Prof/Chair and Director of the Chair for Free Enterprise. Does not have a funded salary ######## ######## ######## ######## $9,479,497
Francois Baccelli start 0% 9/1/2012 as Prof/Chair, salary paid in full in Math
Mark Smith started courtesy 9/1/2017 as Graduate School Dean, no CSE funded line

*2016-17: USS now included in total comp

**Legend**
- Prof./Chair
- Prof.
- Assoc. Prof.
- Asst. Prof.





DEFENDANT'S EXHIBIT D