

THE DEPARTMENT OF ELECTRICAL & COMPUTER ENGINEERING

September 16, 2019

**Evdokia Nikolova's memorandum for modified duty during Spring 2020 with regards to new baby expected on September 17, 2019**

I am expecting a baby on September 17, 2019 and I am hereby requesting to have modified duty in the Spring 2020 semester.

As part of the modified duty, I am focusing on developing the course material for a new graduate course at the intersection of power systems and theoretical computer science. This intersection is a very novel space; its importance has been recognized by funding opportunities emphasizing computational aspects in power systems, two NSF grants in that space that I have been awarded and potential new funding opportunities by ARPA-E. It is a space in which my research group is uniquely an expert and is pioneering with research on computational aspects of the electricity distribution grid, developing novel approximation algorithms fundamental to theoretical computer science as well as new tools for algorithmic mechanism design. As recognized by the national and international importance of grid modernization, education of undergraduate and graduate students with the corresponding knowledge and skills in these two very disparate areas traditionally, who can advance that intersection, will be crucial.

The course would incorporate state-of-art research from relevant power systems, algorithms and mechanism design literature, including my own latest research. It would involve developing course materials such as lecture note, slides, and potential student projects. The projects that the students would work on throughout the semester would be critical for helping them apply the material learnt in the course and also develop new research ideas. These projects would also be on topics of high potential impact.

I plan to make the instruction and evaluation modules available to colleagues at other universities, both within the US and abroad. This class would be the only class on this topic in the university across all departments. In fact, there is no such course offered at any other university that I am aware of. I believe this provides me a unique opportunity to develop course modules that are valuable in training skilled researchers, and increasing the potential applicability and impact of their research or consequent work in industry.

Sincerely yours,

*[signature]*

Evdokia Nikolova
Assistant Professor
Email: Nikolova@austin.utexas.edu



DEFENDANT'S EXHIBIT E

**From:** Tewfik, Ahmed H
**To:** Speitel, Gerald E
**Cc:** Shaffer, Sonya D; Erangil, Jac
**Subject:** MID for Nikolova
**Date:** Monday, October 21, 2019 5:25:16 PM

Dear Jerry

Prof. Nikolova was expected to give birth last month. She has requested modified instructional duties for the 2020 Spring Semester. During that semester, Evdokia will be developing a new course on the application of computer science algorithms to power systems. She will also continue to supervise her undergraduate senior design team.

The normal teaching load for well-funded research-active faculty members in the department is two courses per academic year, in addition to supervision of a senior design team. One of these courses must be an undergraduate course. I support Evdokia's request and recommend that you approve it.

regards
Ahmed

---

Ahmed Tewfik
Cockrell Family Regents Chair in Engineering
Chairman, Department of Electrical and Computer Engineering
The University of Texas at Austin
2501 Speedway Ave.
EER 2.876
Austin, TX 78712
USA

Direct: (512) 471-6179
tewfik@austin.utexas.edu

## Shaffer, Sonya D

**From:** Shaffer, Sonya D
**Sent:** Tuesday, October 22, 2019 9:18 AM
**To:** EVPP Academic Personnel Services
**Subject:** Request for MID - Nikolova Spring 2020
**Attachments:** Request for MID - Nikolova Spring 2020.pdf

Good morning.

Attached please find a request for modified instructional duties for Dr. Evdokia Nikolova for spring 2020.

Thank you,
Sonya

SONYA SHAFFER | Executive Assistant, Academic Affairs Office
The University of Texas at Austin | Cockrell School of Engineering | 512-471-7995 | shaffer.s@mail.utexas.edu

1

CONFIDENTIAL
UT Austin_0007019



**THE UNIVERSITY OF TEXAS AT AUSTIN**
COCKRELL SCHOOL OF ENGINEERING, OFFICE OF THE DEAN

*301 E. Dean Keeton Street · Stop C2100 · Austin, TX 78712 · (512) 471-1166*

Associate Dean for Academic Affairs
ECJ 10.322, MC C2100
(512) 471-7995
email: speitel@mail.utexas.edu

## MEMORANDUM

TO: Carmen Shockley
Assistant Vice President for Faculty Affairs

FROM: Gerald E. Speitel Jr.
Associate Dean for Academic Affairs

Approved by: *Carmen Shockley*
Assistant Vice President for Faculty Affairs
Office of the Executive Vice President and Provost

DATE: October 22, 2019

SUBJECT: Modified Instructional Duties for Evdokia Nikolova

    Attached is a request for modified instructional duties for Dr. Evdokia Nikolova, Assistant Professor in Electrical and Computer Engineering. Dr. Nikolova had a child last month and is requesting modified instructional duties for the spring 2020 semester. While on modified instructional duties, Dr. Nikolova will work on creating a new graduate course in power systems and theoretical computer science.

    Dr. Nikolova has already been approved for automatic extension of probationary period for reasons of childbirth.

    The Cockrell School supports this request. If you need any additional information, please contact me.

GES:sds

Enclosures: Approval Memo from Dr. Ahmed Tewfik
MID Request from Dr. Evdokia Nikolova

EXECUTIVE VICE PRESIDENT
AND PROVOST
OCT 22 2019

CONFIDENTIAL                                                                                                          UT Austin_0007017

# Shaffer, Sonya D

| | |
|---|---|
| From: | Lisenbee, Lonnie |
| Sent: | Tuesday, December 17, 2019 1:41 PM |
| To: | Shaffer, Sonya D |
| Cc: | Negron, Erin G |
| Subject: | Approved Modified Instructional Duties for Professor Evdokia Nikolova |
| Attachments: | Nikolova, Evdokia Request for MID - Spring 2020.APPROVED.pdf |

Dear Sonya,

Please find the attached approved Modified Instructional Duties for Professor Evdokia Nikolova. Please let me know if you have any questions or concerns.

We ask that you notify the faculty member in writing regarding the following:

Use of available sick leave should be entered as an Absence in Workday. View the eLearning guide for Faculty to Request Sick Leave in Workday. Family Medical Leave may be used in conjunction with sick leave and should be recorded when applicable. NOTE: In accordance with HOP 5-4210, Sick leave may not be used in conjunction with Parental Leave or Family and Medical Leave once an employee has recovered from the temporary incapacity related to pregnancy. More information can be found at http://bit.ly/HOP5-4210 .

Thanks so much,
Lonnie
--

**Lonnie Lisenbee (he/him/his** pronouns) | Senior Academic Personnel Coordinator
The University of Texas at Austin | Office of the Executive Vice President and Provost | 512-232-2724

1



**THE UNIVERSITY OF TEXAS AT AUSTIN**
Cockrell School of Engineering, Office of the Dean

*301 E. Dean Keeton Street · Stop C2100 · Austin, TX 78712 · (512) 471-1166*

Associate Dean for Academic Affairs
ECJ 10.322, MC C2100
(512) 471-7995
email: speitel@utexas.edu

### MEMORANDUM

TO:       Evdokia Nikolova
          Assistant Professor, Electrical and Computer Engineering

FROM:     Gerald E. Speitel Jr.
          Associate Dean for Academic Affairs

DATE:     December 17, 2019

SUBJECT:  Request for Modified Instructional Duties

This is to let you know that your request for modified instructional duties for spring 2020 has been approved by Assistant Vice President Carmen Shockley.

As applicable, use of available sick leave should be entered as an Absence in Workday. View the eLearning guide for Faculty to Request Sick Leave in Workday. Family Medical Leave may be used in conjunction with sick leave and should be recorded when applicable. NOTE: In accordance with HOP 5-4210, sick leave may not be used in conjunction with Parental Leave or Family and Medical Leave once an employee has recovered from the temporary incapacity related to pregnancy. More information can be found at http://bit.ly/HOP5-4210.

Please do not hesitate to contact me should you have any questions.

GES:sds

c:   Diana Marculescu, Department Chair, Electrical and Computer Engineering