

Office of the Executive Vice President
and Provost

110 Inner Campus Dr. STOP G1000
Austin, Texas 78712-2071
T: 512.471.4363    F: 512.475.7385
provost.utexas.edu

September 20, 2019

Dean Sharon Wood
Cockrell School of Engineering
Mail Code: C2100

Dear Sharon:

Please advise Assistant Professor Evdokia Nikolova that the request for a one-year probationary period extension for reason of childbirth has been applied.

Professor Nikolova joined the faculty of the Department of Electrical and Computer Engineering in the spring semester of 2014. With this extension, the university will no longer count the 2019-20 academic year toward fulfillment of the required probationary period of service and it is projected that Professor Nikolova mandatory promotion and tenure review will likely occur in the fall semester of 2021-22 per the chart below:

| Academic Year | Probationary Period Status |
|---|---|
| 2013-14 | Partial Year – Does not count toward probationary period |
| 2014-15 | Probation – Year 1 |
| 2015-16 | Extension Year – Does not count toward probationary period |
| 2016-17 | Probation – Year 2 |
| 2017-18 | Probation – Year 3 |
| 2018-19 | Probation – Year 4 |
| 2019-20 | Extension Year – Does not count toward probationary period |
| 2020-21 | Probation - Year 5 |
| 2021-22 | Probation – Year 6 - Projected year of up/out review |

This approved extension to the probationary period may be rescinded at Professor Nikolova's discretion. A request to rescind an approved probationary period extension should be submitted in writing to the dean no later than February 1 prior to the fall promotion review. If the approved extension is rescinded, then Professor Nikolova's mandatory promotion and tenure review will occur one year earlier than indicated in the chart above.



DEFENDANT'S EXHIBIT F

CONFIDENTIAL

UT Austin_0007024

Please ask Professor Nikolova to sign and return the original of this letter to Lonnie Lisenbee in this office, D7800. A copy of this approval should be placed in the departmental and dean's office faculty personnel files.

Sincerely,

*Carmen Shockley*

Carmen L. Shockley
Assistant Vice President for Faculty Affairs

CLS/ll

xc: Associate Dean Gerald Speitel
    Professor Ahmed Tewfik

**Agreed:**

_____          Date:  10/22/2019
Dr. Evdokia Nikolova, Assistant Professor

CONFIDENTIAL

UT Austin_0007025