IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

### ORDER

Having considered Plaintiff's Unopposed Motion To Extend Time To File a Reply to Defendant's Response to Plaintiff's Motion For Judgment (Dkt. #102), the Court is of the opinion that Plaintiff's motion should be GRANTED. The Court therefore ORDERS that Plaintiff shall be granted an additional 10 days, until July 7, 2022, to file a Reply to Defendant's Response to Plaintiff's Motion for Judgment.

So ORDERED, this ___ day of June, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1