Exhibit E

## Dr. Nikolava's Losses
### Projected Retirement at Age 65.6

**Losses to Age 65.6**

| Scenario | Losses to Date of Trial | Future Losses | Total Losses | |
|---|---:|---:|---:|---|
| 1. Tenure was not granted on 9/1/2019, but assuming Tenure is granted effective 9/1/2023 | (44,500) | (274,001) | (318,501) | Attachment 1 |
| 2. Assuming no Tenure is ever granted, but she continues as Assistant Professor | (44,500) | (508,016) | (552,516) | Attachment 2 |
| 3. Assuming no Tenure is ever ganted and she terminates 8/31/2023, and finds no substantially equivalent employment | (44,500) | (3,978,294) | (4,022,794) | Attachment 3 |

## Dr. Nikolava's Losses
### Projected Retirement at Age 70

**Losses to Age 70**

| Scenario | Losses to Date of Trial | Future Losses | Total Losses | |
|---|---|---|---|---|
| 1. Tenure was not granted on 9/1/2019, but assuming Tenure is granted effective 9/1/2023 | (44,500) | (331,505) | (376,005) | Attachment 1 |
| 2. Assuming no Tenure is ever granted, but she continues as Assistant Professor | (44,500) | (620,196) | (664,697) | Attachment 2 |
| 3. Assuming no Tenure is ever ganted and she terminates 8/31/2023 and finds no substantially equivalent employment | (44,500) | (4,901,286) | (4,945,787) | Attachment 3 |

## Evdokia Nikolova
## Losses - Scenario 1

| | | |
|---|---|---|
| Date of Birth | | 1/24/1979 |
| Date of Tenure Denial | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | 133,307 |
| Expected Trial Date | | 3/9/2022 |
| Employer Contribution to Retirement | | 7.5% |
| Worklife Expectancy to age | 65.6 | 8/31/2044 |
| Worklife Expectancy to age | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 143,346 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

### Scenario 1: Granted Tenure on 9/1/2023

| Year Ended | Expected Growth | Base Case | Scenario 1 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - | (17,051) |
| 8/31/2021 | 4.44% | 136,294 | 119,729 | (16,565) | (1,242) | (17,808) | - | (17,808) |
| 3/9/2022 | 4.09% | 73,799 | 64,829 | (8,970) | (673) | (9,642) | | (9,642) |
| Total Past Loss | | 340,593 | 299,197 | (41,396) | (3,105) | (44,500) | | (44,500) |
| 8/31/2022 | 4.09% | 68,070 | 59,797 | (8,273) | (620) | (8,894) | 0.409% | (8,885) |
| 8/31/2023 | 3.83% | 147,302 | 129,399 | (17,903) | (1,343) | (19,246) | 1.349% | (18,996) |
| 8/31/2024 | 3.78% | 152,870 | 143,346 | (9,524) | (714) | (10,238) | 1.579% | (9,927) |
| 8/31/2025 | 3.81% | 158,695 | 148,808 | (9,887) | (742) | (10,629) | 1.648% | (10,124) |
| 8/31/2026 | 3.84% | 164,788 | 154,522 | (10,267) | (770) | (11,037) | 1.645% | (10,344) |
| 8/31/2027 | 3.89% | 171,199 | 160,533 | (10,666) | (800) | (11,466) | 1.663% | (10,563) |
| 8/31/2028 | 3.89% | 177,858 | 166,777 | (11,081) | (831) | (11,912) | 1.703% | (10,769) |
| 8/31/2029 | 3.72% | 184,475 | 172,982 | (11,493) | (862) | (12,355) | 1.639% | (11,030) |
| 8/31/2030 | 3.65% | 191,208 | 179,295 | (11,913) | (893) | (12,806) | 1.694% | (11,200) |
| 8/31/2031 | 3.64% | 198,168 | 185,822 | (12,346) | (926) | (13,272) | 1.720% | (11,389) |
| 8/31/2032 | 3.65% | 205,401 | 192,604 | (12,797) | (960) | (13,757) | 1.726% | (11,598) |
| 8/31/2033 | 3.65% | 212,898 | 199,634 | (13,264) | (995) | (14,259) | 1.730% | (11,812) |
| 8/31/2034 | 3.64% | 220,648 | 206,901 | (13,747) | (1,031) | (14,778) | 1.733% | (12,030) |
| 8/31/2035 | 3.63% | 228,657 | 214,411 | (14,246) | (1,068) | (15,314) | 1.736% | (12,249) |
| 8/31/2036 | 3.63% | 236,958 | 222,195 | (14,763) | (1,107) | (15,870) | 1.738% | (12,474) |
| 8/31/2037 | 3.61% | 245,512 | 230,216 | (15,296) | (1,147) | (16,443) | 1.798% | (12,592) |
| 8/31/2038 | 3.59% | 254,326 | 238,481 | (15,845) | (1,188) | (17,033) | 1.873% | (12,664) |
| 8/31/2039 | 3.56% | 263,380 | 246,970 | (16,409) | (1,231) | (17,640) | 1.969% | (12,669) |
| 8/31/2040 | 3.54% | 272,703 | 255,713 | (16,990) | (1,274) | (18,264) | 2.227% | (12,293) |
| 8/31/2041 | 3.52% | 282,302 | 264,714 | (17,588) | (1,319) | (18,907) | 2.236% | (12,427) |
| 8/31/2042 | 3.49% | 292,155 | 273,953 | (18,202) | (1,365) | (19,567) | 2.254% | (12,536) |
| 8/31/2043 | 3.47% | 302,292 | 283,459 | (18,833) | (1,413) | (20,246) | 2.261% | (12,667) |
| 8/31/2044 | 3.45% | 312,722 | 293,238 | (19,483) | (1,461) | (20,944) | 2.280% | (12,762) |
| Future Loss to age 65.6 | | 4,944,586 | 4,623,770 | (320,816) | (24,061) | (344,877) | | (274,001) |

Attachment 1

Evdokia Nikolova
Losses - Scenario 1

| Scenario 1: Granted Tenure on 9/1/2023 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Expected Growth | Base Case | Scenario 1 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
| 8/31/2045 | 3.44% | 323,479 | 303,326 | (20,153) | (1,512) | (21,665) | 2.292% | (12,872) |
| 8/31/2046 | 3.45% | 334,639 | 313,790 | (20,849) | (1,564) | (22,412) | 2.276% | (13,066) |
| 8/31/2047 | 3.47% | 346,251 | 324,679 | (21,572) | (1,618) | (23,190) | 2.257% | (13,281) |
| 8/31/2048 | 3.49% | 358,335 | 336,010 | (22,325) | (1,674) | (23,999) | 2.207% | (13,613) |
| 12/31/2048 | 3.50% | 123,880 | 116,162 | (7,718) | (579) | (8,297) | 2.178% | (4,673) |
| Future Loss to age 70 | | 6,431,170 | 6,017,737 | (413,434) | (31,008) | (444,441) | | (331,505) |
| | | | | | | | | |
| Total Past plus Future Loss | | | | | | | | |
| to Age 65.6 | | 5,285,179 | 4,922,967 | (362,212) | (27,166) | (389,378) | | (318,501) |
| To Age 70 | | 6,771,763 | 6,316,934 | (454,829) | (34,112) | (488,942) | | (376,005) |

Attachment 1

## Evdokia Nikolova
## Losses - Scenario 2

| | | |
|---|---|---|
| Date of Birth | | 1/24/1979 |
| Date of Tenure Denial | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | 133,307 |
| Expected Trial Date | | 3/9/2022 |
| Employer Contribution to Retirment | | 7.5% |
| | | |
| Worklife Expectancy to age | 66 | 8/31/2044 |
| Worklife Expectancy to age | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 130,500 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

**Scenario 2: Never Granted Tenure, Continues as Assistant Professor**

| Year Ended | Expected Growth | Base Case | Scenario 2 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - | (17,051) |
| 8/31/2021 | 4.44% | 136,294 | 119,729 | (16,565) | (1,242) | (17,808) | - | (17,808) |
| 3/9/2022 | 4.09% | 73,799 | 64,829 | (8,970) | (673) | (9,642) | - | (9,642) |
| Total Past Loss | | 340,593 | 299,197 | (41,396) | (3,105) | (44,500) | | (44,500) |
| | | | | | | | | |
| 8/31/2022 | 4.09% | 68,070 | 59,797 | (8,273) | (620) | (8,894) | 0.409% | (8,885) |
| 8/31/2023 | 3.83% | 147,302 | 129,399 | (17,903) | (1,343) | (19,246) | 1.349% | (18,996) |
| 8/31/2024 | 3.78% | 152,870 | 134,290 | (18,580) | (1,393) | (19,973) | 1.579% | (19,365) |
| 8/31/2025 | 3.81% | 158,695 | 139,407 | (19,288) | (1,447) | (20,734) | 1.648% | (19,750) |
| 8/31/2026 | 3.84% | 164,788 | 144,760 | (20,028) | (1,502) | (21,531) | 1.645% | (20,178) |
| 8/31/2027 | 3.89% | 171,199 | 150,391 | (20,808) | (1,561) | (22,368) | 1.663% | (20,606) |
| 8/31/2028 | 3.89% | 177,858 | 156,241 | (21,617) | (1,621) | (23,238) | 1.703% | (21,008) |
| 8/31/2029 | 3.72% | 184,475 | 162,054 | (22,421) | (1,682) | (24,103) | 1.639% | (21,518) |
| 8/31/2030 | 3.65% | 191,208 | 167,969 | (23,239) | (1,743) | (24,982) | 1.694% | (21,850) |
| 8/31/2031 | 3.64% | 198,168 | 174,083 | (24,085) | (1,806) | (25,892) | 1.720% | (22,217) |
| 8/31/2032 | 3.65% | 205,401 | 180,437 | (24,964) | (1,872) | (26,837) | 1.726% | (22,626) |
| 8/31/2033 | 3.65% | 212,898 | 187,023 | (25,876) | (1,941) | (27,816) | 1.730% | (23,043) |
| 8/31/2034 | 3.64% | 220,648 | 193,830 | (26,818) | (2,011) | (28,829) | 1.733% | (23,468) |
| 8/31/2035 | 3.63% | 228,657 | 200,866 | (27,791) | (2,084) | (29,875) | 1.736% | (23,896) |
| 8/31/2036 | 3.63% | 236,958 | 208,158 | (28,800) | (2,160) | (30,960) | 1.738% | (24,335) |
| 8/31/2037 | 3.61% | 245,512 | 215,672 | (29,840) | (2,238) | (32,078) | 1.798% | (24,564) |
| 8/31/2038 | 3.59% | 254,326 | 223,415 | (30,911) | (2,318) | (33,229) | 1.873% | (24,704) |
| 8/31/2039 | 3.56% | 263,380 | 231,368 | (32,011) | (2,401) | (34,412) | 1.969% | (24,715) |
| 8/31/2040 | 3.54% | 272,703 | 239,559 | (33,144) | (2,486) | (35,630) | 2.227% | (23,982) |
| 8/31/2041 | 3.52% | 282,302 | 247,991 | (34,311) | (2,573) | (36,884) | 2.236% | (24,244) |
| 8/31/2042 | 3.49% | 292,155 | 256,646 | (35,509) | (2,663) | (38,172) | 2.254% | (24,455) |
| 8/31/2043 | 3.47% | 302,292 | 265,552 | (36,741) | (2,756) | (39,496) | 2.261% | (24,711) |
| 8/31/2044 | 3.45% | 312,722 | 274,713 | (38,008) | (2,851) | (40,859) | 2.280% | (24,897) |
| Future Loss to age 65.6 | | 4,944,586 | 4,343,620 | (600,966) | (45,072) | (646,039) | | (508,016) |

**Attachment 2**

Evdokia Nikolova
Losses - Scenario 2

Scenario 2: Never Granted Tenure, Continues as Assistant Professor

| Year Ended | Expected Growth | Base Case | Scenario 2 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2045 | 3.44% | 323,479 | 284,163 | (39,316) | (2,949) | (42,264) | 2.292% | (25,110) |
| 8/31/2046 | 3.45% | 334,639 | 293,967 | (40,672) | (3,050) | (43,723) | 2.276% | (25,490) |
| 8/31/2047 | 3.47% | 346,251 | 304,168 | (42,083) | (3,156) | (45,240) | 2.257% | (25,908) |
| 8/31/2048 | 3.49% | 358,335 | 314,783 | (43,552) | (3,266) | (46,819) | 2.207% | (26,556) |
| 12/31/2048 | 3.50% | 123,880 | 108,823 | (15,056) | (1,129) | (16,186) | 2.178% | (9,115) |
| Future Loss to age 70 | | 6,431,170 | 5,649,524 | (781,646) | (58,623) | (840,269) | | (620,196) |

| Total Past plus Future Loss | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| to Age 65.6 | | 5,285,179 | 4,642,817 | (642,362) | (48,177) | (690,539) | | (552,516) |
| To Age 70 | | 6,771,763 | 5,948,722 | (823,042) | (61,728) | (884,770) | | (664,697) |

Attachment 2

## Evdokia Nikolova
## Losses - Scenario 3

| | | |
|---|---|---|
| Date of Birth | | 1/24/1979 |
| Date of Tenure Denial | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | 133,307 |
| Expected Trial Date | | 3/9/2022 |
| Employer Contribution to Retirement | | 7.5% |
| Worklife Expectancy to age | 66 | 8/31/2044 |
| Worklife Expectancy to age | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 130,500 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

Scenario 2: Never Granted Tenure, Leaves UT after 8/31/23, No future equivalent employment

| Year Ended | Expected Growth | Base Case | Scenario 3 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - | (17,051) |
| 8/31/2021 | 4.44% | 136,294 | 119,729 | (16,565) | (1,242) | (17,808) | - | (17,808) |
| 3/9/2022 | 4.09% | 73,799 | 64,829 | (8,970) | (673) | (9,642) | | (9,642) |
| Total Past Loss | | 340,593 | 299,197 | (41,396) | (3,105) | (44,500) | | (44,500) |
| 8/31/2022 | 4.09% | 68,070 | 59,797 | (8,273) | (620) | (8,894) | 0.409% | (8,885) |
| 8/31/2023 | 3.83% | 147,302 | 129,399 | (17,903) | (1,343) | (19,246) | 1.349% | (18,996) |
| 8/31/2024 | 3.78% | 152,870 | - | (152,870) | (11,465) | (164,335) | 1.579% | (159,331) |
| 8/31/2025 | 3.81% | 158,695 | - | (158,695) | (11,902) | (170,597) | 1.648% | (162,497) |
| 8/31/2026 | 3.84% | 164,788 | - | (164,788) | (12,359) | (177,148) | 1.645% | (166,022) |
| 8/31/2027 | 3.89% | 171,199 | - | (171,199) | (12,840) | (184,039) | 1.663% | (169,541) |
| 8/31/2028 | 3.89% | 177,858 | - | (177,858) | (13,339) | (191,198) | 1.703% | (172,851) |
| 8/31/2029 | 3.72% | 184,475 | - | (184,475) | (13,836) | (198,310) | 1.639% | (177,048) |
| 8/31/2030 | 3.65% | 191,208 | - | (191,208) | (14,341) | (205,549) | 1.694% | (179,776) |
| 8/31/2031 | 3.64% | 198,168 | - | (198,168) | (14,863) | (213,031) | 1.720% | (182,798) |
| 8/31/2032 | 3.65% | 205,401 | - | (205,401) | (15,405) | (220,806) | 1.726% | (186,159) |
| 8/31/2033 | 3.65% | 212,898 | - | (212,898) | (15,967) | (228,866) | 1.730% | (189,592) |
| 8/31/2034 | 3.64% | 220,648 | - | (220,648) | (16,549) | (237,196) | 1.733% | (193,085) |
| 8/31/2035 | 3.63% | 228,657 | - | (228,657) | (17,149) | (245,807) | 1.736% | (196,613) |
| 8/31/2036 | 3.63% | 236,958 | - | (236,958) | (17,772) | (254,729) | 1.738% | (200,221) |
| 8/31/2037 | 3.61% | 245,512 | - | (245,512) | (18,413) | (263,925) | 1.798% | (202,105) |
| 8/31/2038 | 3.59% | 254,326 | - | (254,326) | (19,074) | (273,400) | 1.873% | (203,260) |
| 8/31/2039 | 3.56% | 263,380 | - | (263,380) | (19,753) | (283,133) | 1.969% | (203,351) |
| 8/31/2040 | 3.54% | 272,703 | - | (272,703) | (20,453) | (293,156) | 2.227% | (197,318) |
| 8/31/2041 | 3.52% | 282,302 | - | (282,302) | (21,173) | (303,475) | 2.236% | (199,471) |
| 8/31/2042 | 3.49% | 292,155 | - | (292,155) | (21,912) | (314,066) | 2.254% | (201,212) |
| 8/31/2043 | 3.47% | 302,292 | - | (302,292) | (22,672) | (324,964) | 2.261% | (203,316) |
| 8/31/2044 | 3.45% | 312,722 | - | (312,722) | (23,454) | (336,176) | 2.280% | (204,845) |
| Future Loss to age 65.6 | | 4,944,586 | 189,196 | (4,755,390) | (356,654) | (5,112,045) | | (3,978,294) |

Attachment 3

## Evdokia Nikolova
## Losses - Scenario 3

Scenario 2:  Never Granted Tenure, Leaves UT after 8/31/23, No future equivalent employment

| Year Ended | Expected Growth | Base Case | Scenario 3 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2045 | 3.44% | 323,479 | - | (323,479) | (24,261) | (347,740) | 2.292% | (206,601) |
| 8/31/2046 | 3.45% | 334,639 | - | (334,639) | (25,098) | (359,737) | 2.276% | (209,728) |
| 8/31/2047 | 3.47% | 346,251 | - | (346,251) | (25,969) | (372,220) | 2.257% | (213,167) |
| 8/31/2048 | 3.49% | 358,335 | - | (358,335) | (26,875) | (385,210) | 2.207% | (218,498) |
| 12/31/2048 | 3.50% | 123,880 | - | (123,880) | (9,291) | (133,171) | 2.178% | (74,999) |
| Future Loss to age 70 | | 6,431,170 | 189,196 | (6,241,975) | (468,148) | (6,710,123) | | (4,901,286) |
| | | | | | | | | |
| Total Past plus Future Loss | | | | | | | | |
| to Age 65.6 | | 5,285,179 | 488,393 | (4,796,786) | (359,759) | (5,156,545) | | (4,022,794) |
| To Age 70 | | 6,771,763 | 488,393 | (6,283,370) | (471,253) | (6,754,623) | | (4,945,787) |

Attachment 3