Exhibit F

## Dr. Nikolava's Losses
## Projected Retirement at Age 65.6

**Losses to Age 65.6**

| Scenario | Losses to Date of Trial | Future Losses | Total Losses | |
|---|---:|---:|---:|---|
| 1. Tenure was not granted on 9/1/2019, but assuming Tenure is granted effective 9/1/2023 | (44,682) | (448,120) | (492,802) | Attachment 1 |
| 2. Assuming no Tenure is ever granted, but she continues as Assistant Professor | (44,682) | (586,060) | (630,743) | Attachment 2 |
| 3. Assuming no Tenure is ever ganted and she terminates 8/31/2023, and finds no substantially equivalent employment | (44,682) | (4,616,740) | (4,661,423) | Attachment 3 |

**Dr. Nikolava's Losses**
**Projected Retirement at Age 70**

**Losses to Age 70**

| Scenario | Losses to Date of Trial | Future Losses | Total Losses | |
|---|---|---|---|---|
| 1. Tenure was not granted on 9/1/2019, but assuming Tenure is granted effective 9/1/2023 | (44,682) | (562,303) | (606,986) | Attachment 1 |
| 2. Assuming no Tenure is ever granted, but she continues as Assistant Professor | (44,682) | (737,770) | (782,452) | Attachment 2 |
| 3. Assuming no Tenure is ever ganted and she terminates 8/31/2023 and finds no substantially equivalent employment | (44,682) | (5,864,963) | (5,909,646) | Attachment 3 |

**Evdokia Nikolova**
**Losses - Scenario 1**

| | | |
|---|---|---|
| Date of Birth | | 1/24/1979 |
| Date of Tenure Denial | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | 133,307 |
| Expected Trial Date | | 3/9/2022 |
| Employer Contribution to Retirement | | 7.5% |
| Worklife Expectancy to age | 65.6 | 8/31/2044 |
| Worklife Expectancy to age | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 143,346 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

**Scenario 1: Granted Tenure on 9/1/2023**

| Year Ended | Expected Growth | Base Case | Scenario 1 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - | (17,051) |
| 8/31/2021 | 4.86% | 136,842 | 120,210 | (16,632) | (1,247) | (17,879) | - | (17,879) |
| 3/9/2022 | 4.86% | 74,644 | 65,572 | (9,072) | (680) | (9,753) | | (9,753) |
| Total Past Loss | | 341,986 | 300,421 | (41,565) | (3,117) | (44,682) | | (44,682) |
| 8/31/2022 | 4.86% | 68,849 | 60,481 | (8,368) | (628) | (8,996) | 0.409% | (8,987) |
| 8/31/2023 | 4.86% | 150,467 | 132,179 | (18,288) | (1,372) | (19,659) | 1.349% | (19,404) |
| 8/31/2024 | 4.86% | 157,779 | 143,346 | (14,433) | (1,082) | (15,516) | 1.579% | (15,043) |
| 8/31/2025 | 4.86% | 165,447 | 150,313 | (15,135) | (1,135) | (16,270) | 1.648% | (15,497) |
| 8/31/2026 | 4.86% | 173,488 | 157,618 | (15,870) | (1,190) | (17,060) | 1.645% | (15,989) |
| 8/31/2027 | 4.86% | 181,920 | 165,278 | (16,641) | (1,248) | (17,890) | 1.663% | (16,480) |
| 8/31/2028 | 4.86% | 190,761 | 173,311 | (17,450) | (1,309) | (18,759) | 1.703% | (16,959) |
| 8/31/2029 | 4.86% | 200,032 | 181,734 | (18,298) | (1,372) | (19,671) | 1.639% | (17,562) |
| 8/31/2030 | 4.86% | 209,753 | 190,566 | (19,188) | (1,439) | (20,627) | 1.694% | (18,040) |
| 8/31/2031 | 4.86% | 219,947 | 199,827 | (20,120) | (1,509) | (21,629) | 1.720% | (18,560) |
| 8/31/2032 | 4.86% | 230,637 | 209,539 | (21,098) | (1,582) | (22,680) | 1.726% | (19,122) |
| 8/31/2033 | 4.86% | 241,846 | 219,723 | (22,123) | (1,659) | (23,783) | 1.730% | (19,701) |
| 8/31/2034 | 4.86% | 253,600 | 230,401 | (23,199) | (1,740) | (24,938) | 1.733% | (20,301) |
| 8/31/2035 | 4.86% | 265,924 | 241,599 | (24,326) | (1,824) | (26,150) | 1.736% | (20,917) |
| 8/31/2036 | 4.86% | 278,848 | 253,340 | (25,508) | (1,913) | (27,421) | 1.738% | (21,554) |
| 8/31/2037 | 4.86% | 292,400 | 265,653 | (26,748) | (2,006) | (28,754) | 1.798% | (22,019) |
| 8/31/2038 | 4.86% | 306,611 | 278,563 | (28,048) | (2,104) | (30,151) | 1.873% | (22,416) |
| 8/31/2039 | 4.86% | 321,512 | 292,101 | (29,411) | (2,206) | (31,617) | 1.969% | (22,708) |
| 8/31/2040 | 4.86% | 337,138 | 306,298 | (30,840) | (2,313) | (33,153) | 2.227% | (22,315) |
| 8/31/2041 | 4.86% | 353,523 | 321,184 | (32,339) | (2,425) | (34,765) | 2.236% | (22,850) |
| 8/31/2042 | 4.86% | 370,704 | 336,793 | (33,911) | (2,543) | (36,454) | 2.254% | (23,355) |
| 8/31/2043 | 4.86% | 388,720 | 353,161 | (35,559) | (2,667) | (38,226) | 2.261% | (23,916) |
| 8/31/2044 | 4.86% | 407,612 | 370,325 | (37,287) | (2,797) | (40,084) | 2.280% | (24,425) |
| Future Loss to age 65.6 | | 5,767,520 | 5,233,331 | (534,189) | (40,064) | (574,253) | | (448,120) |

**Attachment 1**

**Evdokia Nikolova**
**Losses - Scenario 1**

| Scenario 1: Granted Tenure on 9/1/2023 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year Ended | Expected Growth | Base Case | Scenario 1 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
| 8/31/2045 | 4.86% | 427,422 | 388,323 | (39,099) | (2,932) | (42,032) | 2.292% | (24,972) |
| 8/31/2046 | 4.86% | 448,195 | 407,195 | (41,000) | (3,075) | (44,074) | 2.276% | (25,696) |
| 8/31/2047 | 4.86% | 469,977 | 426,985 | (42,992) | (3,224) | (46,216) | 2.257% | (26,468) |
| 8/31/2048 | 4.86% | 492,818 | 447,736 | (45,081) | (3,381) | (48,463) | 2.207% | (27,489) |
| 12/31/2048 | 4.86% | 172,610 | 156,820 | (15,790) | (1,184) | (16,974) | 2.178% | (9,559) |
| Future Loss to age 70 | | 7,778,541 | 7,060,390 | (718,151) | (53,861) | (772,012) | | (562,303) |
| Total Past plus Future Loss | | | | | | | | |
| to Age 65.6 | | 6,109,506 | 5,533,752 | (575,754) | (43,182) | (618,935) | | (492,802) |
| To Age 70 | | 8,120,527 | 7,360,811 | (759,716) | (56,979) | (816,695) | | (606,986) |

Attachment 1

## Evdokia Nikolova
## Losses - Scenario 2

| | | |
|---|---|---|
| Date of Birth | | 1/24/1979 |
| Date of Tenure Denial | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | 133,307 |
| Expected Trial Date | | 3/9/2022 |
| Employer Contribution to Retirment | | 7.5% |
| | | |
| Worklife Expectancy to age | 66 | 8/31/2044 |
| Worklife Expectancy to age | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 130,500 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

**Scenario 2: Never Granted Tenure, Continues as Assistant Professor**

| Year Ended | Expected Growth | Base Case | Scenario 2 | Loss | Retirement Contribution | Total Loss | Discount Rate |
|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - |
| 8/31/2021 | 4.86% | 136,842 | 120,210 | (16,632) | (1,247) | (17,879) | - |
| 3/9/2022 | 4.86% | 74,644 | 65,572 | (9,072) | (680) | (9,753) | - |
| Total Past Loss | | 341,986 | 300,421 | (41,565) | (3,117) | (44,682) | |
| | | | | | | | |
| 8/31/2022 | 4.86% | 68,849 | 60,481 | (8,368) | (628) | (8,996) | 0.409% |
| 8/31/2023 | 4.86% | 150,467 | 132,179 | (18,288) | (1,372) | (19,659) | 1.349% |
| 8/31/2024 | 4.86% | 157,779 | 138,603 | (19,177) | (1,438) | (20,615) | 1.579% |
| 8/31/2025 | 4.86% | 165,447 | 145,339 | (20,109) | (1,508) | (21,617) | 1.648% |
| 8/31/2026 | 4.86% | 173,488 | 152,402 | (21,086) | (1,581) | (22,667) | 1.645% |
| 8/31/2027 | 4.86% | 181,920 | 159,809 | (22,111) | (1,658) | (23,769) | 1.663% |
| 8/31/2028 | 4.86% | 190,761 | 167,576 | (23,185) | (1,739) | (24,924) | 1.703% |
| 8/31/2029 | 4.86% | 200,032 | 175,720 | (24,312) | (1,823) | (26,135) | 1.639% |
| 8/31/2030 | 4.86% | 209,753 | 184,260 | (25,493) | (1,912) | (27,405) | 1.694% |
| 8/31/2031 | 4.86% | 219,947 | 193,215 | (26,732) | (2,005) | (28,737) | 1.720% |
| 8/31/2032 | 4.86% | 230,637 | 202,605 | (28,032) | (2,102) | (30,134) | 1.726% |
| 8/31/2033 | 4.86% | 241,846 | 212,452 | (29,394) | (2,205) | (31,599) | 1.730% |
| 8/31/2034 | 4.86% | 253,600 | 222,777 | (30,823) | (2,312) | (33,134) | 1.733% |
| 8/31/2035 | 4.86% | 265,924 | 233,604 | (32,321) | (2,424) | (34,745) | 1.736% |
| 8/31/2036 | 4.86% | 278,848 | 244,957 | (33,891) | (2,542) | (36,433) | 1.738% |
| 8/31/2037 | 4.86% | 292,400 | 256,862 | (35,538) | (2,665) | (38,204) | 1.798% |
| 8/31/2038 | 4.86% | 306,611 | 269,346 | (37,266) | (2,795) | (40,061) | 1.873% |
| 8/31/2039 | 4.86% | 321,512 | 282,436 | (39,077) | (2,931) | (42,007) | 1.969% |
| 8/31/2040 | 4.86% | 337,138 | 296,162 | (40,976) | (3,073) | (44,049) | 2.227% |
| 8/31/2041 | 4.86% | 353,523 | 310,556 | (42,967) | (3,223) | (46,190) | 2.236% |
| 8/31/2042 | 4.86% | 370,704 | 325,649 | (45,055) | (3,379) | (48,435) | 2.254% |
| 8/31/2043 | 4.86% | 388,720 | 341,475 | (47,245) | (3,543) | (50,789) | 2.261% |
| 8/31/2044 | 4.86% | 407,612 | 358,071 | (49,541) | (3,716) | (53,257) | 2.280% |
| Future Loss to age 65.6 | | 5,767,520 | 5,066,534 | (700,986) | (52,574) | (753,560) | |

**Attachment 2**

# Evdokia Nikolova
## Losses - Scenario 2

**Scenario 2: Never Granted Tenure, Continues as Assistant Professor**

| Year Ended | Expected Growth | Base Case | Scenario 2 | Loss | Retirement Contribution | Total Loss | Discount Rate |
|---|---|---|---|---|---|---|---|
| 8/31/2045 | 4.86% | 427,422 | 375,473 | (51,949) | (3,896) | (55,845) | 2.292% |
| 8/31/2046 | 4.86% | 448,195 | 393,721 | (54,474) | (4,086) | (58,559) | 2.276% |
| 8/31/2047 | 4.86% | 469,977 | 412,856 | (57,121) | (4,284) | (61,405) | 2.257% |
| 8/31/2048 | 4.86% | 492,818 | 432,921 | (59,897) | (4,492) | (64,389) | 2.207% |
| 12/31/2048 | 4.86% | 172,610 | 151,631 | (20,979) | (1,573) | (22,552) | 2.178% |
| Future Loss to age 70 | | 7,778,541 | 6,833,135 | (945,406) | (70,905) | (1,016,311) | |
| | | | | | | | |
| Total Past plus Future Loss | | | | | | | |
| to Age 65.6 | | 6,109,506 | 5,366,955 | (742,551) | (55,691) | (798,242) | |
| To Age 70 | | 8,120,527 | 7,133,556 | (986,971) | (74,023) | (1,060,994) | |

Attachment 2

**Evdokia Nikolova**
**Losses - Scenario 2**

| Present Value |
|---|
| (17,051) |
| (17,879) |
| (9,753) |
| (44,682) |
| |
| (8,987) |
| (19,404) |
| (19,987) |
| (20,590) |
| (21,244) |
| (21,897) |
| (22,532) |
| (23,333) |
| (23,969) |
| (24,659) |
| (25,406) |
| (26,176) |
| (26,972) |
| (27,791) |
| (28,637) |
| (29,255) |
| (29,783) |
| (30,170) |
| (29,649) |
| (30,360) |
| (31,030) |
| (31,776) |
| (32,451) |
| (586,060) |

**Attachment 2**

**Evdokia Nikolova**
**Losses - Scenario 2**

**Present Value**

(33,179)
(34,140)
(35,166)
(36,523)
(12,701)
(737,770)


(630,743)
(782,452)

**Attachment 2**

**Evdokia Nikolova**
**Losses - Scenario 3**

| | | | |
|---|---|---|---|
| Date of Birth | | | 1/24/1979 |
| Date of Tenure Denial | | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | | 133,307 |
| Expected Trial Date | | | 3/9/2022 |
| Employer Contribution to Retirement | | | 7.5% |
| Worklife Expectancy to age | | 66 | 8/31/2044 |
| Worklife Expectancy to age | | 70 | 12/31/2048 |

| Expected Future Salaries | Salary 9/1/2019 | Salary 9/1/2023 |
|---|---|---|
| Base Case: Tenured on 9/1/2019 | 130,500 | 130,500 |
| Scenario 1: Tenured on 9/1/2023 | 114,639 | 130,500 |
| Scenario 2: Never Tenured, Continue as Assistant Prof. Indefinitely | 114,639 | 114,639 |
| Scenario 3: Never Tenured, Terminate 9/1/2023 no Substantially Equivalent Future Employment | 114,639 | - |

**Scenario 2: Never Granted Tenure, Leaves UT after 8/31/23, No future equivalent employment**

| Year Ended | Expected Growth | Base Case | Scenario 3 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2020 | - | 130,500 | 114,639 | (15,861) | (1,190) | (17,051) | - | (17,051) |
| 8/31/2021 | 4.86% | 136,842 | 120,210 | (16,632) | (1,247) | (17,879) | - | (17,879) |
| 3/9/2022 | 4.86% | 74,644 | 65,572 | (9,072) | (680) | (9,753) | | (9,753) |
| Total Past Loss | | 341,986 | 300,421 | (41,565) | (3,117) | (44,682) | | (44,682) |
| 8/31/2022 | 4.86% | 68,849 | 60,481 | (8,368) | (628) | (8,996) | 0.409% | (8,987) |
| 8/31/2023 | 4.86% | 150,467 | 132,179 | (18,288) | (1,372) | (19,659) | 1.349% | (19,404) |
| 8/31/2024 | 4.86% | 157,779 | - | (157,779) | (11,833) | (169,613) | 1.579% | (164,448) |
| 8/31/2025 | 4.86% | 165,447 | - | (165,447) | (12,409) | (177,856) | 1.648% | (169,411) |
| 8/31/2026 | 4.86% | 173,488 | - | (173,488) | (13,012) | (186,500) | 1.645% | (174,787) |
| 8/31/2027 | 4.86% | 181,920 | - | (181,920) | (13,644) | (195,564) | 1.663% | (180,158) |
| 8/31/2028 | 4.86% | 190,761 | - | (190,761) | (14,307) | (205,068) | 1.703% | (185,390) |
| 8/31/2029 | 4.86% | 200,032 | - | (200,032) | (15,002) | (215,034) | 1.639% | (191,979) |
| 8/31/2030 | 4.86% | 209,753 | - | (209,753) | (15,732) | (225,485) | 1.694% | (197,213) |
| 8/31/2031 | 4.86% | 219,947 | - | (219,947) | (16,496) | (236,443) | 1.720% | (202,889) |
| 8/31/2032 | 4.86% | 230,637 | - | (230,637) | (17,298) | (247,935) | 1.726% | (209,031) |
| 8/31/2033 | 4.86% | 241,846 | - | (241,846) | (18,138) | (259,984) | 1.730% | (215,370) |
| 8/31/2034 | 4.86% | 253,600 | - | (253,600) | (19,020) | (272,620) | 1.733% | (221,921) |
| 8/31/2035 | 4.86% | 265,924 | - | (265,924) | (19,944) | (285,869) | 1.736% | (228,658) |
| 8/31/2036 | 4.86% | 278,848 | - | (278,848) | (20,914) | (299,762) | 1.738% | (235,617) |
| 8/31/2037 | 4.86% | 292,400 | - | (292,400) | (21,930) | (314,330) | 1.798% | (240,704) |
| 8/31/2038 | 4.86% | 306,611 | - | (306,611) | (22,996) | (329,607) | 1.873% | (245,047) |
| 8/31/2039 | 4.86% | 321,512 | - | (321,512) | (24,113) | (345,626) | 1.969% | (248,234) |
| 8/31/2040 | 4.86% | 337,138 | - | (337,138) | (25,285) | (362,423) | 2.227% | (243,940) |
| 8/31/2041 | 4.86% | 353,523 | - | (353,523) | (26,514) | (380,037) | 2.236% | (249,794) |
| 8/31/2042 | 4.86% | 370,704 | - | (370,704) | (27,803) | (398,507) | 2.254% | (255,310) |
| 8/31/2043 | 4.86% | 388,720 | - | (388,720) | (29,154) | (417,874) | 2.261% | (261,445) |
| 8/31/2044 | 4.86% | 407,612 | - | (407,612) | (30,571) | (438,183) | 2.280% | (267,002) |
| Future Loss to age 65.6 | | 5,767,520 | 192,660 | (5,574,860) | (418,114) | (5,992,974) | | (4,616,740) |

**Attachment 3**

# Evdokia Nikolova
## Losses - Scenario 3

**Scenario 2: Never Granted Tenure, Leaves UT after 8/31/23, No future equivalent employment**

| Year Ended | Expected Growth | Base Case | Scenario 3 | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2045 | 4.86% | 427,422 | - | (427,422) | (32,057) | (459,479) | 2.292% | (272,987) |
| 8/31/2046 | 4.86% | 448,195 | - | (448,195) | (33,615) | (481,809) | 2.276% | (280,897) |
| 8/31/2047 | 4.86% | 469,977 | - | (469,977) | (35,248) | (505,225) | 2.257% | (289,337) |
| 8/31/2048 | 4.86% | 492,818 | - | (492,818) | (36,961) | (529,779) | 2.207% | (300,500) |
| 12/31/2048 | 4.86% | 172,610 | - | (172,610) | (12,946) | (185,556) | 2.178% | (104,502) |
| Future Loss to age 70 | | 7,778,541 | 192,660 | (7,585,881) | (568,941) | (8,154,822) | | (5,864,963) |
| | | | | | | | | |
| Total Past plus Future Loss | | | | | | | | |
| to Age 65.6 | | 6,109,506 | 493,081 | (5,616,425) | (421,232) | (6,037,657) | | (4,661,423) |
| To Age 70 | | 8,120,527 | 493,081 | (7,627,446) | (572,058) | (8,199,505) | | (5,909,646) |

Attachment 3