UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA | § | |
|   Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 1:19-cv-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | |
|   Defendant. | § | |

## PLAINTIFF'S ADVISORY TO THE COURT REGARDING PLAINTIFF'S MOTION FOR JUDGMENT AND FRONT PAY

TO THE HONORABLE JUDGE ROBERT PITMAN:

    Counsel for Plaintiff Dr. Evdokia Nikolova hereby advises this Court that on Friday, July 15, 2022, (after the filing of Plaintiff's Motion for Judgment (Dkt. 99), Defendant's Response (Dkt. 102) and Plaintiff's Reply (Dkt. 104)), Defendant the University of Texas at Austin emailed Dr. Nikolova the letter attached as Exhibit I (continuing the number of exhibits from Plaintiff's Motion for Judgment and Reply) from the current UT President stating that, "After carefully reviewing your request for reconsideration [dated March 25, 2019, Plaintiff's Trial Exhibit 32] . . . I have decided to recommend to the Board of Regents that you be promoted to associate professor with tenure effective September 1, 2022. Your nine-month salary will be increased effective the same day to $132,000 . . ." Plaintiff is reviewing the letter and the impact it may have regarding Plaintiff's Motion for Judgment and the issue of front pay. Plaintiff's counsel has conferred with counsel for Defendant regarding the matter and anticipates that further briefing will be forthcoming in the near future from both parties. Plaintiff is providing this information to Court in this manner because Plaintiff's Motion for Judgment is currently under consideration and this information may impact and be relevant to the Court's ruling.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com


By: /s/ Robert W. Schmidt
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendant through the Court's electronic filing system at the following address:

Benjamin L. Dower
Assistant Attorney General
Amy S. Hilton
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
benjamin.dower@oag.texas.gov
amy.hilton@oag.texas.gov

                                                             By: /s/ Robert W. Schmidt