

July 15, 2022

Evdokia Nikolova, PhD
Assistant Professor
Department of Electrical and Computer Engineering

Dear Professor Nikolova:

I write in response to your request dated March 25, 2019, for reconsideration of the initial decision to deny your promotion to associate professor with tenure during the 2018-19 faculty promotion review cycle. This decision was documented in a letter from former President Fenves to the dean of the Cockrell School of Engineering dated February 15, 2019.

After carefully reviewing your request for reconsideration in accordance with Handbook of Operating Procedures 2-2160[1],  I have decided to recommend to the Board of Regents that you be promoted to associate professor with tenure effective September 1, 2022.  Your nine-month salary will be increased effective the same day to $132,000 which is a $12,000 increase over your current academic rate.

Thank you for your service to the Cockrell School of Engineering and The University of Texas at Austin.

Sincerely,

Jay C. Hartzell
President


cc:   Sharon L. Wood, Executive Vice President and Provost
      Roger T. Bonnecaze, Dean, Cockrell School of Engineering
      Diana Marculescu, Chair, Department of Electrical and Computer Engineering
      Tasha Beretvas, Senior Vice Provost for Faculty Affairs
      Carmen Shockley, Associate Vice Provost for Faculty Affairs

---

[1] *Recommendations Regarding Faculty Compensation, Faculty Promotion, Tenure, Renewal of Appointment, or Nonrenewal of Appointment*