IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA,<br>    Plaintiff | §<br>§<br>§ | CIVIL ACTION |
| VS. | §<br>§ | NO. 1:19-CV-00877-RP |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    Defendant | §<br>§<br>§ | JURY REQUESTED |

## ORDER

Having considered Plaintiff's Unopposed Motion For One Week Extension to File Plaintiff's Motion for Attorneys' Fees And A Bill Of Costs (Dkt. #106), the Court is of the opinion that Plaintiff's motion should be GRANTED. The Court therefore ORDERS that Plaintiff shall be granted an additional 7 days, until September 13, 2022, to file a motion for attorneys' fees and a bill of costs, with supporting documentation.

So ORDERED, this ___ day of August, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1