IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, <br> *Plaintiff,* <br> <br> v. <br> <br> UNIVERSITY OF TEXAS AT AUSTIN, <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No.: 1:19-CV-00877 |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW BENJAMIN L. DOWER AS COUNSEL**

TO THE HONORABLE JUDGE ROBERT PITMAN:

Benjamin L. Dower, an Assistant Attorney General for Defendant The University of Texas at Austin ("UT Austin"), respectfully files this motion to withdraw as counsel for UT Austin in the above-captioned case, and respectfully states as follows:

1. Effective September 1, 2022, Mr. Dower is changing his position within the Office of the Attorney General of Texas. He will be moving to the Law Enforcement Defense Division, where he will be serving as Special Counsel. As such, Mr. Dower seeks to withdraw from his role as defense counsel in this case, which is assigned to the General Litigation Division.

2. Should the Court grant this motion, Assistant Attorney General Amy S. Hilton will remain as counsel for UT Austin and would be elevated to attorney-in-charge. Ms. Hilton has been counsel in this case since July 2020 and is fully familiar with its procedural history and present posture, including the deadlines set by the order dated August 22, 2022. *See* Dkt. #106.

3. This Motion is not sought for the purposes of delay. Withdrawal by Mr. Dower will not cause delay or prejudice to any party, nor will it affect UT Austin's ability to comply with the deadlines set by the Court.

## PRAYER

Mr. Dower respectfully requests to be withdrawn as counsel for UT Austin in this matter and that all applicable notice and service lists, including the Court's CM/ECF electronic notification list be updated accordingly.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Benjamin L. Dower*
**BENJAMIN L. DOWER**
Deputy Chief for the General Litigation Division
Texas State Bar No. 24082931
benjamin.dower@oag.texas.gov
Attorney-in-Charge

**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

## CERTIFICATE OF CONFERENCE

I, Benjamin L. Dower, hereby certify that on August 26, 2022, I exchanged emails with Plaintiff's Counsel Bob Schmidt, who confirmed that Plaintiff does not oppose the relief sought in this motion.

> */s/ Benjamin L. Dower*
> BENJAMIN L. DOWER
> Deputy Chief for the General Litigation Division

## CERTIFICATE OF SERVICE

I, Benjamin L. Dower, hereby certify that on August 29, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

> */s/ Benjamin L. Dower*
> BENJAMIN L. DOWER
> Deputy Chief for the General Litigation Division