IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, <br> *Plaintiff,* <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, <br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No.: 1:19-CV-00877 |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW BENJAMIN L. DOWER AS COUNSEL**

On this day, the Court considered Defendant's Motion to Withdraw as Counsel for Defendant UT Austin. In light of the information presented, the Court finds good cause to GRANT the motion, and it is therefore GRANTED.

Mr. Dower shall be withdrawn as counsel for Defendant UT Austin in this matter and all applicable notice and service lists, including the Court's CM/ECF electronic notification list, shall be updated accordingly.

IT IS SO ORDERED.

Signed this _____ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF TEXAS