IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | JURY REQUESTED |
| Defendant | § | |

## JOINT STATUS REPORT

TO THE HONORABLE ROBERT PITMAN:

Plaintiff Evdokia Nikolova, Ph.D., ("Dr. Nikolova" or "Plaintiff") and Defendant University of Texas at Austin ("UT Austin" or "Defendant") (collectively referred to as the "Parties") file this Joint Status Report in response to the Court's Order of August 22, 2022 (Dkt. #106) directing the parties to "file a joint status report on or before **September 6, 2022,** regarding their intentions to file any additional briefing on front pay or motions to amend this judgment to award front pay."

The Parties present the Court the following status report, proposed post-trial deadlines, and, in accordance with the Court's Order, identify the Plaintiff's intent to file a motion to amend the Court's entry of judgment on August 22, 2022 (Dkt. #106):

1. As allowed by this Court in its Text Order on August 30, 2022, Plaintiff will be filing a motion for attorneys' fees on or before **September 13, 2022.**

2. Plaintiff will file a Motion to Amend the Judgment under Rule 59 regarding front pay on or before **September 16, 2022**. Defendant is unopposed to Plaintiff filing a Motion to Amend the Judgment on September 16, 2022.

3. Defendant and Plaintiff have agreed, subject to this Court's approval, that Defendant will

1

file its response to Plaintiff's motion for attorneys' fees on or before **October 11, 2022**.

4. Plaintiff and Defendant have agreed to mediation of this matter, presently scheduled for **October 17, 2022** (first available date for the mediator selected by the Parties).

5. The Parties will file a joint status report informing the Court of the results of the mediation no later than 7-days after the mediation.

6. Plaintiff and Defendant have agreed, subject to this Court's approval, that Defendant will file responsive briefing, if necessary, on Plaintiff's motion for front pay on or before **October 24, 2022.**

7. Plaintiff and Defendant have agreed, subject to this Court's approval, that Plaintiff will file reply briefing, if necessary, on Plaintiff's motion for front pay on or before **October 28, 2022.**

8. The Parties respectfully request that the Court refrain from issuing a final Judgment or Order in this case that would trigger the Parties' deadline for appeal until the Parties submit a report on mediation and Plaintiff files her reply brief on front pay, if necessary, on October 28, 2022.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

By: _/s/ Robert W. Schmidt_
Robert W. Schmidt
State Bar No. 17775429
Joe K. Crews

State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**ATTORNEYS FOR PLAINTIFF**

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1327 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Amy S. Hilton
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station,
Austin, Texas 78711-2548
Fax (512) 320-0667
amy.hilton@oag.texas.gov

                                                            /s/   *Robert W. Schmidt*
                                                              Robert W. Schmidt