UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EVDOKIA NIKOLOVA,** *Plaintiff*, | § § § |
| vs. | § § § CASE NO. 1:19-CV-00877-RP |
| **UNIVERSITY OF TEXAS AT AUSTIN,** *Defendant.* | § § § |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
### ON BEHALF OF PLAINTIFF

Undersigned counsel Robert E. McKnight, Jr., a member of the bar of this Court, herewith notices his appearance on behalf of Plaintiff as additional counsel. Robert W. Schmidt remains Plaintiff's lead counsel and Robert Notzon remains co-counsel.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

By: */s/ Robert W. Schmidt*
Robert W. Schmidt (of counsel)
State Bar No. 17775429
Joe K. Crews
State Bar No. 05072500

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

1

/s/ Robert E. McKnight, Jr.
Robert E. McKnight, Jr.
Texas Bar No. 24051839
Marek, Griffin & Knaupp
203 N. Liberty Street
Victoria, Texas 77901
Telephone: (361) 573-5500
Facsimile: (361) 573-5040
mcknightr@lawmgk.com

## CERTIFICATE OF SERVICE

I certify that on September 12, 2022, this document was served pursuant to Federal Rules of Civil Procedure on counsel for Defendants at the following address:

Amy Hilton
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548
amy.hilton@oag.texas.gov

/s/ Robert E. McKnight, Jr.
Robert E. McKnight, Jr.