UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **EVDOKIA NIKOLOVA,** | § | |
| *Plaintiff*, | § | |
| | § | CASE NO. 1:19-CV-00877-RP |
| vs. | § | |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| *Defendant.* | § | |

# ORDER

Having heard the motion of the prevailing Plaintiff Evdokia Nikolova for an award of reasonable fees and costs, the Court GRANTS the motion and awards fees, costs, and postjudgment interest as set forth below:

a.  A fee of $ 1,259,043.75, detailed as follows:

| Timekeeper | Hours | Rate | Lodestar Fee |
|---|---|---|---|
| Robert W. Schmidt | 1,156.80 | $625 | $723,000.00 |
| Robert S. Notzon | 920.05 | $575 | $529,028.75 |
| Robert E. McKnight, Jr. | 12.20 | $575 | $7,015.00 |
| **Total Hours/Lodestar Fee** | 2,089.05 | | $1,259,043.75 |

b.  Costs (including those in the bill of costs) in the total amount of $64,598.61 (of which $34,356.27 is allocated to Mr. Schmidt, and $30,242.34 is allocated to Mr. Notzon).

c.  Postjudgment interest on $ 1,323,642.36 from August 22, 2022.

SIGNED on _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE