| Category | Date | RWS | RSN | Category Total | Description |
|---|---|---|---|---|---|
| **Filing Fees** | | | | | |
| | 9/9/2019 | $400.00 | | | Filing fee |
| | | | | **$400.00** | |
| | | | | | |
| **Process Service** | | | | | |
| | 1/0/1900 | $0.00 | $0.00 | | |
| | | | | **$0.00** | |
| | | | | | |
| **Court Transcripts** | | | | | |
| | 4/20/2022 | $114.00 | | | Proceeding of 3/10/22 |
| | 5/20/2022 | $697.60 | | | Proceeding of 3/10/22 |
| | | | | **$811.60** | |
| | | | | | |
| **Deposition Transcripts & Videos** | | | | | |
| | 4/22/2021 | | $1,405.75 | | Christine Julien |
| | 4/22/2021 | | $2,652.50 | | Sharon Wood |
| | 5/3/2021 | | $2,952.00 | | Ahmed Tewfik |
| | 6/21/2022 | | $2,082.25 | | Gregory Fenves |
| | 6/23/2021 | | $1,944.05 | | Carmen Shockley, Jerry Speitel |
| | 6/23/2021 | | $1,371.05 | | John Dalton |
| | 7/9/2021 | | $292.00 | | Shane Thompson |
| | 7/9/2021 | | $382.00 | | Tom Glass |
| | 10/5/2021 | | $1,022.80 | | Evdokia Nikolova |
| | 11/11/2021 | | $1,004.05 | | Peter Glick |
| | | | | **$15,108.45** | |
| | | | | | |
| **Copies** | | | | | |
| | 10/7/2019 | $3.20 | | | PACER |
| | 10/13/2020 | $25.70 | | | PACER |
| | 1/18/2022 | $36.00 | | | PACER |
| | 4/12/2022 | $1,675.33 | | | Rainmaker Document Technologies: trial exhibits |
| | | | | **$1,740.23** | |
| | | | | | |
| **Experts** | | | | | |
| **(1) T. Glass** | 6/1/2021 | $3,525.00 | | | Invoice No. 108420 |
| | 1/3/2022 | $2,250.00 | | | Invoice No. 126365 |
| | 4/21/2022 | $2,250.00 | | | Invoice unnumbered; services rendered 3/7-10/22 |
| | 1/21/2022 | -$975.00 | | | Reimbursement by UT Austin |
| | 9/17/2020 | $7,500.00 | | | Letter of 9/9/20: payment for first 18.75 hours |
| **(2) P. Glick** | | | | | |
| | 3/12/2021 | $3,200.00 | | | Invoice No. 3_12_2021-1 |
| | 10/16/2021 | $5,000.00 | | | Invoice No. 12-2-2021-1 |
| | 4/12/2022 | $9,800.00 | | | Invoice No. 3-11-2022-1 |
| | 4/12/2022 | $2,334.21 | | | Invoice No. 3-11-2022-2 (trial travel expenses) |
| | 1/21/2022 | -$5,000.00 | | | Reimbursement by UT Austin |
| **(3) S. Thompson** | 5/20/2021 | | $7,851.73 | | Invoice No. 0000109 |
| | 7/31/2021 | | $1,073.35 | | Invoice No. 0000134 |

Exhibit 4, Tabulation of Costs, AO 133, and Documentation, Page 1 of 73

|  |  |  |  |  |
|---|---|---|---|---|
|  | 5/4/2022 |  | $6,208.81 | Invoice No. 0000224 |
|  | 1/21/2022 | -$1,073.35 |  | Reimbursement by UT Austin |
| **(4) Expert Institute** | 9/8/2020 | $1,500.00 |  | Receipt ID O-098756-1 |
|  |  |  | **$45,444.75** |  |
|  |  |  |  |  |
| **Electronic Research** |  |  |  |  |
|  |  | $0.00 | $0.00 |  |
|  |  |  | **$0.00** |  |
|  |  |  |  |  |
| **Travel & Meals** |  |  |  |  |
|  | 10/21/2021 | $0.50 |  | Parking |
|  | 4/12/2022 | $605.21 |  | Airfare for witness Grace Zhuang |
|  |  |  | **$605.71** |  |
|  |  |  |  |  |
| **Miscellaneous** |  |  |  |  |
|  | 5/10/2019 | $20.87 |  | FedEx: Delivery to EEOC |
|  | 2/22/2022 | $467.00 |  | Focus Group Research, LLC |
|  |  |  | **$487.87** |  |
|  |  |  |  |  |
| **Totals** |  | **$34,356.27** | **$30,242.34** | **$64,598.61** |

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

```
                                    )
                                    )
            v.                      )        Case No.:
                                    )
                                    )
```

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                   Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .      _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .      _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

TOTAL   $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐   Electronic service                  ☐   First class mail, postage prepaid

☐   Other:   _____

s/ Attorney:   _____

Name of Attorney:   _____

For:   _____                  Date:   _____
                  *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
    *Clerk of Court*                                    *Deputy Clerk*                              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Filing Fees

**Susan Sinclair**

# FILE COPY

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Monday, September 09, 2019 5:52 PM |
| **To:** | Bob Schmidt; Susan Sinclair |
| **Subject:** | Pay.gov Payment Confirmation: TXWD CM ECF |

*US Dist Ct.*
*Western Dist of TX*

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact James Thompson at 210-472-4955, X2817.

Application Name: TXWD CM ECF
Pay.gov Tracking ID: 26K38SHR
Agency Tracking ID: 0542-12582384
Transaction Type: Sale
Transaction Date: Sep 9, 2019 6:51:57 PM

*Evdokia Nikolova*
*V.*
*University of Texas at Austin*

Account Holder Name: Robert Schmidt
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************3792

*Filing Fee*

*Reimb. Bob*

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**PAID**
CHECK NO. *10895*
AMOUNT *$400*
DATE *10.3.19*

1

# District Court Transcripts

**United States District Court**
**Western District of Texas**

Date: 03/31/2022
Invoice Number: 202201466

**To:**

**Crews Law Firm, P.C.**
701 Brazos Street
Suite 900
Austin, Texas, 78701

**Make Checks Payable To:**

**Ms. Lily Iva Reznik**
**Official Court Reporter**
501 West 5th Street, Suite 4153
Austin, Texas, 78701
Phone: 512-391-8792
Fax: 512-916-5894
Email: lilyivareznik@austin.rr.com

## Case Details:

**Case Number:** A 19-CA-877 RP
**Case Title:** Evdokia Nikolova vs. University of Texas at Austin
**Case Description:** Trial Testimony of Thomas Glass and Donald Deere March 10, 2022 Judge Robert L. Pitman
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 10, 2022
**Courthouse:** Western District of Texas, Austin Division
**Judge Hearing Case:** Judge Robert L. Pitman

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited 1st Copy | 76 | $1.50 | $114.00 |

**Total:** $114.00

**Amount Due:** $114.00

*/s/ Lily Reznik*

PAID
CHECK NO. 11550
AMOUNT $114.00
DATE 4-20-22

**United States District Court**
**Western District of Texas**

Date: 04/28/2022
Invoice Number: 202201508

To:

Crews Law Firm, P.C.
701 Brazos Street
Suite 900
Austin, Texas, 78701

Make Checks Payable To:

**Ms. Lily Iva Reznik**
**Official Court Reporter**
501 West 5th Street, Suite 4153
Austin, Texas, 78701
Phone: 512-391-8792
Fax: 512-916-5894
Email: lilyivareznik@austin.rr.com

PAID
CHECK NO. 11582
AMOUNT $1097.20
DATE 5/20/22

Case Details:

Case Number: A 19-CA-877 RP
Case Title: Evdokia Nikolova vs. University of Texas at Austin
Case Description: Trial Testimony of Jennifer Welch and Evdokia Nikolova March 10, 2022 Judge Robert L. Pitman
Criminal or Civil: Civil

Proceeding Date: Mar 10, 2022
Courthouse: Western District of Texas, Austin Division
Judge Hearing Case: Judge Robert L. Pitman

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 128 | $5.45 | $697.60 |

**Total: $697.60**

**Amount Due: $697.60**

*/s/ Lily Reznik*

# Deposition Transcripts

`

**intuit**
**quickbooks.**

Payment receipt

# You paid $1,405.75

to Integrity Legal Support Solutions on April 22, 2021

| | |
|---|---:|
| Invoice no. | 15472 |
| Invoice amount | $1,405.75 |
| Total | $1,405.75 |

| | |
|---|---:|
| Payment method | VISA****2277 |
| Authorization ID | PS0013524163 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com

, ,



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/6/2021 | 15472 |

**Bill To**

Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

**Cause No.**

1;19-CV-00877-RP

**Style**

Evdokia Nikolova
vs.
University of Texas at Austin

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074   HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 3/19/2021 | Original & Complimentary Copy - Christine Julien |
| | Exhibit Pages |
| | Electronic Formatting of Transcript/ASCII |
| | Signature Letter - Filing Letter |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**          $1,405.75



Payment receipt

# You paid $2,652.50

to Integrity Legal Support Solutions on April 22, 2021

| Invoice no. | 15471 |
|---|---|
| Invoice amount | $2,652.50 |
| Total | $2,652.50 |

| Payment method | VISA****2277 |
|---|---|
| Authorization ID | PS0013523175 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com

, ,



**INTEGRITY**
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/6/2021 | 15471 |

**Bill To**

Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

**Cause No.**

1;19-CV-00877-RP

**Style**

Evdokia Nikolova
vs.
University of Texas at Austin

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

**Terms**

Credit Card - Due Upo...

| Date | Description |
|------|-------------|
| 3/18/2021 | Original & Complimentary Copy - Sharon Wood |
| | After Hours Time |
| | Exhibit Pages |
| | Electronic Formatting of Transcript/ASCII |
| | Signature Letter - Filing Letter |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**  $2,652.50



Payment receipt

# You paid $2,952.00

to Integrity Legal Support Solutions on May 3, 2021

| Invoice no. | 15484 |
|---|---|
| Invoice amount | $2,952.00 |
| Total | $2,952.00 |

| Payment method | VISA****2277 |
|---|---|
| Authorization ID | PQ0018227117 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com

, ,



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/20/2021 | 15484 |

**Bill To**

Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

**Cause No.**

1;19-CV-00877-RP

**Style**

Evdokia Nikolova
vs.
University of Texas at Austin

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

**Terms**

Credit Card - Due Upo...

| Date | Description |
|------|-------------|
| 3/20/2021 | Original & Complimentary Copy - Ahmed Tewfik |
| | Court Reporter Per Diem - Weekend |
| | Exhibit Pages |
| | Signature Letter - Filing Letter |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**          $2,952.00



Payment receipt

# You paid $2,082.25

to Integrity Legal Support Solutions on June 21, 2021

| | |
|---|---|
| Invoice no. | 15521 |
| Invoice amount | $2,082.25 |
| Total | $2,082.25 |

| | |
|---|---|
| Payment method | VISA****2277 |
| Authorization ID | PH0088916480 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



**INVOICE**

| Date | Invoice # |
|------|-----------|
| 6/16/2021 | 15521 |

| Bill To |
|---------|

Law Office of Robert Notzon
1502 West Avenue
Austin, Texas 78701

| Cause No. |
|-----------|
| 1;19-CV-00877-RP |

| Style |
|-------|

Evdokia Nikolova
vs.
University of Texas at Austin

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 5/27/2021 | Original & Complimentary Copy - Gregory Fenves |
| | Court Reporter Per Diem |
| | Exhibit Pages |
| | Electronic Formatting of Transcript/ASCII |
| | Signature Letter - Filing Letter |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**          $2,082.25



Payment receipt

# You paid $1,944.05

to Integrity Legal Support Solutions on June 23, 2021

| | |
|---|---|
| Invoice no. | 15534 |
| Invoice amount | $1,944.05 |
| Total | $1,944.05 |

| | |
|---|---|
| Payment method | VISA****2277 |
| Authorization ID | PH0089410293 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



# INTEGRITY
### legal support solutions
**P.O. Box 245  |  Manchaca, Texas 78652**

# INVOICE

| Date | Invoice # |
|---|---|
| 6/23/2021 | 15534 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;19-CV-00877-RP |

| Style |
|---|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 5/28/2021 | Original & Complimentary Copy - Carmen Shockley |
| | Court Reporter Per Diem |
| | Exhibit Pages |
| | Signature Letter - Filing Letter |
| | Subtotal - 1134.30 |
| | |
| | Original & Complimentary Copy - Jerry Speitel |
| | Court Reporter Per Diem |
| | Exhibit Pages |
| | Signature Letter - Filing Letter |
| | Subtotal - 809.75 |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**    $1,944.05

   

To pay your invoice by credit card or bank draft, please follow the link within the body of the email.



Payment receipt

# You paid $1,371.05

to Integrity Legal Support Solutions on June 23, 2021

| Invoice no. | 15533 |
| --- | --- |
| Invoice amount | $1,371.05 |
| Total | $1,371.05 |

| Payment method | VISA****2277 |
| --- | --- |
| Authorization ID | PJ0089264846 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/23/2021 | 15533 |

| Bill To |
|---------|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|-----------|
| 1;19-CV-00877-RP |

| Style |
|-------|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 6/9/2021 | Original Transcript - John Dalton |
| | Court Reporter Per Diem |
| | Exhibit Pages |
| | Signature Letter - Filing Letter |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**   $1,371.05



Payment receipt

# You paid $292.00

to Integrity Legal Support Solutions on July 9, 2021

| | |
|---|---:|
| Invoice no. | 15547.1 |
| Invoice amount | $292.00 |
| Total | $292.00 |

| | |
|---|---:|
| Payment method | VISA****2277 |
| Authorization ID | MS0023017490 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



**INVOICE**

| Date | Invoice # |
|------|-----------|
| 7/6/2021 | 15547.1 |

| Bill To |
|---------|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|-----------|
| 1;19-CV-00877-RP |

| Style |
|-------|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 6/22/2021 | Copy of Transcript - Shane Thompson, Ph.D |
| | Exhibit Pages |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**  $292.00



Payment receipt

# You paid $382.00

to Integrity Legal Support Solutions on July 9, 2021

| | |
|---|---|
| Invoice no. | 15555.1 |
| Invoice amount | $382.00 |
| Total | $382.00 |

| | |
|---|---|
| Payment method | VISA****2277 |
| Authorization ID | MU0015011355 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/9/2021 | 15555.1 |

| Bill To |
|---------|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|-----------|
| 1;19-CV-00877-RP |

| Style |
|-------|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 6/23/2021 | Copy of Transcript - Tom Glass |
| | Exhibit Pages |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL** $382.00



Payment receipt

# You paid $1,022.80

to Integrity Legal Support Solutions on October 5, 2021

| | |
|---|---|
| Invoice no. | 15568.1 |
| Invoice amount | $1,022.80 |
| Total | $1,022.80 |

| | |
|---|---|
| Payment method | VISA****2277 |
| Authorization ID | MS0043385996 |

Thank you
Integrity Legal Support Solutions

billing@integrity-texas.com



# INVOICE

| Date | Invoice # |
|---|---|
| 7/27/2021 | 15568.1 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;19-CV-00877-RP |

| Style |
|---|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 6/29/2021 | Copy of Transcript - Evdokia Nikolova |
| | Exhibit Pages |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**   $1,022.80



Payment receipt

# You paid $1,004.05

to Integrity Legal Support Solutions on November 11, 2021

| | |
|---|---|
| Invoice no. | 15652.1 |
| Invoice amount | $1,004.05 |
| Total | $1,004.05 |

| | |
|---|---|
| Payment method | AMEX****1012 |
| Authorization ID | MS0051479982 |

Thank you

Integrity Legal Support Solutions

billing@integrity-texas.com



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 11/10/2021 | 15652.1 |

| Bill To |
|---------|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|-----------|
| 1;19-CV-00877-RP |

| Style |
|-------|
| Evdokia Nikolova<br>vs.<br>University of Texas at Austin |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Credit Card - Due Upo... |

| Date | Description |
|------|-------------|
| 11/5/2021 | Copy of Transcript - Dr. Peter Glick |
| | Exhibit Pages |
| | Administrative Fee |
| | Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL**      $1,004.05

# Copies

10/12/2020

**BILLING HISTORY** FILE COPY

PACER: CSO Billing History

PAID   11157
CHECK NO. $25.70 (of $33¹⁰)
AMOUNT
DATE   10-13-20
Close

Total $25,70

Summary Details Transaction Report by Date
All
from 07/01/2020 to 09/30/2020

Mon Oct 12 15:49:23 CDT 2020
RWSchmidt

Back   New Search

### Billing Transactions

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| 07/28/2020 | | | Eudokia | | | |
| 3155487 | 00PCL | 07/28/2020 | NIKOLOVA | 7 | 0 | $0.70 |
| 3155487 | TXSDC | 07/28/2020 | NIKOLOVA | 50 | 0 | $5.00 |
| 3155487 | TXWDC | 07/28/2020 | NIKOLOVA | 21 | 0 | $2.10 |
| Subtotal: | | | | 78 pages | | $7.80 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $7.80 ✓ |
| 07/29/2020 | | | | | | |
| 3155487 | TXWDC | 07/29/2020 | NIKOLOVA | 49 | 0 | $4.90 |
| Subtotal: | | | | 49 pages | | $4.90 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $4.90 ✓ |
| 07/30/2020 | | | | | | |
| 3155487 | 05CA | 07/30/2020 | ███████ | 35 | 0 | $3.50 |
| Subtotal: | | | | 35 pages | | $3.50 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $3.50 |
| 08/13/2020 | | | | | | |
| 3155487 | 00PCL | 08/13/2020 | ███████ | 1 | 0 | $0.10 |
| 3155487 | TXSDC | 08/13/2020 | ███████ | 13 | 0 | $1.30 |
| Subtotal: | | | | 14 pages | | $1.40 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $1.40 |
| 09/04/2020 | | | | | | |
| 3155487 | 05CA | 09/04/2020 | ███████ | 1 | 0 | $0.10 |
| Subtotal: | | | | 1 pages | | $0.10 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $0.10 |
| 09/15/2020 | | | | | | |
| 3155487 | MADC | 09/15/2020 | NIKOLOVA | 105 | 0 | $10.50 |
| 3155487 | NCMDC | 09/15/2020 | NIKOLOVA | 9 | 0 | $0.90 |
| 3155487 | WIEDC | 09/15/2020 | NIKOLOVA | 2 | 0 | $0.20 |
| Subtotal: | | | | 116 pages | | $11.60 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $11.60 ✓ |
| 09/23/2020 | | | | | | |
| 3155487 | TXEDC | 09/23/2020 | NIKOLOVA | 11 | 0 | $1.10 |
| 3155487 | TXWDC | 09/23/2020 | NIKOLOVA | 3 | 0 | $0.30 |
| Subtotal: | | | | 14 pages | | $1.40 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 ✓ |
| Grand Total: | | | | 331 pages | | $33.10 |
| | | | | 0 audio files ($2.40 ea) | | $0.00 |
| | | | | | | $33.10 |

Exhibit 4, Tabulation of Costs, AO 133, and Documentation, Page 32 of 73

An official website of the United States government. Here's how you know. ⌄

# BILLING HISTORY

**Close**

Summary Details Transaction Report by Date
All
from 10/01/2021 to 12/31/2021

**FILE COPY**

Thu Jan 06 10:11:05 CST 2022
RWSchmidt

**Back**   **New Search**

| Billing Transactions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | | Cost |
| **10/07/2021** | | | | | | | |
| 3155487 | OOPCL | 10/07/2021 | NIKOLOVA | 1 | 0 | | $0.10 |
| 3155487 | TXWDC | 10/07/2021 | NIKOLOVA | 278 | 0 | | $27.80 |
| Subtotal: | | 279 pages | | | | | $27.90 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $27.90 |
| **10/21/2021** | | | | | | | |
| 3155487 | TXWDC | 10/21/2021 | NIKOLOVA | 5 | 0 | | $0.50 |
| Subtotal: | | 5 pages | | | | | $0.50 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $0.50 |
| **10/26/2021** | | | | | | | |
| 3155487 | TXWDC | 10/26/2021 | ██████ | 21 | 0 | | ██ |
| Subtotal: | | 21 pages | | | | | $2.10 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $2.10 |
| **11/17/2021** | | | | | | | |
| 3155487 | TXWDC | 11/17/2021 | NIKOLOVA | 71 | 0 | | $7.10 |
| Subtotal: | | 71 pages | | | | | $7.10 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $7.10 |
| **11/22/2021** | | | | | | | |
| 3155487 | TXWDC | 11/22/2021 | NIKOLOVA | 5 | 0 | | $0.50 |
| Subtotal: | | 5 pages | | | | | $0.50 |
| | | 0 audio files ($2.40 each) | | | | | $0.00 |
| | | | | | | | $0.50 |
| Grand Total | | 381 pages | | | | | |
| | | 0 audio files ($2.40 ea) | | | | | $0.00 |

PAID
CHECK NO. 11476
AMOUNT $36.00 of $38.10
DATE 01/18/22

**Back**   **New Search**

*Evdokia Nikolova*
$36.00

PACER FAQ                Privacy & Security                Contact Us


This site is maintained by the Administrative Office of the
U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

10/29/2019                                              CSO Billing History



**BILLING HISTORY**                                                    Close    ]

*Research*                      Summary Details Transaction Report by Date
                                              All
                                  from 07/01/2019 to 09/30/2019         FILE COPY @blt

Tue Oct 29 13:48:50 CDT 2019
RWSchmidt

                              Back      New Search

| | | | Billing Transactions | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| **08/15/2019** | | | | | | |
| 3155487 | TXWDC | 08/15/2019 | ▄▄▄▄▄ | 44 | 0 | $4.40 |
| Subtotal: | | | 44 | pages | | $4.40 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $4.40 |
| **09/03/2019** | | | | | | |
| 3155487 | TXWDC | 09/03/2019 | NIKOLOVA, *Evdokia* | 32 | 0 | $3.20 |
| Subtotal: | | | 32 | pages | | $3.20 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $3.20 |
| **09/11/2019** | | | | | | |
| 3155487 | DEDC | 09/11/2019 | ▄▄▄▄▄ | 3 | 0 | $0.30 |
| 3155487 | TXWDC | 09/11/2019 | ▄▄▄▄▄ | 78 | 0 | $7.80 |
| Subtotal: | | | 81 | pages | | $8.10 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $8.10 |
| Grand Total: | | | 157 | pages | | $15.70 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $15.70 |

                              Back      New Search

Exhibit 4, Tabulation of Costs, AO 133, and Documentation, Page 34 of 73



**r a i n m a k e r**
Document Technologies
POWERED BY ubeo

# INVOICE

**Invoice No:** INV1532093
**Date:** 3/10/2022
**Account No:** RM-0077

**PAID**
CHECK NO. 1539
AMOUNT $1,1075.33
DATE 4/12/22

**Bill To:** Crews Law Firm, P.C.
Attn: ACCOUNTS PAYABLE
701 Brazos Suite 900
Austin, TX 78701

**Ship To:** Crews Law Firm, P.C.
Attn: ACCOUNTS PAYABLE
701 Brazos Suite 900
Austin, TX 78701

| Sales Order No | P. O. Number | Ship Method | Payment Terms | Payment Due |
|---|---|---|---|---|
| | See Below | | 30 Days | 4/9/2022 |

| Remarks | | Sales Person |
|---|---|---|
| Ordered By Dalila<br>x1- Plaintiff:Exhibits<br>x1=Defendant's Labeled Exhibits | Re: Evdokia Nikolova | Edward Gutierrez |

| Item No | Description | Serial No | Order | Ship | BkO | UM | Price | Disc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| EDS:Digital Scan/Print:Digital BW Prints | Digital Black and White Prints | | 3763.0 | 3763.0 | 0.0 | EACH | $0.10 | | $376.30 |
| EDS:Digital Scan/Print:Digital Color Prints | Digital Color Prints | | 1525.0 | 1525.0 | 0.0 | EACH | $0.59 | | $899.75 |
| TDS:1 Paper Process:Oversize 11x17 | Oversize 11x17 | | 16.0 | 16.0 | 0.0 | EACH | $0.35 | | $5.60 |
| TDS:2 Color Process:Color 11x17 | Color 11x17 | | 28.0 | 28.0 | 0.0 | EACH | $2.00 | | $56.00 |
| DM-Supplies:Binders:Binders " | Binders 3" | | 9.0 | 9.0 | 0.0 | EACH | $15.00 | | $135.00 |
| DM- Supplies:Tabs | Tabs | | 300.0 | 300.0 | 0.0 | EACH | $0.25 | | $75.00 |

Please remit to:
UBEO LLC
FEIN # 81-5293028
P O Box 791070
San Antonio, TX 78279

210-918-6000

For Credit Card payments
https://einfo.ubeo.com/einfo/Gateway/Login

Please reach out to receivables@ubeo.com for portal access and instructions.

| | |
|---|---|
| **Subtotal** | $1,547.65 |
| **Discount** | $0.00 |
| **Freight** | $0.00 |
| **Sales Tax** | $127.68 |
| **Invoice Total** | $1,675.33 |
| **Balance Due** | $1,675.33 |

Page 1 of 1

# Expert Witness Fees & Expenses



**Briggs & Veselka Co.**
A LIMITED LIABILITY PARTNERSHIP
Certified Public Accountants and Business Advisors

P.O. Box 4792, Houston, TX 77210-4792
(713) 667-9147   FAX (713) 667-1697
ID #74-1769118

| | |
|---|---|
| Dr. Evdokia Nikolova | Invoice No.   108420 |
| Mr. Robert Schmidt | Date   6/1/2021 |
| 701 Brazos, Suite 900 | Client No.   60795 |
| Austin, TX 78701 | |

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Service | Staff | Hours | Amount |
|---|---|---|---|---|
| 04/06/2021 | General Telephone Conf/Meeting | Glass, Thomas | 1.50 | $450.00 |
| | Telephone calls with Steve Bast and Bob Schmidt; begin review of documents | | | |
| 04/13/2021 | Analysis of Data | Glass, Thomas | 1.50 | $450.00 |
| | Review documents; telephone calls with Robert Schmidt | | | |
| 04/18/2021 | Report Preparation | Glass, Thomas | 8.00 | $2,400.00 |
| | Prepare report on lost compensation due to discrimination and violation of Equal Pay Act | | | |
| 04/19/2021 | Finalize Expert Report | Glass, Thomas | 0.75 | $225.00 |
| | Finalize and issue report | | | |

Total:   $3,525.00

*This balance may include balances from other engagement codes related to this client.*

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $3,525.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,525.00 |

*A finance charge of .83% per month (10% per year) will apply to all invoices outstanding over 30 days.*

*For your convenience, we offer the following payment options:*

1. Mail checks to:
Briggs & Veselka, Co.
P.O. Box 4792
Houston, TX 77210-4792

2. ACH/Wire Payments:
Please call our offices at 713-667-9147
or
Email us at Collections@bvccpa.com

3. To pay by credit card: https://qsop.quickfee.com/#/company/quickfeeus/firm/bvccpa

PAYMENT DUE UPON RECEIPT



**Briggs & Veselka Co.**
A LIMITED LIABILITY PARTNERSHIP
Certified Public Accountants and Business Advisors

**P.O. Box 4792, Houston, TX 77210-4792**
**(713) 667-9147   FAX (713) 667-1697**
**ID #74-1769118**

Dr. Evdokia Nikolova
Mr. Robert Schmidt
701 Brazos, Suite 900
Austin, TX 78701

| Invoice No. | 108420 |
|---|---|
| Date | 6/1/2021 |
| Client No. | 60795 |

FOR PROFESSIONAL SERVICES RENDERED:

Current Amount Due:   $3,525.00

*This balance may include balances from other engagement codes related to this client.*

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $3,525.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,525.00 |

*A finance charge of .83% per month (10% per year) will apply to all invoices outstanding over 30 days.*

*For your convenience, we offer the following payment options:*

1. Mail checks to:
Briggs & Veselka, Co.
P.O. Box 4792
Houston, TX 77210-4792

2. ACH/Wire Payments:
Please call our offices at 713-667-9147
or
Email us at Collections@bvccpa.com

3. To pay by credit card: https://qsop.quickfcc.com/#/company/quickfeeus/firm/bvccpa

**PAYMENT DUE UPON RECEIPT**





# Briggs & Veselka Co.
## A LIMITED LIABILITY PARTNERSHIP
### Certified Public Accountants and Business Advisors

P.O. Box 4792, Houston, TX 77210-4792
(713) 667-9147   FAX (713) 667-1697
ID #74-1769118

Dr. Evdokia Nikolova
Mr. Robert Schmidt
701 Brazos, Suite 900
Austin, TX 78701



PAID
CHECK NO. 114107
AMOUNT 5,775.00
DATE 11-6-22

Invoice No.   126365
Date          7/1/2021
Client No.    60795

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Service | Staff | Hours | Amount |
|------|---------|-------|-------|--------|
| 06/04/2021 | Review<br>Review Deere report | Glass, Thomas | 2.50 | $750.00 |
| 06/08/2021 | General Telephone Conf/Meeting<br>Review file, telephone call with attorneys | Glass, Thomas | 1.00 | $300.00 |
| 06/22/2021 | General Telephone Conf/Meeting<br>Telephone call with attorneys | Glass, Thomas | 0.75 | $225.00 |
| 06/23/2021 | Attend Trial/Hearing/Depo/Medi<br>Review documents; prepare; sit for deposition | Glass, Thomas | 3.25 | $975.00 |

Total:  $2,250.00

Current Amount Due:  $2,250.00

*This balance may include balances from other engagement codes related to this client.*

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|------|-------|-------|--------|----------|---------|
| $5,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,775.00 |

*A finance charge of .83% per month (10% per year) will apply to all invoices outstanding over 30 days.*

**For your convenience, we offer the following payment options:**

1. Mail checks to:
Briggs & Veselka, Co.
P.O. Box 4792
Houston, TX 77210-4792

2. ACH/Wire Payments:
Please call our offices at 713-667-9147
or
Email us at Collections@bvccpa.com

3. To pay by credit card: https://qsop.quickfee.com/#/company/quickfeeus/firm/bvccpa

**PAYMENT DUE UPON RECEIPT**



**Briggs & Veselka Co.**
A LIMITED LIABILITY PARTNERSHIP
Certified Public Accountants and Business Advisors

**P.O. Box 4792, Houston, TX 77210-4792**
**(713) 667-9147   FAX (713) 667-1697**
**ID #74-1769118**

| | |
|---|---|
| Dr. Evdokia Nikolova | |
| Mr. Robert Schmidt | |
| 701 Brazos, Suite 900 | |
| Austin, TX 78701 | |

| | |
|---|---|
| Invoice No. | 126365 |
| Date | 7/1/2021 |
| Client No. | 60795 |

FOR PROFESSIONAL SERVICES RENDERED:

*This balance may include balances from other engagement codes related to this client.*

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $5,775.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,775.00 |

*A finance charge of .83% per month (10% per year) will apply to all invoices outstanding over 30 days.*

*For your convenience, we offer the following payment options:*

**1. Mail checks to:**
Briggs & Veselka, Co.
P.O. Box 4792
Houston, TX 77210-4792

**2. ACH/Wire Payments:**
Please call our offices at 713-667-9147
or
Email us at Collections@bvccpa.com

**3. To pay by credit card: https://qsop.quickfee.com/#/company/quickfeeus/firm/bvccpa**

**PAYMENT DUE UPON RECEIPT**

**Thomas W. Glass, CPA, PhD**

For Professional Services:

| | | | | |
|---|---|---|---|---|
| 3/7/2022 | Nikolova | 2.5 | Update and issue report | 750.00 |
| 3/9/2022 | Nikolova | 2.0 | Review deposition, prepare for testimony | 600.00 |
| 3/10/2022 | Nikolova | 3.0 | Testify at hearing. | 900.00 |
| | | | | 2,250.00 |

PAID
CHECK NO. 11538
AMOUNT $2,250.00
DATE 4/12/22

**19817 Chayton Cir.**
**Pflugerville, TX  78660**

Robert W. Schmidt
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, Texas 78701

September 9, 2020

Dear Mr. Schmidt,

Thanks for expressing interest in potentially retaining me for *Evdokia Nikolova v. University of Texas at Austin*. Should you choose to retain me, I charge a nonrefundable retainer of $7,500.00.  The retainer often (but not always) covers the work it takes to produce a report. Should further work be required, I charge $400 per hour plus expenses for any travel. This hourly rate applies to preparation and consultation time, including review of materials, conversations (e.g., with plaintiff, lawyers), preparation and writing an expert report.

For testimony in depositions and at trial, I charge a flat, daily fee of $5,000, paid in advance, plus travel expenses if testimony cannot be conducted via remote conferencing.

If you accept the terms of this arrangement, please return a signed copy of this letter along with the retainer fee, payable to **Peter Glick, LLC,** to my home address:

Peter Glick
4941 Rivermoor Drive
Omro, WI 54963

Sincerely,

*Peter S. Glick*

PAID
CHECK NO. 11145
AMOUNT $7,500.00
DATE 9-17-20

Peter Glick, PhD
Professor of Psychology
Henry Merritt Wriston Professor in the Social Sciences
Lawrence University

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

I understand and accept the terms of this consultation agreement with Dr. Glick:

Robert W. Schmidt, Crews Law Firm; Robert Notzon, Law Office of Robert Notzon
Name of Attorney & Firm

9/17/20

Signature                                                                Date

# Peter Glick, LLC
INVOICE / 3_12_2021-1

4941 Rivermoor Drive
Omro WI 54963

| **Client:** | **BALANCE DUE** |
| --- | --- |
| Crews Law Firm, P.C.<br>701 Brazos, Suite 900<br>Austin, Texas 78701 | Upon Receipt<br>**$3,200.00** |

| Item Description | Total |
| --- | --- |
| 8 additional hours x $400/hour for writing and reviewing expert report | $3,200 |

| **TOTAL DUE** | $3,200.00 |
| --- | --- |

Signed: _____     Date: __3/12/2021_____

Like this template?
You'll love Cashboard Invoicing Software

# Peter Glick, LLC
INVOICE No: 12-2-2021-1

4941 Rivermoor Drive
Omro WI 54963

| **Client:** | **BALANCE DUE** |
|---|---|
| Littler Law and the Office of the Texas Attorney General | Upon Receipt |
| 100 Congress Avenue | |
| Suite 1400 | **$5,000.00** |
| Austin, TX 78701 | |
| | |
| Attn: Darren Gibson | |

| Item Description | Total |
|---|---|
| Fee for Nikolova v University of Texas deposition on November 5, 2021 | $5,000 |

| **TOTAL DUE** | **$5,000.00** |
|---|---|

Signed: _____     Date: ___12/2/2021_____

PAID
CHECK NO. *11455*
AMOUNT *$5,000.00*
DATE *12/16/21*

Like this template?
You'll love Cashboard Invoicing Software

# Peter Glick, LLC
INVOICE No: 3-11-2022-1

**PAID**
CHECK NO. 11536
AMOUNT 9,800.00
DATE 4/12/22

4941 Rivermoor Drive
Omro WI 54963

**Client:**
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, Texas 78701

**BALANCE DUE**
Upon Receipt
# $9,800.00

| Item Description | Total |
| --- | --- |
| Fee for trial testimony on 3/9/2022 in Nikolova v UT-Austin | $5,000.00 |
| Preparation for trial testimony: 12 hours @ 400/hour | $4,800.00 |

Please wire payment to bank account number 2913156820; routing number: 075900575 or mail check payable to Peter Glick, LLC to 4941 Rivermoor Drive, Omro WI 54963

| **TOTAL DUE** | **$9,800.00** |
| --- | --- |

Signed: _____     Date: ___3/11/2022_____

Like this template?
You'll love Cashboard Invoicing Software

# Peter Glick, LLC
INVOICE No: 3-11-2022-2

**PAID**
CHECK NO. 11537
AMOUNT $2,334.21
DATE 4/12/22

4941 Rivermoor Drive
Omro WI 54963

**Client:**
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, Texas 78701

**BALANCE DUE**
Upon Receipt

# $2334.21

| Item Description | Total |
|---|---|
| Hotel (3 nights) $245 + $43.17 tax/night = $288.17/night | 864.53 |
| airport to hyatt (taxi) | 46.00 |
| hyatt to airport (uber) | 26.72 |
| lunch 3/6/2022 | 12.28 |
| dinner 3/6/2022 | 34.69 |
| lunch 3/7/2022 | 25.00 |
| dinner 3/7/2022 | 62.25 |
| lunch 3/8/2022 | 26.00 |
| dinner 3/8/2022 | 41.72 |
| lunch 3/9/2022 | 19.24 |
| airfare | 760.2 |
| flight change | 415.6 |
| **TOTAL** | 2334.21 |

Signed: _____   Date: ___3/11/2022_____

Like this template?
You'll love Cashboard Invoicing Software



# HYATT
## PLACE™

**Hyatt Place Austin Downtown**
211 East 3rd Street
Austin, TX 78701
Tel: 512-476-4440
Fax: 512-476-4404
austindowntown.place.hyatt.com

INVOICE

Robert Schmidt
3102 Robinson Ave
Austin TX 78722
United States

| | |
|---|---|
| Room No. | 1819 |
| Arrival | 03-06-22 |
| Departure | 03-09-22 |
| Folio Window | 1 |
| Folio No. | 431055 |

Confirmation No.   6370873901

Group Name

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-06-22 | Accommodation | 245.02 | |
| 03-06-22 | State Tax | 14.70 | |
| 03-06-22 | City/Local Tax | 26.95 | |
| 03-06-22 | State-Cost Recovery Fee | 1.50 | |
| 03-07-22 | Accommodation | 245.02 | |
| 03-07-22 | State Tax | 14.70 | |
| 03-07-22 | City/Local Tax | 26.95 | |
| 03-07-22 | State-Cost Recovery Fee | 1.50 | |
| 03-08-22 | Accommodation | 245.02 | |
| 03-08-22 | State Tax | 14.70 | |
| 03-08-22 | City/Local Tax | 26.95 | |
| 03-08-22 | State-Cost Recovery Fee | 1.50 | |
| 03-09-22 | Visa   XXXXXXXXXXXX6125 XX/XX | | 864.51 |

| | | |
|---|---|---|
| **Total** | 864.51 | 864.51 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**World of Hyatt Summary**

| | |
|---|---|
| Membership: | XXXXXX194H |
| Bonus Codes: | |
| Qualifying Nights: | 3 |
| Eligible Spend: | 735.06 |
| Redemption Eligible: | 0.00 |

Summary Invoice, please see front desk
for eligibility details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Place Austin Downtown. Our goal is to provide every guest
with an exceptional stay and we are interested in any comments regarding your visit.

Please remit payment to:
Hyatt Place Austin Downtown
Acct: 2404-501170
62960 Collection Drive
Chicago, IL 60693-0960

**Peter Glick**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Wednesday, March 9, 2022 2:40 PM |
| **To:** | Peter Glick |
| **Subject:** | Your Wednesday afternoon trip with Uber |

**Uber**

Total **$26.72**
March 9, 2022

# Total                    $26.72

Trip Fare                                            $16.36

Subtotal                                             $16.36

Regulatory Cost Recovery Charge                       $0.12

Tolls, Surcharges, and Fees ❓                        $5.79

Tip                                                   $4.45

**Payments**

**VISA**  **Visa ••••6125**                          $26.72
3/9/22 2:40 PM

1

Customer Copy

Cedar Door

Cedar Door
201 Brazos St
Austin, TX 78701
(512) 473-3712

Current Batch: 03062022
Sun 3/6/2022 6:52:51 PM
Check 131    Tab GLICK/PETE
BAR B.
Station Term5

I AGREE TO THE TERMS OF THE CARDHOLDER
AGREEMENT

Visa XXXXXXXXXXXXX6125
Approval 07585D

BASE                $28.69

TIP                 6.00

TOTAL               34.69

Customer Copy

Thank you for choosing Cedar Door!
Home of the Original Mexican Martini
Locally owned and operated since 1975
For events visit www.cedardooraustin.com

---

Maiko
207 San Jacinto Ste 202
Austin, TX 78701
512-852-8118
www.maikoaustin.com

Server: Esteban R
Check #5              Table D5
Guest Count: 1
Ordered:    3/7/22 12:19 PM

Input Type
            C (EMV Chip Read)
VISA CREDIT    xxxxxxxxx6125
Time                  12:59 PM

Transaction Type      Sale
Authorization     Approved
Approval Code       07912D
Payment ID   kYRJ7NhMdtMP
Application ID
            A0000000031010
Application Label
              VISA CREDIT
Terminal ID
Card Reader
            MAGTEK_EDYNAMO

Amount        $20.03

+ Tip:          5.00

= Total:       25.03

X_____
        PETER GLICK

Customer Copy

Happy Hour 4pm-7pm!

Thank you for dining with
us.
Please visit our website
www.maikoaustin.com

Maiko
207 San Jacinto Ste 202
Austin, TX 78701
512-852-8118
www.maikoaustin.com

Server: Angie W
Check #2                Table D2
Guest Count: 1
Ordered:    3/8/22 11:39 AM

Input Type
            C (EMV Chip Read)
VISA CREDIT     xxxxxxxx6125
Time                    12:27 PM

Transaction Type        Sale
Authorization       Approved
Approval Code         02146D
Payment ID      YMYFjXTcRdwn
Application ID
            A0000000031010
Application Label
            VISA CREDIT
Terminal ID
Card Reader
            MAGTEK_EDYNAMO

    Amount      $20.03

    + Tip:      _5.00_

    = Total:    25.03

X_____
        PETER GLICK


    Merchant Copy


---

Swift's Attic
315 Congress Avenue
Austin. TX 78701

Server: Ben S
Check #25          -- Table 54
Ordered:    3/7/22 6:51 PM

Input Type
            C (EMV Chip Read)
VISA CREDIT     xxxxxxxx6125
Time                    8:16 PM

Transaction Type        Sale
Authorization       Approved
Approval Code         09091D
Payment ID      zcfRrktdkFds
Application ID
            A0000000031010
Application Label
            VISA CREDIT
Terminal ID
Card Reader            BBPOS

    Amount      $62.25

    + Tip:

    = Total:

X_____
        PETER GLICK


    ----

Suggested Tip:
18%: (Tip $10.35  Total $72.60)
20%: (Tip $11.50  Total $73.75)
22%: (Tip $12.65  Total $74.90)
25%: (Tip $14.38  Total $76.63)
Tip percentages are based on the check
price before taxes.


    Merchant Copy

Salt & Time Cafe
Republic Square Park

Server: Shannon C
Check #26        GLICK, PETER
Ordered:    3/9/22 1:24 PM

Wagyu Roast Beef Sandwich
                    $15.00

Subtotal            $15.00
Tax                  $1.24
Tip                  $3.00
Total               $19.24

Input Type
        C (EMV Chip Read)
VISA CREDIT   xxxxxxxx6125

Transaction Type      Sale
Authorization     Approved
Approval Code       03592D
Payment ID    qyTTgpCjsXfC
Application ID
        A0000000031010
Application Label
            VISA CREDIT
Terminal ID
    90670f018a790ec3
Card Reader         BBPOS
    PETER GLICK

JW MARRIOTT
AUSTIN
110 EAST 2ND STREET
AUSTIN, TEXAS 78701

Check No    : 41665
Table No    : 51
Server      : 186470 JAKE
Acct Num    : XXXXXXXXXXXX6125
Expiry Date : **/**
Card Type   : VISA
Trans Type  : Authorize
Trans Date  : 3/8/2022
Trans Time  : 6:59 PM
Entry Mode  : Reauth
Auth Code   : 08718D

Subtotal   : $         35.72

Gratuity   :            6.00

Total      :           41.72

X _____
            Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
        Customer Copy

512-474-4777

**Susan Sinclair**

| | |
|---|---|
| **From:** | Bob Schmidt |
| **Sent:** | Monday, March 14, 2022 9:25 AM |
| **To:** | Susan Sinclair; Dalila Deanda |
| **Subject:** | FW: invoices |
| **Attachments:** | Nikolova v UT Austin Testimony and Prep Invoice.pdf; Nikolova v UT Austin Travel Expenses Invoice.docx; AustinNikolovacasereceipts2022.pdf |

Robert W. Schmidt
he/him
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
Cell Phone: (512) 484-2276 (Preferred During Coronavirus Situation)
Office: (512) 346-7077, Ext. 103
Fax (512) 342-0007
schmidt@crewsfirm.com
www.crewsfirm.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE
DESIGNATED RECIPIENT. This message may be an ATTORNEY-CLIENT COMMUNICATION, and as such is PRIVILEGED and CONFIDENTIAL. If the
reader of this message is not the intended recipient, you are notified that you have received this communication in error and your review,
dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy
this communication and notify us immediately by reply email and/or telephone.

From: Peter Glick <peter.s.glick@lawrence.edu>
Sent: Friday, March 11, 2022 3:33 PM
To: Bob Schmidt <schmidt@crewsfirm.com>
Cc: Robert S. Notzon <robert@notzonlaw.com>
Subject: invoices

Hi Bob and Robert,

I'm attaching two invoices, one for expenses and one for income (testimony + prep = $9800). For the
expenses ($2334.21), I am also attaching supporting receipts (except for one missing one from the taxi
ride in for $46 that's misplaced). Oops, just realized I forgot to include receipts for airfare ($760 for
initial ticket + $416 for the changes due to delay going back – I will put those together so you have that
as well (airfare, totaling $1176 and hotel totaling $864 were by far the bulk of the expenses).

If you could pay each separately, that would be good because the expenses should not be confused with
income. But if that is a problem for you, you could combine them (for a total of $12,134.21)
and I will itemize expenses when I file taxes next year.

Hope the trial is going well and concluding or concluded! Please let me know that outcome when the
jury comes in.

Best of luck!

Peter

1

Peter Glick
Henry Merritt Wriston Professor in the Social Sciences
Department of Psychology

Homepage: https://faculty.lawrence.edu/glickp/
Phone: 920.716.4195

2



|  | Precision Analytics Co, LLC | 978 McMurdo Circle |
|---|---|---|
|  | (801) 698-2817 | Castle Rock, Colorado |
|  |  | 80108 |
|  |  | United States |

**Billed To**
Robert Notzon
Law Office of Robert S. Notzon
United States

**Date of Issue**
04/20/2021

**Due Date**
05/20/2021

**Invoice Number**
0000109

**Amount Due (USD)**
# $7,851.73

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 9, 2021 | $350.00 | 0.7833 | $274.16 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 10, 2021 | $350.00 | 3.0333 | $1,061.66 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 11, 2021 | $350.00 | 1.25 | $437.50 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 24, 2021 | $350.00 | 1.1667 | $408.35 |
| Expert Report<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 25, 2021 | $350.00 | 2.1167 | $740.85 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 26, 2021 | $350.00 | 1.6167 | $565.85 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 29, 2021 | $350.00 | 0.75 | $262.50 |
| Expert Report<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 1, 2021 | $350.00 | 2.8 | $980.00 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 2, 2021 | $350.00 | 1.2 | $420.00 |
| Expert Report<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 5, 2021 | $350.00 | 1.1833 | $414.16 |
| Expert Report<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 6, 2021 | $350.00 | 3.3667 | $1,178.35 |

| | | | |
|---|---|---|---|
| Expert Report<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 13, 2021 | $350.00 | 1.65 | $577.50 |
| Data Analysis<br>(UT Pregnancy Discrimination) Shane Thompson – Apr 19, 2021 | $350.00 | 1.5167 | $530.85 |

| | |
|---|---|
| Subtotal | 7,851.73 |
| Tax | 0.00 |
| Total | 7,851.73 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $7,851.73 |

Notes

For work performed to complete the Nikolova report. Thanks!



Precision Analytics Co, LLC
(801) 698-2817

978 McMurdo Circle
Castle Rock, Colorado
80108
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Robert Notzon | 07/01/2021 | 0000134 | **$1,073.35** |
| Law Office of Robert S. Notzon | | | |
| United States | Due Date | | |
| | 07/31/2021 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Client Meeting<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 8, 2021 | $350.00 | 0.8167 | $285.85 |
| Deposition<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 22, 2021 | $350.00 | 1.25 | $437.50 |
| Deposition Prep<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 22, 2021 | $350.00 | 1 | $350.00 |

|  |  |
|---|---|
| Subtotal | 1,073.35 |
| Tax | 0.00 |
| Total | 1,073.35 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $1,073.35 |

Notes
For work completed on the Nikolova matter during June 2021. Thanks!



Precision Analytics Co, LLC   978 McMurdo Circle
(801) 698-2817   Castle Rock, Colorado
80108
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Robert Notzon | 04/04/2022 | 0000224 | **$6,208.81** |
| Law Office of Robert S. Notzon | | | |
| United States | Due Date | | |
| | 05/04/2022 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Client Meeting<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 4, 2022 | $350.00 | 1 | $350.00 |
| Time<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 4, 2022 | $350.00 | 2.5 | $875.00 |
| Trial Appearance<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 7, 2022 | $350.00 | 8 | $2,800.00 |
| Expert Witness<br>(UT Pregnancy Discrimination) Shane Thompson – Mar 8, 2022 | $350.00 | 1 | $350.00 |
| Hotel | $686.98 | 1 | $686.98 |
| Flight | $798.98 | 1 | $798.98 |
| Lyft and Uber | $347.85 | 1 | $347.85 |

| | |
|---|---|
| Subtotal | 6,208.81 |
| Tax | 0.00 |
| Total | 6,208.81 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $6,208.81 |

Notes
For work performed on the Nikolova trial, expert witness appearance, and travel and lodging expenses.
Thanks!

Exhibit 4, Tabulation of Costs, AO 133, and Documentation, Page 57 of 73



EXPERT INSTITUTE
48 WALL STREET | FL 31 33 | NEW YORK, NY | 10005
INFO@EXPERTINSTITUTE.COM
P: 888 858 9511 | F: 302-468-5295
WWW.EXPERTINSTITUTE.COM

BILL TO:
Robert Notzon
The Law Office of Robert Notzon
1502 West Ave.
Austin, Texas, 78701

# PAYMENT RECEIPT – PAID

**ID #:** O-098756-1                                                    **9/8/2020**

| SERVICE  DESCRIPTION | |
|---|---|
| **Standard Referral Fee:** | **$ 1,500** |
| **Case:**  Nikolova v. University of Texas-Austin | |
| **Specialty:**  Engineering Department Administration | |
| **TOTAL:** | **$ 1,500** |

**Note:**

If you have any questions concerning this invoice, please contact Audrey Hanna, Market Response Representative at Expert Institute:
audrey@expertinstitute.com, or (646) 849-2003

## THANK YOU FOR YOUR BUSINESS



**Expert Institute**

EXPERT INSTITUTE
48 WALL STREET | FL 31-33 | NEW YORK, NY | 10005
INFO@EXPERTINSTITUTE.COM
P: 888 858-9511 | F: 302-468 5295
WWW.EXPERTINSTITUTE.COM

BILL TO:
Robert Notzon
The Law Office of Robert Notzon
1502 West Ave.
Austin, Texas, 78701

# PAYMENT RECEIPT — PAID

**ID #:** O-098760-1          **9/11/2020**

| SERVICE DESCRIPTION | |
|---|---|
| **Standard Referral Fee:** | **$ 1,500** |
| **Case:**  Nikolova v. University of Texas-Austin | |
| **Specialty:**  Labor Economics | |
| **TOTAL:** | **$ 1,500** |

**Note:**

If you have any questions concerning this invoice, please contact Audrey Hanna, Market Response Representative at Expert Institute: audrey@expertinstitute.com, or (646) 849-2003

## THANK YOU FOR YOUR BUSINESS

DATE: _9-24-20__

TO:      Bookkeeping              FROM: _Sgp_

Case: _Evdokia Nikolova v. UT-Austin_____

Check Amount: _$1,600.00_

Payable to: _Robert W. Schmidt_____

For: _Reimb. of Payment to Expert Institute (Labor Econ)_

ATTY/LA: _RWS_

Mail to:                                  Paid on

                                                Check #

                                                Amount

                                                Initials

PAID

CHECK NO. _1147_

AMOUNT _1500_

DATE _9-24-2020_

DD

2DD/w

# THE UNIVERSITY OF TEXAS AT AUSTIN

**OFFICE OF ACCOUNTING**
**P.O. BOX 7159**
**AUSTIN, TEXAS   78713-7159**

86

COPY

### NON-NEGOTIABLE--RETAIN FOR YOUR RECORDS

CREWS LAW FIRM PC
701 BRAZOS ST STE 900
AUSTIN, TX 78701-2584

DISTRIBUTION: US MAIL
CHECK#: 5440730
CHECK AMOUNT: $7,048.35
DATE: 01/21/22

**Customer Invoice Information:**

| | | | Customer VID Number: | |
|---|---|---|---|---|
| 1,073.35 | 0000134 | | | |
| 975.00 | 126365 | | | |
| 5,000.00 | 12-17-2021-1 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Comments:**

AQCK08

---

### PLEASE DETACH BEFORE CASHING

CHECK FACE PRINTS WITH A VOID SAFETY FEATURE THAT IS VISIBLE WHEN COPIED OR SCANNED. AN INVISIBLE WATERMARK IS VISIBLE WHEN HELD AT AN ANGLE

# THE UNIVERSITY OF TEXAS AT AUSTIN

CHECK NO.
**5440730**

**AUSTIN, TX**
DATE
**01/21/2022**

**PAY:** SEVEN THOUSAND FORTY-EIGHT AND 35/100**********************************

**DOLLARS**

$*********7,048.35

VOID 180 DAYS FROM DATE OF CHECK

CREWS LAW FIRM PC
701 BRAZOS ST STE 900
AUSTIN, TX 78701-2584

TO THE
ORDER OF:

Executive Director for Accounting and Financial Management

Director of Treasury Operations

FROST NATIONAL BANK
CORPUS CHRISTI

⑈5440730⑈ ⑈114923222⑈ ⑈294038304⑈



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

BENJAMIN L. DOWER
Deputy Division Chief
General Litigation Division

PHONE: (512) 475-4674
FAX: (512) 320-0667
EMAIL: Benjamin.Dower@oag.texas.gov

January 13, 2022

Robert W. Schmidt
Joe K. Crews
CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin TX 78701

Robert Notzon
THE LAW OFFICE OF ROBERT NOTZON
1502 West Avenue
Austin TX 78701

Re:   *Evdokia Nikolova v. University of Texas at Austin,* United States District Court, Western
District of Texas, Austin Division, Civil Action No. 1:19-cv-00877

Dear Bob and Robert:

We received your invoices for the three plaintiff's experts we deposed in this case. After
reviewing the details, we had some follow-up. Hopefully we can resolve the details without
involving the Court.

Federal Rule of Civil Procedure 26(b)(4)(E)(i) states that "[u]nless manifest injustice
would result, the court must require that the party seeking discovery: (i) pay the expert a reasonable
fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D). . . ." Rule 26(b)(4)(A)
relates to an expert who may testify at trial and it states, in relevant part, that "[a] party may depose
any person who has been identified as an expert whose opinions may be presented at trial."

In the opinion you attached to your email, Judge Pitman held that Rule 26(b)(4)(E)(i) "only
covers time spent on the expert's deposition." *Nester v. Textron, Inc.,* No. 1:13-CV-920-RP, 2016
WL 6537991, at *2 (W.D. Tex. Nov. 3, 2016). Judge Pitman rejected the plaintiffs' argument that
the entitlement to payment went beyond depositions, noting that Rule 26(b)(4)(E)(i) "is not an
avenue to getting the other side to pay for the costs of your litigation. . . ." *Id.* But Judge Pitman
did find that time spent preparing for a deposition is compensable so long as it is reasonable. *Id.*
And, in his opinion, he specifically noted that courts can mitigate the risk of excessive preparation
reimbursement requests "by limiting, rather than excluding, reimbursements for deposition for
preparation time." *Id.* at *3–4.

With that background in mind, I will turn to the requests for reimbursement you submitted
on January 5, 2022.

---

Post Office Box 12548, Austin, Texas 78711 2548 • (512) 463-2100 • www.texasattorneygeneral.gov

January 13, 2022
Page 2

**Dr. Thompson:**

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Client Meeting<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 8, 2021 | $350.00 | 0.8167 | $285.85 |
| Deposition<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 22, 2021 | $350.00 | 1.25 | $437.50 |
| Deposition Prep<br>(UT Pregnancy Discrimination) Shane Thompson – Jun 22, 2021 | $350.00 | 1 | $350.00 |

| | | |
|---|---|---|
| Subtotal | 1,073.35 |
| Tax | 0.00 |
| Total | 1,073.35 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $1,073.35 |

| Deponent | Invoice | Total Deposition Time (including all breaks) | Shane Deponent Testimony Regarding Preparation |
|---|---|---|---|
| Dr. Shane Thompson | $1,073.35 | 1 hour and 10 minutes[1]<br>(70 minutes) | • Time spent looking over reports; and<br>• 10-minute call.[2] |

Comparing the deposition timestamps and Dr. Thompson's testimony to this invoice, UT believes that Dr. Thompson's invoice is reasonable and will make out a check for payable to Crews Law Firm in the sum of $1,073.35.

---

[1] June 22, 2021, from 9:05 AM to 10:15 AM

[2]
16 Q. Okay. Perfect. Okay. Well then, I want
17 to start out just by briefly asking you a little
18 bit about what you did to prepare for this
19 deposition if anything. Did you do anything to
20 prepare for this deposition today?
21 A. Looked over my reports. Had probably a
22 10-minute call with Robert.
23 Q. Okay.
24 A. But that's it.
Thompson Depo. 8:16–24.

January 13, 2022
Page 3

**Dr. Glass:**

| Date | Service | Staff | Hours | Amount |
|------|---------|-------|-------|--------|
| 06/04/2021 | Review<br>Review Deere report | Glass, Thomas | 2.50 | $750.00 |
| 06/08/2021 | General Telephone Conf/Meeting<br>Review file, telephone call with attorneys | Glass, Thomas | 1.00 | $300.00 |
| 06/22/2021 | General Telephone Conf/Meeting<br>Telephone call with attorneys | Glass, Thomas | 0.75 | $225.00 |
| 06/23/2021 | Attend Trial/Hearing/Depo/Medi<br>Review documents; prepare; sit for deposition | Glass, Thomas | 3.25 | $975.00 |

Total: $2,250.00

Current Amount Due: $2,250.00

| Deponent | Invoice | Total Deposition Time (including all breaks) | Glass Deponent Testimony Regarding Preparation |
|----------|---------|-----------------------------------------------|------------------------------------------------|
| Dr. Tom Glass | $2,250.00 | 1 hour and 30 minutes[3]<br>(90 minutes) | • 20-minute conversation;<br>• 10-minutes reviewing report; and<br>• 10 minutes reading other studies.[4] |

UT believes that Dr. Glass's invoice is unreasonable. In his deposition, which lasted 90 minutes (including breaks), Dr. Glass testified he spent 40 minutes preparing. Accounting for some time on Zoom before and after the deposition yields approximately 2.5 hours total, including both

[3] June 23, 2021, from 12:59 PM to 2:29 PM.
[4]    25 So, first of all, did you do anything to
    1 prepare for today's deposition?
    2 A. I had a, I don't know, 20-minute
    3 conversation with the Roberts yesterday, and then
    4 I've spent the last ten minutes reviewing my
    5 report.
    6 Q. Okay. And -- so, you spent about 30
    7 minutes total prepping?
    8 A. Yeah.
    9 Q. Okay. And other than review your report,
    10 did you review any other documents to prepare?
    11 A. They sent me some studies about the aging
    12 of faculty, which I have spent part of the -- I
    13 probably should have said I spent about ten minutes
    14 reading those also.
Glass Depo. 7:25–8:14.

January 13, 2022
Page 4

preparation and deposition time. But UT is being billed for 7.75 hours total, more than *three times* that amount. UT believes that 7.75 hours for a 1.5-hour deposition is unreasonable—particularly given Dr. Glass's testimony that he spent only 40 minutes preparing.

Were the Parties to submit this disagreement to the Court, UT believes that Judge Pitman would limit the reimbursement for Dr. Glass's deposition as he did in the *Nester* opinion you included with the invoice. *Compare supra*, *with Nester*, 2016 WL 6537991, at *5.[5] UT believe the Court will find Dr. Glass's sworn testimony regarding the time he spent in preparation more credible than an invoice submitted six months later.

Taking a 90-minute deposition, 40 minutes of preparation, plus another 20 minutes for time spent on Zoom before and after the deposition yields 2.5 hours. Based on Dr. Glass's rate of $300 hour, we believe Judge Pitman would find a reasonable fee for the time spent Dr. Glass spent responding to his deposition $750. But, in the interest of resolving the dispute amicably without involving the Court, UT is willing to round its estimate up to $975.00, the amount Dr. Glass submitted as his day-of deposition amount.

---

[5] In *Nester*, the Court found that a $4,000 flat deposition fee submitted by an expert who charged $350 per hour was unreasonable and instead found that a $1,400 fee was reasonable:

> Dr. Harrell billed a flat fee of $4,000 for his deposition. Given that Dr. Harrel's regular billing rate is $350 per hour, that his deposition lasted approximately four hours, and that he is based in Austin, which is presumably where his deposition took place, this fee is unreasonable. Further, while Dr. Harrell's flat fee includes up to ten hours of preparation time, Plaintiffs have provided no evidence that Dr. Harrell actually spent time preparing for his deposition. Without such evidence, Plaintiffs have not met their burden with respect to any time Dr. Harrell may have spent preparing for his deposition. Thus, the Court finds that a reasonable fee for the time Dr. Harrell spent responding to his deposition is $1,400.

2016 WL 6537991, at *5.

January 13, 2022
Page 5

## Dr. Glick

| Item Description | Total |
| --- | --- |
| Deposition fee for Nikolova v University of Texas on November 5, 2021 | $5,000 |
| Preparation time for deposition, 8 hours x $400 per hour | $3,200 |
| **TOTAL DUE** | **$8,320.00** |

| Deponent | Invoice | Total Deposition Time (including all breaks) | Glick Deponent Testimony Regarding Preparation |
| --- | --- | --- | --- |
| Dr. Peter Glick | $8,320.00 | 7 hours and 1 minute (421 minutes)[6] | N/A. |

UT believes that Dr. Glick's invoice is unreasonable. For deposition preparation time, Dr. Glick charges $400 per hour. But Dr. Glick charges a flat rate of $5,000 per deposition, regardless of the deposition's length.[7] In this case, excluding the 74-minute lunch break, but including all the intra-deposition breaks, Dr. Glick's deposition lasted for approximately 5 hours and 45 minutes. Running those numbers[8] yields an average of $870 per hour, more than twice his hourly rate.

UT appreciates that Dr. Glick may have charged Dr. Nikolova (or her counsel) a flat rate of $5,000, an unreasonable cost that she wishes to pass on to UT. But, as Judge Pitman observed, Rule 26(b)(4)(E)(i) "is not an avenue to getting the other side to pay for the costs of your litigation . . . ." *Nester*, 2016 WL 6537991, at *2.

UT offers to pay $5,000 for the entirety of Dr. Glick's time. That number reflects 6 hours x $400 per hour for the deposition ($2,400) plus the equivalent time in preparation time, yielding $4,800, which UT is willing to round up to an even $5,000 in the interest of resolving the dispute amicably without involving the Court. UT believes this amount, which is the same amount that UT was asked to pay for Dr. Glick's comparable deposition-related time in *Mullenix v. University of Texas at Austin*, 1:2019-cv-01203 (W.D. Tex.), is a reasonable offer.[9] *See Ushijima v. Samsung Elecs. Co.*,

---

[6] November 5, 2021, from 9:01 AM to 4:02 PM, including a lunch break that lasted from 12:13 to 1:27 PM. *See* Glick Depo. 120:18.
[7] Glick Depo. 22:8–11.
[8] Surely Plaintiff does not expect UT to reimburse almost a thousand dollars for the time Dr. Glick spent eating lunch in the comfort of his own home or office.
[9] UT notes that Dr. Glick did not separately charge for deposition preparation time in *Mullenix*, with the result that

January 13, 2022
Page 6

No. A–12–CV–318–LY, 2015 WL 11251558, at *6 (W.D. Tex. July 30, 2015) ("The court concludes that Samsung's reimbursement of one hour of preparation time for every hour spent in the deposition is reasonable for the purposes of Federal Rule of Civil Procedure 26(b)(4)(E)" and "will deny Ushijima's request for additional fees for expert discovery.").

Please let me know your response to UT's counter-offers.

Yours with respect,

*Benjamin L. Dower*

**Benjamin L. Dower**
Deputy Division Chief
General Litigation Division
Attorney-in-Charge for UT Austin

UT paid a total of $5,000 for his deposition time in that case.

# Travel & Meals



ZONE 39163

Plate NNL1499

Expires 10/21/21
**12:47 PM**

Paid: $  0.50
Date/Time: 10/21/21  12:32 PM
Meter: 10001001

Nikolova

Reimb. by
petty cash.

*Re: Nikolova*

---

✓ **Booking confirmed**

Prepare for takeoff! Your booking is complete. You'll receive an official confirmation at grace.zhuang97@gmail.com from Alaska.

**Your confirmation code: TQQMHT**

*FILE COPY*

Manage your booking

Please contact Alaska with questions about your booking.

Website  https://www.alaskaair.com
Phone    1 (800) 252-7522

**PAID**
CHECK NO. 1540
AMOUNT $1005.21
DATE 4/12/22

---

## Round trip to Austin
Mar 2–9

$605.21

| | | | |
|---|---|---|---|
| ✈ | **Wed, Mar 2 · 1:05 PM – 6:28 PM** 3 hr 23 min<br>Alaska    SJC–AUS | Nonstop | ⌄ |
| ✈ | **Wed, Mar 9 · 6:00 PM – 8:10 PM** 4 hr 10 min<br>Alaska    AUS–SJC | Nonstop | ⌄ |

## Passenger

 **Grace P Zhuang**
Female · Feb 8, 1997
grace.zhuang97@gmail.com
(408) 480-6697
Known Traveler: 260027935

## Payment

💳 **VISA-4050**
Robert W Schmidt
3102 Robinson Avenue
Austin, TX

| | |
|---|---|
| **Total price** | **$605.21** |
| Fare | $535.82 |
| Taxes, fees and charges ⓘ | $69.39 |

**Dalila Deanda, receptionist**
**Crews Law Firm, P.C.**
**701 Brazos, Suite 900**
**Austin, TX 78701**
**512-346-7077**
**512-342-0007 fax**

2

# Miscellaneous

You have a few options for payment. If you would like to pay by check, please make the check payable to **Focus Group Research LLC** and mail to 1500 Jackson Street, Suite 109, Dallas, TX 75201-4923; if you prefer electronic transfer via PayPal, I can give you our PayPal address; or if you prefer to make an electronic transfer from your bank directly to ours, I can call you and give you our banking information. The amount per session is $467.00. Kindly let me know what you'd like to do or if there is anything I can do to help.

See you tomorrow!

*Sandy Dixon*
Focus Group Administrator
Dallas Jury Research
Tel: (214) 306-9420
Email: DallasJuryResearch@gmail.com


On Mon, Feb 21, 2022 at 12:43 PM Bob Schmidt <schmidt@crewsfirm.com> wrote:

Thanks very much Amy!


Robert W. Schmidt

he/him/his

Crews Law Firm, P.C.

701 Brazos, Suite 900

Austin, Texas 78701

Cell Phone: (512) 484-2276 (Preferred During Coronavirus Situation)

Office: (512) 346-7077, Ext. 103

Fax (512) 342-0007

schmidt@crewsfirm.com

www.crewsfirm.com

PAID
CHECK NO. 11501
AMOUNT $467.00
DATE 2-22-22

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT. This message may be an ATTORNEY-CLIENT COMMUNICATION, and as such is PRIVILEGED and CONFIDENTIAL. If the reader of this message is not the intended recipient, you are notified that you have received this communication in error and your review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy this communication and notify us immediately by reply email and/or telephone.

**FILE COPY**

$ 20.87

**FedEx** Express  Package US Airbill  8121 8827 4450

**1 From** *Please print and press hard.*

Date 05/10/19   Sender's FedEx Account Number   SENDER'S FED 3273...500

Sender's Name ROBERT W. SCHMIDT   Phone ( 512) 346-7077

Company CREWS LAW FIRM, P.C.

Address 701 BRAZOS ST STE 900

City AUSTIN   State TX   ZIP 78701-2584

**2 Your Internal Billing Reference** EVDOKIA NIKOLOVA

**3 To** Recipient's Name TRAVIS HICKS   Phone ( 210) 281-2550

Company EEOC

Address 5410 FREDERICKSBURG RD, STE 200

City SAN ANTONIO   State TX   ZIP 78229

0128888942

**Leave the packing to the pros at FedEx Office.**
Go to fedex.com/office.

MUR3

0215   Sender's Copy

**4 Express Package Service**

☐ FedEx First Overnight
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ Saturday Delivery

☒ No Signature Required   ☐ Direct Signature   ☐ Indirect Signature

Does this shipment contain dangerous goods?

☒ No   ☐ Yes   ☐ Yes   ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value

611