**Exhibit 1**

# Thomas W. Glass, PhD, CPA

September 16, 2022

Mr. Robert Schmidt
701 Brazos, Suite 900
Austin, TX  78701

Re:    Evdokia Nikolova, PhD

You have asked me to analyze the lost front pay compensation of your client Dr. Evdokia Nikolova resulting from alleged discrimination by the Defendant, the University of Texas - Austin.  I previously issued reports in this matter and testified about Dr. Nikolova's losses in this matter.  Since my previous reports and testimony, UT-Austin has apparently granted her tenure and commensurate compensation.  In this report I am taking that into account.  You have also asked me to assume that she was on leave (described below) due to the action of UT, and I take that into account in this report.

I am a Certified Public Accountant licensed to practice in Texas.  I have practiced public accounting in Austin since 1969.  I have been engaged on numerous occasions to analyze economic damages.  I am a graduate of the University of Texas – Austin, with a BBA, MPA (Master in Professional Accountancy), MS - Economics, and a PhD in Economics.  I have testified often in State and Federal courts and before arbitration panels.  Attachment 1 is my resume.  Attachment 2 is my case log that includes matters in which I have testified in the past five years.  My billing rate in this matter is $300.00 per hour.

I relied upon the following documents in arriving at my opinions:

- Plaintiff's First Amended Complaint
- P001912-1924 W-2 Forms
- Pages from Fifth Circuit Pattern Jury Instructions 2020 civil
- Plaintiff's Interrogatory Responses 01.29.21
- Sellers v. Delgado College_ 902 F.2d 1189
- Email from you to me 4/6/2021 and 9/12/2022
- Plaintiff's Advisory to the Court Regarding Plaintiff's Motion for Judgment and Front Pay
- Excel Files:
    - 19-20 ECE FAC Merit FINAL
    - 20-21 ECE FAC Merit Final
    - UT Austin_0007784 total comp history 1999-00 through 2018-19
    - UT Austin_0007981 Salary Info through 2019
    - UT Austin_0007422 Salary Info Other Top Schools

In computing Dr. Nikolova's lost front pay compensation, I have taken these steps:

September 16, 2022
Page 2

1. I understand that Dr. Nikolova has been awarded tenure effective September 1, 2022, with an annual salary of $132,000.
2. I have been asked to assume that a similarly situated colleague who was granted tenure as of 9/1/2019 was paid $130,500 after the promotion, which I assume is the rate at which Dr. Nikolova would have been paid had she been granted tenure. I understand that there were no raises for faculty for the 2020-21 academic year, and I adopted the defense expert's assumption of annual increases of 4.86% thereafter.
3. I have been asked to assume that because of the defendant's actions, Dr. Nikolova has been on leave since before the trial, and will resume work on September 1, 2023 at an annual rate of $132,000. Therefore I have used zero salary for mitigation during that leave.
4. A woman of Dr. Nikolova's age and education could be expected to be in the labor force for 25.1 years,[1] or through her age 65.6 (I have rounded her worklife expectancy dates to the nearest semester-end date). Alternatively, I have computed losses through her age 70, her desired age of retirement.
5. I have assumed University of Texas contributions to her retirement account of 8.0%.[2]
6. I have discounted future damages after 9/16/2022 using yields on U.S. Treasury obligations maturing in each of the future years.[3]

Using these facts and assumptions, I have computed the present value of Dr. Nikolova's front pay losses from the trial date through an assumed retirement at age 65.6 total **$665,434**. Assuming retirement at age 70, her loses are **$767,070**. Dr. Nikolova's lost compensation since the trial date resulting from her leave described at 3 above was **$219,768,** which is included in the total losses of **$665,434** and **$767,070**.

My detailed calculations appear at Attachment 3.

**Alternative Calculation of Losses Assuming a 12 Month Compensation Rate**

The above calculations are based on UT's salary scales, which are for a 9-month salary. I have been asked to assume that Law School Faculty typically have alternative sources of compensation for the summer months, and that the alternative compensation is sufficient to equal the monthly salary earned during the school year. I have recomputed Dr. Nikolova's losses assuming that her salary and her comparator's salary shown above were for a full 12-month period. Specifically, I have assumed the comparator's total compensation after his

---

[1] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity*, Journal of Forensic Economics, August 2011, Table 30.
[2] The University of Texas at Austin, Human Resources, Teacher Retirement System of Texas. https://hr.utexas.edu/current/retirement/teacher-retirement-system. The rate prior to 9/1/2022 was 7.75%.
[3] Wall Street Journal, September 13, 2022. http://online.wsj.com/mdc/public/page/2_3020-treasury.html?mod=mdc_bnd_pglnk

September 16, 2022
Page 3

promotion in 2019 was 12/9 of $130,500, or $174,000. Dr. Nikolova's total compensation after she was granted tenure in 2022 was 12/9 of $132,000 or $176,000. I base her loss of pension contribution only on the UT component of her compensation.

Using these alternative assumptions, I have computed the present value of Dr. Nikolova's front pay losses from the trial date through an assumed retirement at age 65.6 total **$870,915**. Assuming retirement at age 70, her loses are **$1,003,921**. Dr. Nikolova's lost compensation since the trial date resulting from her leave described at 3 above was **$287,698,** which is included in the total losses of **$870,915** and **$1,003,921**.

My detailed calculations appear at Attachment 4.

All my opinions are based on reasonable economic probability. I reserve the right to amend my report based on additional facts that may be uncovered in the discovery process.

Sincerely,

*[signature]*

THOMAS W. GLASS, PHD, CPA

# THOMAS W. GLASS

**EDUCATION:**

Ph.D.   - Economics - 1999 – The University of Texas at Austin

M.S.    - Economics - 1995 – The University of Texas at Austin

M.P.A.  - Master in Professional Accounting - 1967 – The University of Texas at Austin

B.B.A.  - Engineering Route to Business Administration - 1964 – The University of Texas at Austin

**PROFESSIONAL CERTIFICATIONS AND ORGANIZATIONS:**

1967    Certified Public Accountant – Texas
Member: American Institute of Certified Public Accountants
        Texas Society of Certified Public Accountants
        National Association of Forensic Economists

**PROFESSIONAL EXPERIENCE:**

2022-               *Self-Employed*
2019 through 2021   *Briggs & Veselka Co.*
1969 through 2018   *Glass & Company, CPAs,* Austin, Texas
                    Senior Consultant. Founder and managing partner through 1992. Performed auditing, accounting, tax compliance and tax planning services. Prepared and presented seminars on accounting and tax-related subjects.
                    Participate as an expert witness in State and Federal courts on matters of business damages and lost profits, business valuations, loss of personal earnings, lender liability, partnership disputes, accountant and attorney professional liability, separate and community property issues, bankruptcy claims, and usury claims.

1967 - 1969         *United States Army,* Washington, D.C.
                    Contracting Officer Representative (First Lieutenant). Supervised Control Data Corporation in the development of a data base management system for the officer personnel system.

1966 - 1967         *Arthur Young & Co.,* Dallas, Texas
                    Staff Accountant. Participated in audits of small businesses and Fortune 500 Companies.

4100 Jackson Ave, Apt 249
Austin, TX  78731
512-964-6650
tglassphd@gmail.com

`Attachment 1`

Thomas W. Glass
Expert Witness Testimony

| Expert Witness Enagements of Thomas W. Glass in Which he has Testified in last 4 Years | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year Initially Engaged | Style of Case | Jurisdiction | Cause No. | Testimony Given | Attorney | Defendant or Plaintiff | Nature of Engagement | Date of Deposition or Trial |
| 2015 | Michael O'Brien vs City of Austin | 345th Judicial District of Travis County, Texas | D-1-GN-14-004675 | Report and Deposition | Lance Sharp | Plaintiff | Lost Compensation - Personal Injury | 2/28/2017 |
| 2016 | Jeffery B. Daniels v. Texas Department of Transportation | United States District Court for the Eastern District of Texas, Sherman Division | 4:15-CV-702 | Report, Deposition and Trial Testimony | Robert Notzon | Plaintiff | Lost Compensation - Race Discrimination | 1/11/2017 |
| 2016 | Raymond Gonzales vs Gualberto Revera, Voyager Pipeline Construction, LLC et al | 218th Judicial District of Atacosa County, Texas | 14-08-0714-CVA | Report and Deposition | Stacy Vancil | Defendant | Personal Injury - Lost Compensation | 5/9/2017 |
| 2016 | Larry Jones v. Texas Department of Criminal Justice | United States District Court Southern District of Texas Houston Division | 4:16cv2232 | Report and Trial Testimony | Robert Notzon | Plaintiff | Lost Compensation - Race Discrimination | 2/14/2018 |
| 2018 | Steve Manley v. Daci Kay Witt | County Court at Law No. 2, Travis County, Texas | C-1-CV-16-0069992 | Report and Deposition | Chris Cagle and Brad Russell | Plaintiff | Personal Injury - Lost Compensation | 2/22/2018 |
| 2018 | Anthony Chapple v Texas Health and Human Services Commission | United States District Court Western District of Texas Austin Division | 1:17cv410-SS | Report and Deposition | Robert Notzon | Plaintiff | Discrimination - lost compensation | 4/10/2018 |
| 2017 | Karen Pagani PhD v. The University of Texas at Austin | United States District Court Western District of Texas | A:15-CV-1149-LY | Report and Trial Testimony | Christopher McKinney | Plaintiff | Personal Injury - Wrongful Termination | 5/1/2018 |
| 2017 | Stockade Companies, LLC and Stockade Franchising LP v. Kelly Restaurant Group LLC and Kelly Investment Group, LLC and Michael Kelly | American Arbitration Association | | Report and Arbitration Testimony | Peter Silverman | Plaintiff | Contract Dispute Lost Profits | 6/1/2018 |
| 2017 | John Moon, Jr. vs Jose Santamaria and USAA Casualty Insurance Company | 284th Judicial District of Montgomery County, Texas | 16-09-10703 | Report and Deposition | Patrick Scott | Plaintiff | Personal Injury - Lost compensation | 6/14/2018 |
| 2017 | Billy Ray McCrary vs. Danielle Hair | County Court of Law No. 1 of Travis County, Texas | | Report and Trial Testimony | Rick King | Defendant | Personal Injury - Lost compensation | 11/6/2019 |
| 2018 | April Sharaf fka April Sanders v. Liberty Mutual Group, Inc and Michael Todd West | 368th Judicial District Court of Williamson County, Texas | 17-0474-C368 | Report and Deposition | John Carlson and Randy Howry | Plaintiff | Lost Compensation - Wrongful Termination | 9/18/2018 |
| 2018 | Gabriel Sanchez v. City of San Antonio and Through its Agent, City Public Service Board of San Antonio | United States District Court Western District of Texas San Antonio Division | 5:18-CV-00184 | Report and Deposition | Alex Katzman | Plaintiff | Wrongful termination: lost compensation | 1/28/2019 |
| 2018 | Josie Chavez v Hearne Independent School District | United States District Court Western District of Texas Waco Division | 6:17-cv-148 | Report, Deposition, and Trial Testimony | Robert Schmidt | Plaintiff | Lost Compensation - Age Discrimination | 1/29/2019 |
| 2019 | Michelle Sorber et al v. Security Walls, LLC | United States District Court Western District of Texas Austin Division | | Report and Deposition | Elaine Edwards and Matt Bachop | Plaintiff | Lost Compensation - Age Discrimination | 11/19/2019 |
| 2019 | Rita Farias and Richard Farias v. North Cypress Medical Center et al, Mimi Phan, MD, Noe Zamora, Jr., MD and Clifford Kitten, MD | 11th Judicial District of Harris County Texas | 2018 '89566 | Report and Deposition | Benjamin Landgraf | Plaintiff | Personal Injury - Lost Compensation and Life Care Plan - Present Value | 11/21/2019 |
| 2018 | Rene Shipman Hammett, Individually and as representative of the Beneficiaries under the Wrongful Death Statute for David Neal Hammett vs Union Pacific Railroad Company and Rodolfo Enrique Cazares | 113th Judicial District of Harris County, Texas | 201856692 | Report and Deposition | Ernest "Bo" Hopmann | Plaintiff | Lost Compensation and Loss of Household Services - Wrongful Death | 2/27/2020 |
| 2020 | Jacquelin Lappin, MD v Scott & White Clinic | American Arbitration Association | 01-18-0002-1978 | Report and Deposition | Emily Frost | Plaintiff | Lost Compensation - Gender Discrimination | 8/27/2020 |
| 2020 | Shawn and Stephanie Biodrowski and Kaitlyn Biodrowski | 234th Judicial District of Harris County Texas | 2019-74225 | Report and Deposition | Ken Kraatz | Plaintiff | Personal Injury - Life Care Plan | 12/15/2020 |
| 2019 | Kamelia Dianati v Baton Holding, LLC f/k/a Bankrate, Inc. and Samuel Bagot | 345th Judicial District of Travis County, Texas | D-1-GN-19-001710 | Report and Deposition | Greg Jordan | Plaintiff | Lost Compensation - Gender and National Origin Discrimination | 12/17/2020 |
| 2020 | Monica Garcia et al and David I Ramirez, Jr. vs. Berry GP, Inc. and James Acosta | County Court at Law Number Four, Nueces County, Texas | 2019-CCV-60851-4 | Report and Deposition | Jesus Garcia | Plaintiff | Lost Compensation, Personal Injury | 12/23/2020 |
| 2020 | Corinne Weisgerber v. St. Edward's University | 419th Judicial District of Travis County, Texas | D-1-GN-001294 | Report and Deposition | Michael Shaunessy and Mike Kabat | Defendant | Wrongful Termination - Breach of Contract | 1/19/2021 |
| 2020 | Shannan Butler v. St. Edward's University | 459th Judicial District of Travis County, Texas | D-1-GN-001297 | Report and Deposition | Michael Shaunessy and Mike Kabat | Defendant | Wrongful Termination - Breach of Contract | 1/19/2021 |
| 2020 | Tina Sheesley et al and Garret Weatherford et al v. JRD, LLC and Pedernales Electric Cooperative | 424th Judicial District of Burnet County, Texas | 50774 | Report and Deposition | Tommy Gillaspie | Defense | Wrongful Death - Lost Compensation | 3/23/2021 |
| 2021 | Pamela Love v. University of Saint Thomas | United States District Court Southern District of Texas Houston Division | 20-cv-176 | Report and Deposition | Nitin Sud | Plaintiff | Lost Compensation - Race Discrimination | 4/28/2021 |
| 2020 | Rebekah Rees v. Hemang K Pandya, MD | 14th Judicial District of Dallas County Texas | DC-019-00248 | Report and Deposition | Eliot Shavin | Plaintiff | Lost Compensation - Medical Malpractice | 5/4/2021 |
| 2021 | Linda Susan Mullenix v University of Texas at Austin | United States District Court Western District of Texas Austin Division | 1:19-cv-1203-LY | Report and Deposition | Colin Walsh/Jairo Castellanos | Plaintiff | Lost Compensation - Sex Discrimination and Retaliation | 6/30/2021 |
| 2021 | Evdokia Nikolova v University of Texas at Austin | United States District Court Western District of Texas Austin Division | 1:19-cv-00877-RP | Report and Deposition | Robert Schmidt | Plaintiff | Failure to promote; unequal pay | 6/23/2021 |
| 2021 | Linda Susan Mullenix v University of Texas at Austin | United States District Court Western District of Texas Austin Division | 1:19-cv-1203-LY | Report and Deposition | Colin Walsh/Jairo Castellanos | Plaintiff | Lost Compensation - Sex Discrimination and Retaliation | 6/30/2021 |
| 2021 | Joshua Mattingly v. Scott Robertson, M.D. et al | _____ Judicial District of Webb County, Texas | 2020CVB001207D3 | Report and Deposition | Ryan Krebs | Plaintiff | Lost Compensation and Present Value of Life Care Plan - Medical Malpractice | 9/6/2022 |
| 2021 | Veronica Vega v Gregory McCollum and Rockin Q Construction, LLC | 22nd Judicial District of Hays County, Texas | 18-2880 | Report and Deposition | Joe Lopez | Plaintiff | Personal Injury - Life Care Plan | 9/7/2022 |

**Attachment 2**

# Evdokia Nikolova
## Front Pay Losses

| | | | |
|---|---|---|---|
| Date of Birth | | | 1/24/1979 |
| Date of Tenure Denial | | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | | 130,500 |
| Trial Date | | | 3/11/2022 |
| Discount Date | | | 9/16/2022 |
| Employer Contribution to Retirement | Beginning 9/1/2022 | | 8.0% (7.75% until 9/1/2022) |
| | | | |
| Worklife Expectancy to age | | 65.6 | 8/31/2044 |
| Worklife Expectancy to age | | 70 | 12/31/2048 |

| Year Beginning | Year Ended | Expected Increase | If Tenured 9/1/2019 | Actual Tenure 9/1/2022 |
|---|---|---|---|---|
| 9/1/2019 | 8/31/2020 | | 130,500 | |
| 9/1/2020 | 8/31/2021 | 0.00% | 130,500 | |
| 9/1/2021 | 8/31/2022 | 4.86% | 136,842 | |
| 9/1/2022 | 8/31/2023 | 4.86% | 143,493 | 132,000 |
| 9/1/2023 | 8/31/2024 | 4.86% | 150,467 | 132,000 |

**Losses**

| Year Ended | Expected Growth | If Tenured 9/1/2019 | Actual Salary | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2022 | | 64,909 | - | (64,909) | (4,868) | (69,777) | | (69,777) |
| 8/31/2023 | 4.86% | 143,493 | - | (143,493) | (11,479) | (154,972) | 3.43% | (149,992) |
| 8/31/2024 | 4.86% | 150,467 | 132,000 | (18,467) | (1,477) | (19,944) | 3.63% | (18,591) |
| 8/31/2025 | 4.86% | 157,779 | 138,415 | (19,364) | (1,549) | (20,913) | 3.59% | (18,835) |
| 8/31/2026 | 4.86% | 165,447 | 145,142 | (20,305) | (1,624) | (21,930) | 3.61% | (19,050) |
| 8/31/2027 | 4.86% | 173,488 | 152,196 | (21,292) | (1,703) | (22,995) | 3.49% | (19,390) |
| 8/31/2028 | 4.86% | 181,920 | 159,593 | (22,327) | (1,786) | (24,113) | 3.49% | (19,645) |
| 8/31/2029 | 4.86% | 190,761 | 167,349 | (23,412) | (1,873) | (25,285) | 3.47% | (19,941) |
| 8/31/2030 | 4.86% | 200,032 | 175,482 | (24,550) | (1,964) | (26,514) | 3.38% | (20,344) |
| 8/31/2031 | 4.86% | 209,753 | 184,011 | (25,743) | (2,059) | (27,802) | 3.39% | (20,611) |
| 8/31/2032 | 4.86% | 219,947 | 192,954 | (26,994) | (2,160) | (29,153) | 3.36% | (20,967) |
| 8/31/2033 | 4.86% | 230,637 | 202,331 | (28,306) | (2,264) | (30,570) | 3.36% | (21,269) |
| 8/31/2034 | 4.86% | 241,846 | 212,164 | (29,681) | (2,375) | (32,056) | 3.36% | (21,578) |
| 8/31/2035 | 4.86% | 253,600 | 222,476 | (31,124) | (2,490) | (33,614) | 3.36% | (21,891) |
| 8/31/2036 | 4.86% | 265,924 | 233,288 | (32,637) | (2,611) | (35,248) | 3.30% | (22,399) |
| 8/31/2037 | 4.86% | 278,848 | 244,626 | (34,223) | (2,738) | (36,961) | 3.35% | (22,568) |
| 8/31/2038 | 4.86% | 292,400 | 256,514 | (35,886) | (2,871) | (38,757) | 3.41% | (22,698) |
| 8/31/2039 | 4.86% | 306,611 | 268,981 | (37,630) | (3,010) | (40,640) | 3.50% | (22,669) |
| 8/31/2040 | 4.86% | 321,512 | 282,054 | (39,459) | (3,157) | (42,616) | 3.52% | (22,884) |
| 8/31/2041 | 4.86% | 337,138 | 295,761 | (41,377) | (3,310) | (44,687) | 3.60% | (22,858) |
| 8/31/2042 | 4.86% | 353,523 | 310,135 | (43,387) | (3,471) | (46,858) | 3.76% | (22,435) |
| 8/31/2043 | 4.86% | 370,704 | 325,208 | (45,496) | (3,640) | (49,136) | 3.82% | (22,392) |
| 8/31/2044 | 4.86% | 388,720 | 341,013 | (47,707) | (3,817) | (51,524) | 3.81% | (22,650) |
| Future Loss to age 65.6 | | 5,499,460 | 4,641,693 | (857,767) | (68,297) | (926,064) | | (665,434) |

**Attachment 3**

**Evdokia Nikolova**
**Front Pay Losses**

| Losses Year Ended | Expected Growth | If Tenured 9/1/2019 | Actual Salary | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2045 | 4.86% | 407,612 | 357,586 | (50,026) | (4,002) | (54,028) | 3.84% | (22,716) |
| 8/31/2046 | 4.86% | 427,422 | 374,965 | (52,457) | (4,197) | (56,654) | 3.83% | (23,002) |
| 8/31/2047 | 4.86% | 448,195 | 393,188 | (55,006) | (4,401) | (59,407) | 3.79% | (23,461) |
| 8/31/2048 | 4.86% | 469,977 | 412,297 | (57,680) | (4,614) | (62,294) | 3.73% | (24,080) |
| 12/31/2048 | 4.86% | 164,610 | 144,408 | (20,202) | (1,616) | (21,819) | 3.66% | (8,378) |
| Future Loss to age 70 | | 7,417,276 | 6,324,137 | (1,093,138) | (87,127) | (1,180,265) | | (767,070) |

Attachment 3

# Evdokia Nikolova
## Front Pay Losses - 12 Month Salary

| | | | |
|---|---|---|---|
| Date of Birth | | | 1/24/1979 |
| Date of Tenure Denial | | | 9/1/2019 |
| Salary if Granted Tenure | 9/1/2019 | | 130,500 |
| Trial Date | | | 3/11/2022 |
| Discount Date | | | 9/16/2022 |
| Employer Contribution to Retirement | Beginning 9/1/2022 | | 8.0%  (7.75% until 9/1/2022) |
| | | | |
| Worklife Expectancy to age | | 65.6 | 8/31/2044 |
| Worklife Expectancy to age | | 70 | 12/31/2048 |

| Year Beginning | Year Ended | Expected Increase | If Tenured 9/1/2019 | 12 Month if tenured 9/1/2019 | Actual Tenure 9/1/2022 | 12 Month Actual Tenure 9/1/2022 |
|---|---|---|---|---|---|---|
| 9/1/2019 | 8/31/2020 | | 130,500 | 174,000 | | |
| 9/1/2020 | 8/31/2021 | 0.00% | 130,500 | 174,000 | | |
| 9/1/2021 | 8/31/2022 | 4.86% | 136,842 | 182,456 | | |
| 9/1/2022 | 8/31/2023 | 4.86% | 143,493 | 191,324 | 132,000 | 176,000 |
| 9/1/2023 | 8/31/2024 | 4.86% | 150,467 | 200,622 | 132,000 | 176,000 |

### Losses

| Year Ended | Expected Growth | If Tenured 9/1/2019 | Actual Salary | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2022 | | 86,545 | - | (86,545) | (4,868) | (91,413) | | (91,413) |
| 8/31/2023 | 4.86% | 191,324 | - | (191,324) | (11,479) | (202,803) | 3.43% | (196,285) |
| 8/31/2024 | 4.86% | 200,622 | 176,000 | (24,622) | (1,477) | (26,099) | 3.63% | (24,329) |
| 8/31/2025 | 4.86% | 210,372 | 184,554 | (25,819) | (1,549) | (27,368) | 3.59% | (24,648) |
| 8/31/2026 | 4.86% | 220,596 | 193,523 | (27,074) | (1,624) | (28,698) | 3.61% | (24,930) |
| 8/31/2027 | 4.86% | 231,317 | 202,928 | (28,389) | (1,703) | (30,093) | 3.49% | (25,375) |
| 8/31/2028 | 4.86% | 242,559 | 212,790 | (29,769) | (1,786) | (31,555) | 3.49% | (25,708) |
| 8/31/2029 | 4.86% | 254,348 | 223,132 | (31,216) | (1,873) | (33,089) | 3.47% | (26,095) |
| 8/31/2030 | 4.86% | 266,709 | 233,976 | (32,733) | (1,964) | (34,697) | 3.38% | (26,624) |
| 8/31/2031 | 4.86% | 279,671 | 245,348 | (34,324) | (2,059) | (36,383) | 3.39% | (26,973) |
| 8/31/2032 | 4.86% | 293,263 | 257,271 | (35,992) | (2,160) | (38,151) | 3.36% | (27,438) |
| 8/31/2033 | 4.86% | 307,516 | 269,775 | (37,741) | (2,264) | (40,006) | 3.36% | (27,834) |
| 8/31/2034 | 4.86% | 322,461 | 282,886 | (39,575) | (2,375) | (41,950) | 3.36% | (28,238) |
| 8/31/2035 | 4.86% | 338,133 | 296,634 | (41,499) | (2,490) | (43,989) | 3.36% | (28,648) |
| 8/31/2036 | 4.86% | 354,566 | 311,051 | (43,515) | (2,611) | (46,126) | 3.30% | (29,312) |
| 8/31/2037 | 4.86% | 371,798 | 326,168 | (45,630) | (2,738) | (48,368) | 3.35% | (29,534) |
| 8/31/2038 | 4.86% | 389,867 | 342,019 | (47,848) | (2,871) | (50,719) | 3.41% | (29,704) |
| 8/31/2039 | 4.86% | 408,815 | 358,641 | (50,173) | (3,010) | (53,184) | 3.50% | (29,666) |
| 8/31/2040 | 4.86% | 428,683 | 376,071 | (52,612) | (3,157) | (55,768) | 3.52% | (29,947) |
| 8/31/2041 | 4.86% | 449,517 | 394,348 | (55,169) | (3,310) | (58,479) | 3.60% | (29,913) |
| 8/31/2042 | 4.86% | 471,364 | 413,514 | (57,850) | (3,471) | (61,321) | 3.76% | (29,359) |
| 8/31/2043 | 4.86% | 494,272 | 433,611 | (60,661) | (3,640) | (64,301) | 3.82% | (29,303) |
| 8/31/2044 | 4.86% | 518,294 | 454,684 | (63,610) | (3,817) | (67,426) | 3.81% | (29,641) |
| Future Loss to age 65.6 | | 7,332,613 | 6,188,924 | (1,143,689) | (68,297) | (1,211,986) | | (870,915) |

**Attachment 4**

**Evdokia Nikolova**
**Front Pay Losses - 12 Month Salary**

| Losses Year Ended | Expected Growth | If Tenured 9/1/2019 | Actual Salary | Loss | Retirement Contribution | Total Loss | Discount Rate | Present Value |
|---|---|---|---|---|---|---|---|---|
| 8/31/2045 | 4.86% | 543,483 | 476,782 | (66,701) | (4,002) | (70,703) | 3.84% | (29,727) |
| 8/31/2046 | 4.86% | 569,896 | 499,953 | (69,943) | (4,197) | (74,139) | 3.83% | (30,102) |
| 8/31/2047 | 4.86% | 597,593 | 524,251 | (73,342) | (4,401) | (77,742) | 3.79% | (30,702) |
| 8/31/2048 | 4.86% | 626,636 | 549,730 | (76,906) | (4,614) | (81,521) | 3.73% | (31,512) |
| 12/31/2048 | 4.86% | 219,480 | 192,543 | (26,937) | (1,616) | (28,553) | 3.66% | (10,964) |
| Future Loss to age 70 | | 9,889,701 | 8,432,183 | (1,457,518) | (87,127) | (1,544,644) | | (1,003,921) |

Attachment 4

**Exhibit 2**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **EVDOKIA NIKOLOVA** § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | **CASE NO. 1:19-cv-00877-RP** |
| **UNIVERSITY OF TEXAS AT AUSTIN** § | |
| Defendant. § | |

### DECLARATION UNDER PENALTY OF PERJURY OF EVDOKIA NIKOLOVA

I, Evdokia Nikolova, declare under penalty of perjury and state as follows:

1. My name is Evdokia Nikolova. I am of sound mind and capable of making this declaration. I am personally acquainted with the facts herein stated, which are true.

2. The University of Texas at Austin's denial of tenure to me, both the fact of it and the way in which UT went about devaluing and undercutting my contributions and reputation and personally rejecting me has had a devastating effect on me personally, on my career, and financially. I'll refer to the comprehensive impacts by referencing the cause as the "denial of tenure" to reflect the harm briefly described, above.

3. As I testified at trial, I have been treated by different medical professionals since the denial of tenure to try to overcome the intense depression that I experienced and continue to experience as a result of the discriminatory denial of tenure and the damage that has been caused to my career and lifelong dreams.

4. After the denial of tenure, I first attempted to fight and work as hard as I could to respond to the situation, including working on my research, publications, grants and teaching. Even as I was fighting and attempting to continue my academic endeavors, I fell into a deep depression because of the tenure denial and the negative impact it had on my career. The tenure

1

denial and the resulting depression greatly impacted my ability to work and my productivity declined. In the Spring of 2021, I was forced to take unpaid leave under the Family and Medical Leave Act because of the tenure denial and my depression. In the 2021-2022 school year, I requested a reasonable accommodation and was forced to take leave without pay and received no income for that year.

5. Although the trial and verdict of the jury was extremely important to me, I still remain severely depressed and unable to work because of UT Austin's discriminatory denial of tenure and the resulting damage that has been done to my career, dreams and aspirations. After the trial, I spoke with my psychologist about my ongoing depression as a result of UT's Austin's actions. Because of my ongoing depression caused by UT Austin's actions, I was forced to request an additional leave of absence without pay for the 2022-23 school year. UT Austin has agreed to my request. It is my understanding from my discussions with my medical provider that taking the 2022-23 year off on leave without pay is necessary and will help me heal from the severe depression I've experienced because of UT Austin's denial of tenure and discriminatory actions. Attached to this declaration is a letter written by my psychologist concerning my request for leave for the 2022-23 school year.

6. Being unable to work because of my depression caused by UT Austin's discriminatory denial of tenure has resulted in continuing economic damage including the loss of pay since the jury's verdict and that will continue at least for the 2022-23 school year.

7. Prior to the denial of tenure by UT Austin, every year I worked as a tenure-track professor (in my 5 years at UT Austin and 2.5 years at my previous employer Texas A&M University), I received summer salary equivalent to 3 months of pay at the same monthly rate as my 9-month academic salary. That amount was paid for by grants obtained by me. This is standard and expected by all tenured and tenure-track professors in my department and we all

supplement (and are expected to supplement) our salary over the summer in the same pro-rated monthly amount as we receive during the academic year. Professors are only allowed to receive summer salary up to the maximum that is their monthly prorated 9-month academic salary even if they have significantly higher grant funds available as was my case. This is important because if my 9-month base salary is lower than similarly positioned other professors, my total 12-month salary will be further reduced compared to such professors.

8. In addition to the salary that I have lost and will lose in the 2022-23 school year, my inability to work and the decline in productivity because of UT Austin's discriminatory tenure denial and my resulting depression will cause serious negative economic damage to me in the future. My research and publications have been essentially put on hold. Even when I am able to return to work it will take significant time (years) to restart my research, publish, obtain grants and regain the position in the academic community that I had before the denial of tenure—if it is possible at all. This will make it harder for me to obtain merit raises at UT Austin and will make it essentially impossible for me to obtain a job at another university for the foreseeable future; at least until I can get my research back up to the level it was prior to the denial of tenure. It is my understanding that none of these more difficult to quantify negative impacts on future income are accounted for in the more concrete economic damage estimate provided to the Court by the expert I have retained, Dr. Tom Glass, beyond Dr. Glass's accounting for the unpaid leave loss of salary for 2022-2023 academic year. Nonetheless, I believe it is important for the Court to understand the additional, serious and negative economic impact that UT Austin's actions will have on me in the future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on  9/15/22 .

_____
Evdokia Nikolova

# Richard Holt, Ph.D.
8400 N. Mopac, Suite 202
Austin, Texas 78759
512/236-0448

DATE:      August 1, 2022

TO:      The University of Texas at Austin
            ADA Coordinations

RE:      **Americans with Disabilities Act**
            **Employee Accommodation Medical Certification Form**

            Evdokia Nikolova, Ph.D.  University EID: EN4762
            Assistant Professor
            Department of Electrical and Computer Engineering

ATTN:     Stephanie Myers

            The following information constitutes an update on the report released to your office last summer, dated 7/27/2021. The contents of that report should be included in your office's current evaluation.

1. **Diagnosis**
   Major Depressive Disorder, Severe (DSM-V 296.23)
   w/anxious distress (moderate)

2. **Limitation of life activity**
   Dr. Nikolova continues to suffer from loss of concentration, diminished capacity to make decisions, loss of energy and periodic impairment in ability to perform daily household & personal life tasks.

3. **Length of impairment**
   I continue to believe that impairment is unlikely to be permanent. Given the nature of the ongoing depression, however, and the various environmental factors exacerbating her condition, impairment may be expected to last at least six additional months.

4. **Degree of limitation in workday**
   There are little to no changes in Dr. Nikolova's capacity to execute her duties at the university. As stated previously her position necessitates the performance of complex, high-level intellectual activity and prolonged periods of focused concentration. It requires her to interact with others from a

position of trust in her own decision-making and competence, as well as to anticipate commensurate trust from peers, administrators, colleagues and students. Frequent or continuous limitations are likely to be present in the following areas:
- Concentrating
- Thinking
- Working
- Teaching
- Attend/Participate in Meetings
- Attention Span
- Analyzing

5. **Recommended Accommodations**
It is my recommendation that Dr. Nikolova continue her break from all work activities. I recommend at least six additional months.

6. **How Requested Accommodations will help individual perform essential job functions**
I continue to anticipate and hope that Dr. Nikolova may, in time, experience a full remission with a return to previous levels of functioning in all areas of performance.

_Richard Holt PhD_     9/15/2022
Richard Holt PhD, Psychologist     Date
dr.richardholt@gmail.com
Texas License # 25610

# Exhibit 3

\---------- Forwarded message ----------
From: **Evdokia Nikolova** <eddie.nikolova@gmail.com>
Date: Friday, July 29, 2022
Subject: leave form
To: Diana Marculescu <dianam@utexas.edu>
Cc: Eddie Nikolova <eddie.nikolova@gmail.com>

Hi Diana,
Attached please find my leave request.
Like last summer, my therapist will be supplementing a disability letter in support of my leave request.  Please let me know where he can send his letter.
Best wishes,
Eddie

\--
Evdokia Nikolova
http://users.ece.utexas.edu/~nikolova/



\--
Evdokia Nikolova
http://users.ece.utexas.edu/~nikolova/



\--
Evdokia Nikolova
http://users.ece.utexas.edu/~nikolova/

**The University of Texas at Austin**
**FACULTY REQUEST FOR LEAVE**

Superseding Request? Select Yes or No
*For instructions and definitions, see page two of this document.*
*Submit completed form to evpp-aps@utexas.edu.*

Name: Evdokia Nikolova
UT EID: en4762
Job Profile: Assistant Professor
Dean's Office Staff Contact:

**1. Primary and Joint Faculty Positions (list all):**

College/School: Cockrell School of Engin...
Select College/School
Department: Electrical & Computer Engineering
FTE (%): 100%
Requesting leave from this position? Yes ☐ No ☐
Yes ☐ No ☐

**2. Leave Request Information:**

First Leave Type (see page two for definitions):   ☐ Leave - Academic   ☐ Unpaid Time Off   ☐ Release Time
SWH on Leave (to two decimals): ____   Begin Date: 9/1/2022   End Date: 5/31/2023
a. Leave Reason(s):   ☐ Research, Scholarship, Creative Works   ☐ Visiting Faculty   ☐ Professional Activities   ☑ Personal
b. Project title or subject: Reasonable Accommodation Request for serious personal medical condition
c. Description of activity:
d. Source(s) of leave stipend:
e. Where will the individual be working?

Second Leave Type (if applicable):   ☐ Leave - Academic   ☐ Unpaid Time Off   ☐ Release Time
SWH on Leave (to two decimals): ____   Begin Date: ____   End Date: ____
a. Leave Reason(s):   ☐ Research, Scholarship, Creative Works   ☐ Visiting Faculty   ☐ Professional Activities   ☐ Personal
b. Project title or subject:
c. Description of activity:
d. Source(s) of leave stipend:
e. Where will the individual be working?

**3. Benefit to you, your program/department, and the University:**
Recovery from medical condition

**4. Length of Service and Previous Leave:**
a. Length of faculty service: since 1/1/2014
b. Previous Leave - Academic and RT in last five years: FML in Spring 2021; on leave since Sep. 1, 2021

**5. Teaching Arrangements, Other Activities, and Sponsored Research:**
a. Teaching arrangements: cancelled
b. Instructional and service-related activities that will remain: None
c. Does the Faculty Member have active Sponsored Research that requires time commitments? Yes
d. Does the Faculty Member have any open IRB, IAUCUC, or IBC protocols? Visit https://research.utexas.edu/ors/ for more information.  No

**6. Instructions for Supplement:**
Instructions for supplement:

**7. Year designation:** The dean must designate whether the year's leave counts as a year of service at UT Austin for any future Faculty Development Leaves and/or Faculty Development Awards. The determination should be based on whether the leave activities directly benefit the university.

Select Response

Signatures
Faculty Member*: [signature]   Date: 7/15/22
Department Chair(s): ____   Date: ____
                      ____   Date: ____
Director(s): ____   Date: ____
             ____   Date: ____
Dean(s): ____   Date: ____
         ____   Date: ____

*By signing, you acknowledge that while on work-related leave, you are expected to continue listing UT Austin as your primary affiliation on all published works.*

EXECUTIVE ACTION (for EVPP use only):
○ Approved
○ Denied

_____
*Executive Vice President and Provost*
_____
*Date*

Updated May 2022

# FACULTY REQUEST FOR LEAVE FORM INSTRUCTIONS

**Line 1. Positions.** Include all primary and joint positions, even if from multiple colleges. List FTE as a percentage to two decimals (as found on the faculty member's summary page in Workday).

**Line 2. Leave Type.** Choose up to two types per form, if applicable. Additional forms may be submitted if necessary.

- **Leave - Academic** (previously known as Leave Without Pay):
    - unpaid, full-time leave for 30 days or longer in duration;
    - must be academic in nature (the faculty member is performing duties consistent with those of their position at the University--teaching, research, or service related);
    - **final approved by EVPP and processed by APS.**

- **Unpaid Time Off** is used when the leave meets **ANY** of the following conditions:
    - is less than 30 days in duration (or is intermittent);
    - is for partial days (less than full time);
    - is for personal reasons;
    - **final approved by EVPP and processed by APS.**

- **Release Time (RT):**
    - release from the instructional budget using funds administered through the university;
    - **final approved at the CSU dean's office and processed by the CSU using the Assign Costing Allocation process in Workday;**
    - **after approval, forward Release Time requests to APS as information copies only.**

Calculate Scheduled Weekly Hours (SWH) to two decimal places. These are the number of hours per week the faculty member will be on leave:

- If a faculty member has 40 SWH and will be on leave full time (100%), the value entered here should be 40.
- If a faculty member has 40 SWH and will be on leave two-thirds time (66.67%), the value entered here should be 26.67.

**Line 2a. Leave Reason. Check all boxes that apply. At lease one box must be checked.**

- Research, Scholarship, Creative Works - examples: grant research, college research fellowship, writing a book, etc.
- Visiting Faculty - the faculty member is teaching at another university; this may or may not be part of a formalized Visiting Faculty Agreement.
- Professional Activities - example: serving as Director of XYZ Institute.
- Personal - do not include specific details on leave form.

**Line 2b. Project Title or Subject.** Provide the name or subject matter of project the faculty member will be involved with while on leave (if applicable).

**Line 2c. Description of Activity.** Provide a brief description of activities to be conducted during leave period. Example: conducting research related to work on book.

**Line 2d. Source of Leave Stipend.** Include sources of funding for the entirety of the leave broken down by percentage. Include account number(s), if known, for Release Time requests. If an external organization/institution is paying the faculty member directly then that organization's name should be noted. Personal Funds should be noted in cases where a faculty member's own funds are being used.

- Leave - Academic (100%): Guggenheim Foundation 75%, personal funds 25%
- RT (50%): National Science Foundation 25% (26-XXXX-XXXX), National Institutes of Health 25% (26-XXXX-XXXX)

**Line 2e. Work Location.** Include international and/or domestic location(s); do not use abbreviations.

**Line 3. Benefit of the leave.** Include a brief description of why the leave is a benefit to you, your program/department, and the University and how it will improve teaching and scholarship. Example: this research will bring prestige to the university and new ideas and concepts to the classroom.

**Line 4a. Length of Service.** Provide the number of years of faculty service at UT Austin.

**Line 4b. Previous Leave(s).** Include the dates for all Leave - Academic and RT leaves taken within the past five years.

**Line 5a. Teaching Arrangements.** List the class(es) that will not be taught and describe how each will be handled. Examples: class(es) will be canceled, taught in another semester, or taught by another faculty member (provide name).

**Line 5b. Instructional and Service-Related Activities.** Describe the instructional and service-related activities that the faculty member will still be responsible for during the leave period. Examples: supervision of graduate students, individual instruction courses, course development, advising, serving on budget councils and departmental committees. Indicate "None" if not applicable.

**Line 5c and 5d. Active Research and Protocols.** Both questions require a response.

**Line 6. Salary Supplement.** Individuals on leave without pay for personal reasons may not continue to receive their supplement during the period of leave. The dean's office should provide instructions for handling the supplement, if applicable.

**Line 7. Year designation.**
As part of the approval process for the faculty member's leave request, the dean must designate whether the year's leave without pay will count as a year of service at UT-Austin Faculty Development Leaves and/or Faculty Development Awards in future years. The determination will be based on whether the leave activities directly benefit the university.

| | |
|---|---|
| **From:** | Evdokia Nikolova |
| **To:** | Marculescu, Diana |
| **Cc:** | Nikolova, Evdokia; Nikolova, Evdokia; Vasquez, Veronica V; Armstrong, Melissa A |
| **Bcc:** | Robert Schmidt |
| **Subject:** | Re: Checking in |
| **Date:** | Friday, July 15, 2022 4:23:55 AM |

Hi Diana,
Will do, thank you for clarifying on the date.
Regards,
Eddie

On Friday, July 15, 2022, Marculescu, Diana <dianam@utexas.edu> wrote:
> Hi Eddie,
>
> I thought I sent you the date by which we need this by, but can't find it in my Sent folder. Can you send this to us by end of July, at the latest?
>
> Thanks a lot,
> Diana
>
> **DIANA MARCULESCU**, Department Chair and Professor of Electrical and Computer Engineering
> The University of Texas at Austin | 512-471-6179 | @dianamarculescu | @UTexasECE
>
>> On Jul 12, 2022, at 6:38 PM, Marculescu, Diana <dianam@utexas.edu> wrote:
>>
>> Hi Eddie,
>>
>> Here is the form: https://utexas.app.box.com/s/z4bfvkanfmaqud6wli40dtjw4ret9or8
>>
>> Please fill it out and send it to us by return email.
>>
>> Thanks,
>> Diana
>>
>> On 7/12/2022 10:22 AM, Evdokia Nikolova wrote:
>>> Hi Diana,
>>> Yes, I plan on requesting leave. I did not receive a leave form, may I please have that?
>>> Thank you,
>>> Eddie
>>>
>>> On Monday, July 11, 2022, Diana Marculescu <dianam@utexas.edu> wrote:
>>>> Hi Eddie,

> I hope you've been doing well. I'm not sure if you've submitted the leave form - if not, are you planning to request another year of personal leave?
>
> Thanks,
> Diana
>
> On 5/24/2022 9:38 PM, Diana Marculescu wrote:
>
>> Hi Eddie,
>>
>> You can request another leave due to health reasons, either semester by semester, or for the entire year. Veronica can send you the form so we can process it.
>>
>> Thanks,
>> Diana
>>
>> On 5/8/2022 11:48 AM, Evdokia Nikolova wrote:
>>
>>> Hi Diana,
>>>
>>> Thanks for your email. I'm talking with my doctor/mental health provider about this and next steps. I'm afraid I will likely need to request another reasonable accommodation regarding not teaching/working next academic year. I will get back to you when I know more. Thanks and hope you are well also.
>>>
>>> Eddie
>
> --
> Evdokia Nikolova
> http://users.ece.utexas.edu/~nikolova/

--
Evdokia Nikolova
http://users.ece.utexas.edu/~nikolova/