IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA, §<br>　*Plaintiff,* §<br>　§<br>v. §<br>　§<br>UNIVERSITY OF TEXAS AT AUSTIN, §<br>　*Defendant*. § | Civil Action No.: 1:19-CV-00877 |

**DEFENDANT'S UNOPPOSED MOTION FOR 28-DAY EXTENSION
TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES & COSTS**

Defendant The University of Texas at Austin ("Defendant") respectfully files this unopposed request for a 28-day extension of time to file its response to Plaintiff's Motion for Attorneys' Fees and Bill of Costs and shows the Court as follows:

1. Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs is currently due on September 27, 2022 (Dkt. #109). Defendant seeks a 28-day extension, creating a new deadline of October 25, 2022.

2. Plaintiff filed her Motion on September 13, 2022 (Dkt# 111). Plaintiff's supporting documents are voluminous and include hundreds of entries. Additional time is necessary for Defendant's counsel to review the entries and documents in detail and supply the Court with thorough and thoughtful briefing.

3. In addition, Defendant's counsel was assigned as lead counsel in *Fund Texas Choice, et al., v. Paxton, et al.*, civil action no. 1:22-CV-859, pending in this Court. Undersigned counsel has been consumed with drafting a Response to Plaintiffs' Motion for Preliminary Injunction and preparing for the preliminary injunction hearing set for Tuesday, September 27, 2022.

4. Undersigned counsel also has Court-ordered supplemental briefing due on Monday,

1

October 12, 2022 in *Texas v. Biden*, civil action no. 3:21-cv-00309, pending in the U.S. District Court for the Southern District of Texas.

5. As set out in the certificate of conference, undersigned counsel conferred with counsel for Plaintiff, Evdokia Nikolova, who indicated Plaintiff is unopposed to this motion.

6. This extension will not affect the Parties' proposed post-trial schedule as listed in their Joint Status Report. The Parties have moved mediation from October 17, 2022 to November 7, 2022 to allow the Parties a full day, rather than half-day, to mediate. Accordingly, even with this extension, Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs will be on file well in advance of the Parties' scheduled mediation.

7. This motion is not filed for the purposes of delay but only to ensure that the briefing filed with the Court is appropriate and will assist the Court in the resolution of the pending matter. The Parties have been working diligently and in good faith to come to mutually agreeable post-trial briefing deadlines and mediation date to put the Parties in the best position to resolve this case without further Court intervention. The Parties welcome a status conference if it would be helpful to the Court.

**PRAYER**

Defendant respectfully requests a 28-day extension of time, up to and including October 25, 2022, to file Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

3

**CERTIFICATE OF CONFERENCE**

I hereby certify that on Thursday, September 22, 2022, I conferred with Plaintiff's Counsel, who indicated that Plaintiff is unopposed to this motion.

*/s/ Amy S. Hilton*
AMY S. HILTON
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Amy S. Hilton*
AMY S. HILTON
Assistant Attorney General
