IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, *Plaintiff,* | § § § | |
| v. | § | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* | § § § § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Costs. Noting that the motion is unopposed and having determined that good cause exists for the requested extension, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's motion for extension of time is hereby GRANTED. It is further ORDERED that Defendant's Response to Plaintiff's Motion for Attorneys' Fees and Costs is hereby due on or before Tuesday, October 25, 2022.

Signed this \_\_\_\_ day of September, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE