IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EVDOKIA NIKOLOVA,                          §
    *Plaintiff,*                                §
                                               §
v.                                         §      Civil Action No.: 1:19-CV-00877
                                               §
UNIVERSITY OF TEXAS AT AUSTIN,             §
    *Defendant.*                               §

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO AMEND JUDGMENT TO INCLUDE FRONT PAY**

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Amend Judgment to Include Front Pay.  Noting that the motion is unopposed and having determined that good cause exists for the requested extension, the motion is hereby GRANTED. It is therefore ORDERED that Defendant's motion for extension of time is hereby GRANTED.  It is further ORDERED that Defendant's Response to Plaintiff's Motion to Amend Judgment to Include Front Pay is hereby due on or before November 16, 2022.

Signed this _____ day of October, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE