IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EVDOKIA NIKOLOVA,                  §
    *Plaintiff,*                 §
                                 §
v.                                 §        Civil Action No.: 1:19-CV-00877
                                 §
UNIVERSITY OF TEXAS AT AUSTIN,     §
    *Defendant.*                 §

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR FEES AND COSTS**

# EXHIBIT A

# 2019 INCOME AND HOURLY RATES

The following report is published periodically to provide insight on the economics of the practice of law in Texas. The information for this report was collected in the 2019 Texas Attorney Survey.

*Please note that the income and hourly rate information is not intended to set appropriate attorney fees or incomes.*



# INTRODUCTION

The income and hourly rate report is published periodically to provide insight on the economics of law practice in Texas.

The State Bar's Department of Research and Analysis conducted the Texas Attorney Survey – Status 2019 on October 13, 2020, and completed data collection on November 3, 2020.

This report presents data collected on licensed and practicing full-time attorneys who provided information for the calendar year 2019.

The report provides detailed breakdowns of incomes by sex, race, ethnicity, age, law firm size, years of experience, area of practice, and region of the state. A comparison to historical data is also provided for select demographics.

The questionnaire was emailed on October 13, 2020, to all active State Bar of Texas attorneys who have not opted out of taking surveys. A total of 83,140 received the survey. A total of 6,990 attorneys responded to the survey. This response gave the survey a margin of error of ±1.1%.

A more detailed description of the methodology and a copy of the questionnaire are included at the end of this report (see appendix).

## Responses by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area | Texas Attorney Population | Percent of Attorney Population | Respondents | Percent of Respondents |
|---|---|---|---|---|
| Houston-The Woodlands-Sugar Land MSA | 29,193 | 32.0% | 1,630 | 27.5% |
| Dallas-Fort Worth-Arlington MSA | 28,034 | 30.7% | 1,738 | 29.3% |
| Austin-Round Rock MSA | 12,486 | 13.7% | 889 | 15.0% |
| San Antonio-New Braunfels MSA | 7,077 | 7.8% | 524 | 8.8% |
| El Paso MSA | 1,292 | 1.4% | 93 | 1.6% |
| Corpus Christi MSA | 1,056 | 1.2% | 93 | 1.6% |
| Beaumont-Port Arthur MSA | 757 | 0.8% | 44 | 0.7% |
| Central Texas MSAs | 1,101 | 1.2% | 101 | 1.7% |
| East & NE Texas MSAs | 2,227 | 2.4% | 173 | 2.9% |
| South Texas MSAs | 1,997 | 2.2% | 149 | 2.5% |
| West Texas MSAs | 2,581 | 2.8% | 222 | 3.7% |
| Non-Metro | 3,443 | 3.8% | 269 | 4.5% |

# SUMMARY FINDINGS

## 2019 Income and Hourly Rate Summary



# $122,666

Median Income

# $291

Median Hourly Rate

### INCOME

The median income for respondent full-time Texas attorneys was $122,666.

In 2019, 41% of respondent full-time Texas attorneys saw an increase in their annual income.

Texas attorney income has increased steadily since 2011, but has not reached a pre-2008 recession high of $129,322 yet.

Men and white attorneys reported higher incomes than their counterparts. Men reported a median of $146,328 and white attorneys reported a median of $132,919.

Median income increases with more experience. Attorneys licensed 2 or fewer years reported a median income of $72,982 compared to a median of $163,481 for those licensed over 25 years.

The highest incomes were reported in the largest metro areas. In Dallas-Fort Worth-Arlington MSA, the median income was $129,623, and in Houston-The Woodlands-Sugar Land MSA, the median was $129,526.

### HOURLY RATES

Hourly rates are the most common method for private practitioners to charge for their services. 90% reported hourly rates as a method for charging.

The median hourly rate for respondent full-time private practitioners in 2019 was $291.

Like income, the highest hourly rates were reported in the largest metro areas. In Dallas-Fort Worth-Arlington MSA, the median income was $308, in the Austin-Round Rock MSA, the median was $299, and in Houston-The Woodlands-Sugar Land MSA, the median was $297.

# SUMMARY FINDINGS CONTINUED

## Jobs, Satisfaction, and Law School Debt Summary





Career Satisfaction



Law School Satisfaction



Median Law School Debt for all Full-Time Attorneys

$105,889

Median Law School Debt for Attorneys Licensed 2 or fewer Years

Attorneys were asked how long, since they were first admitted to practice law, did it take them to obtain their first full-time job providing legal services.

The level of career and law school satisfaction was measured on a 5-point scale, from extremely dissatisfied to extremely satisfied.

Additionally, attorneys were asked how much law school debt they carried at this point in their career as of 2019. The median reported was $91,766.



### Career Satisfaction by Years of Experience

| Years | Satisfaction |
|-------|--------------|
| 2 or Fewer | 78% |
| 3 to 6 | 80% |
| 7 to 10 | 80% |
| 11 to 15 | 83% |
| 16 to 20 | 86% |
| 21 to 25 | 86% |
| Over 25 | 92% |

Satisfaction percents are for those who reported they are moderatley or extremely satisfied.

# INCOME

## Income Change

Attorneys were asked how their income changed over the past year (2018 to 2019).

41% reported seeing an increase in their annual income in 2019 compared with 23% who reported a decrease.



### Income Change

| Category | Value |
|---|---|
| Increased significantly | 8.6% |
| Increased moderately | 31.9% |
| Remained steady | 37% |
| Decreased moderately | 13.9% |
| Decreased significantly | 8.6% |

41%

## Median Income by Year



$129,322
$112,212
$105,959
$113,291
$115,000
$120,811
$122,666

The median income for respondent full-time Texas attorneys has increased steadily since 2011 but has not reached a pre-2008 recession high of $129,322.

In addition to income, some attorneys received a bonus in 2019. The median reported was $16,945.

## $16,945

Median Bonus

# INCOME CONTINUED

## Median Income by Sex and Race/Ethnicity

The median income for respondent full-time Texas attorneys was $122,666 in 2019.

Men and white attorneys reported higher incomes than their counterparts. Men reported a median income of $146,328 and white attorneys reported a median of $132,919.

The median for women was $106,491, and non-white attorneys reported a median of $102,895.



# INCOME CONTINUED

## Median Income by Sex and Race/Ethnicity and Years of Experience

Men and white attorneys report a higher income over the course of their careers in comparison to their counterparts.

Income reported by men licensed 2 or fewer years is 10% greater than that reported by women. For those licensed over 25 years, the difference is 22%.

White attorneys licensed 2 or fewer years reported an income 10% greater than that reported by non-white attorneys. For those licensed over 25 years, the difference is 35%.



# INCOME CONTINUED

## Income by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area (MSA) | Median Income |
| --- | --- |
| Houston-The Woodlands-Sugar Land MSA | $129,526 |
| Dallas-Fort Worth-Arlington MSA | $129,623 |
| Austin-Round Rock MSA | $119,207 |
| San Antonio-New Braunfels MSA | $118,965 |
| El Paso MSA | $121,428 |
| Corpus Christi MSA | $105,682 |
| Beaumont-Port Arthur MSA | $114,062 |
| Central Texas MSAs | $105,882 |
| East & NE Texas MSAs | $115,908 |
| South Texas MSAs | $115,384 |
| West Texas MSAs | $119,642 |
| Non-Metropolitan Counties | $97,999 |

In general, the larger the MSA the larger the median income reported.

For example, the Dallas-Fort Worth-Arlington MSA had a median income of $129,623. This compares to the lowest median income of $97,999 in non-metropolitan areas.

# HOURLY RATES

## Hourly Rate Trends

Hourly rates charged by respondent full-time private practitioners in 2019 were 29% higher than they were in 2007. During the same period, the median income reported declined by 5%.

With respect to fees, 90% of private practitioners reported they charge an hourly rate. Attorneys also reported collecting flat fee and contingency fees. 25% and 26% of respondents reported collecting fees with these methods, respectively.

### Median Hourly Rate by Year





Percents will not add up to 100%. Respondents could select multiple fees.

# HOURLY RATES CONTINUED

## Hourly Rates by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area (MSA) | Median Hourly Rate |
| --- | --- |
| Houston-The Woodlands-Sugar Land MSA | $297 |
| Dallas-Fort Worth-Arlington MSA | $308 |
| Austin-Round Rock MSA | $299 |
| San Antonio-New Braunfels MSA | $285 |
| El Paso MSA | $228 |
| Corpus Christi MSA | $238 |
| Beaumont-Port Arthur MSA | $250 |
| Central Texas MSAs | $247 |
| East & NE Texas MSAs | $268 |
| South Texas MSAs | $232 |
| West Texas MSAs | $279 |
| Non-Metropolitan Counties | $239 |

Hourly rate trends closely mirror that of incomes. The larger the MSA, the larger the median hourly rate reported.

For example, the Dallas-Fort Worth-Arlington MSA had a median hourly rate of $308. This compares to the lowest median hourly rate reported of $228 in El Paso.

# APPENDIX

## Methodology



**Method**

**Data Collection**

Attorney economic information was collected in the Texas Attorney Survey – Status 2019. The questionnaire was emailed on October 13, 2020, to 83,140 active attorneys licensed by the State Bar of Texas, maintaining active membership in the State Bar of Texas, and who did not opt out of receiving survey mailings.

The survey's results are presented in part by geographic region, which is broken down into 13 economic areas. The metropolitan areas (Metropolitan Statistical Areas or MSAs) were defined by the Federal Office of Management and Budget. There were 1,630 responding attorneys from the Houston-The Woodlands-Sugar Land and 1,738 from the Dallas-Fort Worth-Arlington MSAs, 889 attorneys from the Austin-Round Rock MSA, 524 attorneys from the San Antonio-New Braunfels MSA, and 1,144 attorneys from the remaining regions.

**Response Rate**

The survey ended November 3, 2020.  As of the deadline there were 6,690 completed responses. This response gave the survey a margin of error of ±1.1%.

This means that if 40% of the respondents answered "yes" to a question, we can be 95% confident that the actual proportion of the population who would answer "yes" to the same question is 2 percentage points lower or higher than 40% (39 to 41%).

# APPENDIX CONTINUED

## Metropolitan Statistical Area

**Houston-The Woodlands-Sugar Land MSA**
Austin
Brazoria
Chambers
Fort Bend
Galveston
Harris
Liberty
Montgomery
Waller

**Dallas-Fort Worth-Arlington MSA**
Collin
Dallas
Denton
Ellis
Hood
Hunt
Johnson
Kaufman
Parker
Rockwall
Somervell
Tarrant
Wise

**Austin-Round Rock MSA**
Bastrop
Caldwell
Hays
Travis
Williamson

**San Antonio-New Braunfels MSA**
Atascosa
Bandera
Bexar
Comal
Guadalupe
Kendall
Medina
Wilson

**El Paso MSA**
El Paso
Hudspeth

**Corpus Christi MSA**
Aransas
Nueces
San Patricio

**Beaumont-Port Arthur MSA**
Hardin
Jefferson
Newton
Orange

**Central Texas MSAs**
**Waco MSA**
McLennan
Falls
**Killeen-Temple MSA**
Bell
Coryell
Lampasas

**East & NE Texas MSAs**
**College Station-Bryan MSA**
Brazos
Burleson
Robertson
**Longview MSA**
Gregg
Rusk
Upshur
**Sherman-Denison MSA**
Grayson
**Texarkana MSA**
Bowie
**Tyler MSA**
Smith
**Victoria MSA**
Goliad
Victoria
**Wichita Falls MSA**
Archer
Clay
Wichita

**South Texas MSAs**
**Brownsville-Harlingen MSA**
Cameron
**Laredo MSA**
Webb
**McAllen-Edinburg-Mission MSA**
Hidalgo

**West Texas MSAs**
**Abilene MSA**
Callahan
Jones
Taylor
**Amarillo MSA**
Armstrong
Carson
Oldham
Potter
Randall
**Lubbock MSA**
Crosby
Lubbock
Lynn
**Midland MSA**
Martin
Midland
**Odessa MSA**
Ector
**San Angelo MSA**
Irion
Tom Green

# APPENDIX CONTINUED

**Non-Metropolitan Counties**

| | | |
|---|---|---|
| Anderson | Foard | Lipscomb |
| Andrews | Franklin | Live Oak |
| Angelina | Freestone | Llano |
| Bailey | Frio | Loving |
| Baylor | Gaines | Madison |
| Bee | Garza | Marion |
| Blanco | Gillespie | Mason |
| Borden | Glasscock | Matagorda |
| Bosque | Gonzales | Maverick |
| Brewster | Gray | McCulloch |
| Briscoe | Grimes | McMullen |
| Brooks | Hale | Menard |
| Brown | Hall | Milam |
| Burnet | Hamilton | Mills |
| Calhoun | Hansford | Mitchell |
| Camp | Hardeman | Montague |
| Cass | Harrison | Moore |
| Castro | Hartley | Morris |
| Cherokee | Haskell | Motley |
| Childress | Hemphill | Nacogdoches |
| Cochran | Henderson | Navarro |
| Coke | Hill | Nolan |
| Coleman | Hockley | Ochiltree |
| Collingsworth | Hopkins | Palo Pinto |
| Colorado | Houston | Panola |
| Comanche | Howard | Parmer |
| Concho | Hutchinson | Pecos |
| Cooke | Jack | Polk |
| Cottle | Jackson | Presidio |
| Crane | Jasper | Rains |
| Crockett | Jeff Davis | Reagan |
| Culberson | Jim Hogg | Real |
| Dallam | Jim Wells | Red River |
| Dawson | Karnes | Reeves |
| Deaf Smith | Kenedy | Refugio |
| Delta | Kent | Roberts |
| De Witt | Kerr | Runnels |
| Dickens | Kimble | Sabine |
| Dimmit | King | San Augustine |
| Donley | Kinney | San Jacinto |
| Duval | Kleberg | San Saba |
| Eastland | Knox | Schleicher |
| Edwards | Lamar | Scurry |
| Erath | Lamb | Shackelford |
| Fannin | La Salle | Shelby |
| Fayette | Lavaca | Sherman |
| Fisher | Lee | Starr |
| Floyd | Leon | Stephens |
| | Limestone | Sterling |

# APPENDIX CONTINUED
# Questionnaire

**INSTRUCTIONS**

Each question can be answered by simply selecting a response or filling in a blank. These questions are for information related to calendar year 2019.

Completion of the survey should take, on average, eight minutes.

**Please complete this questionnaire by 5 p.m. CDT Tuesday, November 3, 2020.**

Thank you for your participation.



Please provide your bar card number below. This information will only be used to validate each response and to enter you in a chance to win one of thirty $100 Amazon gift cards. Your bar card number will not be associated with your responses.

_____

**PRIMARY OCCUPATION**

---

Q For 2019, what was your primary occupation?

○ Private law practice  (1)

○ For-profit corporate/in-house counsel  (2)

○ Nonprofit corporate/in-house counsel  (3)

○ Full-time judge  (4)

○ Other judicial branch  (5)

○ Government attorney  (6)

○ Law faculty  (7)

○ Public interest lawyer  (8)

○ Other law related  (9)

○ Non-law related  (10)

○ Unemployed/looking for work  (11)

○ Unemployed/not looking for work  (12)

○ Retired/not working  (13)

○ Was not licensed to practice in 2019  (14)

○ Other  (15) _____

---

Q If applicable, what was your job title in 2019?

_____

Q   In calendar year 2019, did you work:

▼ Full time (1) ... Other (4)

Q   Please provide the following financial information for calendar year 2019:
_____ Gross personal income (including any bonus) (1)
_____ If applicable, bonus received (2)

Q   How has your income changed in the past year?

▼ Increased significantly (1) ... Decreased significantly (5)

Q Did you provide professional services other than legal services in 2019?

▼ Yes (1) ... No (2)

Q   If yes, what other types of professional services did you provide?

☐      Real Estate Sales/Development Management  (1)

☐      Insurance Sales  (2)

☐      Accounting  (3)

☐      Financial Planning  (4)

☐      Investment Adviser  (5)

☐      Registered Securities Representative  (6)

☐      Other  (7) _____

Q Do you carry any of the following types of insurance?

☐      Professional Liability ("Legal Malpractice") Insurance  (1)

☐      Other Non-Legal Professional Liability ("E&O") Insurance  (2)

☐      Cyber Breach Liability Insurance  (3)

☐      Business Owners Insurance  (4)

☐      Employment Practices Liability Insurance  (5)

☐      Other  (6) _____

Q   What professional licenses or certificates, if any, do you have other than your law license?

_____

Q **PRIVATE PRACTITIONER - PRACTICE AREA INFORMATION**

Q  For 2019, how many attorneys, including yourself, worked in your firm?

_____

Q For 2019, if you worked as a private law practitioner, please provide the typical rate or fee you charged for all applicable billing methods.

|  | Hourly Rate (1) | Flat Fee (2) | Contingency Fee (3) | Other (4) |
|---|---|---|---|---|
| Typical Rate or Fee (1) |  |  |  |  |

Q Please provide the following information on the average number of actual and billable hours worked per week, as an attorney, in 2019:

  ○ Average hours worked per week  (1)

  _____

  ○ Average billable hours worked per week  (2)

  _____

Q Please specify your position in calendar year 2019 as a private practitioner:

▼ Sole Practitioner (1) ... Other (14)

---

Q **PRO BONO**

The State Bar of Texas defines legal services to the poor as the provision of the following without an expectation of payment or at a substantially reduced fee:

- legal services to the poor or to a charitable organization that addresses the needs of the poor,
- services that improve the legal process or availability of legal services to the poor,
- legislative, administrative or advocacy for the poor,
- unsolicited, involuntary court appointments.

The State Bar's pro bono policy does not define "poor"; however, it encourages attorneys to serve clients that would qualify for legal aid who live at or below 125% of the federal poverty guidelines ($15,175 for single person, $31,375 for a family of four).

Did you provide any of the above pro bono services in calendar year 2019?

▼ Yes (1) ... No (2)

---

Q **PRO BONO**

Please take a moment to answer a few questions on the pro bono services you performed in 2019. This data will be used to highlight how Texas attorneys are doing their part to help low-income people in our state. Historically, Texas attorneys perform about 2.4 million hours of pro bono services each year.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Q Did you provide any free legal services to the poor in 2019?

▼ Yes (1) ... No (2)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

✱

Q Please indicate approximately how many total hours of free legal services you provided?

_____

Q Please indicate approximately how many hours were for:

*(Note that these categories do not need to sum to the total hours provided.)*

|  | Hours (1) |
|---|---|
| Civil Matters (1) | |
| Criminal Matters (2) | |
| Legal services to a charitable organization for the poor (4) | |
| Legal services to simplify or improve quality of legal services to the poor (5) | |
| Legislative, administrative or advocacy for the poor (6) | |
| Unsolicited Court Appointments (3) | |

Q Did you provide any legal services at a substantially reduced fee that benefited the poor in 2019?

▼ Yes (1) ... No (2)

Q Approximately how many total reduced fee hours were for:

*(Note that these categories do not need to sum to the total hours provided.)*

|  | Hours (1) |
|---|---|
| Civil Matters (1) |  |
| Criminal Matters (2) |  |
| Legal services to a charitable organization for the poor (4) |  |
| Legal services to simplify or improve quality of legal services to the poor (5) |  |
| Legislative, administrative, or advocacy for the poor (6) |  |
| Unsolicited Court Appointments (3) |  |

Q What is your hourly rate for reduced fee legal services to the poor?

▼ Less than $50.00 (1) ... More than $150.00 (5)

Q Did you make any direct financial contribution related to legal services to the poor in 2019?

▼ Yes (1) ... No (2)

Q What was the approximate total amount of the financial contribution you paid in 2019?
_____ Approximate total amount of financial contribution (1)

Q Did you pay actual out-of-pocket expenses related to pro bono or legal services to the poor in 2019?

▼ Yes (1) ... No (2)

Q What was the approximate total amount of out-of-pocket expenses you paid on pro bono or reduced fee legal services in 2019?
_____ Approximate total amount of out-of-pocket expenses paid (1)

Q If you have any comments or suggestions about pro bono services please provide them below:

_____

_____

_____

_____

_____

Q **LAW SCHOOL/CAREER SATISFACTION**  The following questions are designed to study the economic and non-economic value of a law degree and the associated attorney satisfaction with their careers and decisions to attend law school. Your answers will help provide prospective law students and members of the bar with important information about legal careers in Texas.

Q Which of the following best describes your class rank upon graduation from law school?

▼ Top 10th percentile (1) ... Don't know (5)

Q At this point in your career, how much remaining law school debt do you have?

▼ None (1) ... $100,000 or more (6)

Q Please provide your level of satisfaction on the following:

|  | Extremely satisfied (1) | Somewhat satisfied (2) | Neither satisfied nor dissatisfied (3) | Somewhat dissatisfied (4) | Extremely dissatisfied (5) |
|---|---|---|---|---|---|
| How satisfied are you with your decision to have attended law school? (1) | ○ | ○ | ○ | ○ | ○ |
| How satisfied are you with your career? (2) | ○ | ○ | ○ | ○ | ○ |

Q After being admitted to practice law, how long did it take you to obtain your first full-time job providing legal services?

▼ 0 to 6 months (4) ... 15 (15)

✱

Q Including your current employer, how many employers have you had since you graduated from law school?

_____

Q **VOLUNTARY DEMOGRAPHICS**
The following voluntary demographic information is used to provide detailed economic trends and measure diversity in the practice of law in Texas. The State Bar of Texas follows the U.S. Census Bureau and U.S. Equal Employment Opportunity Commission guidelines for collecting information on sex and race/ethnicity.

Q Please provide the following geographic information on where a majority of your work was performed in 2019:

| | Texas County | Out-of-State/Country | | Other |
|---|---|---|---|---|
| | | Yes (1) | No (2) | Please specify (1) |
| Geography (1) | ▼ Anderson County (1 ... Zavala County (254) | ◯ | ◯ | |

Q Years of experience and age (up to and including calendar year 2019):

| | Years of Experience and Age (1) |
|---|---|
| Years of Experience (as an attorney) (1) | |
| Age (2) | |

Q Ethnicity:

▼ Hispanic or Latino (1) ... Not Hispanic or Latino (2)

Q Race:

▼ White (1) ... Other (7)

Q Sex:

▼ Male (1) ... Female (2)

Q If you have any additional comments regarding the information collected with this survey, please provide them below:

_____

_____

_____

_____

_____