IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | §<br>§<br>§<br>§    Civil Action No.: 1:19-CV-00877<br>§<br>§<br>§ |

**ORDER**

Having considered Plaintiff's Motion for Fees and Costs and Defendant's Response, the Court GRANTS in part and DENIES in part Plaintiff's Motion as set forth below:

a. A fee of $821,209.25 detailed as follows:

| Timekeeper | Hours | Rate | Lodestar Fee |
|---|---|---|---|
| Robert W. Schmidt | 1,156.80 | $400 | $462,720.00 |
| Robert S. Notzon | 920.05 | $385 | $354,219.25 |
| Robert E. McKnight, Jr. | 12.20 | $350 | $4,270.00 |
| **Total Hours/Lodestar Fee** | 2,089.05 | | $821,209.25 |

b. Costs in the total amount of $64,598.61 (of which $34,356.27 is allocated to Mr. Schmidt and $30,242.34 is allocated to Mr. Notzon);

c. Postjudgment interest on $885,807.86 from August 22, 2022.

SIGNED on _____, 2022

                                                                _____
                                                                ROBERT PITMAN
                                                                UNITED STATES DISTRICT JUDGE