IN THE WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § | |
|     Plaintiff | § | CIVIL ACTION |
| | § | |
| VS. | § | NO. 1:19-CV-00877-RP |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, | § | JURY REQUESTED |
|     Defendant | § | |

**ORDER**

Having considered Plaintiff's Unopposed Motion For 14 Day Extension of Time To File a Reply to Defendant's Response to Plaintiff's Motion For Fees and Costs (Dkt. #116), the Court is of the opinion that Plaintiff's motion should be GRANTED. The Court therefore ORDERS that Plaintiff shall be granted an additional 14 days, until November 15, 2022, to file a Reply to Defendant's Response to Plaintiff's Motion for Fees and Costs.

So ORDERED, this ___ day of October, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1