IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA, <br> *Plaintiff,* <br><br> v. <br><br> UNIVERSITY OF TEXAS AT AUSTIN, <br> *Defendant*. | Civil Action No.: 1:19-CV-00877 |

# JOINT STATUS REPORT

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Evdokia Nikolova Ph.D. ("Dr. Nikolova" or "Plaintiff") and Defendant The University of Texas at Austin ("UT Austin" or "Defendant") (collectively referred to as the "Parties") respectfully file this Joint Status Report advising the Court of the results of mediation.

The Parties mediated this matter on November 7, 2022, and discussion of settlement terms is ongoing. The Parties believe resolution is imminent. Accordingly, the Parties will be moving to extend the current outstanding response and reply deadlines, as they believe further briefing will be unnecessary. The Parties will file another Joint Status Report within seven days to advise the Court whether the Parties have agreed on settlement terms.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

/s/ Robert W. Schmidt
ROBERT W. SCHMIDT, Of Counsel
CREWS LAW FIRM, P.C.
Texas Bar No. 17775429
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

/s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Amy S. Hilton
AMY S. HILTON
Assistant Attorney General