IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Evdokia Nikolova, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>University of Texas at Austin, §<br>*Defendant.* § | Civil Action No.: 1:19-CV-00877 |

## JOINT MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Evdokia Nikolova Ph.D. ("Dr. Nikolova" or "Plaintiff") and Defendant The University of Texas at Austin ("UT Austin" or "Defendant") (collectively referred to as the "Parties") respectfully file this Joint Motion for Extension of Time, requesting that the Court extend Plaintiff's deadline to file a Reply in Support of her Motion for Fees and Costs (Dkt. #111) and Defendant's deadline to file a Response to Plaintiff's Motion to Amend the Judgment (Dkt. # 113).

1. Plaintiff's Reply in support of her Motion for Fees and Costs is currently due November 15, 2022.

2. Defendant's Response to Plaintiff's Motion to Amend the Judgment is currently due November 16, 2022.

3. The Parties mediated this case on November 7, 2022. Settlement conversations are ongoing, and the Parties are optimistic that a resolution is imminent.

4. Accordingly, the Parties respectfully request that the Court extend Plaintiff's

deadline to file her Reply and Defendant's deadline to file its Response by 15-days and 14-days respectfully, making them both due November 30, 2022.

5.      The extension of these deadlines is not for delay but to secure the Parties' ability to continue to engage in meaningful efforts to resolve this case out of court and provide adequate time to do so. Neither the Parties, nor the administration of justice, will be prejudiced by the Court's granting of this Motion.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**


/s/ Robert W. Schmidt
ROBERT W. SCHMIDT, Of Counsel
CREWS LAW FIRM, P.C.
Texas Bar No. 17775429
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

/s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Amy S. Hilton
AMY S. HILTON
Assistant Attorney General