IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN, *Defendant.* | § § § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

On this day, the Court considered the Parties' Joint Motion for Extension of Time. Having determined that good cause exists for the requested extensions, the motion is hereby GRANTED. It is therefore ORDERED that Plaintiff's Reply in Support of her Motion for Fees and Costs is due on or before Wednesday, November 30, 2022. It is FURTHER ORDERED that Defendant's Response to Plaintiff's Motion to Amend the Judgment is due on or before Wednesday, November 30, 2022.

Signed this ____ day of November, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE