IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA,<br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 1:19-CV-00877 |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Evdokia Nikolova Ph.D. ("Dr. Nikolova" or "Plaintiff") and Defendant The University of Texas at Austin ("UT Austin" or "Defendant") (collectively referred to as the "Parties") respectfully file this Joint Status Report advising the Court of the results of continued settlement conversations.

The Parties mediated this matter on November 7, 2022, and discussion of settlement terms continued thereafter. The Parties have come to an agreement on substantially all terms and are finalizing the details. Accordingly, the Parties will be moving to abate the case, as they believe the outstanding response and reply briefing will be unnecessary.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

*/s/Robert W. Schmidt*
ROBERT W. SCHMIDT, Of Counsel
CREWS LAW FIRM, P.C.
Texas Bar No. 17775429
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

/s/ *Robert Notzon*
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Amy S. Hilton*
AMY S. HILTON
Assistant Attorney General