IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 1:19-CV-00877 |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant.* | §<br>§<br>§ | |

## JOINT MOTION TO ABATE PROCEEDINGS

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Evdokia Nikolova Ph.D. ("Dr. Nikolova" or "Plaintiff") and Defendant The University of Texas at Austin ("UT Austin" or "Defendant") (collectively referred to as the "Parties") respectfully file this Joint Motion to Abate Proceedings and respectfully show the Court the following.

1. The Parties have arrived at an agreement on substantially all settlement terms, subject to approval set forth herein.

2. Counsel is presently diligently working to finalize the terms and language of a compromise settlement release agreement effecting the terms of the settlement agreement.

3. Defendant is a State institution, and it must obtain approval from the Office of Attorney General in order to finalize and effectuate the settlement.

4. At present, the Parties have response and reply briefing due on November 30, 2022.

5. In the interest of efficiency and judicial economy, Counsel jointly request an abatement of proceedings pending the following: finalization of the settlement agreement and Counsel

for Defendant obtaining the necessary approvals for the agreement, after which the Parties will file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief for General Litigation Division

*/s/ Amy S. Hilton*
**AMY S. HILTON**
Assistant Attorney General
Texas State Bar No. 24097834
amy.hilton@oag.texas.gov
Attorney-in-Charge

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667

**COUNSEL FOR UT AUSTIN**

*/s/ Robert W. Schmidt*
ROBERT W. SCHMIDT, Of Counsel
CREWS LAW FIRM, P.C.
Texas Bar No. 17775429
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
schmidt@crewsfirm.com

Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1502 West Avenue
Austin, Texas 78701
(512) 474-7563
(512) 852-4788 facsimile

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                          */s/ Amy S. Hilton*
                                          AMY S. HILTON
                                          Assistant Attorney General