IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant.* | §<br>§<br>§<br>§   Civil Action No.: 1:19-CV-00877<br>§<br>§<br>§ |

**ORDER**

Having considered the parties' Joint Motion to Abate Proceedings, the Court finds it is meritorious. Accordingly, the Motion to Abate is hereby **GRANTED**.

SIGNED on _____, 2022

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE