IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVDOKIA NIKOLOVA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:19-CV-877-RP |
| UNIVERSITY OF TEXAS AT AUSTIN | § § § | |
| Defendant. | § § | |

**ORDER**

**IT IS ORDERED** that the Court's Text Order on September 19, 2022 referring Plaintiff's motion for Attorney Fees and Costs, (Dkt. 111), is **VACATED**.

**SIGNED** on November 30, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE