IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.: 1:19-CV-00877 |
| § | |
| UNIVERSITY OF TEXAS AT AUSTIN, § | |
|     *Defendant*. § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE ROBERT PITMAN:

The Parties have finalized a settlement agreement and respectfully file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties hereby stipulate to the dismissal of this cause with prejudice. Costs and fees have been resolved by the Parties. The Parties respectfully request the Court close this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert W. Schmidt* <br> ROBERT W. SCHMIDT, Of Counsel <br> CREWS LAW FIRM, P.C. <br> Texas Bar No. 17775429 <br> 701 Brazos, Suite 900 <br> Austin, Texas 78701 <br> (512) 346-7077 <br> (512) 342-0007 (Fax) <br> schmidt@crewsfirm.com <br><br> Robert Notzon <br> The Law Office of Robert Notzon <br> Texas Bar No. 00797934 <br> 1502 West Avenue <br> Austin, Texas 78701 <br> (512) 474-7563 <br> (512) 852-4788 facsimile <br><br> **COUNSEL FOR PLAINTIFF** | **KEN PAXTON** <br> Attorney General of Texas <br><br> **BRENT WEBSTER** <br> First Assistant Attorney General <br><br> **GRANT DORFMAN** <br> Deputy First Assistant Attorney General <br><br> **SHAWN COWLES** <br> Deputy Attorney General for Civil Litigation <br><br> **CHRISTOPHER D. HILTON** <br> Chief for General Litigation Division <br><br> */s/ Amy S. Hilton* <br> **AMY S. HILTON** <br> Assistant Attorney General <br> Texas State Bar No. 24097834 <br> amy.hilton@oag.texas.gov <br> Attorney-in-Charge <br> Office of the Attorney General <br> General Litigation Division <br> P.O. Box 12548, Capitol Station <br> Austin, Texas 78711-2548 <br> (512) 463-2120 / Fax (512) 320-0667 <br><br> **COUNSEL FOR UT AUSTIN** |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                         */s/ Amy S. Hilton*
                                         AMY S. HILTON
                                         Assistant Attorney General