IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EVDOKIA NIKOLOVA, §<br>    *Plaintiff,* §<br> §<br>v. §<br> §<br>UNIVERSITY OF TEXAS AT AUSTIN, §<br>    *Defendant*. § | Civil Action No.: 1:19-CV-00877 |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal filed by the Parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

The Stipulation of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
ROBERT L. PITMAN
U.S. District Judge